**FILED**
**FEBRUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1148**

**JUDGE NORGLE
MAGISTRATE JUDGE DENLOW**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIM FRACHEY, NANCY MALONEY, SOCORRO NIETO, CHAD FLOLO, NATALIE FLOLO, CHARLES AMANING, and FOX VALLEY FAMILIES AGAINST PLANNED PARENTHOOD, an Uncorporated Association, <br><br> Plaintiffs, <br><br> v. <br><br> PLANNED PARENTHOOD/CHICAGO AREA, an Illinois Not-for-Profit Corporation, STEVEN TROMBLEY, GEMINI OFFICE DEVELOPMENT, LLC, An Illinois Limited Liability Corporation, 21ST CENTURY OFFICE DEVELOPMENT, LLC, an Illinois Limited Liability Corporation, CITY OF AURORA, A Home-Rule Municipal Corporation, ZONING BOARD OF APPEALS FOR THE CITY OF AURORA, ED SIEBEN, THOMAS WEISNER, HERMAN BENEKE, PLANNING & DEVELOPMENT COMMITTEE OF THE CITY OF AURORA, PLANNING COMMISSION OF THE CITY OF AURORA, and BUILDING CODE BOARD OF APPEALS OF AURORA, <br><br> Defendants. | TRIAL BY JURY DEMANDED <br><br><br> Case No. |

## NOTICE OF REMOVAL

Defendant, CITY OF AURORA, by and through its attorneys, KLEIN, THORPE AND JENKINS, LTD., presents this Notice of Removal requesting the removal of this case originally filed in the Circuit Court of DuPage County, Illinois, to the United States

iManage:208937_1

District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1441 and 1446, and in support thereof, states as follows:

1. On February 13, 2008, Plaintiffs filed this cause of action in the Circuit Court of DuPage County, Illinois, as Case No. 2008 MR 000261. A copy of the initial process served, known pleadings and known orders, if any (none of which are known to have been entered in this case), are attached hereto, pursuant to 28 U.S.C. § 1446(a), and referred to herein as *Exhibit A*.

2. The causes of action filed by Plaintiff are civil actions of which this Court has original jurisdiction under the provisions of 28 U.S.C. §§ 1331 and 1343, and are further actions which may be removed to this Court by Defendant City of Aurora pursuant to the provisions of 28 U.S.C. §§ 1441 and 1443, in that Counts III and VI of Plaintiffs' complaint are actions brought for alleged violations of Plaintiffs' constitutional rights under 42 U.S.C. § 1983.

3. The notice of removal does not require the consent of the other defendants in this matter because the § 1983 claims presented in Counts III and VI, which are alleged solely against Defendant City of Aurora, are separate and independent from the nonremovable causes of action set forth by Plaintiff. Therefore, under 28 U.S.C. 1441(c), this notice of removal properly is submitted only by Defendant City of Aurora.

4. Defendant City of Aurora first received notice of the state court action by service of summons on February 13, 2008, and this Notice of Removal is timely filed within the thirty day period prescribed in 28 U.S.C. § 1446(b).

> Respectfully submitted,
>
> CITY OF AURORA
>
> By:_____/s/Allen Wall_____
> One of its attorneys

Lance C. Malina
Allen Wall
KLEIN, THORPE AND JENKINS, LTD.
20 North Wacker Drive, Suite 1660
Chicago, Illinois 60606
(312) 984-6400
Attorney No. 90446