IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIM FRACHEY, NANCY MALONEY, SOCORRO NIETO, CHAD FLOLO, NATALIE FLOLO, CHARLES AMANING, and FOX VALLEY FAMILIES AGAINST PLANNED PARENTHOOD, an Uncorporated Association, | ) ) ) ) ) ) ) ) | TRIAL BY JURY DEMANDED |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 C 1148 |
| PLANNED PARENTHOOD/CHICAGO AREA, an Illinois Not-for-Profit Corporation, STEVEN TROMBLEY, GEMINI OFFICE DEVELOPMENT, LLC, An Illinois Limited Liability Corporation, 21ST CENTURY OFFICE DEVELOPMENT, LLC, an Illinois Limited Liability Corporation, CITY OF AURORA, A Home-Rule Municipal Corporation, ZONING BOARD OF APPEALS FOR THE CITY OF AURORA, ED SIEBEN, THOMAS WEISNER, HERMAN BENEKE, PLANNING & DEVELOPMENT COMMITTEE OF THE CITY OF AURORA, PLANNING COMMISSION OF THE CITY OF AURORA, and BUILDING CODE BOARD OF APPEALS OF AURORA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:    See Attached Service List

**PLEASE TAKE NOTICE** that on March 7, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division an **Appearance** on behalf of the City of Aurora, a copy of which is attached and served upon you.

                _____/s/Lance C. Malina_____

Lance C. Malina
Allen Wall
KLEIN, THORPE AND JENKINS, LTD.
20 North Wacker Drive, Suite 1660
Chicago, Illinois  60606
(312) 984-6400

## SERVICE LIST

Mr. Peter Breen
Mr. Thomas Brejcha
Thomas More Society
29 LaSalle Street, Suite 440
Chicago, Illinois 60603

Mr. Christopher B. Wilson
Mr. Peter Neumer
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559

Mr. John W. Mauck
Mr. Richard C. Baker
Mr. Andy Norman
Mr. Noel W. Sterett
Mauck & Baker
Suite 600
One North LaSalle Street
Chicago, Illinois 60602

Mr. Peter K. Wilson
Mickey, Wilson, Weiler, Renzi & Andersson, PC
2111 Plum Street, Suite 201
Aurora, Illinois 60507-0787

## **CERTIFICATE OF SERVICE**

      I, Lance C. Malina, an attorney, state that I caused a copy of the Notice of Filing together with all attachments to be served on the parties identified on the above Service List by U.S. Mail first class postage prepaid at 20 North Wacker Drive, Chicago, Illinois 60606 before 5:00 p.m. on March 7, 2008.

                                                                 _____/s/Lance C. Malina_____