U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number: 08 C 1148
Kim Frachey, et al.
vs.
Planned Parenthood/Chicago Area, an Illinois
not-for-profit corporation, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Zoning Board of Appeals for the City of Aurora, Defendant

| | |
|---|---|
| NAME (Type or print) Steven A. Andersson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Steven A. Andersson | |
| FIRM Mickey, Wilson, Weiler, Renzi & Andersson, P.C. | |
| STREET ADDRESS 2111 Plum Street, Suite 201 | |
| CITY/STATE/ZIP Aurora, IL 60506 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6210526 | TELEPHONE NUMBER 630/801-9699 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |