## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Kim Frachey, et al.<br>vs.<br>Planned Parenthood/Chicago Area, an Illinois not-for-profit corporation, et al. | Case Number: 08 C 1148 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Zoning Board of Appeals for the City of Aurora, Defendant

| |
|---|
| NAME (Type or print)<br>Dean M. Frieders |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Dean M. Frieders |
| FIRM<br>Mickey, Wilson, Weiler, Renzi & Andersson, P.C. |
| STREET ADDRESS<br>2111 Plum Street, Suite 201 |
| CITY/STATE/ZIP<br>Aurora, IL 60506 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6282902 | TELEPHONE NUMBER<br>630/801-9699 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