Address _____    Application # _____

**CONTRACTOR REGISTRATION INFORMATION**

**SPRINKLER/SUPPRESSION CONTRACTOR**
CITY OF AURORA
G.C. REGISTRATION. # 06 - 3048

BUSINESS NAME  FE MORAN FIRE PROT.

CONTACT NAME  DENNIS GREGORASH

ADDRESS  2165 SHERMER RD

CITY, STATE, ZIP  NORTHBROOK  IL

N/A  θ    PHONE (847) 498 - 4870

FAX  (847) 498 - 9084

E-MAIL  d.gregorash@femoran.com

**ELECTRICAL CONTRACTOR**    (primary contact) θ
CITY OF AURORA
ELECT. REGISTRATION # _____ - _____

BUSINESS NAME _____

CONTACT NAME _____

ADDRESS _____

CITY, STATE, ZIP _____

N/A  θ    PHONE ( ) _____ - _____

FAX  ( ) _____ - _____

E-MAIL _____

**PLUMBING CONTRACTOR**    (primary contact) θ
CITY OF AURORA
PLUMBING REGISTRATION # _____ - _____

BUSINESS NAME _____

CONTACT NAME _____

ADDRESS _____

CITY, STATE, ZIP _____

N/A  θ    PHONE ( ) _____ - _____

FAX  ( ) _____ - _____

E-MAIL _____

**MECHANICAL CONTRACTOR**    (primary contact) θ
CITY OF AURORA
HVAC REGISTRATION # _____ - _____

BUSINESS NAME _____

CONTACT NAME _____

ADDRESS _____

CITY, STATE, ZIP _____

N/A  θ    PHONE ( ) _____ - _____

FAX  ( ) _____ - _____

E-MAIL _____

**CERTIFICATION**

This is an application only. Completion of this application does NOT entitle the commencement of construction. I, (the applicant) agree to conform to all applicable laws of the City of Aurora. I also agree that all work performed will be in accordance with the plans and specifications as set forth in the approved permit. I understand that the approval of this application and issuance of a permit does not obviate the need to comply with all applicable laws and ordinances. I agree to hold harmless and indemnify the City of Aurora for any claim against the City as the result of any act of commission or omission by or on behalf of the undersigned, his/her agent, principle, contractor, subcontractor or supplier. I the undersigned am the Owner or a duly contracted representative of the owner of said property.

CONTRACTOR  PAUL FELCH
                                    (PRINT)

CONTRACTOR  _____
                                    (SIGNATURE)

                    OR

OWNER  _____
                                    (PRINT)

OWNER  _____
                                    (SIGNATURE)

000068

Address _____     Application # _____

## BUILDING INFORMATION

**CONSTRUCTION TYPE**

|  | CIRCLE ONE | CIRCLE ONE |
| --- | --- | --- |
| EXISTING | 1  2  3  4  5 | A  B |
| NEW | 1  2  3  4  5 | A  B |

NON Combustible  1 HR

ACTUAL BUILDING HEIGHT   ± 21 _____ FT
ACTUAL NUMBER OF STORIES   1 _____
SF PRINCIPAL ___ 21,777 _____ SF

## FIRE PREVENTION INFORMATION

Sprinklers          o WET          o DRY
                    o COMPLETE     o LIMITED     o OTHER
FIRE - WATER SERVICE                o EXIST  4"     o NEW
FIRE WATER SERVICE SIZE              4 _____ "ø
TYPE OF BACKFLOW PROTECTION DEVICE   AMES 3000
FIRE PUMP?                           o NO          o YES
STANDPIPES?                          o NO          o YES
Exhaust HOOD SUPPRESSION ?           o NO          o YES

## INSTALLATION REQUIREMENTS

SPRINKLER SYSTEMS SHALL BE INSTALLED IN ACCORDANCE TO NFPA 13.  PER IFC 903.3.1.1 SPRINKLER PLANS SHALL MEET THE REQUIREMENTS OF NFPA 13, CHAPTER 6, 1996 EDITION.

WET CHEMICAL SHALL BE INSTALLED PER NFPA 17A.
DRY CHEMICAL SHALL BE INSTALLED PER NFPA 17.
CARBON DIOXIDE SHALL BE INSTALLED PER NFPA 12.
CLEAN AGENT SYSTEMS SHALL BE INSTALLED PER NFPA 2001.
FOAM SYSTEM SHALL BE INSTALLED PER NFPA 16.
STANDPIPE INSTALLATION MUST MEET REQUIREMENTS OF NFPA 14 AND CITY OF AURORA ORDINANCE 17-110.

000069

07-20-302-081

# COMN – COMMERCIAL NEW CONSTRUCTION - APPLICATION FORM

☐ Completed Project resulting in a Certificate of Occupancy  **OR**  ☐ White envelope for FutureTenant

| FOR OFFICIAL USE ONLY | TOTAL FEE 13700 |
|---|---|

PERMIT APPLICATION NO.

06-3529

SUBMITTED 7.27.06

NOTIFIED 1.11.07

ZONING

BLDG  506.00
PLRV  51.00
C.O. (✓ above) 70
F.I.F. 1088.00
WTR  11.944½

WEB www.CI.AURORA.IL.US
FAX        (630) 892-8112
TELEPHONE  (630) 892-8088

## AURORA
### The City of Lights

**DIVISION OF BUILDING & PERMITS**
65 WATER STREET
AURORA, ILLINOIS 60505

*(right margin)* 06-3529. C-BU  240 N OAKHURST DR  GEMINI OFFICE  GEMINI OFFICE DEVELOPMENT

## LAND / PARCEL INFORMATION

PROPERTY ADDRESS  OAKHURST & NEW YORK

SUBDIVISION Fox Valley East  UNIT/PHASE #5² Oakhurst  LOT # 2

COUNTY (CHECK ONE)  ☐ KANE  ☒ DuPage  ☐ KENDALL  ☐ WILL
TOWNSHIP 11 12 04 / 14 15 07 / 03 01 (CIRCLE ONE)
TOWNSHIP SECTION #
If project involves new construction in DuPage County – Impact Tax must be Paid
(Call tax assessor's office with questions)  BLOCK # (if known)  LOT# (if known)

PROPERTY OWNER & Gemini Office Development  Contact Name Thomas Lehman
TENANT & Gemini Office Development  Contact Name Dainius Petronii

OWNER'S ADDRESS  6301 S. Cass Ave. Ste 301
Westmont, IL 60559
PHONE # (630) 963-8184
FAX # (630) 963-9975
E-MAIL Twlehman@ameritech.net

ADDRESS  One South Walker Dr. Ste 800
Chicago, IL 60606
PHONE # 630 302-0630
FAX # (312) 634-5525
E-MAIL

## ZONING INFORMATION

Zoning Classification (CHECK ONE)
☐ R-1  ☐ R-2  ☐ R-3  ☐ PDD
☐ R-4  ☐ R-4A  ☐ R-5  ☐ R-5A
☐ B-1  ☐ B-2  ☐ B-3  ☐ B-B
☐ M-1  ☐ M-2
☐ O  ☐ ORI  ☐ RD  ☒ PDD
☐ DC  ☐ DF  C.O.A. Required

☐ SPECIAL USE (CHECK IF APPLICABLE)

## FLOOD ZONE INFORMATION

IS YOUR PROPERTY IN A FLOOD PRONE AREA ?
☒ No  ☐ Yes  Verify with COA Engineering (630) 844-3620

## GENERAL DESCRIPTION OF PROPOSED WORK

MEDICAL OFFICE BUILDING

## OCCUPANCY CLASSIFICATION

Existing Use / Occupancy _____

Proposed Use / Occupancy B- BUSINESS

☐ Single Occupancy (302.1)
  ☐ w/ Incidental use (302.1.1)
  ☒ w/ Accessory use (302.2) < 10% of area & < allowable for Acc.

