FOX VALLEY EAST PLANNED DEVELOPMENT DISTRICT

Plan Description

Part One

INDEX

|  |  | Page No. |
|---|---|---|
| Section I. | General Description of the Proposed District. | 1 |
| Section II. | Description of Land Uses. | 6 |
| A. | Business Areas. | 6 |
| 1. | Permitted Uses. | 6 |
| 2. | Percentage Limitations. | 10 |
| B. | Manufacturing Areas. | 11 |
| 1. | Permitted Uses. | 11 |
| 2. | Percentage Limitations. | 14 |
| C. | Residential Areas. | 14 |
| 1. | Permitted Uses. | 14 |
| 2. | Percentage Limitations. | 16 |
| D. | Open Space. | 17 |
| E. | School Sites. | 17 |
| F. | Existing and Temporary Uses in the District. | 17 |
| G. | Determination of Percentage Limitations. | 18 |
| Section III. | Development Standards, Design Criteria and Land Improvements. | 19 |
| A. | Zoning Standards. | 19 |
| 1. | Dwelling Standards. | 19 |
| a. | One-Family Dwellings. | 19 |
| b. | Two-Family Dwellings. | 20 |
| c. | Multiple-Family Dwellings and Apartments. | 20 |

000102

|  |  | Page No. |
|---|---|---|
| 2. | Building Height. | 20 |
| a. | Residential Areas. | 20 |
| b. | Business Areas. | 21 |
| c. | Manufacturing Areas. | 22 |
| 3. | Location of Buildings in Relation to Boundary Lines of the District and in Relation to Boundary Lines of Use Areas in the District. | 23 |
| a. | Residential Areas. | 23 |
| b. | Business Areas. | 23 |
| c. | Manufacturing Areas. | 24 |
| d. | General Provisions. | 24 |
| 4. | Zoning Lot. | 26 |
| 5. | Zoning Lot Coverage and Floor Area Ratios. | 27 |
| a. | Residential Areas. | 27 |
| b. | Business Areas. | 29 |
| c. | Manufacturing Areas. | 30 |
| d. | Permitted Encroachments. | 30 |
| e. | Floor Area Ratio. | 30 |
| f. | Basement as a Story. | 31 |
| 6. | Residential Density. | 31 |
| a. | Average Residential Density. | 31 |
| b. | Required Percentage of One-Family Detached Dwellings in Region II. | 32 |
| c. | Limitations on Percentage of Medium and High Density Dwellings. | 32 |
| d. | Limitations on Number of Dwelling Units. | 33 |
| e. | Assigned Zoning Lot Land Area. | 33 |
| 7. | Yard and Minimum Zoning Lot Size Requirements. | 33 |

000103

Page No.

8. Required Zoning Lot Land Area Per Dwelling Unit.    37

    a. Zoning Lot Land Area Required to Fulfill One-Family Detached Dwelling Obligation.    37

    b. Medium Density Minimum Zoning Lot Land Area Requirements.    37

    c. High Density Apartment Building Minimum Zoning Lot Land Area Requirements.    39

    d. Buildings Containing Dwelling Units Located in Business Areas.    40

9. Approval of Bulk Requirements for Certain Uses and Temporary Uses.    40

10. Off-Street Parking and Loading.    41

11. Performance Standards in Manufacturing Areas of the District.    41

12. Accessory Buildings.    42

13. City Disapproval Rights.    42

14. Development Pursuant to Existing Standards.    44

B. Design Criteria and Land Improvements.    47

Section IV. Requested Modifications and Exceptions from the Zoning Ordinance and the Subdivision Control Ordinance.    48

