

C00137

stories but not eight stories in height,
the floor area ratio shall not exceed two.

(3)  For buildings with dwell-
ing unit portions which exceed eight
stories in height, the floor area ratio
shall not exceed three; provided, that
for buildings with dwelling unit portions
which exceed twelve stories in height,
the floor area ratio may exceed three if
at least fifty percent of required park-
ing facilities are provided in garage
areas which are a part of the building,
in which case the floor area ratio shall
not exceed four.

c.  <u>Manufacturing Areas</u>.  In Manufacturing
Areas of the District, not more than sixty percent of
the area of a zoning lot may be occupied by buildings,
including accessory buildings.  There shall be no
floor area ratio limitations in Manufacturing Areas.

d.  <u>Permitted Encroachments</u>.  The areas left
open to comply with the above zoning lot coverage and
floor area ratio limitations may contain the permitted
obstructions listed in clause (2) of Subsection A.3.d.
of this Section III.

000178

e.  Floor Area Ratio.  For the purposes of this Plan Description, the floor area ratio shall be the total floor area (as defined in Subsection A.1.c. of this Section III) of the dwelling unit portions of the building or buildings located on a zoning lot or lots divided by the area of such zoning lot or lots.

f.  Basement as a Story.  A basement shall not be considered as a story for the purposes of this Subsection III A.5.

6.  Residential Density.

a.  Average Residential Density.  In Residential and Business Areas of the District the average residential density in Region I shall not exceed fourteen dwelling units per acre and the average residential density in Region II shall not exceed ten dwelling units per acre; provided that in each Region of the District no more than twenty percent of the permitted dwelling units shall be efficiency apartments located in the multiple-family dwellings and apartment buildings.  In computing such average density, all land in the Region devoted to Residential Areas and all land devoted to open space, public parkways, walkways and drainage courses, school sites, parks, recreation areas, public or private, and other public building sites, shall be included in the number of acres which is to be divided into the total dwelling units in the Region to produce average density in dwelling units per acre; provided, that there shall be deducted from such number of acres

-31-

C00139

into which the dwelling units are to be divided all land devoted to or reserved or dedicated for (i) above ground public utility buildings and structures required to service the Region, and (ii) rights-of-way for public streets, highways and alleys.

b. <u>Required Percentage of One-Family Detached Dwellings in Region II</u>. In Region II of the District a minimum of thirty-five percent of the total zoning lot land area developed with dwellings or apartment buildings in Residential Areas will be developed with one-family detached dwellings. For the purpose of this Subsection 6.b., zoning lot land area assigned to one-family detached dwellings shall meet or exceed the requirements set forth in Subsection A.8.a. of this Section III or the requirements set forth in A.14.b.(1) of this Section III.

c. <u>Limitations on Percentage of Medium and High Density Dwellings</u>. In each Region of the District the maximum percentage of the zoning lot land area developed with dwellings or apartment buildings in Residential Areas which may be developed with medium density dwellings and apartment buildings or with high density apartment buildings shall be as follows:

|  | Region I | Region II |
|---|---|---|
| Medium density dwellings and apartment buildings. | 60% | 40% |
| High density apartment buildings. | 40% | 25% |

-32-

000140

For the purposes of this Subsection 6.c., zoning lot
land area assigned to medium density dwellings and
apartment buildings shall meet or exceed the require-
ments set forth in Subsection A.8.b. of this Section III
or the requirements set forth in Subsection 14.b.(2) of
this Section III, and zoning lot land area assigned to
apartment buildings which does not meet or exceed such
requirements shall be assigned to high density apart-
ment buildings and shall be subject to the requirements
of Subsection A.8.c. of this Section III or the require-
ments set forth in Subsection 14.b.(3) of this Sec-
tion III.  Any part of the zoning lot area in either
Region of the District which may be developed with
high density apartment buildings may be developed with
medium density dwellings and apartment buildings.

d.    Limitations on Number of Dwelling Units.
The maximum permitted number of dwelling units in
Region I of the District will be four thousand five
hundred and fifty, and the maximum permitted number
of dwelling units in Region II of the District will
be twenty-one thousand five hundred.

e.    Assigned Zoning Lot Land Area.  The zon-
ing lot land area assigned to each dwelling or apart-
ment building shall be shown on each Preliminary or
Final Plan which includes Residential Areas.

