land may then be developed and used in any manner permitted by Subsections A., B. and C. of Section II hereof.

(8)  Prior to the preparation of Preliminary Plans for successive development phases of the Region, the developer will consult with appropriate representatives of the affected school district with respect to the location of school sites.  The proposed location of such school sites shall be in accordance with the school site land development plans as shown on the developer's Preliminary Plans for successive development phases of a Region submitted for approval in accordance with Subsection 14.7 of the Zoning Ordinance.

c.  <u>General Matters</u>.

(1)  All land dedicated for school sites, public open space, park or recreation areas pursuant to the provisions of this Subsection B.19. shall be suitable for its intended use and for the construction and maintenance of the educational facilities or recreational improvements for which such land is planned.  With respect to all such dedicated land, the developer shall have the obligation to make provision for electrical, water and sewer services adjacent to the site which shall be appropriate to the land to be dedicated and the intended use thereof.  The developer shall construct or have the obligation to make provision for the construction

-95-

of public street improvements (including storm
water drainage facilities and required curb
and gutter improvement) adjacent to such
dedicated land.  Such provision for electrical,
water and sewer services and public street
improvements for a site shall be completed
prior to the scheduled time for commencement
of construction of the school or park facilities
for which such site is to be used.

(2)   Nothing in this Subsection B.19.
shall obligate a developer to reserve or dedicate
land for school sites or for public open space,
park or recreation areas in any particular develop-
ment phase of a Region of the District, and Final
Plans for development phases of a Region which do
not provide for such land reservation or dedica-
tions may be approved in accordance with the pro-
visions of this Plan Description and Subsection 14.7
of the Zoning Ordinance; provided that to the
degree that any such Final Plan does not provide
for such land reservations or dedications which
are requirements of the development phase covered
by such Final Plan and which have not been pro-
vided for in other Final Plans for property in
the Region theretofore approved by the City
Council, such reservation or dedication require-
ments remain a requirement to the development
of the property in the Region as to which Final
Plans shall not have been approved; and, provided
further, that if land reservation or dedication

000005

requirements attributable to any Final Plan for
a development phase of a Region of the District
are not provided for in such Final Plan or in
other Final Plans for property in the Region
theretofore approved by the City Council, the
City Council may require, as a condition to the
approval of such Final Plan, that the developer
designate the location or locations in those
areas of the Region for which Final Plans have
not been submitted for approval, where land will
be reserved to meet the developer's land reserva-
tion or dedication obligations attributable to
such Final Plan.  Approval by the City Council
of the location or locations of such land reser-
vations in areas for which Final Plans have not
been submitted for approval shall constitute
prior approval of such location or locations for
the purpose of Preliminary Plans or Final Plans
covering such location or locations which may be
submitted in the future.

(3)  Nothing in this Subsection B.19.
shall create any right of any kind in any school
district or other public body other than the City;
and any provision of this Plan Description which
may be included for the benefit of a school
district or other public body may be deleted or
modified by the City and the developer (in
accordance with the provisions of Subsection 14.7
of the Zoning Ordinance) without the approval

000206

of such school district or other public body; provided, that any school site land reservation or dedication obligation or any cash contribution obligation provided for in this Subsection B.19. may at any time or from time to time be modified by agreement between the developer and the affected school district; and, provided further, that any public open space, park or recreation land reservation or dedication obligation which requires dedication to a public body other than the City may at any time and from time to time be modified by agreement between the developer and such other public body.  Any such agreement between the developer and an affected school district or between the developer and such other public body shall be binding upon the City as an effective modification of this Plan Description but shall not require the approval of the City Council.  A copy of each such agreement shall be deposited with the Department of City Planning promptly after its execution.

(4)  With respect to all land dedicated for school sites or for public open space, park or recreation areas pursuant to the provisions of this Subsection B.19., the deed, plat or other instrument by which such land is dedicated shall contain appropriate provisions restricting the use of such land to the use or uses contemplated in this Subsection B.19. or to the use or uses

000207

contemplated in any agreement between the developer and the City, school district or other public body to which such land is to be dedicated.

(5)  The developer may at any time and from time to time file an objection to the applicability of the Table of Estimated Population to all or any part of the District, and be entitled to a determination of such applicability in accordance with the provisions of Subsection D of Section 43-48 of the Subdivision Control Ordinance.

