## INDEX OF EXHIBITS

Exhibit "A"        Plan Description Modification

Exhibit "B"        1993 Updated Land Use Plan

Exhibit "C"        Lands from Which Recapture is Due and
                   Recapture Amount

Exhibit "D"        Storm Water Management Letter Agreement dated
                   July 31, 1984

C00006

PD112293.184

# R E C O M M E N D A T I O N

TO:    THE COMMITTEE OF THE WHOLE

FROM:   THE PLANNING AND DEVELOPMENT COMMITTEE

The Planning and Development Committee at the meeting
of Monday, November 22, 1993  Recommended  Approval
of the Ordinance Providing for the Execution of an Amendment and
Restatement of the Principal Annexation Agreement for Region II of
Fox Valley East.

The vote:  3 - 0

Submitted by

Alderman Jim Meisch,  Chairman

Alderman Mike Saville

Alderman Judy Morrison

Alderman Bob Fleege  , Alternate

Dated this_____23rd_____day of___November_____1993.

000307

## EXHIBIT "A"

### Plan Description Modification

This Plan Description Modification (the "Modification") consists of the following Parts:

Part One. Plan Description Modification:

    I.   General description.

    II.  Permitted Uses and Percentage Limitations of Land Uses.

    III. Design Standards - Residential Density.

    IV.  Modifications and exceptions from the Subdivision Control Ordinance and other City Ordinances.

    V.   General provisions.

Part Two. Legal descriptions.

    I.   The Region.

    II.  Burlington Properties.

Part Three. The following maps and plans:

    I.   Map showing the boundaries of the Region.

    II.  Map showing the location of the Business Areas to which this Modification applies.

    III. Concept Plan for Burlington Properties Residential Areas

### Plan Description Modification

#### Part One

#### Section I

#### General Description

Pursuant to that certain Principal Annexation Agreement dated July 27, 1973, as amended (the "Principal Agreement"), the property included within the Fox Valley East Planned Development District (the "District"), was annexed to the City and so zoned on August 1, 1973.  The property within the District has been subdivided and developed in accordance with the provisions of the Fox Valley East Planned Development District Plan Description which was attached as Exhibit "A" to the Principal Agreement (the "Plan Description") which provisions include modifications from certain City ordinances.  The City and the developer (the "Developer") of Region II of the District (as such Region is defined in the Principal Agreement) have agreed to amend, restate, extend and update the Principal Agreement with respect to the property within Region II (the "Region") and have agreed that the future development of the Region and the obligations owed by the Developer to the City and by the City to the Developer and the Region shall be governed by and subject to the terms and provisions of an Amendment and Restatement of the Principal Annexation Agreement dated as of December 7, 1993 (the "Agreement") which amends, restates, extends, updates, supersedes and replaces the Principal Agreement, and, where applicable, by the Plan Description and by this Modification.  All terms defined

-2-

000309

in the Plan Description when used in this Modification shall have the same meaning when used herein unless another definition is expressly provided for herein.  The Agreement provides that, except as otherwise specified therein, all portions of the Region, which heretofore have been Preliminary Planned and Preliminary Platted or Final Planned and Final Platted shall be developed solely in accordance with the provisions of the Plan Description and that the provisions of this Modification shall apply solely to:  those portions of the Burlington Properties which are designated on the 1993 Plan as "Residential Areas" and those portions of the Region which are designated on the 1993 Plan as "Business Areas" and which are not already Final Planned and Final Platted.  Those portions of the Burlington Properties which are shown on the 1993 Plan as "Manufacturing Areas" shall be developed solely in accordance with the provisions of the Plan Description except that storm water retention and detention facilities within those "Manufacturing Areas" shall be developed solely in accordance with the provisions of Section V of Part One of this Modification.  For purposes of determining and calculating the percentage limitations specified in Section II of Part One of this Modification, all of the property within the Region shall be taken into account.

-3-

## Plan Description Modification

### Part One

### Section II

### Permitted Uses and

### Percentage Limitation of Land Uses

1.    Only the uses that are permitted uses on December 7, 1993 or which subsequently become permitted uses in a B-B Business Boulevard District of the Zoning Ordinance shall be permitted uses in the Business Areas of the Region to which this Modification applies, e.g. those Business Areas of the Region which have not yet been Final Planned and Final Platted.  In the "Business Areas" located at:  the northeast corner of North Aurora Road and Relocated Eola Road; the southwest corner of East New York Street and Eola Road; and the southwest corner of Ridge Avenue and Route 34/Ogden Avenue, the development of a fast food restaurant thereon with a drive-up facility will only be considered as a "special use," if any part of the applicable restaurant building is to be located within 250 feet or less of a residential property line.

2.    The only uses that are permitted uses in "Residential Areas" of the Burlington Properties falling within Areas 1, 2 and 3 as depicted on the Concept Plan for Burlington Properties Residential Areas (Section III of Part Three of this Modification) shall be the permitted uses in an R-1 District of the Zoning Ordinance on December 7, 1993.

-4-

000311

3.   The only uses that are permitted uses in Area 4, as depicted on the Concept Plan for Burlington Properties Residential Areas (Section III of Part Three of this Modification) are either:  95 single family lots, with each lot containing a minimum of 6000 square feet which shall be developed in accordance with the requirements of the Plan Description, or 248 townhouse lots which shall be developed in accordance with the requirements of the Plan Description.

4.   The percentage of the land in the Region which may be devoted to Business Areas shall be a minimum of five percent and a maximum of ten percent.

5.   The percentage of the land in the Region which may be devoted to Manufacturing Areas shall be minimum of five percent and a maximum of ten percent.

6.   The percentage of the land in the Region which may be devoted to Residential Areas shall be a minimum of sixty percent and a maximum of seventy percent.

7.   <u>Determination of Percentage Limitations</u>.

The percentage limitations provided for in Subsections 4, 5 and 6 of this Section II shall be applied to the land area of the Region after deducting from such land area all land devoted to or reserved or dedicated for (i) above ground public utility buildings and structures required to service the Region and (ii) rights-of-way for public streets, highways and alleys.  Land area devoted to or reserved or dedicated for public and private open space, parks and recreation areas; schools; public building sites; and public parkways, walkways and drainage courses shall

-5-

be included in the land area used for Open Space.  In determining the percentage of land devoted to each land use Area, land devoted to parking and parking facilities shall be included.

-6-

C00313

## Plan Description Modification

### Part One

### Section III

### Design Standards and Residential Density

The design standards set forth in this Section III shall be applicable in lieu of comparable or similar standards or requirements of the Zoning Ordinance, and all provisions and requirements of the Zoning Ordinance inconsistent with the design standards set forth herein shall be inapplicable. Any uncertainty between the applicability of a design standard or requirement of the Zoning Ordinance and the applicability of a standard set forth in this Modification shall be resolved in favor of the design standard set forth herein.

1.   The design standards applicable from time to time to lands in B-B Business Boulevard Districts shall apply in such "Business Areas" of the Region which have not yet been Final Planned and Final Platted and which are shown on Section II of Part Three of this Modification.

2.   The design standards applicable in "Residential Areas" of the Burlington Properties falling within Areas 1, 2 and 3 as depicted on the Preliminary Plan for Burlington Properties Residential Areas (Section III of Part Three of this Modification) shall be the design standards for an R-1 District of the Zoning Ordinance on December 7, 1993, but with the following modifications:

a.   the front yard set back shall be 25 feet instead of 30 feet; and

-7-

000014

b.    up to 10% of the subdivided lots can contain less than 8000 square feet but not less than 7750 square feet.

3.    Area 4, as depicted on the Concept Plan for Burlington Properties Residential Areas (Section III of Part Three of this Modification) shall be developed in accordance with the design standards of the Plan Description.  All single family lots in Area 4 shall contain a minimum of 6,000 square feet.

4.    <u>Average Residential Density</u>.  In Residential and Business Areas, the average residential density shall not exceed five dwelling units per acre.  In computing such average density, all land in the Region devoted to Residential Areas and all land devoted to Open Space shall be included in the number of acres which is to be divided into the total dwelling units in the Region to produce average density in dwelling units per acre; provided, that there shall be deducted from such number of acres into which the dwelling units are to be divided all land devoted to or reserved or dedicated for above ground public utility buildings and structures required to service the Region.

-8-

C00315

**Plan Description Modification**

**Part One**

**Section IV**

**Modifications and Exceptions from the**

**Subdivision Control Ordinance and Other City Ordinances**

1.    Subsection (d)(3) of Section 43-53 shall be modified to read as follows:

> "(3) Approval of the preliminary plat shall be effective until the first to occur of: the expiration of seven years period following such approval or December 7, 2000 unless upon application of the record owner, the City Council grants an extension.  The application for said extension shall not require an additional filing fee, or the submittal of additional copies of the plat of subdivision."

2.    Subsection (c) of Section 43-54 shall be modified to read as follows:

> "(c)  A final plat for all or a portion of the area covered by any approved preliminary plat, prepared as specified in Article II, shall be submitted to the City Clerk for approval prior to the expiration of such approved preliminary plat unless, upon application of the record owner, the City Council grants an extension. Such an application shall not require an additional fee or filing of additional copies of the plat."

3.    The provisions in Section 43-56 of the City's Subdivision Control Ordinance shall govern and apply to the

-9-

000016

dedication of park land and school sites or payments in lieu
thereof as a result of subdividing those portions of the
Burlington Properties designated on the 1993 Plan as "Residential
Areas" but with the following modifications:

    a.   Park sites which adjoin elementary school sites
shall contain a minimum of 4 acres of land excluding
retention and detention facilities, except land needed for
emergency overland routing of water.

    b.   The purchase price for any additional land
reserved for purchase by the City or other public body shall
be the "fair market value" for such land based on the land
use "Area" designated for such land on the current approved
Updated Land Use Plan for the Region as determined by an
appraisal obtained by the City or other public body and
presented to Developer for acceptance within 45 days after
the additional lands are reserved (the "Public Appraisal").
In the event Developer does not accept the value set forth
in the Public Appraisal, Developer shall, within 45 days
after receipt of the Public Appraisal, obtain a second
appraisal and present such second appraisal to the City or
other public body (the "Developer's Appraisal").  If the
value set forth in the Developer's Appraisal does not exceed
the value set forth in the Public Appraisal by 10%, the
Developer's Appraisal shall control.  If the difference
between the values is greater than 10%, the appraisers
preparing the first two appraisals shall, within 15 days,
select a third appraiser who shall prepare a third appraisal

-10-

within 45 days after selection (the "Third Appraisal"). The
value set forth in the Third Appraisal shall be binding on
all parties and shall be the purchase price for the purchase
of additional lands reserved for purchase.

