WAY, 2251.62 FEET TO THE EASTERLY LINE OF A PUBLIC HIGHWAY (NORMANTOWN ROAD) WHICH IS LOCATED IMMEDIATELY EAST OF AND ADJOINING THE EASTERLY LINE OF SAID RAILROAD RIGHT-OF-WAY; THENCE SOUTHERLY ALONG THE EASTERLY LINE OF SAID HIGHWAY, 428.26 FEET TO THE SOUTH LINE OF SAID SECTION 32; THENCE EASTERLY ALONG THE SOUTH LINE OF THE EAST HALF OF SAID SECTION 32, 1288.37 FEET TO THE SOUTHEAST CORNER OF THE WEST HALF OF THE SOUTHEAST QUARTER OF SAID SECTION 32; THENCE NORTHERLY ALONG THE EAST LINE OF THE WEST HALF OF THE SOUTHEAST QUARTER OF SAID SECTION 32, 2662.54 FEET TO THE SOUTHWEST CORNER OF THE EAST HALF OF THE NORTHEAST QUARTER OF SAID SECTION 32; THENCE EASTERLY ALONG THE SOUTH LINE OF THE NORTHEAST QUARTER OF SAID SECTION 32, 1316.96 FEET TO THE SOUTHWEST CORNER OF THE NORTHWEST QUARTER OF SAID SECTION 33; THENCE EASTERLY ALONG THE SOUTH LINE OF SAID NORTHWEST QUARTER, 1326.72 FEET TO THE SOUTHEAST CORNER OF THE WEST HALF OF SAID NORTHWEST QUARTER; THENCE NORTHERLY ALONG THE EAST LINE OF THE WEST HALF OF SAID NORTHWEST QUARTER, 2667.62 FEET TO THE NORTHEAST CORNER OF THE WEST HALF OF SAID NORTHWEST QUARTER; THENCE WESTERLY ALONG THE SOUTH LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 28, 862.65 FEET TO A POINT THAT IS 454.74 FEET EASTERLY OF THE SOUTHWEST CORNER OF THE SOUTHWEST QUARTER OF SAID SECTION 28; THENCE NORTHERLY 45.0 CHAINS TO THE POINT OF BEGINNING, EXCEPTING THEREFROM THAT PART OF SECTIONS 28 AND 29 LYING NORTHERLY OF A LINE DRAWN PARALLEL WITH AND 100 FEET SOUTHERLY OF THE NORTH LINE (MEASURED AT RIGHT ANGLES THERETO) OF THE SOUTHWEST QUARTER OF SAID SECTION 28 AND THE NORTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 29, IN NAPERVILLE TOWNSHIP, DUPAGE COUNTY, ILLINOIS.

ALSO

THAT PART OF THE WEST HALF OF SECTION 7, TOWNSHIP 38 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SAID SECTION 7; THENCE NORTHERLY ALONG THE WEST LINE OF SAID SECTION 7, 808.50 FEET TO THE NORTH LINE OF A TRACT OF LAND DESCRIBED IN DOCUMENT NO. 30672; THENCE EASTERLY ALONG SAID NORTH LINE FORMING AN ANGLE OF 88 DEGREES 45 MINUTES WITH THE LAST DESCRIBED COURSE (MEASURED COUNTERCLOCKWISE THEREFROM), 33.0 FEET; THENCE NORTHERLY PARALLEL WITH SAID WEST LINE 16.50 FEET; THENCE EASTERLY ALONG SAID NORTH LINE FORMING AN ANGLE OF 88 DEGREES 45 MINUTES WITH THE LAST DESCRIBED COURSE (MEASURED

