NOW, THEREFORE, BE IT ORDAINED by the City council of the City of Aurora, Kane and DuPage Counties, Illinois, as follows:

Section One: That said City Council finds as fact all of the preamble recitals of this Ordinance.

Section Two: That the Plan Description Modification in the form of Exhibit "A" attached hereto and included herein by reference as if fully set forth, and incorporated in and made a part of this Ordinance, is hereby approved.

Section Three: That all modifications and exceptions under the Aurora Zoning Ordinance (AZO) and all modifications and exceptions from the Aurora Subdivision Control Ordinance (ASCO), as set forth in the Plan Description Modification, are hereby granted and approved.

Section Four: That this Ordinance shall take effect and be in full force and effect upon and after its passage and approval.

Section Five: That all ordinances or part of ordinances in conflict herewith are hereby repealed insofar as any conflict exists.

Section Six: That any section, phrase or paragraph of this ordinance that is construed to be invalid, void or unconstitutional shall not affect the remaining sections, phrases or paragraphs of this ordinance which shall remain in full force and effect.

PRESENTED to the City Council of the City of Aurora, Illinois on _December 7, 1993_.

PASSED AND APPROVED by the City council of the City of Aurora, on _December 7, 1993_.

AYES _10_     NAYS _0_     NOT VOTING _0_

SIGNED by the Mayor of the City of Aurora, Illinois, on _December 7, 1993_.

_____
Mayor David L. Pierce

ATTEST:
_____
City Clerk Cheryl Vonhoff

This instrument prepared by:
Aurora Planning Division
44 E. Downer Place
Aurora, Illinois 60507

Case File Number: FVRII-93.400-Pa/R

000052

EXHIBIT "A"

**ORIGINAL**
for PD-185

## Plan Description Modification

This Plan Description Modification (the "Modification") consists of the following Parts:

Part One.   Plan Description Modification:
   I.    General description.
   II.   Permitted Uses and Percentage Limitations of Land Uses.
   III.  Zoning Standards and Residential Density.
   IV.   Modifications and exceptions from the Subdivision Control Ordinance and other City Ordinances.
   V.    General provisions.

Part Two.   Legal descriptions.
   I.    The Region.
   II.   Burlington Properties.

Part Three.   The following maps and plans:
   I.    Map showing the boundaries of the Region.
   II.   Map showing the location of the Business Areas to which this Modification applies.
   III.  Concept Plan for Burlington Properties Residential Areas.

G:\USERS\VHH\04400\101\PLANMOD.R11   11/29/93  15:03

000053

<u>Plan Description Modification</u>

Part One

<u>Section I</u>

<u>General Description</u>

Pursuant to that certain Principal Annexation Agreement dated July 27, 1973, as amended (the "Principal Agreement"), the property initially included within the Fox Valley East Planned Development District (the "District"), was annexed to the City and so zoned on August 1, 1973. The property now within the District has been subdivided and developed in accordance with the provisions of the Fox Valley East Planned Development District Plan Description which was attached as Exhibit "A" to the Principal Agreement (the "Plan Description") which provisions include modifications from certain City ordinances. The City and the developer (the "Developer") of Region II of the District (as such Region is defined in the Principal Agreement) have agreed to amend, restate, extend and update the Principal Agreement with respect to the property within Region II and certain other parcels in the District (the "Region") and have agreed that the future development of the Region and the obligations owed by the Developer to the City and by the City to the Developer and the Region shall be governed by and subject to the terms and provisions of an Amendment and Restatement of the Principal Annexation Agreement dated as of December 7, 1993 (the "Agreement") which amends, restates, extends, updates, supersedes and replaces the Principal Agreement, and, where applicable, by

-2-

the Plan Description and by this Modification. All terms defined in the Agreement when used in this Modification shall have the same meaning when used herein unless another definition is expressly provided for herein. The Agreement provides that, except as otherwise specified therein, all portions of the Region, which heretofore have been Preliminary Planned and Preliminary Platted or Final Planned and Final Platted shall be developed solely in accordance with the provisions of the Plan Description and that all of the design standard modifications and exceptions from the Zoning Ordinance and from the Subdivision Control Ordinance set forth in Section IV of Part One of the Plan Description shall continue to apply to and remain in force and effect in such portions of the Region subject to the City's right to modify the Plan Description with respect to portions of the Region heretofore Final Planned and Final Platted as set forth in Paragraph 4 of Section II of the Agreement.

