Developer's Appraisal shall be averaged and the averaged value shall be binding on all parties.  If the difference between the values is greater than 10%, the appraisers preparing the first two appraisals shall, within 15 days, select a third appraiser who shall prepare a third appraisal within 45 days after selection (the "Third Appraisal").  The value set forth in the Third Appraisal shall be binding on all parties and shall be the purchase price for the purchase of additional lands reserved for purchase.

4.    Applicability of City Design Standards.

a.    Except to the extent specified below, the portions of the Burlington Properties designated on the 1993 Plan as "Residential Areas" shall be developed in accordance with all applicable then current city design standards.  The following design standard modifications shall apply to said "Residential Areas" in lieu of applicable then current city design standards:

    i.    Roadways

        (x)    Cross Sections:

Residential Streets (except cul-de-sac's):  31 foot back to back

Cul-de-sac's:  27 foot back to back

        (y)    Curb Standards:

Residential Streets (including cul-de-sacs) shall be designed with roll curb utilizing the same detail as that used in the portions of the Region known as Oakhurst and Stonebridge.

-12-

CC0064

(z)  Pavement Thickness:

The applicable city design standards shall be utilized with Lime Stabilization of the sub-base allowed instead of Geo-textile fabric.

ii.  Stormwater Management Requirements:

Storm water retention and detention facilities shall be constructed in accordance with the requirements specified in Section V of Part One of this Modification.

iii.  Residential Inspection of Public Improvements:

Developer will provide residential inspection in accordance with the provisions of the Plan Description in the same manner as has been provided in the portions of the Region known as Oakhurst and Stonebridge.

b.  No oversize off-premises commercial signs under City Code Section 12-17 (1901.4) shall be permitted within those portions of the Region to which this Modification applies.

-13-

000365

## Plan Description Modification

### Part One

### Section V

### General Provisions

1. <u>Storm Water Retention and Detention Requirements</u>.

   a.   Storm water retention and detention facilities
within all portions of the Burlington Properties shall be
constructed in accordance with the following requirements.
The amount of storm water retention to be provided shall be
computed by using the Soil Conservation Service TR-20 method
and a weighted runoff curve number established for the
combined effects of Hydrologic Soil Group B and surface
cover.  Facilities shall be of adequate size to accommodate
runoff from rainfall intensities of 100 year frequency using
either a SCS Type II or Huff Distribution.  The impoundment
level corresponding to these rainfall intensities will be
the basis of design for the outlet facility to have
discharge capacity equivalent to 0.15 cubic feet per second
("cfs") per acre.  In addition to providing the impoundment
level calculated above, at least 24 inches of freeboard will
be provided to accommodate the additional storage required
by using the rainfall intensities set forth in Illinois
State Water Survey Bulletin 70.  Storm sewers shall be
designed using a 5 year storm event.

   b.   The criteria and standards set forth in
Subparagraph (a) above are intended to supersede and modify

-14-

C00066

all City ordinances and regulations which are contrary to or inconsistent with the matters set forth in the foregoing paragraph. The criteria and standards are intended to supersede and replace all provisions in the Principal Agreement, Plan Description and that certain letter agreement between Developer and the City dated July 31, 1984 (the "1984 Agreement") which cover or address the matter of storm water retention with respect to the Burlington Properties.

c.    Storm water retention and detention facilities within the portions of the Region designated on the 1993 Plan as "Business Areas" to which this Modification applies shall be constructed in accordance with the provisions of the Plan Description as modified and supplemented by the 1984 Agreement.

2.    Any change in the above described storm water retention and detention requirements described in Paragraph 1 above which receives the approval of the City Engineer shall be deemed a reasonable variation for the purpose of clause (a) of Subsection 14.7-6 of the Zoning Ordinance.

3.    Time Limitations for Submission of Preliminary and Final Plans.

Preliminary Plans shall be submitted for approval prior to December 7, 2000. Final Plans for all portions of the Region shall be submitted for approval prior to December 7, 2003.

-15-

000067

4.    <u>Execution by City and Developer</u>.

This Modification shall be made a part of the Agreement, which restates and amends the Principal Agreement.

5.    <u>Changes in Plan Description</u>.

After this Modification is approved by the City Council, in accordance with Section V, Subsection N of the Plan Description, ten (10) complete copies of this Modification plus all accompanying materials and data shall be deposited with the Division of City Planning.

6.    <u>Developer</u>.

As used in this Modification and in the Plan Description the terms "Developer" and "Developers" of the Region shall mean Aurora Venture.  The Developer shall have the right to assign some or all of its rights, subject to some or all of the duties and obligations, which the Developer may have under the Modification.  The Developer, or its assignee, shall have the right to appoint an agent or representative to act for it with respect to the Modification.

000 68

PD112293.185


R E C O M M E N D A T I O N


TO:    THE COMMITTEE OF THE WHOLE


FROM:  THE PLANNING AND DEVELOPMENT COMMITTEE

   The Planning and Development Committee at the meeting

of Monday, November 22, 1993  Recommended <u>Approval</u>

of the Resolution Approving a Plan Description Modification for

Certain Portions of Fox Valley East Region II as amended.


The vote:  3 - 0

               Submitted by
                                    _____
                                    Alderman Jim Meisch,   Chairman

                                    _____
                                    Alderman Mike Saville

                                    _____
                                    Alderman Judy Morrison


                                    _____
                                    Alderman Bob Fleege  , Alternate


Dated this____23rd_____ day of_November_____1993.


