| | |
|---|---|
| YARD, INTERIOR REAR: | A rear yard abutting any use except a public street right-of-way. (see figure in definition of yard) |
| YARD, INTERIOR SIDE: | The area lying between the interior lot line and the line or lines of the principal building, and extending from the front yard (or from the front lot line, if there is no front yard) to the rear yard. (see figure in definition of yard) |
| YARD, REAR: |  A yard extending across the full width of the zoning lot and lying between the rear line of the lot and the line or lines of the principal building. |
| YARD, RIVER: | The area lying between the setback line and the Fox River retaining wall, if such exists, or the mean watermark, as determined by the city engineer. The setback shall be measured horizontally. The purpose of such yard shall be to beautify the riverbank, to provide for pedestrian enjoyment, circulation and access among various businesses and activities. Within such yards pedestrian walkways, bicycle paths, pedestrian plazas and landscaping are permitted. Buildings, storage of materials or equipment, or vehicular parking, accessways or maneuvering areas shall not be permitted in the river yard. |
| YARD, SIDE: | That part of the yard lying between the line or lines of the principal building and a side lot line, and extending from the front yard (or from the front lot line, if there is no front yard) to the rear yard. (see figure in definition of yard) |
| ZONING ADMINISTRATOR: | Such officer as may be appointed by the city council for the purpose of administering and enforcing this ordinance. |
| ZONING BOARD: | The Aurora zoning board of appeals. |
| ZONING LOT: | A plot of ground, made up of one (1) or more parcels that is or may be occupied by a use, building or buildings including the open spaces required by this ordinance. |
| ZONING MAPS: | The map or maps incorporated into this ordinance as a part hereof. |

000478

## SECTION 4. USE REGULATIONS

### 4.1. Use Districts

| ESTABLISHMENT OF ZONE DISTRICTS | |
|---|---|
| In order to carry out the purposes and provisions of this ordinance, the City of Aurora, Illinois is hereby divided into the following districts: | |
| ABBREVIATION | DISTRICT NAME |
| **PARK/OPEN SPACE DISTRICT** | |
| P | Park/Open Space |
| **RESIDENTIAL DISTRICTS** | |
| E | One-Family Dwelling District |
| R-1 | One-Family Dwelling District |
| R-2 | One-Family Dwelling District |
| R-3 | One-Family Dwelling District |
| R-4 | Two-Family Dwelling District |
| R-4A | Two-Family Dwelling District |
| R-5 | Multiple-Family Dwelling District |
| R-5A | Midrise Multiple-Family Dwelling District |
| **BUSINESS DISTRICTS** | |
| B-1 | Business District Local Retail |
| B-2 | Business District General Retail |
| B-3 | Services and Wholesale District |
| B-B | Business-Boulevard District |
| **MANUFACTURING DISTRICTS** | |
| M-1 | Manufacturing District Limited |
| M-2 | Manufacturing District General |
| **OTHER DISTRICTS** | |
| ORI | Office, Research and Industrial |
| R-D | Research & Development District |
| DC | Downtown Core |
| F | Downtown Fridge |
| O | Office |
| PDD | Planned Development District |

### 4.2. Permitted Uses & Structures

4.2-1. Religious Institutions

4.2-1.1. All religious institutions shall comply with all applicable building and fire codes, and Aurora comprehensive plan.

4.2-1.2. Religious institutions built or buildings newly occupied and used as religious institutions on or after July 28, 1986, shall be regulated as follows:

A. Zoning districts. Religious institutions shall be permitted in all districts.

39

C07409

B. Setbacks. All religious institutions shall comply with the setback requirements of their applicable zoning classification, and shall be landscaped pursuant to applicable ordinance.

C. Green space. At least twenty-five (25) percent of that portion of the lot shall be landscaped and maintained with grass or other living ground cover, and shall be landscaped pursuant to applicable ordinance.

D. Lighting. The Performance Standards in the Bulk Restrictions Section of the Aurora zoning ordinance shall be applicable.

E. Location. Religious institutions shall abut an arterial or major collector street, as shown on the City of Aurora comprehensive map.

