A. All buildings and structures erected or enlarged and land uses initiated after the effective date of this ordinance shall provide accessory off-street parking or loading facilities as required hereinafter for the use thereof, except that a building or structure for which a building permit has been issued prior to the effective date of this ordinance shall not be required to furnish parking or loading facilities if construction is begun thereon within six (6) months of the effective date of the building permit and diligently prosecuted to completion.

B. When a building or structure erected or enlarged prior to or after the effective date of this ordinance shall undergo a decrease in number of dwelling units, gross floor area, seating capacity, number of employees, or other unit of measurement specified hereinafter for required parking or loading facilities, and further, when said decrease would result in a requirement for a fewer total parking or loading spaces through application of the provisions of this ordinance thereto, parking and loading facilities may be reduced accordingly provided that existing parking or loading facilities shall be so decreased only when the facilities remaining would at least equal or exceed the parking or loading requirements resulting from application of the provisions of this ordinance to the entire building or structure as modified.

C. When a building or structure shall undergo any increase in number of dwelling units, gross floor area, seating capacity, or other unit of measurement specified hereinafter for required parking or loading facilities, and further, when said increase would result in a requirement for additional total parking or loading spaces through application of the provisions of this ordinance thereto, parking and loading facilities may be increased accordingly, provided that existing parking or loading facilities shall be so increased so that the facilities would at least equal or exceed the parking or loading requirements resulting from application of the provisions of this ordinance to the entire building or structure as modified.

D. The parking, driveway and loading facilities for a building, structure or use shall be increased and properly surfaced whenever the following occurs:

    i. Any increase in number of dwelling units.

    ii. Any increase in gross floor area resulting in a requirement for additional parking or loading spaces.

    iii. Any increase in seating capacity resulting in a requirement for additional parking or loading spaces.

    iv. An increase in any unit of measurement specified hereinafter resulting in a requirement for additional parking or loading spaces.

    v. Rebuilding or reconstruction after damage exceeding fifty (50) percent of principal building.

    vi. Rezoning of the property to a classification other than R-1 single-family, R-2 single-family, R-3 single-family or R-4 two-family dwelling district.

    vii. When an accessory garage building is newly constructed or new garage construction results in an increase in the number of parking spaces on a zoning lot, previously provided.

5.13-2.3. FoxWalk Overlay District Exception. These off-street parking regulations, with the exception of the loading requirements, shall not apply to any uses of new

C00442

buildings or structures, or any existing principal building or structure which is enlarged or increased in capacity after the adoption of this section when located within the area as described in Resolution R93-426 approved by the City Council on 11/23/93, Establishing the FoxWalk overlay district.

5.13-2.4. Existing parking and loading spaces. Accessory off-street parking and loading spaces in existence on the effective date of this ordinance may not be reduced in number unless already exceeding the requirements of this section for equivalent new construction; in which event, said spaces shall not be reduced below the number required herein for such equivalent new construction.

5.13-2.5. Permissive parking and loading spaces. Nothing in this section shall prevent the establishment of off-street automobile parking or loading facilities to serve any existing use of land or buildings, subject to full compliance with the provisions of this section, except that off-street parking areas accessory to existing multiple-family structures cannot be located off the premises containing the principal use, unless on a lot adjacent thereto, without special authorization by the city council.

5.13-2.6. Measurements.

A. Tables for required parking and loading. Requirements governing the number and location of off-street parking and off-street loading facilities in relation to the use of property are established hereinafter in subsections of this ordinance. The parking and loading requirements for any use not specified herein shall be the same as for a similar specified use.

B. Floor area. The term "floor area" as employed in this parking and loading section in the case of office, merchandising or service types of use shall mean the gross floor area of a building or structure used or intended to be used for service to the public as customers, patrons, clients, patients or tenants, including areas occupied by fixtures and equipment used for display or sale of merchandise. "Floor area" for the purposes of this section shall not include any area used for:

i. Storage accessory to the principal use of a building;

ii. Incidental repairs;

iii. Processing or packaging of merchandise;

iv. Show windows, or offices incidental to the management or maintenance of a store or building;

v. Rest rooms;

vi. Utilities, or

vii. Dressing, fitting or alteration rooms.

C. Extent of control. Off-street parking facilities shall be located as hereinafter specified; where a distance is specified, such a distance shall be measured from the nearest point of the parking area to the nearest entrance of the building that said parking area is required to serve.

D. Measurement of space. Minimum parking stall dimensions in this section are exclusive of access drives or aisles, ramps, columns, office and work areas individually accessible from streets or alleys, or from private driveways or aisles leading to streets or alleys.

C00443

E. Number of spaces. When determination of the number of required off-street parking spaces results in a requirement of a fractional space, any fraction up to and including one-half shall be disregarded, and fractions over one-half shall be interpreted as one (1) parking space.

F. Measurement of dock. When determination of the number of required off-street loading docks results in a requirement of a fractional dock, any fraction up to and including one-half shall be disregarded, and fractions over one-half shall be interpreted as one (1) loading dock.

5.13-3. General Regulations.

5.13-3.1. Schedule of parking requirements. The schedules of parking requirements are as identified in Table Two: Schedule of Parking Requirements.

5.13-3.2. Parking facilities.

A. Purpose. Parking facilities are to be used for the storage or parking of passenger automobiles and commercial vehicles under one and one-half-ton capacity where permitted under this ordinance. The parking, standing, loading or unloading of motor trucks, tractors and trailers are only permitted in designated loading dock areas as described in the Loading Docks portion of this section.

B. Location of parking facilities. Off-street parking facilities shall be provided on the same lot or parcel of land as the principal building being served, or on a separate lot or parcel of land not over four hundred (400) feet from the entrance of the principal building, measured from the nearest point of the parking area, provided the separate lot or parcel of land intended for the parking facilities is located in the same district as the principal permitted use or in a less restricted district.

C. Safety. Vehicles shall not be parked or stored in such a manner as to create a dangerous or unsafe condition. Dangerous and unsafe conditions shall be determined by the Zoning Administration and are as follows, but not limited to, parking or storing the vehicle in a manner such that it may tip or roll, or having pointed objects, such as propellers or motors, without being covered or protected and are within two feet of a sidewalk, bike path, roadway pavement, or other pedestrian or vehicular ways.

D. Open and enclosed spaces. Parking facilities may be open or enclosed..

E. Access. Parking facilities shall be designed with appropriate means of vehicular access to a street or alley in such a manner as will least interfere with the movement of traffic, and shall comply with all provisions of other ordinances of the City of Aurora regulating the location and construction of driveways.

F. Signs. No sign shall be displayed in any parking area within any residential district, except such as may be necessary for the orderly use of the parking facilities.

G. Required setbacks. No parking area or facility established on the same zoning lot with a building shall be located within any yard setback required for the district in which the parking facility is located. No parking area or facility established on a zoning lot without a building shall be located closer to any street line that the established building line on adjacent properties.

74

000444

H. Surfacing. All open off-street parking facilities shall be improved with a gravel compacted macadam base, not less than four (4) inches thick, and surfaced with asphalt, asphaltic concrete or constructed to a comparable specification.

