7.6-3.1. Rules.   The Rules Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

A. Only one (1) principal building shall be allowed on a zoning lot.

B. All single family detached dwelling units shall be constructed on a single recorded lot.

7.6-3.2. Definitions

7.6-4. Use Regulations

7.6-4.1. Permitted uses. The Permitted Uses for this district as identified in <u>Table One: Use Categories shall apply.</u>

7.6-4.2. Special Uses. The Special Uses for this district as identified in <u>Table One: Use Categories shall apply.</u>

7.6-4.3. Accessory Uses.  The Use Regulations Section of the Aurora Zoning Ordinance shall apply.

A. The Permitted Structures and Obstructions for this district are identified in <u>Table Four: Permitted Structures and Obstructions.</u>

7.6-4.4. Limited but Permitted Uses.

7.6-5. Bulk Restrictions

7.6-5.1. Building, Dwelling & Structure Standards

A. One-story dwelling.  Every one-story dwelling hereafter erected shall have a total ground floor area of not less than nine hundred and fifty (950) square feet.

B. Dwellings more than one-story.  Every dwelling hereafter erected of more than one story, shall have a total floor area of not less than thirteen hundred (1300) square feet.

7.6-5.2. Floor Area Ratio

A. There are no floor area ratio regulations for this district.

7.6-5.3. Height

A. The same regulations shall apply as required or permitted in the R-1 one-family dwelling district.

7.6-5.4. Landscaping

A. The Landscaping Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply.

7.6-5.5. Lot Size

A. Area.

i. One-family dwelling. Every one-family detached dwelling hereafter erected or structurally altered shall be on a lot having an area of not less than eight thousand (8,000) square feet

ii. Religious Institutions. The same regulations shall apply as required or permitted in the R-1 one-family dwelling district.

106

C00476

B. Width.

    i. One-family dwelling. Every one-family detached dwelling hereafter erected or structurally altered shall be on a lot having a width at the established building line of not less than sixty (60) feet..

    ii. Religious Institutions. The same regulations shall apply as required or permitted in the R-1 one-family dwelling district.

7.6-5.6. Lot Coverage

    A. Lot coverage shall not exceed forty (40) percent.

7.6-5.7. Monotony Standards

    A. The Monotony Standards Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply.

7.6-5.8. Nonconformity

    A. The Nonconformity Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply.

7.6-5.9. Obstructions

    A. The Permitted Structures and Obstructions for this district are identified in <u>Table Four: Permitted Structures and Obstructions.</u>

7.6-5.10. Performance Standards

    A. The Performance Standards Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply.

7.6-5.11. Setbacks

    A. The same regulations shall apply as required or permitted in the R-1 one-family dwelling district.

7.6-5.12. Signs

    The Sign Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

    A. There shall be no signs permitted other than specified exceptions as provided for in the Aurora sign ordinance.

    B. Nameplate signs shall not exceed two (2) square feet per side.

7.6-5.13. Parking and Loading

    A. The Off-Street Parking and Loading Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply.

## 7.7. "R-3" One-Family Dwelling District.

7.7-1. Title

    7.7-1.1. The One-Family Dwelling District shall be designated as "R-3" on the City of Aurora Zoning Map.

7.7-2. Intent & Purpose

000477

7.7-2.1. The "R-3" One-Family Dwelling District is intended to provide the City of Aurora with a wide range of quality housing opportunities by providing single-family areas of a medium-density character with lots containing a minimum of eight thousand (8,000) square feet and requiring a minimum dwelling size less than is required in the R-2 One Family Dwelling District

## 7.7-3. District Specific Regulations

7.7-3.1. Rules.   The Rules Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

A. Only one (1) principal building shall be allowed on a zoning lot.

B. All single family detached dwelling units shall be constructed on a single recorded lot.

7.7-3.2. Definitions

## 7.7-4. Use Regulations

7.7-4.1. Permitted Uses. The Permitted Uses for this district as identified in Table One: Use Categories shall apply.

7.7-4.2. Special Uses. The Special Uses for this district as identified in Table One: Use Categories shall apply.

7.7-4.3. Accessory Uses.  The Use Regulations Section of the Aurora Zoning Ordinance shall apply.

A. The Permitted Structures and Obstructions for this district are identified in Table Four: Permitted Structures and Obstructions.

7.7-4.4. Limited but Permitted Uses.

## 7.7-5. Bulk Restrictions

7.7-5.1. Building, Dwelling And Structure Standards

A. One-story dwellings. Every one-story dwelling hereafter erected shall have a total ground floor area of not less than seven hundred and fifty (750) square feet

B. Dwellings more than one-story.  Every dwelling of more than one story hereafter shall have a total floor area of not less than nine hundred and fifty (950) square feet.

7.7-5.2. Floor Area Ratio

A.  There are no floor area ratio regulations for this district.

7.7-5.3. Height

A. The same regulations shall apply as required or permitted in the R-1 one-family dwelling district.

7.7-5.4. Landscaping

A.  The Landscaping Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply.

7.7-5.5. Lot Size

A. Area

000478

   i. One-family dwelling.  Every one-family detached dwelling hereafter erected or structurally altered shall be on a lot having an area of not less than eight thousand (8,000) square feet.

   ii. Religious Institutions. The same regulations shall apply as required or permitted in the R-1 one-family dwelling district.

  B. Width

   i. One-family dwelling.  Every one-family detached dwelling hereafter erected or structurally altered shall be on a lot having a width at the established building line of not less than sixty (60) feet, except as provided in the Bulk Restrictions Section.

   ii. Religious Institutions. The same regulations shall apply as required or permitted in the R-1 one-family dwelling district.

7.7-5.6. Lot Coverage

  A. Lot coverage shall not exceed forty (40) percent.

7.7-5.7. Monotony Standards

  A. The Monotony Standards Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply.

7.7-5.8. Nonconformity

  A. The Nonconformity Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply.

7.7-5.9. Obstructions

  A. The Permitted Structures and Obstructions for this district are identified in <u>Table Four: Permitted Structures and Obstructions.</u>

7.7-5.10. Performance Standards

  A. The Performance Standards Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply.

7.7-5.11. Setbacks

  A. The same regulations shall apply as required or permitted in the R-1 one-family dwelling district.

7.7-5.12. Signs

  A. There shall be no signs permitted other than specified exceptions as provided for in the Aurora sign ordinance.

  B. Nameplate signs shall not exceed two (2) square feet per side.

7.7-5.13. Parking and Loading

  A. The Off-Street Parking and Loading Section of Bulk Restrictions in the Aurora Zoning Ordinance shall apply.

## 7.8. "R-4" Two-Family Dwelling District.

7.8-1. Title

000479

7.8-2. Intent & Purpose

7.8-2.1. Intent: The R-4 two-family dwelling district is intended to permit two-family dwellings on lots of record prior to October 6, 1987, and for two-family dwellings constructed after October 6, 1987, to ensure consistency and compatibility in character with single-family neighborhoods.

7.8-3. District Specific Regulations

7.8-3.1. Rules

7.8-3.2. Definitions

7.8-4. Use Regulations

7.8-4.1. Permitted Uses. The Permitted Uses for this district as identified in <u>Table One: Use Categories shall apply.</u>

7.8-4.2. Special Uses. The Special Uses for this district as identified in <u>Table One: Use Categories shall apply.</u>

7.8-4.3. Accessory Uses. The Use Regulations Section of the Aurora Zoning Ordinance shall apply.

7.8-4.4. Limited but Permitted Uses.

