**SECTION 20. TABLES AND CHARTS**

**Table One: Use Categories**

CC0595

## Use Categories

A = Accessory Use    P = Permitted Use    S = Special Use    L = Limited but Permitted Use
P(S) = Permitted but may require a Special Use persuant to criteria in the Additional Regulations
Blank Cell = Use Not Permitted

| Major Use Category | Sub Use Category One | Sub Use Category Two | Sub Use Category Three | E | R-1 | R-2 | R-3 | R-4 | R-4A | R-5 | R-5A | B-1 | B-2 | B-3 | O | DC | ORI | M-1 | M-2 | Additional Regulations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 Residence or accommodation functions | | | | | | | | | | | | | | | | | | | | |
| | 1100 Private household / Dwelling Unit | | | | P | P | P | P | P | P | | L | | | L | | | | L | 8.2-4.4A; 8.3-4.4B; 8.5-4.4A; 8.8-4.4A; 9.2-4.4A |
| | | 1110 One Family Dwelling | | | P | P | P | P | P | P | | L | | S | L | | | | | |
| | | 1120 Two Family Dwelling | | | | | P | P | P | | | | | | | | | | | |
| | | 1130 Multi-Family | | | | | | P | P | P | P | | | | | | | | | |
| | | 1140 Manufactured Home / Mobile Home Park | | | | | | | | | | | | | | | | | | |
| | 1200 Housing services for the elderly | | | | | | | S | S | S | S | S | | S | S | | | | | |
| | 1300 Hotels, motels, or other accommodation services | | | | | | | | | | | | | P | P | S | P | P | P | P | |
| | | 1310 Bed and breakfast inn | | L | L | L | L | L | L | L | L | S | S | S | S | L | | | | |
| | | 1320 Rooming and boarding / Single Room Occupancy | | L | L | L | L | L | L | L | L | | S | S | | | | | | |
| | | 1330 Hotel, minor | | S | S | S | S | S | S | S | S | S | S | S | S | S | S | S | S | |
| | | 1340 Motel - no common corridor | | S | S | S | S | S | S | S | S | | S | S | S | S | S | | S | |
| | 1400 Home occupations | | | | | | | | | | | | | | | | | | | 7.2-4 |
| | 1500 Community Residence | | | | | | | | | | | | | | | | | | | |
| | | 1510 Community Residence, Group | | | | | | | | | | | | | L | L | | | | |
| | | 1520 Halfway House, Therapy | | | | | | | | | | | | | S | S | | | | |
| | | 1530 Halfway House, Corrections | | | | | | | | | | | | | | S | | | S | |
| 2000 General sales, services or office | | | | | | | | | | | | | | | | | | | | |

Proposed permitted uses 12/4/2006

000596

## Use Categories

A = Accessory Use    P = Permitted Use    S = Special Use    L = Limited but Permitted Use

P(S) = Permitted but may require a Special Use persuant to criteria in the Additional Regulations    Blank Cell = Use Not Permitted

| Major Use Category | Sub Use Category One | Sub Use Category Two | Sub Use Category Three | E | R-1 | R-2 | R-3 | R-4 | R-4A | R-5 | R-5A | B-1 | B-2 | B-3 | O | DC | ORI | M-1 | M-2 | Additional Regulations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2100 Retail sales or service | | | | | | | | | | | | | | | | | | | |
| | | 2110 Retail sales or service, with a Drive Through | | | | | | | | | | P | P(S) | P(S) | | P | A | P(S) | P(S) | Otherwise complying with Chapter 25 of the Aurora Municipal Code |
| | | 2120 Used clothing stores | | | | | | | | | | | P | P | | L | P | P | P | Otherwise complying with Article VII of Chapter 25 of the Aurora Municipal Code |
| | | 2130 Industrial Arts, manufacture and sales | | | | | | | | | | | P | P | | P | P | P | P | Otherwise complying with Chapter 6 of the Aurora Municipal Code |
| | | 2140 Beer, wine, and liquor store | | | | | | | | | | | P | P | | P | P | P | P | Otherwise complying with Article VI of Chapter 25 of the Aurora Municipal Code |
| | | 2150 Meat Market | | | | | | | | | | P | P | P | | | P | P | P | |
| | | 2160 Pawnshop | | | | | | | | | | S | P | P | | S | P | S | S | Otherwise complying with Article VII of Chapter 25 of the Aurora Municipal Code |
| | | 2170 Flea Market | | | | | | | | | | | S | S | | | P | P | P | |
| | | 2180 Regional consumer goods sales or service | | | | | | | | | | P | P | P | | S | P | P | P | |
| | | | 2181 Lumber yard and building materials | | | | | | | | | | | | | | S | | | |
| | | 2190 Adult businesses | | | | | | | | | | | | | | | S | P | P | Otherwise complying with Article VIII of Chapter 29 of the Aurora Municipal Code |
| | 2200 Banks, Financial Institutions and Insurance | | | | | | | | | | | P | P | P | S | S | S | P | P | |
| | | 2210 Financial institutions with a drive-through facility | | | | | | | | | | P(S) | P(S) | P(S) | | | P | P(S) | P(S) | |
| | 2300 Real estate, and rental and leasing | | | | | | | | | | | P | P | P | | | | P | P | 4.3-3 |

