**Table Three: Residential Driveways**

| Table Three: Residential Driveways | | | | |
|---|---|---|---|---|
| | Maximum Driveway width | Maximum width perpendicular to a property line. | Maximum width of driveway which encroaches within an internal side yard setback | Maximum Driveway Length |
| **Driveway in front of a garage.** | Shall not exceed the garage door(s) width by more than 2 feet in either direction. *(See driveway illustration A below)* | A driveway within a required front setback or exterior side setback shall be essentially perpendicular to the street pavement and shall not exceed 20 feet in width for the first five (5) feet of said setback. *(See driveway illustration A below)* | Shall not exceed 20 feet in width. *(See driveway illustration B below)* | Shall not exceed the distance between the front of the garage face and the public right of way. *(See driveway illustration A below)* |
| **Driveway with no Garage** | Shall not exceed 20 feet in width. *(See driveway illustration C below)* | A driveway within a required front yard or exterior side yard shall be essentially perpendicular to the street pavement and shall not exceed 20 feet in width. *(See driveway illustration C below)* | Shall not exceed 20 feet in width. *(See driveway illustration C below)* | Shall not exceed 18 feet in length from the property line. *(See driveway illustration C below)* |

000612

Driveway Illustration A: Driveway in front of a garage and does not encroach upon an interior side setback



Driveway Illustrations B: Driveway in front of a garage and encroaches on a interior side setback



City of Aurora Zoning Ordinance          241

C00613

Driveway Illustration C:  Driveways with no garage



Driveway Illustration D:  Flare



C02614

**Table Four:  Permitted Structures and Obstructions**

002615

## City of Aurora
### Table 4 – Permitted Structures and Obstructions

A = Accessory Use

P = Permitted (Shall not be considered an obstruction when located in the specified yard or setback)

L = Limited (Shall be permitted in the specified yard or setback when it complies with additional regulations)

Blank Cell = Not Permitted

| STRUCTURE / OBSTRUCTIONS | BUILDABLE AREA | SETBACKS | | | | | YARDS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Front | Interior Side | Exterior Side | Interior Rear | Exterior Rear | Front | Interior Side | Exterior Side | Interior Rear | Exterior Rear |
| **Single Family Dwelling Districts: E, R1, R2, and R3** | | | | | | | | | | | |
| Air conditioning or other heating and ventilation equipment - screening required when located in a side yard. | P | | | | | | | | | | |
| Arbors and trellises | P | P | P | P | P | P | P | P | P | | P |
| Architectural elements and other appurtenances twenty-four (24) inches or less. Includes but is not limited to bay windows, chimneys, overhanging eaves, gutters, awnings, canopies, window air conditioners, cable satellite dishes, bird feeders. (R1, R2, and R3 zoned properties) | P | P | P | P | P | P | P | P | P | P | P |
| Architectural elements and other appurtenances thirty-six (36) inches or less. Includes but is not limited to bay windows, chimneys, overhanging eaves, gutters, awnings, canopies, window air conditioners, cable satellite dishes, bird feeders (Estate zoned properties only) | P | P | P | P | P | P | P | P | P | P | P |
| Balconies | P | P | P | P | P | P | P | P | P | P | P |
| Basketball goal (limited to one pole mounted or garage mounted goal in front or side yards of residential districts, not closer than five (5) feet from any property line, and located within or adjacent to driveway pavement if located in the front, side, or exterior side yard.) | P | P | P | P | P | P | P | P | P | P | P |
| Boathouse, private | A | L | L | L | L | L | L | L | L | L | L |

## City of Aurora
### Table 4 – Permitted Structures and Obstructions

A = Accessory Use

P = Permitted (Shall not be considered an obstruction when located in the specified yard or setback)

L = Limited (Shall be permitted in the specified yard or setback when it complies with additional regulations)

Blank Cell = Not Permitted

| STRUCTURE / OBSTRUCTIONS | BUILDABLE AREA | SETBACKS | | | | | YARDS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Front | Interior Side | Exterior Side | Interior Rear | Exterior Rear | Front | Interior Side | Exterior Side | Interior Rear | Exterior Rear |
| Dog runs, enclosed - not less than 10' from property line | L | | | | | | | | | L | L |
| Driveways | L | L | L | L | L | L | L | L | L | L | L |
| Federally licensed amateur radio stations, citizen band radio operator, and receive only antennae | L | | | | | | | P | | P | P |
| Flag poles | P | P | P | P | P | P | P | P | P | P | P |
| Garage, detached | A | | | | | | | L | L | L | L |
| Garden House | A | | L | L | L | L | | L | L | L | L |
| Gazebo | A | | L | | L | L | | L | L | L | L |
| Greenhouse, private | A | | L | L | L | L | | L | L | L | L |
| Laundry-drying equipment | P | | | | P | | | P | P | P | P |
| Lawn furniture, such as benches, sundials, porch swings, bird baths, and other nonpermanent features | P | P | P | P | P | P | P | P | P | P | P |
| Parking | | | | | | | | | | | |
| Motor vehicle, off-street parking | A | L | L | L | L | L | L | L | L | L | L |
| Recreational vehicle, off-street parking | L | L | L | | L | L | L | L | L | L | L |
| Patios, porches, decks or terraces - unroofed, and not closer than five (5) feet from property lines. | P | | L | L | P | P | P | P | P | P | P |
| Paved areas - District specific regulations apply | L | L | L | L | L | L | L | L | L | L | L |
| Pools | A | | | | | | | | | | |
| Recreation courts, private (i.e. volleyball, basketball, tennis, shuffleboard) - not closer than ten (10) feet from property lines | P | | | | | | | P | | P | P |
| Recreational, playground equipment or playhouses | A | L | L | L | L | L | L | L | L | L | L |

CC0617

## City of Aurora
### Table 4 – Permitted Structures and Obstructions

A = Accessory Use

P = Permitted (Shall not be considered an obstruction when located in the specified yard or setback)

L = Limited (Shall be permitted in the specified yard or setback when it complies with additional regulations)

Blank Cell = Not Permitted

| STRUCTURE / OBSTRUCTIONS | BUILDABLE AREA | SETBACKS | | | | | | YARDS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Front | Interior Side | Exterior Side | Interior Rear | Exterior Rear | Front[2] | Interior Side | Exterior Side | Interior Rear | Exterior Rear |
| Sheds and similar buildings or structures for domestic or agricultural storage. | A | | L | L | L | L | | L | L | L | L |
| Steps, four (4) feet or less above grade, which are necessary for access to a permitted building, or for access to a zoning lot from a street or alley. | P | P | P | P | P | P | P | P | P | P | P |
| Other accessory uses | | | | | | | | | | | |

Note: District specific regulations shall also apply to the above mentioned structures and obstructions.

Footnotes:

1 As permitted in the Accessory Uses and Structures section of the Aurora Zoning Ordinance.
2 As permitted in the Off-Street Parking and Loading Section of the Bulk Restrictions.
3 As permitted in the Permitted Uses and Structures Section of the Bulk Restrictions.
4 As permitted in the Building Code.
5 Subject to fencing requirements of the Zoning Ordinance, located in Permitted Uses and Structures Section of the Bulk Restrictions and Residential District Specific Regulations in Chapter B.
6 As permitted in the Residential District Specific Regulations in Chapter B.

# BUILDING CODE

002619

Case 1:08-cv-01148    Document 12-27    Filed 03/12/2008    Page 9 of 34

## Chapter 12 BUILDINGS AND BUILDING REGULATIONS*

**\*Cross references:**  Airport zoning, § 5-36 et seq.; erosion and sedimentation control, Ch. 15; fire prevention codes and standards, § 17-101 et seq.; floodplain management, Ch. 18; open housing, § 22-41 et seq.; planning and development, Ch. 34; preservation, Ch. 37; awnings, § 42-176 et seq.; subdivisions, Ch. 43; zoning, App. A.

**State law references:**  Powers of home rule units, Ill. Const. art. VII, § 6.

Art. I. In General, §§ 12-1--12-15
Art. II. Building Code, §§ 12-16--12-30
Art. III. Electricity, §§ 12-31--12-100
Art. IV. Property Maintenance, §§ 12-101--12-125
    Div. 1. Generally, §§ 12-101--12-110
    Div. 2. Permanent Housing Code Committee, §§ 12-111--12-125
Art. V. Moving Buildings, §§ 12-126--12-160
    Div. 1. Generally, §§ 12-126--12-140
    Div. 2. Permit, §§ 12-141--12-160
Art. VI. Building Numbers, §§ 12-161--12-180
Art. VII. Code Violations, §§ 12-181--12-200
Art. VIII. Demolition Procedures, § 12-201--12-299
Art. IX. Disclosure of Occupancy Standards, §§ 12-300, 12-399
Art. X. Landlord-Tenant Leases, §§ 12-400--12-404

## ARTICLE I. IN GENERAL

### Sec. 12-1. Zoning administrator.

There is created the position of zoning administrator. The zoning administrator shall enforce the city's zoning ordinance.