☐ Mixed Occupancy (302.3)
  ☐ non-separated
  ☐ separated attach sum of ratios calculation per section (504)

Check all Occupancy Classifications that apply below.

| | | | | |
|---|---|---|---|---|
| Assembly | ☐ A-1 | ☐ A-2 | ☐ A-3 | ☐ A-4 ☐ A-5 |
| Business, Education, Factory | ☒ B | ☐ E | | ☐ F-1 ☐ F-2 |
| Hazardous | ☐ H-1 | ☐ H-2 | ☐ H-3 | ☐ H-4 ☐ H-5 |
| Institutional | ☐ I-1 | ☐ I-2 | ☐ I-3 | ☐ I-4 ☐ I-5 |
| Mercantile, Residential | ☐ M | | ☐ R-1 | ☐ R-2 |
| Storage, Utility | ☐ S-1 | ☐ S-2 | | ☐ U |

TOTAL COST OF IMPROVEMENTS $ 4,000,000.00

COMN – Permit Application

Page 1 of 3

Address _____    Application # _____

## CONTRACTOR REGISTRATION INFORMATION

**GENERAL CONTRACTOR** (Check primary contact) ☐
CITY OF AURORA
G.C. REGISTRATION. # _06 - 13969_

BUSINESS NAME _KRAHL CONSTRUCTION_
CONTACT NAME _SCOTT MOUSEL_
ADDRESS _322 S. GREEN ST._
CITY , STATE ZIP _CHICAGO, IL 60607_
N/A ☐    PHONE (312) _698 - 9800_
FAX (312) _767 - 8552_
E-MAIL _SMOUSEL@KRAHL CONSTRUCTION.COM_

**ELECTRICAL CONTRACTOR**    (primary contact) ☐
CITY OF AURORA
ELECT. REGISTRATION # _06 - 3600_

BUSINESS NAME _IIMM_
CONTACT NAME _____
ADDRESS _____
CITY , STATE ZIP _____
N/A ☐    PHONE ( ) ___ - ___
FAX ( ) ___ - ___
E-MAIL _____

**CERTIFICATION**
This is an application only.  Completion of this application does <u>Not</u> entitle the commencement of construction. I, the applicant agrees to conform to all applicable laws of the City of Aurora.  I also agree that all work performed will be in accordance with the plans and specifications as set forth in the approved permit.  I understand that the approval of this application and issuance of a permit does not obviate the need to comply with all applicable laws and ordinances.  I agree to hold harmless and indemnify the City of Aurora for any claim against the City as the result of any act of commission or omission by or on behalf of the undersigned, his/her agent, principle, contractor, subcontractor or supplier.  I the undersigned am the Owner or a duly contracted representative of the owner of said property.

CONTRACTOR _____
(PRINT)

CONTRACTOR _____
(SIGNATURE)

**OR**

OWNER _Thomas L. Larson_
(PRINT)

OWNER _____
(SIGNATURE)

**PLUMBING CONTRACTOR**    (primary contact) ☐
CITY OF AURORA
PLUMBING REGISTRATION # _06 4059_

BUSINESS NAME _Gehrett_
CONTACT NAME _____
ADDRESS _____
CITY , STATE ZIP _____
N/A ☐    PHONE ( ) ___ - ___
FAX ( ) ___ - ___
E-MAIL _____

**MECHANICAL CONTRACTOR**    (primary contact) ☐
CITY OF AURORA
HVAC REGISTRATION # _06 14029_

BUSINESS NAME _State_
CONTACT NAME _____
ADDRESS _____
CITY , STATE ZIP _____
N/A ☐    PHONE ( ) ___ - ___
FAX ( ) ___ - ___
E-MAIL _____

**NOTE:** FIRE SPRINKLER, FIRE ALARM AND SIGNAGE WORK; MUST ALL BE PERMITTED **SEPARATELY.**
MASS GRADING AND WORK IN THE PUBLIC RIGHT OF WAY MUST BE PERMITTED **SEPARATELY.**

000071

Address _____    Application # _____

## BUILDING INFORMATION

| CONSTRUCTION TYPE | | |
|---|---|---|
| | CIRCLE ONE | CIRCLE ONE |
| EXISTING | 1 2 3 4 5 | A B |
| NEW | 1 ②3 4 5 | A Ⓑ |

Sprinklers ☐ none ☐ limited
☒ complete

Fire Alarm ☐ no ☒ yes
Unlimited Area ☐ no ☐ yes
Occupants per s.f. **100**
Occupancy load **218**

ALLOWABLE TABULAR AREA (503) **23,000** s.f. **100 %**
INCREASE FOR FRONTAGE (506.2) + **17,250** s.f. + ____ %
INCREASE FOR SPRINKLERS (506.3) + **69,000** s.f. + ____ %
TOTAL ALLOWABLE AREA PER FLOOR **109,250** s.f. ____ %
ACTUAL MAX. TOTAL AREA PER FLOOR **21,777** s.f.

TOTAL ALLOWABLE AREA ALL STORIES
[allowable s.f. / flr.] x [ # stories (3max)] = **109,250** s.f.
ACTUAL AREA ALL STORIES **21,777** s.f.

ACTUAL BUILDING HEIGHT **24** FT    ALLOWABLE HEIGHT **55** FT
ACTUAL NUMBER OF STORIES **1**    ALLOWABLE # OF STORIES **4**

## BUILDING AREA

[FOR NEW AREA - PERMIT FEES ARE A FUNCTION OF SQUARE FOOTAGE]
SF PRINCIPAL **21,777** SF
SF MEZZANINE _____ SF
SF BASEMENT / CRAWL _____ SF
TOTAL **21,777** SF

## BUILDING COST

TOTAL $ _____

## ELECTRICAL INFORMATION

ELECTRICAL WORK ? ☐ NO ☒ YES
ELECTRIC SERVICE SIZE **600** AMPS **1 SET GENERAL**
# OF SETS OF SERVICE CONDUCTORS **2 SETS**
SIZES OF SERVICE CONDUCTORS **1 SET OF 4 #500  25 E 16 F**
# OF ELECTRIC METERS **2**   SERVICE VOLTAGE **277/480  1Φ 3Φ**
FIRE PUMP SIZE _____ FIRE PUMP VOLTAGE _____

## MECHANICAL INFORMATION

MECHANICAL WORK ? ☐ NO ☒ YES
TYPE HVAC ☒ RTU ☐ SPLIT SYST ☐ UNIT HTRS
# BTU's **689,000**   ☒ A/C ☐ BOILER ☐ EXHAUST
KITCHEN HOOD ☒ NO ☐ YES   EXHAUST HOOD ☐ NO ☐ YES

## FIRE PREVENTION INFORMATION

SUPPRESSION SYST. WORK ? ☐ NO ☒ YES
FIRE WATER SERVICE SIZE **4** Φ
TYPE OF BACKFLOW PROTECTION DEVICE **DCDV**
FIRE PUMP ? ☒ NO ☐ YES
STANDPIPES ? ☒ NO ☐ YES
EXHAUST HOOD SUPPRESSION ? ☒ NO ☐ YES
FIRE ALARM SYST. WORK ? ☐ NO ☒ YES

## PLUMBING INFORMATION

PLUMBING WORK ? ☐ NO ☒ YES
DOMESTIC WATER SERVICE SIZE **3** Φ
OCCUPANT LOAD PER ILLINOIS PLUMB'G CODE **109**
PLUMBING FIXTURE UNITS **209 CW  59 HW  3/2 WASTE**
TYPE OF BACKFLOW PROTECTION DEVICE **RPZ**
Fox Metro W.R.D. needs a submittal

## DETAILED DESCRIPTION OF CONSTRUCTION WORK

THERE ARE TWO (2) ELECTRICAL SERVICES FOR THIS PROJECT.
(1) FOR GENERAL, (1) FOR ELECTRIC HEAT.

## DESIGN PROFESSIONALS IN RESPONSIBLE CHARGE -- PER IBC 106

LICENSED ARCHITECT / STRUCTURAL ENGINEER
ILLINOIS PROFESSIONAL   (Check primary contact) ☒
DESIGN FIRM REG. # **184-000279**

BUSINESS NAME **JENSEN & HALSTEAD L**
CONTACT NAME **DAVID DASTUR**
ADDRESS **358 WEST ONTARIO ST.**
CITY , STATE ZIP **CHICAGO, IL  60610**
PHONE (**312**) **669 - 7557**
FAX (**312**) **669 - 7558**
E-MAIL **DDASTUR @ JENSEN AND
HALSTEAD.COM**

CIVIL ENGINEER / PROFESSIONAL ENGINEER
(Check if primary contact) ☐

BUSINESS NAME **MORRIS - ENGINEERING**
CONTACT NAME **JONAS VAZNELIS**
ADDRESS **5100 SOUTH LINCOLN**
CITY , STATE ZIP **LISLE, IL  60532**
PHONE (**630**) **271 - 0770**
FAX (**630**) **271 - 0774**
E-MAIL **JONVAZNELIS @ ECIVIL.COM**

I HEREBY CERTIFY THAT THESE PLANS WERE PREPARED BY ME OR UNDER MY SUPERVISION, AND TO THE BEST
OF MY KNOWLEDGE, COMPLY WITH ALL CODES.
**ARCH** or STRUCT or (P.E. for Mech. Elect. Plumb.)   (SIGNATURE) _David M Dastur_

COMN – Permit Application

Page 3 of 3

000072

 *Information To Build On*

**Engineering • Consulting • Testing**

December 19, 2005

Mr. Thomas W. Lehman, PE
Managing Principal
Partners in Development, USA, LLC
6301 S. Cass Avenue, Suite 301
Westmont, Illinois 60559

(630) 963-8184
(630) 963-4475 fax

Re:    Preliminary Geotechnical Engineering Services Report
       Proposed Office Development
       "Lot 2" - Oakhurst Drive
       Aurora, Illinois PSI Project No. 042-55077

Dear Mr. Lehman,

Professional Service Industries, Inc. (PSI) is pleased to submit our Preliminary Geotechnical Engineering Services Report for the proposed office development in Aurora, Illinois. This preliminary report includes the results of field and laboratory testing, preliminary recommendations for foundation, as well as preliminary recommendations for general site development.