A. Zoning Ordinance Modifications and Exceptions.    48

B. Subdivision Control Ordinance Modifications and Exceptions.    64

Section V. General Provisions Relating to the Proposed District.    113

A. Sanitary Sewer Service to the District.    113

B. Water Service to the District.    115

C. District Storm Water Retention and Disposal Systems.    119

-iii-

000104

|  |  |  | Page No. |
|---|---|---|---|
|  | 1. | Waubansee Creek Storm Retention and Disposal Facilities. | 120 |
|  | 2. | Indian Creek Watershed. | 121 |
|  | 3. | Variations. | 121 |
| D. | | Highways and Roads. | 122 |
|  | 1. | General. | 122 |
|  | 2. | Highway and Roads Network. | 125 |
|  |  | a. North-South Linkages. | 125 |
|  |  | b. East-West Linkages. | 127 |
|  | 3. | Variations. | 128 |
| E. | | Time Limitations for Submission of Preliminary and Final Plans. | 129 |
| F. | | Deletion of Land from the Proposed District. | 130 |
| G. | | Consent of Owners. | 131 |
| H. | | Obligation to Develop. | 131 |
| I. | | Land Use Plans. | 132 |
|  | 1. | Submission of Land Use Plan Included in Plan Description. | 132 |
|  | 2. | Submission of Updated Land Use Plans. | 132 |
|  |  | a. Submission with Preliminary Plans. | 132 |
|  |  | b. Submission by Developers. | 133 |
|  |  | c. Annual Submissions. | 133 |
|  | 3. | Land Use Plans to Reflect Developers' Best Intentions. | 133 |
|  | 4. | Changes in Land Use Plans Requiring City Council Approval. | 134 |
|  | 5. | Preliminary Plans and General Development Plans to Conform to Land Use Plan. | 137 |
| J. | | General Development Plans. | 137 |
| K. | | Development Pursuant to Final Plans. | 139 |

000105

|   |   | Page No. |
|---|---|---|
| L. | Conveyances of Property Not Included in an Approved Final Plan. | 139 |
| M. | Transfers of Property Between Regions. | 140 |
| N. | Changes in Plan Description. | 141 |
| O. | Changes in Approved Final Plans. | 142 |
|   | 1.  Prior to Completion of Development Phase. | 142 |
|   | 2.  After Completion of Development Phase. | 142 |
| P. | Reliance by Developers. | 144 |
| Q. | Developer. | 145 |

000106

FOX VALLEY EAST PLANNED DEVELOPMENT DISTRICT

Plan Description

Part One

Section I

General Description of the Proposed District


For the purposes of this Plan Description the
Proposed District (hereinafter called the "District") is
divided into two contiguous parts, herein called Region I
and Region II.


Region I consists of approximately seven hundred
contiguous acres lying in an area bounded generally by
Route 65 (Aurora Road) on the north, Route 34 (Oswego
Road) on the south, Route 59 on the east and the easterly
right-of-way line of the Elgin, Joliet & Eastern Railway
Company on the west.  The exact boundaries are set forth
in a separate submission.


Region II consists of approximately three
thousand four hundred and fifty contiguous acres located
in an area bounded generally by Molitor Road on the north,
the DuPage-Will County Line on the south, the westerly
line of the north-south Commonwealth Edison Company
right-of-way paralleling the Elgin, Joliet & Eastern
Railway Company on the east and the DuPage-Kane County
Line on the west with an added portion of the area
bounded by an irregular line extending into Section 36

in Aurora Township, Kane County, and with another portion
extending to the east of the Elgin, Joliet & Eastern Rail-
way Company and lying south of Route 34 (Oswego Road) in
Sections 29 and 32 of Naperville Township, DuPage County.
The exact boundaries are set forth in a separate
submission.

The District, tentatively named Fox Valley East,
is being planned as a New City extension of the City of
Aurora, Illinois (hereinafter called the "City") to serve
the present and future population in the Fox River Valley
area east of the present city limits of the City.

The District's location at the junction of three
major transportation systems:  the East-West Tollway which
is being extended to the western section of the state; the
designated Fox Valley Freeway; and the Burlington Northern,
Inc. commuter and inter-city rail line which serves
Chicago, western Illinois and Iowa; make this planned new
city a "gateway" for people and goods entering the Chicago
metropolitan area from the west.  Accordingly, uses planned
are appropriate to its gateway function and location.  These
include a variety of residential, commercial, industrial,
institutional and public uses designed to create a compre-
hensive economic and consumer service base which will not
only assure the environmental and financial self-sufficiency
of the District but also contribute to the economic and
cultural well-being of the people of the City and surround-
ing communities.

-2-

000108

In its own right the District will represent a major fiscal and territorial addition to the resources of the City and the other governmental units serving the DuKane Valley area.