7.  Yard and Minimum Zoning Lot Size Requirements.
There shall be no yard or minimum zoning lot size, area or
width requirements in the District except as follows:

CC0141

a.  In Residential Areas of the District the minimum distance between the closest right-of-way line of any public street and the exterior wall of any building shall be twenty-five feet.

b.  In Residential Areas of the District:

(1)  The minimum distance between adjacent detached dwellings and apartment buildings shall be twelve feet for dwellings and apartment buildings of not more than two stories in height, and if one or both of such adjacent dwellings or apartment buildings exceeds two stories in height, such minimum distance shall be increased two feet for each story by which each of such dwellings or apartment buildings exceeds two stories in height.

(2)  The minimum distance between a dwelling or apartment building and the boundary of the area covered by any Final Plan shall be six feet for a dwelling or apartment building of not more than two stories in height, and if such dwelling or apartment building exceeds two stories in height, such minimum distance shall be increased two feet for each story by which

-34-

000142

such dwelling or apartment building exceeds two stories in height.

(3)   The minimum distance between adjacent buildings containing one-family row dwellings (party wall) shall be twenty feet.

c.   If a building located in a Business Area of the District contains dwelling units, the minimum distance between the exterior wall of that portion of such building which contains the dwelling units and the closest right-of-way line of any public street shall be twenty-five feet.

d.   If a building located in a Business Area of the District contains dwelling units, the minimum distance between any boundary of the zoning lot on which the building is located and the exterior wall of that portion of the building which contains the dwelling units shall be twenty-five feet if the residential portion of the building does not exceed two stories in height.  If the residential portion of the building exceeds two stories in height, one foot shall be added to such minimum distance for each story by which such residential portion of the building exceeds two but not five stories in height, and one-half foot shall be added to such minimum distance

000143

for each story by which the residential portion of
the building exceeds five stories in height.

      e.  In Manufacturing Areas of the District
the minimum distance between the closest right-of-way
line of any public street and the exterior wall of
any building shall be twenty-five feet.  In such
yard areas no storage of material or equipment or
parking of motor vehicles shall take place and such
yard areas shall be landscaped.  Such landscaping
requirement shall not prevent the location within
such yard areas of driveways, pathways, utility
easements and structures and similar appurtenances.

      f.  In Manufacturing Areas of the District
the minimum distance between adjacent principal
buildings shall be thirty feet and the minimum dis-
tance between a principal building and an accessory
building shall be fifteen feet.

The required area between adjacent detached dwellings and
apartment buildings, between a dwelling or apartment build-
ing and the boundary of the area covered by any Final Plan,
between adjacent buildings containing one-family row dwell-
ings (party wall) or between buildings and the closest
right-of-way line of public streets or the boundary of a
zoning lot may contain the permitted encroachments listed
in clause (2) of Subsection A.3.d. of this Section III.  A
basement shall not be considered as a story for the pur-
poses of this Subsection III A.7.

000144

8.  <u>Required Zoning Lot Land Area Per Dwelling
Unit</u>.

a.  <u>Zoning Lot Land Area Required to Fulfill
One-Family Detached Dwelling Obligation</u>.  In portions
of Residential Areas which are not developed pursuant
to Subsection A.14. of this Section III, all zoning
lot land area assigned to one-family detached dwell-
ings which have an assigned zoning lot land area of
not less than sixty-eight hundred square feet per
dwelling shall be counted against the obligation to
develop a minimum of thirty-five percent of the zoning
lot land area in Residential Areas of Region II with
one-family detached dwellings.

b.  <u>Medium Density Minimum Zoning Lot Land
Area Requirements</u>.  In portions of Residential Areas
which are not developed pursuant to Subsection A.14.
of this Section III, all zoning lot land area which
does not qualify as one-family zoning lot land area
pursuant to Subsection a. of this Subsection 8., and
which is assigned to dwellings or apartment buildings
which have an assigned zoning lot land area equal to
or in excess of the following requirements shall be
counted, for the purpose of applying the limitations
set forth in Subsection A.6.c. of this Section III,
as zoning lot land area developed with medium density
dwellings and apartment buildings:

000145

(1)  For each one-family          6000 square feet
     detached dwelling,

(2)  For each two-family          8000 square feet
     dwelling,

(3)  For each row dwelling        1500 square feet
     (party wall) with one         per dwelling unit
     bedroom,

(4)  For each row dwelling        2000 square feet
     (party wall) with two         per dwelling unit
     bedrooms,

(5)  For each row dwelling        2500 square feet
     (party wall) with three       per dwelling unit
     or more bedrooms,

(6)  For multiple-family
     dwellings and apartment
     buildings:                    Square Feet Per
                                   Dwelling Unit

     (a)  For efficiency                1000
          apartments,

     (b)  For dwelling units            1500
          with one bedroom,

     (c)  For dwelling units            2000
          with two bedrooms,

     (d)  For dwelling units            2500
          with three or more
          bedrooms.

-38-

000146

The requirements set forth above for one-family detached dwellings, for two-family dwellings, for row dwellings (party wall) with one bedroom, for row dwellings (party wall) with two bedrooms and for row dwellings (party wall) with three or more bedrooms shall be the minimum requirements in the District for such types of dwellings except when portions of Residential Areas are developed pursuant to Subsection A.14. of this Section III.

c. <u>High Density Apartment Building Minimum Zoning Lot Land Area Requirements</u>. In portions of Residential Areas which are not developed pursuant to Subsection A.14. of this Section III, all zoning lot land area assigned to apartment buildings which do not have an assigned zoning lot land area equal to the requirements of Subsection b. of this Subsection 8. shall be counted, for the purpose of applying the limitations set forth in Subsection A.6.c. of this Section III, as zoning lot land area developed with high density apartment buildings and shall have a minimum assigned zoning lot land area per dwelling unit in accordance with the following:

|  | Square Feet Per Dwelling Unit |
|---|---|
| (1) For efficiency apartments, | 500 |
| (2) For dwelling units with one bedroom, | 625 |

000147

|     |                           |      |
|-----|---------------------------|------|
| (3) | For dwelling units with two bedrooms, | 750  |
| (4) | For dwelling units with three or more bedrooms. | 1500 |

    d.  <u>Buildings Containing Dwelling Units Located in Business Areas</u>.  In Business Areas of the District, each zoning lot on which a building containing dwelling units is located shall have a minimum land area per dwelling unit in accordance with the requirements set forth in Subsection c. of this Subsection 8.

    9.  <u>Approval of Bulk Requirements for Certain Uses and Temporary Uses</u>.  The bulk requirements to be complied with in connection with any use permitted by Subsections A.1.d., B.1.c. and C.1.b. of Section II hereof and any temporary use of a building or land provided for in Subsection F. of Section II hereof shall be subject to the approval of the City Council, which approval may be given as part of the approval of a Preliminary or Final Plan.  Separate application for such an approval may be submitted to the City Council by the developer in writing. The City Council shall promptly refer such application to the Plan Commission and the Plan Commission shall, within thirty days from the date of referral, submit to the City Council its written recommendations with respect to such

C00148

application.  The Plan Commission may recommend that the
City Council approve or disapprove the application and
may, in the event of a favorable recommendation, specify
particular conditions which should be incorporated in
the approval.  Within sixty days after receipt of the
Plan Commission's recommendation, the City Council shall
either approve or disapprove the application.  An
approval may be conditional and, if so, shall state what
additions or deletions from the application as submitted
shall be made in the application as approved.

   10.  Off-Street Parking and Loading.  Off-street
parking and loading facilities shall be provided in
accordance with Section 10 of the Zoning Ordinance, sub-
ject to the modifications and exceptions provided for in
Section IV of this Plan Description.