20.  Subsection (d) of Section 43-59 shall be modified to read as follows:

"(d)  Where a subdivision abuts or contains an existing or proposed primary highway and where it may be necessary for the adequate protection of residential properties or to afford separation of through and local traffic, the preliminary plats and final plats shall provide for (1) marginal access streets, (2) reverse frontage lots with a screen planting easement of at least ten feet in width located along the rear property line and across which there shall be no right of vehicular access, (3) deep lots with rear service access, or (4) such other treatment as the developer may propose which will adequately provide the necessary protection of residential property or traffic separation."

000208

21.  Subsection (e) of Section 43-59 shall be modified to read as follows:

"(e)  Where a subdivision borders on or contains a railroad or an expressway right-of-way consideration shall be given to the location of a street approximately parallel to and on each side of such railroad or expressway right-of-way at a distance suitable for the appropriate use of the intervening land.  Such distance shall be determined with due regard for the requirements of approach grades and future grade separations."

22.  Subsection (1) of Section 43-59 shall be modified to read as follows:

"(1)  Where the City Engineer determines that the geometrics at street intersections are such as to require property line cut offs, roundings or chords at such intersections, they shall be provided."

23.  Subsection (m) of Section 43-59 shall be modified to read as follows:

"(m)  Street right-of-way widths shall be as specified in the table of minimum standards as modified by this Plan Description."

24.  Subsection (o) of Section 43-59 shall be modified to read as follows:

"(o)  Dead-end streets (cul-de-sac) may have a maximum length of six hundred feet measured

000209

from the right-of-way line at the open end to
the center of the turn-around circle, shall be
provided with a paved surface of twenty-seven
feet back to back of curb and a turn-around at
the closed end having an outside pavement dia-
meter back to back of curb of at least eighty
feet and a street property line diameter of at
least one hundred and twenty feet.  The right-
of-way for dead-end streets shall be at least
fifty feet.  The paved surface and right-of-way
requirements for dead-end streets shall also be
applicable to residential loop streets not over
twelve hundred feet in length measured from the
right-of-way line at each end.  Such dead-end
and loop streets shall originate and, in the
case of loop streets, terminate at residential
or collector streets."

25.  The table of minimum standards for street
design contained in Subsection (p) of Section 43-59 shall
be modified to read as follows:

MINIMUM STANDARDS FOR STREET DESIGN.

|  | Residential | Collector | Secondary | Primary |
|---|---|---|---|---|
| Right-of-way | 60' | 66' | 80' | 80' to 100' |
| Radius of horizontal curve of street center line | 200' | 300' | 400' | 500' |
| Length of vertical curve | 30 times algebraic difference of grade, but not less than 50 feet. (Not required when algebraic difference of grade is less than 1.5%). | | | |

000210

MINIMUM STANDARDS FOR STREET DESIGN.
(Con't.)

| | Residential | Collector | Secondary | Primary |
|---|---|---|---|---|
| Length of tangents between reverse curves | 50' | 50' | 100' | 100' |
| Maximum grade | 6% | 6% | 5% | 5% |
| Minimum grade | 0.35 | 0.35 | 0.40 | 0.40 |
| Non-passing sight distance | 200' | 200' | 300' | 400' |
| Width of paving, back-to-back of curbs | 31' | 37' | 41' | 45' |

26.  Section 43-62 shall be modified to read as follows:

"Sec. 43-62.  EASEMENTS.

(a)  Easements shall be provided for utilities, ingress and egress.  Easements for utilities provided by private public utility companies shall be approved by such companies; easements for sanitary sewers shall be approved by the City Sewer Department; easements for drainage, ingress and egress shall be approved by the City Engineer; and water utility easements shall be approved by the City Water Department.

(b)  Where a subdivision is traversed by a watercourse, drainage way, channel or stream, there shall be provided a storm water easement or drainage right-of-way conforming substantially with the line of such watercourse, drainage way, channel or stream of a width which will provide adequate access for future construction and maintenance as recommended by the City Engineer."

000211

27.  Section 43-63 shall be modified to read

as follows:

"Sec. 43-63.  BLOCKS.