4.    <u>Continuation of Plan Description Provisions</u>.

a.    All of the design standard modifications and
exceptions from the Zoning Ordinance and from the
Subdivision Control Ordinance set forth in Section IV of
Part One of the Plan Description shall continue to apply to
and remain in force and effect in the portions of the Region
other than those to which this Modification applies subject
to the City's right to modify the Plan Description with
respect to portions of the Region heretofore Final Planned
and Final Platted as set forth in Paragraph 4 of Section II
of the Agreement.

b.    Except to the extent specified below, the portions
of the Burlington Properties designated on the 1993 Plan as
"Residential Areas" shall be developed in accordance with
current city design standards. The following design
standard modifications shall apply to the "Residential
Areas" within the Burlington Properties in lieu of standards
currently in or subsequently added to the Zoning Ordinance
and Subdivision Control Ordinance:

i.    <u>Roadways</u>

(x)    <u>Cross Sections</u>:

Residential Streets (except cul-de-
sac's):  31 foot back to back

-11-

000018

Cul-de-sac's:  27 foot back to back

(Y)  <u>Curb Standards</u>:

Residential Streets (including cul-de-sacs) will use roll curb with the same detail as that used in the portions of the Region known as Oakhurst and Stonebridge.

(z)  <u>Pavement Thickness</u>:

The City Standards will be used with the allowance of Lime Stabilization of the sub-base instead of the Geo-textile fabric.

ii.  <u>Stormwater Management Requirements</u>:

Storm water retention and detention facilities shall be constructed in accordance with the requirements specified in Section V of Part One of this Modification.

iii.  <u>Residential Inspection of Public Improvements</u>:

Developer will provide residential inspection in accordance with the provisions of the Plan Description in the same manner as has been provided in the portions of the Region known as Oakhurst and Stonebridge.

-12-

000319

**Plan Description Modification**

**Part One**

**Section V**

**General Provisions**

1.  **Storm Water Retention and Detention Requirements.**

a.    Storm water retention and detention facilities
within all portions of the Burlington Properties shall be
constructed in accordance with the following requirements.
The amount of storm water retention to be provided shall be
computed by using the Soil Conservation Service TR-20 method
and a weighted runoff curve number established for the
combined effects of Hydrologic Soil Group B and surface
cover.  Facilities shall be of adequate size to accommodate
runoff from rainfall intensities of 100 year frequency using
either a SCS Type II or Huff Distribution.  The impoundment
level corresponding to these rainfall intensities will be
the basis of design for the outlet facility to have
discharge capacity equivalent to 0.15 cubic feet per second
("cfs") per acre.  In addition to providing the impoundment
level calculated above, at least 24 inches of freeboard will
be provided to accommodate the additional storage required
by using the rainfall intensities set forth in Illinois
State Water Survey Bulletin 70.  Storm sewers shall be
designed using a 5 year storm event.

b.    The criteria and standards set forth in
Subparagraph (a) above are intended to supersede and modify

-13-

all City ordinances and regulations which are contrary to or inconsistent with the matters set forth in the foregoing paragraph. The criteria and standards are intended to supersede and replace all provisions in the Principal Agreement, Plan Description and that certain letter agreement between Developer and the City dated July 31, 1984 (the "1984 Agreement") which cover or address the matter of storm water retention with respect to the Burlington Properties.

c.    Storm water retention and detention facilities within the portions of the Region designated on the 1993 Plan as "Business Areas" to which this Modification applies shall be constructed in accordance with the provisions of the Plan Description as modified and supplemented by the 1984 Agreement.

2.    Any change in the above described storm water retention and detention requirements described in Paragraph 1 above which receives the approval of the City Engineer shall be deemed a reasonable variation for the purpose of clause (a) of Subsection 14.7-6 of the Zoning Ordinance.

3.    <u>Time Limitations for Submission of Preliminary and Final Plans</u>.

Preliminary Plans shall be submitted for approval prior to December 7, 2000. Final Plans for all portions of the Region shall be submitted for approval prior to December 7, 2003.

-14-

C00321

4.  <u>Execution by City and Developer</u>.

This Modification shall be made a part of the Agreement, which restates and amends the Principal Agreement.

5.  <u>Changes in Plan Description</u>.

After this Modification is approved by the City Council, in accordance with Section V, Subsection N of the Plan Description, ten (10) complete copies of this Modification plus all accompanying materials and data shall be deposited with the Division of City Planning.

6.  <u>Developer</u>.

As used in this Modification and in the Plan Description the terms "Developer" and "Developers" of the Region shall mean Aurora Venture.  The Developer shall have the right to assign some or all of its rights, subject to some or all of the duties and obligations, which the Developer may have under the Modification.  The Developer, or its assignee, shall have the right to appoint an agent or representative to act for it with respect to the Modification.

-15-

000322

# FOX VALLEY EAST REGION II

## "THE REGION"

THAT PART OF THE SOUTHWEST QUARTER OF SECTION 19 AND PART OF THE NORTH HALF OF SECTION 30, TOWNSHIP 38 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHWEST CORNER OF SAID SOUTHWEST QUARTER; THENCE NORTH 88 DEGREES 21 MINUTES EAST ALONG THE NORTH LINE OF SAID QUARTER, 1758.10 FEET; THENCE SOUTH 0 DEGREES 36 MINUTES EAST, 567.0 FEET TO THE CENTER OF THE AURORA AND NAPERVILLE ROAD; THENCE NORTH 73 DEGREES 15 MINUTES WEST ALONG SAID ROAD, 904.90 FEET; THENCE NORTH 86 DEGREES 15 MINUTES WEST ALONG SAID ROAD, 171.0 FEET; THENCE SOUTH 0 DEGREES 43 MINUTES EAST, 1027.80 FEET; THENCE SOUTH 88 DEGREES 24 MINUTES WEST, 182.0 FEET FOR A POINT OF BEGINNING; THENCE NORTH 88 DEGREES 24 MINUTES EAST, 545.70 FEET; THENCE SOUTH 00 DEGREES 11 MINUTES WEST, 1092.0 FEET TO AN OLD CLAIM LINE; THENCE SOUTH 88 DEGREES 19 MINUTES EAST ALONG SAID CLAIM LINE TO A POINT THAT IS 899.82 FEET WESTERLY OF THE CENTER LINE OF VAUGHAN ROAD (MEASURED ALONG SAID CLAIM LINE); THENCE SOUTHWESTERLY PARALLEL WITH THE CENTER LINE OF SAID VAUGHAN ROAD, 486.10 FEET; THENCE SOUTHEASTERLY ALONG A LINE FORMING AN ANGLE OF 69 DEGREES 20 MINUTES WITH THE LAST DESCRIBED COURSE (MEASURED CLOCKWISE THEREFROM) 847.11 FEET TO AN IRON PIPE STAKE ON THE CENTER LINE OF SAID VAUGHAN ROAD THAT IS 613.0 FEET SOUTHWESTERLY OF THE POINT OF INTERSECTION OF SAID CLAIM LINE AND THE CENTER LINE OF SAID VAUGHAN ROAD; THENCE SOUTHWESTERLY ALONG THE CENTER LINE OF SAID VAUGHAN ROAD, 100.0 FEET TO AN IRON STAKE; THENCE NORTHWESTERLY ALONG A LINE FORMING AN ANGLE OF 110 DEGREES 40 MINUTES WITH THE LAST DESCRIBED COURSE (MEASURED COUNTERCLOCKWISE THEREFROM), 652.0 FEET; THENCE SOUTHWESTERLY ALONG A LINE FORMING AN ANGLE OF 101 DEGREES 28 MINUTES WITH THE LAST DESCRIBED COURSE (MEASURED CLOCKWISE THEREFROM), 413.02 FEET TO THE SOUTHERLY LINE OF PROPERTY DESCRIBED IN DOCUMENT NO. 456037; THENCE NORTHWESTERLY ALONG SAID SOUTHERLY LINE, 1397.21 FEET TO THE WEST LINE OF SAID SECTION 30; THENCE NORTHERLY ALONG THE WEST LINE OF SAID SECTIONS 30 AND 19, 2689.49 FEET TO THE CENTER LINE OF

SAID AURORA AND NAPERVILLE ROAD; THENCE EASTERLY ALONG THE CENTER LINE OF SAID AURORA AND NAPERVILLE ROAD, 537.61 FEET TO A LINE DRAWN NORTH 00 DEGREES 43 MINUTES WEST FROM THE POINT OF BEGINNING; THENCE SOUTH 00 DEGREES 43 MINUTES EAST, 1044.72 FEET TO THE POINT OF BEGINNING, IN NAPERVILLE TOWNSHIP, DUPAGE COUNTY, ILLINOIS AND ALSO THAT PART OF THE SOUTH HALF OF SECTION 17, PART OF SECTION 18, PART OF THE EAST HALF OF SECTION 19, PART OF SECTIONS 20, 29, 30, 31, 32, TOWNSHIP 38 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN AND PART OF THE EAST HALF OF SECTION 13 AND PART OF SECTION 36, TOWNSHIP 38 NORTH, RANGE 8, EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT ON THE WEST LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 18 THAT IS 61.60 FEET SOUTH OF THE NORTHWEST CORNER OF THE SOUTHWEST QUARTER OF SAID SECTION 18; THENCE SOUTH ALONG THE WEST LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 18, 876.0 FEET TO THE NORTHERLY LINE OF PROPERTY OWNED BY THE CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY; THENCE NORTH 79 DEGREES 14.5 MINUTES EAST ALONG THE NORTHERLY LINE OF SAID RAILROAD, 2545.40 FEET TO THE CENTER LINE OF VAUGHN ROAD; THENCE CONTINUING NORTH 79 DEGREES 14.5 MINUTES EAST ALONG SAID NORTHERLY LINE, 400.0 FEET; THENCE SOUTH 02 DEGREES 32.7 MINUTES WEST TO THE SOUTHERLY LINE OF THE RIGHT-OF-WAY OF SAID RAILROAD AS ESTABLISHED BY DOCUMENT NO. 152991 FOR A POINT OF BEGINNING; THENCE NORTH 02 DEGREES 32.7 MINUTES EAST ALONG THE LAST DESCRIBED COURSE TO THE NORTHERLY LINE OF THE RIGHT-OF-WAY OF SAID RAILROAD; THENCE NORTH 79 DEGREES 14.5 MINUTES EAST ALONG THE NORTHERLY LINE OF SAID RAILROAD, 543.80 FEET TO AN IRON STAKE IN A FENCE CORNER; THENCE NORTH 02 DEGREES 32.7 MINUTES EAST TO AN IRON STAKE ON THE CENTER LINE OF KNIGHT STREET; THENCE SOUTH 63 DEGREES 04.7 MINUTES WEST ALONG THE CENTER LINE OF SAID KNIGHT STREET, 463.8 FEET TO AN IRON STAKE; THENCE NORTH 02 DEGREES 32.7 MINUTES EAST, 1373.85 FEET TO AN IRON STAKE IN AN OLD FENCE CORNER; THENCE NORTH 89 DEGREES 07.2 MINUTES WEST ALONG AN OLD FENCE LINE, 1809.85 FEET TO AN IRON STAKE IN AN OLD OCCUPATION LINE; THENCE SOUTH ALONG SAID OLD OCCUPATION LINE, 1307.4 FEET TO THE CENTER LINE OF SAID KNIGHT STREET; THENCE SOUTH 89 DEGREES 54 MINUTES WEST ALONG THE CENTER LINE OF SAID KNIGHT STREET, 668 FEET TO THE EXTENSION OF A MONUMENTED LINE; THENCE SOUTH ALONG SAID EXTENSION AND SAID LINE 427 FEET TO AN IRON STAKE; THENCE SOUTH 89 DEGREES 54 MINUTES WEST ALONG AN OLD FENCE LINE, 256.0 FEET TO AN IRON STAKE; THENCE SOUTHERLY ALONG AN OLD FENCE LINE, 454.7 FEET TO AN IRON STAKE; THENCE SOUTH 89 DEGREES 46 MINUTES WEST ALONG AN OLD FENCE LINE, 396.0 FEET TO A POINT ON THE WEST LINE OF THE