COUNTERCLOCKWISE THEREFROM), 33.0 FEET; THENCE NORTHERLY PARALLEL WITH SAID WEST LINE, 16.50 FEET; THENCE EASTERLY PARALLEL WITH THE PENULTIMATE DESCRIBED COURSE, 194.04 FEET TO A LINE DRAWN PARALLEL WITH AND 260.04 FEET EASTERLY OF SAID WEST LINE; THENCE SOUTHERLY PARALLEL WITH SAID WEST LINE, 830.64 FEET TO THE SOUTH LINE OF SAID WEST HALF; THENCE EASTERLY ALONG SAID SOUTH LINE 1939.96 FEET TO THE SOUTHEAST CORNER OF SAID WEST HALF; THENCE NORTHERLY ALONG THE EAST LINE OF SAID WEST HALF, 1014.75 FEET TO THE NORTHEAST CORNER OF A TRACT OF LAND DESCRIBED IN DOCUMENT NO. R71-16658 AND DATED APRIL 27, 1971; THENCE WESTERLY ALONG THE NORTH LINE OF SAID LAST DESCRIBED TRACT, 1319.15 FEET TO A LINE DRAWN PARALLEL WITH AND 54 RODS EASTERLY OF THE WEST LINE OF SAID SECTION 7 (MEASURED ALONG THE NORTH LINE OF THE SOUTHWEST FRACTIONAL QUARTER OF SAID SECTION 7); THENCE NORTHERLY PARALLEL WITH SAID WEST LINE FORMING AN ANGLE OF 91 DEGREES 04 MINUTES 52 SECONDS WITH THE LAST DESCRIBED COURSE (MEASURED COUNTERCLOCKWISE THEREFROM), 2156.88 FEET TO THE SOUTH RIGHT-OF-WAY LINE OF COMMONWEALTH EDISON COMPANY DESCRIBED IN DOCUMENT NO. 675993; THENCE WESTERLY ALONG SAID SOUTH RIGHT-OF-WAY LINE FORMING AN ANGLE OF 78 DEGREES 24 MINUTES 12 SECONDS WITH THE LAST DESCRIBED COURSE (MEASURED CLOCKWISE THEREFROM), 909.53 FEET TO THE WEST LINE OF SAID SECTION 7; THENCE SOUTHERLY ALONG SAID WEST LINE, 2248.97 FEET TO THE POINT OF BEGINNING IN NAPERVILLE TOWNSHIP, DUPAGE COUNTY, ILLINOIS.

AND ALSO;

THAT PART OF THE SOUTHWEST FRACTIONAL QUARTER OF SECTION 7 AND PART OF THE NORTHWEST FRACTIONAL QUARTER OF SECTION 18, TOWNSHIP 38 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHWEST CORNER OF SAID NORTHWEST FRACTIONAL QUARTER; THENCE SOUTHERLY ALONG THE WEST LINE OF SAID NORTHWEST FRACTIONAL QUARTER, 511.50 FEET; THENCE EASTERLY ALONG A LINE FORMING AN ANGLE OF 88 DEGREES 53 MINUTES 44 SECONDS WITH SAID WEST LINE (MEASURED COUNTERCLOCKWISE THEREFROM), 1210.44 FEET FOR A POINT OF BEGINNING; THENCE WESTERLY ALONG THE LAST DESCRIBED COURSE, 1210.44 FEET TO SAID WEST LINE; THENCE NORTHERLY ALONG SAID WEST LINE AND ALONG THE WEST LINE OF SAID SOUTHWEST FRACTIONAL QUARTER, 1320.0 FEET TO THE NORTH LINE OF A TRACT OF LAND DESCRIBED IN DOCUMENT NO. 30672; THENCE EASTERLY ALONG SAID NORTH LINE FORMING AN ANGLE OF 88 DEGREES 45 MINUTES WITH THE LAST DESCRIBED COURSE