The Agreement further provides that the provisions of this Modification shall apply solely to: those portions of the Burlington Properties which are designated on the 1993 Plan as "Residential Areas" and those portions of the Region which are designated on the 1993 Plan as "Business Areas" and not already Final Planned and Final Platted. Those portions of the Burlington Properties which are shown on the 1993 Plan as "Manufacturing Areas" shall be developed solely in accordance with the provisions of the Plan Description except that storm water retention and detention facilities within those "Manufacturing Areas" shall be constructed solely in accordance

-3-

with the provisions of Paragraph (1) of Section V of Part One of this Modification. For purposes of determining and calculating the percentage limitations specified in Section II of Part One of this Modification, all of the property within the Region shall be taken into account.

### Plan Description Modification

### Part One

### Section II

### Permitted Uses and

### Percentage Limitation of Land Uses

1. Only the uses that are permitted uses on December 7, 1993 or which subsequently become permitted uses in a B-B Business Boulevard District of the Zoning Ordinance shall be permitted uses in the Business Areas of the Region to which this Modification applies, e.g. those Business Areas of the Region which have not yet been Final Planned and Final Platted; except that in the "Business Area" located at the southeast corner of the intersection of Montgomery Road and the Waubonsie Creek, only the uses that are permitted uses on December 7, 1993 or subsequently become permitted uses in an O-Office District of the Zoning Ordinance shall be the permitted uses in that "Business Area".

In the "Business Areas" located at: the northeast corner of North Aurora Road and Relocated Eola Road; the southwest corner of East New York Street and Eola Road; and the southwest corner of Ridge Avenue and Route 34/Ogden Avenue, the development of a fast food restaurant thereon with a drive-up facility will only be considered as a "special use," if any part of the applicable restaurant building is to be located within 250 feet or less of a residential property line.

2. The only uses that are permitted uses in "Residential Areas" of the Burlington Properties, as designated on the 1993 Plan, falling within Areas 1, 2 and 3 as depicted on the Concept Plan for Burlington Properties Residential Areas (Section III of Part Three of this Modification) shall be the permitted uses for an R-1 District in the Zoning Ordinance on December 7, 1993.

3. The only uses that are permitted uses in Area 4, as depicted on the Concept Plan for Burlington Properties Residential Areas (Section III of Part Three of this Modification) shall be: either 95 single family lots or 248 townhouse units.

4. The percentage of the land in the Region which may be devoted to Business Areas shall be a minimum of five percent and a maximum of ten percent.

5. The percentage of the land in the Region which may be devoted to Manufacturing Areas shall be minimum of five percent and a maximum of ten percent.

6. The percentage of the land in the Region which may be devoted to Residential Areas shall be a minimum of sixty percent and a maximum of seventy percent.

7. <u>Determination of Percentage Limitations</u>.

The percentage limitations provided for in Subsections 4, 5 and 6 of this Section II shall be applied to the land area of the Region after deducting from such land area all land devoted to or reserved or dedicated for (a) above ground public utility buildings and structures required to service the Region and (b) rights-of-way for public streets, highways and alleys. Land area

-6-

devoted to or reserved or dedicated for public and private open space, parks and recreation areas; schools; public building sites; and public parkways, walkways and drainage courses shall be included in the land area used for Open Space.  In determining the percentage of land devoted to each land use Area, land devoted to parking and parking facilities shall be included.