000369

000070

# ZONING
# ORDINANCE

# APPENDIX A: ZONING

**CHAPTER A. USE & STRUCTURE REGULATIONS** ...................................... **4**

SECTION 1. TITLE................................................................................................4
    **1.1. Aurora Zoning Ordinance**.......................................................................4

SECTION 2. INTENT AND PURPOSE ..............................................................4

SECTION 3. SPECIFIC REGULATIONS ...........................................................5
    **3.1.** In the construction of this ordinance, the rules and definitions contained in this section shall be observed and applied, except when the context clearly indicates otherwise. .........................................5
    **3.2. Rules**.........................................................................................................5
    **3.3. Definitions.**...............................................................................................7

SECTION 4. USE REGULATIONS ....................................................................39
    **4.1. Use Districts**...........................................................................................39
    **4.2. Permitted Uses & Structures** ...............................................................39
    **4.3. Special Uses & Structures**....................................................................49
    **4.4. Accessory Uses & Structures** ...............................................................51

SECTION 5. BULK RESTRICTIONS.................................................................57
    **5.1. Building, Dwelling & Structure Standards**.........................................57
    **5.2. Floor Area Ratio**...................................................................................57
    **5.3. Height, bulk and lot coverage**.............................................................57
    **5.4. Landscaping** .........................................................................................57
    **5.5. Lot Size**.................................................................................................62
    **5.6. Lot Coverage**........................................................................................62
    **5.7. Monotony Standards** ...........................................................................62
    **5.8. Nonconformity**....................................................................................62
    **5.9. Obstructions** ........................................................................................69
    **5.10. Performance Standards**.......................................................................71
    **5.11. Setbacks**...............................................................................................71
    **5.12. Signs** ...................................................................................................71
    **5.13. Off-Street Parking And Loading**........................................................71

**CHAPTER B. ZONE DISTRICTS**.................................................................**81**

SECTION 6. PUBLIC OPEN SPACE/RECREATION/PARK DISTRICT...............81
    **6.1. Title**......................................................................................................81
    **6.2. Intent & Purpose**.................................................................................81
    **6.3. District Specific Regulations** ...............................................................81
    **6.4. Use Regulations**...................................................................................82
    **6.5. Bulk Restrictions**.................................................................................82

SECTION 7. RESIDENTIAL DISTRICTS ..........................................................83
    **7.1. Purpose.**.................................................................................................83
    **7.3. Residential District Specific Regulations.** ...........................................84
    **7.4. "E" Estate Single Family Detached Dwelling District**.......................100
    **7.5. "R-1" One-Family Dwelling District.** .................................................102
    **7.6. "R-2" One-Family Dwelling District.** .................................................105
    **7.7. "R-3" One-Family Dwelling District.** .................................................107
    **7.8. "R-4" Two-Family Dwelling District.**.................................................109
    **7.9. "R-4A" Two-Family Dwelling District.**...............................................112
    **7.10. "R-5" Multiple-Family Dwelling District.** .........................................114

000371

7.11. "R-5A" Midrise Multiple-Family Dwelling District...........................................117

SECTION 8. BUSINESS DISTRICTS........................................................................120
8.1. Purpose........................................................................................................120
8.2. "B-1" Business District--Local Retail......................................................121
8.3. "B-2" Business District--General Retail...................................................123
8.4. "B-3" Business And Wholesale District....................................................126
8.5. "O" Office district........................................................................................128
8.6. "B-B" Business-Boulevard District...........................................................131
8.7. DC Downtown core district.........................................................................150
8.8. F Downtown fringe district..........................................................................154
8.9. "RD" Research And Development District.................................................161
8.10. "ORI" Office, Research And Light Industry District.............................167

SECTION 9. MANUFACTURING DISTRICTS..........................................................175
9.1 Purpose.........................................................................................................175
9.2. "M-1" Manufacturing district, limited....................................................175
9.3. "M-2" Manufacturing District, General...................................................179

# CHAPTER C. GENERAL PROVISIONS.......................................................184

SECTION 10. ADMINISTRATION ............................................................................184
10.1. Enforcing officer.......................................................................................184
10.2. Zoning permit............................................................................................184
10.3. Certificate of occupancy...........................................................................186
10.4. Zoning board of appeals...........................................................................187
10.5. Variations...................................................................................................188
10.6. Special uses................................................................................................191
10.7. Planned development districts.................................................................198
10.8. Overlay districts........................................................................................207

SECTION 11. AMENDMENTS ..................................................................................217
11.1. The plan commission of the City of Aurora, which has been duly created by the mayor and the city council, shall have the authority, responsibility and duties set forth herein..................217
11.2. Jurisdiction...............................................................................................217
11.3. Meetings and rules....................................................................................218
11.4. Initiation of amendment...........................................................................218
11.5. Processing application for amendment....................................................218
11.6. Decisions....................................................................................................221

SECTION 12. INTERPRETATION; PURPOSE AND CONFLICT ...........................222

SECTION 13. FEES....................................................................................................222

SECTION 14. PENALTIES .........................................................................................223

SECTION 15. VALIDITY ............................................................................................223

SECTION 16. WHEN EFFECTIVE ...........................................................................223

SECTION 17. REPEAL AND SAVING CLAUSE .......................................................224

SECTION 18. AUTHORITY TO SIGN........................................................................224

SECTION 19. TITLE AND APPLICATION [PUBLICATION].....................................224
19.1. Title.............................................................................................................224
19.2. Adoption.....................................................................................................224

SECTION 20. TABLES AND CHARTS.......................................................................225

000072

Table One: Use Categories ..................................................................................................225
Table Two: Schedule of Off-Street Parking Requirements .................................................234
Table Three: Residential Driveways .....................................................................................240
Table Four: Permitted Structures and Obstructions...........................................................243

C00073