F. Parking requirements. Religious institutions shall provide parking spaces as required in the Off-Street Parking and Loading Section of Bulk Restriction in the Aurora Zoning Ordinance. Parking areas shall be landscaped pursuant to the Landscaping Section of Bulk Restrictions in the Aurora Zoning Ordinance. However, the zoning administrator may authorize the following variations from said requirements upon adequate evidence from the petitioner that such variations will not detract from the public health, safety and general welfare, and that the surrounding properties will not be negatively affected.

   i. Phased paving of parking lots. If such phasing is granted, the future paved portions shall be maintained in grass or other living ground cover. No gravel shall be permitted.

   ii. Reduction of parking requirements due to sharing abutting parking.

   iii. Transferring of some or all of the parking requirement off-site, if such off-site lot is within a reasonable distance of the religious institution and adequate pedestrian walkways are provided.

G. Combining uses. If a religious institution wishes to combine one (1) or more other uses permitted under this ordinance, including, but not limited to day schools, such uses shall be regulated by special use procedures under this subsection hereof, the Use Regulations Section of this Ordinance and the Administration Section of this Ordinance.

H. Site plan review:

   i. Prior to approval of a building permit for any new religious institution building or new religious institution use in an existing building, the following plans and specifications shall be submitted to the zoning administrator for review:

      a. Dimensional plans, drawn to scale, including all proposed building locations, landscape materials, parking lots (with stalls, circulation, and landscaping), dimensional setbacks, stormwater retention facilities (if required), signs, and lighting (placement and shielding).

      b. Dimensions and size of the lot.

      c. Dimensioned plans, drawn to scale, showing the relation of the site to the major collector or arterial street.

      d. A legal description of the property.

      e. A location plan showing the uses and zoning of surrounding properties.

ii. As soon as practicable, the zoning administrator and planning director shall present the site plan before the Aurora planning commission for public review.

iii. Notice of such review shall be conducted pursuant to the Amendments Section hereof.

iv. The Aurora planning commission shall review the site plan for the sole purpose of determining that said plan is in compliance with the applicable zoning and plan standards. The Aurora planning commission shall submit its findings to the planning and development committee of the Aurora city council, which shall review it and determine whether the site plan is in compliance with said standards. Upon making a determination that said plans are in compliance with applicable standards, the planning and development committee shall report their findings to the zoning administrator, who shall forthwith issue a building permit. Appeals from denial of a site plan shall be in accordance with the Administration Section of this ordinance.

I. Shared facilities:

i. More than one (1) congregation may use a religious institution building.

ii. For congregations that use schools, community centers and other public buildings, such building shall be located on a major collector or arterial street, and shall have at least one (1) paved parking space for each six (6) users of the building at the peak usage time.

4.2-1.3. If a developer wishes to vary the standards of this subsection hereof, such developer may request to use special use procedures under this subsection, the Special Uses and Structures Section of Use Regulations and the Administration Section of this Ordinance. Nothing in this ordinance shall prevent such petitioners from using said special use procedures.

A. Variations may be granted upon a finding of compliance with the following standards:

i. The resulting development will not be a detriment to surrounding property; and

ii. The resulting development will not significantly increase noise in any residential area; and

iii. The resulting development will not significantly increase traffic congestion in the subject neighborhood; and

iv. The resulting development is consistent with the City of Aurora comprehensive plan and physical development policies.

B. Additional standards: The city council may in its discretion add to or increase the standards used to evaluate proposed special uses for religious institutions herein. The objectives of such additional regulation may include prevention of nuisances; protection of abutting property; protection of neighborhood character.

4.2-1.4. Uses for temporary religious institution structures, meetings or revivals shall be regulated as follows:

A. Uses for such activities shall require a permit.

B. Such permits shall be granted for no more than thirty (30) days for any one (1) location during any one (1) calendar year.

C. Uses for such activities shall be located on existing religious institution-owned property or at locations that are on arterial or major collector streets.

D. Uses for such activities shall provide adequate off-street parking space for expected peak usage.

4.2-2. Community residence, family and group.