I. Parking Stalls. The following diagram indicates the minimum standard for parking stalls:

MINIMUM STANDARDS FOR PARKING STALLS



| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| 0° (Parallel) | 9' | 22' | 9' | 22' | 12'/*24' | - | 30'/*42' | - |
| 45° | 9' | 12.7' | 19.8' | 19' | 13' | 18' | 52.6' | 49' |
| 60° | 9' | 10.4' | 21' | 19' | 18' | 19' | 60' | 56' |
| 90° (Perpendicular) | 9' | 9' | 19 | 19' | *24' | 17' | *62' | *58' |

A= Angle of parking
B= Width of stall
C= Width of stall (parallel to aisle)
D= Stall depth (perpendicular to aisle)
E= Stall length
F= Aisle width
G= Stall depth (not including 2' overhang)
H= Wall to wall measurement
 I = Head into curb (not including 2' overhang)

Notes:
Vehicular overhang shall not encroach into a walkway or sidewalk area reducing the width to less than three (3) feet.
* = Two-way traffic is authorized. For two-way traffic flow a minimum twenty-four (24) foot aisle is required.

J. Striping. All spaces within parking facilities shall be striped.

K. Lighting. The Performance Standards in the Bulk Restrictions Section of the Aurora zoning ordinance shall be applicable.

5.13-3.3. Joint parking facilities. Off-street parking facilities for different buildings, structures or uses or for mixed uses, may be provided collectively in any zoning district in which separate parking facilities for each constituent uses would be permitted, provided that the total number of spaces so located together shall not be less than the sum of the separate requirements for each use.

5.13-3.4. Control of the off-site facilities. When required accessory off-street facilities are provided elsewhere than on the lot on which the principal use served is located, the ownership of land wherein the principal use and the parking area shall be the same, and if not, the owner of the lot wherein the principal use is located shall supply the City of Aurora with satisfactory evidence, to the reasonable satisfaction of the City of

CC0445

Aurora's Corporation Counsel, either through a long-term lease (no less than 20 years) recorded easements or documentation that would allow the parties use of the lot wherein the parking area is to be maintained.

5.13-3.5. Permitted districts for accessory parking. Accessory parking facilities provided elsewhere than on the same zoning lot with the principal use served in accordance with the parking requirements for hotels and motels, may be located in any zoning district except as follows:

A. No parking facilities accessory to an apartment use shall be located in an R-1, R-2, or R-3 district.

B. No parking facilities accessory to a business or manufacturing use shall be located in a residential district, except when authorized by the city council as prescribed hereinafter.

5.13-3.6. Special use public parking facilities. Any automobile parking area developed for transient trade, and not accessory to specific principal uses or groups of uses for which parking is required by this ordinance, shall be treated as a special use, as defined in the Rules and Definitions Section and as allowed in accordance with the provisions of the Use Regulations Section by the city council.

5.13-3.7. Loading Docks.

A. Purpose. An off-street loading dock shall be a hard-surfaced area of land, open or enclosed, other than a street or a public way, used principally for the standing, loading or unloading of motor trucks, tractors and trailers so as to avoid undue interference with the public use of streets and alleys.

B. Size. A required loading space shall not be less than ten (10) feet in width, forty-five (45) feet in length, and fourteen (14) feet in height, exclusive of access aisles and maneuvering space, except as otherwise specifically dimensioned hereafter.

C. Location.
   i. No permitted or required loading dock shall be closer than fifty (50) feet to any property in a residential district unless completely enclosed by building walls, or a uniformly painted solid fence or wall, or any combination thereof not less than six (6) feet in height.
   ii. No permitted or required loading dock shall be located within twenty-five (25) feet of the nearest point of intersection of any two (2) streets.
   iii. Loading docks open to the sky may be located in any required yards.

D. Surfacing. All open off-street loading docks shall be improved with a compacted macadam base not less than seven (7) inches thick, surfaced with not less than two (2) inches of asphaltic concrete or some comparable construction material.

5.13-3.8. Residential Specific Regulations. Off-street parking accessory to a residential **use when not one hundred percent (100%) enclosed in a garage or shed**, shall be limited by the following provisions; all regulations are listed per zoning lot.

A. Types of Vehicles allowed. The owner of any vehicle shall also be the legal or beneficial owner or lessee of the real estate upon which said vehicle is stored, standing or parked. Upon request by an authorized agent of the City, proof of ownership shall be provided. The following types of vehicles are allowed:
   i. Passenger vehicles
   ii. Recreational vehicle
   iii. Boat

76

    iv. Trailer
    v. Commercial vehicle - excluding tow trucks and panel trucks, which shall be
        prohibited.
    vi. Essential Emergency Commercial Vehicle.
B. Quantity of vehicles allowed.
    i. Passenger vehicles - A zoning lot shall be limited to five (5) in total. .
    ii. Recreational vehicle, boat, trailer, commercial vehicle, or emergency commercial
        vehicle - A zoning lot shall be limited to one (1) in total.
C. Size of vehicles allowed.
    i. Passenger vehicles – shall not exceed twelve (12) person capacity.
    ii. Recreational vehicle – shall not exceed twenty-five (25) feet in length, eight (8)
        feet in width, or greater than eleven (11) feet in height excluding the
        antennae, unless the said vehicle is stored in an enclosed garage or other
        structure.
    iii. Boat – shall not exceed twenty-five (25) feet in length
    iv. Trailer - shall not exceed the length allowed by one axel.
    v. Commercial vehicle - shall not exceed the standards of a State of Illinois
        licensure classification of "B,"
    vi. Essential Emergency Commercial Vehicle – shall not exceed a State of Illinois
        licensure classification of "D"
D. Required setbacks. The above stated General regulations shall apply with the
    following exceptions:
    i. Parking of vehicles may occur upon all driveways pursuant to section E below.
    ii. Vehicles, with the exception of Passenger vehicles, must conform to the
        following minimum distances from the zoning lot lines:
        a. Front Lot Line – prohibited between the primary structure and this lot line
           except as stated in the "Additional Regulations for Outdoor storage,
           parking or standing of recreational vehicles, boats or trailers" section
           below.
        b. Rear Lot Line – 5 feet
        c. Exterior Side Lot Line – prohibited between the primary structure and this
           lot line.
        d. Interior Side Lot Line: 3 feet
E. Driveways. Parking and driveways for residential uses shall conform to the
    following regulations:
    i. Number. One driveway and one curb cut or vehicular entrance into a street or
        alley shall be permitted per lot, with the following exceptions:
        a. Through Lots. A through lot may have one curb cut on each frontage.
        b. Lots Abutting Alleys. A lot abutting an alley that has a detached garage:
           may have a vehicular entrance from the alley only if the garage is located
           at least 5 feet from the alley, and may have a curb cut on a street only if
           such garage is located less than 20 feet from the alley.
        c. Circular Drives in Front Yards. An interior or corner lot having a lot
           width of 75 feet or more may have a circular driveway with two curb cuts
           located in the actual front yard.
        d. Circular Drives in Corner Side Yards. A corner lot with a lot width of less
           than 100 feet may have a circular driveway with two curb cuts located in
           the actual corner side yard in lieu of a driveway in the actual front yard.
           An entrance or exit from an alley may substitute for one of the curb cuts.