7.8-5. Bulk Restrictions

7.8-5.1. Building, Dwelling And Structure Standards

A. Each dwelling unit hereafter erected, converted or reconstructed in any R-4 district shall contain floor area in compliance with the following:

i. One-family one-story detached dwellings shall have a total ground floor area of not less than seven hundred and fifty (750) square feet measured from the outside of the exterior walls including utility rooms, but excluding cellars, basements, open porches, breezeways, garages, and other spaces that are not used frequently or during extended periods for living, eating or sleeping purposes. Every one-family dwelling of more than one (1) story hereafter erected in any R-4 two-family district shall have a total floor area measured from the outside of the exterior walls, of not less than nine hundred and fifty (950) square feet, including utility rooms but excluding cellars, basements, open porches, breezeways, garages, and other spaces that are not used frequently or during extended periods for living, eating or sleeping purposes, except that enclosed space intended for habitable rooms which are to be completed within a reasonable time may be considered in computing such floor areas.

ii. Two-family dwelling converted prior to October 6, 1987 shall have a total floor area per dwelling unit of not less than six hundred twenty (620) square feet measured from the outside walls, including utility rooms, but excluding all other areas not used for living, eating or sleeping purposes.

Two-family dwellings constructed prior to October 6, 1987 shall have a total floor area per dwelling unit of not less than seven hundred fifty (750) square feet measured from the outside wall, including utility rooms, but excluding all other areas not used for living, eating, or sleeping purposes.

iii. Two-family dwellings, constructed or converted after October 7, 1987 shall have, for a two-story or combination one- and two-story building, a combined floor area of two

C02480

thousand four hundred (2,400) square feet, with no dwelling unit less than one thousand (1,000) square feet. A one-story building shall have a combined floor area of two thousand (2,000) square feet, with no dwelling unit less than nine hundred (900) square feet, measured from the outside wall, including utility rooms, but excluding all other areas not used for living, eating, or sleeping purposes.

7.8-5.2. Floor Area Ratio

7.8-5.3. Height

A. The same regulations shall apply as permitted in the R-1 one-family dwelling district.

7.8-5.4. Landscaping

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

7.8-5.5. Lot Size

A. One-family dwellings: The same regulations shall apply as required or permitted in the R-1 one-family dwelling district.

B. Two-family dwellings: Every two-family dwelling hereafter erected or structurally altered shall be on a lot having an area of not less than eight thousand (8,000) square feet, and a width at the building line of not less than sixty (60) feet, except as provided in the Bulk Restrictions Section.

C. Converted dwellings: An existing one-family dwelling located on a lot of less area than required in this section may be converted to a two-family dwelling without increasing the lot size; provided that the building is not enlarged beyond its present outside dimensions and that all other regulations of this ordinance are complied with. Additions may be made to an existing building only when lot size and yard requirements of this section can be complied with.

D. Religious institutions, convents and monasteries: The same regulations shall apply as required in the R-1 one-family dwelling district.

7.8-5.6. Lot Coverage

A. (Maximum area): Not more than forty (40) percent of the area of the zoning lot may be occupied by buildings or structures including accessory buildings.

7.8-5.7. Monotony Standards

7.8-5.8. Nonconformity

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

7.8-5.9. Obstructions

A. The same regulations shall apply as required in the R-1 one-family dwelling district.

7.8-5.10. Parking & Loading

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

7.8-5.11. Performance Standards

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

000481

7.8-5.12. Setbacks

A. No buildings shall be erected or enlarged unless the following yards are provided and maintained in connection with such building, structure, or enlargement.

    i. Front yards: The same regulations shall apply as required in the R-1 one-family dwelling district.

    ii. Side yards:

        a. One-family detached dwellings--The same regulations shall apply as required in the R-1 district.

        b. Two-family dwellings--The same regulations shall apply as required for one-family detached dwellings.

        c. Converted dwellings--An existing one-family dwelling located on a lot having side yards of less width than required herein may be converted to a two-family dwelling; provided that the building is not enlarged beyond its present dimensions.

    iii. Rear yards: Every lot or parcel of land upon which a building is constructed shall have a rear yard of not less than twenty (20) feet.

7.8-5.13. Signs

A. There shall be no signs permitted other than specified exceptions as provided for in the Aurora sign ordinance.

B. Nameplate signs shall not exceed two (2) square feet per side.

## 7.9. "R-4A" Two-Family Dwelling District.

7.9-1. Title

    7.9-1.1. The Two-Family Dwelling District shall be designated as "R-4A" on the City of Aurora Zoning Map

7.9-2. Intent & Purpose

    7.9-2.1. Intent: The R-4A two-family dwelling district is intended to update development standards for all newly constructed two-family dwelling developments to ensure consistency and compatibility in character with single-family districts. This district shall apply to all two-family zoning created after December 15, 1987.

7.9-3. District Specific Regulations

    7.9-3.1. Rules

    7.9-3.2. Definitions

7.9-4. Use Regulations

    7.9-4.1. Permitted Uses. The Permitted Uses for this district as identified in Table One: Use Categories shall apply.

    7.9-4.2. Special Uses. The Special Uses for this district as identified in Table One: Use Categories shall apply.

    7.9-4.3. Accessory Uses. The Use Regulations Section of the Aurora Zoning Ordinance shall apply.

112

7.9-4.4. Limited but Permitted Uses.

7.9-5. Bulk Restrictions

7.9-5.1. Building, Dwelling And Structure Standards

A. The minimum dwelling standards required in the R-4A shall be as follows:

i. One-family dwellings--The same regulations shall apply as in the R-1 single-family dwelling district.

ii. Two-family dwellings--Two-family dwellings, constructed or converted after December 15, 1987, shall have for a two-story or combination one- and two-story building, a combined floor area of two thousand four hundred (2,400) square feet, with no dwelling unit less than one thousand (1,000) square feet. A one-story building shall have a combined floor area of two thousand (2,000) square feet, with no dwelling unit less than nine hundred (900) square feet, measured from the outside wall, including utility rooms, but excluding all other areas not used for living, eating, or sleeping purposes.

7.9-5.2. Floor Area Ratio

7.9-5.3. Height

A. The maximum height of buildings shall be thirty-five (35) feet and not to exceed two and one-half (2 1/2) stories.

7.9-5.4. Landscaping

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

7.9-5.5. Lot Size

A. Every one-family or two-family dwelling hereafter erected shall be on a lot having an area of not less than ten thousand (10,000) square feet and a width at the established building line of not less than seventy-five (75) feet.

7.9-5.6. Lot Coverage

A. (Maximum area): Not more than forty (40) percent of the area of the zoning lot may be occupied by buildings or structures including accessory buildings.

7.9-5.7. Monotony Standards.

A. A newly-constructed single family detached home may not be located next to, across the street from, or cater-corner from another such newly-constructed or existing residential structure which has the same front elevation or the same configuration of building materials or the same colors facing the public street.

7.9-5.8. Nonconformity

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

7.9-5.9. Obstructions.

A. The same regulations shall apply as in the R-1 one-family dwelling district.

7.9-5.10. Parking & Loading

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

7.9-5.11. Performance Standards

113

000483

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

7.9-5.12. Setbacks

A. The minimum yard areas required in the R-4A shall be as follows:

    i. Front--Thirty (30) feet.

    ii. Interior side--Eight (8) feet.

    iii. Exterior side--Fifteen (15) feet.

    iv. Rear--Twenty (20) feet.

7.9-5.13. Signs

A. There shall be no signs permitted other than specified exceptions as provided for in the Aurora sign ordinance.

B. Nameplate signs shall not exceed two (2) square feet per side.

## 7.10. "R-5" Multiple-Family Dwelling District.

7.10-1. Title

7.10-1.1. The Multiple-family Dwelling District (hereinafter referenced as the "Multi-family District") shall be designated as "R-5" on the City of Aurora Zoning Map.

7.10-2. Intent & Purpose

7.10-2.1. The Multiple-family District set forth herein is established in order to develop a wide range of quality housing opportunities throughout the City. Specifically, it is intended to allow for quality rental type dwelling units within developments that establish and maintain a safe and secure living environment. The Multi-family District shall be a high intensity land use, generally relating to other high intensity land uses.