C00597

**Use Categories**

A = Accessory Use   P = Permitted Use   S = Special Use   L = Limited but Permitted Use
P(S) = Permitted but may require a Special Use persuant to criteria in the Additional Regulations   Blank Cell = Use Not Permitted

| Major Use Category | Sub Use Category One | Sub Use Category Two | Sub Use Category Three | E | R-1 | R-2 | R-3 | R-4 | R-4A | R-5 | R-5A | B-1 | B-2 | B-3 | O | DC | OR | M-1 | M-2 | Additional Regulations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2400 Business and professional office | 2310 Leasing commercial, industrial machinery, and equipment | | | | | | | | | | | P | P | | P | | P | P | |
| | | 2410 Employment agency | | | | | | | | | | P | P | P | P | L | P | P | P | |
| | | 2420 Scientific and Technical offices/laboratory | | | | | | | | | | | P | P | | P | P | P | P | |
| | 2500 Food and beverage services | 2510 Bar or drinking place | | | | | | | | | | P | P | P | P | P | | P | P | Otherwise complying with Article VII of Chapter 8 of the Aurora Municipal Code |
| | | 2520 Drive-in Restaurant | | | | | | | | | | | P | P | | P | | P | P | Otherwise complying with Chapter 6 of the Aurora Municipal Code |
| | | 2530 Drive Through Restaurant | | | | | | | | | | | P(S) | P(S) | | P | | P(S) | P(S) | |
| | | 2560 Caterer | | | | | | | | | | | P | P | | P | | P | P | |
| | | 2580 Vending machine operator | | | | | | | | | | P | P | P | P | P | | P | P | Otherwise complying with Article IV of Chapter 8 of the Aurora Municipal Code |
| | | 2590 Restaurant serving Alcoholic Liquor | | | | | | | | | | P | P | P | P | P | | P | P | Otherwise complying with Chapter 6 of the Aurora Municipal Code |
| | 2600 Personal services | 2610 Laundromat | | | | | | | | | | P | P | P | P | P | A | P | P | Otherwise complying with Chapter 25 of the Aurora Municipal Code |
| | | 2620 Drycleaning and Pressing Establishments | | | | | | | | | | L | L | P | P | S | P | P | P | |
| | 2700 Pet and animal sales or service (except veterinary) | | | | | | | | | | | | | P | | | P | P | P | P | 8.3-4.4A |
| | | 2710 Kennel with Outdoor Pens and Runs | | | | | | | | | | | | | | P | | P | P | |

CC0598

## Use Categories

A = Accessory Use    P = Permitted Use    S = Special Use    L = Limited but Permitted Use
P(S) = Permitted but may require a Special Use pursuant to criteria in the Additional Regulations    Blank Cell = Use Not Permitted