**Cross references:** Officers and employees generally, § 2-156 et seq.; zoning, App. A.

Secs. 12-2--12-15. Reserved.

C00621

## ARTICLE II. BUILDING CODE

### Sec. 12-16. 2000 International Building Code adopted.

A certain document, three (3) copies of which are on file in the office of the City Clerk of the City of Aurora, Illinois, being marked and designated as,

"2000 International Building Code--Including Appendix Chapters (A, B, C, E, F, I and J);

2000 International Plumbing Code--Including Appendix Chapters (B, D, E, F and G);

2000 International Mechanical Code--Including Appendix Chapter (A);

2000 International Fuel and Gas Code;

2000 International Energy Conservation Code;

2000 International Residential Code--Including Appendix Chapters (A, B, C, D, E, F, G, and J)"

as published by the International Code Council, Inc. in cooperation with the Building Officials and Code Administrators International, Inc., and adopted as the building code of the City of Aurora, Illinois in the State of Illinois; for the control of buildings and structures as herein provided; and each and all of the regulations, penalties, conditions, and terms of said 2000 International Building Codes are hereby referred to, and amended in part hereof as if fully set out in this article, with the additions, insertions, deletions, and changes, prescribed in section 12-17.1 through 12-17.6 of this article. Nothing in this article or in the Aurora Building Code hereby adopted shall be construed to affect any suit or proceeding impending in any court, or any rights acquired, or liability incurred, or any cause or causes of action acquired or existing, under any act or ordinance hereby repealed as cited in section 12-17.1 through 12-17.6 of this article; nor shall any just or legal right or remedy of any character be lost, impaired or affected by this article.

(Code 1969, § 12-1; Ord. No. 089-19, § 1, 3-7-89; Ord. No. 095-47, § 1, 7-5-95; Ord. No. 001-47, § 1, 6-5-01)

Sec. 12-17. Reserved.

**Editor's note:** Ord. No. 001-47, § 1, adopted June 5, 2001, repealed § 12-17 in its entirety. Formerly said section pertained to additions, insertions, deletions and changes as it pertained to the formerly adopted BOCA National Building Code. See the Code Comparative Table.

### Sec. 12-17.1. Same--Additions, insertions, deletions and changes.

The following sections of the 2000 International Building Code adopted in section 12-16 are hereby revised as follows:

CHAPTER 1

The following subsection shall be added to Section 104:

*104.12 Conformance with state statutes:*

*104.12.1* It shall be the responsibility of the code official to cooperate with all state agencies and subdivisions thereof and the various organizations which regulate the professions herein, to enforce the provisions of the several acts governing the registration of architects, structural engineers, professional engineers, land surveyors, alarm installers, plumbing

contractors and roofers of the State of Illinois.

104.12.2 It shall be the responsibility of the code official to cooperate with all state laws and codes including but not limited to current editions of the following;

A.  The State of Illinois Accessibility Code

B.  The State of Illinois Plumbing Code

Section 105. Permits:

105.1 Required.  Any owner or authorized agent who intends to:

Construct, enlarge, alter, repair, move, demolish, or change the occupancy of a building or structure, including detached accessory structures, or to erect, install, enlarge, alter, repair, remove, convert or replace any electrical, gas, mechanical or plumbing system, the installation of which is regulated by this code, or to construct, erect, install, or enlarge a fence; or construct any driveway or for the installation of pavement in the form of private walks, patios or parking pads adjacent to drivewayscapable of parking vehicles or construct or modify pavement in the public right of way, including public sidewalks, aprons, curbs, and curb-cuts, or to cause any such work to be done, shall first make application to the building official and obtain the required permit.

105.2 Work exempt from permit.  Exemptions from permit requirements of this code shall not be deemed to grant authorization for any work to be done in any manner in violation of the provisions of this code or any other laws or ordinances of this jurisdiction. Permits shall not be required for the following:

Building:

1.  Oil derricks.

2.  Retaining walls which are not over 4 feet (1219 mm) in height measured from the bottom of the footing to the top of the wall, unless supporting a surcharge or impounding Class I, II or III-A liquids.

3.  Water tanks supported directly upon grade if the capacity does not exceed 5,000 gallons (18,927 L) and the ratio of height to diameter or width does not exceed 2 to 1.

4.  Painting, papering, tiling, carpeting, cabinets, counter tops and similar finish work.

5.  Temporary motion picture, television and theater stage sets and scenery.

6.  Prefabricated swimming pools accessory to a Group R-3 occupancy, as applicable in Section 101.2, which are less than 24 inches (610 mm) deep, do not exceed 5,000 gallons (19,000 L) and are installed entirely above ground.

7.  Shade cloth structures constructed for nursery or agricultural purposes and not including service systems.

8.  Swings and other playground equipment accessory to one- and two-family dwellings.

9.  Window awnings supported by an exterior wall of Group R-3, as applicable inSection 101.2, and Group U occupancies.

10.  Movable cases, counters and partitions not over 5 feet 9 inches (1753 mm) in height.

The following subsection shall be deleted: Section 105.2.1.

Subsection 105.3.1 shall be changed to read as follows:

105.3.1 Action on application:  The code official shall examine or cause to be examined all applications for permits and amendments thereto within a reasonable time after filing. If the application or the construction documents do not conform to the requirements of all pertinent laws, the code official

shall reject such application in writing, stating the reasons therefor. If the code official is satisfied that the proposed work conforms to the requirements of this code and all laws and ordinances applicable thereto, including Article IVand X of Chapter 43 of the Aurora Code, the code official shall issue a permit therefor as soon as practicable. Any liens or city costs shall be paid prior to permit issuance.

The following subsection shall be added to Section 105:

*105.8 Prerequisite for permit:* No building permit for new construction shall be issued unless the following improvements are provided:

    (1)  Street identification signs and posted address visible from the street.

    (2)  A water main system that has been tested and approved by the public works department.

    (3)  A sanitary sewer system that has been tested and approved by the public works department.

    (4)  A permanent roadway base or an all-weather access roadway as approved by the city engineer. The roadway shall provide access from a public right-of-way to within fifty (50) feet of the building foundation. An access road in excess of one hundred fifty (150) feet in length shall have either a second access road or a turnaround of no less than ninety (90) feet in diameter.

*105.9 Suspension of permit for property under violation:* Any permit issued to correct violations cited under this code or any other applicable code or ordinance of the City of Aurora shall become invalid automatically if the authorized work is not commenced within ninety (90) days after issuance of the permit, or if the authorized work is not completed in its entirety within one (1) year after issuance of the permit, or if the authorized work is suspended or abandoned for a period of thirty (30) days after the time of commencing the work.

*105.10 Time extension of permit for property under violation:* Based upon the sufficient progress of the property owner as determined by the code official, extensions onto the one-year time limit for work completion, as required in Section 108.2.1, may be granted by the code official. In no case shall each extension be granted for a time period exceeding ninety (90) days.

*Subsection 106.1* shall be changed by adding the following:

Plans and specifications shall be prepared by an Illinois Licensed Architect or an Illinois Licensed Structural Engineer, except for;

    a)  Single-family structures including accessory structures having two thousand five hundred (2,500) gross square feet floor area or less. A full set of construction documents including structural framing plans must be submitted and accepted by the code official prior to permit issuance.

    b)  Interior remodeling which does not involve life safety, structural changes or accessibility compliance.

    c)  When not required by the code official.

### STATEMENT OF COMPLIANCE

"I have prepared, or caused to be prepared under my direct supervision, the attached plans and specifications and state that, to the best of my knowledge and belief and to the extent of my contractual obligation, they are in compliance with all applicable codes including the Environmental Barriers Act [410 ILCS] and the Illinois Accessibility Code (71 ILL. Adm. Code 400)."

The above statement(s) shall be signed; dated and sealed by the person who prepared or who

supervised preparation of said plans.