PSI appreciates the opportunity to perform this Preliminary Geotechnical Evaluation and we look forward to continued participation during the design and construction phases of this project. If you have questions pertaining to this preliminary report, or if PSI may be of further service, please contact our office at (847) 931-7110.

Respectfully submitted,

**PROFESSIONAL SERVICE INDUSTRIES, INC.**

Scott Brown, EI
Project Engineer

John J. Balun
Branch Manager

Kevin S. Miller, P.E.
Chief Engineer
IL License No. 062-049089
Expires 11/30/07

SDB/jjb/ Eng.

12/19/05

*KEVIN C. MILLER*
*062-049089*

**06.-5678. COFO**

**240 N OAKHURST DR**
FOUNDATION ONLY
GEMINI OFFICE DEVELOPMENT

**COFO** – **COMMERCIAL FOUNDATION ONLY - APPLICATION FO**
(NO UNDERGROUND UTILITIES)

| FOR OFFICIAL USE ONLY | TOTAL FEE 435.54 |
|---|---|

PERMIT APPLICATION NO.

0 6 5678

PLRV $ .02 / sf  21,777

SUBMITTED 11 22 06

NOTIFIED 12 5 06

ZONING

Gfu 11/28

**AURORA**
The City of Lights

WEB www.AURORA-il.org
FAX         (630) 892-8112
TELEPHONE  (630) 892-8088

DIVISION OF BUILDING & PERMITS
65 WATER STREET
AURORA, ILLINOIS 60505

## LAND / PARCEL INFORMATION

PROPERTY ADDRESS 240 N OAKHURST   AURORA  IL

SUBDIVISION Fox Valley East   UNIT / PHASE # 52 Oakhurst LOT # 2

| COUNTY ☐ KANE  ☒ DuPAGE | TOWNSHIP  11 12 04 | TOWNSHIP SECTION # |
|---|---|---|
| (CHECK ONE) ☐ KENDALL ☐ WILL | (CIRCLE ONE) 14 15 07 | If project involves new construction in DuPage County – Impact Tax must be Paid |
| (Call tax assessor's office with questions) | 03 01 | BLOCK # (if known)          LOT# (if known) |

PROPERTY OWNER &   Gemini Development LLC
Contact Name   Thomas Lehman

OWNER'S ADDRESS   One South Wacker Drive
Chicago IL 60515

630-963-8184 PHONE # (312) 502-6824
630-963-4475 FAX # (312) 634-5525
E-MAIL TLEHMAN@ARCHTECH.NET

TENANT &   Gemini Medical Office
Contact Name   Teri Huyck

ADDRESS   One South Wacker Drive
Chicago IL

PHONE # (312) 502-0686  302-0630
FAX # (312) 637-5525
E-MAIL

## ZONING INFORMATION

| Zoning (CHECK ONE) | θ R-1 | θ R-2 | θ R-3 | θ PDD |
|---|---|---|---|---|
| Classification | θ R-4 | θ R-4A | θ R-5 | θ R-5A |
| | θ B-1 | θ B-2 | θ B-B |
| θ SPECIAL USE | θ M-1 | θ M-2 | |
| ( CHECK IF APPLICABLE ) | θ O | θ ORI | θ RD | ☒ PDD |
| | θ DC | θ DF | C.O.A. Required |

## OCCUPANCY CLASSIFICATION

Existing Use / Occupancy

Proposed Use / Occupancy   B - Business

θ Single Occupancy (302.1)
θ w/ Incidental use (302.1.1)
☒ w/ Accessory use (302.2)
< 10% of area & < allowable for Acc.

θ Mixed Occupancy (302.3)
θ non-separated
θ separated attach sum of ratios
calculation per section (504)

Check all Occupancy Classifications that apply below.

| Assembly | θ A-1 | θ A-2 | θ A-3 | θ A-4 | θ A-5 |
|---|---|---|---|---|---|
| Business, Education, Factory | ☒ B | θ E | | θ F-1 | θ F-2 |
| Hazardous | θ H-1 | θ H-2 | θ H-3 | θ H-4 | θ H-5 |
| Institutional | θ I-1 | θ I-2 | θ I-3 | θ I-4 | θ I-5 |
| Mercantile, Residential | θ M | | θ R-1 | θ R-2 | |
| Storage, Utility | θ S-1 | θ S-2 | | θ U | |

## FLOOD ZONE INFORMATION

IS YOUR PROPERTY IN A FLOOD PRONE AREA ?
☒ No   o Yes   Verify with COA Engineering (630) 844-3620

## GENERAL DESCRIPTION OF PROPOSED WORK

21,000 SF Medical Office Building - Non Construction w/ Parking Lot

TOTAL COST OF IMPROVEMENTS $ 500,000

COFO – Permit Application

Page 1 of 3

Address _240 N. OAKHURST_                    Application # _-_

**CONTRACTOR REGISTRATION INFORMATION**

**GENERAL CONTRACTOR** (Check primary contact) θ
CITY OF AURORA
G.C. REGISTRATION # _06. 13969_

| | |
|---|---|
| BUSINESS NAME | _KRAHL CONSTRUCTION_ |
| CONTACT NAME | _Scott MOUSEL_ |
| ADDRESS | _322 S. GREEN STREET_ |
| CITY , STATE ZIP | _CHICAGO IL 60607_ |
| N/A θ PHONE | _(312) 648 - 9800_ |
| FAX | _(312) 707 - 8552_ |
| E-MAIL | _SMOUSEL@ KRAHLCONSTRUCTION.COM_ |

**ELECTRICAL CONTRACTOR** (primary contact) θ
CITY OF AURORA
ELECT. REGISTRATION # _____

BUSINESS NAME _____
CONTACT NAME _____
ADDRESS _____
CITY , STATE ZIP _____
N/A θ PHONE ( ) _____ - _____
FAX ( ) _____ - _____
E-MAIL _____

**PLUMBING CONTRACTOR** (primary contact) θ
CITY OF AURORA
PLUMBING REGISTRATION # _____

BUSINESS NAME _____
CONTACT NAME _____
ADDRESS _____
CITY , STATE ZIP _____
N/A θ PHONE ( ) _____ - _____
FAX ( ) _____ - _____
E-MAIL _____

**MECHANICAL CONTRACTOR** (primary contact) θ
CITY OF AURORA
HVAC REGISTRATION # _____ - _____

BUSINESS NAME _____
CONTACT NAME _____
ADDRESS _____
CITY , STATE ZIP _____
N/A θ PHONE ( ) _____ - _____
FAX ( ) _____ - _____
E-MAIL _____

**CERTIFICATION**
This is an application only. Completion of this application does **Not** entitle the commencement of construction. I, the applicant agrees to conform to all applicable laws of the City of Aurora. I also agree that all work performed will be in accordance with the plans and specifications as set forth in the approved permit. I understand that the approval of this application and issuance of a permit does not obviate the need to comply with all applicable laws and ordinances. I agree to hold harmless and indemnify the City of Aurora for any claim against the City as the result of any act of commission or omission by or on behalf of the undersigned, his/her agent, principle, contractor, subcontractor or supplier. I the undersigned am the Owner or a duly contracted representative of the owner of said property.

CONTRACTOR _KRAHL CONSTRUCTION_
                                   (PRINT)

CONTRACTOR _Scott Mousel_
                                   (SIGNATURE)

**OR**

OWNER _____
                                   (PRINT)

OWNER _____
                                   (SIGNATURE)

NOTE:   MASS GRADING AND WORK IN THE PUBLIC RIGHT OF WAY MUST BE PERMITTED SEPARATELY.