Given its strategic location at the junction of three major transportation systems, the need to assure access for an adequate labor force to support the various commercial, institutional and industrial uses, and the overriding public interest in providing efficient high quality commuter service for local residents to places of employment in and near the central city, a Transportation Center for the interchange of rail, bus, private automobile and other forms of traffic is under discussion. A balanced transportation system will be planned for the District. In planning transportation facilities within the District, emphasis will be placed on the impact of proposed new facilities on the existing local and area-wide transportation structures. Vehicular and pedestrian circulation patterns will be planned so as to minimize pedestrian-vehicular conflict.

Region I will offer the area a regional shopping center (hereinafter called the "Regional Shopping Center") featuring nationally renowned retailers including major department stores of Marshall Field & Company and Sears, Roebuck and Co. On the basis of current experience with similar shopping centers in other parts of the

000109

Chicago metropolitan area, the shopping center will gener-
ate several thousand new jobs and well over $100,000,000 in
annual sales.

Substantial areas in the District are proposed
for business, manufacturing, office and other uses to
serve both local and regional needs.  Provision for
manufacturing facilities is consistent with the historic
industrial role of the Fox River Valley area and gives
material substance to county and regional public planning
objectives of encouraging further industrial development
in this section of the Chicago metropolitan area.

The housing units contemplated in the District
are to be distributed among single-family homes, town-
houses, garden apartments and multi-story buildings.

Because of the necessarily extended development
period for an undertaking of this magnitude, the details
as to housing types, sizes and amenities in the District
will be determined by market experience as successive
groups of housing units are completed and made available.
It is contemplated that a high degree of home and apart-
ment ownership will prevail and that a broad spectrum of
housing types and prices will be made available to meet
the needs of the labor force required by the area's indus-
tries and for those drawn to this new city by its location
and amenities.

000110

Community amenities will be included in the District, and planning for schools, parks, libraries, transportation and other community facilities and amenities in the District will receive the same care as the planning of housing.

Care will be taken in the planning of the District to preserve and stablize the ecology of the area. The natural resources and characteristic land forms of the area shall, wherever possible, be preserved with the concept in mind that a community and its environment must be viewed as one.  Measures will be taken during construction to prevent erosion of exposed top soil.

By virtue of its geographic position between the Fox River, one of the few natural scenic features in the Chicago region, and the proposed Springbrook forest preserve, the District is uniquely located to significantly augment the scenic and recreational facilities of this general area.  Sites will be reserved in appropriate locations for schools and parks to assure the availability of these essential community facilities and to enhance the residential quality of areas designated for housing.

-5-

000111

FOX VALLEY EAST PLANNED DEVELOPMENT DISTRICT

Plan Description

Part One

Section II

Description of Land Uses

The District shall be developed into the land use Areas described below and in accordance with the land use plans included in Part Three of this Plan Description, which land use plans may be changed from time to time as provided for in Subsection I. of Section V hereof. On each Preliminary Plan and Final Plan (hereinafter called "Preliminary Plan" and "Final Plan") submitted for approval in accordance with Subsection 14.7 of City Ordinance No. 3100 (which Ordinance No. 3100, together with all amendments thereto, is hereinafter collectively called the "Zoning Ordinance"), and on each General Development Plan submitted pursuant to Subsection V J. hereof, the land use Areas to be included in that part of the District covered by such Preliminary or Final Plan or General Development Plan shall be indicated.

A.  Business Areas.

1.  Permitted Uses.

a.  In neighborhood shopping center Business Areas of the District which are fifteen acres or less in size and are located adjacent to a Residential Area of the District, and in all other

-6-

C00112

Business Areas of the District which do not meet the
requirements of Subsection b. of this Subsection 1.,
the permitted uses shall be any of the uses permitted
on the date of the approval by the City Council of
the City (hereinafter called the "City Council") of
the application for establishment of the District
(hereinafter called the "approval date") in the B-1,
B-2 and O districts as set forth and provided for in
the Zoning Ordinance; provided, that with the
approval of the City Council, which approval may be
given as part of the approval of a Preliminary or
Final Plan, uses permitted by the Zoning Ordinance
on the approval date in B-3 districts may be per-
mitted in any such Business Areas.