   11.  Performance Standards in Manufacturing Areas
of the District.  The Performance Standards set forth in
Subsections 13.2-1 and 13.2-4 through 13.2-4.6 of the
Zoning Ordinance shall be applicable to Manufacturing
Areas of the District; provided that references in Sub-
sections 13.2-1 and 13.2-4.1 of the Zoning Ordinance to
residential districts shall be deemed to include Residen-
tial Areas of the District, that references in Subsec-
tion 13.2-4.1 to B-2, B-3 and B-4 ("O") districts shall
be deemed to include Business Areas of the District, and
that references in Subsection 13.2-4.1 to an M-1 district

000149

shall be deemed to include any Manufacturing Area of the
District.  In Manufacturing Areas of the District, no
storage of material or equipment or parking of automobiles
shall take place within twenty feet of a boundary line
of the District or a boundary line of the Manufacturing
Area if the property abutting such boundary line is in a
Residential Area of the District, a Business Area of the
District and is used for buildings containing dwelling
units or an area outside the District zoned for residential
use.  Such yard areas in which parking and the storage of
materials are not permitted will be landscaped.  Such land-
scaping requirement shall not prevent the location within
such yard areas of driveways, pathways, utility easements
and structures and similar appurtenances.

   12. <u>Accessory Buildings</u>.  Accessory buildings or
accessory uses, including off-street motor vehicle park-
ing lots, but not including public utility, communication,
electric, gas, water and sewer lines and their support and
incidental equipment, may not be located beyond the building
setback lines provided for in Subsections A.3.a., A.3.c.,
A.7.c., A.7.d. and A.7.e. of this Section III.

   13. <u>City Disapproval Rights</u>.  Notwithstanding
the limitations of the second sentences of Subsec-
tion 14.7-6(a) and Subsection 14.7-9 of the Zoning
Ordinance, portions of Residential Areas on any Prelimi-
nary Plan, or on any Final Plan (if such portions on such

000150

Final Plan are not consistent with an approved Preliminary Plan), may be disapproved for reasons which may be inconsistent with this Plan Description to the extent that such reasons constitute a denial of the right to meet or use one or more of the Zoning Standards set forth in Subsections 1., 2.a., 4., 5.a., 7. and 8. of this Subsection III A. or one or more of the Zoning Ordinance modifications and exceptions set forth in Subsections 3., 11., 12., 14., 16., 18., 21., 24., 25., 26., 28., 29., 30., 31., 33., 34., 35., 36., 37., 40. and 41. of Section IV of this Plan Description; provided that:

a. Any such disapproval shall have been recommended by a two-thirds vote of the members of the Plan Commission voting on the issue and the votes of not less than seven members of the Plan Commission then in office; and

b. Any such disapproval shall have been adopted by a two-thirds vote of the members of the City Council then in office; and

c. The disapproval right provided for in this Subsection 13. shall be subject to the provisions of Subsection 14. below.

C00151

14.  Development Pursuant to Existing Standards.
The Plan Commission and the City Council shall approve
those portions of Residential Areas on any Preliminary or
Final Plan if such Residential Area portions comply with
Subsections a. or b. below.

a.  In the case of a Final Plan, such
Residential Area portions shall be approved if they
are consistent with an approved Preliminary Plan
for such Residential Area portions.

b.  In the case of a Preliminary or Final
Plan, such Residential Area portions shall be
approved if they shall have been divided into areas
which are classified as either one-family detached
dwelling areas, medium density multiple-family
dwelling and apartment building areas, or high
density apartment building areas, and if each such
area meets the applicable requirements set forth
in Subsections (1), (2) or (3) below.

(1)  In the case of a one-
family detached dwelling area, the
requirements for Permitted Uses,
Height of Buildings, Lot Size, Yard
Area, Permitted Obstructions and
Dwelling Standards set forth in Sub-
section 11.3 of the Zoning Ordinance
on the approval date; or

000152

(2)   In the case of a medium density multiple-family dwelling and apartment building area, the requirements for Permitted Uses, Lot Area Per Dwelling, Yard Areas, Maximum Floor Area Ratio, Dwelling Standards, Signs and Off-Street Parking and Loading set forth in Subsection 11.6 of the Zoning Ordinance on the approval date; or

(3)   In the case of a high density apartment building area, the requirements for Permitted Uses, Lot Area Per Dwelling, Yard Areas, Maximum Floor Area Ratio, Dwelling Standards, Signs and Off-Street Parking and Loading set forth in Subsection 11.7 of the Zoning Ordinance on the approval date.