(a)  Except as provided in Subsections (b),

(c) and (d) below, no specific rule is made

concerning the length, width or shape of blocks,

but blocks shall be designed with due regard to:

> (1)  provision for adequate building sites
>
> suitable to the special needs of the type
>
> of use contemplated;
>
> (2)  the limitations and opportunities of
>
> topography; and
>
> (3)  the desirability of convenient access,
>
> and of street traffic circulation, control
>
> and safety.

(b)  In Residential Areas where a pattern of

residential and collector streets is planned, the

City Engineer may, for the purpose of minimizing

traffic congestion, recommend that the distance

between cross streets not exceed eighteen hundred

feet.

(c)  Pedestrian cross walks not less than five

feet wide shall be provided where deemed neces-

sary to provide for pedestrian circulation or

access to schools, playgrounds, shopping centers,

transportation, and other community facilities;

provided, that where recommended by the City

Engineer, such cross walks shall have a greater

width up to and including ten feet.

(d)  Blocks or portions thereof intended for

000312

commercial or industrial use shall be desig-
nated as such, and the plat shall show adequate
off-street areas to provide for parking, loading
docks, and other such facilities."

28. Subsection (a) of Section 43-64 shall be
inapplicable.

29. Subsection (b) of Section 43-64 shall be
modified to read as follows:

"(b) A 'subdivided lot' is herein defined
to mean a portion of a subdivision intended
for transfer of ownership, building develop-
ment, other uses consistent with this Plan
Description or any combination of the foregoing.
A subdivided lot shall be appropriate for the
type of development and use contemplated by
this Plan Description. A subdivided lot may
be a zoning lot, as such term is defined in
this Plan Description, or it may be a portion
of a zoning lot. The term lot used alone in
this Plan Description or in the Subdivision
Control Ordinance shall be deemed to be a
subdivided lot as such term is defined herein.
If a subdivided lot on which dwelling units
are or may be located is a portion of a zoning
lot, appropriate arrangements shall be required
to provide for the continuing protection and
maintenance of the open areas, parking facili-
ties and other common elements of such zoning

000213

lot required by the development standards and
other terms of this Plan Description, or of any
Preliminary Plan or Final Plan for the area of
the District in which such zoning lot is located.
Such arrangements may provide for the conveyance
of all or part of such open areas, parking
facilities and other common elements to a pro-
perty owners association consisting of all the
owners, present and future, of subdivided lots
within such zoning lot; or such continuing
protection and maintenance may be provided by
other types of conveyances and agreements.  The
following provisions shall be applicable to lots
or to zoning lots as indicated:

    (1)  Zoning lot dimensions and
areas shall conform to the require-
ments of this Plan Description.

    (2)  Zoning lots abutting a water-
course, drainage way, channel, or
stream shall have a minimum width
and depth as may be required to pro-
vide adequate building sites and to
afford the minimum usable area re-
quired by the provisions of this
Plan Description.

    (3)  The depth and width of lots in
the Business and Manufacturing Areas
of the District shall be adequate to
provide for the off-street parking
and loading facilities required by
the Zoning Ordinance as modified
by this Plan Description."

C00214

30.  Subsection (d) of Section 43-64 shall be modified to read as follows:

"(d)  All lots shall have access to or abut on a public dedicated street, court or cul-de-sac, or a private street, court or cul-de-sac."

31.  Subsection (e) of Section 43-64 shall be modified to read as follows:

"(e)  In the case of a subdivided lot which is a zoning lot, as such term is defined in this Plan Description, and which contains not more than one one-family detached dwelling, a double frontage or reverse-frontage lot shall be avoided except where essential to provide separation of residential development from highways or primary thoroughfares or to overcome specific disadvantages of topography and orientation.  A planting screen easement of at least ten feet and across which there shall be no right of vehicular access shall be provided along the lot line of such a lot abutting such a highway or primary thoroughfare."

32.  Subsection (f) of Section 43-64 shall be inapplicable.

33.  Section 43-65 shall be modified to read as follows:

"Sec. 43-65.  BUILDING SETBACK LINES.
Building setback lines shall conform to the provisions and requirements of this Plan Description."