SOUTHWEST QUARTER OF SAID SECTION 18 THAT IS 61.6 FEET SOUTH OF THE NORTHWEST CORNER OF THE SOUTHWEST QUARTER OF SAID SECTION 18; THENCE NORTHERLY ALONG THE WEST LINE OF SAID SECTION 18 AND ALONG THE EAST LINE OF SAID SECTION 13 TO THE SOUTHEAST CORNER OF SCHWARTZ SUBDIVISION UNIT NO. 1, TOWNSHIP OF AURORA, KANE COUNTY, ILLINOIS; THENCE SOUTH 89 DEGREES 10 MINUTES WEST ALONG THE SOUTH LINE OF SAID UNIT NO. 1, 50.0 FEET; THENCE SOUTH 00 DEGREES 51 MINUTES WEST PARALLEL WITH THE EAST LINE OF SAID SECTION 13, 190 FEET; THENCE SOUTH 89 DEGREES 12 MINUTES WEST, 217.35 FEET TO THE EAST LINE EXTENDED SOUTHERLY OF UNIT TWO OF SCHWARTZ SUBDIVISION, AURORA, KANE COUNTY, ILLINOIS; THENCE NORTH 00 DEGREES 53 MINUTES EAST, 188.1 FEET TO THE SOUTHEAST CORNER OF UNIT TWO OF SCHWARTZ SUBDIVISION, AURORA, KANE COUNTY, ILLINOIS; THENCE WESTERLY ALONG THE SOUTHERLY LINE OF SAID UNIT TWO, 338.96 FEET TO THE SOUTHEAST CORNER OF LOT 4 IN SAID UNIT TWO; THENCE NORTH 0 DEGREES 53 MINUTES EAST ALONG THE EAST LINE OF SAID LOT 4, 181.87 FEET TO THE NORTHEAST CORNER OF SAID LOT 4; THENCE NORTH 89 DEGREES 10 MINUTES WEST ALONG THE NORTH LINE OF SAID LOT 4, 66.0 FEET TO THE NORTHWEST CORNER OF SAID LOT 4; THENCE SOUTH 00 DEGREES 53 MINUTES WEST ALONG THE WEST LINE OF SAID LOT 4 AND THE EAST LINE OF LOT 7, IN SAID UNIT NO. 1, 181.85 FEET TO THE SOUTH LINE OF SAID UNIT NO. 1; THENCE SOUTH 89 DEGREES 10 MINUTES WEST ALONG THE SOUTH LINE OF SAID UNIT NO. 1, 621.40 FEET TO THE SOUTHWEST CORNER OF LOT 12 OF SAID UNIT NO. 1; THENCE SOUTH PARALLEL WITH THE MOST EASTERLY EAST LINE OF FIDLER'S SUBDIVISION, TOWNSHIP OF AURORA, KANE COUNTY, ILLINOIS TO THE SOUTHERLY LINE EXTENDED EASTERLY OF STEPHEN STREET; THENCE WESTERLY ALONG THE SOUTHERLY LINE EXTENDED OF SAID STEPHEN STREET TO A LINE DRAWN NORTH 01 DEGREES 30 MINUTES EAST FROM A POINT ON THE SOUTH LINE OF THE NORTHEAST QUARTER OF SAID SECTION 13 THAT IS 1320 FEET SOUTH 89 DEGREES 01 MINUTE 25 SECONDS WEST OF THE SOUTHEAST CORNER OF THE NORTHEAST QUARTER OF SAID SECTION 13; THENCE SOUTH 01 DEGREES 30 MINUTES WEST TO THE SOUTH LINE OF THE NORTHEAST QUARTER OF SAID SECTION 13; THENCE NORTH 89 DEGREES 01 MINUTES 25 SECONDS EAST ALONG THE SOUTH LINE OF THE NORTHEAST QUARTER OF SAID SECTION 13 TO A LINE DRAWN NORTH 00 DEGREES 51 MINUTES EAST FROM A POINT ON THE NORTHERLY LINE OF PREMISES CONVEYED TO THE CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY BY DOCUMENT NO. 129699 THAT IS 694.32 FEET SOUTH 79 DEGREES 48 MINUTES 27 SECONDS WEST OF THE EAST LINE OF SAID SECTION 13; THENCE SOUTH 00 DEGREES 51 MINUTES WEST, 1030.1 FEET TO THE NORTHERLY LINE OF SAID CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY; THENCE EASTERLY ALONG THE NORTHERLY LINE OF SAID CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY TO

THE EAST LINE OF VAUGHN ROAD; THENCE SOUTHERLY ALONG THE EAST LINE OF SAID VAUGHN ROAD TO THE SOUTHERLY LINE OF THE RAILROAD RIGHT-OF-WAY AS ESTABLISHED BY SAID DOCUMENT NO. 152991; THENCE SOUTH 79 DEGREES 14.5 MINUTES WEST ALONG THE SOUTHERLY LINE OF SAID DOCUMENT NO. 152991 TO THE NORTHEAST CORNER OF PREMISES CONVEYED TO SAID CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY BY DOCUMENT NO. 155615; THENCE SOUTHERLY ALONG THE EASTERLY LINE OF SAID RAILROAD, 123.58 FEET TO THE MOST EASTERLY CORNER OF PREMISES CONVEYED TO SAID CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY BY DOCUMENT NO. 156238; THENCE WESTERLY ALONG THE SOUTHERLY LINE OF PREMISES CONVEYED BY SAID DOCUMENT NO. 156238, 590 FEET TO AN ANGLE IN THE SOUTHERLY LINE OF SAID RAILROAD; THENCE WESTERLY ALONG THE SOUTHERLY LINE OF SAID RAILROAD, 1897.60 FEET TO THE WEST LINE OF SAID SECTION 18; THENCE SOUTHERLY ALONG THE WEST LINE OF SAID SECTION 18, 656.43 FEET TO THE SOUTHWEST CORNER OF SAID SECTION 18, THENCE EASTERLY ALONG THE SOUTH LINE OF SAID SECTION 18, 2492.55 FEET TO THE CENTER LINE OF SAID VAUGHN ROAD; THENCE SOUTH 06 DEGREES 53 MINUTES EAST, 1060.6 FEET TO THE CENTER LINE OF THE AURORA-WARRENVILLE ROAD; THENCE SOUTH 81 DEGREES 59 MINUTES WEST ALONG THE CENTER LINE OF SAID AURORA-WARRENVILLE ROAD, 392.47 FEET TO THE NORTHEAST CORNER OF BALLCO ASSESSMENT PLAT RECORDED AS DOCUMENT NO. R62-22490; THENCE SOUTH 00 DEGREES 34 MINUTES EAST ALONG THE EASTERLY LINE AND EASTERLY LINE EXTENDED OF SAID BALLCO ASSESSMENT PLAT TO THE SOUTH LINE OF THE NORTHEAST QUARTER OF SAID SECTION 19; THENCE NORTH 88 DEGREES 21 MINUTES EAST ALONG THE SOUTH LINE OF THE NORTHEAST QUARTER OF SAID SECTION 19 TO THE WEST LINE OF THE EAST HALF OF THE NORTHEAST QUARTER OF SAID SECTION 19; THENCE NORTH 00 DEGREES 34 MINUTES WEST ALONG THE WEST LINE OF THE EAST HALF OF THE NORTHEAST QUARTER OF SAID SECTION 19 TO A POINT THAT IS 462 FEET SOUTH 00 DEGREES 34 MINUTES EAST OF A LINE DRAWN WESTERLY PARALLEL WITH THE NORTH LINE OF SAID SECTIONS 19 AND 20 FROM A POINT ON THE EAST LINE OF EOLA ROAD THAT IS 972.18 FEET NORTHERLY (MEASURED ALONG THE EASTERLY LINE OF SAID EOLA ROAD) OF THE SOUTH LINE OF THE NORTHWEST QUARTER OF SAID SECTION 20; THENCE NORTH 87 DEGREES 49 MINUTES EAST PARALLEL WITH THE NORTH LINE OF SAID SECTIONS 19 AND 20, 1834.80 FEET MORE OR LESS TO THE EASTERLY LINE OF SAID EOLA ROAD; THENCE NORTHERLY ALONG THE EASTERLY LINE OF SAID EOLA ROAD TO THE SOUTHWEST CORNER OF LOT 1 OF STUBB'S ASSESSMENT PLAT RECORDED AS DOCUMENT NO. 559994; THENCE EASTERLY ALONG THE SOUTH LINE OF SAID LOT 1 AND ALONG A SOUTHERLY LINE OF LOT 6 OF SAID STUBB'S ASSESSMENT PLAT, 1042.70 FEET TO AN ANGLE IN THE SOUTHERLY LINE OF SAID LOT 6; THENCE SOUTHERLY ALONG A WESTERLY LINE OF LOT 6 OF STUBB'S ASSESSMENT