(MEASURED COUNTERCLOCKWISE THEREFROM), 33.0 FEET; THENCE NORTHERLY PARALLEL WITH SAID WEST LINE, 16.50 FEET; THENCE EASTERLY ALONG SAID NORTH LINE FORMING AN ANGLE OF 88 DEGREES 45 MINUTES WITH THE LAST DESCRIBED COURSE (MEASURED COUNTERCLOCKWISE THEREFROM), 33.0 FEET; THENCE NORTHERLY PARALLEL WITH SAID WEST LINE, 16.50 FEET; THENCE EASTERLY PARALLEL WITH THE PENULTIMATE DESCRIBED COURSE, 194.04 FEET TO A LINE DRAWN PARALLEL WITH AND 260.04 FEET EASTERLY OF SAID WEST LINE; THENCE SOUTHERLY PARALLEL WITH SAID WEST LINE, 830.64 FEET TO THE SOUTH LINE OF SAID SOUTHWEST FRACTIONAL QUARTER; THENCE EASTERLY ALONG SAID SOUTH LINE, 956.56 FEET TO A POINT THAT IS 983.40 FEET WESTERLY OF THE SOUTHEAST CORNER OF SAID SOUTHWEST FRACTIONAL QUARTER; THENCE SOUTHERLY, 559.32 FEET TO THE POINT OF BEGINNING, IN NAPERVILLE TOWNSHIP, DUPAGE COUNTY, ILLINOIS.

ALSO

THAT PART OF THE NORTHEAST QUARTER OF SECTION 28, TOWNSHIP 38 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHEAST CORNER OF SAID QUARTER; THENCE NORTHERLY ALONG THE EAST LINE OF SAID NORTHEAST QUARTER, 100.02 FEET TO THE NORTHEAST CORNER OF THE SOUTH 100.0 FEET OF SAID NORTHEAST QUARTER FOR A POINT OF BEGINNING; THENCE WESTERLY ALONG THE NORTH LINE OF SAID SOUTH 100.0 FEET, 2634.47 FEET TO THE WEST LINE OF SAID NORTHEAST QUARTER; THENCE NORTHERLY ALONG SAID WEST LINE 1103.14 FEET TO THE CENTER LINE OF U. S. ROUTE NO. 34; THENCE NORTHEASTERLY ALONG SAID CENTERLINE, 1945.44 FEET TO THE MOST WESTERLY CORNER OF PREMISES ACQUIRED THROUGH PROCEEDINGS OF THE 18TH JUDICIAL CIRCUIT AND KNOWN AS CASE 2214-59; THENCE SOUTHEASTERLY ALONG THE SOUTHWEST LINE OF SAID PREMISES, 76.0 FEET TO THE MOST SOUTHERLY CORNER OF SAID PREMISES; THENCE NORTHEASTERLY PARALLEL WITH SAID CENTER LINE, 195.25 FEET TO THE WESTERLY LINE OF NEVAL YEATES' PLAT OF LOT 1 (RECORDED AS DOCUMENT NO. 940180); THENCE SOUTHERLY ALONG SAID WESTERLY LINE AND WESTERLY LINE EXTENDED 301.04 FEET; THENCE EASTERLY AT RIGHT ANGLES TO THE EAST LINE OF SAID NORTHEAST QUARTER, 634.43 FEET TO SAID EAST LINE; THENCE SOUTHERLY ALONG SAID EAST LINE, 1507.85 FEET TO THE POINT OF BEGINNING, EXCEPTING THEREFROM THAT PART THEREOF LYING WITHIN .50 FEET OF THE CENTER LINE (MEASURED AT RIGHT ANGLES THERETO) OF SAID ROUTE NO. 34; AND ALSO THAT PART OF ALL PUBLIC HIGHWAYS LYING ADJACENT TO THE ABOVE DESCRIBED TRACT (EXCEPT THAT PART THEREOF LYING

NORTHERLY OF A LINE DRAWN PARALLEL WITH AND 50 FEET SOUTHERLY OF THE CENTERLINE (MEASURED AT RIGHT ANGLES THERETO) OF SAID ROUTE NO. 34), ALL IN NAPERVILLE TOWNSHIP, DUPAGE COUNTY, ILLINOIS.