### Plan Description Modification

### Part One

### Section III

### Zoning Standards and Residential Density

The standards set forth in this Section III shall be applicable in lieu of comparable or similar standards or requirements of the Zoning Ordinance, and all standards and requirements of the Zoning Ordinance inconsistent with the standards set forth herein shall be inapplicable. Any uncertainty between the applicability of a standard or requirement of the Zoning Ordinance and the applicability of a standard set forth in this Modification shall be resolved in favor of the standard set forth herein.

1. The standards applicable from time to time to lands in B-B Business Boulevard Districts shall apply in such "Business Areas" of the Region (as designated on the 1993 Plan) not yet Final Planned and Final Platted, as depicted on Section II of Part Three of this Modification.

2. The standards applicable in "Residential Areas" of the Burlington Properties (as designated on the 1993 Plan) falling within Areas 1, 2 and 3, as depicted on the Concept Plan for Burlington Properties Residential Areas (Section III of Part Three of this Modification) shall be the standards for an R-1 District in the Zoning Ordinance on December 7, 1993, but with the following modifications:

   a. the front yard set back shall be 25 feet instead of 30 feet; and

-8-

000060

   b. up to 10% of the subdivided lots can contain less than 8000 square feet but not less than 7750 square feet.

  3. Area 4, as depicted on the Concept Plan for Burlington Properties Residential Areas (Section III of Part Three of this Modification) shall be developed in accordance with the standards of the Plan Description. Single family lots in Area 4 shall contain a minimum of 6,000 square feet.

  4. <u>Average Residential Density</u>. In Residential and Business Areas, the average residential density shall not exceed five dwelling units per acre. In computing such average density, all land in the Region devoted to Residential Areas and all land devoted to Open Space shall be included in the number of acres which is to be divided into the total dwelling units in the Region to produce average density in dwelling units per acre; provided, that there shall be deducted from such number of acres into which the dwelling units are to be divided all land devoted to or reserved or dedicated for above ground public utility buildings and structures required to service the Region.

C00261

### Plan Description Modification

### Part One

### Section IV

### Modifications and Exceptions from the Subdivision Control Ordinance and Other City Ordinances

1. Subsection (d)(3) of Section 43-53 of the City's Subdivision Control Ordinance shall be modified to read as follows:

> "(3) Approval of the preliminary plat shall be effective until the first to occur of: the expiration of seven years period following such approval or December 7, 2000 unless upon application of the record owner, the City Council grants an extension. The application for said extension shall not require an additional filing fee, or the submittal of additional copies of the plat of subdivision."

2. Subsection (c) of Section 43-54 thereof shall be modified to read as follows:

> "(c) A final plat for all or a portion of the area covered by any approved preliminary plat, prepared as specified in Article II, shall be submitted to the City Clerk for approval prior to the expiration of such approved preliminary plat unless, upon application of the record owner, the City Council grants an extension. Such an application shall not require an additional fee or filing of additional copies of the plat."

3. Section 43-56 thereof shall govern and apply to the dedication of park land and school sites, or payments in lieu thereof, as a result of subdividing those portions of the Burlington Properties designated on the 1993 Plan as "Residential Areas" but with the following modifications:

    a. Park land sites required to be dedicated which adjoin elementary school sites to be dedicated shall contain a minimum of 4 acres of land excluding any retention and detention facilities thereupon other than land needed for emergency overland routing of water.

    b. The purchase price for any additional land reserved for subsequent purchase by the City or other public body designated by the City under Section 43-56(7) shall be the "fair market value" for such land based on the land use designation for such land on the then current Updated Land Use Plan for the Region approved from time to time by the City, as determined by an appraisal obtained by the City or such other public body and presented to Developer for acceptance within 45 days after the additional lands are reserved by the approval of the Final Plat (the "Public Appraisal"). In the event Developer does not accept the value set forth in the Public Appraisal, Developer shall, within 45 days after receipt of the Public Appraisal, obtain a second appraisal and present such second appraisal to the City or such other public body (the "Developer's Appraisal"). If the difference between the values is less than 10%, then the values in the Public Appraisal and in the

-11-