4.2-2.1. A family community residence shall be a permitted use in all residentially zoned districts and all residential portions of planned development districts. However, prior to occupancy, the family community residence operator shall first obtain an administrative occupancy permit as set forth in administrative occupancy permit provision within this section of the zoning ordinance..

4.2-2.2. A group community residence shall be allowed in any residentially zoned district, and any residential portion of a planned development district, only upon issuance of a special use permit.

4.2-2.3. Spacing requirements:

A. No family community residence shall be located within a radius of one thousand three hundred twenty (1,320) feet from any other structure containing a family community residence, or a group community residence.

B. The distance set forth above shall be measured from the property line nearest the structure containing the existing residence to the property line nearest the structure to contain the proposed residence.

4.2-2.4. Administrative occupancy permit. Family community residences shall become occupied only after the residence operator has first obtained an administrative occupancy permit from the zoning administrator authorizing the use of the dwelling unit as a family community residence.

A. The application for an administrative occupancy permit shall be in writing upon forms furnished by the zoning administrator. The application shall be under oath and shall state the following:

i. The date of the application;

ii. The name and address of the applicant, and if a corporation, the name and address of the registered agent and corporate officers, and if a partnership, the name and address of all partners, including limited partners;

iii. The proposed location of the residence;

iv. The number of residents to be housed in the residence;

v. The amount of gross floor area as defined in PM-404.2 of the City of Aurora Property Standard Ordinance;

vi. The amount of square footage of bedroom space as defined in PM-404.2 of the City of Aurora Property Standard Ordinance;

vii. The proposed date of occupancy by residents;

viii. The number of other persons that will reside within the residence, classified according to their respective job title;

ix. The number of other persons that will work at the residence, or provide support to the residents at the residence, classified according to their respective job titles.

B. The application shall be accompanied by:

  i. Reliable evidence that the residence operator is licensed or similarly authorized by the State of Illinois to operate the proposed group home in the proposed location.

  ii. Reliable evidence that the proposed residence complies with all applicable State of Illinois regulations.

C. The absence of such evidence shall constitute sufficient grounds to deny the administrative occupancy permit.

D. No administrative occupancy permit shall be issued for a residence that fails to meet the distance requirement set forth in the spacing requirements provision within this section of the zoning ordinance..

E. No administrative occupancy permit shall be issued for a residence that fails to meet the square footage spacing requirements in PM-404.1, 404.2, and 404.3 of the City of Aurora Property Standards Ordinance.

F. Upon receiving an application for an administrative occupancy permit, the zoning administrator shall process the application to determine if the proposed use complies with the standards set forth in this the Bulk Restrictions Section.

G. The zoning administrator shall recommend to the permittee that the permittee inform members of the surrounding neighborhood of the permittee's plans to establish a family community residence.

H. The holder of an administrative occupancy permit shall file with the zoning administrator a copy of each State of Illinois inspection report for the residence covered by the permit.

I. Upon renewal of its license or authorization from the State of Illinois, the permittee shall submit to the zoning administrator reliable evidence of such renewal.

J. The zoning administrator may revoke an administrative occupancy permit upon giving the permittee at least ten (10) days' written notice of the grounds for revocation and the opportunity for a public hearing before the zoning administrator at which time the operator may present evidence bearing on the question and cross-examine witnesses. The grounds for which an administrative occupancy permit may be revoked are:

  i. The permit was obtained by fraudulent means, material misrepresentation or by submitting false information;

  ii. The permittee is no longer licensed or authorized by the State of Illinois to operate a residence at the location specified in the permit;

  iii. The permittee has unlawfully refused to permit an inspection of the home by an authorized official of the City of Aurora;

  iv. The group home has been determined by an authorized official of the City of Aurora to be unsafe for human habitation.

  v. The permittee has failed to file the necessary State of Illinois inspection reports.

K. Appeals from the decision of the Zoning Administrator concerning the revocation of an administrative occupancy permit shall be to the zoning board of appeals and shall follow the procedure outlined in the Administration Section.

L. An administrative occupancy permit is not transferable to any other person.

4.2-2.5. Family community residences that fail to meet all the requirements for an administrative occupancy permit, excepting said residences denied a required state license, shall require a special use permit prior to occupancy.