C00447

ii. Driveway Turnarounds.  No driveway turnaround shall be more than 12 feet long, or over 10 feet wide, excluding flairs.  No driveway turnaround shall be permitted in a required front yard located between the dwelling structures and the street except where:

    a. the garage on the premises accommodates only one car, and

    b. the regulations herein together with the characteristics of the property prevent establishment of more than 2 spaces on the lot, and

    c. the lot has frontage on an arterial street designated in the City Comprehensive Plan.

iii. Configuration.  A driveway within a required front yard shall be essentially perpendicular to the street pavement and shall not extend in front of the dwelling structure.

iv. Dimensions.  Dimensions of residential driveways shall be as provided in <u>Table Three: Residential Driveways</u>.

v. Additional Vehicle Flare.  One (1) flare to the leading driveway is allowed with the following additional provisions:

    a. The flare shall not be permitted within the first five (5) feet of the front setback.

    b. The flare may have a maximum dimension of 18 feet in length and 6 feet in width.

    c. A maximum of one (1) vehicle may be parked/stored on the flare section.

    d. The flare shall not be allowed in front of a habitable portion of the primary structure.

    e. The flare shall be reasonably screened from adjacent properties as provided herein.  Screening shall be to an opacity of not less than seventy-five (75) percent, be a minimum of six (6) feet above grade, and not exceed eight (8) feet in height.  Screening may be accomplished by berming, landscaping at seven canopy tree equivalents per 100 feet of storage perimeter, solid fencing , or wall construction.  For fencing limitations in residential districts refer to the Fencing and Wall Section under Residential Specific Regulations of Chapter B. Lot Coverage.  No driveway shall together with all Principal and Accessory Structures cover more than the allowed lot coverage for the specific zoning district.

F. Nonresidential parking in residential districts. Accessory off-street parking facilities serving nonresidential uses of property may be permitted in any R district when authorized by the city council pursuant to the Special Use provisions of this Ordinance and subject to the following requirements in addition to all other relevant requirements of this section:

i. The parking lot shall be accessory to, and for use in connection with, one (1) or more nonresidential establishments located in adjoining districts or in connection with one (1) or more existing professional or institutional office buildings or institutions.

ii. Said parking lot shall be used solely for the parking of passenger automobiles.

iii. No commercial repair work or service of any kind shall be conducted on said parking lot.

iv. No sign of any kind other than signs designating entrances, exits, and conditions of use, shall be maintained on said parking lot, and shall not exceed twenty (20) square feet in area.

C00448

v. Each entrance to and exit from said parking lot shall be at least five (5) feet distant from any adjacent property located in any residential district, except where ingress and egress to the parking lot is provided from a public alley or public way separating the residential areas from the proposed parking lot.

vi. In addition to the foregoing requirements, such parking lots shall conform to any further requirements and conditions as may be prescribed by the city council for the protection of properties adjacent to and in the vicinity of the proposed parking lot.

G. Additional Regulations for outdoor storage, parking or standing of recreational vehicles, boats or trailers.

i. Purpose. The presence of recreational vehicles, boats or trailers, and other certain motor vehicles that, by virtue of their design, type, or characteristics, are not customary and incidental to the use or occupancy in a residential district may be detrimental to the surrounding area. These said vehicles intrude upon the visual aesthetics, may create excessive noise, and can impair the free flow of traffic within a residential neighborhood. The purpose of this section is to provide regulations that would prohibit or restrict the ways in which recreational vehicles are parked or stored, thereby reducing such negative impacts upon the adjacent property owners or the neighborhood as a whole.

ii. Location and Storage. No recreational vehicles, boats or trailers may be parked on public right of way. Recreational vehicles, boats or trailers shall be in an unused fully stored state and at no time shall a parked or stored recreational vehicle be used for living, sleeping, or other purposes while on the zoning lot. In addition, no recreational vehicle shall be connected to electric, gas, water, or sanitary sewer service.

iii. Surfacing. Any recreational vehicles, boats or trailers parked or stored outside shall be accessible only from a residential driveway and on an approved all-weather surface no more than 30 feet in length and consisting of either asphalt, brick, or concrete in the form of continuous ribbon strips a maximum of 2 feet in width or grass pavers, either for the full width of the vehicle or in the form of continuous ribbon strips a minimum of 2 feet in width. Surfacing requirements shall also meet the lot coverage requirements contained in specific zoning district.

iv. Screening. Any recreational vehicles, boats or trailers parked or stored outside shall be reasonably screened from adjoining properties as provided herein. Screening shall be to an opacity of not less than seventy-five (75) percent, be a minimum of six (6) feet above grade, and not exceed eight (8) feet in height. Screening may be accomplished by berming, landscaping at seven canopy tree equivalents per 100 feet of storage perimeter, solid fencing, or wall construction. For fencing limitations in residential districts refer to the Fencing and Wall Section under Residential Specific Regulations of Chapter B.

v. Required Setbacks. The above stated required setback regulations shall apply with the exception that recreational vehicles may be parked in required front and exterior side yards only if the following conditions are satisfied:

a. The vehicle is used daily and is the owner's principal means of transportation to and from their place of employment.

b. The length of the vehicle shall not exceed twenty-five (25) feet.

C00449

vi. Loading and Unloading.  For a period not to exceed 48 hours prior and subsequent to a trip, a recreational vehicles, boats or  trailers may be parked in the driveway in the required front yard or exterior side yard for the purposes of loading and unloading.  Parking of a recreational vehicles, boats or trailers for a five-day time frame per each calendar month for loading and unloading purposes may take place in the required front yard without the necessity of complying with  the above stated Surfacing, Screening or Required Setbacks provision. This time frame may be reasonably extended by the zoning administrator to accommodate additional loading and unloading.

CC0450

# CHAPTER B. ZONE DISTRICTS

## SECTION 6. PUBLIC OPEN SPACE/RECREATION/PARK DISTRICT

### 6.1. Title.

6.1-1. This district shall be entitled "public open space/recreation/park" and be delineated on the Aurora zoning map with "P".

### 6.2. Intent & Purpose

6.2-1. Statement Of Intent.

6.2-1.1. This district shall establish land use regulations for publicly held open space, recreational areas, and parks within the City of Aurora with the intent:

A. To provide a zoning district that shall allow public open space, recreational areas and parks to be developed without any further planning review process; and

B. To apply this district to all existing publicly held open space, recreational areas and parks; and

C. To apply this district to newly annexed land intended for open space, recreational and park consistent with Aurora's and all appropriate park district comprehensive plans; and

D. To provide facilities that are accessible for all socioeconomic groups; and

E. To establish safe and secure facilities; and

F. To cooperate with all interrelated governmental agencies in utilizing common resources in establishing facilities; and

G. To allow active and passive recreational activities; and

H. To encourage preservation of natural areas that have maintained features of the physiographic region; and

I. To encourage conservation of wildlife sanctuaries and habitats; and

J. To encourage preservation of scenic areas; and

K. To provide for the interconnection of open space, recreational areas and parks with parkways, rural drives and parkways; and

L. To maximize the benefit of the public parks within the city while minimizing the impacts on surrounding land uses; and

M. To buffer any active recreational uses from residential land uses.

### 6.3. District Specific Regulations

6.3-1. Rules

6.3-2. Definitions.

6.3-2.1. The Rules and Definitions Section of the Aurora zoning ordinance shall be applicable to this district along with the following more specific definitions:

6.3-2.2. Community park: An active or passive recreational facility for all age groups within driving distance of its location (typically a thirty-minute driving time), which

002451

has an emphasis on family and group programmed activities available on a year-around basis.

6.3-2.3. Communitywide special park: An active or passive recreational facility for all age groups, which has an emphasis on one or more singular purpose activities outside the normal park setting.

6.3-2.4. Conservation/protection park: A passive recreational facility for all age groups, which has an emphasis on preserving environmentally sensitive areas and natural resource features.

6.3-2.5. Linear park: A recreational facility for all age groups, which has an emphasis on providing non-motorized linkages within the open space system.