7.10-3. District Specific Regulations

7.10-3.1. The Rules and Definitions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

7.10-3.2. Rules

A. General provisions. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

    i. Plat approval. All zoning lots shall be subject to final plat approval pursuant to the Aurora Subdivision Control Ordinance.

    ii. Only one principal building shall be allowed on a zoning lot, except where the owner of any such development enters into a Property Management Agreement with the City of Aurora.

    iii. All principal buildings shall be constructed on a single recorded lot as provided for within this section hereof, including given exceptions.

    iv. All surfaces upon which vehicles are driven or parked shall be paved with a solid structurally sound finishing material.

C00484

v. All principal buildings classified as use group R-2 within the Aurora Building Code shall be constructed with exterior walls made of brick, decorative precast, or other such decorative masonry material.

vi. A Property Management Agreement shall be defined for this district as a written document recorded on the subject property after having been approved and executed by the City and subject property owner, which sets forth certain minimum improvements and management practices for the subject property, which may include but is not limited to uniform ownership or management; age restrictions as limited by the Federal Fair Housing Act; building design; bedroom count; site development and maintenance; and other such provisions.

vii. An Onsite Recreational Facility shall be defined for this district as any such facility of a substantial nature established on the subject property for the use and enjoyment of the development's residents, which may include but is not limited to an in-ground swimming pool; tennis courts; club house; and other such facilities.

### 7.10-3.3. Definitions

## 7.10-4. Use Regulations

### 7.10-4.1. Permitted Uses.
The Permitted Uses for this district as identified in <u>Table One: Use Categories shall apply.</u>

### 7.10-4.2. Special Uses.
The Special Uses for this district as identified in <u>Table One: Use Categories shall apply.</u>

### 7.10-4.3. Accessory Uses.
The Use Regulations Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

A. No more than one accessory building shall be allowed on a zoning lot.

B. An accessory building shall be located no closer than twenty (20) feet to the principal building.

### 7.10-4.4. Limited but Permitted Uses.

## 7.10-5. Bulk Restrictions

### 7.10-5.1. Building, Dwelling and Structure Standards

A. All dwelling units shall have a floor area of not less than four hundred eighty (480) square feet.

### 7.10-5.2. Floor Area Ratio

A. The floor area ratio shall not exceed one (1.0) for all buildings including accessory.

### 7.10-5.3. Height

A. All structures and buildings shall not exceed the following height limitations:

i. Principal building: Forty-five (45) feet.

ii. Accessory building: Twenty-five (25) feet.

iii. Structures: Seventy-five (75) feet.

### 7.10-5.4. Landscaping

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

### 7.10-5.5. Lot Size

C02485

A. All principal buildings shall be established on a lot having an area of not less than ten thousand (10,000) square feet and a width at the required exterior front setback line of not less than seventy-five (75) feet. The following minimum lot area shall be required per dwelling unit as indicated in addition to the above described area:

   i. Units with 1 bedroom and efficiency units: 2,000 sf

   ii. Units with 2 bedrooms: 2,500 sf

   iii. Units with 3 bedrooms: 4,000 sf

   iv. Units with 4 bedrooms: 5,500 sf

   v. A waiver of 200 sf from the above stated area requirements shall be allowed per dwelling unit if a Property Management Agreement is entered into by the property owner, and Onsite Recreational Facilities are provided as defined within the R-5 Multiple Family Dwelling District hereof.

   vi. All non-residential uses shall be established on a zoning lot of not less than twenty-five thousand (25,000) square feet, and a width at the required exterior front setback line of not less than one hundred (100) feet.

## 7.10-5.6. Lot Coverage

A. (Maximum area): Not more than forty (40) percent of the area of the zoning lot may be occupied by buildings or structures including accessory buildings.

## 7.10-5.7. Monotony Standards

## 7.10-5.8. Nonconformity

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

## 7.10-5.9. Obstructions

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific regulation:

   i. Permitted obstructions in all setback areas: Bay windows, overhanging eaves, chimneys, and other such architectural elements, that project three (3) feet or less into the required setback area.

   ii. Permitted obstructions in all exterior setback areas: Driveway access from the public street, which shall be generally perpendicular thereto.

   iii. Permitted obstructions in all interior rear setback areas: Parking places located no closer than five (5) feet to the rear property line.

## 7.10-5.10. Parking And Loading

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

   i. All dwelling units shall be provided with two (2) unenclosed parking places, which shall be located on the same zoning lot as the principal building.

   ii. All unenclosed parking places established on the zoning lot shall be located no closer than ten (10) feet to the principal building.

## 7.10-5.11. Performance Standards

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

C00486

### 7.10-5.12. Setback

A. All structures and uses shall be established outside of the required setback areas as defined by the following required setback lines:

    i. Exterior Front: Twenty-five (25) feet. The setback for structures exceeding twenty-five (25) feet in height shall be increased one (1) foot for each two (2) feet or fraction thereof by which the structure's height exceeds twenty-five (25) feet. In no case shall an exterior front setback of more than forty (40) feet be required.

    ii. Exterior Side: Ten (10) feet, or fifty (50) percent of the exterior front setback required on the adjacent lots to the exterior side, whichever is greater.

    iii. Exterior Rear: Thirty (30) feet.

    iv. Interior Side: Ten (10) feet. The setback for structures exceeding twenty-five (25) feet in height shall be increased one (1) foot for each two (2) feet or fraction thereof by which the structure's height exceeds twenty-five (25) feet. In no case shall an interior side setback of more than thirty (30) feet be required.

    v. Interior Rear: Thirty (30) feet.

### 7.10-5.13. Signs

A. There shall be no signs permitted other than specified exceptions as provided for in the Aurora sign ordinance.

B. Nameplate signs shall not exceed two (2) square feet per side.

## 7.11. "R-5A" Midrise Multiple-Family Dwelling District.

### 7.11-1. Title

7.11-1.1. The Midrise Multiple-family Dwelling District (hereinafter referenced as the "Midrise Multi-family District") shall be designated as "R-5A" on the City of Aurora Zoning Map.

### 7.11-2. Intent & Purpose

7.11-2.1. The Midrise Multiple-family District set forth herein is established in order to develop a wide range of quality housing opportunities throughout the City. Specifically, it is intended to allow for quality rental type dwelling units within developments that establish and maintain a safe and secure living environment. The Midrise Multi-family District shall be a high intensity land use, generally relating to other high intensity land uses, specifically around major retail centers and the City's downtown.

### 7.11-3. District Specific Regulations

7.11-3.1. The Rules and Definitions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

7.11-3.2. Rules

A. General provisions. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

    i. Plat approval. All zoning lots shall be subject to final plat approval pursuant to the Aurora Subdivision Control Ordinance.

117

000487

ii. Only one principal building shall be allowed on a zoning lot, except where the owner of any such development enters into a Property Management Agreement with the City of Aurora.

iii. All principal buildings shall be constructed on a single recorded lot as provided for within this sectionhereof, including given exceptions.

iv. All surfaces upon which vehicles are driven or parked shall be paved with a solid structurally sound finishing material.

v. All principal buildings classified as use group R-2 within the Aurora Building Code shall be constructed with exterior walls made of brick, decorative precast, or other such decorative masonry material.

vi. A Property Management Agreement shall be defined for this district as a written document recorded on the subject property after having been approved and executed by the City and subject property owner, which sets forth certain minimum improvements and management practices for the subject property, which may include but is not limited to uniform ownership or management; age restrictions as limited by the Federal Fair Housing Act; building design; bedroom count; site development and maintenance; and other such provisions.

vii. An Onsite Recreational Facility shall be defined for this district as any such facility of a substantial nature established on the subject property for the use and enjoyment of the development's residents, which may include but is not limited to an in-ground swimming pool; tennis courts; club house; and other such facilities.