| Major Use Category | Sub Use Category One | Sub Use Category Two | Sub Use Category Three | E | R-1 | R-2 | R-3 | R-4 | R-4A | R-5 | R-5A | B-1 | B-2 | B-3 | O | DC | ORI | M-1 | M-2 | Additional Regulations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2720 Animal Hospital | | | | | | | | | | | | P | | | | P | P | |
| | 2800 Vehicle sales or service establishment | | | | | | | | | | | | P | P | | S | | P | P | |
| | | 2810 Vehicle dealership | | | | | | | | | | | P | P | | S | | P | P | |
| | | | 2811 Car Dealership, entirely used | | | | | | | | | | | S | | S | | P | S | |
| | | | 2812 Motorcycle, ATV, etc. | | | | | | | | | | P | P | | | | P | P | |
| | | | 2813 Bus, truck, mobile homes, or large vehicles | | | | | | | | | | | P | | S | | P | P | |
| | | 2820 Auto Parts and Supplies | | | | | | | | | | L | P | P | | P | | P | P | |
| | | 2830 Repair and other services | | | | | | | | | | | P | S | | P | | P | P | |
| | | | 2831 Gasoline Station | | | | | | | | | | S | P | | S | | P | S | |
| | | | 2832 Car Wash, Single Bay | | | | | | | | | | S | P | | S | | P | P | |
| | | | 2833 Car Wash, Multiple Bay | | | | | | | | | | P | S | | P | | P | P | |
| | | | 2834 Vehicle Repair, Minor | | | | | | | | | | P | P | P | P | | P | P | |
| | | | 2835 Detail Shop | | | | | | | | | | P | S | P | L | | P | P | |
| | | | 2836 Vehicle Repair, Major | | | | | | | | | | S | S | P | S | | L | L | |
| | | 2840 Rental Cars | | | | | | | | | | | | P | P | P | | P | P | |
| 2900 General contractor, or special trade contractor (off site work) | | | | | | | | | | | | | | | | | P | P | P | |
| | | 2910 Landscaping with Outside Storage | | | | | | | | | | | | | | | | P | P | |
| | | 2920 Extermination and pest control | | | | | | | | | | | | P | | | | P | P | |

**Use Categories**

A = Accessory Use   P = Permitted Use   S = Special Use   L = Limited but Permitted Use
P(S) = Permitted but may require a Special Use pursuant to criteria in the Additional Regulations   Blank Cell = Use Not Permitted

| Major Use Category | Sub Use Category One | Sub Use Category Two | Sub Use Category Three | E | R-1 | R-2 | R-3 | R-4 | R-4A | R-5 | R-5A | B-1 | B-2 | B-3 | O | DC | ORI | M-1 | M-2 | Additional Regulations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3000 Industrial Trade | | | | | | | | | | | | | | | | | | | | |
| | 3100 Light Industrial | | | | | | | | | | | | | | | | | | P | |
| | | 3110 Food, textiles, and related products | | | | | | | | | | | | | | | | P | P | |
| | | | 3111 Food and beverages | | | | | | | | | | | P | | | S | P | P | |
| | | | 3112 Alcoholic beverages, manufacture | | | | | | | | | | | | | | | P | P | |
| | | 3120 Wood, paper, and printing products | | | | | | | | | | | | | | | | P | P | |
| | | 3130 Wholesale trade establishment | | | | | | | | | | | P | | | P | P | P | |
| | | 3140 Processing, finishing and assembly facilities | | | | | | | | | | | L | | | P | P | P | |
| | 3200 General Industrial | | | | | | | | | | | | | P*D | | | | P | P | |
| | | 3210 Chemicals, and metals, machinery, and electronics manufacturing | | | | | | | | | | S | S | S | | | | | P | |
| | | | 3211 Petroleum and coal products | | | | | | | | | | | | | | | S | P | 8.4-4.4A |
| | | | 3212 Machinery manufacturing | | | | | | | | | | | | | | | S | P | |
| | | 3220 Nonmetallic mining, quarries and other extraction | | | | | | | | | | | | | | | | S | |
| | | 3230 Heavy machinery repair and chemical cleaning services | | | | | | | | | | | | | | | P | P | |
| | 3300 Warehouse, Distribution and storage services | | | | | | | | | | | | | | | | | P | P | |