The first page of each set of drawings shall further contain the following information:

REQUIRED PLAN COVER SHEET
INFORMATION FOR REVIEW
UNDER 2000 International Building Codes,
STATE OF ILLINOIS ACCESSIBILITY CODE, AND
THE STATE OF ILLINOIS PLUMBING CODE

CODE REVIEW DATA

A.  Use and Occupancy group(s) classification (indicate single use; or single use with incidental use/accessory use; or mixed use separated/non-separated), (Chapter 3)

B.  Type(s) of construction (Chapter 6)

C.  Square footage of building and allowable Square footage with increases (specify each floor or fire area), (indicate if sprinklered and/or alarmed), (Chapter 5, Table 503)

D.  Occupant load based on International Building Code (Chapter 10, Section 1003)

E.  Occupant load based on State of Illinois Plumbing Code (Section 890.810 (2))

F.  Designed live loads (Chapter 16, Section 1607)

The application for permit shall be accompanied by not less than six (6) sets of construction documents. The code official is permitted to waive the requirements for filing construction documents when the scope of the work is of a minor nature.

The following subsection shall be added to Section 106:

*106.1.4 Engineering details:* The code official may require to be filed adequate details of structural, mechanical, plumbing and electrical work, including computations, stress diagrams and other essential technical data. All engineering plans and computations shall bear the signature and seal of the engineer or architect responsible for the design as required by subsection 106.3.4.

The following subsection shall be added to Section 108.2:

*108.2.1 Fees for certified private educational facilities:* Upon presentation of acceptable documentation, certified private educational facilities (Kindergarten and above grades) shall receive a 50% reduction in building permit fees for remodeling, repair, additions, alterations or similar improvements to buildings and structures. Fees shall not be waived for new construction, nor shall fees be waived for deposits, bonds, City tap fees and inspections and/or reviews performed by outside consultants, or for any out of pocket expenses incurred by the City associated with the construction permit process. The burden of proving that the facility qualifies for the partial waiver as set forth in this paragraph shall be borne by the facility asserting the entitlement to the partial waiver of fees.

*Subsection 113.4* shall be changed to read as follows:

*113.4 Violation penalties:* Any person who shall violate a provision of this code or shall fail to comply with any of the requirements thereof or who shall erect, construct, alter or repair a building or structure in violation of an approved plan or directive of the code official, or of a permit or certificate issued under the provisions of this code, shall be guilty of a misdemeanor, punishable by a fine of not more than five hundred dollars ($500.00). Each day that a violation continues shall be deemed a separate offense.

*113.5 Withholding of permits:* Whenever the code official shall find that any contractor or owner is in violation of this code, or of any other ordinances of the city related to the erection, maintenance or repair of buildings, structures, land or equipment therein, he may refuse to grant any further permits to such violating contractor (or any owner employing such violating contractor) or to such violating owner

000625

(or anyone obtaining a permit for such violating owner's premises) until all violations have been corrected.

Subsection 114.3 shall be changed to read as follows:

114.3 *Unlawful continuance:* Any person who shall continue any work in or about the structure after having been served with a stop work order, except such work as that person is directed to perform to remove a violation or unsafe conditions, shall be liable to a fine of not less than fifty dollars ($50.00) or more than five hundred dollars ($500.00). Each day that a violation continues shall be deemed a separate offense.

The following subsections shall be added to Section 115:

115.1.1 *Unsafe means of egress:* In any existing building or structure, not provided with exit facilities as herein prescribed for new buildings and in which the exits are deemed inadequate for safety by the code or fire official, such additional provision shall be made for safe means of egress as the code or fire official shall order.

115.1.2 *Appeal from exit order:* Within seven (7) days after the service of the exit order of the code or fire official, the owner may file a written appeal therefrom and the code official shall appoint an appeals board as required in B 101 to make a final decision as defined in B 101.

115.6 *Imminent danger; demolition of structures:* When, in the opinion of the code official, there is actual and immediate danger of failure or collapse of a building or structure or any part thereof which would endanger life, or when any structure or part of a structure has fallen and life is endangered, the code official is hereby authorized and empowered to make the necessary arrangements to have said building or structure demolished without the necessity of court order. The code official may retain the services of an Illinois Registered Structural Engineer to assist in making the demolition determination. All costs incurred therefor shall be charged to the owner(s) of record and if payment is not made within thirty (30) days, a lien shall be recorded against the property.

115.7 *Costs of emergency repairs.* Costs incurred in the performance of emergency work shall be paid from the treasury of the jurisdiction on approval of the code official. The legal counsel of the jurisdiction shall institute appropriate action against the owner of the premises where the unsafe structure is or was located, and the cost of such work shall be charged against the real estate upon which the structure is or was located and shall be a lien upon such real estate.

The following Section shall be added:

SECTION 116 REGISTRATION OF CONTRACTORS

116.1 No construction work, as set forth in Section 116.2 through 116.8 in which; the material cost exceeds one hundred dollars ($100.00), or the material plus the labor costs exceed two hundred and fifty dollars ($250.00) per discipline; may be installed, or replaced within the City of Aurora except by persons, firms, or corporations duly registered to perform such work, except as hereinafter provided, and then only, after a permit has been obtained to cover such work. Registrations shall be issued by the Division of Building and Permits to those persons, firms, or corporations qualified to perform such work, as set forth in this Section and as determined by the code compliance officers.

116.1.1    *Registration fee:* The fee for contractor's registration shall be one hundred dollars ($100.00) per year per trade and said registration shall be renewed annually.

116.1.2    *Property owner exemption:* The provisions herein contained shall not require an owner of record occupying a single-family dwelling from personally doing his own work on said owner-occupied single-family dwelling to obtain a registration; provided that said owner of record will live in the residence for a period of not less than six (6) months after the completion of the construction.

116.1.2    *Bond required:* No person, firm, association, partnership or corporation shall be granted a registration until he or it has filed with the Division of Building and Permits, a bond issued by a surety company, satisfactory to the Division of Building and Permits

C02026

in the principal amount of twenty thousand dollars ($20,000.00), conditioned upon the faithful observance of all regulations and requirements of ordinances of the City of Aurora then in force, or which may thereafter be in force, concerning or regulating work as defined in Section 116.1, and conditioned further to indemnify, save and keep harmless the city from any loss, cost, damage, expense or liability of any kind whatsoever which the city may suffer or which may accrue against it by reason of anything done by such person, firm, association, partnership, or corporation in performing work in the City of Aurora.

*116.1.3*    Further, a copy of liability insurance must be submitted to the Division of Building and Permits at a sum not less than one million dollars ($1,000,000.00).

*116.1.4*    *Revocation of Contractor Registration:* Contractors registrations as defined herein may be revoked by the City of Aurora for failure to comply with the requirements of this code or other ordinances of the City of Aurora pertaining to the work being performed.

*116.1.4.1*    *Notice of revocation:* The code official or his designated representative shall serve the registered contractor, by registered or certified mail or by personal service, a written notice of revocation which shall describe the grounds for revocation and the effective date which shall be not less than thirty (30) days from the date of service.

*116.1.4.2*    *Appeal:* The contractor may appeal to the appropriate board of appeals, as defined in Section B 101 or in the City of Aurora Electrical Ordinance from a decision of the code official to revoke a contractor registration, said application for appeal shall be filed no later than twenty (20) days from the date of revocation service.

*116.1.4.3*    *Re-registration:* A contractor whose registration has been revoked shall not make application for, or be issued a new registration within twelve (12) months from the date of revocation.

## 116.2 REGISTRATION OF HEATING, AIR-CONDITIONING & MECHANICAL/ VENTILATION CONTRACTORS

*116.2.1*    *Work requiring City of Aurora Registered HVAC Contractor:* Automatic or manually controlled heat-producing, air-conditioning or mechanical ventilation equipment covered by this code.

*116.2.1.1*    *Electrical contractor exception:* Duly licensed electrical contractors may be issued a permit to install electric heat-producing equipment, without mechanical air flow or duct work required, without obtaining a further registration.

*116.2.2*    *Qualifications:* To Qualify for Registration, an owner of the firm or corporation must first pass a written examination, as provided by the City of Aurora's Permanent Building Code Committee.

*116.2.2.1*    *Reciprocal licensing:* Contractors duly qualified and licensed in other municipalities may be issued licenses by reciprocity provided that the code official accepts the equality of the procedure under which the candidate obtained the original license. Contractors shall still make payment for a license and conform to the bonding requirements of this code.