COFO – Permit Application                                   Page 2 of 3

000075

Address **25** 240 N. OAKHURST                Application # _____

**building information**

**CONSTRUCTION TYPE**

|  | CIRCLE ONE | CIRCLE ONE |
|---|---|---|
| EXISTING | 1 2 3 4 5 | A B |
| NEW | 1 2 3 4 5 | A B |

Sprinklers   o none   o limited
☒ complete

| Fire Alarm | o no | ☒ yes |
| Unlimited Area | o no | o yes |
| Occupants per s.f. | _____ |
| Occupancy load | _____ |

| ALLOWABLE TABULAR AREA (503) | | s.f. | | 100 % |
| INCREASE FOR FRONTAGE (506.2) | + | s.f. | + | % |
| INCREASE FOR SPRINKLERS (506.3) | + | s.f. | + | % |
| TOTAL ALLOWABLE AREA PER FLOOR | | s.f. | | % |
| ACTUAL MAX. TOTAL AREA PER FLOOR | | s.f. | | |

| TOTAL ALLOWABLE AREA ALL STORIES | | ACTUAL AREA ALL STORIES |
| [allowable s.f. / flr.] x [# stories (3max)] = | s.f. | s.f. |

ACTUAL BUILDING HEIGHT _____ FT   ALLOWABLE HEIGHT _____ FT
ACTUAL NUMBER OF STORIES _____    ALLOWABLE # OF STORIES _____

**BUILDING AREA**                               **BUILDING COST**

[FOR NEW AREA - PERMIT FEES ARE A FUNCTION OF SQUARE FOOTAGE]
SF PRINCIPAL-NEW / ADDITION   21,777   SF
SF MEZZANINE    NA    SF            PRINCIPAL NEW / ADD
          TOTAL   21,777   SF       TOTAL            $ _____

**DETAILED WRITTEN DESCRIPTION OF CONSTRUCTION WORK**

New   Medical   Office   Building      21,000   SF

**DESIGN PROFESSIONALS IN RESPONSIBLE CHARGE -- PER IBC 106**

| LICENSED ARCHITECT / STRUCTURAL ENGINEER | CIVIL ENGINEER / PROFESSIONAL ENGINEER |
|---|---|
| ILLINOIS PROFESSIONAL   (Check primary contact) θ | (Check if primary contact) θ |
| DESIGN FIRM REG. # _____ | |
| BUSINESS NAME   JENSON + HALSTEAD LTD | BUSINESS NAME   MORRIS ENGINEERING |
| CONTACT NAME   DAVID DASTUR | CONTACT NAME   PAM OTERO |
| ADDRESS   358 W. ONTARIO STREET | ADDRESS   5100 S. LINCOLN   (RT 53) |
| CITY, STATE, ZIP.   CHICAGO IL   60610 | CITY, STATE, ZIP.   LISLE IL  60532 |
| PHONE 312 ) 664 - 7557 | PHONE ( 630 ) 271 - 0770 |
| FAX   312 ) 664 - 7558 | FAX   ( 630 ) 271 - 0774 |
| E-MAIL DDASTUR@ JENSENAND HALSTEAD .com | E-MAIL _____ |

I HEREBY CERTIFY THAT THESE PLANS WERE PREPARED BY ME OR UNDER MY SUPERVISION, AND TO THE BEST
OF MY KNOWLEDGE, COMPLY WITH ALL CODES.
   **ARCH** or **STRUCT** or (P.E. for Mech. Elect. Plumb.)   (SIGNATURE) _David Dastur_ / _SL_

000076

**COMC** – COMMERCIAL MISCELLANEOUS [Temporary] - APPLICATION FORM
(Dumpsters, Tents, Trailers Construction & Sales)

*Right margin vertical text:* 240 N OAKHURST DR CONSTRUCTION TRAILER GEMINI OFFICE DEVELOPMENT

*Right margin vertical text:* 06.-5760. TRLR

| FOR OFFICIAL USE ONLY | TOTAL FEE | 57 per NP |
|---|---|---|
| PERMIT APPLICATION NO. | BLDG | |
| 06 - 5760 | PLRV | |
| | C.O. | |
| SUBMITTED 12 4 06 | F.I.F. | |
| NOTIFIED 12 11 06 | | |
| ZONING PDD | WEB www.AURORA-IL.org | |
| | FAX        (630) 892-8112 | |
| | TELEPHONE  (630) 892-8088 | |

**AURORA** The City of Lights

DIVISION OF BUILDING & PERMITS
65 WATER STREET
AURORA, ILLINOIS 60505

---

**LAND / PARCEL INFORMATION**

PROPERTY ADDRESS **240 N. OAKHURST**

SUBDIVISION **FOX VALLEY EAST** UNIT / PHASE # **52 OAKHURST** LOT # **2**

| COUNTY (CHECK ONE) | ☐ KANE | ☑ DuPAGE | TOWNSHIP (CIRCLE ONE) | 11 12 06 | TOWNSHIP SECTION # **20** |
|---|---|---|---|---|---|
| | ☐ KENDALL | ☐ WILL | | 14 15 | |
| | | | | 03 01 | BLOCK # (if known) **302**   LOT# (if known) **081** |

(Call tax assessor's office with questions)

PROPERTY OWNER & GEMINI OFFICE DEVELOPMENT
Contact Name **THOMAS LEHMAN**

OWNER'S ADDRESS **1301 S CASS AVE. STE 301**

**WESTMONT, IL 605**

PHONE # (    )
FAX # (    )
E-MAIL

TENANT & GEMINI OFFICE DEVELOPMENT
Contact Name **DANIUS PETRONIS**

ADDRESS **ONE SOUTH WACKER DR. STE. 800**

**CHICAGO IL. 60606**

PHONE # (630) 302-0630
FAX # (312) 634-5525
E-MAIL

---

**ZONING INFORMATION**

| Zoning Classification (CHECK ONE) | θ R-1 | θ R-2 | θ R-3 | θ PDD |
|---|---|---|---|---|
| | θ R-4 | θ R-4A | θ R-5 | θ R-5A |
| | θ B-1 | θ B-2 | θ B-3 | θ B-B |
| θ SPECIAL USE (CHECK IF APPLICABLE) | θ M-1 | θ M-2 | | |
| | θ O | θ ORI | θ RD | ☑ PDD |
| | θ DC | θ DF | C.O.A. Required | |

**PLOT PLAN SKETCH w/ SETBACK INFORMATION**

SEE ATTACHED
TEMPORARY OFFICE TRAILER SET UP.

---

**OCCUPANCY CLASSIFICATION**

Existing Use / Occupancy _____

Proposed Use / Occupancy **B- BUSINESS**

| θ Single Occupancy (302.1) | θ Mixed Occupancy (302.3) |
|---|---|
| θ w/ Incidental use (302.1.1) | θ non-separated |
| θ w/ Accessory use (302.2) | θ separated attach sum of ratios |
| ≤ 10% of area & < allowable for Acc. | calculation per section (504) |

Check all Occupancy Classifications that apply below.

| Assembly | θ A-1 | θ A-2 | θ A-3 | θ A-4 | θ A-5 |
|---|---|---|---|---|---|
| Business, Education, Factory | θ B | θ E | | θ F-1 | θ F-2 |
| Hazardous | θ H-1 | θ H-2 | θ H-3 | θ H-4 | θ H-5 |
| Institutional | θ I-1 | θ I-2 | θ I-3 | θ I-4 | θ I-5 |
| Mercantile, Residential | θ M | | θ R-1 | θ R-2 | |
| Storage, Utility | θ S-1 | θ S-2 | θ U | | |

STREET _____

TOTAL COST OF IMPROVEMENTS $ **1400**

COMC – Permit Application

57⁰⁰

Page 1 of 3

Address _____   Application # _____-_____

## CONTRACTOR REGISTRATION INFORMATION

**GENERAL CONTRACTOR** (Check primary contact) θ
CITY OF AURORA
G.C. REGISTRATION # _____

BUSINESS NAME   KRAHL CONSTRUCTION
CONTACT NAME   KEVIN HORN
ADDRESS   322 S. GREEN ST. 3RD RM
CITY, STATE, ZIP   CHICAGO IL 60607
N/A θ   PHONE (312) 648 - 9800
FAX   (312) 648 - 4604
E-MAIL KHORN@KRAHLCONSTRUCTION

**CERTIFICATION**

This is an application only. Completion of this application does NOT entitle the commencement of construction. I, (the applicant) agree to conform to all applicable laws of the City of Aurora. I also agree that all work performed will be in accordance with the plans and specifications as set forth in the approved permit. I understand that the approval of this application and issuance of a permit does not obviate the need to comply with all applicable laws and ordinances. I agree to hold harmless and indemnify the City of Aurora for any claim against the City as the result of any act of commission or omission by or on behalf of the undersigned, his/her agent, principle, contractor, subcontractor or supplier. I the undersigned am the Owner or a duly contracted representative of the owner of said property.