b.   In Business Areas of the District
other than neighborhood shopping center Business
Areas described in Subsection a. above, which Busi-
ness Areas are planned and developed as a unit, and
the planning and development of which are under
single, unified or coordinated control (regardless
of ownership), the permitted uses shall be any of
the uses permitted on the approval date in the B-1,
B-2, B-3 and O districts as set forth and provided
for in the Zoning Ordinance; provided, that (i) with-
out the approval of the City Council, which approval
may be given as part of the approval of a Prelimi-
nary or Final Plan, dwellings may not be located
over a use permitted on the approval date only in B-3

-7-

000113

districts as set forth and provided for in the Zoning
Ordinance, and (ii) the uses described in Subsec-
tions 12.4-1.29, 12.4-1.36 and 12.4-1.38 of the Zon-
ing Ordinance on the approval date shall not be
permitted in any such Business Areas of the District.

c.  Any uses that become permitted uses in
said B-1, B-2, B-3 and O districts of the Zoning
Ordinance subsequent to the approval date shall be
deemed to have been permitted uses in said districts
on the approval date.

d.  The following additional uses shall be
permitted throughout Business Areas of the District:

(1)  Auditoriums, stadiums,
arenas, armories, gymnasiums and other
similar places for public events.

(2)  Bus terminals, railroad
passenger stations, freight terminals,
and other public transportation terminal
facilities.

(3)  Municipal or privately
owned recreation buildings and community
centers.

-8-

000114

(4)  Nursery schools and day nurseries.

(5)  Police stations and fire stations.

(6)  Public buildings, including art galleries, post offices, libraries, museums and similar buildings.

(7)  Public telephone booths not installed in a building or structure but standing in the open for the general use of the public.

(8)  Public or private parks and playgrounds.

(9)  Public utility facilities, i.e., filtration plants, water reservoirs and pumping stations, heat or power plants, transformer stations and other similar facilities.

(10)  Radio and television transmitting or antenna towers (commercial) and other electronic equipment requiring outdoor structures, and including antenna towers used for the sending of private messages.

-9-

000115

(11)  Rest homes and nursing homes.

(12)  Schools, elementary, high and college, public or private.

(13)  Clinics and medical centers.

(14)  Golf courses, public or private.

(15)  Hospitals or sanitariums, public or private.

(16)  Telephone exchanges, antenna towers and other outdoor equipment essential to the operation of the exchanges.

2.  Percentage Limitations.  The percentage of the land in Region I which may be devoted to Business Areas shall be a minimum of forty-five percent and a maximum of seventy-five percent.  The percentage of the land in Region II which may be devoted to Business Areas shall be a minimum of five percent and a maximum of fifteen percent.

-10-

000116

B.  Manufacturing Areas.

1.  Permitted Uses.  Any of the uses permitted
on the approval date in the M-1 and O districts as set
forth and provided for in the Zoning Ordinance shall be
uses permitted throughout the Manufacturing Areas of the
District; provided, that:

a.  The uses described in Subsections 12.4-
1.29; 12.4-1.36; 12.4-1.38; 12.5-1.9 and 13.2-1.20
of the Zoning Ordinance on the approval date shall
not be permitted;

b.  Any uses that become permitted uses in
said M-1 and O districts subsequent to the approval
date shall be permitted uses throughout such Manu-
facturing Areas; and

c.  The following additional uses shall be
permitted throughout such Manufacturing Areas:

(1)  Airport, landing field, or
landing strip, subject to the Civil Aero-
nautics Administration certifying that a
new or reoriented runway will not inter-
fere with the flight pattern of any
established airport, landing field or
landing strip.

-11-

000117

(2)  Bus terminals, railroad passenger stations, freight terminals, and other public transportation terminal facilities.

(3)  Public telephone booths not installed in a building or structure but standing in the open for the general use of the public.

(4)  Railroad rights-of-way.

(5)  Any use listed as an additional use in Subsection A.1.c. of this Section II except the uses listed in clauses (4), (11), (12) and (15) of said Subsection.

(6)  Cultural, educational and child care facilities when part of and related to a planned industrial park.