c.   In Residential Areas of Region II of the District developed pursuant to this Subsection 14., all zoning lot land area assigned to one-family detached dwellings which meet the requirements for Height of Buildings, Lot Size, Yard Area, Permitted Obstructions and Dwelling Standards set forth in Subsection 11.3 of the Zoning Ordinance on the approval date shall be counted

000153

against the obligation to develop a minimum of
thirty-five percent of the total zoning lot land
area developed with dwellings or apartment buildings
in Residential Areas of Region II with one-family
detached dwellings.

     d.   In Residential Areas of each Region of
the District developed pursuant to this Subsection 14.,
all zoning lot land area assigned to multiple-family
dwellings and apartment buildings which meet the
requirements for Height of Buildings, Lot Area Per
Dwelling, Yard Areas, Maximum Floor Area Ratio, Dwell-
ing Standards and Off-Street Parking and Loading set
forth in Subsection 11.6 of the Zoning Ordinance on
the approval date shall be counted, for the purpose
of applying the limitations set forth in Subsec-
tion A.6.c. of this Section III, as zoning lot land
area developed with medium density dwellings and
apartment buildings.

     e.   In Residential Areas of each Region
of the District developed pursuant to this Subsec-
tion 14., all zoning lot land area assigned to
apartment buildings which meet the requirements for
Lot Area Per Dwelling, Yard Areas, Maximum Floor
Area Ratio, Dwelling Standards, Signs and Off-Street

-46-

C00154

Parking and Loading set forth in Subsection 11.7 of
the Zoning Ordinance on the approval date shall be
counted, for the purpose of applying the limitations
set forth in Subsection A.6.c. of this Section III
as zoning lot land area developed with high density
apartment buildings.

  f. From and after the date of the fifteenth
annual anniversary of the approval date, Subsec-
tions b.(1), b.(2) and b.(3) of this Subsection 14.
shall be deemed modified to incorporate those
requirements of the Zoning Ordinance on such anniver-
sary date which shall have modified or replaced the
requirements of the Zoning Ordinance which have been
incorporated in this Plan Description by Subsec-
tions b.(1), b.(2) and b.(3) of this Subsection 14.

  B. <u>Design Standards and Required Land Improvements</u>.

  To the extent that any development in the District
is subject to the provisions of City Ordinance No. 3446
(hereinafter called the "Subdivision Control Ordinance"),
the design standards and required land improvements provided
for in Articles IV and V of said ordinance shall apply, sub-
ject to the modifications and exceptions provided for in
Section IV hereof.

-47-

000155

FOX VALLEY EAST PLANNED DEVELOPMENT DISTRICT

Plan Description

Part One

Section IV

Requested Modifications and Exceptions from the Zoning

Ordinance and the Subdivision Control Ordinance

A.  Zoning Ordinance Modifications and Exceptions.

       The District shall not be subject to those pro-
visions of the Zoning Ordinance listed below and described
as inapplicable.  With respect to those provisions of the
Zoning Ordinance listed below and shown in modified form,
the District shall be subject thereto only as so modified.

       1.  Subsection 3.2 (22) shall be modified
to read as follows:

         "(22)  BUILDING, PRINCIPAL.  A building in which
         is conducted one of the principal uses of the
         zoning lot on which it is situated."

       2.  Subsection 3.2. (23) shall be modified to
read as follows:

         "(23)  BUILDING SETBACK LINE.  A line parallel
         to a street line, a boundary line of the
         District or a boundary line of a use Area in
         the District at the distance from it required
         by Subsections III A.3. or III A.7. hereof."

Exhibit A  I

C00156

3. Subsection 3.2. (39) shall be modified to read as follows:

"(39) DWELLING, ROW (PARTY-WALL). A row of two to eight attached, one-family, party-wall dwellings."