000015

34.  Subsection (a) of Section 43-66 shall be inapplicable.

35.  Section 43-67 shall be inapplicable.

36.  Section 43-78 shall be modified to read as follows:

"Sec. 43-78.  COMPLIANCE REQUIRED; CERTIFICATION.

No subdivision of land shall be approved without the subdivider submitting a statement signed by the City Engineer certifying that the improvements described in the subdivider's plans and specifications, together with agreements, meet the minimum requirements of this Plan Description, of all ordinances of the City as modified by this Plan Description and of Article V of the Subdivision Control Ordinance as modified by this Plan Description."

37.  Subsection (e) of Section 43-79 shall be modified to read as follows:

"(e)  When required by the City Engineer storm sewers shall be constructed throughout the entire subdivision, which shall be separate and independent of the sanitary sewer system and which shall provide an adequate outlet or connection with the storm sewer system of the City or a stream or drainage course.  The storm sewer system shall be designed by the rational method, to accept the runoff from a storm with

-107-

000216

a five-year return frequency on the fully developed
site.  Storm water inlets shall be constructed in
the pavement curbs and gutters to drain the pave-
ment at intervals not to exceed six hundred feet;
provided, that where standard engineering prac-
tices, as recommended by the City Engineer, would
require a shorter interval between storm water
inlets, such inlets shall be constructed at such
shorter intervals which shall not be less than
three hundred feet except at intersections.  The
total storm system may be a combination of open
and closed conduits or channels.  No storm
sewer shall be connected to any sanitary sewer
of the Aurora Sanitary District.  When storm
sewers are not installed, adequate facilities,
as recommended by the City Engineer, for the
removal of surface water shall be provided
throughout the entire subdivision."

38.  Section 43-80 shall be modified to read
as follows:

"Sec. 43-80.  WATER SUPPLY.

Water mains to furnish City water to each
and every lot within the subdivision shall be
constructed in accordance with the applicable
ordinances of the City."

39.  Subsection (a) of Section 43-81 shall be
modified to read as follows:

"(a)  Roadways of collector and residential
streets shall have a surface consisting of
one of the following materials as selected

-108-

000217

by the subdivider's design engineers: non-
reinforced Portland cement concrete pavement
having a minimum thickness of six inches or
a gravel or crushed stone base course Type B
having a minimum compacted thickness of eight
inches on residential streets and ten inches
on collector streets, or structurally equiva-
lent base material of appropriate thickness
with a two inch Bituminous Concrete surface
course, Sub-class B-5."

40.  Subsection (d) of Section 43-81 shall be
modified to read as follows:

"(d)  All streets shall be improved with roadways
bounded by non-reinforced Portland cement concrete
curbs and gutters in accordance with specifications
established by the City and approved by the City
Engineer.  Eighteen-inch wide roll type curbs
and gutters shall be permitted on collector and
residential streets.  Where non-reinforced
Portland cement concrete pavement is constructed,
curbs may be constructed monolithic with the
pavement."

41.  Subsection (f) of Section 43-81 shall be
modified to read as follows:

"(f)  Street improvements shall be in accordance
with the Table of Minimum Standards in Section
43-59 as modified by this Plan Description."

000218

42.    Section 43-84 shall be modified to read as follows:

"Sec. 43-84.    SIDEWALKS.

Public sidewalks shall be constructed to a width of not less than five feet and shall be installed on both sides of publicly dedicated streets; provided, that with the approval of the City Council, public sidewalks may be installed on only one side of a publicly dedicated street if (1) adequate public pedestrian walkways are located on the property on the other side of such street, or (2) sidewalks on the other side of such street are inappropriate or unnecessary on both sides of such street because of the nature of the land use planned for the affected area.  The construction of sidewalks may be deferred until such time as the development of the property adjacent to such sidewalks has been completed, and acceptance and dedication of other improvements may take place prior to the construction of such sidewalks; provided, that for reasons of public safety the City Engineer may in such cases require the subdivider to provide temporary walkways pending the construction of sidewalks.  The specifications for such temporary walkways shall be subject to the approval of the City Engineer. Public sidewalks shall be constructed of

000019

Portland cement concrete having a minimum thickness of four inches or equivalent material approved by the City Engineer. Unless otherwise approved by the City Council, all public sidewalks shall be located within the street right-of-way, one foot inside the right-of-way line. All City Council approvals provided for in this Section 43-84 may be given as part of the approval of a Preliminary or Final Plan."