PLAT, 1390.70 FEET TO THE CENTER LINE OF ILLINOIS STATE ROUTE NO. 65; THENCE WESTERLY ALONG THE CENTER LINE OF SAID ILLINOIS STATE ROUTE NO. 65 AND ALONG THE CENTER LINE OF OGDEN AVENUE TO THE NORTHEAST CORNER OF A TRACT OF LAND CONVEYED TO ELLSWORTH HONEYCUTT BY WARRANTY DEED RECORDED AS DOCUMENT NO. 154079; THENCE SOUTHERLY ALONG THE EAST LINE OF SAID HONEYCUTT TRACT, 660.0 FEET TO THE SOUTHEAST CORNER OF SAID HONEYCUTT TRACT; THENCE WESTERLY ALONG THE SOUTHERLY LINE OF SAID HONEYCUTT TRACT BEING PARALLEL WITH THE CENTER LINE OF THE OLD AURORA-NAPERVILLE ROAD, 132.0 FEET TO THE SOUTHWEST CORNER OF SAID HONEYCUTT TRACT; THENCE CONTINUING WESTERLY PARALLEL WITH THE CENTER LINE OF SAID AURORA-NAPERVILLE ROAD, 132.0 FEET; THENCE NORTH 02 DEGREES 45 MINUTES EAST TO A LINE DRAWN PARALLEL WITH AND 30.0 FEET SOUTHERLY OF THE CENTER LINE OF SAID AURORA-NAPERVILLE ROAD (MEASURED AT RIGHT ANGLES TO THE CENTER LINE OF SAID AURORA-NAPERVILLE ROAD); THENCE WESTERLY PARALLEL WITH THE CENTER LINE OF SAID AURORA-NAPERVILLE ROAD TO THE WEST LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 20; THENCE NORTHERLY ALONG THE WEST LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 20 TO A LINE DRAWN PARALLEL WITH AND 30.0 FEET NORTHERLY OF THE CENTER LINE OF SAID AURORA-NAPERVILLE ROAD (MEASURED AT RIGHT ANGLES TO THE CENTER LINE OF SAID AURORA-NAPERVILLE ROAD); THENCE EASTERLY PARALLEL WITH THE CENTER LINE OF SAID AURORA-NAPERVILLE ROAD TO A LINE DRAWN SOUTH 02 DEGREES 00 MINUTES WEST FROM A POINT ON THE NORTH LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 20 THAT IS 7.58 CHAINS EASTERLY OF THE NORTHWEST CORNER OF THE SOUTHWEST QUARTER OF SAID SECTION 20; THENCE NORTH 02 DEGREES 00 MINUTES EAST TO A POINT THAT IS 5.43 CHAINS SOUTH 02 DEGREES 00 MINUTES WEST OF THE NORTH LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 20; THENCE WESTERLY PARALLEL WITH THE NORTH LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 20 AND NORTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 19 TO A LINE DRAWN SOUTH 02 DEGREES 10 MINUTES WEST FROM A POINT ON THE NORTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 19 THAT IS 5.32 CHAINS WESTERLY OF THE NORTHEAST CORNER OF THE SOUTHEAST QUARTER OF SAID SECTION 19; THENCE SOUTH 02 DEGREES 10 MINUTES WEST TO THE CENTER LINE OF SAID ILLINOIS STATE ROUTE NO. 65; THENCE WESTERLY ALONG THE CENTER LINE OF SAID ILLINOIS STATE ROUTE NO. 65, 582.36 FEET TO A POINT THAT IS 83.0 FEET EASTERLY OF THE NORTHEAST CORNER OF VAUGHN'S SUBDIVISION RECORDED APRIL 18, 1956 AS DOCUMENT NO. 796951; THENCE SOUTHERLY PARALLEL WITH THE EASTERLY LINE OF SAID VAUGHN'S SUBDIVISION, 348.85 FEET TO THE SOUTHERLY LINE EXTENDED EASTERLY OF SAID VAUGHN'S SUBDIVISION; THENCE WESTERLY ALONG THE EXTENDED SOUTHERLY LINE AND THE

SOUTHERLY LINE OF SAID VAUGHN'S SUBDIVISION, 305.26 FEET; THENCE SOUTHERLY ALONG A LINE FORMING AN ANGLE OF 81 DEGREES 48 MINUTES 28 SECONDS WITH THE PROLONGATION OF THE LAST DESCRIBED COURSE (MEASURED COUNTERCLOCKWISE THEREFROM), 534.19 FEET TO THE NORTHERLY LINE EXTENDED EASTERLY OF LOT 7 OF VAUGHN'S ASSESSMENT PLAT OF PART OF THE SOUTH HALF OF SAID SECTION 19; THENCE WESTERLY ALONG THE EXTENDED NORTHERLY LINE AND THE NORTHERLY LINE OF SAID LOT 7 TO THE NORTHWEST CORNER OF SAID LOT 7, BEING ON THE CENTER LINE OF VAUGHN ROAD; THENCE SOUTH 11 DEGREES 55 MINUTES 37 SECONDS WEST ALONG THE WESTERLY LINE OF LOTS 7 AND 8 OF SAID VAUGHN'S ASSESSMENT PLAT TO THE SOUTHWEST CORNER OF SAID LOT 8; THENCE SOUTH 29 DEGREES 57 MINUTES 34 SECONDS WEST ALONG THE CENTER LINE OF SAID VAUGHN ROAD, 224.51 FEET TO THE SOUTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 19; THENCE NORTH 88 DEGREES 36 MINUTES 31 SECONDS EAST ALONG THE SOUTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 19, 2354.16 FEET TO THE NORTHEAST CORNER OF THE NORTHEAST QUARTER OF SAID SECTION 30; THENCE SOUTHERLY ALONG THE EAST LINE OF THE NORTHEAST QUARTER OF SAID SECTION 30, 12.66 CHAINS (835.55 FEET); THENCE SOUTH 89 1/2 DEGREES WEST, 2856.11 FEET TO THE CENTER LINE OF SAID VAUGHN ROAD; THENCE NORTH 72 DEGREES 00 MINUTES WEST TO THE WEST LINE OF THE NORTHWEST FRACTIONAL QUARTER OF SAID SECTION 30; THENCE SOUTHERLY ALONG THE WEST LINE OF THE NORTHWEST FRACTIONAL QUARTER OF SAID SECTION 30 TO A POINT ON THE WEST LINE OF SAID SECTION 30 THAT IS 311.0 FEET NORTH 00 DEGREES 19 MINUTES 33 SECONDS EAST OF THE SOUTHWEST CORNER OF THE NORTHWEST FRACTIONAL QUARTER OF SAID SECTION 30; THENCE NORTH 89 DEGREES 28 MINUTES 47 SECONDS EAST PARALLEL WITH THE SOUTH LINE OF THE NORTHWEST FRACTIONAL QUARTER OF SAID SECTION 30, 927.07 FEET TO THE CENTER LINE OF SAID VAUGHN ROAD; THENCE SOUTH 32 DEGREES 03 MINUTES 45 SECONDS WEST ALONG THE CENTER LINE OF SAID VAUGHN ROAD, 369.05 FEET TO THE SOUTH LINE OF THE NORTHWEST FRACTIONAL QUARTER OF SAID SECTION 30; THENCE SOUTH 89 DEGREES 28 MINUTES 47 SECONDS WEST ALONG THE SOUTH LINE OF THE NORTHWEST FRACTIONAL QUARTER OF SAID SECTION 30, 732.92 FEET TO THE SOUTHWEST CORNER OF THE NORTHWEST FRACTIONAL QUARTER OF SAID SECTION 30; THENCE SOUTH 00 DEGREES 15 MINUTES 15 SECONDS WEST ALONG THE WEST LINE OF THE SOUTHWEST FRACTIONAL QUARTER OF SAID SECTION 30, 2651.28 FEET TO THE NORTHEAST CORNER OF SAID SECTION 36; THENCE SOUTHERLY ALONG THE EAST LINE OF SAID SECTION 36, 566.28 FEET; THENCE SOUTHWESTERLY ALONG A LINE FORMING AN ANGLE OF 72 DEGREES 30 MINUTES WITH THE EAST LINE (MEASURED CLOCKWISE THEREFROM) OF SAID SECTION 36, 1391.07 FEET TO THE EAST LINE OF THE WEST HALF OF THE NORTHEAST QUARTER OF SAID SECTION 36; THENCE NORTHERLY