000043

# FOX VALLEY EAST REGION II
# "BURLINGTON PROPERTIES"

THAT PART OF SECTION 18, 17, 20 AND 19 IN TOWNSHIP 38 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN DESCRIBED BY BEGINNING AT THE SOUTHWEST CORNER OF SAID SECTION 18; THENCE NORTH 00 DEGREES 36 MINUTES 19 SECONDS WEST ALONG THE WEST LINE OF SAID SECTION 18, A DISTANCE OF 653.85 FEET TO THE SOUTHERLY LINE OF LAND CONVEYED TO THE CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY PER DOCUMENT 156238; THENCE NORTH 78 DEGREES 43 MINUTES 47 SECONDS EAST ALONG SAID SOUTHERLY LINE, 1898.90 FEET TO AN ANGLE POINT IN SAID LINE; THENCE NORTH 66 DEGREES 29 MINUTES 53 SECONDS EAST ALONG SAID LINE, 590.00 FEET TO THE EASTERLY LINE OF LAND CONVEYED TO CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY PER DOCUMENT 155615; THENCE NORTH 02 DEGREES 34 MINUTES 55 SECONDS EAST ALONG SAID EASTERLY LINE, 123.59 FEET TO THE SOUTHERLY LINE OF LAND CONVEYED TO THE CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY PER DOCUMENT 152991; THENCE NORTH 78 DEGREES 43 MINUTES 47 SECONDS EAST ALONG SAID SOUTHERLY LINE, 1698.32 FEET TO AN ANGLE POINT IN SAID LINE; THENCE NORTH 69 DEGREES 34 MINUTES 42 SECONDS EAST ALONG SAID SOUTHERLY LINE, 786.22 FEET TO THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 18; THENCE SOUTH 01 DEGREES 11 MINUTES 53 SECONDS WEST ALONG SAID EAST LINE, 295.86 FEET; THENCE SOUTH 88 DEGREES 48 MINUTES 29 SECONDS EAST, 580.96 FEET TO THE CENTERLINE OF EXISTING EOLA ROAD; THENCE SOUTH 01 DEGREES 11 MINUTES 31 SECONDS WEST ALONG SAID CENTERLINE, 1172.44 FEET; THENCE NORTH 89 DEGREES 53 MINUTES 03 SECONDS WEST, 300.54 FEET; THENCE NORTH 00 DEGREES 11 MINUTES 53 SECONDS EAST, 300.00 FEET; THENCE NORTH 89 DEGREES 53 MINUTES 03 SECONDS WEST, 260.00 FEET TO THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 18; THENCE NORTH 00 DEGREES 11 MINUTES 53 SECONDS EAST ALONG SAID EAST LINE, 597.60 FEET; THENCE SOUTH 88 DEGREES 56 MINUTES 35 SECONDS WEST, 356.00 FEET; THENCE SOUTH 00 DEGREES 11 MINUTES 53 SECONDS WEST, 660.00 FEET; THENCE SOUTH 88 DEGREES 56 MINUTES 35 SECONDS WEST, 544.00 FEET; THENCE SOUTH 00 DEGREES 11 MINUTES 53 SECONDS WEST, 660.00 FEET TO THE SOUTH LINE OF SECTION 18, TOWNSHIP 38 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN; THENCE NORTH 88 DEGREES 56 MINUTES 35 SECONDS EAST ALONG SAID SOUTH LINE, 900.00 FEET TO THE SOUTHEAST CORNER OF SAID SECTION 18; THENCE NORTH 00 DEGREES 11 MINUTES 53 SECONDS EAST ALONG THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION, 347.40 FEET;