4.2-3. Telecommunications Facilities

4.2-3.1. Telecommunication facilities regulations.

A. All telecommunications facilities, towers and antennas shall be subject to the regulations contained in the Chapter 19 TELECOMMUNICATIONS AND CABLE TELEVISION of the Aurora Code of Ordinances, except as specifically excluded therein.

4.2-4. Fences and Walls

4.2-4.1. Permit

A. No fence shall be constructed, reconstructed, enlarged, or structurally altered in any zoning district unless a fence permit has first been issued in accordance with the requirements of this and other relevant Sections.

B. Fence permits issued for storage areas are subject to the standards of the Landscaping Section of the Bulk Restrictions and any district specific regulations.

4.2-4.2. Fence Classifications

A. Open. A fence that is greater than fifty percent (50%) open as viewed from outside the fence. Examples of fences classified as open are shown below.

  

B. Solid. A fence that is less than fifty percent (50%) open as viewed from outside the fence. Examples of fences classified as solid are shown below.

  

C. Masonry. Any fence or wall composed entirely of either stone, brick, concrete, gypsum, hollow clay tile, concrete block or tile or similar uniform building units or materials laid up unit by unit and set in mortar. Examples of masonry fences are shown below.

  

D. Ornamental Iron. Any wrought iron, metal, or composite fence, of primarily open design, consisting of straight or curved bars or pieces, including metal vertical picket fences. Examples of ornamental iron fences are shown below.

  

E. Chain Link. A fence of primarily open design consisting of an interlocking pattern of wire, metal or coated metal of at least 1/8" in diameter supported by vertical and/or horizontal bars or posts of at least one and one-half inches (1 ½") in diameter. Examples of chain link fences are shown below.

  

F. Lattice. A framework or structure of crossed wood, metal, or composite material. Examples of lattice fences are shown below.

  

G. Wire Mesh. A fence of primarily open design consisting of an interlocking pattern of wire less than 1/8" in diameter supported by vertical or horizontal bars or posts less than one and one-half (1 ½") in diameter.

45

H. Wood Picket. A fence that is more than fifty percent (50%) open, and is constructed with wooden or composite supports and fence materials. This type of fence includes fences with vertical pieces of material (i.e., "picket fences"), as well as fences with horizontal materials (i.e., "split rail" fences). Examples of fences classified as wood picket are shown below.

  

4.2-4.3. Location.



No portion of a fence, including posts and post footings, shall extend past the property line. When fences are adjacent to a public sidewalk they must be setback a minimum of one (1) foot from said sidewalk.

4.2-4.4. Posts. All fence posts shall be located on the side of the fence facing the fence owner's property, and the fence's finished side shall face the adjacent lots.

4.2-4.5. Measurement of fence height. Height of fences are exclusive of any posts or ornamental post caps or caps that do not exceed six (6) inches For sloping grades, effort shall be made to follow the contour of the grades.

**FENCE HEIGHT WITH A POST CAP SIX (6) INCHES OR LESS**





FENCE HEIGHT WITH A POST CAP IN EXCESS OF SIX (6) INCHES

4.2-4.6. Sight Triangle.



Within fifteen horizontal feet (15') of intersecting property lines at public streets, walks, driveways, bike paths, or walking paths, fences shall not exceed three (3') feet in height, whether solid or open fencing is used.

4.2-4.7. Maintenance. The International Property Maintenance Code shall regulate fence maintenance.

4.2-4.8. Construction. The International Property Maintenance Code shall regulate proper construction standards for fences including but not limited to post materials and installation.

4.2-4.9. Materials and Uniformity.

   A. Fences shall be constructed of materials customarily used and manufactured as common fence materials. Examples of common fence materials are described and illustrated in the fence classifications portion of this section.

   B. Fences shall be of uniform height, material, type, color and design, and shall be so for the extent of the entire length of fence, except where a fence transitions from one yard to another or from one height to another per the requirements of this article.

   C. Wire mesh shall not be considered a common fence material and is prohibited, however, wire mesh may be used for functional purposes such as a border for gardens when the height does not exceed three (3) feet.