6.3-2.6. Neighborhood park: A passive recreational facility with limited active capability for all age groups within walking distance of its location (typically one-half-mile radius), which has an emphasis on informal play activities rather than intensely scheduled activities.

## 6.4. Use Regulations

6.4-1. Permitted uses.

6.4-1.1. The following uses shall be allowed in this district:

A. Community parks.

B. Communitywide special parks.

C. Conservation/protection parks.

D. Linear parks.

E. Neighborhood parks.

F. Any other use determined to be compatible with the above-stated uses and those uses adjoining.

6.4-2. Special Uses.

6.4-2.1. The following special uses shall be the only type of special use allowed in this district:

6.4-2.2. Planned development pursuant to the Use Regulations Section.

6.4-3. Accessory Uses And Structures

6.4-3.1. The Use Regulations Section of the Aurora zoning ordinance shall be applicable.

6.4-3.2. Notwithstanding any provision of the Use Regulations Section to the contrary, the following accessory uses and structures shall be allowed in communitywide special parks and conservation/protection parks:

A. Outside storage of park related materials.

B. Six-foot, zero-inch height chain-link fencing with barbwire.

C. Gas pump with underground storage tanks.

## 6.5. Bulk Restrictions

6.5-1. Building, Dwelling & Structure Standards

C00452

6.5-2. Floor Area Ratio

6.5-3. Height

    6.5-3.1. Height of buildings: The maximum height of buildings shall be thirty-five (35) feet zero (0) inches.

        A. Building height may exceed the bulk restriction where the required yard areas are increased by a ratio of two (2) for every one (1) increase in building height.

        B. Flagpoles, sports lighting and security lighting may exceed the bulk restriction.

6.5-4. Landscaping

6.5-5. Lot Area

    6.5-5.1. Minimum lot size and width: None.

6.5-6. Lot Coverage

    6.5-6.1. Lot coverage (maximum): Maximum lot coverage shall be consistent with adjoining properties.

6.5-7. Monotony Standards

6.5-8. Nonconforming uses and buildings.

    6.5-8.1. The Bulk Restrictions Section of the Aurora zoning ordinance shall be applicable.

6.5-9. Obstructions

    6.5-9.1. Permitted obstructions: The Bulk Restrictions Section of the Aurora zoning ordinance shall be applicable.

6.5-10. Parking And Loading

    6.5-10.1. The Bulk Restrictions Section of the Aurora zoning ordinance shall be applicable with the provision that parking facilities may be developed as appropriate to park use.

6.5-11. Performance Standards.

    6.5-11.1. The Bulk Restrictions Section of the Aurora zoning ordinance shall be applicable.

6.5-12. Setbacks

    6.5-12.1. Required yard areas: Shall be consistent with adjoining properties.

6.5-13. Signs

    6.5-13.1. Signs are allowed in accordance with the Aurora sign ordinance.

## SECTION 7. RESIDENTIAL DISTRICTS

### 7.1. Purpose.

    7.1-1. The residential districts set forth herein are established in order to protect public health, and promote public safety, convenience, comfort, morals, prosperity and welfare. These general goals include, among others, the following specific purposes:

C00453

7.1-1.1. To protect residential areas against fire, explosion, noxious fumes, offensive noise, smoke, vibrations, dust, odors, heat, glare and other objectionable factors.

7.1-1.2. To protect residential areas to the extent possible and appropriate in each area against unduly heavy motor vehicle traffic, especially through traffic, and to alleviate congestion by promoting off-street parking.

7.1-1.3. To protect residential areas against undue congestion of public streets and other public facilities by controlling the density of population through regulation of the bulk of buildings.

7.1-1.4. To protect and promote the public health and comfort by providing for ample light and air to buildings and the windows thereof.

7.1-1.5. To promote public comfort and welfare by providing for usable open space on the same zoning lot with residential development.

7.1-1.6. To provide sufficient space in appropriate locations to meet the probable need for future residential expansion and to meet the need for necessary and desirable services in the vicinity of residences, which increase safety and amenity for residents and which do not exert objectionable influences.

7.1-1.7. To promote the best use and development of residential land in accordance with a comprehensive land use plan, to promote stability of residential development and protect the character and desirable development and to protect the value of land and improvements and so strengthen the economic base of the City of Aurora.

**7.2. Rules**

A. Plat approval. The subdivision of all zoning lots shall be subject to final plat approval pursuant to the Aurora Subdivision Control Ordinance.

B. Plan approval. The final plan provisions of this ordinance shall apply when a property is being subdivided pursuant to the regulations listed above and/or when stormwater detention is required.

**7.3. Residential District Specific Regulations.**

7.3-1. Intent and Purpose

7.3-2. Home Occupation Regulations

7.3-2.1. Intent & Purpose

A. To allow home occupations in residential districts only those uses that conform to the standards of this Section.

B. To regulate home occupations, generally accessory uses, to be located or conducted that the neighboring properties, under normal circumstances, are not aware of its existence and except where indicated in this section, no visible evidence of the home occupation shall be apparent from either the street or surrounding area.

C. To ensure that home occupations shall be incidental to the principal use of the dwelling unit as a residence.

D. To ensure the standards contained in this Section shall be measured against each proposed home occupation in order to protect residential areas from possible

000454

negative effects of home occupation uses and to ensure that a home occupation is not to be a substitute for activities customarily conducted in commercial districts.

E. Nothing contained herein shall prohibit occupants of a residential unit from enjoying or partaking in hobbies or other activities not for gain.

7.3-2.2. Specific Regulations

A. Employees.  One person may be employed on the site in connection with the home occupation that is not an inhabitant of the dwelling unit.

B. No home occupation and/or equipment used in conjunction with the home occupation shall cause or produce unreasonable or objectionable noise, vibration, heat, glare, fumes, odors, dust, emissions or electrical or radio interference detectable beyond the boundaries of the lot in a single family residence district (or outside the dwelling unit in other than a single family residence) that is more than that customarily associated with the uses allowed in the district.

C. Structural limitations.  No alteration of any kind shall be made to the dwelling unit or premises where the home occupation is conducted that would change its residential character.  No separate entrance shall be provided solely in connection with the conduct of any home occupation and no structural alterations shall be made which physically separates the dwelling unit from the area in which the home occupation is conducted.

D. Percentage of home devoted to the home occupation.  No more than twenty-five (25) percent of the area of a dwelling unit shall be devoted to the home occupation, except for babysitting services, day care homes and part day child care facilities/services or for meetings which shall not occur more frequently than once per month.

E. The home occupation shall be conducted entirely within the principal residential building and there shall be no outside storage permitted on the premises of equipment or materials used in the home occupation.  However, recreational activities incidental to the home occupation shall not be prohibited from taking place outside the dwelling unit.

F. Vehicles.  A vehicle used in conjunction with a home occupation is subject to the Off-street Parking and Loading Requirements of Chapter A.  In addition, the home occupation vehicle must be of a type ordinarily used for conventional private passenger transportation, i.e., passenger automobile, van, limousine, and pick-up trucks not exceeding the payload capacity of one ton.  Further, the home occupation vehicle shall not be a vehicle designed for carrying more than twelve (12) persons.  Vehicles designed or used for living quarters shall not be used in conjunction with a home occupation.

G. Signage and display of items.  There shall be no display of items or activity that will indicate from the exterior of the dwelling unit that it is being used in part as a home occupation.

H. Display of items.  Only articles produced by the members engaged in the home occupation shall be displayed within the dwelling unit.  Direct sales and/or

000455

rentals of products off display shelves or racks is prohibited, however, a person may pickup an order previously made by telephone or other business means.