7.11-3.3. Definitions

## 7.11-4. Use Regulations

7.11-4.1. Permitted Uses.  The Permitted Uses for this district as identified in <u>Table One: Use Categories shall apply.</u>

7.11-4.2. Special Uses. The Special Uses for this district as identified in <u>Table One: Use Categories shall apply.</u>

7.11-4.3. Accessory Uses and Structures. The Rules and Definitions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

A. No more than one accessory building shall be allowed on a zoning lot.

B. An accessory building shall be located no closer than twenty (20) feet to the principal building.

7.11-4.4. Limited but Permitted Uses.

## 7.11-5. Bulk Restrictions

7.11-5.1. Building, Dwelling & Structure Standards

A. All dwelling units shall have a floor area of not less than four hundred eighty (480) square feet.

7.11-5.2. Floor Area Ratio

A. The floor area ratio shall not exceed two (2.0) for all buildings including accessory.

7.11-5.3. Height

002488

A. All structures and buildings shall not exceed the following height limitations:

 i. Principal building: Seventy-five (75) feet.

 ii. Accessory building: Twenty-five (25) feet.

 iii. Structures: Seventy-five (75) feet.

7.11-5.4. Landscaping

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

7.11-5.5. Lot Size

A. All principal buildings shall be established on a lot having an area of not less than ten thousand (10,000) square feet and a width at the required exterior front setback line of not less than seventy-five (75) feet. The following minimum lot area shall be required per dwelling unit as indicated in addition to the above described area:

 i. Efficiency: 600 sf

 ii. Units with 1 bedroom and efficiency units: 750 sf

 iii. Units with 2 bedrooms: 900 sf

 iv. Units with 3 bedrooms: 2,000 sf

 v. Units with 4 bedrooms: 3,500 sf

 vi. A waiver of two hundred (200) sf from the above stated area requirements shall be allowed per dwelling unit if a Property Management Agreement is entered into by the property owner, and Onsite Recreational Facilities are provided as defined within the R-5 Multiple Family Dwelling District hereof.

 vii. All non-residential uses shall be established on a zoning lot of not less than twenty-five thousand (25,000) square feet, and a width at the required exterior front setback line of not less than one hundred (100) feet.

7.11-5.6. Lot Coverage

A. (Maximum area): Not more than forty (40) percent of the area of the zoning lot may be occupied by buildings or structures including accessory buildings.

7.11-5.7. Monotony Standards

7.11-5.8. Nonconformity

A. The Bulk Regulations Section of the Aurora Zoning Ordinance shall apply.

7.11-5.9. Permitted Obstructions

A. All areas defined by the required setback lines shall be maintained as landscaped areas and generally be unobstructed from the ground level to the sky.   The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific regulations:

 i. Permitted obstructions in all setback areas: Bay windows, overhanging eaves, chimneys, and other such architectural elements, that project three (3) feet or less into the required setback area.

 ii. Permitted obstructions in all exterior setback areas: Driveway access from the public street, which shall be generally perpendicular thereto.

C00489

    iii. Permitted obstructions in all interior rear setback areas: Parking places located no closer than five (5) feet to the rear property line.

### 7.11-5.10. Parking and loading

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

    i. All dwelling units shall be provided with two (2) unenclosed parking places, which shall be located on the same zoning lot as the principal building.

    ii. All unenclosed parking places established on the zoning lot shall be located no closer than ten (10) feet to the principal building.

### 7.11-5.11. Performance Standards

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

### 7.11-5.12. Setback

A. All structures and uses shall be established outside of the required setback areas as defined by the following required setback lines:

    i. Exterior Front: Twenty-five (25) feet. The setback for structures exceeding twenty-five (25) feet in height shall be increased one (1) foot for each two (2) feet or fraction thereof by which the structure's height exceeds twenty-five (25) feet. In no case shall an exterior front setback of more than forty (40) feet be required.

    ii. Exterior Side: Ten (10) feet, or fifty (50) percent of the exterior front setback required on the adjacent lots to the exterior side, whichever is greater.

    iii. Exterior Rear: Thirty (30) feet.

    iv. Interior Side: Ten (10) feet. The setback for structures exceeding twenty-five (25) feet in height shall be increased one (1) foot for each two (2) feet or fraction thereof by which the structure's height exceeds twenty-five (25) feet. In no case shall an interior side setback of more than thirty (30) feet be required.

    v. Interior Rear: Thirty (30) feet.

### 7.11-5.13. Signs

A. There shall be no signs permitted other than specified exceptions as provided for in the Aurora sign ordinance.

B. Nameplate signs shall not exceed two (2) square feet per side.

# SECTION 8. BUSINESS DISTRICTS

## 8.1. Purpose

8.1-1. The business districts set forth herein are established to protect public health, to promote public safety, comfort, convenience and the general welfare, and to protect the economic base of the city and the value of property. These general purposes include, among other, the following specific objectives:

    8.1-1.1. To promote the most desirable use of land in accordance with a well considered plan so that adequate space is provided in appropriate locations for the various types of business uses, thereby protecting and strengthening the economic base of the city.

002490

8.1-1.2. To place in separate districts those businesses which my create noise, odors, hazards, unsightliness, or which may generate excessive traffic.

8.1-1.3. To permit selected business uses in districts where adjacency to or inclusion in residential areas has sufficient elements of service or convenience to such areas to offset the disadvantage.

8.1-1.4. To encourage the grouping in appropriate locations of compatible business uses which will tend to draw trade that is mutually interchangeable and so promote public convenience and business prosperity and contribute to the alleviation of traffic and pedestrian congestion.

8.1-1.5. To provide for establishment of off-street parking facilities, permitted and required, so as to alleviate traffic congestions and so promote shopping convenience and business prosperity.

## 8.2. "B-1" Business District--Local Retail.

8.2-1. Title

8.2-2. Intent & Purpose

8.2-3. District Specific Regulations

8.2-3.1. Rules

A. All activities, except for off-street parking facilities as permitted or required in this district, shall be conducted wholly within an enclosed building.

8.2-3.2. Definitions

8.2-4. Use Regulations

8.2-4.1. Permitted Uses.  The Permitted Uses for this district as identified in <u>Table One: Use Categories shall apply.</u>

8.2-4.2. Special Uses.  The Special Uses for this district as identified in <u>Table One: Use Categories shall apply.</u>

8.2-4.3. Accessory Uses.  The Use Regulations Section of the Aurora Zoning Ordinance shall apply.

8.2-4.4. Limited but Permitted Uses

A. Dwelling units, provided they are located above the first floor and above a permitted use and that all lot area, side and rear yards as required for dwelling units in The R-5 Multiple-Family Dwelling District of this ordinance are complied with. All yard requirements shall begin fifteen (15) feet above the first floor elevation. Further, the total square footage permitted for the residential use shall not exceed the total first floor square footage that is utilized for the office or business use.