002600

## Use Categories

A = Accessory Use    P = Permitted Use    S = Special Use    L = Limited but Permitted Use
P(S) = Permitted but may require a Special Use persuant to criteria in the Additional Regulations    Blank Cell = Use Not Permitted

| Major Use Category | Sub Use Category One | Sub Use Category Two | Sub Use Category Three | E | R-1 | R-2 | R-3 | R-4 | R-4A | R-5 | R-5A | B-1 | B-2 | B-3 | Q | DC | ORI | M-1 | M-2 | Additional Regulations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 3310 Vehicle Terminals and Storage | | | | | | | | | | | | | | | S | P | P | |
| | | | 3311 Garages, public, for storage of private passenger automobiles and commercial vehicles under one and one-half (1 1/2) ton capacity | | | | | | | | | | | P | | | | | P | P | |
| | | | 3312 Taxicab and Bus Waiting Rooms and Dispatchers Offices | | | | | | | | | P | P | P | | | | | P | P | |
| | | | 3321 Temporary buildings and uses for construction purposes for a period not to exceed one (1) year | P | P | P | P | P | P | P | P | P | P | P | P | | P | P | P | |
| | | 3320 Storage and Sale of Trailers | | | | | | | | | | | | | | | | P | P | |
| | | 3330 Storage of flammable liquid | | | | | | | | | | | | | | | | P | L | |
| | | 3340 Mini-Storage | | | | | | | | | | | | | | | | | | |
| 3400 Heavy Industrial | | | | | | | | | | | | | | | | | | | P | |
| 4000 Transportation, communication, information, and utilities | | | | | | | | | | | | | | | | | | | | |
| | 4100 Transportation services | | | S | S | S | S | S | S | S | S | P | P | P | S | P | P | P | P | |
| | | 4110 Air passenger transportation terminal | | S | S | S | S | S | S | S | S | S | S | S | S | S | S | S | S | |

000601

## Use Categories

A = Accessory Use   P = Permitted Use   S = Special Use   L = Limited but Permitted Use

P(S) = Permitted but may require a Special Use persuant to criteria in the Additional Regulations   Blank Cell = Use Not Permitted

| Major Use Category | Sub Use Category One | Sub Use Category Two | Sub Use Category Three | E | R-1 | R-2 | R-3 | R-4 | R-4A | R-5 | R-5A | B-1 | B-2 | B-3 | O | DC | ORI | M-1 | M-2 | Additional Regulations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 4120 Rail transportation | | S | S | S | S | S | S | S | S | S | S | S | S | P | S | S | S | |
| | | 4130 Road, ground passenger, and transit transportation | | | | | | | | | | S | S | S | S | | | | S | |
| | | 4140 Truck and freight transportation services | | | | | | | | | | | | | | | | | P | |
| | | 4150 Courier and messenger services | | | | | | | | | | | | P | | P | P | | P | |
| | | 4160 Parking Facilities, Residential | | A | A | A | A | A | A | A | A | A | | | A | S | A | | | |
| | | 4170 Parking Facilities, Non-Residential | | | | | S | S | S | S | S | A | A | A | A | S | A | P | A | |
| | | 4180 Parking Facility, Multi-story Garage | | | | | | | | | | | P | P | | P | P | | | |
| 4200 Communications and information | | 4210 Telephone exchange, antenna towers, and other outdoor equipment essential to the operation of the exchange | | | | | | | | | | P | P | P | | P | P | P | P | |
| | | 4220 Telephone Booths | | | | | | | | | | S | S | S | P | L | P | | S | |
| 4300 Utilities and utility services | | 4310 Alternative energy sources | | S | S | S | S | S | S | S | S | S | S | S | S | S | S | S | S | |
| | | | 4311 Windmill | S | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | |
| | | 4320 Public Drinking Water Well House | | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | |

000602

## Use Categories

A = Accessory Use    P = Permitted Use    S = Special Use    L = Limited but Permitted Use
P(S) = Permitted but may require a Special Use persuant to criteria in the Additional Regulations    Blank Cell = Use Not Permitted