## 116.3 REGISTRATION OF PLUMBING CONTRACTORS

*116.3.1*    *Work requiring City of Aurora Registered Plumbing Contractor:* Installing, superintending, maintaining or repairing any plumbing system covered by this code.

*116.3.2*    *Qualifications:* To qualify for registration: The person, partner or president of

the corporation or association is licensed by the State of Illinois or the City of Chicago to perform plumbing work.

## 116.4 REGISTRATION OF FIRE SUPPRESSION CONTRACTORS

*116.4.1 Work requiring City of Aurora Registered Fire Suppression Contractor:* Installing, superintending, maintaining or repairing any fire suppression system covered by this code.

*116.4.2 Qualifications:* To qualify for registration; Registration shall be issued to those persons, firms, associations, partnerships or corporations upon payment of fee and fulfillment of bond and insurance requirements.

*116.4.2.1 Plumbing contractor exemption:* Duly registered plumbing contractors may be issued a permit to maintain and/or repair fire suppression systems without obtaining a further license.

*116.4.2.2* Property owner exemptions shall not apply to fire suppression contractors.

## 116.5 REGISTRATION OF GENERAL CONTRACTORS

*116.5.1 Work requiring City of Aurora Registered General Contractor:* Installing, superintending, maintaining or repairing any work for which a permit is required by this code. The registration requirement shall not apply to the owner of any property serving as a general contractor for work on buildings or structures under their ownership for work that does not exceed forty thousand dollars ($40,000.00). Tenants shall provide documentation that an owner wishes to be a general contractor for a tenant improvement project.

*116.5.2 Qualifications:* To qualify for registration; Registration shall be issued to those persons, firms, associations, partnerships or corporations upon payment of fee and fulfillment of bond and insurance requirements.

## 116.6 REGISTRATION OF ELECTRICAL CONTRACTORS

*116.6.1 Work requiring City of Aurora Registered Electrical Contractor:* Installing, superintending, maintaining or repairing any electrical work for which a permit is required by this code except when an existing piece of utilization equipment is replaced by equipment with the same voltage and current requirements, and the new equipment is listed by an independent testing laboratory as suitable for the application, then, in that case, no permit is required.

*116.6.1.1 Registration Classifications:*

(a) *Registration:* Industrial, commercial and residential.

(b) *Registration:* Residential one- and two-family.

*116.6.2 Qualifications:* To qualify for registration; Registration shall be issued to those persons, firms, associations, partnerships or corporations upon payment of fee and fulfillment of bond and insurance requirements. An owner of the firm or corporation must first pass a written examination, as provided by the City of Aurora's Electrical Commission or gain reciprocity.

*116.6.2.1 New Registration:* The following procedures shall be followed in obtaining a new electrical contractor's Registration:

a. Make request in writing to the director of building and permits, giving a summary of experience and education together with proof of full-time employment as a journeyman electrician for a period of at least forty-eight (48) months immediately prior to the date of application. After the request

has been examined by the director of building and permits, the applicant will be notified, in writing, as to the time and place of a written examination to be prepared and graded by the members of the city's electrical commission. The director of building and permits shall notify the applicant of the results of the examination within thirty (30) days of the date of the examination.

b. If the person applying for such registration should fail to receive said license because he failed the written examination; such person must then wait a minimum of six (6) months before reapplying for a registration.

116.6.2.2    *Reciprocal Registration:* Contractors specifically licensed as electrical contractors in other Illinois municipalities may be issued registration by reciprocity, provided that the code compliance officer/electrical accepts the equality of the testing procedure under which the candidate obtained his original registration. Contractor's registration in another municipality to perform electrical work solely on residential property shall be registration in Aurora only for residential work (one-family or two-family residences). Contractors shall still make payment for a registration and conform to the bonding requirements set forth in this section.

116.6.3    *Registration of Electrical maintenance persons:* Any person, involved in maintenance work, who may be doing electrical repairs, alterations or installations and directly employed, for the preceding twelve (12) months, for any firm, corporation or industry located within the city limits must be registered with the director of streets/electrical. Upon registration, such maintenance person shall be authorized by the director of streets/electrical to engage in such electrical repairs, alterations or installations only as pertains to the firm, corporation or industry in which he is employed. The correction of violations of this article may be performed by maintenance people only if the code compliance officer/electrical determines that the violations to be corrected do not endanger life, safety or property. Corrections of unsafe conditions endangering life, safety or property must only be made by a licensed electrical contractor.

## 116.7 REGISTRATION OF ROOFING CONTRACTORS

116.7.1    *Work requiring City of Aurora Registered Roofing Contractor:* Installing, maintaining or repairing any roofing work for which a permit is required by this code.

116.7.2    *Qualifications:* To qualify for registration: The person, partner or president of the corporation or association is licensed by the State of Illinois to perform roofing work.

## 116.8 REGISTRATION OF SIGNAGE CONTRACTORS

116.8.1    *Work requiring City of Aurora Registered Signage Contractor:* Installing, superintending, maintaining or repairing any signage for which a permit is required by this code.

116.8.2    *Qualifications:* To qualify for registration; Registration shall be issued to those persons, firms, associations, partnerships or corporations upon payment of fee and fulfillment of bond and insurance requirements. Although required to become a registered Signage Contractor, registered General Contractors and registered Electrical Contractors will not be required to pay fees for this registration.

## 116.9 REGISTRATION OF FENCING CONTRACTORS

116.9.1 *Work requiring City of Aurora registered fencing contractor:* Constructing, erecting, installing, repairing or enlarging a fence for which a permit is required by this code. This registration requirement shall not apply to the property owner serving as his own fencing contractor.

116.9.2 *Qualifications:* Completion of registration application and in good standing with

the City of Aurora.

116.10 REGISTRATION OF PRIVATE PROPERTY PAVING CONTRACTORS

*116.10.1 Work requiring City of Aurora registered private property paving contractor:* Installing, superintending, maintaining or repairing any paving on private property for which a permit is required by this code. This registration requirement shall not apply to the property owner serving as his own private property paving contractor.

*116.10.2 Qualifications:* Completion of registration application and in good standing with the City of Aurora.

## CHAPTER 6

*Table 602*  footnotes shall be added to as follows:

*Note d.*  In common corridor buildings (without independent means of egress for each unit), Exterior walls for Use Group R-2 shall be UL Rated two (2) hour masonry or concrete assemblies.

## CHAPTER 7

*Table 708.3 Exceptions:*  shall be changed by adding the following:

3.  In common corridor buildings (without independent means of egress for each unit), vertical dwelling unit separations for Use Group R-2 shall be a UL Rated two (2) hour masonry or concrete assembly, except when the building is equipped with a complete automatic sprinkler system, vertical dwelling unit separations shall be reduced to a UL Rated one (1) hour assembly.

*Table 710.3 Exception:*  shall be changed by adding the following:

2.  In common corridor buildings (without independent means of egress for each unit), horizontal dwelling unit separations for Use Group R-2 shall be a UL Rated two (2) hour concrete assembly.

## CHAPTER 9

*Subsection 903.3.7*  shall be changed to read as follows:

*903.3.7 Fire department connections.*  The location of fire department connections shall be approved by the fire official.

*Subsection 903.4*  shall be changed by deleting the following:

*903.4*  Exceptions 3, 4, 5, 6

*Subsection 905.9*  shall be changed by deleting the following:

Exception 2.

*Subsection 907.2.9*  shall be changed to read as follows:

*907.2.9(1.)*  Any dwelling unit is located one or more stories above the lowest level of exit discharge.

*907.2.9(3.)*  The building contains more than 12 dwelling units.

*907.2.9 Exceptions*  shall be deleted.

Subsection 907.14 shall be changed to read as follows:

*907.14 Monitoring.*  Alarm, supervisory and trouble signals shall be distinctly different and shall be automatically transmitted to an approved central station, remote supervising station or proprietary

supervising station as defined in NFPA 72 or, when approved by the fire official, shall sound an audible signal at a constantly attended location.

*Subsection 907.15* shall be deleted:

## CHAPTER 10

The following subsection shall be added:

*Section 1003.3.1.8.5 Exterior Door Hardware:*

*1003.3.1.8.5.1    Exterior door hinges.* Outside hinges on all exterior doors shall be provided with non-removable pins when using pin-type hinges, and/or the center hinge shall have a steel dowel projecting a minimum of three-quarter inch from one plate into the opposite plate of the hinge.