CONTRACTOR   KRAHL CONSTRUCTION
(PRINT)

CONTRACTOR   Kevin J Horn
(SIGNATURE)

OR

OWNER   _____
(PRINT)

OWNER   _____
(SIGNATURE)

**ELECTRICAL CONTRACTOR**   (primary contact) θ
CITY OF AURORA
ELECT. REGISTRATION # _____

BUSINESS NAME   TIMM ELECTRIC INC.
CONTACT NAME   THOMAS J. MCGOWN
ADDRESS   17832 MILLS ROAD
CITY, STATE, ZIP   JOLIET, IL 60433
N/A θ   PHONE ( 815 ) 723 - 4501
FAX   ( 815 ) 723 - 7243
E-MAIL _____

**PLUMBING CONTRACTOR**   (primary contact) θ
CITY OF AURORA
PLUMBING REGISTRATION # _____

BUSINESS NAME   _____
CONTACT NAME   _____
ADDRESS   _____
CITY, STATE, ZIP   _____
N/A θ   PHONE ( ) _____ - _____
FAX   ( ) _____ - _____
E-MAIL _____

**MECHANICAL CONTRACTOR**   (primary contact) θ
CITY OF AURORA
HVAC REGISTRATION # _____

BUSINESS NAME   _____
CONTACT NAME   _____
ADDRESS   _____
CITY, STATE, ZIP   _____
N/A θ   PHONE ( ) _____ - _____
FAX   ( ) _____ - _____
E-MAIL _____

**NOTE:**   MASS GRADING AND WORK IN THE PUBLIC RIGHT OF WAY MUST BE PERMITTED **SEPERATELY.**

000078

Address _____     Application # _____

## BUILDING INFORMATION

| | | | |
|---|---|---|---|
| Dumpster | o NO | X YES | Comply with all applicable dumping and hauling regulations. |
| Construction Trailer | o NO | X YES | Provide Porta-Toilets in quantities prescribed by State of Illinois Plumbing Code |
| Const. / Sales Trailer | o NO | o YES | Sales Trailers need to be accessible to the public. Provide ramps, railings and paved HC spaces. |
| Sales Tent | o NO | o YES | Tents need to be fire retardant, provide a copy of the certification of fire resistance. |

## BUILDING AREA

[FOR NEW AREA - PERMIT FEES ARE A FUNCTION OF SQUARE FOOTAGE]

SF PRINCIPAL-NEW / ADDITION ___~~24,000~~___ SF
SF MEZZANINE _____ SF
SF PRINCIPAL-REMODELED _____ SF
SF ACCESSORY _____ SF
SF BASEMENT / CRAWL _____ SF

TOTAL ___~~24,000~~___ SF _288_

## BUILDING COST

[FOR REMODEL - PERMIT FEES ARE A FUNCTION OF CONSTRUCTION $]

PRINCIPAL NEW// ADD $ ~~4,000,000.00~~
REMODELED $ _____
ACCESSORY $ _____
BASEMENT / CRAWL $ _____
TOTAL $ _1410_

## ELECTRICAL INFORMATION

ELECTRICAL WORK? o NO X YES
ELECTRIC SERVICE SIZE _100_ AMPS o EXIST o NEW
# OF SETS OF SERVICE CONDUCTORS _____
SIZES OF SERVICE CONDUCTORS _____

## MECHANICAL INFORMATION

MECHANICAL WORK? o NO X YES
MECHANICAL DUCT WORK o EXIST o NEW
TYPE HVAC o RTU o SPLIT SYST o UNIT HTRS
# BTU'S _____ o A/C o BOILER o EXHAUST

## WRITTEN DESCRIPTION OF CONSTRUCTION WORK

*Set up of New Temporary Construction Trailer - 36' X 8'*
*DEC - JUNE 2007*

# APPLICATION REQUIREMENTS FOR COMMERCIAL ACCESSORY STRUCT

Applicable Building codes are as follows (City of Aurora – Building Code and Electrical Code Amendments also apply):

**2000 INTERNATIONAL BUILDING CODE and the following:**

| | | |
|---|---|---|
| 2000 International Fire Code | 2000 International Plumbing Code | Illinois State Plumbing Code |
| 2000 International Mechanical Code | 1999 National Electric Code | Illinois Accessibility Code |

The following items shall constitute a **complete building permit submittal.** Upon submittal acceptance, a permit application number shall be issued to the applicant all future contact with the Building and Permits Division will require this number. At time of submittal one project contact, shall be identified by the applicant (please check the appropriate party as the "primary contact" on the application form). All correspondence between City of Aurora Division of Building and Permits and the applicant will be directed to this individual.

SUBMITTALS TO THE BUILDING AND PERMITS DIVISION ARE INDICATED BELOW.  COLLATE YOUR SUBMITTAL INTO THREE SETS (B,C & D).

A.   Completed Permit application.
B.   Three (3) copies of architectural site plan or civil engineering drawings indicating: all lot lines, building setbacks, existing structures, parking layout, curb cuts, light pole details, grading plan, utility plans and all fire hydrants within 500' of any property line. (For Zoning, Fire Prevention, and accessibility reviews). Include a Plat of survey and legal description on all parcels, which have not been issued street addresses.
1.   Complete Electrical plans with balanced panel schedules, load calculations, and one-line service diagrams indicating all components and sizes.
2.   Provide details of Accessible ramps, guardrails, handrails and parking spaces and signage if a Sales Trailer.

SUBMITTALS INDEPENDENT OF THE BUILDING AND PERMITS DIVISION ARE INDICATED BELOW (WITH A □ - CHECK BOX)

☐ If doing any mass grading work or work in the Public Right of Way; Submit two (2) complete sets of civil engineering drawings to the City of Aurora Engineering Department, 44 E. Downer Place. Attention Pete Haurykiewicz, (630)-844-3620. No building permits will be issued without City of Aurora Engineering Department approval and Engineering Department issued street address.
☐ Obtain sanitary connection permit and yellow card from Fox Metro Water Reclamation District; Engineering (630) 301-6882. Return this to the City of Aurora Building and Permits for attachment to permit application.
☐ If dumpster is placed on public sidewalk or on any public street or right of way, you must obtain a letter of approval from Randy Risvold from Neighborhood Standards.  He may be reached at (630) 897-4589.

Note:   All Signage requires separate permitting though the Building and Permits Division.
Work in Public Right of Way requires separate permitting though City of Aurora Engineering.

Review times for complete application with identified City of Aurora registered contractors and complete construction documents are approximately 1 week. For any questions please feel free to contact the City of Aurora Building and Permits Division. (630) 892-8088.

000079

C-BU
06.3529

# SIGN – SIGNAGE APPLICATION FORM

| FOR OFFICIAL USE ONLY | TOTAL FEE __148.00__ |
|---|---|
| PERMIT APPLICATION NO. **07-746** | Number of Signs (inc. each side) _____ x $74 = _____ |
| SUBMITTED **3.22.07** | Total of S.F. in excess of 50 S.F. (ea. sign evaluated individually) |
| NOTIFIED **4.3.07** | _____ x $0.31 = _____ |
| ZONING **PDD** | WEB www.AURORA-il.org |
| Jun 4/2 | FAX        (630) 892-8112 |

**AURORA** The City of Lights

DIVISION OF BUILDING & PERMITS
65 S WATER ST
AURORA, ILLINOIS 60505
TELEPHONE (630) 892-8088

## LAND / PARCEL INFORMATION

PROPERTY ADDRESS  240  N.  OAKHURST  Drive

PARCEL # 07-20-302-081

| SUBDIVISION | UNIT / PHASE # | LOT # 07-20-302-081 |
|---|---|---|

| COUNTY | ☐ KANE | ☐ DuPAGE | TOWNSHIP | 11 12 04 | TOWNSHIP SECTION # 20 |
|---|---|---|---|---|---|
| (CHECK ONE) | ☐ KENDALL | ☐ WILL | (CIRCLE ONE) | 14 18 07 | BLOCK # (if known) 302 LOT# (if known) 081 |
| (Call tax assessor's office with questions) | | | | 03 01 | |

| PROPERTY OWNER & Contact Name Gemini Office Development Thomas Lehman | TENANT & Contact Name Unknown At This Time |
|---|---|
| OWNER'S ADDRESS One South Wacker Dr #400 Chicago IL 60606 | ADDRESS |
| PHONE # (630) 963-8184 FAX # (630) 963-4475 E-MAIL TWLEHMAN@AMERITECH.NET | PHONE # (     ) FAX # (     ) E-MAIL |

## ZONING INFORMATION

| Zoning (CHECK ONE) | ☐ R-1 | ☐ R-2 | ☐ R-3 |
|---|---|---|---|
| Classification | ☐ R-4 | ☐ R-4A | ☐ R-5 | ☐ R-5A |
| | ☐ B-1 | ☐ B-2 | ☐ B-3 | ☐ B-B |
| ☐ SPECIAL USE (CHECK IF APPLICABLE) | ☐ M-1 | ☐ M-2 | |
| | ☐ O | ☐ ORI | ☐ RD | ☒ PDD |
| | ☐ DC | ☐ DF | C.O.A. Required | |