(7)  Outdoor theaters.

d.  In any part of any Manufacturing Area of the District which is, at the time when a Preliminary Plan including such part of the Manufacturing Area is submitted for approval, within one hundred feet of the boundary of a Residential Area of the

-12-

C00118

District or the boundary of an area outside the District which was, on the approval date, and is, at the time when such Preliminary Plan is submitted for approval, zoned for residential use, the permitted uses in such part shall be limited to (1) warehouse or parking facilities associated with any uses located in the Manufacturing Area; (2) any uses permitted in the B-1, B-2, B-3 and O districts as set forth and provided for in the Zoning Ordinance on the approval date; and (3) any uses that become permitted uses in said districts subsequent to the approval date; provided, that if the boundary of such Residential Area or such area outside the District shall be in a road, highway, railroad or similar right-of-way or in a stream, park, river or similar natural barrier, the depth of that part of such right-of-way or natural barrier which is within such Residential Area or such area outside the District zoned for residential use may be deducted from the one-hundred-foot requirement for the part of the Manufacturing Area in which the permitted uses shall be so limited. The provisions of this Subsection II B.1.d. shall not apply to the Region II Manufacturing Area designated as "Restricted Manufacturing Area" on the land use plan included as map number VI in Part Three of this Plan Description, or in such Area as it may be enlarged or contracted pursuant to Subsection V I. hereof.

-13-

C00119

e.  In the Region II Manufacturing Area
designated as "Restricted Manufacturing Area" on the
land use plan included as map number VI in Part Three
of this Plan Description or in such Area as it may be
enlarged or contracted pursuant to Subsection V I.
hereof, neither the uses described in Subsections 13.2-
1.10; 13.2-1.11; 13.2-1.18; 13.2-1.19; 13.2-1.32;
13.2-1.33; 13.2-1.36; 13.2-1.38; 13.2-1.51; 13.2-1.52;
13.2-1.54; 13.2-1.56 and 13.2-1.57 of the Zoning
Ordinance on the approval date; nor a retail commer-
cial structure having more than two hundred and fifty
thousand square feet of gross floor area devoted to
retail sales and service operations shall be
permitted.

2.  <u>Percentage Limitations</u>.  The percentage of
the land in Region I which may be devoted to Manufacturing
Areas shall be a maximum of ten percent.  The percentage
of the land in Region II which may be devoted to Manufac-
turing Areas shall be a minimum of twenty percent and a
maximum of fifty percent.

C.  <u>Residential Areas</u>.

1.  <u>Permitted Uses</u>.  Any of the uses permitted
on the approval date in the R-1, R-2, R-3, R-4, R-5 and
R-5A districts as set forth and provided for in the Zoning
Ordinance shall be uses permitted throughout the Residen-
tial Areas of the District; provided, that one-family row

-14-

000120

dwellings (party wall) may have eight dwellings in a row or building, and provided further, that:

a. Any uses that become permitted uses in said R-1, R-2, R-3, R-4, R-5 and R-5A districts subsequent to the approval date shall be permitted uses throughout such Residential Areas; and

b. The following additional uses shall be permitted throughout such Residential Areas:

(1) Golf courses, public or private.

(2) Municipal or privately owned recreation buildings and community centers.

(3) Nursery schools and day nurseries.

(4) Police stations and fire stations.

(5) Public buildings, including art galleries, post offices, libraries, museums and similar buildings.

(6) Public or private parks and playgrounds.

-15-

000121

(7)  Public telephone booths not installed in a building or structure but standing in the open for the general use of the public.

(8)  Public utility facilities, i.e., filtration plants, water reservoirs and pumping stations, heat or power plants, transformer stations and other similar facilities.

(9)  Rest homes and nursing homes.

(10)  Schools, elementary, high and college, public or private.

(11)  Telephone exchanges, antenna towers and other outdoor equip-ment essential to the operation of the exchanges.

2.  Percentage Limitations.  The percentage of the land in Region I which may be devoted to Residential Areas shall be a minimum of twenty percent and a maximum of fifty percent.  The percentage of the land in Region II which may be devoted to Residential Areas shall be a minimum of thirty-five percent and a maximum of sixty-five percent.