4. Subsection 4.3 shall be inapplicable.

5. Subsection 4.4 shall be modified to read as follows:

"4.4. ZONING OF STREETS, ALLEYS, PUBLIC WAYS AND RAILROAD RIGHTS-OF-WAY. All streets, alleys, public ways and railroad rights-of-way, if not otherwise specifically designated, shall be deemed to be in the same use district or use Area as the property immediately abutting upon such streets, alleys, public ways and railroad rights-of-way. Where the center line of a street, alley or public way serves as a district or use Area boundary, the zoning of such street, alley or public-way, unless otherwise specifically designated, shall be deemed to be the same as that of the abutting property up to such center line."

6. Subsection 4.5 shall be modified in part to read as follows:

"4.5. BOUNDARY LINES. Wherever any uncertainty exists as to the boundary of the District or of any use Area in the District, as shown

-49-

000157

on any Preliminary or Final Plan, the
following rules shall apply:"

7.  Subsection 4.5-1 shall be modified to read
as follows:

"4.5-1.  Where District or use Area boundary
lines are indicated as following streets,
alleys or similar rights-of-way, they shall
be construed as following the center lines
thereof."

8.  Subsection 4.5-2 shall be modified to read
as follows:

"4.5-2.  Where District or use Area boundary
lines are indicated as approximately following
zoning lot lines, such zoning lot lines shall
be construed to be such boundaries."

9.  Subsection 4.5-3 shall be inapplicable.

10.  Subsection 5.3-1 shall be modified to
read as follows:

"5.3-1.  No building shall be erected, recon-
structed, relocated or structurally altered
so as to have a greater height or bulk, a higher
percentage of lot coverage or smaller open
space about it than permissible under the
limitations set forth in this Plan Description."

11.  Subsection 5.3-3 shall be inapplicable.

000158

12.  Subsections 5.4, 5.4-1, 5.4-2, 5.4-3 and 5.4-4 shall be inapplicable.

13.  Subsection 5.5-1 shall be inapplicable.

14.  Subsection 5.5-2 shall be inapplicable.

15.  Subsection 5.6 shall be modified to read as follows:

"5.6.  LOCATION OF BUILDINGS.  Every building shall be constructed or erected on a zoning lot which abuts a public dedicated street, court or cul-de-sac or a private street, drive, driveway, court, or cul-de-sac which provides permanent easement of access to a public street, drive, court or cul-de-sac, which easement of access shall have a minimum width of twenty-five feet."

16.  Subsection 5.8 shall be modified to read as follows:

"5.8.  BUILDINGS ON A ZONING LOT.  Every building hereafter erected or structurally altered shall be located on a zoning lot as such term is used and described in this Plan Description.  Except as otherwise limited by this Plan Description, one or more principal buildings and one or more accessory buildings may be located on a zoning lot.  A zoning lot may be used for

-51-

000159

any one or more of the uses permitted
in the use Area in which the zoning lot
is located."

17.   Subsection 5.9 shall be inapplicable.

18.   Subsection 5.10 shall be inapplicable.

19.   Section 6 shall be inapplicable.

20.   Section 7.1 shall be modified in part to
read as follows:

"7.1.   AUTHORITY.  The City Council shall
have the authority to permit by ordinance
the following uses of land or structures
or both, subject to the conditions con-
tained in Section 14.6 of the Zoning
Ordinance; provided, that any of the
following uses which is a permitted use
pursuant to Subsections A.1.c., B.1.c.,
or C.1.b. of Section II hereof shall not
require authorization of the City Council
by ordinance pursuant to Section 14.6
of the Zoning Ordinance, but shall be
subject to the provisions of Subsection
A.9. of Section III hereof."

21.   Subsections 8.1, 8.2 and 8.4 shall be
inapplicable.

000160

22.  Section 9 shall be inapplicable.

23.  Subsection 10.2-6.2 shall be modified to
read as follows:

"10.2-6.2.  Floor Area.  The term 'floor area'
as employed in this parking and loading Section,
in the case of office, merchandising or service
types of use, shall mean the gross floor
area of a building or structure used or
intended to be used for service to the public
as customers, patrons, clients, patients or
tenants, including areas occupied by fixtures
and equipment used for display or sale of
merchandise.  The term 'floor area', for
the purposes of this Section, shall not include
any area used for:

     a.)  Storage accessory to the principal
use or uses of a building;

       b.)  Incidental repairs;

       c.)  Processing or packaging of merchandise;

       d.)  Show windows or offices incidental to
the management or maintenance of a store or a
building;

       e.)  Rest rooms;

       f.)  Utilities;

       g.)  Dressing, fitting or alteration rooms;

       h.)  Malls or service corridors; or

       i.)  Parking facilities."