43. Section 43-87 shall be modified to read as follows:

"Sec. 43-87.   INSPECTION OF IMPROVEMENTS.

The subdivider shall be obligated to pay the City for the City's actual costs incurred in connection with the review of plans and specifications for all public improvements installed pursuant to Subsections (a)(1), (a)(2) or (a)(3) of Section 43-47 of the Subdivision Control Ordinance, as modified by this Plan Description. All such public improvements shall, at the subdivider's expense, be layed-out in the field prior to the commencement of construction and shall be inspected during the course of construction by a professional engineering firm retained by the subdivider, and copies of reports of such firm shall be made available

C00220

to the City Engineer without cost to the City.
Routine inspections of such public improvements
by the City during the course of and upon com-
pletion of construction will be made without
cost to the subdivider, but the subdivider shall
be obligated to pay the City for the City's
actual costs of special inspections of such
public improvements occasioned by defective
work or work practices.  Upon completion of
construction of such public improvements, the
subdivider shall supply the City with 'as
built' drawings of such public improvements,
which drawings shall, at the subdivider's
expense, be certified by the professional
engineering firm which performed the inspec-
tion services referred to above."

000221

FOX VALLEY EAST PLANNED DEVELOPMENT DISTRICT

Plan Description

Part One

Section V

General Provisions Relating to the Proposed District

A.  Sanitary Sewer Service to the District.

The developers of the District propose annexation of the District to the Aurora Sanitary District.  The proposed sewer service system described below has been planned jointly by the developers of the District and the Aurora Sanitary District.  By describing the proposed sewer service system in this Plan Description the developers of the District do not assume responsibility for financing the proposed system.  The developers of the District and the Trustees of the Aurora Sanitary District are jointly exploring methods by which such financing may be accomplished.

The sanitary outfall sewer systems serving Regions I and II will consist of a gravity sewer running south-westerly along the Waubansee Creek from the approximate intersection of Farnsworth Avenue and Waubansee Creek to a pumping station to be built in the south half of Section 9, Oswego Township, Kendall County.  The pumping station will be connected to the Aurora Sanitary District's treatment plant on the Fox River in Montgomery, Illinois by a force main sewer.

000222

That portion of Regions I and II lying in general between Aurora Road and Oswego Road will be served by a trunk sewer connected to the above mentioned outfall sewer and running northeasterly along the Waubansee Creek to its intersection with the Elgin, Joliet & Eastern Railway Company right-of-way, thence northerly adjacent to and parallel with said right-of-way to the north line of Section 29, Naperville Township, DuPage County, thence easterly adjacent to and parallel with said line and said line extended east to its intersection with the east line of the west half of the west half of Section 21 in the Township and County aforesaid, thence northerly adjacent to and parallel with said line to its intersection with the southerly right-of-way line of Aurora Road.

Sanitary trunk sewers for the southern part of Region II will consist of a sewer connected to the proposed Aurora Sanitary District trunk sewer described above as following Waubansee Creek at a point in the southwest quarter of Section 36, Township 38 North, Range 8 East, and running generally southeasterly from that connection point to the right-of-way of 87th Street extended, thence easterly along the existing and extended 87th Street right-of-way to the approximate intersection of 87th Street and the north-south centerline of Section 31 in Naperville Township, DuPage County, thence northerly along the approximate centerline of Section 31 to the 83rd Street right-of-way, thence easterly along the 83rd Street right-of-way to its intersection with the centerline of Section 33, Naperville Township, DuPage County.

-114-

C00223

The sanitary trunk sewer system to serve the northern part of Region II will consist of a gravity trunk sewer connected at some point in the northeast quarter of Section 30 to the trunk sewer described earlier and which runs northeasterly adjacent to the Waubansee Creek. This gravity trunk sewer to serve the northern part of Region II will be constructed in a northerly direction adjacent to or within the corridor of the proposed Fox Valley Freeway and will terminate at approximately the intersection of said corridor and Molitor Road.

Manholes will be located in accordance with the Aurora Sanitary District's design standards and at key connection points. Trunk sewers will be sized to accommodate the estimated future sewer requirements of the area.