ALONG THE EAST LINE OF THE WEST HALF OF THE NORTHEAST QUARTER OF SAID SECTION 36, FORMING AN ANGLE OF 107 DEGREES 34 MINUTES 37 SECONDS WITH THE PROLONGATION OF THE LAST DESCRIBED COURSE (MEASURED CLOCKWISE THEREFROM) 221.10 FEET; THENCE WESTERLY FORMING AN ANGLE OF 89 DEGREES 43 MINUTES 16 SECONDS WITH SAID LAST DESCRIBED COURSE (MEASURED CLOCKWISE THEREFROM), 306.63 FEET; THENCE SOUTHERLY ALONG A LINE FORMING AN ANGLE OF 91 DEGREES 36 MINUTES 46 SECONDS WITH THE LAST DESCRIBED COURSE (MEASURED CLOCKWISE THEREFROM), 1682.43 FEET TO THE CENTER LINE OF WAUBONSIE CREEK; THENCE SOUTHWESTERLY ALONG THE CENTER LINE OF SAID CREEK, FORMING AN ANGLE OF 114 DEGREES 30 MINUTES 12 SECONDS WITH THE LAST DESCRIBED COURSE (MEASURED COUNTER-CLOCKWISE THEREFROM), 1665.0 FEET; THENCE SOUTHWESTERLY ALONG THE CENTER LINE OF SAID CREEK FORMING AN ANGLE OF 177 DEGREES 40 MINUTES WITH THE LAST DESCRIBED COURSE (MEASURED CLOCKWISE THEREFROM), 496.0 FEET; THENCE SOUTHWESTERLY ALONG THE CENTER LINE OF SAID CREEK FORMING AN ANGLE OF 134 DEGREES 13 MINUTES WITH THE LAST DESCRIBED COURSE (MEASURED CLOCKWISE THEREFROM), 220.0 FEET; THENCE SOUTHWESTERLY ALONG THE CENTER LINE OF SAID CREEK FORMING AN ANGLE OF 203 DEGREES 22 MINUTES WITH THE LAST DESCRIBED COURSE (MEASURED CLOCKWISE THEREFROM), 200.0 FEET; THENCE SOUTHWESTERLY ALONG THE CENTER LINE OF SAID CREEK FORMING AN ANGLE OF 198 DEGREES 54 MINUTES WITH THE LAST DESCRIBED COURSE (MEASURED CLOCKWISE THEREFROM), 150.37 FEET TO A POINT ON THE WEST LINE OF THE EAST HALF OF THE SOUTHWEST QUARTER OF SAID SECTION 36 THAT IS 614.30 FEET NORTHERLY (MEASURED ALONG SAID WEST LINE) OF THE NORTH LINE OF LANDS FORMERLY OWNER BY A. H. ALBEE; THENCE SOUTHERLY ALONG THE WEST LINE OF THE EAST HALF OF THE SOUTHWEST QUARTER OF SAID SECTION 36 FORMING AN ANGLE OF 119 DEGREES 11 MINUTES 12 SECONDS WITH THE LAST DESCRIBED COURSE (MEASURED CLOCKWISE THEREFROM), 614.30 FEET TO THE NORTH LINE OF LANDS FORMERLY OWNED BY A. H. ALBEE; THENCE EASTERLY ALONG SAID ALBEE LINE FORMING AN ANGLE OF 89 DEGREES 01 MINUTES 42 SECONDS WITH THE LAST DESCRIBED COURSE (MEASURED CLOCKWISE THEREFROM), 2048.72 FEET TO THE CENTER LINE OF U. S. ROUTE NO. 34; THENCE NORTHEASTERLY ALONG THE CENTER LINE OF SAID U. S. ROUTE NO. 34, 2495.34 FEET TO THE SOUTH LINE OF THE NORTHEAST QUARTER OF SAID SECTION 36; THENCE EASTERLY ALONG THE SOUTH LINE OF THE NORTHEAST QUARTER OF SAID SECTION 36, 74.76 FEET TO THE SOUTHEASTERLY LINE OF SAID U. S. ROUTE NO. 34; THENCE SOUTHWESTERLY ALONG THE SOUTHEASTERLY LINE OF SAID U. S. ROUTE NO. 34, 2289.91 FEET TO A LINE DRAWN PARALLEL WITH THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 36 THAT IS 1716.0 FEET WESTERLY (MEASURED ALONG THE SOUTH LINE OF THE SOUTHEAST

QUARTER OF SAID SECTION 36) OF THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 36; THENCE SOUTHERLY PARALLEL WITH THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 36, 1127.76 FEET TO THE SOUTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 36; THENCE EASTERLY ALONG THE SOUTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 36, 1716.0 FEET TO THE SOUTHEAST CORNER OF SAID SECTION 36; THENCE EASTERLY ALONG THE SOUTH LINE OF THE SOUTHWEST FRACTIONAL QUARTER OF SAID SECTION 31, 1958.35 FEET TO THE SOUTHEAST CORNER OF THE SOUTHWEST FRACTIONAL QUARTER OF SAID SECTION 31; THENCE NORTHERLY ALONG THE WEST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 31, 848.35 FEET TO THE NORTHWEST CORNER OF THE SOUTH 40.0 ACRES OF THE WEST 125.0 ACRES OF THE SOUTHEAST QUARTER OF SAID SECTION 31; THENCE EASTERLY ALONG THE NORTH LINE OF SAID SOUTH 40.0 ACRES, 2054.11 FEET TO THE NORTHEAST CORNER OF SAID SOUTH 40.0 ACRES; THENCE NORTHERLY ALONG THE EAST LINE OF SAID WEST 125.0 ACRES, 1805.30 FEET TO THE NORTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 31; THENCE WESTERLY ALONG THE NORTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 31, 1274.19 FEET TO A POINT THAT IS 780.0 FEET EASTERLY OF THE NORTHWEST CORNER OF THE SOUTHEAST QUARTER OF SAID SECTION 31; THENCE SOUTHERLY AT RIGHT ANGLES TO THE LAST DESCRIBED COURSE, 1210.0 FEET; THENCE WESTERLY AT RIGHT ANGLES TO THE LAST DESCRIBED COURSE, 180.0 FEET; THENCE NORTHERLY AT RIGHT ANGLES TO THE LAST DESCRIBED COURSE, 1210.0 FEET TO THE NORTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 31; THENCE WESTERLY ALONG THE NORTH LINE OF SOUTHEAST QUARTER OF SAID SECTION 31, 600.0 FEET TO THE SOUTHEAST CORNER OF THE NORTHWEST FRACTIONAL QUARTER OF SAID SECTION 31; THENCE NORTHERLY ALONG THE EAST LINE OF THE NORTHWEST FRACTIONAL QUARTER OF SAID SECTION 31, 2655.35 FEET TO THE NORTHEAST CORNER OF THE NORTHWEST FRACTIONAL QUARTER OF SAID SECTION 31; THENCE NORTHERLY ALONG THE WEST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 30 TO A POINT THAT IS 15.15 CHAINS (999.90 FEET) SOUTH OF THE NORTHWEST CORNER OF THE SOUTHEAST QUARTER OF SAID SECTION 30; THENCE DUE EAST 2.97 CHAINS (196.02 FEET); THENCE SOUTH PARALLEL WITH THE WEST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 30 AND THE WEST LINE OF THE NORTHEAST QUARTER OF SAID SECTION 31, 35.10 CHAINS (2316.60 FEET) TO THE CENTER LINE OF U. S. ROUTE NO. 34; THENCE NORTH 62 DEGREES 10 MINUTES EAST ALONG THE CENTER LINE OF SAID U. S. ROUTE NO. 34 TO A LINE DRAWN PARALLEL WITH AND 935.49 FEET EASTERLY OF THE WEST LINE OF THE NORTHEAST QUARTER OF SAID SECTION 31 (MEASURED ALONG THE NORTH LINE OF FRY'S COPENHAGEN COLONY, A SUBDIVISION RECORDED AS INSTRUMENT NO. R66-16885); THENCE SOUTHERLY PARALLEL WITH THE WEST LINE OF THE NORTHEAST QUARTER OF SAID SECTION 31, 1371.10 FEET TO A POINT

THAT IS 260.70 FEET NORTHERLY OF THE NORTH LINE OF SAID FRY'S COPENHAGEN COLONY (MEASURED ALONG A LINE DRAWN PARALLEL WITH THE WEST LINE OF THE NORTHEAST QUARTER OF SAID SECTION 31); THENCE EASTERLY PARALLEL WITH THE NORTH LINE OF SAID FRY'S COPENHAGEN COLONY, 48.57 FEET; THENCE SOUTHERLY PARALLEL WITH THE WEST LINE OF THE NORTHEAST QUARTER OF SAID SECTION 31, 260.70 FEET TO THE NORTH LINE OF SAID FRY'S COPENHAGEN COLONY; THENCE EASTERLY ALONG THE NORTH LINE OF SAID FRY'S COPENHAGEN COLONY, 1360.48 FEET TO THE NORTHEAST CORNER OF SAID SUBDIVISION; THENCE SOUTHERLY ALONG THE EAST LINE OF SAID SUBDIVISION, 745.80 FEET TO THE SOUTHEAST CORNER OF SAID SUBDIVISION; THENCE EASTERLY ALONG THE SOUTH LINE OF THE NORTHEAST QUARTER OF SAID SECTION 31, 330.0 FEET TO THE NORTHWEST CORNER OF THE SOUTHWEST QUARTER OF SAID SECTION 32; THENCE SOUTHERLY ALONG THE WEST LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 32, 1514.35 FEET TO THE NORTHWEST CORNER OF THE SOUTH 69.56 RODS (1147.74 FEET) OF THE WEST HALF OF THE SOUTHWEST QUARTER OF SAID SECTION 32; THENCE EASTERLY ALONG THE NORTH LINE OF SAID SOUTH 69.56 RODS, 1322.94 FEET TO THE WEST LINE OF THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION 32; THENCE SOUTHERLY ALONG THE WEST LINE OF THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION 32, 1147.74 FEET TO THE SOUTH LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 32; THENCE EASTERLY ALONG THE SOUTH LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 32, 1101.82 FEET TO THE WEST LINE OF PREMISES CONVEYED TO PUBLIC SERVICE COMPANY OF NORTHERN ILLINOIS BY WARRANTY DEED RECORDED JUNE 28, 1927 AS DOCUMENT NO. 238574; THENCE NORTHERLY ALONG THE WEST LINE OF SAID PREMISES, 85.33 FEET TO AN ANGLE IN SAID WEST LINE; THENCE NORTHEASTERLY ALONG THE WEST LINE OF SAID PREMISES, 3090.15 FEET TO THE WEST LINE OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 32; THENCE NORTHERLY ALONG THE WEST LINE OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 32, 841.11 FEET TO THE NORTHWEST CORNER OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 32; THENCE SOUTH 89 DEGREES 56 MINUTES 43 SECONDS EAST ALONG THE SOUTH LINE OF THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 32, 86.13 FEET TO THE WESTERLY LINE OF THE RIGHT-OF-WAY OF COMMONWEALTH EDISON COMPANY; THENCE NORTHERLY ALONG THE WESTERLY LINE OF SAID RIGHT-OF-WAY, 3137.98 FEET TO THE CENTER LINE OF U. S. ROUTE NO. 34; THENCE CONTINUING NORTHERLY ALONG THE WESTERLY LINE OF SAID COMMONWEALTH EDISON COMPANY RIGHT-OF-WAY, 1050.0 FEET; THENCE WESTERLY AT RIGHT ANGLES TO THE LAST DESCRIBED COURSE, 300.0 FEET; THENCE NORTHERLY AT RIGHT ANGLES TO THE LAST DESCRIBED COURSE, 300.0 FEET TO THE WESTERLY LINE OF SAID COMMONWEALTH