legals\456130
pg1 db

THENCE SOUTH 89 DEGREES 53 MINUTES 03 SECONDS EAST, 559.23 FEET TO THE CENTERLINE OF EXISTING EOLA ROAD; THENCE SOUTH 01 DEGREES 11 MINUTES 31 SECONDS WEST ALONG SAID CENTERLINE, 1080.41 FEET TO THE CENTERLINE OF EXISTING LIBERTY STREET; THENCE SOUTH 82 DEGREES 27 MINUTES 36 SECONDS WEST ALONG SAID CENTERLINE, 544.70 FEET TO THE EAST LINE OF SECTION 19, TOWNSHIP 38 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN; THENCE SOUTH 00 DEGREES 08 MINUTES 40 SECONDS WEST ALONG SAID EAST LINE, 882.05 FEET; THENCE NORTH 89 DEGREES 00 MINUTES 21 SECONDS EAST, 539.72 FEET TO THE EXISTING EAST LINE OF EOLA ROAD (SAID LINE BEING 33 FEET EASTERLY AND PARALLEL WITH THE CENTERLINE OF EOLA ROAD); THENCE SOUTH 02 DEGREES 15 MINUTES 20 SECONDS WEST ALONG SAID EAST LINE, 462.66 FEET; THENCE SOUTH 89 DEGREES 00 MINUTES 21 SECONDS WEST, 522.68 FEET TO THE EAST LINE OF THE AFOREMENTIONED SECTION 19; THENCE SOUTH 88 DEGREES 56 MINUTES 35 SECONDS WEST, 1333.09 FEET TO THE WEST LINE OF THE EAST HALF OF THE NORTHEAST QUARTER OF SAID SECTION 19; THENCE SOUTH 00 DEGREES 07 MINUTES 41 SECONDS WEST ALONG SAID WEST LINE, 511.80 FEET TO THE SOUTH LINE OF SECTION 19; THENCE SOUTH 88 DEGREES 46 MINUTES 22 SECONDS WEST ALONG SAID SOUTH LINE, 1229.61 FEET; THENCE NORTH 00 DEGREES 12 MINUTES 52 SECONDS WEST, 1565.73 FEET TO THE CENTERLINE OF EXISTING LIBERTY STREET; THENCE NORTH 82 DEGREES 22 MINUTES 49 SECONDS EAST ALONG SAID CENTERLINE, 389.69 FEET TO THE CENTERLINE OF WEST EOLA ROAD (ALSO KNOWN AS VAUGH ROAD); THENCE NORTH 06 DEGREES 29 MINUTES 10 SECONDS WEST ALONG SAID CENTERLINE OF WEST EOLA ROAD, 1058.96 FEET TO THE SOUTH LINE OF SECTION 18, TOWNSHIP 38 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN, THENCE SOUTH 88 DEGREES 56 MINUTES 35 SECONDS WEST ALONG SAID SOUTH LINE, 2490.24 FEET TO THE POINT OF BEGINNING, IN DUPAGE COUNTY, ILLINOIS, SUBJECT TO THE RIGHTS OF THE PUBLIC, STATE OF ILLINOIS, COUNTY OF DUPAGE AND LOCAL MUNICIPALITIES IN THAT PART OF THE LAND FALLING WITHIN EOLA ROAD, LIBERTY STREET AND WEST EOLA ROAD (ALSO KNOWN AS VAUGHN ROAD.)

AND ALSO THAT PART OF SECTION 17, TOWNSHIP 38 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN DESCRIBED BY COMMENCING AT THE NORTHWEST CORNER OF LOT 1 IN WALTER S. OTTO'S ASSESSMENT PLAT RECORDED OCTOBER 10, 1947 AS DOCUMENT 531314, SAID POINT BEING ON THE CENTERLINE OF EXISTING EOLA ROAD; THENCE SOUTH 89 DEGREES 53 MINUTES 03 SECONDS EAST ALONG THE NORTH LINE OF SAID LOT 1, A DISTANCE OF 125.38 FEET FOR A POINT OF BEGINNING ON THE EASTERLY LINE OF REALIGNED EOLA ROAD; THENCE NORTHEASTERLY ALONG SAID EASTERLY LINE, BEING A CURVE CONCAVED EASTERLY HAVING A RADIUS OF 3759.72 FEET, AN ARC DISTANCE OF 232.61 FEET; THENCE NORTH 14 DEGREES 51 MINUTES 50 SECONDS EAST ALONG SAID