   D. Wood fences shall be made of a species either pressure treated or having natural resistance to decay.

   E. Lattice used as fences shall be completely framed using uniform framing materials.

   F. Chain link fences shall include a top rail.

   G. Fences with tarps and other similar coverings secured to fence are prohibited.

000417

4.2-4.10. Removal/Replacement. If a new fence on a property is meant to replace all or part of an existing fence, the existing fence shall be completely removed prior to the installation of the new fence.

4.2-4.11. Fences in Easements. The construction of fences in utility easements are subject to the conditions of the easement. It is recommended that fences should not be located in utility easements. However, when it is necessary to locate a fence in a utility easement, the property owner will be responsible for any repairs to the fence should the City or utility companies need to access or repair utilities located within that easement. Any utility boxes or enclosures shall not be enclosed within a fence.

4.2-4.12. Fences in Drainage Swales. No permit for any fence shall be issued if the construction or location of said fence would create an unreasonable obstruction to the natural flow of water within any drainage easement. Fences located across drainage swales shall be a minimum of six inches (6") above grade, with the exception of upright posts or bars.

4.2-4.13. Fences shall not be permitted in floodway areas as designated on FEMA's flood boundary and floodway map.

4.2-4.14. Grade Alterations. Grades at property lines shall not be altered due to fence construction unless a grading plan is submitted to and approved by the City Engineer.

4.2-4.15. Fences for Excavations. Pursuant to Building Code.

4.2-4.16. Fences Surrounding Swimming Pools. Pursuant to Building Code.

4.2-4.17. Vacant Lots. No fence shall be permitted to be constructed on a vacant lot unless said lot is immediately adjacent to a property occupied by a building or buildings and under common ownership (contiguous lot under single ownership).

4.2-4.18. Fences for Trash Enclosures. Fences for trash enclosures are subject to the standards in the Landscaping Section of the Bulk Restrictions.

4.2-4.19. Fences in the Right-of-Way. No fence, wall or other similar screening material shall be erected or maintained in any public right-of-way except those fences, walls and other screening material erected for the purpose of insuring the public safety by a public body having proper authority.

4.2-4.20. These provisions shall not prohibit the erection of a chain link or open mesh type fence over six (6) feet in height enclosing park and recreational areas, elementary or high school sites

4.2-4.21. Arbors and trellises which are detached from the building are allowable encroachments in a required front yard, a required side yard, a required side yard which abuts a street, or in any required rear yard of a double frontage lot, provided that they comply with each of the following standards.

A. Maximum height is nine feet.

B. Maximum width is six feet,

C. Maximum depth is three feet

D. Sum of depth in feet and width in feet is not to exceed eight feet.

E. Each surface of the arbor or trellis shall be at least fifty percent open.

000418

F. Any gate shall meet all existing fence regulations, except that, if, on each side of a trellis or arbor with a gate there is a hedge higher than three and a half feet, the gate is permitted to be as high as the adjoining hedge, but in no event to exceed a height of four feet.

4.2-4.22. Residential districts. Additional fence regulations applicable to residential districts and are in Chapter B of the Aurora Zoning Ordinance under Residential District Specific Regulations.

4.2-4.23. Non-residential districts.

A. Fence height. The maximum permitted fence height is six (6) feet. Fence height when used for the purposes of screening is increased to eight (8) feet pursuant to the Landscaping and Screening provisions contained in the Landscaping section of the Bulk Restriction.

B. Permitted Yards. The Obstructions section of the Bulk Restrictions shall regulate which yards fences and walls are permitted in.

C. Fences shall be constructed so that the side facing an abutting lot is smooth finished.

D. It shall be unlawful to construct or maintain anywhere within the City a fence equipped with barbed wire, spikes or any similar device, or any electric charge sufficient to cause shock. When approved by the Zoning Administrator, barbed wire used for maximum security may be allowed in M1, M2, and ORI zoning districts. When visible from the public right-of-way a security fence should be ornamental.

E. Fences used for the purpose of screening shall be pursuant to the Landscaping Section of the Bulk Restrictions. When adjacent to property zoned for residential use common fence materials may be used with the exception of chain link and wire mesh.