I. Hours of operation.  No visitor in conjunction with the home occupation (clients, patrons, pupils, sales, persons, ect.) shall be permitted between the hours of 9:00 p.m. and 7:00 a.m.

J. Delivery vehicles.  Deliveries from commercial suppliers shall be made by passenger vehicles, vans, parcel delivery vehicles, and other vehicles typically making deliveries within residential districts, however, deliveries shall not be made by semi-trailers.  Deliveries shall be made between 9:00 a.m. and 6:00 p.m. Monday through Friday.

K. Parking generated from the home occupations.  Parking shall not occur in a manner or frequency causing disturbance to the normal traffic flow for the residential neighborhood.   Parking for group meetings shall not occur more frequently than one (1) meeting per month.

L. No home occupation shall involve construction features or the use of electrical or mechanical equipment that would change the fire rating of the structures of the fire district in which the structure is located.  No mechanical or electrical equipment may be used except for such types that are customarily used for purely domestic, household, or hobby purposes.

M. Licensing.  Any home occupation required to be licensed by the State or any other governmental body shall not be permitted until and unless a current license from such body is obtained.  A home occupation shall also meet any or all local, state or federal regulations, where applicable.

N. Babysitting services, day care homes, and part-day care facilities/services, as defined by the Illinois Revised Statutes, shall comply with the standards of the State, take a maximum number of eight (8) children under the age of twelve (12), which includes the natural or adopted children of the persons operating the babysitting service or day care home.  Said services shall be allowed to operate within the home and have limited supervised outdoor activity within the compliance of the State statute on child care.  This subsection shall not be construed to permit a day care center, child care institution, day care agency, group home, or child welfare agency, as defined in the Illinois Revised Statutes.

7.3-2.3. Permitted home occupations.  Permitted home occupations include, but are not limited to the uses identified in the Table of Permitted Home Occupations shown below.

| Table of Permitted Home Occupations<br>P = Permitted Use | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **E** | **R-1** | **R-2** | **R-3** | **R-4** | **R-4A** | **R-5** | **R-5A** |
| Artists or sculptors | P | P | P | P | P | P | P | P |
| Athletic/Health training – limited to (4) people at one time. | P | P | P | P | P | P | P | P |
| Author | P | P | P | P | P | P | P | P |

CC2456

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Baby-sitting, day care homes and part day child care facilities/services as defined in Standards for Home Occupations. | P | P | P | P | P | P | P | P |
| Barber and beauty shops – limited to one (1) chair. | P | P | P | P | P | P | P | P |
| Ceramics – with kilns up to six (6) cubic feet | P | P | P | P | P | P | P | P |
| Consulting services. | P | P | P | P | P | P | P | P |
| Contracting offices. | P | P | P | P | P | P | P | P |
| Direct sales production distribution -Amway, Avon, Tupperware, etc. | P | P | P | P | P | P | P | P |
| Dressmakers, seamstresses and tailors. | P | P | P | P | P | P | P | P |
| Small electronics repair – computer, television, video recorder, camera, typewriter and other small items. | P | P | P | P | P | P | P | P |
| Flower arranging | P | P | P | P | P | P | P | P |
| Home crafts. | P | P | P | P | P | P | P | P |
| Jewelry maker, jeweler. | P | P | P | P | P | P | P | P |
| Offices for professionals - for consultation services that are incidental to a main office or place of business located elsewhere.  Includes but is not limited to lawyers, architects, engineers, realtors, insurance agents, brokerage offices or offices of similar professions. | P | P | P | P | P | P | P | P |
| Locksmith. | P | P | P | P | P | P | P | P |
| Mail order - not including retail sales from site. | P | P | P | P | P | P | P | P |
| Ministers, rabbis, priests, or members of religious orders. | P | P | P | P | P | P | P | P |
| Music or dance teaching limited to four (4) pupils at a time. | P | P | P | P | P | P | P | P |
| Sales representative (office only). | P | P | P | P | P | P | P | P |
| Secretarial, clerical, typing | P | P | P | P | P | P | P | P |

000457

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| services, computer programming. | | | | | | | | |
| Telephone answering service. | P | P | P | P | P | P | P | P |
| Tutoring limited to four (4) students at a time. | P | P | P | P | P | P | P | P |

7.3-2.4. Presumptions: Any of the following facts shall give rise to a refutable presumption that a home occupation is being conducted at or from any residential premises:

A. Advertising or notices of any type whatsoever which indicate that the address of any business or occupation is located at a premises in any residential district.

B. Advertising or notices of any type whatsoever which indicate that a telephone number of any business or occupation is located at a premises in any residential district.

C. Utility bills for any business or occupation which indicate that the service address for any such business or occupation is located at a premise in any residential district.

D. Reports, returns, or other documents required to be filed with any governmental body which indicate that the address of any business or occupation is located at a premise in any residential district.

E. Letterhead, invoices, statement of account, estimates or any other documentation which indicate that a business or occupation is located at a premise in any residential district.

F. That any U.S. mail, U.P.S. or other carrier, deliveries or pick-ups for any business or occupation are being made at or from a premise located in any residential district.

7.3-3. Fence and Wall Regulations

7.3-3.1. Applicability. The regulations herein are in addition to the fence and wall regulations listed under the Permitted Uses and Structures Section in Chapter A of the Zoning Ordinance.

7.3-3.2. Prohibited Materials.

A. Temporary fences, including snow fences shall be prohibited in residential districts, except when required by City regulations or by the Building Code for construction or excavations.

B. Chain link is prohibited when adjacent to and viewed from a public right-of way. For purposes of the fence regulations an alley is not considered a public right-of-way.

C. Slatted Chain Link.

CC2458



Slatted chain link fences shall be prohibited in residential districts.

7.3-3.3. Placement on a lot.



Fences may be erected up to, but not over property lines, and shall also be setback a minimum of one (1) foot from all public sidewalks.

7.3-3.4. Gates Required. All fences that completely enclose a residential lot shall have at least one gate access as a means of ingress and egress to the principal building.

7.3-3.5. Fences adjacent to driveways (Obstruction Triangles).



Where a fence abuts any driveway, an obstruction triangle measured fifteen (15) feet along the property line and fifteen (15) feet up the driveway shall be maintained for any fences over three (3) feet solid or four (4) feet open.

89

002459

7.3-3.6. Uniformity for Townhouse Fences. Where a common wall of a structure connects two or more dwelling units, fences for such separate dwelling units shall be of uniform height, material, type, color and design.

7.3-3.7. Location. A fence is a permitted obstruction in any yard with the following limitations:

A. Front Yards.

   i. The following rules shall apply to front yards on all lots types.



1. Fences shall not exceed a height of three (3) feet when less than fifty-percent (50%) open (i.e., solid fencing and masonry) and shall not exceed four (4) feet when greater than fifty-percent (50%) open (i.e., wood picket, ornamental iron).

2. The installation of chain link fences or wire mesh shall be prohibited in front yards.

3. Fences with gates crossing driveways located in front yards shall be permitted when such gate is similar in height, material, color and design to the adjacent portions of the gate.

90

C00460

B. Interior Side Yards.

   i. The following rules shall apply to interior side yards on all lot types that are less than fifty (50) feet in width.



      1. Fences may be solid or open construction and shall not exceed a height of four (4) feet.

   ii. The following rules shall apply to interior side yards on all lots that are fifty (50) feet or greater in width.