8.2-5. Bulk Restrictions

8.2-5.1. Building, Dwelling and Structure Standards

8.2-5.2. Floor Area Ratio

8.2-5.3. Height

C00491

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific regulations:

i. No building or structure shall be erected or structurally altered to exceed a height of three (3) stories, nor shall it exceed fifty (50) feet in height, except in the area designated by the City of Aurora as a Number 1 Fire Limit Zone, wherein buildings may be erected or structurally altered without any height limitation

8.2-5.4. Landscaping

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

8.2-5.5. Lot Size

8.2-5.6. Lot Coverage

8.2-5.7. Monotony Standards

8.2-5.8. Nonconformity

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

8.2-5.9. Obstructions

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

8.2-5.10. Parking & Loading

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

8.2-5.11. Performance Standards

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

8.2-5.12. Setbacks

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific regulations:

B. The following minimum setbacks shall be provided and maintained in connection with any building or parking lot. Front yard parking shall be regulated by this subsection or by the Bulk Restrictions Section, whichever is more restrictive. The parking setback provisions of this subsection shall supersede the provisions of the Bulk Restrictions Section.

i. Front, exterior side or exterior rear setback requirements:

| BUILDING HEIGHT | ABUTTING | SETBACK |
| --- | --- | --- |

C00492

|  |  | (in feet) |
|---|---|---|
| Any Height | Tollway | 75 |
| 35 Feet or Less | Arterial Street | 30 |
|  | Collector or Local Street | 15 |
| More than 35 Feet | Arterial Street | 30 |
|  | Collector or Local Street | 20 |

Setback exceptions. When exterior yards abut a collector or local street, which includes residentially zoned lots on the same block, if fifty (50) percent or more of the existing buildings are developed at an established setback of less than the required setback, any new B2 building may conform to the average established setback. If such average established setback is between fifteen (15) feet and thirty (30) feet, any new B2 building shall be set back at least an equivalent distance. In no case shall a setback of more than thirty (30) feet be required.

ii. The setback requirement for front exterior side or exterior rear yards may be reduced to ten (10) feet if the following conditions are met:

    a. The property was a lot of record on or before November 1957.

    b. A landscape plan is submitted by the owner and approved by the planning director and zoning administrator.

    c. The owner commits in writing to have the approved landscaping established no later than June 30th or October 30th following the approval of the landscape plan, whichever shall occur first.

    d. The owner demonstrates that the required setbacks cannot be met due to physical or practical difficulties.

iii. Interior side or rear setback requirements:

| BUILDING HEIGHT | ABUTTING | SETBACK (in feet) |
|---|---|---|
| Any Height | Fox River | 30 |
| 35 Feet or Less | Residential | 20 |
| More than 35 Feet | Residential | 30 |

Additional Rear Yard Requirements: When an interior rear lot lines does not abut a residentially zoned district, or the Fox River, a rear yard of not less that eight (8) feet shall be required.

    8.2-5.13. Signs

        A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

## 8.3. "B-2" Business District--General Retail.

    8.3-1. Title

        8.3-1.1. The General Retail Business District shall be designated as "B-2" on the City of Aurora Zoning Map.

000493

8.3-2. Intent & Purpose

8.3-3. District Specific Regulations

    8.3-3.1. Rules

        A. All activities, except for off-street parking facilities as permitted or required in this district, shall be conducted wholly within an enclosed building.

    8.3-3.2. Definitions

8.3-4. Use Regulations

    8.3-4.1. Permitted Uses.  The Permitted Uses for this district as identified in <u>Table One: Use Categories shall apply.</u>

    8.3-4.2. Special Uses. The Special Uses for this district as identified in <u>Table One: Use Categories shall apply.</u>

    8.3-4.3. Accessory Uses.  The Use Regulations Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

        A. Upholstery and making of draperies, slipcovers, and other similar articles.

    8.3-4.4. Limited but Permitted Uses

        A. Dry-cleaning and pressing establishments, when employing facilities for the cleaning and pressing of not more than seven hundred and fifty (750) pounds of dry goods per day, and when using carbon tetrachloride or other similar inflammable solvents approved by the fire department.

        B. Dwelling units, provided they are located above the first floor and above a permitted use and that all lot area, side and rear yards as required for dwelling units in The R-5 Multiple-Family Dwelling District of this ordinance are complied with. All yard requirements shall begin fifteen (15) feet above the first floor elevation. Further, the total square footage permitted for the residential use shall not exceed the total first floor square footage that is utilized for the office or business use.

8.3-5. Bulk Restrictions

    8.3-5.1. Building, Dwelling and Structure Standards

    8.3-5.2. Floor Area Ratio

    8.3-5.3. Height

        A. There shall be no restrictions as to the height of buildings in the B-2 business district.

    8.3-5.4. Landscaping

        A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

    8.3-5.5. Lot Size

    8.3-5.6. Lot Coverage

    8.3-5.7. Monotony Standards

    8.3-5.8. Nonconformity

C02494

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

8.3-5.9. Obstructions

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

8.3-5.10. Parking & Loading

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

8.3-5.11. Performance Standards

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

8.3-5.12. Setbacks

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific regulations.

B. The following minimum setbacks shall be provided and maintained in connection with any building or parking lot. Front yard parking shall be regulated by this subsection or the Bulk Restrictions Section, whichever is more restrictive. The parking setback provisions of this subsection shall supersede the provisions of the Bulk Restrictions Section.

    i. Front, exterior side or exterior rear setback requirements:

| BUILDING HEIGHT | ABUTTING | SETBACK (in feet) |
|---|---|---|
| Any Height | Tollway | 75 |
| 35 Feet or Less | Arterial Street | 30 |
|  | Collector or Local Street | 15 |
| More than 35 Feet | Arterial Street | 30 |
|  | Collector or Local Street | 20 |

Setback exceptions. When exterior yards abut a collector or local street, which includes residentially zoned lots on the same block, if fifty (50) percent or more of the existing buildings are developed at an established setback of less than the required setback, any new B2 building may conform to the average established setback. If such average established setback is between fifteen (15) feet and thirty (30) feet, any new B2 building shall be set back at least an equivalent distance. In no case shall a setback of more than thirty (30) feet be required.

    ii. The setback requirement for front exterior side or exterior rear yards may be reduced to ten (10) feet if the following conditions are met:

        a. The property was a lot of record on or before November, 1957.

        b. A landscape plan is submitted by the owner and approved by the planning director and zoning administrator.

        c. The owner commits in writing to have the approved landscaping established no later than June 30th or October 30th following the approval of the landscape plan, whichever shall occur first.

        d. The owner demonstrates that the required setbacks cannot be met due to physical or practical difficulties.

000495

C. Interior side or rear setback requirements:

| BUILDING HEIGHT | ABUTTING | SETBACK (in feet) |
|---|---|---|
| Any Height | Fox River | 30 |
| 35 Feet or Less | Residential | 20 |
| More than 35 Feet | Residential | 30 |
| Additional Rear Yard Requirements: When an interior rear lot lines does not abut a residentially zoned district, or the Fox River, a rear yard of not less that eight (8) feet shall be required. | | |

8.3-5.13. Signs

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

**8.4. "B-3" Business And Wholesale District.**

8.4-1. Title

8.4-1.1. The Business and Wholesale District shall be designated as "B-3" in the City of Aurora Zoning Map.

8.4-2. Intent & Purpose

8.4-3. District Specific Regulations

8.4-3.1. Rules

A. All activities, except for off-street parking facilities as permitted or required in this district, shall be conducted wholly within an enclosed building.

8.4-3.2. Definitions

8.4-4. Use Regulations

A. Permitted Uses.  The Permitted Uses for this district as identified in Table One: Use Categories shall apply.

8.4-4.2. Special Uses.  The Special Uses for this district as identified in Table One: Use Categories shall apply.

8.4-4.3. Accessory Uses. The Use Regulations Section of the Aurora Zoning Ordinance shall apply.

8.4-4.4. Limited but Permitted Uses

A. Processing, finishing and assembly facilities, provided that space occupied in a building does not exceed six thousand (6,000) square feet of total floor and basement space, not including stairwells, or elevator shafts; and provided such processing or assembly can be conducted without noise, vibration, odor, dust or any other condition which might be disturbing to occupants of adjacent buildings.