| Major Use Category | Sub Use Category One | Sub Use Category Two | Sub Use Category Three | E | R-1 | R-2 | R-3 | R-4 | R-4A | R-5 | R-5A | B-1 | B-2 | B-3 | O | DC | ORI | M-1 | M-2 | Additional Regulations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5000 Arts, entertainment, and recreation | | | | | | | | | | | | | | | | | | | | |
| | 5100 Performing arts or supporting establishment | | | | | | | | | | | P | P | P | P | P | A | P | P | Otherwise complying with Article VI of Chapter 8 of the Aurora Muncipal Code |
| | | 5110 Motion picture Theater | | | | | | | | | | P | P | P | P | P | P | P | P | |
| | | 5120 Art Galleries and Studios | | | | | | | | | | P | P | P | P | P | P | P | P | |
| | 5200 Special purpose recreational institutions | | | | | | | | S | S | S | S | P | P | P | P | S | S | P | S | Otherwise complying with Article IV of Chapter 8 of the Aurora Muncipal Code |
| | | 5210 Community Center | | S | S | S | S | S | S | S | S | S | S | S | S | L | S | S | S | |
| | | 5220 Casino or gambling establishment | | | | | | | | | | | | | | P | | | | |
| | | | 5221 Intertrack wagering facilities | | | | | | | | | | | | S | P | S | S | S | S | |
| | | 5230 Golf Courses, public or private | | S | S | S | S | S | S | S | S | S | S | S | S | S | S | S | S | |
| | | 5240 Outdoor Recreation Places | | | | | | | | | | | | | S | S | S | S | S | |
| | | 5250 Gun Clubs and shooting ranges | | | | | | | | | | | | | | S | | P | S | Otherwise complying with Article V of Chapter 8 of the Aurora Muncipal Code |
| | | 5260 Poolrooms | | | | | | | | | | P | P | P | P | P | P | P | P | Otherwise complying with Division 4 of Article IV of Chapter 8 of the Aurora Muncipal Code |
| | 5400 Natural and other recreational parks | | | P | P | P | P | P | P | P | P | S | S | S | S | S | S | S | S | |
| | | 5410 Amusement or theme park or fair | | | | | | | | | | | | | | | | | S | Otherwise complying with Article II of Chapter 8 of the Aurora Muncipal Code |
| 6000 Education, public admin., health care, and other inst. | | | | | | | | | | | | | | | | | | | | |

000603

## Use Categories

A = Accessory Use   P = Permitted Use   S = Special Use   L = Limited but Permitted Use
P(S) = Permitted but may require a Special Use persuant to criteria in the Additional Regulations   Blank Cell = Use Not Permitted

| Major Use Category | Sub Use Category One | Sub Use Category Two | Sub Use Category Three | E | R-1 | R-2 | R-3 | R-4 | R-4A | R-5 | R-5A | B-1 | B-2 | B-3 | O | DC | ORI | M-1 | M-2 | Additional Regulations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6100 Educational services | | | S | S | S | S | S | S | S | S | S | S | S | S | P | S | S | S | |
| | | 6110 Technical, trade, and other specialty schools | | | | | | | | | | P | P | P | P | P | P | P | P | |
| | 6200 Public administration | | | S | S | S | S | S | S | S | S | P | P | P | P | P | P | P | P | |
| | | 6210 Correctional institutions | | | | | | | | | | | | | | | | | S | S | |
| | 6300 Health and human services | | | S | S | S | S | S | S | S | S | P | P | P | P | P | P | P | P | |
| | | 6310 Day care | | S | S | S | S | S | S | S | S | S | S | S | S | S | S | P | P | |
| | | 6320 Nursing, supervision, and other rehabilitative services | | | | | | | | | | S | S | S | S | S | | | | | |
| | | 6330 Hospital or sanatoria | | S | S | S | S | S | S | S | S | S | S | S | S | S | S | | | |
| | | | 6331 Institutions for the care of the insane or feeble minded | | | | | | | | | S | S | S | S | S | S | | | |
| | 6400 Religious Institutions | | | P(S) | P(S) | P(S) | P(S) | P(S) | P(S) | P(S) | P(S) | P(S) | | | P(S) | P(S) | P(S) | P(S) | P(S) | 4.2-1 |
| | | 6410 Convents, monasteries, rectories, parsonages, ministerial homes, parish houses, and reading rooms. | | | | P | P | P | P | | | | | | | | | | | |
| | 6500 Death care services | | | | | | | | | | | P | P | P | P | S | S | P | P | |
| | | 6510 Cremation services | | | | | | | | | | | | | | | | L | L | |
| | | 6520 Cemeteries or mausoleums | | S | S | S | S | S | S | S | S | S | S | S | S | S | S | S | S | |
| | 6600 Associations, nonprofit organizations, etc. | | | | | | | | | | | | P | P | P | P | P | P | P | |