*1003.3.1.8.5.1.1    Means of egress doorways.* For the purpose of this section, entrance doors to individual units in Use Groups R-1 and R-2 shall be considered exterior doors.

*1003.3.1.8.5.2    Exterior door frames.* All exterior doorframes shall be established with high security strike-plates utilizing two- to three-inch screws.

*1003.3.1.8.5.3    Exterior door jambs:* In-swinging exterior doors shall have rabbeted jambs. Jambs for all doors shall be constructed or protected so as to prevent violation of the function of the strike.

## CHAPTER 18

The following subsection shall be added to Section 1805.2.1:

*1805.2.1.1 Frost protection:* The frost line for this locality shall be assumed to be three (3) feet six (6) inches below the finished ground grade.

## CHAPTER 21

The following subsection shall be added to Section 2113.9:

*2113.9.1 Spark arrestors:* All solid fuel burning appliance flues shall be equipped with an approved-type spark arrestor.

## CHAPTER 27

*Chapter 27.* Electric wiring, equipment and systems is deleted. [See City of Aurora Electrical Ordinance.]

## CHAPTER 29

The following subsection shall be added to Section 2901.1:

*2901.1.1* All Plumbing work shall conform to the current edition of the Illinois State Plumbing Code and the provisions of this code, whichever is more restrictive.

## CHAPTER 30

The following subsections shall be added to Section 3001:

*3001.5 Frequency of tests and inspections.* Tests and inspections shall be conducted at frequencies specified in Subsection 3001.6.

*3001.6 Periodic inspection intervals.* periodic inspections shall hereafter be made at intervals of

000631

not more than twelve (12) months, and at intervals not exceeding those set forth in ASME A 17.1 listed in Chapter 35 for all elevators, man-lifts, escalators and dumbwaiters. Miscellaneous hoisting and elevating equipment, conveyors, and amusement devices shall be inspected at such intervals as may be deemed necessary by the official to insure safety and operation.

## CHAPTER 31

**Editor's note:** Ord. No. O03-159, adopted 12-9-03, deleted Ch. 31 of § 12-17.1 in its entirety. Former Ch. 31 pertained to the Aurora Sign Ordinance. This information can now be found in Ch. 41, Signs, of this Code.

**Cross references:** Signs, ch. 41.

## CHAPTER 33

The following subsection shall be added to Section 3303.6:

*3303.6.1* Service connections: Before a structure is demolished or removed, the owner or agent shall notify all utilities having service connections within the structure such as water, electric, gas, sewer and other connections. A permit to demolish or remove a structure shall not be issued until a release is obtained from the utilities, stating that their respective connections and appurtenance equipment, such as meters and regulators, have been removed or sealed and plugged in a safe manner. Water and sewer connections shall be removed or sealed and plugged in accordance with the requirements of the city's sewer and water maintenance department.

## CHAPTER 34

The following subsection shall be added to Section 3409.1:

*3409.1.1* Masonry standards for the R-2 Use Group shall not apply to existing buildings that are the subject of an alteration, repair, addition or change of occupancy of an existing structure.

*Section 3409.2* Insert: [July 01, 2001]

## CHAPTER 35

The following shall be added to Rule 211.1 of the 1984 Edition of the Safety Code for Elevators and Escalators, published by the American Society of Mechanical Engineers:

The requirements provided by Subsections a.2. and b1., 2. and 3. above shall not apply to existing freight elevators established in buildings classified as use groups F, H, M, S and U and for funeral homes of use group B as defined by the applicable provision of the most recent edition of the Building Officials and Code Administrators International BOCA Basic Building Code. Provided, however, that a sign at least eight and one-half (8 1/2) inches by eleven (11) inches shall be posted at all entryways to such elevators containing the following statement:

Warning: This elevator designed for freight use only.
No two-way communication available.
For use during business hours only.

## APPENDIX B

The following subsection shall be added to Section B101.1:

*B101.1.1* Application for Appeal shall be accompanied by a fee of fifty dollars ($50.00).

The following Section shall be added to Appendix B:

## B102 PERMANENT BUILDING CODE COMMITTEE

B102.1    General:  This committee shall act in an advisory capacity to the city council on matters pertaining to amendments to this building code and other matters pertaining to buildings and construction standards referred to said committee by the city council.

B102.1.1    Other duties:  This committee shall act upon applications for conditional variation under Section 12-19 of the Aurora Code.

B102.2    Membership:  The membership of this committee shall ex-officio consist of the regularly appointed members of the board of appeals, as provided in Section B101. The mayor, with the advice of the city council, may from time to time, appoint additional members to serve on said committee, provided that at no time shall said committee consist of more than ten (10) members. Of the additional members, one shall be an owner of rental property and one shall be a person skilled in rehabilitation construction.

(Ord. No. 001-47, § 1, 6-5-01; Ord. No. 005-121, § 1, 11-8-05)


## Sec. 12-17.2. Same--Additions, insertions, deletions and changes.

The following sections of the 2000 International Plumbing Code--Including Appendix Chapters (B, D, E, F and G) adopted in section 12-16 are hereby revised as follows:

Section 106.6.2  Insert: [See International Building Code Section 108.2]

Subsection 106.6.3  shall be changed to read as follows:

106.6.3    The code official shall authorize the refunding of fees per the International Building Code Section 108.6.

The following Subsection shall be added to section 108.4:

108.4.1    Violation Penalties shall be as prescribed in the International Building Code Section 113.4.

The following Subsection shall be added to section 108.5:

108.5.1    Unlawful continuance fines shall be as prescribed in the International Building Code Section 114.3

The following Subsection shall be added to Section 301:

301.7    Public Systems Available:  Variations from provisions contained in this section may be applied for by filing an application with the public works department for referral to and consideration by the city council.

301.7.1    A public water main shall be considered available to a building when the building is located within one thousand two hundred (1,200) feet of the public water main. Private wells shall not be allowed within the jurisdiction of the City of Aurora except as provided by section 48-28 of the Aurora Code of Ordinances.

301.7.2    A public sewer system shall be considered available when the nearest point of the property is located within one thousand two hundred (1,200) feet of the public sewer.

Subsection 304.4  shall be deleted.

Subsection 305.6.1  shall be changed to read as follows:

305.6.1    Frost protection depths:

305.6.1.1    Water service piping shall be installed below recorded frost

penetration but not less than five (5) feet below grade. In climates with freezing temperatures, plumbing piping in exterior building walls or areas subjected to freezing temperatures shall be protected against freezing by insulation or heat or both. Water service piping shall be installed not less than five (5) feet below grade to top of pipe.

*305.6.1.2     Sewer depth:* Building sewers that connect to private sewage disposal systems shall be a minimum of twenty-four (24) inches below finished grade. Building sewers connected to public sewer disposal systems shall be a minimum of thirty-two (32) inches below grade. Measurements shall be taken at invert of pipe.

*Table 403.1* shall be deleted and replaced as follows:

*Table 403.1*     Minimum Number of Plumbing Fixtures shall be as prescribed in the Section 890, Appendix A of the Current Illinois Plumbing Code.

*Exceptions of Section 403.2* shall be deleted in their entirety:

*Exception of Section 502.4* shall be deleted in its entirety:

The following materials are deleted from Table 605.4:

"Acrylonitrile butadiene styrene (ABS) plastic pipe"

"Asbestos cement pipe"

"Copper tubing (Type L, M, WL, WK and WM)"

"Chlorinated polyvinyl chloride (CPVC) plastic pipe"

"Galvanized steel pipe"

"Polybutylene (PB) plastic pipe and tubing"

"Polyethylene (PE) plastic pipe"

"Polyethylene (PE) plastic tubing"

"Cross-linked Polyethylene (PEX) plastic tubing"

"Cross-linked Polyethylene/aluminum/cross-linked polyethylene (PEX-AL-PEX) pipe"

"Polyethylene/aluminum/polyethylene (PE-AL-PE) pipe"

"Polyvinyl chloride (PVC) plastic pipe"

*Subsection 603.1* shall be changed to read as follows:

*603.1     Size of water service pipe:* The water service pipe shall be sized to supply water to the building in the quantities and at the pressures required in this code. The minimum diameter of water service pipe shall be one (1) inch.

*Subsection 603.2.1* shall be changed to read as follows:

*603.2.1     Water service near sources of pollution:* Potable water service pipes shall not be located in, under, or above cesspools, septic tanks, septic tank drainage fields, seepage pits, or gasoline storage tanks. Refer to requirements of Section 605.2 regarding soil and groundwater conditions. Where the water service pipe must cross the sewer, the bottom of the water service, within ten (10) feet of the point of crossing, shall be at least eighteen (18) inches above the top of the sewer. Water service pipe shall be at least ten (10) feet away from all gasoline storage tanks or piping.