## SUBMITTAL REQUIREMENTS

☒ DIMENSIONED SIGNAGE DRAWINGS
☒ PLOT PLAN W/ SETBACKS DIMENSIONS
**OR**
☐ DIMENSIONED BUILDING ELEVATIONS

## SIGNAGE INFORMATION

VERBIAGE ON SIGN
Not Known At This Time – Tenant is not Determined

Cost of Electrical Work    $ ≤ 5000
Cost of Signage Work    $ ≤ 4500

SIGN – Permit Application

## SIGNAGE INFORMATION

☐ **WALL SIGN** (sgnw)
SIGN DIMENSIONS
WIDTH_____ HEIGHT_____ AREA_____ SF
SIZE OF BUILDING FAÇADE
WIDTH_____ HEIGHT_____ AREA_____ SF
CUMULATIVE DIMENSIONS of existing SIGNAGE
WIDTH_____ HEIGHT_____ AREA_____ SF

☒ **SITE SIGN ( MONUMENT & POLE )** (sgns)
SIGN DIMENSIONS
WIDTH 12'0" HEIGHT 4'1¾" AREA 4.4 SF

| BASE OR POLE HEIGHT NA | OVERALL HEIGHT 3'11¾" |
|---|---|

SMALLEST SETBACK DISTANCE 30'
NUMBER OF SIDES TO SIGN 2

Page 1 of 3

000080

Address 240 N. OAKHURST DRIVE                          Application # -

## CONTRACTOR REGISTRATION INFORMATION

**SIGNAGE CONTRACTOR** (Check primary contact) ☐
CITY OF AURORA
G.C. REGISTRATION. # 06-13969

BUSINESS NAME Krahl Const
CONTACT NAME Scott
ADDRESS cell - 312.735.6397
CITY , STATE ZIP
N/A ☐    PHONE (    )    -
        FAX   (    )    -
        E-MAIL

**ELECTRICAL CONTRACTOR**    (primary contact) ☐
CITY OF AURORA
ELECT. REGISTRATION # 06-0003600

BUSINESS NAME Timm Electric
CONTACT NAME Tom McGann Jr
ADDRESS 17832 Mills Rd
CITY , STATE ZIP Joliet IL 60433
N/A ☐    PHONE (815) 723 - 4501
        FAX  (815) 723 - 7243
        E-MAIL

**PLUMBING CONTRACTOR**    (primary contact) ☑
CITY OF AURORA
PLUMBING REGISTRATION #    -

BUSINESS NAME
CONTACT NAME
ADDRESS
CITY , STATE ZIP
N/A ☐    PHONE (    )    -
        FAX   (    )    -
        E-MAIL

**MECHANICAL CONTRACTOR**    (primary contact) ☐
CITY OF AURORA
HVAC REGISTRATION #    -

BUSINESS NAME
CONTACT NAME
ADDRESS
CITY , STATE ZIP
N/A ☐    PHONE (    )    -
        FAX   (    )    -
        E-MAIL

**CERTIFICATION**
This is an application only. Completion of this application does Not entitle the commencement of construction. I, the applicant agrees to conform to all applicable laws of the City of Aurora. I also agree that all work performed will be in accordance with the plans and specifications as set forth in the approved permit. I understand that the approval of this application and issuance of a permit does not obviate the need to comply with all applicable laws and ordinances. I agree to hold harmless and indemnify the City of Aurora for any claim against the City as the result of any act of commission or omission by or on behalf of the undersigned, his/her agent, principle, contractor, subcontractor or supplier. I the undersigned am the Owner or a duly contracted representative of the owner of said property.

CONTRACTOR Krahl Construction
                              (PRINT)
CONTRACTOR Scott M
                              (SIGNATURE)

                OR

OWNER
                              (PRINT)
OWNER
                              (SIGNATURE)

000081

LOMBARD
ARCHITECTURAL PRECAST
PRODUCTS CO.
4245 W. 123rd STREET
ALSIP, ILLINOIS 60803
PHONE (708) 389-1060



GEMINI OUTPATIENT FACILITY
GEMINI OFFICE DVELOPMENT
AURORA, ILLINOIS

PROJECT

ARCHITECT
JENSEN & HALSTEAD LTD

CONTRACTOR
KRAHL CONSTRUCTION

JOB USE: 2-8-07

| REVISIONS | |
|-----------|---|
| NO. | REVISION |
| 1 | PER APPROVAL |
| | 1-17-07 |
| | |
| | |
| | |
| | |
| | |
| | |

DIETZ
ENGINEERING, INC.
190 GARDNER AVE., #9
BURLINGTON, WI 53105
TEL 262-763-4402
FAX 262-763-4492

| DRWN | DATE |
|------|------|
| JDD | 12-15-06 |
| CHKD | DATE |
| RTD | 12-15-06 |

JOB NO.
6037

SHEET NO.
E1.3    OF

#0624

000082



SIGNAGE SQUARE FOOTAGE
IS 44 S.F.

**Abcdefg Hijklmnop**

240 N. OAKHURST

10"H. X ¾" D. LETTERS

6"H. X ¾" D. LETTERS

12'-6"

10'-6"

2'-0"

3" TYP.

BUILDING SIDE

STREET SIDE

2'-0"     4'-0"     2'-0"     12'-0"

2'-0"

FRONT ELEVATION
1/2"=1'-0"

**34** SIGN ELEVATION

FOOTING TO BE CONCRETE   13' LONG X 2' WIDE
3'6" BELOW GRADE

ALL SIGNAGE LETTERING BY OWNER. THIS ILLUSTRATES
SIZE AND LOCATION. TENANT NOT LEASED AT THIS TIME.

000083

## 07.-1982. ALRM

**240 N OAKHURST DR**
GEMINI OFFICE
GEMINI OFFICE DEVELOPMENT

**ALRM – COMMERCIAL FII**

**FOR OFFICIAL USE ONLY**

PERMIT APPLICATION NO

0   -1982

SUBMITTED
5 17 07

NOTIFIED

ZONING

**TOTAL FEE**  715

BLDG    650

PLRV    65

WEB www.AURORA-il.org
FAX          (630) 892-8112
TELEPHONE  (630) 892-8088

## AURORA

**DIVISION OF BUILDING & PERMITS**
65 WATER STREET
AURORA, ILLINOIS 60505

### LAND / PARCEL INFORMATION

PROPERTY
ADDRESS _240 N. OAKHURST DR - AURORA, IL 60504_

IS THIS WORK ASSOCIATED WITH OTHER CONSTRUCTION? ☒YES  ☐ NO
IF YOU ANSWERED YES, PLEASE PROVIDE BUILDING PERMIT NUMBER _06 .00003529_

| COUNTY | ☒KANE | TOWNSHIP | 11 12 04 | TOWNSHIP SECTION # _Section 20 Tnshp 38 N. Range 9_ |
| (CHECK ONE) ☐KENDALL | ☒DuPAGE ☐WILL | (CIRCLE ONE) | 14 15 07 | |
| | | | 03 01 | BLOCK # (if known)_____ LOT# (if known) _2_ |

(Call tax assessor's office with questions)

PROPERTY OWNER &  _Gemini Office Devel._
Contact Name _Thomas Lehman_

TENANT &
Contact Name _Smith_

OWNERS ADDRESS _11 Wacker Suite 800_

ADDRESS

PHONE # (630) _963-8184_
FAX # (630) _963-4475_
E-MAIL _Tuelehman@ameritech.net_

_Chicago IL 60606_

PHONE # ( )_____
FAX # ( )_____
E-MAIL

### ZONING INFORMATION
### OCCUPANCY CLASSIFICATION

Existing Use / Occupancy _VACANT PDD_

Proposed Use / Occupancy _MEDICAL OFFICE BLDG_

Check all Occupancy Classifications that apply below.

| | | | | | |
|---|---|---|---|---|---|
| Assembly | ☐A-1 | ☐A-2 | ☐A-3 | ☐A-4 | ☐A-5 |
| Business, Education, Factory | ☒B | ☐E | | ☐F-1 | ☐F-2 |
| Hazardous | ☐H-1 | ☐H-2 | ☐H-3 | ☐H-4 | ☐H-5 |
| Institutional | ☐I-1 | ☐I-2 | ☐I-3 | ☐I-4 | ☐I-5 |
| Mercantile, Residential | ☐M | | ☐R-1 | ☐R-2 | |
| Storage, Utility | ☐S-1 | ☐S-2 | | ☐U | |

### PROPOSED WORK

New Alarm System                    ●

Existing System: adding devices?    0

Change of Monitoring?               0

White Envelope Alarm?               0

Other _____                0

TOTAL COST OF IMPROVEMENTS $ _37,000_

[FOR ALARMS –PERMIT FEES ARE A FUNCTION OF CONSTRUCTION $]

000084



**07.-1982. ALRM**
240 N OAKHURST DR
GEMINI OFFICE
GEMINI OFFICE DEVELOPMENT **R2**



CES Commercial
Electronic
Systems, Inc.
*Integrated Systems Solutions*

Date:    5/31/07

## Transmittal

**To:** Aurora Building Dept.

65 Water St.

Aurora, IL. 60505

**Attn:** Mike Buenger

**Cc:** Mike Gilson

**From:** KEN GROSSINGER

CAD Dept

CES

**Phone:**    815/741-3333

**Fax # :**    815/741-3345

**Re.** Re-Submittal Drawings per Review Comments 5/24/07

**Job:** Gemini Outpatient Facility - #61205

Enclosed please find THREE (3) sets of drawings for fire alarm systems re-submittal purposes.