-16-

C00122

D.  Open Space.

Land shall be reserved for public open space, parks and recreation uses in accordance with the provisions of Subsection B.19. of Section IV hereof.

E.  School Sites.

Land shall be reserved for school sites in accordance with the provisions of Subsection B.19. of Section IV hereof.

F.  Existing and Temporary Uses in the District.

Any lawfully established use of a building or land in the District, including farm and agricultural uses, which is established or being carried on on the approval date, may be continued pending the commencement of construction in accordance with approved Final Plans for the land on which such building is located or on which such use is established or being carried on. Subject to the provisions of Subsection A.9. of Section III hereof, temporary uses of a building or land in the District may be permitted pending the commencement of construction in accordance with approved Final Plans for the land on which such building is located or on which such temporary use is permitted. Any such temporary use shall be compatible with existing uses in the area where such temporary

-17-

use is located.  Except as provided for herein, after com-
plete development of the District in accordance with
approved Final Plans, no uses of a building or land shall
be allowed except uses permitted by approved Final Plans
for the District.  If, pursuant to the provisions of Sub-
section 15.5-3 of the Zoning Ordinance, the City Council
shall at any time rezone any property in the District, the
City Council shall have the right to require the abatement
of any use of a building located on or land included within
such rezoned property which shall have been an established
use on the approval date but which shall not be a permitted
use on such property following such rezoning action.

G.  <u>Determination of Percentage Limitations</u>.

The percentage limitations provided for in Sub-
sections A.2., B.2. and C.2. of this Section II shall be
applied to the land area of a Region after deducting from
such land area all land devoted to or reserved or dedi-
cated for (i) above ground public utility buildings and
structures required to service the Region and (ii) rights-
of-way for public streets, highways and alleys.  Land area
devoted to or reserved or dedicated for school and other
public building sites and public parkways, walkways and
drainage courses shall be included in the land area to
which such percentage limitations shall be applied.  In
determining the percentage of land devoted to each land
use Area, land devoted to parking and private open space,
park and recreational facilities shall be included.

-18-

000124

FOX VALLEY EAST PLANNED DEVELOPMENT DISTRICT

Plan Description

Part One

Section III

Development Standards, Design Criteria and

Land Improvements

A.  Zoning Standards.

        The standards set forth in this Subsection III A.
shall be applicable to all buildings and structures and the
use of all land in the District in lieu of comparable or
similar standards or requirements of the Zoning Ordinance,
and all provisions and requirements of the Zoning Ordinance
inconsistent with the standards set forth herein shall be
inapplicable.  Any uncertainty between the applicability of
a standard or requirement of the Zoning Ordinance and the
applicability of a standard set forth herein shall be
resolved in favor of the standard set forth herein.

    1.  Dwelling Standards.

        a.  One-Family Dwellings.  Each one-family
one-story dwelling shall have a total ground floor
area of not less than seven hundred and fifty square
feet.  Each one-family dwelling of more than one
story shall have a total floor area of not less than
nine hundred and fifty square feet.

-19-

000125

b.  Two-Family Dwellings.  Each two-family dwelling shall have a total floor area per dwelling unit of not less than seven hundred and fifty square feet.

c.  Multiple-Family Dwellings and Apartments. Multiple-family dwellings and apartments shall have a minimum total floor area per dwelling unit as follows:

|     |                                       | Square Feet |
|-----|---------------------------------------|-------------|
| (1) | Efficiency apartments                 | 450         |
| (2) | Apartments with one bedroom           | 650         |
| (3) | Apartments with two bedrooms          | 850         |
| (4) | Apartments with three bedrooms        | 1000        |
| (5) | Apartments with four or more bedrooms | 1100        |

In all cases, ground floor area or floor area shall be measured from the outside of the exterior walls, shall include utility rooms, but shall not include cellars, basements, open porches, balconies, breezeways, garages and other spaces that are not used frequently or during extended periods for living, eating or sleeping purposes.  A basement shall not be considered as a story for the purposes of this Subsection III A.1.

2.  Building Height.

a.  Residential Areas.  The following building

-20-

000126

height limitations shall be applicable in all
Residential Areas of the District:

(1)  No one-family detached
dwelling or one-family row dwelling shall
be erected or structurally altered to
exceed a height of three stories or a
height of forty feet, whichever is the
higher.