24.  Subsection 10.3-1 shall be modified to
read as follows:

-53-

"10.3-1.  USE OF PARKING FACILITIES.  Off-street parking facilities accessory to dwellings located in Residential Areas shall be used solely for the parking of passenger automobiles owned by occupants of the dwellings to which such facilities are accessory or by employees and guests of said occupants.  Under no circumstances shall required parking facilities accessory to such dwellings be used for the storage of commercial vehicles or for the parking of automobiles belonging to the employees, owners, tenants, visitors, or customers of business or manufacturing establishments, except as permitted in Subsection 10.3-5 as modified by this Plan Description."

25.  Subsection 10.3-2 shall be modified to read as follows:

"10.3-2.  JOINT PARKING FACILITIES.  Off-street parking facilities for different buildings, structures or uses or for mixed uses may be provided collectively in any use Area in which separate parking facilities for each constituent use would be permitted and the total number of spaces so located together may be less than the sum of the separate requirements for each use if a time diversity factor between each use is shown."

-54-

000162

26.   Subsection 10.3-3 shall be modified to read as follows:

"10.3-3.   CONTROL OF OFF-SITE FACILITIES.   When required accessory off-street parking facilities are provided elsewhere than on the property on which the use served is located, they shall be in the same possession, either by deed, long-term lease or other arrangement, as the property occupied by such use, and the owner shall be bound by covenants filed of record in the office of the Recorder of Deeds of the county in which the property is located, requiring the owner and his or her heirs and assigns to maintain the required number of parking spaces during the existence of said use."

27.   Subsection 10.3-4 shall be modified to read as follows:

"10.3-4.   PERMITTED USE AREAS FOR ACCESSORY PARKING.   Accessory parking facilities pro-vided elsewhere than on the same zoning lot with the use served may be located in any use Area except that no parking facilities accessory to a business or manufacturing use shall be located in a Residential Area except when authorized by the City Council as pre-scribed hereinafter in Subsection 10.3-5 as modified by this Plan Description."

000163

28.   Subsection 10.3-5 shall be modified to read as follows:

"10.3-5.   NONRESIDENTIAL PARKING IN RESIDENTIAL AREA.   Accessory off-street parking facilities serving nonresidential uses of property may be permitted in any Residential Area when authorized by the City Council, which authorization may be given as part of the approval of a Preliminary or Final Plan, and, in any case, shall be subject to the following requirements in addition to all other relevant requirements of this Section:

a.)   The parking facility shall be accessory to and for use in connection with one or more non-residential establishments located in adjoining use Areas.

b.)   The parking facility shall be used solely for the parking of passenger automobiles.

c.)   No commercial repair work or service of any kind shall be conducted on the parking facility.

d.)   No sign of any kind other than signs designating entrances, exits, and conditions of use, shall be maintained on the parking facility, and no sign shall exceed twenty square feet in area.

e.)   Each entrance to and exit from the parking facility shall be at least five feet distant from any adjacent property located in any Residential Area, except where ingress and egress to

-56-

000164

the parking facility is provided from a public
alley or public way separating the Residential
Area from the parking facility."

29.  Subsection 10.3-6.1 shall be modified to read
as follows:

"10.3-6.1.  Parking Space--Description.  A
required off-street parking space shall be an
area of not less than one hundred and sixty-
one and one-half square feet nor less than
eight and one-half feet wide by nineteen feet
long (exclusive of access drives or aisles,
ramps, columns, or office and work areas)
accessible from streets or alleys, or from
private driveways or aisles leading to streets
or alleys, to be used for the storage or parking
of passenger automobiles and commercial vehicles
under one and one-half ton capacity where per-
mitted under this Ordinance.  Aisles between vehi-
cular parking spaces shall not be less than
twelve feet in width when serving vehicles
parked at an angle of forty-five degrees to
the axis of an aisle accommodating one-way
traffic, nor less than twenty feet in width
when serving vehicles parked perpendicular
to the axis of an aisle accommodating two-
way traffic, nor less than seventeen feet
in width when serving vehicles parked at an

-57-

C00165

angle of sixty degrees to the axis of an
aisle accommodating two-way traffic."