Any change in the above described sewer service system which receives the approval of the Aurora Sanitary District shall be deemed a reasonable variation from this Plan Description for the purpose of clause a. of Subsection 14.7-6 of the Zoning Ordinance, and shall not require the approval of the City Council. The Department of City Planning shall be notified of any change in the above-described sewer service system.

B. <u>Water Service to the District.</u>

The proposed water distribution facilities described below have been planned jointly by the developers

000224

of the District and the City Water Department.  By describing the proposed water distribution facilities in this Plan Description the developers of the District do not assume complete responsibility for financing the proposed facilities.  The developers of the District and the City are jointly exploring methods by which such financing may be accomplished.

The primary water distribution facilities for Region I and the central part of Region II will consist of a water main, approximately twenty inches in diameter connecting to the existing City of Aurora water system at two points in the vicinity of Hill Avenue and Fifth Avenue. The twenty-inch water main will extend easterly along Fifth Avenue to Vaughn Road, thence easterly along the east-west centerline of Section 30, Naperville Township, DuPage County to its intersection with the Waubansee Creek; thence northeasterly adjacent to the Waubansee Creek alignment to the west side of the Commonwealth Edison Company right-of-way; thence northerly, approximately sixteen inches in diameter, adjacent to and parallel with said right-of-way line to the north line of Section 29, Naperville Township, DuPage County; thence easterly adjacent to and parallel with said north line and said north line extended east to its intersection with the east line of the west one-half of the west one-half of Section 21 in the Township and County aforesaid; thence southerly and generally paralleling said east line to its intersection with the northerly right-of-way line of Oswego (Illinois Route Number 34).

000225

At the intersection of the Waubansee Creek and the westerly right-of-way line of the Commonwealth Edison Company right-of-way, a two-million-gallon ground storage facility and high pressure pumping station will be constructed.  A deep well with a capacity of one thousand gallons per minute will be drilled at the location of the ground storage pumping facility, discharging to said facility with the necessary pumping and chlorination equipment located adjacent to the well.

Water mains designed to supply water to the High Pressure Zone will run from this pumping station northerly adjacent to and parallel with said right-of-way line to the north line of Section 29, Naperville Township, DuPage County; thence easterly adjacent to and parallel with said north line and said north line extended to its intersection with the east line of the west one-half of the west one-half of Section 21 in the Township and County aforesaid. The water main will be approximately twenty inches in diameter from the pumping station to the intersection of the proposed main with the approximate easterly right-of-way line of the Elgin, Joliet & Eastern Railway Company, from which point the easterly extension of said water main will be approximately twelve inches in diameter.

Water distribution facilities for the southeast part of Region II will consist of an extension south from the proposed water main located on the west side of the

-117-

C00226

Commonwealth Edison Company right-of-way, following that right-of-way line and terminating at a proposed elevated storage tank with a minimum capacity of seven hundred and fifty thousand gallons located in the vicinity of the Elgin, Joliet & Eastern Railway Company right-of-way and 83rd Street.  This tank will be further connected to the system through a trunk main running east along 83rd Street to the north-south centerline of Sections 33 and 28, thence north along said centerline across the 75th Street right-of-way and extending northerly to a connection with a previously described water main at the approximate inter-section of Oswego Road with the east line of the west one-half of the west one-half of Section 21, Naperville Township, DuPage County; and by a trunk main running west along 83rd Street to the DuPage-Kane County Line, thence north along said county line to the above mentioned trunk main to be extended along Fifth Avenue.

Water distribution facilities for the northern part of Region II will consist of a proposed water main connected to the existing City water system at Reckinger, east of Farnsworth, thence south on Felton Road to Shefler Avenue, thence eastward along Shefler Avenue and Shefler Avenue extended to Eola Road, thence south along Eola Road to State Route 65, thence east on the south side of State Route 65 to the east right-of-way of the Elgin, Joliet & Eastern Railway Company and then south adjacent to said right-of-way to the High Pressure Zone trunk water main

C00227

described as following the north line of Section 29, Naperville Township, DuPage County. Additionally, a water transmission main approximately sixteen inches in diameter will be constructed easterly on the south side of State Route 65, from the east right-of-way of the Elgin, Joliet & Eastern Railway Company to the intersection of State Route 65 with the East line of the west one-half of the west one-half of Section 21, Naperville Township, DuPage County.