EDISON COMPANY RIGHT-OF-WAY; THENCE NORTHERLY ALONG THE WESTERLY LINE OF SAID COMMONWEALTH EDISON COMPANY RIGHT-OF-WAY, 3889.02 FEET TO A POINT THAT IS 340.0 FEET SOUTHERLY OF THE SOUTHERLY LINE OF THE RIGHT-OF-WAY OF ILLINOIS STATE ROUTE NO. 65 AS DEDICATED BY DOCUMENT NO. 310934; THENCE WESTERLY PARALLEL WITH THE SOUTHERLY LINE OF THE RIGHT-OF-WAY OF SAID ILLINOIS STATE ROUTE NO. 65 FORMING AN ANGLE OF 87 DEGREES 57 MINUTES WITH THE LAST DESCRIBED COURSE (MEASURED CLOCKWISE THEREFROM), 650.0 FEET; THENCE NORTHERLY PARALLEL WITH THE WEST LINE OF SAID COMMONWEALTH EDISON COMPANY RIGHT-OF-WAY FORMING AN ANGLE OF 87 DEGREES 57 MINUTES WITH THE LAST DESCRIBED COURSE (MEASURED COUNTERCLOCKWISE THEREFROM), 343.10 FEET TO THE SOUTHERLY LINE OF THE RIGHT-OF-WAY OF SAID ILLINOIS STATE ROUTE NO. 65; THENCE EASTERLY ALONG THE SOUTHERLY LINE OF THE RIGHT-OF-WAY OF SAID ILLINOIS STATE ROUTE NO. 65, 67.1 FEET TO THE WESTERLY LINE OF PROPERTY DEDICATED BY SAID DOCUMENT NO. 310934; THENCE SOUTHERLY 5 FEET ALONG SAID WESTERLY LINE; THENCE EASTERLY ALONG THE SOUTH LINE OF SAID PROPERTY DEDICATED BY DOCUMENT NO. 310934, 582.3 FEET TO THE WEST LINE OF SAID COMMONWEALTH EDISON COMPANY RIGHT-OF-WAY; THENCE NORTHERLY ALONG THE WEST LINE OF SAID COMMONWEALTH EDISON COMPANY RIGHT-OF-WAY, 85.20 FEET TO THE CENTER LINE OF SAID ILLINOIS STATE ROUTE NO. 65; THENCE WESTERLY ALONG THE CENTER LINE OF SAID ILLINOIS STATE ROUTE NO. 65 AND ALONG THE CENTER LINE OF SAID OGDEN AVENUE TO THE SOUTHEAST CORNER OF LOT 6 OF SAID STUBB'S ASSESSMENT PLAT; THENCE NORTHERLY ALONG THE EASTERLY LINE OF SAID LOT 6, 1574.70 FEET TO THE SOUTH LINE OF LOT 10 OF WALTER S. OTTO'S ASSESSMENT PLAT RECORDED AS DOCUMENT NO. 531314; THENCE EASTERLY ALONG THE SOUTHERLY LINE OF SAID LOT 10 TO THE SOUTHEAST CORNER OF SAID LOT 10; THENCE NORTHERLY ALONG THE EASTERLY LINE OF SAID LOT 10 TO THE NORTHEAST CORNER OF SAID LOT 10 (BEING ON THE CENTER LINE OF CLAIM STREET); THENCE WESTERLY ALONG THE CENTER LINE OF SAID CLAIM STREET, 660 FEET TO THE NORTHWEST CORNER OF THE EASTERLY HALF OF LOT 11 OF SAID WALTER S. OTTO'S ASSESSMENT PLAT; THENCE SOUTHERLY ALONG A LINE MIDWAY BETWEEN THE EAST AND WEST LINES OF SAID LOT 11, 1075.54 FEET TO THE SOUTH LINE OF SAID LOT 11; THENCE WESTERLY ALONG THE SOUTH LINE OF SAID WALTER S. OTTO'S ASSESSMENT PLAT TO THE EAST LINE OF EOLA ROAD; THENCE NORTHERLY ALONG THE EASTERLY LINE OF SAID EOLA ROAD TO A POINT THAT IS 972.18 FEET NORTHERLY OF THE SOUTH LINE OF THE NORTHWEST QUARTER OF SAID SECTION 20; THENCE WESTERLY PARALLEL WITH THE NORTH LINE OF SAID SECTION 20 TO THE WEST LINE OF THE NORTHWEST QUARTER OF SAID SECTION 20; THENCE NORTHERLY ALONG THE WEST LINE OF THE NORTHWEST QUARTER OF SAID SECTION 20 TO THE CENTER

LINE OF SAID AURORA-WARRENVILLE ROAD; THENCE NORTH 82 DEGREES 03 MINUTES 38 SECONDS EAST, 544.83 FEET TO THE CENTER LINE OF SAID EOLA ROAD; THENCE NORTH 00 DEGREES 47 MINUTES 33 SECONDS EAST, 1155.7 FEET TO A LINE DRAWN NORTH 89 DEGREES 42 MINUTES EAST FROM A POINT ON THE WEST LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 17 THAT IS 422.4 FEET NORTH 00 DEGREES 04 MINUTES 38 SECONDS EAST OF THE SOUTHWEST CORNER OF THE SOUTHWEST QUARTER OF SAID SECTION 17; THENCE NORTH 89 DEGREES 42 MINUTES EAST, 715.30 FEET; THENCE NORTH 00 DEGREES 25 MINUTES 11 SECONDS EAST, 339.95 FEET; THENCE SOUTH 89 DEGREES 24 MINUTES 30 SECONDS EAST, 1428.90 FEET; THENCE NORTH 00 DEGREES 35 MINUTES 30 SECONDS EAST, 907.99 FEET TO THE SOUTHERLY RIGHT-OF-WAY LINE OF SAID CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY (NOW BURLINGTON NORTHERN, INC.); THENCE NORTHWESTERLY ALONG A CURVE TO THE LEFT HAVING A RADIUS OF 1880.08 FEET, A DISTANCE OF 1534.65 FEET, SAID CURVE BEING THE SOUTHERLY RIGHT-OF-WAY LINE OF SAID CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY; THENCE SOUTH 78 DEGREES 21 MINUTES 33 SECONDS WEST ALONG THE RIGHT-OF-WAY OF SAID CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY, 792.59 FEET TO THE CENTER LINE OF SAID EOLA ROAD; THENCE SOUTH 00 DEGREES 47 MINUTES 33 SECONDS WEST ALONG THE CENTER LINE OF SAID EOLA ROAD, 526.45 FEET TO A LINE DRAWN SOUTH 89 DEGREES 12 MINUTES 27 SECONDS EAST FROM A POINT ON THE WEST LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 17 THAT IS 1605.55 FEET NORTHERLY OF THE SOUTHWEST CORNER OF THE SOUTHWEST QUARTER OF SAID SECTION 17 (MEASURED ALONG THE WEST LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 17); THENCE NORTH 89 DEGREES 12 MINUTES 27 SECONDS WEST, 582.20 FEET TO THE WEST LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 17; THENCE NORTHERLY ALONG THE WEST LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 17 TO THE SOUTHERLY LINE OF PREMISES CONVEYED TO SAID CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY BY DOCUMENT NO. 152991; THENCE WESTERLY ALONG THE SOUTHERLY LINE OF SAID CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY TO THE POINT OF BEGINNING (EXCEPTING THEREFROM THAT PART OF THE SOUTHWEST FRACTIONAL QUARTER OF SAID SECTION 31 DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF THE SOUTHWEST FRACTIONAL QUARTER OF SAID SECTION 31; THENCE EASTERLY ALONG THE SOUTH LINE OF THE SOUTHWEST FRACTIONAL QUARTER OF SAID SECTION 31, 1095.60 FEET FOR A POINT OF BEGINNING; THENCE WESTERLY ALONG THE LAST DESCRIBED COURSE, 949.74 FEET; THENCE NORTHERLY 276.54 FEET TO A POINT ON THE CENTER LINE OF A PUBLIC ROAD THAT IS 990.0 FEET NORTHWESTERLY OF THE POINT OF BEGINNING; THENCE SOUTHEASTERLY 990.0 FEET TO THE POINT OF BEGINNING; ALSO

EXCEPTING THAT PART OF THE SOUTHWEST QUARTER OF SAID SECTION 29 CONVEYED TO A. EVERETT PATTON BY WARRANTY DEED RECORDED JANUARY 15, 1954 AS DOCUMENT NO. 705583, BEING A PARCEL OF LAND SITUATED IN SECTION 29, TOWNSHIP 38 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN BEGINNING AT THE SOUTHWEST CORNER OF SECTION 29; THENCE NORTH ALONG THE WEST SECTION LINE OF SAID SECTION 29, A DISTANCE OF 551.3 FEET TO A POINT, SAID POINT BEING THE INTERSECTION OF THE CENTER LINE OF U. S. HIGHWAY NO. 34 AND THE WEST LINE OF SECTION 29; THENCE NORTHEASTERLY ALONG THE CENTER LINE OF U. S. HIGHWAY NO. 34, A DISTANCE OF 2196.6 FEET TO THE POINT OF BEGINNING; THENCE SOUTH AT AN ANGLE OF 116 DEGREES 30 MINUTES TURNED FROM EAST TO SOUTH, A DISTANCE OF 217.3 FEET TO A POINT; THENCE EAST AT AN ANGLE OF 86 DEGREES 43 MINUTES TURNED FROM NORTH TO EAST, A DISTANCE OF 200 FEET TO A POINT; THENCE NORTH AT AN ANGLE OF 93 DEGREES 17 MINUTES TURNED FROM WEST TO NORTH, A DISTANCE OF 305.1 FEET TO A POINT ON THE CENTER LINE OF U. S. HIGHWAY NO. 34; THENCE SOUTHWESTERLY ALONG THE CENTER LINE OF U. S. HIGHWAY NO. 34 AT AN ANGLE OF 63 DEGREES 30 MINUTES TURNED FROM SOUTH TO WEST, A DISTANCE OF APPROXIMATELY 223.11 FEET TO THE POINT OF BEGINNING; ALSO EXCEPTING THEREFROM THAT PART OF THE SOUTHEAST QUARTER OF SAID SECTION 18, TOWNSHIP 38 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN DESCRIBED BY BEGINNING AT THE SOUTHEAST CORNER OF SAID SECTION 18 AND RUNNING THENCE WEST ALONG THE SOUTH LINE OF SAID SECTION (BEING ALSO THE SOUTH LINE OF VACATED BELT CITY), 682.0 FEET TO THE CENTER LINE OF WEST SEVENTH STREET IN SAID VACATED BELT CITY; THENCE NORTHERLY PARALLEL WITH THE EAST LINE OF SAID SECTION 18 AND ALONG THE CENTER LINE OF SAID SEVENTH STREET, 660.0 FEET TO THE CENTER LINE OF PIKE STREET IN SAID VACATED BELT CITY; THENCE EAST PARALLEL WITH THE SOUTH LINE OF SAID SECTION 18 AND ALONG THE CENTER LINE OF SAID PIKE STREET, 326.0 FEET TO THE CENTER LINE OF WEST 6TH STREET IN SAID VACATED BELT CITY; THENCE NORTHERLY ALONG SAID CENTER LINE AND PARALLEL WITH THE EAST LINE OF SAID SECTION 18, 660.0 FEET TO THE CENTER LINE OF CRANE STREET IN SAID BELT CITY; THENCE EAST ALONG SAID CENTER LINE, 356.0 FEET TO THE EAST LINE OF SAID SECTION 18; THENCE SOUTH ALONG THE EAST LINE OF SAID SECTION 18, 1320.0 FEET TO THE POINT OF BEGINNING; AND ALSO EXCEPTING THEREFROM THAT PART OF THE SOUTHEAST QUARTER OF SECTION 18 (LYING WITHIN THE RIGHT-OF-WAY OF THE CHICAGO, BURLINGTON AND QUINCY RAILROAD) AND ALSO THAT PART OF THE NORTH HALF OF SECTION 30, TOWNSHIP 38 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN DESCRIBED BY BEGINNING AT THE NORTHEAST CORNER OF SAID SECTION; THENCE SOUTH ON THE EAST LINE OF SAID SECTION 30, 12.66 CHAINS; THENCE SOUTH 89 1/2 DEGREES WEST, 43.18 CHAINS TO THE CENTER OF VAUGHAN ROAD; THENCE