EASTERLY LINE TANGENT TO THE LAST DESCRIBED COURSE, 699.03 FEET; THENCE NORTH 17 DEGREES 27 MINUTES 58 SECONDS EAST ALONG SAID EASTERLY LINE, 649.89 FEET; THENCE NORTH 02 DEGREES 28 MINUTES 11 SECONDS EAST ALONG SAID EASTERLY LINE, 277.07 FEET TO THE SOUTHERLY RIGHT-OF-WAY LINE OF THE BURLINGTON NORTHERN RAILROAD RIGHT-OF-WAY; THENCE NORTH 78 DEGREES 43 MINUTES 47 SECONDS EAST ALONG SAID RIGHT-OF-WAY LINE, 261.89 FEET; THENCE SOUTHEASTERLY ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE BEING A CURVE CONCAVED SOUTHWESTERLY, HAVING A RADIUS OF 1880.08 FEET, AN ARC DISTANCE OF 1498.84 FEET; THENCE SOUTH 00 DEGREES 26 MINUTES 12 SECONDS EAST, 941.36 FEET TO THE NORTHERLY LINE OF WALTER S. OTTO'S ASSESSMENT PLAT; THENCE NORTH 88 DEGREES 45 MINUTES 14 SECONDS WEST ALONG SAID NORTHERLY LINE, 1428.90 FEET; THENCE SOUTH 00 DEGREES 52 MINUTES 24 SECONDS WEST ALONG SAID NORTHERLY LINE, 340.23 FEET; THENCE NORTH 89 DEGREES 53 MINUTES 03 SECONDS WEST ALONG SAID NORTHERLY LINE, 590.05 FEET TO THE POINT OF BEGINNING IN DUPAGE COUNTY, ILLINOIS;

AND ALSO THAT PART OF THE SOUTH HALF OF SECTIONS 19 AND 20, TOWNSHIP 38 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN DESCRIBED BY COMMENCING AT THE NORTHEAST CORNER OF THE SOUTHEAST QUARTER OF SECTION 19; THENCE SOUTH 88 DEGREES 46 MINUTES 22 SECONDS WEST, 351.12 FEET; THENCE SOUTH 02 DEGREES 22 MINUTES 05 SECONDS WEST, 358.50 FEET FOR A POINT OF BEGINNING; THENCE NORTH 88 DEGREES 46 MINUTES 22 SECONDS EAST, 365.12 FEET TO THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 19; THENCE NORTH 89 DEGREES 06 MINUTES 55 SECONDS EAST, 490.59 FEET TO THE EASTERLY LINE OF EXISTING EOLA ROAD (SAID LINE BEING 33 FEET EASTERLY AND PARALLEL WITH THE CENTERLINE OF EOLA ROAD); THENCE SOUTH 02 DEGREES 15 MINUTES 20 SECONDS WEST ALONG SAID EAST LINE, 349.26 FEET TO THE NORTHERLY LINE OF EAST NEW YORK STREET (SAID LINE BEING 30 FEET NORTHERLY AND PARALLEL WITH THE CENTERLINE OF EAST NEW YORK STREET); THENCE SOUTH 84 DEGREES 12 MINUTES 43 SECONDS WEST ALONG SAID NORTHERLY LINE, 480.12 FEET TO THE EAST LINE OF THE SOUTHEAST QUARTER OF SECTION 19, TOWNSHIP 38 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN; THENCE SOUTH 00 DEGREES 07 MINUTES 48 SECONDS WEST ALONG SAID WEST LINE, 30.16 FEET TO THE CENTERLINE OF EAST NEW YORK STREET; THENCE SOUTH 84 DEGREES 12 MINUTES 41 SECONDS WEST ALONG SAID CENTERLINE, 384.7 FEET; THENCE NORTH 02 DEGREES 22 MINUTES 05 SECONDS EAST, 451.36 FEET TO THE POINT OF BEGINNING, IN DUPAGE COUNTY, ILLINOIS, SUBJECT TO THE RIGHTS OF THE PUBLIC, STATE OF ILLINOIS, COUNTY OF DUPAGE AND LOCAL MUNICIPALITIES IN THAT PART FALLING WITHIN EOLA ROAD AND EAST NEW YORK STREET.

legals\456130
pg3 db

000046

...