F. Landscaping. The City may require that fence areas be landscaped with low height plantings or other material pursuant to the Landscaping Section of the Bulk Restrictions.

**4.3. Special Uses & Structures**

4.3-1. **Authority.**

4.3-1.1. The city council of the City of Aurora shall have the authority to permit by ordinance the following uses of land or structures or both, subject to the conditions contained in the Administration Section.

4.3-2. Special Uses. The Special Uses as identified in <u>Table One: Use Categories</u> shall apply.

4.3-3. Specific Regulations.

000419

A. Car Wash, Single Bay, when such use is in conjunction to a Gasoline Station as an accessory use to and operated only during the regular business hours of the Gasoline Station.

B. Financial institutions with a drive-through facility, when located at the intersection of two publicly dedicated streets (corner) under the following conditions:

　i. When said intersection is designated as non-residential on only two of the four corners of the intersection of said two publicly dedicated streets (corner).

　ii. When said intersection is designated as non residential on all four corners and contains one or more existing financial institutions with drive-through facilities located at the intersection of said two publicly dedicated streets (corner).

C. Financial institutions with a drive-through facility, when located within 1000' of an intersection of two publicly dedicated streets and

　i. When said intersection is designated as non-residential on only two of the four corners of the intersection of said two publicly dedicated streets (corner) and contains one or more existing Financial institutions with a drive-through facilities located within 1000' of said intersection, as measured property line to property line.

　ii. When said intersection is designated as non residential on all four corners and contains two or more existing Financial institutions with a drive-through facilities located within 1000' of said intersection, as measured property line to property line.

D. Drive Through/ Drive In establishment, when located at the intersection of two publicly dedicated streets (corner), under the following conditions:

　i. When said intersection is designated as non-residential on only two of the four corners of the intersection of said two publicly dedicated streets (corner).

　ii. When said intersection is designated as non-residential on all four corners and contains one or more existing Drive Through/ Drive In establishments located at the intersection of said two publicly dedicated streets (corner).

E. Drive Through/ Drive In establishment, when located within 1000' of an intersection of two publicly dedicated streets and

　i. When said intersection is designated as non-residential on only two of the four corners of the intersection of said two publicly dedicated streets (corner) and contains one or more existing Drive Through/Drive In establishments located within 1000' of said intersection, as measured property line to property line.

　ii. When said intersection is designated as non residential on all four corners and contains two or more existing Drive Through/Drive In establishments located within 1000' of said intersection, as measured property line to property line.

F. Institutions for the care of the insane or feeble minded, shall be established above the first floor when located in a building constructed for a business use. A building originally constructed for residential use may be used in whole or in part.

G. Intertrack wagering facilities when not located within eight hundred (800) feet of a religious institution, grade school, high school, hospital, nursing home property or any single-family detached residential zoning district.

0004.0

H. Off-street parking areas within the downtown core constructed after the effective date of this the Downtown Core District, located within front or side yards, or as the sole use of a property.

I. Rest homes and nursing homes, in any R-4, R-5 or B districts, provided that when located in a business district, such uses shall be established above the first floor when located in a building constructed for a business use. A building originally constructed for residential use may be used in whole or part.

J. Transportation uses, such as taxicab and bus waiting rooms, auto rental agencies wholly within a building, and public parking garages for storage of private passenger autos and commercial vehicles under one-and-one-half-ton capacity, in the downtown fringe district.

K. One (1) or more buildings to be redeveloped for use or uses not permitted within the underlying zoning district; provided the proposed use is of a nature that may give rise to problems with respect to impact upon neighboring property and public facilities in any use district. Buildings constructed originally as single-family and two-family dwellings shall not be considered for development under this provision.

**4.4. Accessory Uses & Structures**

4.4-1. Applicability of principal structure regulations.

4.4-1.1. Where an accessory structure is structurally attached to a principal building, it shall be subject to, and must conform to, all regulations of this ordinance applicable to the principal building.

4.4-2. Placement on a zoning lot. Unless otherwise specified, accessory buildings and structures are restricted to the following locations:

4.4-2.1. Front Yard: Accessory structures are not permitted in the front yard or required front setback.