      1. Fences may be solid or open construction and shall not exceed a height of six (6) feet.

91

C00461

C. Exterior Side Yards.

   i. Corner Lots. The following rules shall apply to exterior side yards of corner lots (non-reverse corner) or to exterior side yards of through lots.



1. Fences shall not exceed three (3) feet solid or six (6) feet open. Solid fence height may be increased up to a maximum height of six (6) feet, provided any solid fence exceeding three (3) feet shall be set back a minimum of five (5) feet from property lines or public sidewalks, whichever is greater.

2. The installation of chain link fences or wire mesh shall be prohibited, unless said yard abuts an alley then chain link fences are permitted.

   ii. Reverse Corner Lots. The following rules shall apply to the exterior side yard of reverse corner lots.



1. Fences shall not exceed three (3) feet solid or four (4) feet open measured from a line of adjoining front yards or required setback. In no case shall this requirement apply to more than thirty (30) feet from the street property line.

2. The installation of chain link fences or wire mesh shall be prohibited.

92

CO0462

D. Rear Yards.

   i. Interior Lots.  The following rules shall apply to rear yards of interior lots.



1.  Fences may be solid or open construction and shall not exceed a height of six (6) feet.

   ii. Corner Lots (Non-reverse Corner).  The following rules shall apply to rear yards of corner lots where said rear yard abuts the rear yard of the adjacent property.



Interior Rear Yard - (A on illustration)

1.  Fences in interior rear yards may be solid or open construction and shall not exceed a height of six (6) feet.

Exterior Rear Yard - (B on illustration)

1.  Fences shall not exceed three (3) feet solid or six (6) feet open. Solid fence height may be increased up to a maximum height of six (6) feet, provided any solid fence exceeding three (3) feet shall be set back a minimum of five (5) feet from property lines or public sidewalks, whichever is greater.

2.  The installation of chain link fences or wire mesh shall be prohibited in exterior rear yards, unless said yard abuts an alley then chain link fences are permitted.   Exterior rear yard refers to portions of the yard that have road frontages.

93

C00463

iii. Reverse Corner Lots. The following rules shall apply to rear yards of reverse corner lots.



Legend
[A] = Interior Rear Yard
[B] = Exterior Rear Yard

Interior Rear Yard - (A on illustration)

1. Fences in interior rear yards may be solid or open construction and shall not exceed a height of six (6) feet.

Exterior Rear Yard - (B on illustration)

1. Fences located between the street property line and the building setback of the adjacent lot shall not exceed four (4) feet open or three (3) feet solid. In no case shall this requirement apply to more than thirty (30) feet from the street property line.

2. The installation of chain link fences or wire mesh shall be prohibited in exterior rear yards, unless said yard abuts an alley then chain link fences are permitted.

iv. Blocks Containing All Through Lots. The following rules shall apply to rear yards of through lots that are on blocks containing only through lots.



Legend
[A] = Interior Rear Yard
[B] = Exterior Rear Yard

Interior Rear Yard – (A on illustration)

1. Fences in interior rear yards may be solid or open construction and shall not exceed a height of six (6) feet.

Exterior Rear Yard – (B on illustration)

1. Fences shall not exceed three (3) feet solid or six (6) feet open. Solid fence height may be increased up to a maximum height of six (6) feet, provided any solid fence exceeding three (3) feet shall be set back a minimum of five (5) feet from property lines or public sidewalks, whichever is greater.

2. The installation of chain link fences or wire mesh shall be prohibited in exterior rear yards, unless said yard abuts an alley then chain link fences are permitted.

94

000464

v. Interior Through (also called Double Frontage) Lots.  The following rules shall apply to rear yards of interior through lots that are adjacent to or on the same block as non-through lots.



**Interior Rear Yard**

1. Fences in interior rear yards may be solid or open construction and shall not exceed a height of six (6) feet.



**Exterior Rear Yard**

1. Fences in exterior rear yards shall not exceed three (3) feet solid or four (4) feet open as measured from a line of adjoining front yards or required setback.  In no case shall this requirement apply to more than thirty (30) feet from the street property line.

2. The installation of chain link fences or wire mesh shall be prohibited, unless said yard abuts an alley then chain link fences are permitted.

95

CO0465

vi. Corner Through Lots. The following rules shall apply to rear yards of through lots when located on a corner and are adjacent to or on the same block as non-through lots.



Interior Rear Yard - (A on illustration)

1. Fences in interior rear yards may be solid or open construction and shall not exceed a height of six (6) feet.

Exterior Rear Yard - (B on illustration)

1. Fences in exterior rear yards shall not exceed three (3) feet solid or four (4) feet open as measured from a line of adjoining front yards or required setback. In no case shall this requirement apply to more than thirty (30) feet from the street property line.

2. The installation of chain link fences or wire mesh shall be prohibited in exterior rear yards, unless said yard abuts an alley then chain link fences are permitted.

Exterior Rear Side Yard - (C on illustration)

1. Fences shall not exceed three (3) feet solid or six (6) feet open. Solid fence height may be increased up to a maximum height of six (6) feet, provided any solid fence exceeding three (3) feet shall be set back a minimum of five (5) feet from property lines or public sidewalks, whichever is greater.

2. The installation of chain link fences or wire mesh shall be prohibited in exterior rear yards, unless said yard abuts an alley then chain link fences are permitted.

**7.3-4. Infill Housing Standards**

7.3-4.1. Purpose and intent. The City of Aurora has determined that the construction of housing units on existing zoning lots within an otherwise fully developed neighborhood has a direct impact on the established character of said neighborhood. The regulation of such construction can positively affect that impact by encouraging neighborhood compatibility of said housing unit's design and

96

placement/configuration on the zoning lot. Therefore, these Infill Housing Standards are intended to assist in the process of directing such infill housing construction toward neighborhood compatibility so that it will have a positive impact on the character of the City's established neighborhood.

7.3-4.2. Rules and Definitions

A. Rules.

B. Definitions

i. Cape Cod. The cape cod architectural style shall be defined for the purposes of these regulations as a dwelling that is typically rectangular or square in shape, has no projecting eaves, is one or one-and-a-half stories and will usually have a central chimney and steep gable roof.

7.3-4.3. Applicability. Residential lots being developed on an infill lot, as defined in the zoning ordinance, are subject to the regulations set forth herein in addition to any Residential District Specific Regulation required by the use district. No building permit shall be issued for lots which do not comply.

7.3-4.4. Required Design Elements. The following design elements are required for all housing units constructed on an Infill Lot.

A. Public street elevation.

i. Setback line. The public street elevation of the structure shall be located at the average established setback line of the Impact Area.

ii. Width. The width of the structure's public street elevation shall be established at a measurement that is within ten (10) feet of the average of those housing units within the Impact Area.

B. Primary pedestrian access to house.

i. Location. The primary pedestrian access entryway to the housing unit shall be located on the public street elevation to which the subject zoning lot fronts, and shall be the only such entryway so located.

ii. Lighting. The primary pedestrian access entryway located on the public street elevation shall be lighted with a fixture that is similar in style and design to the balance of the structure's public street elevation.

C. The relationship of width to height of windows and doors, and the rhythm of solids to voids shall be consistent with the vernacular of the architectural style and design of the structure's public street elevation.

D. Windows. The window placement, pattern, rhythm, proportion, size and material shall be consistent with the vernacular of the architectural style and design of the structure's public street elevation.

E. Garage material and style. The garage structure shall be constructed with finish material compatible in style and design with the architectural design and finish material utilized by the primary building on the zoning lot.