8.4-5. Bulk Restrictions

8.4-5.1. Building, Dwelling and Structure Standards

126

C02496

8.4-5.2. Floor Area Ratio

8.4-5.3. Height

A. There shall be no restrictions as to the height of buildings in the B-3 business district.

8.4-5.4. Landscaping

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

8.4-5.5. Lot Size

8.4-5.6. Lot Coverage

8.4-5.7. Monotony Standards

8.4-5.8. Nonconformity

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

8.4-5.9. Obstructions

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

8.4-5.10. Parking & Loading

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

8.4-5.11. Performance Standards

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

8.4-5.12. Setbacks

A. The following minimum setbacks shall be provided and maintained in connection with any building or parking lot. Front yard parking shall be regulated by this subsection or the Bulk Restrictions Section, whichever is more restrictive. The parking setback provisions of this subsection shall supersede the provisions of the Bulk Restrictions Section.

i. Front, exterior side or exterior rear setback requirements:

| ABUTTING | SETBACK (in feet) |
|---|---|
| Tollway | 75 |
| Arterial Street | 30 |
| Collector | 15 |
| Setback exceptions. When exterior yards abut a collector or local street, which includes residentially zoned lots on the same block, if fifty (50) percent or more of the existing buildings are developed at an established setback of less than the required setback, any new B2 building may conform to the average established setback. If such average established setback is between fifteen (15) feet and thirty (30) feet, any new B2 building shall be set back at least an equivalent distance. In no case shall a setback of more than thirty ||

127

(30) feet be required.

ii. The setback requirement for front exterior side or exterior rear yards may be reduced to ten (10) feet if the following conditions are met:

a. The property was a lot of record on or before November, 1957.

b. A landscape plan is submitted by the owner and approved by the planning director and zoning administrator.

c. The owner commits in writing to have the approved landscaping established no later than June 30th or October 30th following the approval of the landscape plan, whichever shall occur first.

d. The owner demonstrates that the required setbacks cannot be met due to physical or practical difficulties.

iii. Interior side or rear setback requirements:

| ABUTTING | SETBACK (in feet) |
|---|---|
| Fox River | 30 |
| Residential | 20 |
| B-1, B-2 or O | 10 |
| Additional rear yard requirements. When an interior rear lot line abuts a manufacturing district, a rear yard of not less than eight (8) feet shall be required. | |

8.4-5.13.  Signs

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

**8.5. "O" Office district.**

8.5-1. Title

8.5-2. Intent & Purpose

8.5-3. District Specific Regulations

8.5-3.1. Rules

A. All activities, except for off-street parking facilities as permitted or required in this district, shall be conducted wholly within an enclosed building.

B. Condition of use. In the O district, there shall be no storage, wholesale, retail, shipping or display of goods or merchandise on the premises except for: (1) incidental and minor storage and retail which is clearly accessory to and customarily associated with the operation of a professional office--such as the dispensing of medicines by physicians on an individual patient basis; (2) displays limited to floor samples in a business office; (3) the exhibition of individual art or craft products in an art gallery; and (4) displays of materials or work normally connected with the operation of a library, school, religious institution,

128

photography studio, or other similar use. However, in the O district there shall be neither window display of goods or merchandise nor any other display, including floor samples, which is readily visible from the public way or from adjoining properties. All business and professional activities shall take place within enclosed buildings.

8.5-3.2. Definitions

8.5-4. Use Regulations

8.5-4.1. Permitted uses. The Permitted Uses for this district as identified in <u>Table One: Use Categories</u> shall apply.

8.5-4.2. Special Use. The Special Uses for this district as identified in <u>Table One: Use Categories</u> shall apply.

8.5-4.3. Accessory Uses. The Use Regulations Section of the Aurora Zoning Ordinance shall apply.

8.5-4.4. Limited but Permitted Uses

A. Dwelling units, provided they are located above the first floor and above a permitted use and that lot area, side and rear yards as required for dwelling units in the R-5 Multiple-Family Dwelling District of this ordinance are complied with. All yard requirements shall begin fifteen (15) feet above the first floor elevation. Further, the total square footage permitted for the residential use shall not exceed the total first floor square footage that is utilized for the office use.

8.5-5. Bulk Restrictions

8.5-5.1. Building, Dwelling and Structure Standards

8.5-5.2. Floor Area Ratio

A. The floor area ratio of buildings and structures on a zoning lot shall not exceed 1.6.

8.5-5.3. Height

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

8.5-5.4. Landscaping

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

8.5-5.5. Lot Size

A. For each dwelling unit established above the ground floor, at least two thousand (2,000) square feet of lot area shall be provided.

8.5-5.6. Lot Coverage

8.5-5.7. Monotony Standards

8.5-5.8. Nonconformity

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

8.5-5.9. Obstruction

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

000409

8.5-5.10. Parking and Loading

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

8.5-5.11. Performance Standards

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

8.5-5.12. Setbacks.

A. The following minimum setbacks shall be provided and maintained in connection with any building or parking lot. Front yard parking shall be regulated by this subsection or the Bulk Restrictions Section, whichever is more restrictive. The parking setback provisions of this subsection shall supersede the provisions of section 5.

   i. Front, exterior side or exterior rear setback requirements:

| BUILDING HEIGHT | ABUTTING | SETBACK (in feet) |
|---|---|---|
| Any Height | Tollway | 75 |
| 35 Feet or Less | Arterial Street | 30 |
| | Collector or Local Street | 15 |
| More than 35 Feet | Arterial Street | 30 |
| | Collector or Local Street | 20 |

The setback requirement for front exterior side or exterior rear yards may be reduced to ten (10) feet if the following conditions are met:

B. The property was a lot of record on or before November, 1957.

C. A landscape plan is submitted by the owner and approved by the planning director and zoning administrator.

D. The owner commits in writing to have the approved landscaping established no later than June 30th or October 30th following the approval of the landscape plan, whichever shall occur first.

E. The owner demonstrates that the required setbacks cannot be met due to physical or practical difficulties.

F. Interior side or rear setback requirements:

| BUILDING HEIGHT | ABUTTING | SETBACK (in feet) |
|---|---|---|
| Any Height | Fox River | 30 |
| 35 Feet or Less | Residential | 20 |
| More than 35 Feet | Residential | 30 |
| Additional Rear Yard Requirements: When an interior rear lot lines does not abut a residential district, or the Fox River, a rear yard of at least twenty (20) feet shall be required. | | |

8.5-5.13. Signs

C00500

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

## 8.6. "B-B" Business-Boulevard District.

8.6-1. Title

8.6-1.1. The Business-Boulevard District shall be designated as "B-B" on the City of Aurora Zoning Map.

8.6-2. Intent & Purpose

8.6-2.1. The intent of the B-B business boulevard district is to combine residential, commercial, office and industrial development in an orderly arrangement along a major street so as to maximize the commercial service benefit it offers and to minimize its harmful affects on (1) traffic movement and flow; (2) traffic safety; (3) the various land uses within and in close proximity to the B-B district; and (4) the beauty of the community.

8.6-3. District Specific Regulations

8.6-3.1. Rules

8.6-3.2. Definitions

A. Definitions. As provided for in the Rules and Definitions Section.

8.6-4. Use Regulations

8.6-4.1. Permitted Uses: The use of land or buildings in the B-B district shall be limited to the following:

A. Agricultural implement sales and service.

B. Antique shops.

C. Air conditioning and heating sales and service.

D. Art galleries and studios.

E. Art and school supply stores.

F. Auto accessory store.

G. Automobile sales and service establishments for new passenger automobiles and trucks, including sale of used cars and trucks when operated in conjunction with the principal use. Mechanical repairs, body repairs and repainting may be included. All facilities shall be contained in an enclosed building, except the storage of automobiles and trucks displayed in the open.

H. Automotive service stations, except that no outdoor display of any merchandise except gas pumps, lubricating oil and new tires. Auto, trailer and truck rental agencies.

I. Auto, truck construction equipment and farm equipment sales and storage are permitted in open yards within the district. Auto, truck construction equipment and farm equipment repairs shall be limited to entirely enclosed buildings except that dismantling and wrecking of said vehicles are specifically forbidden within the district.

J. Bakery shop, including the baking and processing of food products, when prepared for retail use on the premises only.

131

000501

K. Bank and financial institutions.

L. Barbershop, chiropody, massage or similar personal service shop.

M. Battery and tire service stations, but not including recapping of tires.

N. Bicycle sales and repair.

O. Blueprinting and Photostatting establishments.

P. Boat, motorcycle and truck sales, service and major automotive repair, but only when confined within an enclosed structure.