## Use Categories

A = Accessory Use   P = Permitted Use   S = Special Use   L = Limited but Permitted Use
P(S) = Permitted but may require a Special Use persuant to criteria in the Additional Regulations
Blank Cell = Use Not Permitted

| Major Use Category | Sub Use Category One | Sub Use Category Two | Sub Use Category Three | E | R-1 | R-2 | R-3 | R-4 | R-4A | R-5 | R-5A | B-1 | B-2 | B-3 | O | DC | ORI | M-1 | M-2 | Additional Regulations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 6620 Donation Facility for Secondhand Stores and Rummage Shops | | | | | | | | | | | P | P | | | | P | P | |
| | | 6630 Social Service Agencies, Charitable Organizations, Health Related Facilities, and similar uses when not operated for pecuniary profit | | S | S | S | S | S | S | S | S | S | S | S | S | S | S | S | S | |
| 7000 Agriculture, forestry, fishing and hunting | | | | | | | | | | | | | | | | | | | | |
| | 7100 Greenhouse, nursery, and floriculture | | | | | | | | | | | | | P | | | | P | P | |
| | 7200 Truck gardening and other horticultural uses where no building is involved and when no sale of products is conducted on the premises | | | P | P | P | P | P | P | | | | | | | | | | | |
| | 7300 Dairy and milk production, Poultry and egg production and hatcheries | | | | | | | | | | | | | P | | | | P | P | |
| | 7400 Poultry and Rabbit Butchering for Retail Sale on Premises Only | | | | | | | | | | | | | | | | | | P | |
| 8000 Planned Development | | | | S | S | S | S | S | S | S | S | S | S | S | S | S | S | S | S | |

Proposed permitted uses 12/4/2006

C00605

## Table Two: Schedule of Off-Street Parking Requirements

Parking spaces used to meet the requirements listed in the table on the following pages shall be individually accessible.

**Table 2 – City of Aurora**
**Schedule of Off-Street Parking Requirements**

SF = Square Feet　　　GFA = Gross Floor Area

| Sub Category One | Sub Category Two | Sub Category Three | Proposed Parking Standards |
|---|---|---|---|
| **Structure 1000: Residential buildings** | | | |
| Structure 1100: Single-family buildings | | | 2 enclosed spaces per dwelling unit |
| | Structure 1110: Detached units | | 2 enclosed spaces per dwelling unit |
| | | Structure 1111: In "E" Estate zoning districts | 3 enclosed spaces per dwelling unit, which shall be attached to the principal building. |
| | Structure 1120: Attached units | | 2 enclosed spaces per dwelling unit |
| | | Structure 1121: Duplex structures | 2 enclosed spaces per dwelling unit |
| | | Structure 1122: Zero lot line, row houses, etc. | 2 enclosed spaces per dwelling unit |
| | Structure 1130: Townhouses | | 2 enclosed spaces per dwelling unit |
| Structure 1200: Multifamily structures | | | 2 spaces per dwelling unit. For structures constructed pursuant to multi-family zoning granted to the property subsequent to July 10, 2007 at least 1 of the required 2 parking spaces per dwelling unit must be an enclosed designated space. |
| | Structure 1210: Efficiency dwelling unit | | 1 space per dwelling unit. For structures constructed pursuant to multi-family zoning granted to the property subsequent to July 10, 2007, then 2 spaces per dwelling unit are required and at least 1 of the required 2 parking spaces must be an enclosed designated space. |
| | Structure 1220: 1 bedroom dwelling units | | 1.5 spaces per dwelling unit. For structures constructed pursuant to multi-family zoning granted to the property subsequent to July 10, 2007, then 2 spaces per dwelling unit are required and at least 1 of the required 2 parking spaces must be an enclosed designated space. |

Footnotes:
(1) When fixed seating is not used, use 15 SF per seat to calculate the required amount of parking spaces.