The following materials are deleted from Table 605.5:

The use of "CPVC" shall be subject to all of the following conditions:

C00634

(1)   Use shall be limited to single-family and R-2 residential buildings four (4) stories or less in height.

(2)   Use shall be limited by the applicable standards of the most current edition of the International Plumbing Code or the Illinois State Plumbing Code, whichever is more restrictive.

"Copper tubing (Type WL, WK and WM)"

"Cross-linked Polyethylene (PEX) plastic tubing"

"Cross-linked Polyethylene/aluminum/cross-linked polyethylene (PEX-AL-PEX) pipe"

"Polybutylene (PB) plastic pipe and tubing"

The following materials are deleted from Table 605.6:

"Acrylonitrile butadiene styrene (ABS) plastic pipe"

"Malleable Iron" except that galvanized shall be allowed.

"Metal Insert Fittings Utilizing a Copper Crimp Ring SDR9 (PEX) Tubing"

"Steel"

The following materials are deleted from Tables 702.1, 702.2, 702.3, and 702.4:

*Table 702.1      Above Ground Drainage and Vent Pipe*

"Acrylonitrile butadiene styrene (ABS) plastic pipe"

"Coextruded composite ABS DWV sch 40 IPS pipe (solid)"

"Coextruded composite ABS DWV sch 40 IPS pipe (cellular core)"

"Coextruded composite PVC DWV sch 40 IPS pipe (solid)"

"Coextruded composite PVC DWV sch 40 IPS pipe (cellular core)"

"Coextruded composite PVC IPS--DR, PS140, PS200, DWV"

"Copper or copper alloy tubing (Type M or DWV)"

"Polyolefin pipe"

"Polyvinyl Chloride (PVC) plastic pipe: ASTM F-1488"

"Stainless Steel"

*Table 702.2      Underground Building Drainage and Vent Pipe*

"Acrylonitrile butadiene styrene (ABS)"

"Asbestos-cement pipe"

"Coextruded composite ABS DWV sch 40 IPS pipe (solid)"

"Coextruded composite ABS DWV sch 40 IPS pipe (cellular core)"

"Coextruded composite PVC DWV sch 40 IPS pipe (solid)"

"Coextruded composite PVC DWV sch 40 IPS pipe (cellular core)"

"Coextruded composite PVC IPS DR, PS140, PS200, DWV"

"Copper or copper alloy tubing (Type L, M, DWV)"

"Polyolefin pipe"

"Polyvinyl Chloride (PVC) plastic pipe except for the following standard types: ASTM (2665, 2949, F891), DWV, schedule 40 or heavier, which shall be permitted."

"Plastic pipe (type DWV)"

"Stainless Steel"

*Table 702.3    Building Sewer Pipe*

"Acrylonitrile Butadiene Styrene (ABS) plastic pipe"

"Asbestos Cement pipe"

"Coextruded composite ABS DWV sch 40 IPS pipe (solid)"

"Coextruded composite ABS DWV sch 40 IPS pipe (cellular core)"

"Coextruded composite PVC DWV sch 40 IPS pipe (solid)"

"Coextruded composite PVC DWV sch 40 IPS pipe (cellular core)"

"Coextruded composite PVC IPS--DR, PS DWV, PS140, PS200"

"Coextruded composite sewer and drain DR--PS in PS35, PS50, PS100, PS140, PS200"

"Concrete pipe"

"Copper tubing (Type L)"

"Polyvinyl Chloride (PVC) plastic pipe except for the following standard types: ASTM (2665, 2949, 3034), DWV, schedule 40 or heavier and SDR 26, which shall be permitted."

"Stainless Steel"

*Table 702.4      Pipe Fittings*

"Acrylonitrile Butadiene Styrene (ABS) plastic pipe"

"Coextruded composite ABS DWV sch 40 IPS pipe (solid or cellular core)"

"Coextruded composite PVC DWV sch 40 IPS pipe (solid or cellular core)"

"Coextruded composite ABS DR--PS in PS35, PS50, PS100, PS140, PS200"

"Coextruded composite PVC DR--PS in PS35, PS50, PS100, PS140, PS200"

"Stainless Steel"

"Steel"

Section 904.1  Insert: [12" above adjacent roofline]

The following materials are deleted from Tables 1102.4, 1102.5 & 1102.7:

*Table 1102.4    Building Storm Sewer Pipe*

"Acrylonitrile Butadiene Styrene (ABS) plastic pipe"

"Asbestos Cement pipe"

"Copper or copper alloy tubing (type L, M, or DWV)"

"Polyvinyl Chloride (PVC) plastic pipe except for the following standard types: ASTM (2665, F-891, 3034), DWV, schedule 40 or heavier, which shall be permitted."

"Stainless Steel"

C00636

*Table 1102.5*      *Subsoil Drain Pipe*

"Asbestos cement pipe"

"Stainless Steel"

*Table 1102.7*      *Fittings*

"Acrylonitrile Butadiene Styrene (ABS) plastic pipe"

"Chlorinated polyvinyl chloride (CPVC) plastic pipe"

"Polyethylene (PE) plastic pipe"

"Plastic"

"Stainless Steel"

"Steel"

The following subsections shall be added to Section 1113:

*1113.1.5 Required sump pit discharge piping:*  All sump pump discharges shall be handled in conformance with one of the following:

(1)   Discharge to the public storm sewer may occur at any time in conformance with City of Aurora Standard Specifications for Improvements.

(2)   Discharge to grade, when not prohibited above, may be permitted provided that the point of discharge is at least fifteen (15) feet from all property lines. Sump pumps shall not discharge directly into any street, sidewalk onto adjacent property, or in any manner that will flood or cause a nuisance.

*1113.2 Sump pit required:*  Crawl spaces under buildings used for human habitation shall be provided with a sump pit in accordance with Section 1113. When a basement as well as a crawl space are provided under said buildings, only the basement must be provided with a sump pit. When a basement exists without a sump pit and a crawl space is being constructed immediately adjacent thereto, the crawl space shall not require a sump pit.

(Ord. No. 000-47, § 1, 6-5-01)


## Sec. 12-17.3. Same--Additions, insertions, deletions and changes.

The following sections of the 2000 International Mechanical Code--Including Appendix Chapter (A); Adopted in section 12-16 are hereby revised as follows:

*Section 106.5.2*  Insert: [See International Building Code Section 108.2]

*Subsection 106.5.3*  shall be changed to read as follows:

*106.5.3*   The code official shall authorize the refunding of fees per the International Building Code Section 108.6.

The following Subsection shall be added to section 108.4:

*108.4.1*   Violation Penalties shall be as prescribed in the International Building Code Section 113.4.

The following Subsection shall be added to section 108.5:

*108.5.1*   Unlawful continuance fines shall be as prescribed in the International Building Code Section 114.3

The following subsections shall be added to Section 109.1:

C00637

*109.1.2* The Aurora Mechanical Code Contractor's Committee shall act in an advisory capacity to the Aurora Building Code Board of Appeals in such matters.

Subsection 401.2 shall be changed to read as follows:

*401.2 Ventilation required.* Every occupied space shall be ventilated by;

1. Natural means in accordance with Section 402 when approved by the code official.

2. Mechanical means in accordance with Section 403.

The following subsection shall be added to Section 502:

*502.18 Factory, Storage and Warehouse Facilities.*

Mechanical ventilation systems for factory, storage and warehouse uses shall operate automatically upon detection of carbon monoxide in concentrations of 25 PPM and exhaust at a rate not less than 0.05 cubic feet per minute/square foot.

The following shall be added to Subsection 505:

*505.2* For buildings in Use Group R-2, where there are no openable windows in the kitchen, exhaust for the stove shall be provided to the outdoors without re-circulation. All exhaust shall discharge directly to an approved location at the exterior of the building.

The following subsection shall be added to Section 603:

*603.16 Capped openings:* All duct openings shall be capped during construction.

The following subsection shall be added to Section 804.3.4:

*804.3.4 Requirement 7. Location:* High efficiency discharge pipe for furnaces may be located within any side or rear yard, as defined by the Aurora Zoning Ordinance, but, regardless of yard location, shall not be located closer than ten (10) feet to any interior side lot line, as defined by said ordinance. No such pipe shall be located within any front yard as defined by said ordinance. This provision shall not apply to power vent discharges through roof areas.