If you have any questions please don't hesitate to give us a call.

From:    KEN GROSSINGER          Received by:

CES    2447 Reeves Road    Joliet, IL 60436    815.741.3333    Fax: 815.741.3345
*www.cesteleco.com*

**NA20/3-06.390-FPN** - GEMINI OFFICE DEVELOPMENT - FINAL PLAN ON 3.24 ACRES FOR A 21,777 SQ FT MEDICAL OFFICE BLDG ON LOT 2 OF THE PDA RESUBDIVISION LOCATED NEAR THE SWC OAKHURST AND NEW YORK (Ward 10- JR/JHS)

Parcel Number .............................07-20-302-081

Size.................................................3.24 acres

Street Frontage ............................416 feet, along N. Oakhurst Drive

Current Zoning ...........................PDD Planned Development District

Contiguous Zoning....................North: PDD (S) Planned Development District
                                       South: PDD Planned Development District
                                       East:   PDD Planned Development District
                                       West:  PDD Planned Development District

Contiguous Land Uses ..............North: Vacant
                                       South: Residential
                                       East:   Residential
                                       West:  Commercial

Comp Plan Designation............Commercial

## CHARACTER OF THE AREA
The Subject Property is located near the SWC of Oakhurst Drive and New York Street and at the time of Final Plan approval was utilized as Vacant Land. The property to the north is currently vacant, but is going to be developed as a gas station with car wash. To the south is a residential townhome development. East of the subject property is a residential apartment development. Adjacent to the property on the west side the land is used as a Dominick's.

## DEVELOPMENT PROPOSAL
The GEMINI OFFICE DEVELOPMENT proposed a Final Plan on 3.24 acres for a 21,750 square foot medical office building, on Lot 2 of the PDA Resubdivision of Fox Valley East Region II Unit No. 52 – Oakhurst 1st Resubdivision, located near the SWC of Oakhurst Drive and New York Street. The proposal consisted of a medical office building and 71 parking spaces. The site is proposed to be landscaped pursuant to our current standards including some additional landscaping to the existing berm to screen the adjacent townhome development to the south. The stormwater detention for the site has been provided in the stormwater facility directly to the west of the proposed building.

000086

HISTORY

This Final Plan petition was referred by the City Council to the Planning Division on August 1, 2006.

The property was annexed on July 27, 1973 by Ordinance Number O73-4326 pursuant to an Annexation Agreement approved by the City of Aurora on July 27, 1973 by Ordinance Number O73-4315. An Amendment and Restatement of the Principal Annexation Agreement O93-123 approved on December 7, 1993. There were public hearings required for both the 1973 and the 1993 Annexation Agreement actions.

The Final Plan was reviewed as to the substantial conformance with the preliminary plat, which was approved by the City Council on May 27, 1997 by Resolution Number R97-203; with the Plan Description <u>B-1 Business District –Local Retail, Permitted Uses,</u> section 12.2-1.34. "Offices, business and professional, including medical clinics"; and the <u>Schedule of parking requirements</u> section 10.6-10 "For medical or dental clinics – three (3) parking spaces per doctor engaged at clinic, plus one space for each two (2) regular employees including nurses".

At the time of Final Plan approval the property was undeveloped and legally known as Lot 2 of the PDA Resubdivision of Fox Valley East Region II Unit No. 52 – Oakhurst 1st Resubdivision approved by the City of Aurora as Resolution Number PDFNL02-027 on May 16, 2002.

000087

# 1973 ANNEXATION & PLAN DEVELOPMENT ORDINANCES

ORDINANCE NUMBER *4315*

ORDINANCE PROVIDING FOR THE EXECUTION
OF AN ANNEXATION AGREEMENT WITH
THE OWNERS OF RECORD OF TERRITORY
WHICH MAY BE ANNEXED TO THE CITY OF AURORA

WHEREAS, a proposed Principal Annexation Agreement ("Principal Annexation Agreement") in the form of Exhibit A hereto has been duly submitted to the Corporate Authorities of the City of Aurora with the request that all required hearings be held thereon, and requesting annexation to the City of Aurora of certain territory therein described, subject to the terms and conditions of said Annexation Agreement, pursuant to Chapter 24, Article 11-15.1-1 et seq. Illinois Revised Statutes (1972 Supp.); and

WHEREAS, the Corporate Authorities of the City of Aurora caused a notice to be prepared describing in general the terms and conditions of the proposed Principal Annexation Agreement and stating the time and place of a public hearing to consider the proposed Principal Annexation Agreement; and

WHEREAS, such notice of the public hearing was duly published not less than 15 nor more than 30 days prior to the hearing, in a newspaper of general circulation in the City of Aurora; and

WHEREAS, the City Council held a public hearing in the City upon the proposed Principal Annexation Agreement as specified in such notice; and

WHEREAS, the Aurora Plan Commission has held a public hearing on an Application for Establishment of Fox Valley East Planned Development District and for Related Zoning Amendments, Classifications, Exceptions and Variations (hereinafter called the "Application") after due publication of notice of such hearing and has submitted findings of fact and a Recommendation to the City Council of the City of Aurora to approve the Application, as submitted, subject, however, to the condition that certain amendments to the Plan Description be made prior to approval by the City Council, all in accordance with Aurora City Ordinance No. 3100; and

WHEREAS, the amendments to the Plan Description recommended by the Aurora Plan Commission and certain additional amendments deemed appropriate by the City Council have been incorporated in the Plan Description which is Exhibit A to the Principal Annexation Agreement; and

WHEREAS, all public hearings and other action required to be held or taken prior to the adoption and execution of the Principal Annexation Agreement in order to make the same effective have been held or taken, including all hearings and action required in connection with amendments to and classifications, exceptions, variations, modifications and special uses under the Zoning Ordinance and modifications and exceptions from the Subdivision Control Ordinance, such public hearings and other action having been held pursuant to notice as required by law and in accordance with all requirements of law; and

-2-

WHEREAS, the City of Aurora has given appropriate notice to each and every Fire Protection District or Library District and every other district all as provided for and as required by Chapter 24, Article 7-1-1, Illinois Revised Statutes (1972 Supp.); and

WHEREAS, no Library Districts are within the boundaries of the territory to be annexed; and

WHEREAS, the corporate authorities, after due investigation and consideration, and following the aforesaid public hearings, have determined that entering into the Principal Annexation Agreement in the form of Exhibit A hereto will serve the public good and benefit the City of Aurora and be compatible with the future development of the City of Aurora; and

WHEREAS, expenditures provided for in the Principal Annexation Agreement were not contemplated at the time of adoption of the annual appropriation pursuant to Section 2-21 of the Code of Ordinances of the City of Aurora (the "Appropriation Ordinance") and it is within the best interests of the City of Aurora that any obligation for expenditures contained in the Principal Annexation Agreement be considered as an exception to the Appropriation Ordinance pursuant to Section 6 of Article VII of the Constitution of the State of Illinois; and

WHEREAS, this ordinance with Exhibit A hereto, in its present form, has been on file with the City Clerk of the City of Aurora for public inspection for at least one week;

-3-

000091

NOW, THEREFORE, BE IT ORDAINED, by the City Council of the City of Aurora, Illinois as follows:

Section 1:   That the Mayor and City Council hereby find as facts all of the recitals in the Preambles of this Ordinance, as well as the Preambles contained in the Principal Annexation Agreement in the form of Exhibit A hereto.

Section 2:   That the Principal Annexation Agreement in the form of Exhibit A hereto and incorporated in and made part of this Ordinance is hereby approved and the Mayor of the City of Aurora is hereby authorized and directed to execute such Principal Annexation Agreement on behalf of the City and the City Clerk is hereby authorized and directed to attest the Mayor's signature and affix the corporate seal of the City thereto.

Section 3:   That such number of duplicate originals of each Principal Annexation Agreement may be executed as the Mayor shall determine.

Section 4:   That pursuant to Section 6 of Article VII of the Constitution of the State of Illinois, any limitation contained in Article 8-2-9 of the Illinois Municipal Code and any limitation contained in the Appropriation Ordinance shall not be applicable to this Ordinance or to the Principal Annexation Agreement.