(2)  No two-family, three-family,
or four-family dwelling shall be erected
or structurally altered to exceed a height
of four stories or a height of forty feet,
whichever is the higher.

(3)  No multiple-family dwelling
or apartment building shall be erected or
structurally altered to exceed a height of
two hundred feet and no more than fifteen
stories in any such building may be
devoted to dwelling units.

b.  <u>Business Areas</u>.  In Business Areas of
the District no building or structure shall be erected
or structurally altered to exceed a height of four
stories or a height of sixty feet, whichever is the

-21-

000127

higher, except that buildings which may be erected or
structurally altered to a greater height pursuant to
the City Building Code may be erected or structurally
altered within the height limitations set forth in
said Code.

     c. <u>Manufacturing Areas</u>. In Manufacturing
Areas of the District no building or structure shall
be erected or structurally altered to exceed a height
of seventy-five feet, except that buildings intended
for business or office uses which may be erected or
structurally altered to a greater height pursuant to
the City Building Code may be erected or structurally
altered within the height limitations set forth in
said Code.

Parapet walls, chimneys, cooling towers, elevator bulk
heads, fire towers, stacks, stage towers, scenery lofts,
necessary mechanical or structural appurtenances, aerials,
light towers, flag poles and similar extensions to the
height of buildings shall be permitted to exceed the
maximum height limitations set forth above, provided they
are erected in accordance with all other ordinances of the
City. A basement shall not be considered as a story for
the purposes of this Subsection III A.2.

000128

3.  <u>Location of Buildings in Relation to Boundary</u>
<u>Lines of the District and in Relation to Boundary Lines of</u>
<u>Use Areas in the District</u>.

a.  <u>Residential Areas</u>.  In Residential Areas
of the District, the minimum distance between the
exterior wall of any building and a boundary line of
the District or a boundary line of the Residential
Area shall be twenty-five feet; provided, that if the
building exceeds twenty-five feet in height, such
minimum distance shall be increased one foot for each
two feet or fraction thereof by which the building
height exceeds twenty-five feet, but in no case shall
such minimum distance exceed forty feet.

b.  <u>Business Areas</u>.  In Business Areas of
the District, the minimum distance between the
exterior wall of any building and a boundary line of
the District or a boundary line of the Business Area,
if the property abutting such boundary line is in a
Residential Area of the District or in an area out-
side the District zoned for residential use, or if
such building includes dwelling units, shall be
thirty feet; provided, that if the building exceeds
twenty-five feet in height, such minimum distance
shall be increased one foot for each two feet or
fraction thereof by which the building height
exceeds twenty-five feet, but in no case shall such

000129

minimum distance exceed forty feet; and, provided further, that if the property abutting such boundary line is not in a Residential Area of the District or is in an area outside the District zoned for nonresidential use, and if such building does not include dwelling units, such minimum distance shall be twenty feet.

c. <u>Manufacturing Areas</u>. In Manufacturing Areas of the District, the minimum distance between the exterior wall of any building and a boundary line of the District or a boundary line of the Manufacturing Area, if the property abutting such boundary line is in a Residential Area of the District or in an area outside the District zoned for residential use, shall be thirty feet; provided, that if the building exceeds twenty-five feet in height, such minimum distance shall be increased one foot for each two feet or fraction thereof by which the building height exceeds twenty-five feet, but in no case shall such minimum distance exceed forty feet; and, provided further, that if the property abutting such boundary line is not in a Residential Area of the District or is in an area outside the District zoned for nonresidential use, such minimum distance shall be twenty-five feet.

d. <u>General Provisions</u>. The following provisions governing the location of buildings in

-24-

relation to boundary lines of the District and in
relation to boundary lines of the use Areas in the
District shall apply in all use Areas in the District:

(1)  Where a boundary line of
the District or of a use Area in the
District is in a public street, alley,
railroad, or similar right-of-way, the
minimum distance provided for in
clauses a., b. and c. above shall be
measured from the nearest right-of-way
line of such street, alley, railroad or
similar right-of-way.