30. Subsection 10.3-6.3 shall be modified to
read as follows:

"10.3-6.3. <u>Open and Enclosed Spaces</u>. Parking
areas may be open or enclosed."

31. Subsection 10.3-6.4 shall be modified to
read as follows:

"10.3-6.4. <u>Access</u>. Parking facilities shall
be designed with appropriate means of vehi-
cular access to a street or alley in such
a manner as will least interfere with the
movement of traffic."

32. Subsection 10.3-6.5 shall be modified to
read as follows:

"10.3-6.5. <u>Signs</u>. No sign shall be displayed
in any parking area within Residential Areas
except such as may be necessary for the orderly
use of the parking facilities."

33. Subsection 10.3-6.6 shall be inapplicable.

34. Subsection 10.4-1.2 shall be modified to
read as follows:

"10.4-1.2. <u>Location</u>. No permitted or required
loading berth shall be closer than fifty feet

000166

to any Residential Area unless completely en-
closed by building walls, or a uniformly
painted solid fence or wall, or any combination
thereof not less than six feet in height.  No
permitted or required loading berth shall be
located within twenty-five feet of the nearest
point of intersection of any two streets."

35.  Subsection 10.5-1.1 shall be modified to
read as follows:

"10.5-1.1.  For one-family detached or two-
family dwellings located on individual zoning
lots, the required off-street parking facilities
shall be provided on the same zoning lot with
the dwelling they are required to serve."

36.  Subsection 10.5-1.2 shall be inapplicable.

37.  Subsection 10.5-1.3 shall be modified to
read as follows:

"10.5-1.3.  For one-family detached or two-
family dwellings not located on individual
zoning lots and for multiple-family dwellings,
apartments or one-family row dwellings (party-
wall), the required off-street parking facili-
ties shall be provided on the same zoning lot
where the building they are required to serve
is located or on a separate zoning lot or
parcel of land, in either case not more than

000167

three hundred feet from the nearest entrance
to the building they are intended to serve."

38.  Subsection 10.5-1.4 shall be modified to
read as follows:

"10.5-1.4.  For rooming houses, lodging houses,
clubs, hospitals, sanitariums, orphanages,
homes for the aged, convalescent homes, dor-
mitories, sorority and fraternity houses,
and for other similar uses, the off-street
parking facilities required shall be pro-
vided on a zoning lot or parcel of land
not more than five hundred feet from the
nearest entrance to the building they are
intended to serve measured from the nearest
point of the parking facility; provided
that the zoning lot or parcel of land in-
tended for the parking facility is located
in the same use Area as is the building
which the parking facility is intended to
serve."

39.  Subsection 10.5-1.5 shall be modified to
read as follows:

"10.5-1.5.  For uses other than those specified
above, off-street parking facilities shall be
provided on the same zoning lot as the building
being served or on a separate zoning lot or
parcel of land, in either case not over one

-60-

000168

thousand feet from the nearest entrance to the building being served measured from the nearest point of the parking facility; provided that the zoning lot or parcel of land intended for the parking facility is located in the same use Area as is the building which the parking facility is intended to serve."

40.  Subsection 10.6-2 shall be modified to read as follows:

"10.6-2.  For buildings containing three or more dwelling units:

     (a)  A dwelling unit with two or more bedrooms; two parking spaces per dwelling unit.

     (b)  A dwelling unit with one bedroom; one and one-half parking spaces per dwelling unit.

     (c)  An efficiency dwelling unit; one parking space per dwelling unit.

     (d)  For every building containing three or more dwelling units which is located in a Residential Area of the District, the parking requirements provided for in Subsections (a), (b) and (c) of this Subsection 10.6-2 may, with the approval of the City Council, be reduced

-61-

C00169