A further connection to the existing City water system will be provided by a proposed water main from the intersection of Molitor Road and Felton Road extended, easterly on Molitor Road to Eola Road, thence south along Eola Road to make a connection with the main described above.

Any change in the above described water distribution facilities which receives the approval of the City Water Department shall be deemed a reasonable variation from this Plan Description for the purposes of clause a. of Subsection 14.7-6 of the Zoning Ordinance.

C.  <u>District Storm Water Retention and Disposal Systems</u>.

The proposed storm water retention and disposal systems described below are being planned jointly by the

000228

developers of the District and the City.  By describing the proposed storm water retention and disposal systems in this Plan Description the developers of the District do not assume complete responsibility for financing the proposed systems.  The developers of the District are exploring methods by which such financing may be accomplished.

      1.  Waubansee Creek Storm Retention and Disposal Facilities.  Storm water retention facilities will be developed within the Waubansee Creek watershed.  The facilities will have the capacity to retain storm runoff resulting from a storm with a twenty-five-year return frequency from a fully developed site with a discharge restricted to 0.15 inches per hour per acre from the same contributing area.  Additionally, the facilities will have the capacity to retain storm runoff resulting from a storm with a one-hundred-year return frequency from a fully developed site with a discharge restricted to 0.2 inches per hour per acre from the same contributing area.

      The allowable discharge from the upstream watershed will bypass or be in addition to the discharge from the proposed storm water retention facilities.

      Between storm water retention facilities a conduit or improved channel with an adjacent floodway will be provided with capacity to convey a maximum runoff equivalent to 0.2 inches per hour per acre from the site and from the upstream watershed.

000229

2.  <u>Indian Creek Tributary Storm Retention and</u>
<u>Disposal Facilities</u>.  Storm water retention facilities
will be provided having a capacity to retain storm water
runoff resulting from a storm with a twenty-five-year
return frequency from the fully developed site with a
discharge restricted to 0.15 inches per hour per acre
from the same contributing area.  Additionally, the
facilities will have the capacity to retain storm runoff
resulting from a storm with a one-hundred-year return
frequency from a fully developed site with a discharge
restricted to 0.2 inches per hour per acre from the same
contributing area.

The allowable discharge from the upstream water-
shed will bypass or be in addition to the discharge from
the proposed storm retention facilities.

Between storm water retention facilities a
conduit or improved channel with an adjacent floodway
will be provided with capacity to convey a maximum runoff
equivalent to 0.2 inches per hour per acre from the site
and the upstream watershed.

3.  <u>Variations</u>.  Any change in the above described
storm water disposal system which receives the approval of
the City Engineer shall be deemed a reasonable variation
from this Plan Description for the purpose of clause a. of
Subsection 14.7-6 of the Zoning Ordinance.

000330

D.  <u>Highways and Roads</u>.

1.  <u>General</u>.  The following is an outline of the structure and general configuration of the major roadway network which will serve the District and the area surrounding it.  It has been planned by the developers of the District after consultation with the State and County Highway Departments, the City Engineer and the Director of City Planning.  The primary transportation system elements described herein are intended to serve as the basis for further detailed planning and design by the developers and their traffic consultants, working in close coordination with public transportation planning agencies at the City, County, State, and Federal levels.  The portions of the major roadway network described herein which are outside the District are included only to illustrate what the developers of the district believe to be desirable road and highway planning, and it shall not be a condition to the right of the developers of the District to develop the District in accordance with this Plan Description that such portions of the major roadway network are completed in the manner described herein.  By describing the proposed major roadway network in this Plan Description the developers of the District do not assume complete responsibility for financing the proposed network.  The developers of the District, representatives of the State and County Highway Departments and the City are jointly exploring methods by which such financing may be accomplished.

000231

The primary objectives of the transportation system are:

a.  To provide for sufficient system-wide traffic capacity moving to, from and through the two Regions of the District.

b.  To provide sufficient internal road-way capacity to meet the access and circulation requirements of development-related traffic moving within the Regions.

c.  To interconnect the Regions with primary regional major arterials and expressways.

d.  To create a transportation facilities infrastructure which will support and serve proposed land uses within the two Regions and in the surrounding areas.

e.  To form the basis for application of new transportation systems and technologies at a future time, as such new systems are developed and demonstrated to be feasible and desirable.