C00034

NORTHEASTERLY ALONG THE CENTER OF SAID VAUGHAN ROAD TO THE NORTH LINE OF SAID SECTION 30; THENCE EAST ON SECTION LINE TO THE POINT OF BEGINNING (EXCEPT THAT PART OF THE NORTH HALF OF SAID SECTION 30 DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE CENTER LINE OF VAUGHAN ROAD AND THE NORTH LINE OF SECTION 30, AFORESAID; THENCE EASTERLY ALONG SAID NORTH LINE OF SECTION 30, 520.0 FEET; THENCE SOUTHERLY AT RIGHT ANGLES TO SAID NORTH LINE OF SECTION 30, 250.0 FEET; THENCE WESTERLY AT RIGHT ANGLES AND PARALLEL WITH SAID NORTH LINE OF SECTION 30 TO THE CENTER OF VAUGHAN ROAD; THENCE NORTHEASTERLY ALONG THE CENTER OF VAUGHAN ROAD TO THE POINT OF BEGINNING); ALSO EXCEPTING THE WESTERLY 367.0 FEET OF THE EASTERLY 400.0 FEET OF THE NORTHERLY 250.0 FEET OF THE SOUTHERLY 550.0 FEET OF THAT PART OF THE SOUTHWEST QUARTER OF SECTION 17, TOWNSHIP 38 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE WEST LINE OF SAID SOUTHWEST QUARTER WHICH IS 422.4 FEET NORTH OF THE SOUTHWEST CORNER OF SAID SOUTHWEST QUARTER; THENCE NORTH 00 DEGREES 20 MINUTES 36 SECONDS WEST ALONG THE WEST LINE OF SAID SOUTHWEST QUARTER, 1183.15 FEET; THENCE SOUTH 89 DEGREES 12 MINUTES 27 SECONDS EAST, 582.20 FEET TO THE CENTER LINE OF EOLA ROAD; THENCE SOUTH 00 DEGREES 47 MINUTES 33 SECONDS WEST ALONG SAID CENTER LINE, 1172.26 FEET TO A LINE DRAWN NORTH 89 DEGREES 42 MINUTES EAST FROM THE POINT OF BEGINNING; THENCE SOUTH 89 DEGREES 42 MINUTES WEST, 558.84 FEET TO THE POINT OF BEGINNING, ALL IN NAPERVILLE TOWNSHIP, DUPAGE COUNTY, ILLINOIS.

ALSO,

THAT PART OF THE NORTHWEST FRACTIONAL QUARTER OF SECTION 18, TOWNSHIP 38 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN DESCRIBED BY COMMENCING AT THE NORTHWEST CORNER OF SAID QUARTER; THENCE SOUTH 00 DEGREES 11 MINUTES 49 SECONDS EAST ALONG THE WEST LINE OF SAID QUARTER, 27.72 FEET TO THE NORTHEAST CORNER OF SECTION 13, TOWNSHIP 38 NORTH, RANGE 8, EAST OF THE THIRD PRINCIPAL MERIDIAN; THENCE SOUTH 00 DEGREES 11 MINUTES 11 SECONDS EAST ALONG THE WEST LINE OF THE NORTHWEST FRACTIONAL QUARTER OF SAID SECTION 18, 483.78 FEET FOR A POINT OF BEGINNING; THENCE SOUTH 89 DEGREES 04 MINUTES 55 SECONDS EAST, 1320.00 FEET; THENCE SOUTH 00 DEGREES 11 MINUTES 11 SECONDS EAST PARALLEL WITH THE WEST LINE OF SAID NORTHWEST FRACTIONAL QUARTER OF SAID SECTION 18, 1307.46 FEET BEING IN THE CENTER LINE OF SHEFFER

ROAD; THENCE SOUTH 89 DEGREES 43 MINUTES 38 SECONDS WEST ALONG SAID CENTER LINE, 1319.76 FEET TO A POINT ON THE WEST LINE OF SAID NORTHWEST FRACTIONAL QUARTER WHICH IS 841.50 FEET NORTH 00 DEGREES 11 MINUTES 11 SECONDS WEST FROM THE SOUTHEAST CORNER OF THE NORTHEAST QUARTER OF SECTION 13, TOWNSHIP 38 NORTH, RANGE 8, EAST OF THE THIRD PRINCIPAL MERIDIAN; THENCE NORTH 00 DEGREES 11 MINUTES 11 SECONDS WEST ALONG THE WEST LINE OF SAID NORTHWEST FRACTIONAL QUARTER, 1334.90 FEET TO THE POINT OF BEGINNING, ALL IN DUPAGE COUNTY, ILLINOIS.

ALSO,

THAT PART OF THE SOUTH HALF OF SECTION 8 AND PART OF THE NORTH HALF OF SECTION 17, TOWNSHIP 38 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS:

COMMENCING AT THE POINT OF INTERSECTION OF THE CENTER LINE OF EOLA ROAD AND THE SOUTH LINE OF LOT 1 IN SCHELLINGS' ASSESSMENT PLAT; THENCE SOUTH 03 DEGREES 31 MINUTES 18 SECONDS WEST ALONG SAID CENTER LINE, 85.80 FEET TO CRANCE'S NORTH LINE FOR A POINT OF BEGINNING; THENCE NORTH 89 DEGREES 36 MINUTES 30 SECONDS EAST ALONG SAID NORTH LINE, 2005.01 FEET TO A POINT THAT IS 12.95 CHAINS SOUTH 89 DEGREES 36 MINUTES 30 SECONDS WEST OF THE EAST LINE OF THE RIGHT-OF-WAY OF THE ELGIN, JOLIET AND EASTERN RAILWAY COMPANY EXTENDED FROM THE NORTH; THENCE SOUTH 00 DEGREES 15 MINUTES 30 SECONDS EAST, 1330.12 FEET TO A POINT ON THE CENTER LINE OF NORTH AURORA ROAD THAT IS 435.50 FEET SOUTH 89 DEGREES 38 MINUTES 37 SECONDS WEST OF THE WEST LINE OF THE RIGHT-OF-WAY OF PUBLIC SERVICE COMPANY AS ESTABLISHED BY DOCUMENT NO. 222293; THENCE SOUTH 89 DEGREES 38 MINUTES 37 SECONDS WEST ALONG THE CENTER LINE OF SAID NORTH AURORA ROAD, 2092.82 FEET TO THE CENTER LINE OF SAID EOLA ROAD; THENCE NORTH 03 DEGREES 31 MINUTES 18 SECONDS EAST ALONG THE CENTER LINE OF SAID EOLA ROAD, 1331.94 FEET TO THE POINT OF BEGINNING AND ALSO THAT PART OF THE SOUTHEAST QUARTER OF SECTION 7, PART OF THE SOUTHWEST QUARTER OF SECTION 8, PART OF THE NORTHWEST QUARTER OF SECTION 17 AND PART OF THE NORTH HALF OF SECTION 18, TOWNSHIP 38 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHWEST CORNER OF SAID SECTION 18; THENCE SOUTHERLY ALONG THE WEST LINE OF SAID SECTION 18, 511.50 FEET; THENCE SOUTH 89 DEGREES 57 MINUTES 43 SECONDS EAST ALONG A LINE FORMING AN ANGLE OF 88 DEGREES 53 MINUTES 44 SECONDS WITH SAID WEST LINE (MEASURED COUNTERCLOCKWISE THEREFROM), 1210.44 FEET

FOR A POINT OF BEGINNING; THENCE CONTINUING SOUTH 89 DEGREES 57 MINUTES 43 SECONDS EAST ALONG THE PROLONGATION OF THE LAST DESCRIBED COURSE, 111.79 FEET TO A POINT THAT IS 1322.23 FEET SOUTH 89 DEGREES 57 MINUTES 43 SECONDS EAST OF THE WEST LINE OF SAID SECTION 18; THENCE NORTH 89 DEGREES 52 MINUTES 53 SECONDS EAST ALONG A LINE FORMING AN ANGLE OF 180 DEGREES 09 MINUTES 24 SECONDS WITH THE LAST DESCRIBED COURSE (MEASURED COUNTERCLOCKWISE THEREFROM), 1809.85 FEET; THENCE NORTH 89 DEGREES 31 MINUTES 17 SECONDS EAST ALONG A LINE FORMING AN ANGLE OF 180 DEGREES 12 MINUTES 36 SECONDS WITH THE LAST DESCRIBED COURSE (MEASURED COUNTERCLOCKWISE THEREFROM), 2412.94 FEET TO THE CENTER LINE OF EOLA ROAD; THENCE NORTH 03 DEGREES 31 MINUTES 18 SECONDS EAST ALONG SAID CENTER LINE, 1331.94 FEET TO A POINT THAT IS 85.80 FEET SOUTH 03 DEGREES 31 MINUTES 18 SECONDS WEST OF THE POINT OF INTERSECTION OF SAID CENTER LINE WITH THE SOUTH LINE OF LOT 1 IN SCHELLING'S ASSESSMENT PLAT; THENCE SOUTH 89 DEGREES 38 MINUTES WEST ALONG CRANCE'S NORTH LINE, 3444.26 FEET TO THE WEST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 7; THENCE SOUTH 00 DEGREES 29 MINUTES 16 SECONDS EAST ALONG THE WEST LINE OF SAID SOUTHEAST QUARTER, 733.86 FEET TO THE SOUTHWEST CORNER OF SAID SOUTHEAST QUARTER; THENCE SOUTH 87 DEGREES 46 MINUTES 53 SECONDS WEST ALONG THE NORTH LINE OF THE NORTH HALF OF SAID SECTION 18, 983.40 FEET; THENCE SOUTH 00 DEGREES 26 MINUTES 24 SECONDS EAST, 559.33 FEET TO THE POINT OF BEGINNING, EXCEPTING THEREFROM THAT PART OF THE SOUTHEAST QUARTER OF SECTION 7 AND PART OF THE SOUTHWEST QUARTER OF SECTION 8, DESCRIBED AS FOLLOWS:

COMMENCING AT THE POINT OF INTERSECTION OF EOLA ROAD AND THE SOUTH LINE OF LOT 1, IN SCHELLING'S ASSESSMENT PLAT; THENCE SOUTH 03 DEGREES 31 MINUTES 18 SECONDS WEST ALONG SAID CENTER LINE, 85.80 FEET TO THE SOUTH LINE OF LAND KNOWN AS JOHN SEARS FARM FOR A POINT OF BEGINNING; THENCE SOUTH 89 DEGREES 38 MINUTES WEST ALONG SAID SOUTH LINE, 800.0 FEET; THENCE SOUTH 03 DEGREES 31 MINUTES 18 SECONDS WEST PARALLEL WITH SAID CENTER LINE, 228.90 FEET; THENCE NORTH 89 DEGREES 39 MINUTES 17 SECONDS EAST, 799.98 FEET TO A POINT ON SAID CENTER LINE THAT IS 229.20 FEET SOUTH 03 DEGREES 31 MINUTES 18 SECONDS WEST OF THE POINT OF BEGINNING; THENCE NORTH 03 DEGREES 31 MINUTES 18 SECONDS EAST ALONG SAID CENTER LINE, 229.20 FEET TO THE POINT OF BEGINNING, ALL IN NAPERVILLE TOWNSHIP, DUPAGE COUNTY, ILLINOIS.

ALSO

THAT PART OF SECTION 7 AND PART OF THE SOUTHWEST QUARTER OF SECTION 8, TOWNSHIP 38 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN DESCRIBED AS FOLLOWS:

COMMENCING AT THE CENTER OF SAID SECTION 7; THENCE NORTH 88 DEGREES 48 MINUTES EAST LONG THE QUARTER SECTION LINE, 951.3 FEET; THENCE SOUTH 01 DEGREES 20 MINUTES WEST, 1931.5 FEET FOR A POINT OF BEGINNING; THENCE NORTH 89 DEGREES 25 MINUTES 23 SECONDS WEST, 931.09 FEET TO THE QUARTER SECTION LINE; THENCE NORTH 00 DEGREES 45 MINUTES EAST ALONG THE QUARTER SECTION LINE, 281.5 FEET; THENCE NORTH 88 DEGREES 45 MINUTES 52 SECONDS WEST, 1298.3 FEET TO A POINT LYING 54 RODS EAST OF THE COUNTY LINE; THENCE NORTH 00 DEGREES 22 MINUTES WEST PARALLEL WITH THE COUNTY LINE, 2273.6 FEET TO A POINT LYING 6.5 FEET NORTHERLY OF THE SOUTH LINE OF THE OLD AURORA, ELGIN AND CHICAGO RAILWAY RIGHT-OF-WAY; THENCE NORTH 87 DEGREES 42 MINUTES 29 SECONDS WEST, 442.23 FEET; THENCE NORTH 00 DEGREES 30 MINUTES 49 SECONDS WEST, 665.38 FEET TO THE SOUTHWEST CORNER OF A TRACT OF LAND DESCRIBED AS PARCEL "D" IN DEED RECORDED OCTOBER 9, 1970 AS DOCUMENT NO. R70-36809; THENCE NORTH 89 DEGREES 09 MINUTES 11 SECONDS EAST ALONG THE SOUTH LINE OF SAID TRACT, 447.25 FEET TO THE SOUTHEAST CORNER THEREOF; THENCE NORTH 00 DEGREES 24 MINUTES 49 SECONDS WEST ALONG THE EAST LINE OF SAID TRACT, 385.5 FEET TO THE CENTER OF MOLITOR ROAD; THENCE NORTH 89 DEGREES 18 MINUTES 18 SECONDS EAST ALONG THE CENTER OF SAID ROAD, 346.0 FEET TO A POINT WHICH BEARS NORTH 00 DEGREES 14 MINUTES 52 SECONDS WEST, A DISTANCE OF 1697.6 FEET FROM THE SOUTHWEST CORNER OF THE HALLER TRACT AS DESCRIBED IN DEED RECORDED OCTOBER 21, 1971 AS DOCUMENT NO. R71-55382; THENCE SOUTH 00 DEGREES 14 MINUTES 52 SECONDS EAST, 1697.6 FEET; THENCE NORTH 88 DEGREES 48 MINUTES EAST, 280.0 FEET; THENCE SOUTH 01 DEGREES 48 MINUTES 53 SECONDS EAST, 346.54 FEET; THENCE NORTH 88 DEGREES 48 MINUTES EAST, 688.38 FEET TO THE QUARTER SECTION LINE; THENCE NORTH 00 DEGREES 45 MINUTES EAST ALONG THE QUARTER SECTION LINE, 273.0 FEET TO THE CENTER OF SAID SECTION 7; THENCE NORTH 88 DEGREES 48 MINUTES EAST ALONG THE QUARTER SECTION LINE, 951.3 FEET; THENCE SOUTH 01 DEGREES 20 MINUTES WEST, 273.35 FEET TO POSS' SOUTHWEST CORNER; THENCE NORTH 88 DEGREES 45 MINUTES EAST, 1022.9 FEET TO POSS' SOUTHEAST CORNER; THENCE NORTH 89 DEGREES 58 MINUTES EAST ALONG HILL'S SOUTH LINE, 685.74 FEET TO A POINT ON THE WEST LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 8 THAT IS 292.38 FEET SOUTH OF THE QUARTER SECTION STAKE BETWEEN SECTIONS 7 AND 8; THENCE CONTINUING NORTH 89 DEGREES 58 MINUTES EAST ALONG SAID HILL'S SOUTH LINE, 904.56 FEET TO THE CENTER LINE OF EOLA ROAD; THENCE SOUTH 03 DEGREES 32 MINUTES WEST ALONG THE CENTER LINE OF SAID

EOLA ROAD, 1299.20 FEET TO THE NORTH LINE OF LOT 1 IN SCHELLING'S ASSESSMENT PLAT; THENCE WESTERLY ALONG THE NORTH LINE OF SAID LOT 1, 264.35 FEET TO THE NORTHWEST CORNER OF LOT 1; THENCE CONTINUING WESTERLY ALONG THE NORTH LINE EXTENDED OF SAID LOT 1, 535.65 FEET; THENCE SOUTHWESTERLY ALONG A STRAIGHT LINE PARALLEL WITH THE CENTER LINE OF SAID EOLA ROAD, 336.6 FEET TO CRANCE'S NORTH LINE; THENCE SOUTH 89 DEGREES 36.5 MINUTES WEST ALONG CRANCE'S NORTH LINE, 1710.5 FEET TO BERGER'S EAST LINE AND THE POINT OF BEGINNING (EXCEPT THEREFROM THE LAND COMPRISING THE RIGHT-OF-WAY OF THE AURORA, ELGIN AND CHICAGO RAILWAY) AND (EXCEPTING THE PREMISES CONVEYED TO PUBLIC SERVICE COMPANY OF NORTHERN ILLINOIS BY DEED RECORDED NOVEMBER 25, 1952 AS DOCUMENT NO. 668451), ALL IN NAPERVILLE TOWNSHIP, DUPAGE COUNTY, ILLINOIS.

ALSO

THAT PART OF THE SOUTHWEST QUARTER OF SECTION 28, PART OF THE SOUTHEAST QUARTER OF SECTION 29, PART OF THE EAST HALF OF SECTION 32 AND PART OF THE NORTHWEST QUARTER OF SECTION 33, ALL IN TOWNSHIP 38 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SAID SOUTHWEST QUARTER OF SECTION 28; THENCE NORTHERLY ALONG THE WEST LINE OF SAID SECTION 28, 42.15 CHAINS TO THE CENTER LINE OF THE OSWEGO-NAPERVILLE ROAD (U. S. ROUTE NO. 34); THENCE NORTH 60 1/2 DEGREES EAST ALONG SAID CENTER LINE, 7.45 CHAINS (491.70 FEET) FOR A POINT OF BEGINNING; THENCE SOUTHWESTERLY ALONG SAID CENTER LINE TO THE WEST LINE OF THE EAST HALF OF SAID SOUTHEAST QUARTER OF SECTION 29; THENCE SOUTHERLY ALONG THE WEST LINE OF THE EAST HALF OF SAID SOUTHEAST QUARTER, 33.77 CHAINS TO THE SOUTHWEST CORNER OF THE EAST HALF OF SAID SOUTHEAST QUARTER; THENCE SOUTHERLY ALONG THE EAST LINE OF THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 32 TO THE NORTHEAST CORNER OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 32; THENCE NORTH 89 DEGREES 56 MINUTES 43 SECONDS WEST ALONG THE NORTH LINE OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 32, 984.75 FEET TO THE EASTERLY LINE OF THE RIGHT-OF-WAY OF THE ELGIN, JOLIET AND EASTERN RAILROAD COMPANY; THENCE SOUTHERLY ALONG THE EASTERLY LINE OF SAID RAILROAD RIGHT-OF-WAY, 1341.03 FEET TO THE SOUTH LINE OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 32; THENCE EASTERLY ALONG SAID SOUTH LINE, 60.47 FEET; THENCE SOUTHERLY PARALLEL WITH THE EASTERLY LINE OF SAID RIGHT-OF-