ANNUAL UPDATED LAND USE PLAN
1993

AURORA VENTURE
MASTER DEVELOPER
REGION II - FOX VALLEY EAST - AURORA, ILLINOIS

Rev. 10-5-93

LDR INTERNATIONAL, INC.
Planners, Landscape Architects, Graphic Designers
Columbia, Maryland

CEMCON, LTD.
Consulting Engineers, Land Surveyors
Winfield, Illinois



LOCATION OF BUSINESS AREAS TO WHICH PLAN DESCRIPTION MODIFICATION APPLIES

AURORA VENTURE
MASTER DEVELOPER

LDR INTERNATIONAL, INC.
Planners, Landscape Architects, Graphic Designers
Columbia, Maryland

CEMCON, LTD.
Consulting Engineers, Land Surveyors
Winfield, Illinois

10-22-93

000048



BURLINGTON PROPERTIES CONCEPT PLAN

000349

## LAND FROM WHICH RECAPTURE IS DUE

I. MONGOMERY ROAD

| | Parcel Number | Recapture Amount due Aurora Venture |
|---|---|---|
| 1. | 07-31-201-003 | $8,626 |
| 2. | 07-31-201-004 | $8,626 |
| 3. | 07-31-201-005 | $8,626 |
| 4. | 07-31-201-006 | $8,626 |
| 5. | 07-31-201-007 | $8,626 |
| 6. | 07-31-201-008 | $8,626 |
| 7. | 07-31-201-009 | $8,626 |
| 8. | 07-31-201-010 | $8,626 |
| 9. | 07-31-201-011 | $8,626 |
| 10. | 07-31-201-012 | $8,857 |
| 11. | 07-31-400-007 | $8,129 |

II. MCCOY DRIVE

- Total Project Cost $3,739,924.56
- Project Length = 9,780.80 linear feet
- Cost per linear foot of frontage = $382.37

| | P.I.N. at time of Funding Agreement | Frontage (linear ft) | Recapture Amount due Aurora Venture |
|---|---|---|---|
| 1. | 07-19-403-002 | 168.71 | $19,353.10 |
| 2. | 07-19-303-004 } | | |
| 3. | 07-19-303-010 } | 604.99 | $69,399.01 |
| 4. | 07-30-100-002 } | | |
| 5. | 07-30-100-003 | 506.00 | $58,043.77 |

ORIGINAL

WKS/
11/23/93

PA400D14/TXT5/PLAN1

PETITIONER:

CITY OF AURORA, ILLINOIS
ORDINANCE NO. O93-124
DATE OF PASSAGE December 7, 1993

AN ORDINANCE APPROVING A PLAN DESCRIPTION MODIFICATION
FOR CERTAIN PORTIONS OF FOX VALLEY EAST REGION II

WHEREAS, the City of Aurora has a population of more than 25,000 persons and is, therefore, a home rule unit under Subsection (a) of Section 6 of Article VII of the Illinois Constitution of 1970; and

WHEREAS, subject to said Section, a home rule unit may exercise any power and perform any function pertaining to its government and affairs for the protection of the public health, safety, morals and welfare; and

WHEREAS, a Plan Description Modification in the form of Exhibit "A", attached hereto and included herein by reference as if fully set forth, has been duly submitted by Aurora Venture, an Illinois limited partnership, to the Corporate Authorities of the City of Aurora for review with a certain Amendment and Restatement of the Principal Annexation Agreement dated December 7, 1993, (said 'Agreement') for the property described therein; and

WHEREAS, all public hearings and other action required to be held or taken prior to the adoption and execution of said Agreement in order to make the same effective have been held or taken pursuant to notice as required by law and in accordance with all requirements of law; and

WHEREAS, a Plan Description Modification for the property described in said Agreement was duly referred by the Aurora City Clerk to the Aurora City Council, who, in turn, referred said document to the Aurora Planning Commission for study and recommendation, and to the Aurora City Council for final decision; and

WHEREAS, Exhibit "A", attached hereto and included herein by reference as if fully set forth, in its present form, has been on file with the City Clerk of the City of Aurora for public inspection for at least one week; and

WHEREAS, the City Council, after due investigation and consideration, has determined that the continuation of the Fox Valley East Planned Development District and the approval of the Plan Description Modification for the property described therein will promote the sound planning and development of the City, and therefore serve the best interests of the City of Aurora;

000351