4.4-2.2. Exterior Side Yard: Setbacks apply, except on reverse corner lots accessory structures must be setback to the building setback line of the adjacent property to the rear. In no case shall this exception apply to more than thirty (30) feet from the street property line.

4.4-2.3. Interior Side Yard: Setbacks apply.

4.4-2.4. Rear Yard: Accessory structures must be setback a minimum of

A. Three (3) feet from interior side lot lines;

B. Five (5) feet from rear lot lines; and

C. Setbacks apply on exterior lot lines, except on reverse corner or through lots accessory structures must be setback to the building setback line of the adjacent property. In no case shall this exception apply to more than thirty (30) feet from the street property line.

000421

Illustration: Accessory Structures - Placement on a Zoning Lot



A = Not permitted in front yard or required front setback.
B = Not permitted in required setback.
C = Must be setback three (3) feet from interior property line.
D = Must be setback five (5) feet from rear property line.
E = Must be setback to the building setback line of the adjacent property.

4.4-2.5. When an accessory structure has been constructed on a slab or foundation, and demolition occurs for whatever reason, the accessory structure may be re-established at its previous location without the necessity of a variation provided that an application for building permit is made no later than six (6) months after demolition.

4.4-3. Erection prior to that of principal building.

4.4-3.1. An accessory structure may be erected prior to the establishment or construction of the principal building to which it is accessory, or to which it is intended to be accessory, providing the principal building shall be fully completed within two (2) years after the erection of the accessory structure, and providing further, that the accessory structure shall not be used for residential purposes, except for the housing (after the completion of the principal building) of domestic help, or temporary housing of guests, per the Rules Section of Specific Regulations and as permitted in the provisions listed below under permitted accessory structures and uses..

4.4-4. Permitted accessory structures and uses in Residential Districts. The Permitted Structures and Obstructions for E, R1, R2, and R3 Residential Districts are identified in Table Four: Permitted Structures and Obstructions.

4.4-5. Permitted accessory structures and uses in districts other than E, R1, R2, and R3 include but are not limited to:

4.4-5.1. A children's playhouse;

4.4-5.2. A garden house;

4.4-5.3. A private greenhouse;

4.4-5.4. A garage, shed or building for domestic storage;

4.4-5.5. Storage of merchandise normally carried in stock on the same lot with any retail service or business use, unless such storage is excluded by the district regulations;

4.4-5.6. Storage of goods used in or produced by manufacturing activities, on the same lot or parcel of ground with such activities, unless such storage is excluded by the district regulations;

4.4-5.7. A nonpaying guesthouse or rooms for guests within an "accessory structure," provided such facilities are used for the occasional housing of guests of the occupants of the principal building and not for permanent occupancy by others as housekeeping units;

4.4-5.8. Quarters comprising part of an accessory garage and solely for occupancy of a full-time employee hired to perform routine household duties (and his or her family) for occupants of the principal dwelling, while receiving compensation for their work;

4.4-5.9. Off-street motor vehicle parking areas, and loading and unloading facilities;

4.4-5.10. Signs (other than advertising signs) as permitted and regulated in each district incorporated in this ordinance;

4.4-5.11. Boathouse. A building adjacent to a body of water designed to serve as a boathouse for private use in the case of an R district and for public or private use in the case of a B-district;

4.4-5.12. Public utility communication, electric, gas, water and sewer lines, their supports and incidental equipment;

4.4-5.13. Federally-licensed amateur radio station and citizens band radio operator and receive-only antennas.

4.4-6. Garages, Sheds and other Accessory Storage Structures

4.4-6.1. Number. Each zoning lot of record shall be permitted a maximum of one shed and one garage per residential dwelling. No garage or shed shall be constructed on a vacant lot unless said lot is immediately adjacent to a property occupied by a building or buildings under common ownership (Zoning Lot).

4.4-6.2. Materials and Construction.

A. Garages and sheds shall be constructed of an approved, uniform material, type, color and design. Approved materials shall be materials customarily used when constructing a garage or shed and may consist of, but is not limited to wood, metal, brick, and block. Resin storage sheds when purchased for the purposes of outdoor storage is an acceptable material. See image below for an example of an acceptable resin shed.