F. Driveway width. The driveway width within the exterior setback area shall not exceed eighteen (18) feet in width.

97

CC2467

G. Sidewalk. There shall be a three (3) foot wide concrete / masonry sidewalk leading from a driveway established within the exterior setback to the primary access door located on the public street elevation of the structure.

H. Roof pitch. The roof shall have a minimum pitch of 4/12.

I. Eve overhang. The overhang of the eve shall be a minimum of one (1) foot from face of building to front face of fascia, unless said structure's architectural design is classified as a Cape Cod.

J. Front porch. The front porch shall be constructed with finish material compatible in style and design with the architectural design and finish material utilized on the balance of the structure's public street elevation.

K. Landscaping.

   i. One (1) shrub shall be planted per three (3) lineal feet along the front foundation line of the structure, each being a minimum of eighteen (18) inches tall after planting.

   ii. The front and exterior side yard of the zoning lot shall be planted with turf in the form of sod.

   iii. A minimum two and a half (2.5) inch caliper canopy tree shall be planted within the front yard.

   iv. A minimum two and a half (2.5) inch caliper canopy tree shall be planted within the public parkway.

7.3-4.5. Impact Area Design standards. Each of the following design elements shall be required when sixty five percent (65%) or more of the single family detached housing units within the Impact Area incorporate each such design element.

A. Stories. The number of stories to the housing unit shall be limited to one level or two levels above existing grade as determined by the Impact Area.

B. Entry porch with roof. The front entry shall be protected by a structural roof over the entry porch.

C. Sidewalk. There shall be a three (3) foot wide concrete / masonry sidewalk leading from the public sidewalk to the front entrance door of the proposed structure.

D. Garage location. The garage structure shall be located to the rear of the primary structure.

E. Garage door. The garage door shall face a direction other than that of the exterior of the public street elevation of the housing unit when the garage is not located to the rear of the primary structure.

F. The driveway access to required parking shall be from the public right-of-way alley to which the subject zoning lot is adjacent.

G. Driveway width.

   i. The driveway within the exterior setback area shall not exceed twelve (12) feet in width.

   ii. The driveway width within the exterior setback area may exceed the maximum width allowed under the Required Design Elements Section of Infill Housing Standards up to a maximum of twenty-seven (27) feet when the following conditions are met:

CC0468

a. Sixty-five percent (65%) or more of the homes within the impact area have a 3-car garage and

b. The driveway is constructed for a 3-car garage.

H. Roof pitch. The primary roof of the housing unit shall be pitched to the degree that generally matches the average of those housing units within the Impact Area when said pitch exceeds the minimum established by the Required Design Elements Section of Infill Standards.

I. Roof style.

i. The roof style shall generally incorporate hips to the degree utilized by the housing units within the Impact Area.

ii. The roof style shall generally incorporate gables to the degree utilized by the housing units within the Impact Area.

J. Materials at public street elevation. The public street elevation of the housing unit shall generally incorporate wood, brick, and/or stone architectural finish material to the degree utilized by the housing units within the Impact Area.

7.3-4.6. Administrative Variance for building width and height

A. Purpose. The purpose of this section is to allow for an administrative variance process for residential infill development with a larger scale than allowed per the Impact Area provisions. Understanding that a home of a larger scale than the surrounding homes may be a sign of vitality and desirability and augment the housing quality of a neighborhood, an administrative variance process will allow for the construction of residential properties which may differ in scale, yet meet or exceed the same design quality as determined by the Impact Area. By virtue of a home being of a larger scale and magnitude than the surrounding homes, these homes may have adverse effects of restricting sunlight access, creating a sense of isolation from neighborhood with a loss of backyard space and experiencing a loss of open space, views and natural landscaping. The following standards are in place to address the above stated adverse effects.

B. Variance requirements. An infill lot may be exempt from following requirements of the Infill Housing Standards; (1) building width at the structure's public street elevation found under required design elements, (2) garage material and style also found under required design elements, and (3) stories section under Impact Area Design standards; when the below stated requirements are met:

i. Lot requirements. The property on which the home is constructed consists of two or more platted lots with right of way frontage which shall be consolidated prior to construction. The consolidated lot must have a minimum width of seventy-five (75) feet, a minimum area of 10,000 square feet, and form a four square lot. Said lot cannot be consolidated to leave less than two non-consolidated lots on the block face between a public right of way and the subject lots.

ii. Exterior architecture. Primary and accessory dwelling units are to be constructed of a minimum seventy-five percent (75%) brick or stone masonry.

iii. Garage. All garages are to have a minimum three car capacity. The style of the garage must be either side loading or detached. A front loading attached garage is only permitted when over seventy-five percent (75%) of the Impact Area is determined to have a front loading garage style.

99

C00469

a. Design for front loading attached three car garage. If permitted to have an attached front loading three car garage per the above stated requirements, at least one of the garage entrances must be set back five (5) feet from the remaining garage entrances.

iv. Setbacks. Minimum rear setbacks shall be ten (10) feet greater than required by the zoning districts.

v. Stories. Additional stories above the predominance of the Impact Area is allowed, however, each additional story, not including roof pitch, must be constructed at a minimum ten (10) foot setback from the building story below. The ten (10) foot setback must be measured from the front elevation of habitable portion of the structure.

vi. Lot coverage. Lot coverage for the principal structure shall not exceed thirty (30) percent.

C. Process. The processing of this Administrative Variance shall be pursuant to the Administration Section of the Zoning Ordinance.

7.3-5. Federally licensed amateur radio stations and citizen band radio operator and receive only antennae structures.

7.3-5.2. Applicability. The following provisions apply in all residential districts.

7.3-5.3. Specific Regulations.

A. Height. The maximum permitted height shall be sixty-five (65) feet.

B. Permitted locations on a lot.

i. Such structures shall only be located within rear yards generally, and shall not be located within any required setback.

ii. When located on a roof, the structure shall not be erected nearer to any lot line than the total height of the structure as measured from above the roof line.

## 7.4. "E" Estate Single Family Detached Dwelling District

7.4-1. Title

7.4-1.1. The Estate single-family detached dwelling District (hereinafter referenced as the "Estate District") shall be designated as "E" on the City of Aurora Zoning Map.

7.4-2. Intent & Purpose

7.4-2.1. The Estate District set forth herein is established in order to develop a wide range of quality housing opportunities throughout the City. Specifically, it is intended to relate to the outer fringe areas of the City where unincorporated development has taken place pursuant to similar standards of the applicable county jurisdiction. The Estate District shall be a very low intensity land use, replicating the rural character of the counties.

7.4-3. District Specific Regulations

7.4-3.1. Rules. The Rules Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

A. Only one (1) principal building shall be allowed on a zoning lot.

B. All single family detached dwelling units shall be constructed on a single recorded lot.

100

7.4-3.2. Definitions

7.4-4. Use Regulations

7.4-4.1. Permitted Uses. The Permitted Uses for this district as identified in <u>Table One: Use Categories shall apply.</u>

7.4-4.2. Special Uses . The Special Uses for this district as identified in <u>Table One: Use Categories shall apply.</u>

7.4-4.3. Accessory Uses. The Use Regulations Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

A. The Permitted Structures and Obstructions for this district are identified in <u>Table Four: Permitted Structures and Obstructions.</u>

7.4-5. Bulk Restrictions

7.4-5.1. Building, Dwelling and Structure Standards

A. All single family detached dwelling units shall have a floor area of not less than thirty-five hundred (3,500) square feet.