Q. Book and stationery store.

R. Beauty parlor.

S. Building material sales, when conducted wholly within a building.

T. Candy and ice cream shops.

U. Camera and photographic supply shops.

V. Catering establishments.

W. Religious institutions, provided that the requirements of The Bulk Restrictions Section are complied with.

X. Clubs and fraternal organizations.

Y. Costume rental shop.

Z. Coin and philatelic stores.

AA. Contractors' offices and shops, where no fabricating is done on the premises and where all storage of material is within a building.

BB. Custom dressmaking, millinery, tailoring or shoe repair when conducted for retail sales on the premises only.

CC. Delicatessens.

DD. Department stores.

EE. Dress shops.

FF. Drugstores.

GG. Dry-cleaning and pressing establishments, when employing facilities for the cleaning and pressing of not more than seven hundred fifty (750) pounds of dry goods per day, and when using carbon tetrachloride or other similar noninflammable solvents approved by the fire department.

HH. Dry goods store.

II. Electrical appliance store and repair, but not including appliance assembly or manufacturing.

JJ. Employment agency.

KK. Florist shop and conservatory for retail trade on the premises.

LL. Food and fruit stores.

132

000502

MM. Frozen food stores.

NN. Furniture store and upholstery when conducted as part of the retail operations and secondary to the main use.

OO. Garden supplies and seed stores.

PP. Garages, public, for storage of private passenger automobiles and commercial vehicles.

QQ. Gift shops.

RR. Grocery stores.

SS. Hardware stores.

TT. Haberdashery.

UU. Hand laundries.

VV. Hobby stores.

WW. Household appliance stores.

XX. Hotels with fifty (50) guest rooms or more, and those with fewer than fifty (50) rooms that were established prior to the date of this ordinance, which must be staffed with twenty-four-hour clerk service, maid and janitor service.

YY. Interior decorating shops, including upholstery and making of draperies, slip covers, and other similar articles, when conducted as part of the retail operations and secondary to the main use.

ZZ. Jewelry store and watch repair.

AAA. Laboratories, commercial (medical, dental, research, experimental and testing).

BBB. Launderette and Laundromat, when operated with supervisory personnel.

CCC. Leather goods and luggage store.

DDD. Libraries.

EEE. Liquor store, package goods only when compatible with Chapter 6, Alcoholic Beverages, Code of Ordinances, City of Aurora, Illinois.

FFF. Locksmith.

GGG. Meat markets.

HHH. Mirror and glazing shop.

III. Musical instrument sales and repair.

JJJ. Newsstand.

KKK. Notions store.

LLL. Offices, business and professional, including medical clinics.

MMM. Optician, optometrist.

NNN. Orthopedic and medical appliance store.

OOO. Parcel delivery station.

003503

PPP. Pet shops, kennel or animal hospital when conducted wholly within an enclosed building.

QQQ. Photograph developing and processing.

RRR. Photography studio, including the developing of film and pictures.

SSS. Physical culture and health service.

TTT. Picture framing.

UUU. Plumbing, heating and roofing supply shops and offices where no fabricating is done on the premises and where all storage of material is within a building.

VVV. Post offices and postal substations.

WWW. Public utility collection offices.

XXX. Radio and television sales and services, including major repairs.

YYY. Reading rooms.

ZZZ. Restaurant, tavern, drive-in.

AAAA. Residential development:

    i. Single-family residential units and accessory uses when developed in accordance with standards set out in the R-3 One-Family Dwelling District and the subdivision ordinance.

    ii. Multiple-family residential units, including building types such as apartments, row houses with not more than six (6) dwellings in a row and cluster housing with accessory uses, when developed in accordance with the Standards for Residential Development and the Standards for Combined Commercial and Multiple-Family Development.

BBBB. Shoe stores.

CCCC. Schools: music, dance, business, commercial or trade.

DDDD. Sewing machine sales and service.

EEEE. Signs, as defined and regulated this section.

FFFF. Sporting goods store.

GGGG. Taverns.

HHHH. Taxidermist.

IIII. Taxicab and bus waiting rooms and dispatchers' offices.

JJJJ. Telegraph office.

KKKK. Theater: indoor, drive-in.

LLLL. Tobacco shop.

MMMM. Toy store.

NNNN. Travel bureau and transportation ticket office.

OOOO. Trailer sales and rental on an open lot. Trailer repair only in an enclosed building.

000504

PPPP. Typewriter and adding machine sales and service.

QQQQ. Undertaking establishments.

RRRR. Utilities, limited to lines and facilities that serve the immediate area.

SSSS. Variety store.

TTTT. Wearing apparel shop.

UUUU. All activities, except for garden shops, nurseries, farm equipment sales, hardware stores, automobile off-street parking facilities as permitted or required in this B-B district, and except as otherwise noted in this section, shall be conducted wholly within an enclosed building; provided, however, outdoor storage and sales may be authorized by special use permit.

8.6-4.2. Special uses requiring special use permit: The following special uses are prohibited within the B-B district unless the city council finds:

A. That any such use is designed so as to be compatible with its neighborhood; and

B. Not in conflict with the intent of the B-B district and subject to the issuance of a special use permit upon recommendation by the planning commission in accordance with the Administration Section.

   i. Educational institutions limited to the following:

      a. Nonboarding schools such as nursery, elementary, high, public, private, parochial and boarding schools.

   ii. Public, quasi-public and governmental buildings and facilities and institutions limited to the following:

      a. Amusement and recreational uses including archery range, golf practicing range, miniature golf course, swimming pools, swim clubs, roller skating rinks, dance halls, tennis courts, tennis buildings, bowling alleys or other similar places of entertainment when operated for profit.

      b. Utility facilities such as gas regulator stations, telephone exchanges, power substations, transformer stations, etc.

      c. Public parks and playgrounds, community centers and athletic fields, including stadiums and grandstands.

      d. Institutions for the care or treatment of insane, feebleminded, retarded, alcoholic or drug addict patrons, including halfway houses caring for partially affected or recovering persons.

C. Planned unit development in accordance with the Residential Planned Unit Development Subsection.

D. Automobile laundry.

8.6-4.3. Accessory Uses

8.6-4.4. Prohibited uses: All uses other than those expressly permitted in the B-B Business-Boulevard District are expressly prohibited within the B-B district, including the following:

A. Auto, horse and dog racing.

B. Gun clubs and skeet- and trap-shooting ranges.

135

000505

C. Mobile home parks.

8.6-5. Bulk Restrictions

    8.6-5.1. Standards, general.

      A. Lot Area

        i. Buildings and structures hereafter erected or structurally altered shall be on a lot having a width at the building line of not less than one hundred fifty (150) feet, and a depth of not less than two hundred fifty (250) feet except that any single lot or parcel of land, which was of record at the time of the adoption of the B-B business-boulevard district, that does not meet the minimum lot width or depth may be utilized for a permitted use.

      B. Setbacks

        i. Front yard:

          a. There shall be a front yard having a depth of not less than thirty-five (35) feet.

          b. The front yard shall be free of all buildings and structures requiring a building permit except that certain signs may be placed in the front yard in accordance with all B-B Business-Boulevard District regulations.

          c. No parking or loading shall be permitted in the front yard.

          d. The front yard may contain access drives leading from the public street directly to the rear of the front yard. No other drives or auto maneuvering areas are permitted in the front yard.

          e. Additional yard requirements appear in the Standards for Business Development and Standards for Multiple Family Development Subsections.

      C. Number of buildings permitted on each zoning lot: More than one (1) building is permitted on each zoning lot except one- and two-family dwellings.

      D. Court area:

        i. A court area shall be established for each lot. The court area shall be an open space located abutting and behind the building setback line and shall be fifty (50) percent the width of the lot wide and twenty-five (25) feet deep. The court area shall be maintained free of all buildings and structures that require a building permit except signs and may be used for parking, drives and landscaping.