City of Aurora Zoning Ordinance　　　234

000606

| Table 2 - City of Aurora Schedule of Off-Street Parking Requirements ||||
|---|---|---|---|
| SF= Square Feet  GFA=Gross Floor Area ||||
| Sub Category One | Sub Category Two | Sub Category Three | Proposed Parking Standards |
| Structure 1300: Other specialized residential structures | - | - | |
| | Structure 1310: Dormitories (includes fraternities and sororities) | | 1 space per 200 SF of GFA |
| | Structure 1320: Hotels and motels | | 1 space per guestroom, plus 1 space per 20 guestrooms (to accommodate staff) plus additional parking spaces in accordance with the provisions of this parking table for ancillary uses. |
| | Structure 1330: Single room occupancy units | | 1 space per 2 rooms |
| | Structure 1340: Housing services for the elderly | | 1 space per 2 dwelling units/ rooms |
| | Structure 1350: Bed and breakfast | | 1 space per guest room, plus 2 covered spaces for every dwelling |
| | Structure 1360: Lodging house rooming house or boarding house | | 1 space per 2 guests and 1 space for the owner/manager of the property if residing on the property |
| **Structure 2000: Commercial buildings and other specialized structures** ||||
| Structure 2100: Business or professional offices, including financial institutions | | | 1 space per 300 SF of GFA |
| Structure 2200: Store or shop building | | | 1 space per 200 SF of GFA |
| | Structure 2210: Food and beverage establishments | | 1 per 3 seats |
| | | 2211: Establishments whose principle business is the sale and consumption on the premises of alcoholic beverages | Requirements from the liquor control ordinance |

Footnotes:
(1) When fixed seating is not used, use 15 SF per seat to calculate the required amount of parking spaces.

City of Aurora Zoning Ordinance              235

000607

| Table 2 - City of Aurora Schedule of Off-Street Parking Requirements ||||
|---|---|---|---|
| SF= Square Feet | | GFA=Gross Floor Area ||
| Sub Category One | Sub Category Two | Sub Category Three | Proposed Parking Standards |
| | Structure 2220: Gasoline station, vehicle repair and service structures | | 1 space per 300 SF plus 3 per service bay. A minimum of 6 spaces shall be provided. |
| | Structure 2230: Car wash facilities | | Stacking requirements apply |
| | Structure 2240: Personal service establishments | | 1 space per 200 SF of GFA |
| | Structure 2250: Retail sales and services | | |
| | | Structure 2251: 50,000 SF or under | 1 space per 200 SF of GFA |
| | | Structure 2252: 50,001 SF to 250,000 SF | 1 space per 250 SF of GFA |
| | | Structure 2253: 250,001 or more SF | 1 space per 300 SF of GFA, but not to exceed 1 space per 150 SF of GFA |
| | | Structure 2254: Strip retail | 1 space per 175 SF of GFA |
| | Structure 2260: Retail, sale of bulky items | | 1 space per 600 SF of GFA |
| | Structure 2270: Retail with outdoor display/sales | | 1 space per 600 SF of display area, plus number as required elsewhere in this table for the building use. |
| Structure 2300: Malls or shopping center | - | - | |
| | Structure 2310: 50,000 SF or under | | 1 space per 200 SF of GFA |
| | Structure 2320: 50,001 SF to 250,000 SF | | 1 space per 250 SF of GFA |
| | Structure 2330: 250,001 or more SF | | 1 space per 300 SF of GFA, but not to exceed 1 space per 150 SF of GFA |
| Structure 2400: Recreational Facilities | | | 1 space per 200 SF of GFA |

Footnotes:
(1) When fixed seating is not used, use 15 SF per seat to calculate the required amount of parking spaces.

| Table 2 – City of Aurora Schedule of Off-Street Parking Requirements ||||
|---|---|---|---|
| SF= Square Feet | | GFA=Gross Floor Area | |
| Sub Category One | Sub Category Two | Sub Category Three | Proposed Parking Standards |
| Structure 2500: Manufacturing and Industrial buildings and structures | | | 1 space per 1,000 SF of GFA |
| Structure 2600: Warehouse, storage or distribution facility | | | 1 space per 1,000 SF of GFA |
| Structure 3000: Public assembly structures ||||
| Structure 3100: Theater | | | 1 space per 5 seats |
| Structure 3200: Sports stadium or arena, auditoriums. | | | 1 space per 100 SF of GFA or 1 space per 5 seats if fixed seating is used |
| | Structure 3210: Incidental to high school and college / university facilities | | (1) 1 space per 12 seats |
| Structure 3300: Exhibition, convention, or conference structure | | | 1 space per 100 SF of GFA used for assembly |
| Structure 3400: Religious Institutions | | | (1) 1 space per 4 seats in the principal sanctuary. |
| Structure 3500: Amusement park | | | 1 space per 350 SF of GFA of land plus additional parking spaces in accordance with the provisions of this parking table for ancillary uses. |
| Structure 4000: Institutional or community facilities ||||
| Structure 4100: Medical facility | - | - | |
| | Structure 4110: Hospital building | | 1 space per 500 SF of GFA plus additional spaces for outpatient medical clinics or offices if any |
| | Structure 4120: Medical clinic building | | 1 space per 300 SF of GFA |
| Structure 4200: Community facility | | | 1 space per 250 SF of GFA |
| | Structure 4210: Educational facilities | - | |