The following subsection shall be added to Section 901:

*901.4.1 Wall construction:* Enclosures for factory built fireplaces and flues installed in buildings of Use Groups R-1 and R-2, as defined by the BOCA National Building Code/1990 Edition, shall be constructed to provide a fire rating of two (2) hours.

*901.5* Any penetration of the firebox area made by a gas pipe shall be sealed by method approved by the code official.

The following subsection shall be added to Section 1105.8:

*1105.8.1 Emergency Flushing System:* Refrigeration or cooling systems utilizing over one hundred (100) pounds of ammonia shall be equipped with an emergency flushing system. Specifications for this system must be submitted at the time of permit application. The system shall be approved by the code and fire official.

(Ord. No. 001-47, § 1, 6-5-01)

## Sec. 12-17.4. Same--Additions, insertions, deletions and changes.

The following sections of the 2000 International Fuel and Gas Code; adopted in section 12-16 are hereby revised as follows:

C00038

*Section 106.5.2* Insert: [See International Building Code Section 108.2]

*Subsection 106.5.3* shall be changed to read as follows:

106.5.3    The code official shall authorize the refunding of fees per the International Building Code Section 108.6.

The following Subsection shall be added to section 108.4:

108.4.1    Violation Penalties shall be as prescribed in the International Building Code Section 113.4.

The following Subsection shall be added to section 108.5:

108.5.1    Unlawful continuance fines shall be as prescribed in the International Building Code Section 114.3

Subsection 304.9.1 shall be added:

304.9.1    Determination of unusually tight construction shall be made by the code official.

*Subsection 403.4.3 Copper and Brass* shall be deleted.

*Subsection 403.4.4 Aluminum* shall be deleted.

*Subsection 403.5 Metallic tubing* shall be deleted.

(Ord. No. 000-47, § 1, 6-5-01)


## Sec. 12-17.5. Same--Additions, insertions, deletions and changes.

The following sections of the 2000 International Energy Conservation Code adopted in section 12-16 are hereby revised as follows:

*Subsection 101.4.2.4 Change in Occupancy* shall be deleted.

*Subsection 302.1 Table values* shall be added as follows:

TABLE INSET:

| Winter a Design Dry-bulb (F deg) | Summer a Design Dry-bulb (F deg) | Summer a Design Wet-bulb (F deg) | Degree Days Heating b | Degree Days Cooling b | Climate Zone |
|---|---|---|---|---|---|
| - 5° | 89° | 76° | 6,800 | 702 | 14 b |

*Subsection 502 Tables 502.2.4(1), through 502.2.4(9)* shall be replaced with the following Table 502.2.4:

TABLE INSET:

| Heating Degree Days | Minimum Value of Insulation only | | | | | | |
|---|---|---|---|---|---|---|---|
| | Ceiling R-value | Exterior wall R-value | Floor R-value | Habitable Basement R-value | Non-habitable Basement R-value | Slab Perimeter R-value & depth | Crawl Space R-value |
| 6,800 | R-30 | R-13 | R-19 | R-5 | R-0 | R-4, 2 feet | R-7 |

000639

*Subsection 602 Table 602.1* shall be replaced with Table 502.2.4 (above):

*Subsection 802 Table 802.2(1), through 802.2(37)* shall be replaced with the following Table 802.2:

TABLE INSET:

| Commercial Building Envelope Requirements for Aurora | | |
|---|---|---|
| ELEMENT | CONDITION/VALUE | |
| Perimeter Slab or below grade wall (R-value) | R-8 | |
| <u>Roof Assemblies (R-value)</u> | INSULATION BETWEEN FRAMING | CONTINUOUS INSULATION |
| All-wood joist/truss | R-25 | R-19 |
| Metal joist/truss | R-25 | R-20 |
| Concrete slab or deck | NA | R-19 |
| Metal purlin with thermal block | R-30 | R-20 |
| Metal purlin without thermal block | X | R-20 |
| <u>Floors over Outdoor air or Unconditioned space (R-value)</u> | INSULATION BETWEEN FRAMING | CONTINUOUS INSULATION |
| All-wood joist/truss | R-25 | R-19 |
| Metal joist/truss | R-25 | R-19 |
| Concrete slab or deck | NA | R-19 |

TABLE INSET:

| Above-grade walls (R-value) | <u>NO FRAMING</u> | <u>METAL FRAMING</u> | <u>WOOD FRAMING</u> |
|---|---|---|---|
| Framed | | | |
| R-value cavity | NA | R-13 | R-11 |
| R-value continuous | NA | R-3 | R-0 |
| CMU, greater than 6", w/ integral insul. | | | |
| R-value cavity | NA | R-11 | R-11 |
| R-value continuous | R-5 | R-0 | R-0 |
| Other masonry walls | | | |
| R-value cavity | NA | R-11 | R-11 |
| R-value continuous | R-5 | R-0 | R-0 |

(Ord. No. 001-47, § 1, 6-5-01)

## Sec. 12-17.6. Same--Additions, insertions, deletions and changes.

The following sections of the 2000 International Residential Code--Including Appendix Chapters (A, B, C, D, E, F, G, and J) adopted in section 12-16 are hereby revised as follows:

The following subsection shall be added to section R101.2.

    *R101.2.1  Current Residential Developments:*  Single-family and townhouse developments, which have approved PRELIMINARY plats prior to 01 July 2001, and have each specific model as part of an approved master plan set prior to 01 July 2001; shall be allowed to continue use of the City of Aurora amended 1992 CABO residential code for each specific model but only at the already platted subdivision above and only until 01 Jan. 2004 (when we anticipate adopting the revised building codes.

    *Section R105.2 Work Exempt from permit.*

    *Building:*  Delete item 1 accessory structures. These shall require permitting.

    *Mechanical:*  Delete item 7 self-contained refrigeration systems. These shall require permitting.

    *Subsection R106.1.3*  shall be changed to read as follows:

    *R106.1.3*    *Information for construction in areas prone to flooding.*  For buildings and structures in flood hazard areas as established on local floodway rate maps, locally adopted floodplain ordinances shall apply.

    *Subsection R109.1.3 Floodplain inspections*  shall be deleted in its entirety.

    *Subsection R110.3 Certificate issued.*  Item 3, 5, 7, 8, and 9 shall be deleted.

    *Subsection R112*  shall be changed to read as follows:

    *R112*    *Board of Appeals.*  Appeals shall be made and conducted in accordance with the provisions of the 2000 International Building Code--Appendix B Board of Appeals as amended.

    *Section R301.2(1)*  Insert:

TABLE INSET:

| Roof Snow Load in Pounds per Square Foot | Wind | | Subject to Damage From | | | | Winter Design Temp f | Flood Hazard h |
| | Speed in Miles per Hour | Seismic Design Category f, g | Weathering a | Frost Line Depth In Inches b | Termite c | Decay d | | |
| 25 lbs/sf | 90 mph | B | Severe | 42 inches | Moderate--Heavy | Slight--Moderate | - 5° | See Local Ordinances |

    *Subsection R301.2.4 Floodplain Construction*  shall be changed to read as follows:

    *R301.2.4*    *Information for construction in areas prone to flooding.*  For buildings and structures in flood hazard areas as established on local floodway rate maps, locally adopted floodplain ordinances shall apply.

The following subsection shall be added to Section R303.1.

    Exceptions: 3.  Window area in basements, except as may be otherwise specified for habitable rooms, the glass window area in basements shall not be less than one (1) percent of the floor area served.

The following shall be added to Chapter R308:

R308.7:     *Sliding Glass Doors.*  Sliding glass doors shall have installed an approved permanent anti-slide device or, an anti-slide and an anti-lift device.

The following shall be added to Chapter R309:

R309.2.1:     Doors leading from garage areas into private dwellings shall meet the following requirements:

> A.  Shall be of solid core of not less than one and three-eighths (1 3/8) inch thickness.
>
> B.  Shall be equipped with self-closing hinges.
>
> C.  Shall be equipped with a dead lock with a minimum one-inch throw and dead locking latch. Dead bolts shall contain hardened inserts, or equivalent, so as to repel cutting tool attack. Mortise-type locks may be used; if the above-described requirements are met.

R309.6     *Doorways.*  Vehicular and other doorways shall have closing doors. The closing doors shall be established even with the door opening. This requirement shall be enforced retroactively. All carports are excluded from all door requirements.