Section 5:   That this Ordinance is adopted pursuant to procedures set forth in Chapter 24 of the Illinois Revised Statutes (1972 Supp.) (the "Illinois Municipal Code"), provided

-4-

however, any limitation in the Illinois Municipal Code in con-
flict with this Ordinance or in conflict with the provisions of
the Principal Annexation Agreement in the form of Exhibit A
hereto shall not be applicable pursuant to Section 6 of Article
VII of the Constitution of the State of Illinois.

     Section 6:   That this Ordinance shall take effect
and be in full force and effect upon and after its passage,
ap-proval and publication in pamphlet form as required by law.

     PASSED by the City Council of the City of Aurora, Illinois
this _17th_ day of _July_, 1973 by a roll
call vote as follows:

| Ayes | Nays | Not Voting |
|------|------|------------|
| 5 | 0 | 0 |

     SIGNED by the Mayor of the City of Aurora, Illinois,
this _17th_ day of _July_, 1973.

ATTEST:

_Elizabeth F. Piotkiewicz_
    City Clerk

_W. M. McCoy_
    Mayor

-5-

ORDINANCE NUMBER *4330*

## AN ORDINANCE ESTABLISHING A PLANNED DEVELOPMENT DISTRICT AND APPROVING A PLAN DESCRIPTION

WHEREAS, in accordance with Subsection 14.7 and Section 15 of Ordinance No. 3100 (hereinafter called the "Zoning Ordinance") of the City of Aurora, Illinois (hereinafter called the "City"), an application (hereinafter called the "Application") for a zoning amendment establishing certain property, upon its annexation to the City, as a planned development district was heretofore duly filed with the City Clerk by Urban Investment and Development Co., a Delaware corporation (hereinafter called "Urban"), the duly authorized agent for the purpose of filing and presenting the Application, of the owners of record of said property; and

WHEREAS, in accordance with Subsection 14.7 of the Zoning Ordinance, the Application was accompanied, as Exhibit A to the Application, by a plan description which contained the information required by the Zoning Ordinance and also requested amendments to and classifications, modifications and exceptions under the Zoning Ordinance and requested modifications to and exceptions from City Ordinance No. 3446 (hereinafter called the "Subdivision Control Ordinance"), all as set forth in such plan description; and

WHEREAS, notice of the Application was given to the Kane-DuPage Soil and Water Conservation District in accordance with Chapter 5, Section 127.2(a) of Illinois Revised Statutes (1973 Supp.); and

WHEREAS, the Application was forwarded to the City Plan Commission in accordance with the provisions of Subsection 14.7 and Section 15 of the Zoning Ordinance; and

WHEREAS, the City Plan Commission held public hearings on the Application pursuant to notices duly published and mailed as required by law and the provisions of the Zoning Ordinance; and

WHEREAS, the City Plan Commission has submitted to the City Council of the City (hereinafter called the "City Council") its written report on the Application (hereinafter called the "Plan Commission Report"), containing findings of fact and the City Plan Commission's recommendations with respect to the Application; and

WHEREAS, the original Plan Commission Report is on file in the office of the City Clerk; and

WHEREAS, the Plan Commission Report contains a favorable recommendation with respect to the requests made in the Application, but recommends that, prior to the approval of the Application by the City Council, and as a condition to such approval, certain changes and modifications be made in the plan description which was attached as Exhibit A to the Application; and

WHEREAS, attached hereto and made a part hereof as Exhibit A is a plan description for the proposed planned development district (hereinafter called the "Plan Description")

- 2 -

which Plan Description has, with the approval and acceptance of Urban, the duly authorized agent, for such purpose, of the owners of record of the property described in Part Two of Exhibit A to the Application, been modified from the form in which it was originally submitted to the City Clerk (i) to incorporate the recommendations contained in the Plan Commission Report, (ii) to incorporate certain additional changes deemed desirable by the City Council and (iii) to delete, in accordance with the right requested in the Application and approved in the Plan Commission Report, one parcel of property from the property legally described in Part Two thereof, such deleted parcel being described in Exhibit B, attached hereto and made a part hereof; and

WHEREAS, the property legally described in Part Two of the Plan Description (hereinafter called the "District") has been duly and validly annexed to the City; and

WHEREAS, the District includes more than two hundred (200) acres of contiguous property; and

WHEREAS, the City Council, after due investigation and consideration, has determined that the classification and establishment of the District as a planned development district and the approval of the Plan Description will promote the sound planning and development of the City, and therefore serve the best interests of the City;

NOW, THEREFORE BE IT ORDAINED, by the City Council as follows:

000096

SECTION 1.  The City Council finds as facts all of the recitals contained in the preambles of this Ordinance.

SECTION 2..  The City Council finds as facts and adopts as its findings the findings of the City Plan Commission set forth in the Plan Commission Report; and

SECTION 3.   the Application, subject to the modifications contained in the Plan Description, attached hereto as Exhibit A, is hereby approved.

SECTION 4.   In accordance with Subsections 14.7 and Section 15 of the Zoning Ordinance, the District is hereby classified and established as a planned development district, subject to and in accordance with all of the terms and provisions of the Plan Description, and the Zoning Ordinance and the Zoning Map of the City, is hereby amended so to provide.

SECTION 5.   All modifications and exceptions under under the Zoning Ordinance and all modifications to and exceptions from the Subdivision Control Ordinance, as set forth in the Plan Description, are hereby granted and approved.

SECTION 6.   This Ordinance shall be known as Ordinance No. _4330_ .

SECTION 7.   This Ordinance shall take effect and be in full force and effect upon and after its passage, approval and publication in pamphlet form as required by law.

- 4 -

000097

PRESENTED to the City Council of the City of Aurora, Illinois this _1st_ day of _August_, 1973.

PASSED by the City Council of the City of Aurora, Illinois this _1st_ day of _August_, 1973 by a roll call vote as follows:

| <u>Ayes</u> | <u>Nays</u> | <u>Not Voting</u> |
|:---:|:---:|:---:|
| 5 | 0 | 0 |

SIGNED by the Mayor of the City of Aurora, Illinois, this _1st_ day of _August_, 1973.

ATTEST:

_____    _____
City Clerk                  Mayor

- 5 -

EXHIBIT A
TO
ORDINANCE NUMBER 4330

AN ORDINANCE ESTABLISHING A PLANNED
DEVELOPMENT DISTRICT AND APPROVING
A PLAN DESCRIPTION

FOX VALLEY EAST PLANNED DEVELOPMENT DISTRICT

Plan Description

This Plan Description consists of the following Parts:

Part One. A written explanation of the general character of the Proposed Planned Development District divided into the following Sections:

I. General description of the Proposed District.

II. Description of land uses to be included in the Proposed District.

III. Description of the development standards, design criteria and land improvement requirements applicable to the Proposed District.

IV. Description of requested modifications and exceptions from the Aurora Zoning Ordinance and the Aurora Subdivision Control Ordinance.

V. General provisions relating to the Proposed District.

Part Two. A legal description of the property to be included in the Proposed District.

Part Three. The following maps:

I. Map showing the boundaries of the Proposed District and the boundaries of Region I and Region II of the Proposed District.

II. Map showing the existing zoning of the Proposed District and adjacent properties.

III. Map showing existing utilities which will serve the Proposed District.

IV. Topographical map of the Proposed District.

V. Flood plain map of the Proposed District.

VI. Land use plan for the Proposed District.

CITY OF AURORA      )
COUNTY OF KANE      ) ss
STATE OF ILLINOIS   )

     I, Elizabeth F. Pietkiewicz, City Clerk of the City
of Aurora, Illinois do hereby certify that, as such City Clerk
I am the Clerk of the City Council of said City and the
custodian and keeper of the journal of the proceedings of
said Council and of the original ordinances enacted by said
Council, and also of the Ordinance record in which the ordi-
nances of said City are recorded or enrolled, and I do hereby
further certify that the attached Ordinance with Exhibits "A"
and "B" thereto attached published in this pamphlet entitled
"Ordinance Number _4330_, An Ordinance Establishing A Planned
Development District and Approving A Plan Description" is
a true and correct copy of an original ordinance of said
City which was passed on the _1st_ day of August, 1973,
and signed on the _1st_ day of August, 1973, which original
ordinance is now on file in my office, and that said ordinance
was on the _1st_ day of August, 1973, published in pamphlet
form by authority of the City Council of the City of Aurora,
Illinois.

     In Testimony whereof witness my hand and the
corporate seal of the City of Aurora, Illinois, this _1st_
day of August, 1973.

                                  Elizabeth F. Pietkiewicz
                                  City Clerk
                                  City of Aurora, Illinois