(2)  The area between a boundary
line of the District or of a use Area in
the District and the minimum distance at
which the exterior wall of any building
may be located may contain the following
permitted encroachments:  open terraces
not over four feet above the average
level of the adjoining ground but not
including a permanently roofed-over
terrace or porch; awnings and canopies;
steps, four feet or less above the aver-
age level of the adjoining ground which
are necessary for access to a building
or building site; chimneys projecting
eighteen inches or less; recreational
and laundry drying equipment; arbors and

-25-

000131

trellises; flag poles; fences and walls
not exceeding five feet in height above
the average level of the adjoining ground;
open-type fences exceeding five feet in
height (provided that visibility at right
angles to any surface of such fence may
not be reduced by more than twenty per-
cent); balconies, breezeways and open
porches; one-story bay windows projecting
three feet or less; overhanging eaves and
gutters projecting three feet or less;
and air conditioning pads.

4.  _Zoning Lot_.  Within the District any parcel
of land may be shown as a zoning lot on any Preliminary or
Final Plan covering all or any part of the District, pro-
vided such parcel of land meets the zoning lot requirements
set forth in this Plan Description.  Subject to the modifi-
cations and exceptions provided for in this Plan Description,
all provisions of the Zoning Ordinance which refer or apply
to a zoning lot shall refer or apply to the zoning lots
so shown on any such Preliminary or Final Plan; provided
that (a) each zoning lot must be located entirely within
a designated use Area of the District as shown on such
Preliminary or Final Plan; (b) a parcel of land shown as
a zoning lot on any Preliminary Plan may be divided into
two or more zoning lots on a Final Plan for all or a part

C00132

of the property covered by such Preliminary Plan; and
(c) a zoning lot may not be intersected by a public high-
way, street, or railroad right-of-way.  Except as other-
wise limited by this Plan Description, one or more
principal buildings and one or more accessory buildings
may be located on a zoning lot.  A zoning lot may be used
for any one or more of the uses permitted in the use Area
in which the zoning lot is located.

     5.  Zoning Lot Coverage and Floor Area Ratios.

      a.  Residential Areas.  The following zoning
lot coverage and floor area ratio limitations shall be
applicable in all Residential Areas of the District:

      (1)  Not more than forty percent
of the area of a zoning lot on which
detached one-family or two-family dwellings
are located may be occupied by buildings,
including accessory buildings.

      (2)  Not more than forty percent
of the area of a zoning lot on which
multiple-family dwellings, apartments or
one-family row dwellings (party wall) are
located may be occupied by buildings,
including accessory buildings.

      (3)  On a zoning lot on which
multiple-family dwellings or apartments

C00133

are located the following floor area ratio
limitations shall apply:

      (a)  For buildings up to
and including three stories in height,
the floor area ratio shall not exceed
one.

      (b)  For buildings which
exceed three stories but not eight
stories in height, the floor area
ratio shall not exceed two.

      (c)  For buildings which
exceed eight stories in height, the
floor area ratio shall not exceed
three; provided, that for buildings
which exceed twelve stories in
height, the floor area ratio may
exceed three if at least fifty per-
cent of required parking facilities
are provided in garage areas which
are a part of the building, in
which case the floor area ratio
shall not exceed four.

      (d)  With the approval of
the City Council, which approval may
be given as part of the approval of
a Preliminary or Final Plan, the

-28-

C00134

floor area ratio for any zoning
lot may exceed the limitation
applicable to that lot provided
that the floor area ratio for all
zoning lots within each Region,
separately, shall, within such
Region, comply with such limitations.

b. <u>Business Areas</u>.  There shall be no zon-
ing lot coverage or floor area ratio limitations in
the Business Areas of the District except for build-
ings containing dwelling units, each of which shall
be located on a single zoning lot.  Not more than
forty percent of the area of the zoning lot may be
occupied by that portion of such a building containing
dwelling units; provided, that the area of the zoning
lot left open may begin at that level of the build-
ing's elevation at which the portion of the building
containing dwelling units commences.  The following
floor area ratio limitations shall apply to the dwell-
ing unit portion of such buildings:

(1)  For buildings with dwell-
ing unit portions up to and including
three stories in height, the floor area
ratio shall not exceed one.

(2)  For buildings with dwell-
ing unit portions which exceed three

000135