The staging of street and highway improvements within the two Regions will be coordinated so as to provide

C00232

roadway capacities to meet travel needs which will exist at future dates.  Since development within the Regions will be scheduled over a relatively long (twenty-year) period, selected improvements may be accomplished in stages and be designed to both meet then-current needs and to complete linkages which will be required by new development and which will support the final transportation system.

Street and highway improvements are contemplated to fall within one or more of the following categories:

a.  New construction of roads along existing or newly acquired rights-of-way, including arterial and collector streets as well as local access streets serving newly developed land uses.

b.  Improvements of existing roads, including widening, resurfacing, providing controlled access, and realignment of some sections of roadway to complete required linkages.

c.  Localized improvements, including installation of traffic control devices, intersection approach widening and channelization, and access control at critical points.

The major elements of the proposed transportation network are described in the following Subsections of this

-124-

000233

Subsection D.  The proposed alignments will be fixed after completion of detailed traffic engineering studies and in coordination with appropriate transportation planning activities of City, County, State and Federal agencies.

    2.  <u>Highway and Roads Network</u>.  The principal elements of the proposed District-Wide Transportation System are intended to form a grid network of primary and secondary arterial roads, which will link the District with adjacent regional arterials and expressways.  Specific elements are described below:

    a.  <u>North-South Linkages</u>:

    (1)  Illinois Route 59 is planned for improvement by the construction of additional traffic lanes and the improvement of major intersections to increase both their through-movement and turning-movement capacities.  These improvements should extend from 75th Street north to the East-West Tollway.

    (2)  A new north-south arterial is planned for construction along an alignment west of Illinois Route 59 and east of the Elgin, Joliet & Eastern Railway Company right-of-way.  This new roadway should

000234

extend from 87th Street north to Butter-
field Road.

(3)    The Fox Valley Freeway is
proposed to extend from an interchange
with the East-West Tollway, approximately
midway between the Farnsworth Avenue inter-
change and the Eola Road crossing, south
along an alignment generally parallel to
and west of the Elgin, Joliet & Eastern
Railway Company right-of-way, to a point
south of Region II at 95th Street, then
south and east to the Stevenson Expressway
(Interstate Route 55).

(4)    Kautz Road is planned for
major improvement to an arterial con-
structed along the DuPage-Kane County
line from 87th Street to Molitor Road.

(5)    Vaughn Road is planned for
improvement to an arterial road con-
structed from Molitor Road to 87th Street.

(6)    Eola Road is planned for
improvement to an arterial from Butter-
field Road to 87th Street.

000235

b.  East-West Linkages:

(1)  North Aurora Road is planned
for improvement to arterial standards and
connected from the vicinity of its inter-
section with Ogden Avenue (U. S. Route 34)
generally west along the alignment of North
Aurora Road to an intersection with Indian
Trail Road at Farnsworth Avenue in Aurora.

(2)  Liberty Road (Claim Street)
is planned for improvement to arterial
standards from Route 34 in Naperville to
Farnsworth Avenue in Aurora.

(3)  Aurora Avenue is planned for
improvement to arterial, or at-grade express-
way standards, between Naperville and
Farnsworth Avenue in Aurora.

(4)  A new east-west arterial
is planned for construction through the
District, approximately two thousand feet
south of Aurora Avenue from U. S. Route 34
on the east to connect into the existing
street system of the City of Aurora.

C00236

(5)   75th Street is planned for improvement to at-grade expressway stand-ards between Naperville and its intersection with Route 34.

(6)   Route 34 is planned for improvement to arterial standards from 75th Street to by-pass Route 30.

(7)   83rd Street is planned for improvement to an arterial from Route 59 to Montgomery Road extended.

(8)   87th Street is planned for improvement and construction to arterial standards between Route 59 and Route 34.

3.   _Variations_.   Any change in the above described plans for highways and roads which receives the approval of the City Engineer shall be deemed a reasonable variation from this Plan Description for the purpose of clause a. of Subsection 14.7-6 of the Zoning Ordinance.

000237