7.4-5.2. Floor Area Ratio

A. The floor area ratio shall not exceed one-quarter (0.25) for all buildings including accessory.

7.4-5.3. Height.

The Height Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

A. Height of buildings.  The maximum height of buildings permitted shall be as follows:

i. Buildings including accessory: Thirty-five (35) feet.

ii. Religious Institutions: Seventy-five (75) feet for towers or steeples, but not more than forty-five (45) feet for the main structure.

B. Height of structures. The maximum height of structures shall be seventy-five (75) feet.

7.4-5.4. Landscaping

A. The Landscaping Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply.

7.4-5.5. Lot Size.

A. Area.  All single-family detached dwelling units shall be established on a lot having an area of not less than fifty-five thousand (55,000) square feet and

B. Width.  All single-family detached dwelling units shall be established on a lot having a width at the required exterior front setback line of not less than one hundred thirty-five (135) feet.

7.4-5.6. Lot Coverage

A. Lot coverage shall not exceed forty (40) percent.

7.4-5.7. Monotony Standards

101

C00471

A. The Monotony Standards Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply.

7.4-5.8. Nonconformity

A. The Nonconformity Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply.

7.4-5.9. Obstructions

A. The Permitted Structures and Obstructions for this district are identified in <u>Table Four: Permitted Structures and Obstructions.</u>

7.4-5.10. Performance Standards

A. The Performance Standards Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply.

7.4-5.11. Setbacks

The Setbacks Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

A. All structures and uses shall be established outside of the required setback areas as defined by the following required setback lines:

| E Setback Lines | | | |
|---|---|---|---|
| *Front | Side, exterior | Side, interior | Rear |
| 75' | 30' | 20' | 30' |

* See items B below for exceptions to setback lines.

B. *Front setback exception for an infill lot. On infill lots the public street elevation of the structure shall be located at the average established setback line of the Impact Area. For additional regulations on infill lots refer to Infill Housing Standards located in the Residential District Specific Regulations of the zoning ordinance.

7.4-5.12. Signs

The Signs Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

A. There shall be no signs permitted other than specified exceptions as provided for in the Aurora sign ordinance.

B. Nameplate signs shall not exceed two (2) square feet per side.

7.4-5.13. Parking and Loading

The Off-Street Parking and Loading Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply.

## 7.5. "R-1" One-Family Dwelling District.

7.5-1. Title

102

000472

7.5-1.1. The One-Family Dwelling District shall be designated as "R-1" on the City of Aurora Zoning Map.

7.5-2. Intent & Purpose

7.5-2.1. The "R-1" One-Family Dwelling District is intended to provide the City of Aurora with a wide range of quality housing opportunities by providing single-family areas of a low-density character containing a minimum lot area of ten thousand (10,000) square feet.

7.5-3. District Specific Regulations

7.5-3.1. Rules.   The Rules Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

A. Only one (1) principal building shall be allowed on a zoning lot.

B. All single family detached dwelling units shall be constructed on a single recorded lot.

7.5-3.2. Definitions

7.5-4. Use Regulations

7.5-4.1. Permitted Uses. The Permitted Uses for this district as identified in Table One: Use Categories shall apply.

7.5-4.2. Special Uses. The Special Uses for this district as identified in Table One: Use Categories shall apply.

7.5-4.3. Accessory Uses. The Use Regulations Section of the Aurora Zoning Ordinance shall apply.

A. The Permitted Structures and Obstructions for this district are identified in Table Four: Permitted Structures and Obstructions.

7.5-5. Restrictions

7.5-5.1. Building, Dwelling and Structure Standards

A. One-Story Dwelling.  Every one-story dwelling unit shall have a total ground floor area of not less than eleven hundred and fifty (1150) square feet.

B. Dwellings more than one-story. Every dwelling of more than one story shall have a total floor area of not less than fourteen hundred fifty (1450) square feet.

7.5-5.2. Floor Area Ratio.

A.  There are no floor area ratio regulations for this district.

7.5-5.3. Height

The Height Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

A. Height of buildings. The maximum height of buildings permitted shall be as follows:

i. Buildings including accessory: Thirty-five (35) feet and not over two and one-half (2 1/2) stories.

000473

       ii. Religious Institutions: Seventy-five (75) feet for towers or steeples, but not more than forty-five (45) feet for the main structure.

    B. Height of structures. The maximum permitted height of structures shall be thirty-five (35) feet.

## 7.5-5.4. Landscaping

    A. The Landscaping Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply.

## 7.5-5.5. Lot Size

    A. Area.

       i. One-family detached dwelling. Every one-family detached dwelling hereafter erected or structurally altered shall be on a lot having an area of not less than ten thousand (10,000) square feet.

       ii. Religious institutions. Religious institutions hereafter erected or structurally altered shall be on a lot having an area of not less than ten thousand (10,000) square feet.

    B. Width.

       i. One-family detached dwelling. Every one-family detached dwelling hereafter erected or structurally altered shall be on a lot having a width at the established building line of not less than seventy-five (75) feet.

       ii. Religious institutions. Religious institutions hereafter erected or structurally altered shall be on a lot having a width at the building line of not less than seventy-five (75) feet.

## 7.5-5.6. Lot Coverage

    A. Lot coverage shall not exceed forty (40) percent.

## 7.5-5.7. Monotony Standards

    A. The Monotony Standards Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply.

## 7.5-5.8. Nonconformity

    A. The Nonconformity Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply.

## 7.5-5.9. Obstructions

    A. The Permitted Structures and Obstructions for this district are identified in <u>Table Four: Permitted Structures and Obstructions.</u>

## 7.5-5.10. Performance Standards

    A. The Performance Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply.

## 7.5-5.11. Setbacks

The Setbacks Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

C00474

A. All structures and uses shall be established outside of the required setback areas as defined by the following required setback lines:

| R1 Setback Lines | | | | |
|---|---|---|---|---|
| *Front | *Side, exterior (corner lot) | *Side, exterior (reverse corner lot) | *Side, interior | Rear |
| 30' | 10' | 15' | 6' on lots less than 60' wide or less / 8' on lots greater than 60' | 30' |

\* See items B and C below for exceptions to setback lines.

B. *Front setback exception for an infill lot. On infill lots the public street elevation of the structure shall be located at the average established setback line of the Impact Area. For additional regulations on infill lots refer to Infill Housing Standards located in the Residential District Specific Regulations of the zoning ordinance.

C. *Side setback exception for religious institutions: On lots upon which a religious institution is constructed or extensions made to an existing religious institution, there shall be a side setback line of not less than ten (10) feet on each side of the main structure and a combined total of side setback of not less than twenty-five (25) feet.

7.5-5.12. Signs

The Signs Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

A. There shall be no signs permitted other than specified exceptions as provided for in the Aurora sign ordinance.

B. Nameplate signs shall not exceed two (2) square feet per side.

7.5-5.13. Parking and Loading

A. The Off-Street Parking and Loading Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply.

## 7.6. "R-2" One-Family Dwelling District.

7.6-1. Title

7.6-1.1. The One-Family Dwelling District shall be designated as "R-2" on the City of Aurora Zoning Map.

7.6-2. Intent & Purpose

7.6-2.1. The "R-2" One-Family Dwelling District is intended to provide the City of Aurora with a wide range of quality housing opportunities by providing single-family areas of a medium-density character with lots containing a minimum of eight thousand (8,000) square feet and requiring a larger minimum dwelling size than is required in the R-3 One Family Dwelling District.

7.6-3. District Specific Regulations

C00475