      E. Landscaping:

        i. Except as required in Standards for Green Space Areas in Multiple-Family Development Subsection at least five (5) percent of the lot exclusive of required setback and yard areas shall be planted and permanently maintained.

        ii. Landscaping of parking areas:

          a. Those parts of a parking area that are not used for either a parking space or access to a parking space shall be maintained free of paving and shall be planted and landscaped and permanently maintained as landscaped areas.

          b. No landscaped area within or adjacent to a parking area shall have an average width of less than three (3) feet.

        iii. All landscaped areas shall be surrounded by a continuous raised concrete curb or similar construction.

136

000506

    iv. A landscape plan for the entire site shall be a requirement for approval of the development. In addition to meeting the requirements set forth in this section, the plan shall show the type of plantings by both common and botanical name, location and spacing of plants required in yard areas herein.

F. General sign regulations applicable to signage in both residential and business areas:

    i. The following regulations and standards are applicable to all signage (Note: Additional regulations and standards for business area signs are set out in the Standards for Business Development Subsection and for residential area signs are set out in the Standards for Residential Development Subsection).

        a. No sign shall, by reason of its position, size, shape or color, obstruct the view of any motorist on a public street, or be confused with a traffic-control sign or device or otherwise interfere with or confuse traffic. Signs and the flood-lighting of signs shall be designed and arranged so as to prevent glare into any neighboring property, land use or public way.

        b. Roof signs are prohibited.

        c. Signs painted on fences or walls are prohibited.

        d. Flashing or blinking signs and signs with moving parts are prohibited.

        e. All permanent signs shall be confined to the trade name and logotype of the property user. Slogans are prohibited; however, identification of a single principal product or service may be included in the permissible dimensions of a sign if such product or service is not customarily associated with the property user's business operations.

        f. Structural framing, angles and large fastenings must be fully concealed. Small fastenings such as screw heads may be exposed if finished to match the approved sign.

        g. Unfinished metals, plywood and paper are prohibited materials.

        h. The area of a sign shall be the area of the smallest circle, square or rectangle that can be drawn on a scaled elevation of the sign that could enclose all advertising or attention attracting parts of the sign.

        i. The reverse face of a freestanding sign shall not be counted when computing its area.

        j. Any freestanding sign shall be flat and shall be limited to a face and reverse face.

        k. Traffic directional signs. Traffic directional signs having a maximum area of eight (8) square feet each and whose message is limited to the designation of parking entrances, exits and conditions of use of parking facilities accessory to the main use of the premises may be maintained provided they are within the property line of the subject lot.

        l. Alterations. No sign shall be altered, rebuilt, enlarged, extended or relocated except in conformity with the provisions of this ordinance. Maintenance of signs shall not be deemed to be alterations.

        m. No permanent sign may be put in place until a permit has been issued. The zoning administrator may approve, disapprove or conditionally approve any sign design application. The applicant may appeal any such zoning administrator decision to the zoning board of appeals.

CC0507

n. The final submission for all signs shall include, but not be limited, to the following:

- Dimensional plot plan showing proposed location related to surrounding buildings and roadways.

- Building elevations with main identification sign, one-fourth inch scale.

- Elevation drawings of the signage at one (1) foot equal one-half inch scale.

- Construction and material details, electrical details and lighting schedule.

## G. Parking and Loading

i. All parking areas, loading areas, driveways and maneuvering areas for passenger automobiles and commercial vehicles under one and one-half (1 1/2) ton capacity shall be improved with six (6) inches thick gravel and two (2) inches thick asphalt or equivalent material of the same thickness. All parking areas, loading areas, driveways and maneuvering areas for larger motor vehicles than passenger cars and commercial vehicles under one and one-half (1 1/2) ton capacity shall be improved according to standards and specifications of the Illinois Department of Transportation, and a plan showing the required improvements shall be submitted to the city engineer of Aurora for his approval.

ii. An off-street parking space shall be a usable area of not less than one hundred ninety (190) square feet no less than ten (10) feet wide by nineteen (19) feet long, exclusive of access drives or aisles, ramps, columns or office and work areas, accessible from public streets or alleys, or from private driveways or aisles leading to public street or alleys, and to be used for the storage or parking of passenger automobiles and commercial vehicles under one and one-half (1 1/2) ton capacity where permitted under this ordinance. Maneuvering space shall not be less than twelve (12) feet in width when serving automobiles in parallel parking. Backup space shall not be less than twelve (12) feet in width when serving automobiles parked at thirty-degree angles in one direction, not less than fifteen (15) feet in width when serving automobiles parked at forty-five-degree angles in one (1) direction, not less than eighteen (18) feet in width when serving automobiles parked at sixty-degree angles in one direction, and not less than twenty-five (25) feet in width when serving automobiles parked perpendicular to the aisles.

iii. Visibility clearance zone:

a. A visibility clearance zone is established at every intersection of the major street with any driveway.

b. A visibility clearance zone shall be a triangular area located at the intersection of each private driveway and a public street. The base of the triangle shall be measured along the edge of the paving of the major street an equal distance in both directions from the centerline of the driveway. This distance shall be one-half for driveway width plus forty (40) feet. The height of the triangle shall be forty (40) feet.

c. The visibility clearance zone shall be maintained free of all walls, signs (except up to ten (10) inches in diameter poles, supporting signs and traffic devices), plantings (except tree trunks), structures and all obstacles to vision in a space between eighteen (18) inches above curb grade.

iv. Additional off-street parking regulations appear in Standards for Business Development and inStandards for Residential Development.

138

000508

v. Off-street parking spaces shall be constructed in accordance with the Bulk Restrictions Section, General provisions--Parking and loading excepting the Parking and Loading Schedule of Requirements Subsection, of the Aurora zoning ordinance.

## 8.6-5.2. Standards for business development.

### A. Height

i. (of buildings in business areas) The maximum height of any building or structure in a business area shall be fifty (50) feet to roof line except as noted in below.

ii. The height of any building or structure in a business area on the rear portion of a lot adjacent to a residential or farming district shall be in accordance with the table set out below:

| DISTANCE FROM REAR PROPERTY LINE (FEET) | MAXMIMUM HEIGHT OF BUILDING OR STRUCTURE (FEET) |
|---|---|
| 25 to 40 | 15 |
| Over 40 to 60 | 25 |
| Over 60 | 50 |

iii. The planning commission may recommend and the city council may approve a site plan for business development showing buildings with heights greater than set out as above in accordance with the Residential Planned Unit Development Subsection and the Administration Section.

### B. Setbacks(business development)

i. Front yard: See the Bulk Restrictions Section of the B-B Business-Boulevard District.

ii. Side yard, business structures:

a. Interior side yard requirement for business structures adjacent to a business, office or manufacturing district:

- The minimum interior side yard requirement for business structures adjacent to property zoned business, office or manufacturing district shall be fifteen (15) feet except that the minimum interior side yard requirement for any part of a business structure above forty (40) feet in height shall be twenty-five (25) feet.

- The minimum side yard requirements on one (1) side of the lot may be reduced to zero (0) for a maximum of fifty (50) percent of the depth of the lot measured from the front setback line to the rear setback line, provided that the sidewall of the structure is made of masonry or concrete.

b. Interior side yard requirement for business structures adjacent to a residential or farming district:

- The minimum interior side yard requirement for business structures adjacent to property zoned residential or farming district shall be twenty (20) feet plus one and one-half (1 1/2) feet for each one (1) foot above thirty (30) feet in height; except that the minimum interior side yard requirement for business structures shall be fifteen (15) feet when the adjacent parcel fronts on a major street and is zoned farming or residential under the jurisdiction of the county.

- The minimum interior side yard requirement for business structures immediately adjacent to property zoned residential or farming district may be reduced to zero

139

000509