Footnotes:
(1) When fixed seating is not used, use 15 SF per seat to calculate the required amount of parking spaces.

City of Aurora Zoning Ordinance          237

### Table 2 - City of Aurora
### Schedule of Off-Street Parking Requirements
SF= Square Feet          GFA=Gross Floor Area

| Sub Category One | Sub Category Two | Sub Category Three | Proposed Parking Standards |
|---|---|---|---|
| | | Structure 4211: Grade school / middle schools | (1) 2 spaces per classroom or 1 space per 4 seats in the main common meeting room (also referred to as cafetorium, multi-purpose room or auditorium), whichever is greater. |
| | | Structure 4212: High School | (1) 5 spaces per classroom plus 3 space per room used for administration OR 1 space per 4 seats in assembly areas, whichever is greater. |
| | | Structure 4213: College or university facility | 1 space per 300 SF of GFA plus additional parking spaces are required in accordance with the provisions of this parking table for residential facilities or auditoriums, if any. |
| | | Structure 4214: Business, trade or specialty school facility | 1 space per 200 SF of GFA |
| | | Structure 4215: Preschool or daycare | 1 space per 250 SF of GFA, with additional requirements for stacking |
| | Structure 4220: Library building | | 1 space per 700 SF of GFA |
| | Structure 4230: Museum, exhibition, or similar facility | | 1 space per 500 SF of GFA |
| Structure 4300: Funeral homes, mortuaries, and cremation facilities | | | 1 space per 40 SF of GFA in the parlor or individual service rooms. |
| Structure 4400: Correctional Institutions | | | To be determined upon review by the Zoning Administrator |

Structure 5000: Transportation-related facilities

Footnotes:
(1) When fixed seating is not used, use 15 SF per seat to calculate the required amount of parking spaces.

City of Aurora Zoning Ordinance          238

000610

| Table 2 - City of Aurora<br>Schedule of Off-Street Parking Requirements |||||
|---|---|---|---|
| SF= Square Feet | | GFA=Gross Floor Area ||
| Sub Category One | Sub Category Two | Sub Category Three | Proposed Parking Standards |
| Structure 5100: Airports, railroad passenger stations, bus depots, and other passenger terminal facilities | | | Number as determined by city council, subject to the recommendations of the zoning board of appeals, shall deem to be adequate for employees, passengers, spectators, visitors and others. |
| Structure 6000: Other Uses | | | Parking stalls as determined by the zoning administrator based on criteria in this table with the most similar use. |
| Structure 6100: Mixed Uses | | | The sum of the requirements for the various individual uses, computed separately in accordance with this table. Parking Facilities for one use shall not be considered as providing the required parking facilities for any other use in the same building or on the same lot. |

| Stacking Requirements ||
|---|---|
| Note:<br>1. The stacking requirements listed below are in addition to the requirements listed in the Schedule of Off-Street Parking Requirements<br>2. For purposes of calculating stacking spaces, the minimum dimension used shall be 9'x19'. ||
| Major Parking Category | Stacking Requirements |
| Drive-through facilities, unless otherwise specified | 5 stacking spaces at each bay, window, lane, ordering station, machine or similar. |
| Car wash facilities, automated | 20 stacking spaces or 10 per approach lane, whichever is greater. |
| Car wash facilities, self-service | 3 stacking spaces per approach lane, plus 2 drying spaces per stall |
| Preschool or daycare facilities, drop-off area | 5 stacking spaces for facilities 5,000 SF or less or 10 spaces for faculties greater than 5,000 SF. |

Footnotes:
(1) When fixed seating is not used, use 15 SF per seat to calculate the required amount of parking spaces.

City of Aurora Zoning Ordinance        239

000011