*Subsection R309.5 Flood Hazard areas*  shall be deleted in its entirety.

The following shall be added to Chapter R311:

R311.1.1:     Exterior doors of private dwellings shall meet the following requirements:

> A.  Shall be of solid core of not less than one and three-eighths (1- 3/8) inch thickness.
>
> B.  Shall be equipped with a dead lock with a minimum one-inch throw and dead locking latch. Dead bolts shall contain hardened inserts, or equivalent, so as to repel cutting tool attack. Mortise-type locks may be used if the above-described requirements are met.
>
> C.  Out-swinging out shall have non-removable hinge pins and/or steel dowels projecting a minimum of one-half inch from one plate into the opposite plate of the hinge.
>
> D.  Shall be established with high security strike-plates utilizing two to three-inch screws.
>
> E.  One hundred eighty (180) degree eye-views shall be installed on front doors (not required if the door has a glass front or if door side glass is available for viewing).

*Subsection R315.1 Handrails*  shall be changed to read as follows:

R315.1  Handrails having minimum and maximum heights of 34 inches and 38 inches, respectively, measured vertically from the nosing of the treads, shall be provided on at least one side of stairways. All required handrails shall be continuous the full length of stairs, with THREE or more risers, from the point directly above the top riser of the flight to a point directly above the lowest riser of the flight. Ends shall be returned or shall terminate in newel posts or safety terminals. Handrails adjacent to a wall shall have a space of not less that 1.5 inches between the wall and the handrail.

*Subsection R327 Flood-Resistant Construction*  shall be changed to read as follows:

R327.1     Information for construction in areas prone to flooding. For buildings and structures in flood hazard areas as established on local floodway rate maps, locally adopted floodplain ordinances shall apply.

000642

*Subsection R401.1 Application* shall be changed to read as follows:

R401.1    The provisions of this chapter shall control the design and construction of the foundation and foundation spaces of all buildings. Wood foundations shall not be allowed.

*Subsection R402.1 Wood Foundations* and its subsections R402.1.1, and R402.1.2 shall be deleted in their entirety.

*Subsection R403.1.1 Minimum size* shall be deleted and changed to read as follows:

R403.1.1    Minimum sizes for concrete and masonry footings shall be as set forth in Table R403.1 and Figure R403.1(1). The footing width, W, shall be based on the load bearing value of the soil in accordance with Table R401.4.1. Spread footings Width shall be twice the width of the foundation wall and not less than 16 inches. Spread footing Thickness (depth) shall be equal to the width of the foundation wall and not less than 8 inches. Footing Projections, P, shall be 1/2 the width of the foundation wall, not less than 4 inches and shall not exceed the thickness of the footing.

*Table R403.1 Minimum width of concrete or masonry footing (inches)* shall be deleted and changed to read as follows:

TABLE INSET:

| Wall above | Height | Load Bearing Value of Soil (psf) | | | | |
|---|---|---|---|---|---|---|
| | | 1,500 | 2,000 | 2,500 | 3,000 | 3,500 or greater |
| Conventional light-frame construction | 1-Story | 16 | 16 | | | |
| | 2-Story | 20 | | 16 | | |
| | 3-Story | Engineered | 20 | | | |
| 4-inch masonry veneer over frame or 8 inch hollow concrete masonry | 1-Story | 20 | 20 | | | |
| | 2-Story | Engineered | | 20 | | |
| | 3-Story | Engineered | 24 | | | |
| 8-inch solid or fully grouted masonry | 1-Story | 24 | 20 | 16 | 16 | 16 |
| | 2-Story | Engineered | 24 | 20 | | |
| | 3-Story | Engineered | Engineered | 24 | 20 | |

*Figures R403.1(2) and R403.1(3) Permanent Wood Foundations* shall be deleted in their entirety.

The following shall be added to Chapter R403.1.4:

R403.1.4.1:    Exterior footings and foundation systems for:

1.    Detached single story accessory structures less than 768 gross square feet;

shall be allowed to be supported on an approved turned down slab detail per the building code.

2.  Non-conditioned attached accessory structures easily capable of converting to conditioned space shall have continuous footings extending to frost depth.

a.  Determination of whether a space is easily capable of converting to conditioned space shall be per the Building Officials. If any of the following are provided, the space may be construed as easily capable of converting to conditioned space.

i)  Exterior insulated walls

ii)  Insulated roofs

iii)  Permanently installed weatherproof windows and or doors

iv)  Electrical fixtures or outlets consistent with habitable space

v)  Heating or air conditioning appliances or provisions

vi)  Plumbing fixtures

3.  Non-conditioned attached accessory structures not capable of converting to conditioned space may be supported on pier foundation systems, which extend to frost depth.

a.  Non-conditioned structures built on pier systems shall not be converted to conditioned space without addressing the lack of a continuous footing to the satisfaction of the Building Officials.

*Subsection R403.2 Footings for Wood Foundations* shall be deleted in its entirety.

*Table R404.1.1(1) Plain Concrete and Plain Masonry Foundation Walls* shall be deleted and changed to read as follows:

TABLE INSET:

| Maximum Wall Height (feet) | Maximum Unbalanced Backfill Height c (feet) | Plain Concrete Minimum Nominal Wall Thickness (inches) | | Plain Masonry a Minimum Nominal Wall Thickness (inches) |
|---|---|---|---|---|
| | | >= than 3,000 psf | < than 3,000 psf | |
| 5 | 4 5 | 8 | If soil of less than 3,000 psf is encountered the bearing solution shall be engineered. j | Plain masonry walls shall not be permitted in new construction unless engineered. j |
| 6 | 4 5 6 | 8 | | |
| 7 | 4 5 6 7 | 8 | | |
| 8 | 4 5 6 7 8 | 8 8 8 8 10 | | |
| | | 8 | | |

| 9 | 4<br>5<br>6<br>7<br>8<br>9 | 8<br>8<br>8<br>10 h<br>10 h | | |
|---|---|---|---|---|

Footnote:

    h. Provide full height #4 vertical reinforcing at 48 inches on center.

    j. In areas with a history of poorer soils or upon visual inspection the building inspector may require a geotechnical soils report / evaluation.

*Title of Table R404.1.1(2)* shall be changed to read as follows:

Reinforced Masonry Walls.--FOR 8 INCH WALLS.

*Title of Table R404.1.1(3)* Shall be changed to read as follows:

Reinforced Masonry Walls.--FOR 12 INCH WALLS

Title of Table R404.1.1(4) Shall be changed to read as follows:

Reinforced Masonry Walls.--FOR 10 INCH WALLS

    *Subsection R404.2 Wood Foundations walls* and its subsections R404.2.1, R404.2.2, R404.2.3, R404.2.4, R404.2.5, and R404.2.6 shall be deleted in their entirety.

    *Table R404.2.3* Plywood grade and thickness for wood foundation construction shall be deleted in its entirety.

    *Table R405.2 Wood Foundations* and its subsections R405.2.1, R405.2.2, and R405.2.3 shall be deleted in their entirety.

    *Table R406.3 Dampproofing for Wood Foundations* and its subsections R406.3.1, R406.3.2, and R406.3.3 shall be deleted in their entirety.

    *Table R407.1 Wood column protection* shall be deleted in its entirety.

    *Subsection R502.7.1 Bridging* shall be deleted and changed to read as follows:

    *R502.7.1     Bridging.* Joists shall be supported laterally by solid blocking, diagonal bridging (wood or metal) or continuous 1 inch x 3-inch strips nailed across the bottom of the joist perpendicularly to the joist at intervals not exceeding 8 feet.

    *Section R504 Pressure Preservatively Treated Wood Floors (on Ground)* shall be deleted in its entirety.

    *Subsection R506.2.1.1* shall be added:

    *R506.2.1.1     Back-fill under concrete floors in attached garages.* The sub-base for poured concrete garage floors shall be undisturbed inorganic soil.

    a. Fill materials brought from off-site shall be clean, graded sand, crushed stone or gravel.

    b. When site soil is used as fill, it shall be appropriately soaked and compacted. The slab shall be doweled into the foundation wall as follows. Dowels (#4) shall be 3'-4" long, shall be doweled into foundation wall a minimum of 4", and shall be spaced at 24" on center; on all walls that do not provide 4" of bearing for slab.

    *Section R602.3.2 Top plate Exception only* shall be deleted in its entirety.

    *Subsection R1001.6.1* Shall be added: