> R1001.6.1    *Spark Arrestors.* All wood or solid fuel burning fireplaces and stoves shall be equipped with and approved/labeled spark arrestor.

*Subsection N1102 Table N1102.1* shall be replaced with the following Table:

TABLE INSET:

| Heating Degree Days | Minimum Value of Insulation only | | | | | | |
|---|---|---|---|---|---|---|---|
| | Ceiling R-value | Exterior wall R-value | Floor R-value | Habitable Basement R-value | Non-habitable Basement R-value | Slab Perimeter R-value & depth | Crawl Space R-value |
| 6,800 | R-30 | R-13 | R-19 | R-5 | R-0 | R-4, 2 feet | R-7 |

The following subsection shall be added to Section M1201.1:

> M1201.1.1    All Mechanical work shall conform to the provisions of this code and the amended 2000 International Mechanical Code, whichever is more restrictive.

The following subsection shall be added to Section M1307:

> M1307.3.2    *Fuel fired Heating Units in Garages.* Fuel fired heating units designed to heat habitable space shall not be located in a garage.

The following subsection shall be added to Section M2005:

> M2005.2.2    *Fuel fired water heaters in Garages.* Fuel fired water heaters shall not be located in a garage.

The following subsection shall be added to Section P2501.1:

> P2501.1.1    All Plumbing work shall conform to the current edition of the Illinois State Plumbing Code, the provisions of this code, and the amended 2000 International Plumbing Code, whichever is more restrictive.

The following subsection shall be added to Section E3301.1:

> E3301.1.1    All Electrical work shall conform to the current edition of the City of Aurora Electrical Ordinance and the provisions of this code, whichever is more restrictive.

The following subsection shall be added to Appendix F Section AF103.1:

> AF103.1.1    All new construction shall comply with this appendix.

(Ord. No. 001-47, § 1, 6-5-01)


## Sec. 12-18. Applicability to Butterfield project.

The city council does specifically determine that all of the amendments and modifications set forth in this article shall apply to the Butterfield "District" as defined in the applicable principal annexation agreements. The city council further finds that the amendments and modifications have an important, material and favorable effect upon the health and safety of the residents, owners or occupancy of the properties in those projects and upon the firefighters of the city as compared to the standards that would be applicable to the projects without such amendments and modifications.

(Code 1969, § 12-3; Ord. No. 089-19, § 4, 3-7-89; Ord. No. 093-05, § 4, 1-5-93; Ord. No. 095-47, § 3, 7-5-95; Ord. No. 001-47, § 1, 6-5-01)

### Sec. 12-19. Installation of required improvements as prerequisite to building permit.

(a)  No building permit for new construction of a principal building on a vacant lot shall be issued unless the lot or lots upon which the building is to be constructed complies in all applicable respects with the requirements of Article V of Chapter 43 of this Code, regarding required improvements, or unless securities in an amount equivalent to such required improvements are received in lieu thereof. Securities shall be in the form of cash, negotiable securities, irrevocable letter of credit or surety bond acceptable to the law department.

(b)  For additions to principal buildings, no building permit shall be issued unless the owner of the lot or lots upon which the building is located or is to be constructed shall first agree, in writing, to comply in all respects with subsection (a) at such time as the city shall deem necessary and appropriate for such improvements.

(c)  The requirements of this section may be conditionally waived by the city engineer if all of the following instances apply:

(1)  When the subject property has one hundred twenty (120) feet or less of frontage along the public right-of-way.

(2)  When the subject street area does not contain any of the public improvements that would be required by this section.

(3)  When strict application of this section would deprive the applicant of the reasonable use of his land.

(4)  When the improvements required by this section would be more efficiently provided by special assessment, special service area, or similar area-wide improvement.

(d)  When the city engineer will not grant a conditional waiver under subsection (c), the owner of the subject property may file an application for conditional variation with the permanent building code committee to vary the requirement of improvements or securities for same as set forth by this section. All such variation applications shall be accompanied by a fee of fifty dollars ($50.00). The committee shall not grant a variation hereunder unless it shall make findings based upon the evidence presented to itin each specific case that the following standards are all met:

(1)  That there are special circumstances or conditions affecting the subject property that would result in depriving the applicant of the reasonable use of his land if a strict letter of regulation were required.

(2)  That the subject street area does not contain any of the improvements that would be required by this section.

(3)  That the variation is necessary for the preservation and enjoyment of a substantial property right of the applicant.

(4)  That the variation will not have a detrimental effect upon public welfare or be injurious to other property in the immediate vicinity.

(e)  Should the city engineer grant a conditional waiver or the committee grant a conditional variation, the owner of the subject property shall be required to agree in writing to participate on a fair share basis in a special assessment, special service area, or some other reasonable form of funding providing for the future installation of the improvements as required by this section. The waiver or variation may be rescinded in writing by the city engineer at any time after a three-year period if changed conditions warrant the immediate installation of the improvements required by this section.

(Code 1969, § 42-40; Ord. No. 087-5715, § 1, 9-15-87; Ord. No. 088-84, § 1, 8-2-88; Ord. No. 001-47,

C00047

§ 1, 6-5-01)

Secs. 12-20--12-30. Reserved.



# CHAPTER 1
# ADMINISTRATION

## SECTION 101
## GENERAL

**101.1 Title.** These regulations shall be known as the *Building Code* of [NAME OF JURISDICTION], hereinafter referred to as "this code."

**101.2 Scope.** The provisions of the *International Building Code* shall apply to the construction, alteration, movement, enlargement, replacement, repair, equipment, use and occupancy, location, maintenance, removal and demolition of every building or structure or any appurtenances connected or attached to such buildings or structures.

> **Exception:** Detached one- and two-family dwellings and multiple single-family dwellings (townhouses) not more than three stories high with separate means of egress and their accessory structures shall comply with the *International Residential Code.*

**101.2.1 Appendices.** Provisions in the appendices shall not apply unless specifically adopted.

**101.3 Intent.** The purpose of this code is to establish the minimum requirements to safeguard the public health, safety and general welfare through structural strength, means of egress facilities, stability, sanitation, adequate light and ventilation, energy conservation, and safety to life and property from fire and other hazards attributed to the built environment.

**101.4 Referenced codes.** The other codes listed in Sections 101.4.1 through 101.4.7 and referenced elsewhere in this code shall be considered part of the requirements of this code to the prescribed extent of each such reference.

**101.4.1 Electrical.** The provisions of the ICC *Electrical Code* shall apply to the installation of electrical systems, including alterations, repairs, replacement, equipment, appliances, fixtures, fittings and appurtenances thereto.

**101.4.2 Gas.** The provisions of the *International Fuel Gas Code* shall apply to the installation of gas piping from the point of delivery, gas appliances and related accessories as covered in this code. These requirements apply to gas piping systems extending from the point of delivery to the inlet connections of appliances and the installation and operation of residential and commercial gas appliances and related accessories.

**101.4.3 Mechanical.** The provisions of the *International Mechanical Code* shall apply to the installation, alterations, repairs, and replacement of mechanical systems, including equipment, appliances, fixtures, fittings and/or appurtenances, including ventilating, heating, cooling, air-conditioning and refrigeration systems, incinerators, and other energy-related systems.

**101.4.4 Plumbing.** The provisions of the *International Plumbing Code* shall apply to the installation, alterations, repairs and replacement of plumbing systems, including equipment, appliances, fixtures, fittings and appurtenances, and where connected to a water or sewage system and all aspects of a medical gas system. The provisions of the *International Private Sewage Disposal Code* shall apply to private sewage disposal systems.

**101.4.5 Property maintenance.** The provisions of the *International Property Maintenance Code* shall apply to existing structures and premises; equipment and facilities; light, ventilation, space heating, sanitation, life and fire safety, hazards; responsibilities of owners, operators and occupants; and occupancy of existing premises and structures.

**101.4.6 Fire prevention.** The provisions of the *International Fire Code* shall apply to matters affecting or relating to structures, processes and premises from the hazard of fire and explosion arising from the storage, handling or use of structures, materials or devices; from conditions hazardous to life, property or public welfare in the occupancy of structures or premises; and from the construction, extension, repair, alteration or removal of fire suppression and alarm systems or fire hazards in the structure or on the premises from occupancy or operation.

**101.4.7 Energy.** The provisions of the *International Energy Conservation Code* shall apply to all matters governing the design and construction of buildings for energy efficiency.

## SECTION 102
## APPLICABILITY

**102.1 General.** Where, in any specific case, different sections of this code specify different materials, methods of construction or other requirements, the most restrictive shall govern. Where there is a conflict between a general requirement and a specific requirement, the specific requirement shall be applicable.

000049

**102.2 Other laws.** The provisions of this code shall not be deemed to nullify any provisions of local, state or federal law.

**102.3 Application of references.** References to chapter or section numbers, or to provisions not specifically identified by number, shall be construed to refer to such chapter, section or provision of this code.

**102.4 Referenced codes and standards.** The codes and standards referenced in this code shall be considered part of the requirements of this code to the prescribed extent of each such reference. Where differences occur between provisions of this code and referenced codes and standards, the provisions of this code shall apply.

**102.5 Partial invalidity.** In the event any part or provision of this code is held to be illegal or void, this shall not have the effect of making void or illegal any of the other parts or provisions.

**102.6 Existing structures.** The legal occupancy of any structure existing on the date of adoption of this code shall be permitted to continue without change, except as is specifically covered in this code, the *International Property Maintenance Code* or the *International Fire Code*, or as is deemed necessary by the building official for the general safety and welfare of the occupants and the public.

## SECTION 103
## DEPARTMENT OF BUILDING SAFETY

**103.1 Creation of enforcement agency.** The department of building safety is hereby created and the official in charge thereof shall be known as the building official.

**103.2 Appointment.** The building official shall be appointed by the chief appointing authority of the jurisdiction.

**103.3 Deputies.** In accordance with the prescribed procedures of this jurisdiction and with the concurrence of the appointing authority, the building official shall have the authority to appoint a deputy building official, the related technical officers, inspectors, plan examiners and other employees. Such employees shall have powers as delegated by the building official. For the maintenance of existing properties, see the *International Property Maintenance Code*.

## SECTION 104
## DUTIES AND POWERS OF BUILDING OFFICIAL

**104.1 General.** The building official is hereby authorized and directed to enforce the provisions of this code. The building official shall have the authority to render interpretations of this code and to adopt policies and procedures in order to

clarify the application of its provisions. Such interpretations, policies and procedures shall be in compliance with the intent and purpose of this code. Such policies and procedures shall not have the effect of waiving requirements specifically provided for in this code.

**104.2 Applications and permits.** The building official shall receive applications, review construction documents and issue permits for the erection, and alteration, demolition and moving of buildings and structures, inspect the premises for which such permits have been issued and enforce compliance with the provisions of this code.

**104.3 Notices and orders.** The building official shall issue all necessary notices or orders to ensure compliance with this code.

**104.4 Inspections.** The building official shall make all of the required inspections, or the building official shall have the authority to accept reports of inspection by approved agencies or individuals. Reports of such inspections shall be in writing and be certified by a responsible officer of such approved agency or by the responsible individual. The building official is authorized to engage such expert opinion as deemed necessary to report upon unusual technical issues that arise, subject to the approval of the appointing authority.

**104.5 Identification.** The building official shall carry proper identification when inspecting structures or premises in the performance of duties under this code.

**104.6 Right of entry.** Where it is necessary to make an inspection to enforce the provisions of this code, or where the building official has reasonable cause to believe that there exists in a structure or upon a premises a condition which is contrary to or in violation of this code which makes the structure or premises unsafe, dangerous or hazardous, the building official is authorized to enter the structure or premises at reasonable times to inspect or to perform the duties imposed by this code, provided that if such structure or premises be occupied that credentials be presented to the occupant and entry requested. If such structure or premises be unoccupied, the building official shall first make a reasonable effort to locate the owner or other person having charge or control of the structure or premises and request entry. If entry is refused, the building official shall have recourse to the remedies provided by law to secure entry.

**104.7 Department records.** The building official shall keep official records of applications received, permits and certificates issued, fees collected, reports of inspections, and notices and orders issued. Such records shall be retained in the official records for the period required for retention of public records.

000050

**104.8 Liability.** The building official, member of the Board of Appeals or employee charged with the enforcement of this code, while acting for the jurisdiction in good faith and without malice in the discharge of the duties required by this code or other pertinent law or ordinance, shall not thereby be rendered liable personally and is hereby relieved from personal liability for any damage accruing to persons or property as a result of any act or by reason of an act or omission in the discharge of official duties. Any suit instituted against an officer or employee because of an act performed by that officer or employee in the lawful discharge of duties and under the provisions of this code shall be defended by legal representative of the jurisdiction until the final termination of the proceedings. The building official or any subordinate shall not be liable for cost in any action, suit or proceeding that is instituted in pursuance of the provisions of this code.

**104.9 Approved materials and equipment.** Materials, equipment and devices approved by the building official shall be constructed and installed in accordance with such approval.

**104.9.1 Used materials and equipment.** The use of used materials which meet the requirements of this code for new materials is permitted. Used equipment and devices shall not be reused unless approved by the building official.

**104.10 Modifications.** Wherever there are practical difficulties involved in carrying out the provisions of this code, the building official shall have the authority to grant modifications for individual cases, upon application of the owner or owner's representative, provided the building official shall first find that special individual reason makes the strict letter of this code impractical and the modification is in compliance with the intent and purpose of this code and that such modification does not lessen health, accessibility, life and fire safety, or structural requirements. The details of action granting modifications shall be recorded and entered in the files of the department of building safety.

**104.11 Alternative materials, design and methods of construction and equipment.** The provisions of this code are not intended to prevent the installation of any material or to prohibit any design or method of construction not specifically prescribed by this code, provided that any such alternative has been approved. An alternative material, design or method of construction shall be approved where the building official finds that the proposed design is satisfactory and complies with the intent of the provisions of this code, and that the material, method or work offered is, for the purpose intended, at least the equivalent of that prescribed in this code in quality, strength, effectiveness, fire resistance, durability and safety.

**104.11.1 Tests.** Whenever there is insufficient evidence of compliance with the provisions of this code, or evidence that a material or method does not conform to the requirements of this code, or in order to substantiate claims for alternative materials or methods, the building official shall have the authority to require tests as evidence of compliance to be made at no expense to the jurisdiction. Test methods shall be as specified in this code or by other recognized test standards. In the absence of recognized and accepted test methods, the building official shall approve the testing procedures. Tests shall be performed by an approved agency. Reports of such tests shall be retained by the building official for the period required for retention of public records.

**SECTION 105
PERMITS**

**105.1 Required.** Any owner or authorized agent who intends to construct, enlarge, alter, repair, move, demolish, or change the occupancy of a building or structure, or to erect, install, enlarge, alter, repair, remove, convert or replace any electrical, gas, mechanical or plumbing system, the installation of which is regulated by this code, or to cause any such work to be done, shall first make application to the building official and obtain the required permit.

**105.1.1 Annual permit.** In lieu of an individual permit for each alteration to an already approved electrical, gas, mechanical or plumbing installation, the building official is authorized to issue an annual permit upon application therefor to any person, firm or corporation regularly employing one or more qualified trade persons in the building, structure or on the premises owned or operated by the applicant for the permit.

**105.1.2 Annual permit records.** The person to whom an annual permit is issued shall keep a detailed record of alterations made under such annual permit. The building official shall have access to such records at all times or such records shall be filed with the building official as designated.

**105.2 Work exempt from permit.** Exemptions from permit requirements of this code shall not be deemed to grant authorization for any work to be done in any manner in violation of the provisions of this code or any other laws or ordinances of this jurisdiction. Permits shall not be required for the following:

**Building:**

1. One-story detached accessory structures used as tool and storage sheds, playhouses and similar uses, provided the floor area does not exceed 120 square feet (11.15 m2).

2. Fences not over 6 feet (1829 mm) high.

C00651

3. Oil derricks.

4. Retaining walls which are not over 4 feet (1219 mm) in height measured from the bottom of the footing to the top of the wall, unless supporting a surcharge or impounding Class I, II or III-A liquids.

5. Water tanks supported directly upon grade if the capacity does not exceed 5,000 gallons (18 927 L) and the ratio of height to diameter or width does not exceed 2 to 1.

6. Sidewalks and driveways not more than 30 inches (762 mm) above grade and not over any basement or story below and which are not part of an accessible route.

7. Painting, papering, tiling, carpeting, cabinets, counter tops and similar finish work.

8. Temporary motion picture, television and theater stage sets and scenery.

9. Prefabricated swimming pools accessory to a Group R-3 occupancy, as applicable in Section 101.2, which are less than 24 inches (610 mm) deep, do not exceed 5,000 gallons (19 000 L) and are installed entirely above ground.

10. Shade cloth structures constructed for nursery or agricultural purposes and not including service systems.

11. Swings and other playground equipment accessory to one- and two-family dwellings.

12. Window awnings supported by an exterior wall of Group R-3, as applicable in Section 101.2, and Group U occupancies.

13. Movable cases, counters and partitions not over 5 feet 9 inches (1753 mm) in height.

**Electrical:**

**Repairs and maintenance:** Minor repair work, including the replacement of lamps or the connection of approved portable electrical equipment to approved permanently installed receptacles.

**Radio and television transmitting stations:** The provisions of this code shall not apply to electrical equipment used for radio and television transmissions, but does apply to equipment and wiring for power supply, the installations of towers and antennas.

**Temporary testing systems:** A permit shall not be required for the installation of any temporary system required for the testing or servicing of electrical equipment or apparatus.

**Gas:**

1. Portable heating appliance.

2. Replacement of any minor part that does not alter approval of equipment or make such equipment unsafe.

**Mechanical:**

1. Portable heating appliance;

2. Portable ventilation equipment;

3. Portable cooling unit;

4. Steam, hot or chilled water piping within any heating or cooling equipment regulated by this code;

5. Replacement of any part which does not alter its approval or make it unsafe;

6. Portable evaporative cooler;

7. Self-contained refrigeration system containing 10 pound (4.54 kg) or less of refrigerant and actuated by motors of 1 horsepower (746 W) or less.

**Plumbing:**

The stopping of leaks in drains, water, soil, waste or vent pipe; provided, however, that if any concealed trap, drainpipe, water, soil, waste or vent pipe becomes defective and it becomes necessary to remove and replace the same with new material, such work shall be considered as new work and a permit shall be obtained and inspection made as provided in this code.

The clearing of stoppages or the repairing of leaks in pipes, valves or fixtures, and the removal and reinstallation of water closets, provided such repairs do not involve or require the replacement or rearrangement of valves, pipes or fixtures.

**105.2.1 Emergency repairs.** Where equipment replacements and repairs must be performed in an emergency situation, the permit application shall be submitted within the next working business day to the building official.

**105.2.2 Repairs.** Application or notice to the building official is not required for ordinary repairs to structures, replacement of lamps or the connection of approved portable electrical equipment to approved permanently installed receptacles. Such repairs shall not include the cutting away of any wall, partition or portion thereof, the removal or cutting of any structural beam or load bearing support, or the removal or change of any required means of egress, or rearrangement of parts of a structure affecting the egress requirements; nor shall ordinary repairs include addition to, alteration of, replacement or relocation of any standpipe, water supply, sewer, drainage, drain leader, gas, soil, waste, vent or similar piping, electric wiring or mechanical or other work affecting public health or general safety.

C03652

**105.2.3 Public service agencies.** A permit shall not be required for the installation, alteration or repair of generation, transmission, distribution or metering or other related equipment that is under the ownership and control of public service agencies by established right.

**105.3 Application for permit.** To obtain a permit, the applicant shall first file an application therefor in writing on a form furnished by the department of building safety for that purpose. Such application shall:

1. Identify and describe the work to be covered by the permit for which application is made.

2. Describe the land on which the proposed work is to be done by legal description, street address or similar description that will readily identify and definitely locate the proposed building or work.

3. Indicate the use and occupancy for which the proposed work is intended.

4. Be accompanied by construction documents and other information as required in Section 106.3.

5. State the valuation of the proposed work.

6. Be signed by the applicant, or the applicant's authorized agent.

7. Give such other data and information as required by the building official.

**105.3.1 Action on application.** The building official shall examine or cause to be examined applications for permits and amendments thereto within a reasonable time after filing. If the application or the construction documents do not conform to the requirements of pertinent laws, the building official shall reject such application in writing, stating the reasons therefor. If the building official is satisfied that the proposed work conforms to the requirements of this code and laws and ordinances applicable thereto, the building official shall issue a permit therefor as soon as practicable.

**105.3.2 Time limitation of application.** An application for a permit for any proposed work shall be deemed to have been abandoned 180 days after the date of filing, unless such application has been pursued in good faith or a permit has been issued; except that the building official is authorized to grant one or more extensions of time for additional periods not exceeding 90 days each. The extension shall be requested in writing and justifiable cause demonstrated.

**105.4 Validity of permit.** The issuance or granting of a permit shall not be construed to be a permit for, or an approval of, any violation of any of the provisions of this code or of any other ordinance of the jurisdiction. Permits presuming to give authority to violate or cancel the provisions of this code

or other ordinances of the jurisdiction shall not be valid. The issuance of a permit based on construction documents and other data shall not prevent the building official from requiring the correction of errors in the construction documents and other data. The building official is also authorized to prevent occupancy or use of a structure where in violation of this code or of any other ordinances of this jurisdiction.

**105.5 Expiration.** Every permit issued shall become invalid unless the work on the site authorized by such permit is commenced within 180 days after its issuance, or if the work authorized on the site by such permit is suspended or abandoned for a period of 180 days after the time the work is commenced. The building official is authorized to grant, in writing, one or more extensions of time, for periods not more than 180 days each. The extension shall be requested in writing and justifiable cause demonstrated.

**105.6 Suspension or revocation.** The building official is authorized to suspend or revoke a permit issued under the provisions of this code wherever the permit is issued in error or on the basis of incorrect, inaccurate or incomplete information, or in violation of any ordinance or regulation or any of the provisions of this code.

**105.7 Placement of permit.** The building permit or copy shall be kept on the site of the work until the completion of the project.

## SECTION 106
## CONSTRUCTION DOCUMENTS

**106.1 Submittal documents.** Construction documents, special inspection and structural observation programs, and other data shall be submitted in one or more sets with each application for a permit. The construction documents shall be prepared by a registered design professional where required by the statutes of the jurisdiction in which the project is to be constructed. Where special conditions exist, the building official is authorized to require additional construction documents to be prepared by a registered design professional.

> **Exception:** The building official is authorized to waive the submission of construction documents and other data not required to be prepared by a registered design professional if it is found that the nature of the work applied for is such that reviewing of construction documents is not necessary to obtain compliance with this code.

**106.1.1 Information on construction documents.** Construction documents shall be dimensioned and drawn upon suitable material. Electronic media documents are permitted to be submitted when approved by the building official. Construction documents shall be of sufficient clarity to indicate the location, nature and extent of the

000653

work proposed and show in detail that it will conform to the provisions of this code and relevant laws, ordinances, rules and regulations, as determined by the building official.

**106.1.1.1 Fire protection system shop drawings.** Shop drawings for the fire protection system(s) shall be submitted to indicate conformance with this code and the construction documents and shall be approved prior to the start of system installation. Shop drawings shall contain all information as required by the referenced installation standards in Chapter 9.

**106.1.2 Means of egress.** The construction documents shall show in sufficient detail the location, construction, size and character of all portions of the means of egress in compliance with the provisions of this code. In other than occupancies in Groups R-2 and R-3 as applicable in Section 101.2 and I-1, the construction documents shall designate the number of occupants to be accommodated on every floor, and in all rooms and spaces.

**106.1.3 Exterior wall envelope.** Construction documents for all buildings shall describe the exterior wall envelope in sufficient detail to determine compliance with this code. The construction documents shall provide details of the exterior wall envelope as required, including flashing, intersections with dissimilar materials, corners, end details, control joints, intersections at roof, eaves, or parapets, means of drainage, water-resistive membrane, and details around openings.

The construction documents shall include manufacturing installation instructions that provide supporting documentation that the proposed penetration and opening details described in the construction documents maintain the weather resistance of the exterior wall envelope. The supporting documentation shall fully describe the exterior wall system which was tested, where applicable, as well as the test procedure used.

**106.2 Site plan.** The construction documents submitted with the application for permit shall be accompanied by a site plan showing to scale the size and location of new construction and existing structures on the site, distances from lot lines, the established street grades and the proposed finished grades; and it shall be drawn in accordance with an accurate boundary line survey. In the case of demolition, the site plan shall show construction to be demolished and the location and size of existing structures and construction that are to remain on the site or plot. The building official is authorized to waive or modify the requirement for a site plan when the application for permit is for alteration or repair or when otherwise warranted.

**106.3 Examination of documents.** The building official shall examine or cause to be examined the accompanying construction documents and shall ascertain by such examinations whether the construction indicated and described is in accordance with the requirements of this code and other pertinent laws or ordinances.

**106.3.1 Approval of construction documents.** When the building official issues a permit, the construction documents shall be approved, in writing or by stamp, as "Reviewed for Code Compliance." One set of construction documents so reviewed shall be retained by the building official. The other set shall be returned to the applicant, shall be kept at the site of work and shall be open to inspection by the building official or his authorized representative.

**106.3.2 Previous approvals.** This code shall not require changes in the construction documents, construction or designated occupancy of a structure for which a lawful permit has been heretofore issued or otherwise lawfully authorized, and the construction of which has been pursued in good faith within 180 days after the effective date of this code and has not been abandoned.

**106.3.3 Phased approval.** The building official is authorized to issue a permit for the construction of foundations or any other part of a building or structure before the construction documents for the whole building or structure have been submitted, provided that adequate information and detailed statements have been filed complying with pertinent requirements of this code. The holder of such permit for the foundation or other parts of a building or structure shall proceed at the holder's own risk with the building operation and without assurance that a permit for the entire structure will be granted.

**106.3.4 Design professional in responsible charge.**

**106.3.4.1 General.** When it is required that documents be prepared by a registered design professional, the building official shall be authorized to require the owner to engage and designate on the building permit application a registered design professional who shall act as the registered design professional in responsible charge. If the circumstances require, the owner shall designate a substitute registered design professional in responsible charge who shall perform the duties required of the original registered design professional in responsible charge. The building official shall be notified in writing by the owner if the registered design professional in responsible charge is changed or is unable to continue to perform the duties.

The registered design professional in responsible charge shall be responsible for reviewing and coordi-

nating submittal documents prepared by others, including phased and deferred submittal items, for compatibility with the design of the building.

Where structural observation is required by Section 1709, the inspection program shall name the individual or firms who are to perform structural observation and describe the stages of construction at which structural observation is to occur. See also duties specified in Section 1704.

**106.3.4.2 Deferred submittals.** For the purposes of this section, deferred submittals are defined as those portions of the design that are not submitted at the time of the application and that are to be submitted to the building official within a specified period.

Deferral of any submittal items shall have the prior approval of the building official. The registered design professional in responsible charge shall list the deferred submittals on the construction documents for review by the building official.

Submittal documents for deferred submittal items shall be submitted to the registered design professional in responsible charge who shall review them and forward them to the building official with a notation indicating that the deferred submittal documents have been reviewed and that they have been found to be in general conformance with the design of the building. The deferred submittal items shall not be installed until their design and submittal documents have been approved by the building official.

**106.4 Amended construction documents.** Work shall be installed in accordance with the reviewed construction documents, and any changes made during construction that are not in compliance with the approved construction documents shall be resubmitted for approval as an amended set of construction documents.

**106.5 Retention of construction documents.** One set of approved construction documents shall be retained by the building official for a period of not less than 180 days from date of completion of the permitted work, or as required by state or local laws.

## SECTION 107
## TEMPORARY STRUCTURES AND USES

**107.1 General.** The building official is authorized to issue a permit for temporary structures and temporary uses. Such permits shall be limited as to time of service, but shall not be permitted for more than 180 days. The building official is authorized to grant extensions for demonstrated cause.

**107.2 Conformance.** Temporary structures and uses shall conform to the structural strength, fire safety, means of

egress, accessibility, light, ventilation and sanitary requirements of this code as necessary to ensure the public health, safety and general welfare.

**107.3 Temporary power.** The building official is authorized to give permission to temporarily supply and use power in part of an electric installation before such installation has been fully completed and the final certificate of completion has been issued. The part covered by the temporary certificate shall comply with the requirements specified for temporary lighting, heat or power in the ICC *Electrical Code*.

**107.4 Termination of approval.** The building official is authorized to terminate such permit for a temporary structure or use and to order the temporary structure or use to be discontinued.

## SECTION 108
## FEES

**108.1 Payment of fees.** A permit shall not be valid until the fees prescribed by law have been paid. Nor shall an amendment to a permit be released until the additional fee, if any, has been paid.

**108.2 Schedule of permit fees.** On buildings, structures, electrical, gas, mechanical, and plumbing systems or alterations requiring a permit, a fee for each permit shall be paid as required, in accordance with the schedule as established by the applicable governing authority.

**108.3 Building permit valuations.** The applicant for a permit shall provide an estimated permit value at time of application. Permit valuations shall include total value of work, including materials and labor, for which the permit is being issued, such as electrical, gas, mechanical, plumbing equipment and permanent systems. If, in the opinion of the building official, the valuation is underestimated on the application, the permit shall be denied, unless the applicant can show detailed estimates to meet the approval of the building official. Final building permit valuation shall be set by the building official.

**108.4 Work commencing before permit issuance.** Any person who commences any work on a building, structure, electrical, gas, mechanical or plumbing system before obtaining the necessary permits shall be subject to an additional fee established by the building official that shall be in addition to the required permit fees.

**108.5 Related fees.** The payment of the fee for the construction, alteration, removal or demolition for work done in connection with or concurrently with the work authorized by a building permit shall not relieve the applicant or holder of the permit from the payment of other fees that are prescribed by law.

C00655

**108.6 Refunds.** The building official is authorized to establish a refund policy.

# SECTION 109
# INSPECTIONS

**109.1 General.** Construction or work for which a permit is required shall be subject to inspection by the building official and such construction or work shall remain accessible and exposed for inspection purposes until approved. Approval as a result of an inspection shall not be construed to be an approval of a violation of the provisions of this code or of other ordinances of the jurisdiction. Inspections presuming to give authority to violate or cancel the provisions of this code or of other ordinances of the jurisdiction shall not be valid. It shall be the duty of the permit applicant to cause the work to remain accessible and exposed for inspection purposes. Neither the building official nor the jurisdiction shall be liable for expense entailed in the removal or replacement of any material required to allow inspection.

**109.2 Preliminary inspection.** Before issuing a permit, the building official is authorized to examine or cause to be examined buildings, structures and sites for which an application has been filed.

**109.3 Required inspections.** The building official, upon notification, shall make the inspections set forth in Sections 109.3.1 through 109.3.10.

**109.3.1 Footing or foundation inspection.** Footing and foundation inspections shall be made after excavations for footings are complete and any required reinforcing steel is in place. For concrete foundations, any required forms shall be in place prior to inspection. Materials for the foundation shall be on the job, except where concrete is ready mixed in accordance with ASTM C 94, the concrete need not be on the job.

**109.3.2 Concrete slab or under-floor inspection.** Concrete slab and under-floor inspections shall be made after in-slab or under-floor reinforcing steel and building service equipment, conduit, piping accessories and other ancillary equipment items are in place, but before any concrete is placed or floor sheathing installed, including the subfloor.

**109.3.3 Lowest floor elevation.** The elevation certification required in Section 1612.5 shall be submitted to the building official.

**109.3.4 Frame inspection.** Framing inspections shall be made after the roof deck or sheathing, all framing, fire blocking and bracing are in place and pipes, chimneys and vents to be concealed are complete and the rough electri-

cal, plumbing, heating wires, pipes and ducts are approved.

**109.3.5 Lath or gypsum board inspection.** Lath and gypsum board inspections shall be made after lathing and gypsum board, interior and exterior, is in place, but before any plastering is applied or before gypsum board joints and fasteners are taped and finished.

> **Exception:** Gypsum board that is not part of a fire-resistive assembly or a shear assembly.

**109.3.6 Fire-resistant penetrations.** Protection of joints and penetrations in fire-resistance-rated assemblies shall not be concealed from view until inspected and approved.

**109.3.7 Energy efficiency inspections.** Inspections shall be made to determine compliance with Chapter 13 and shall include, but not be limited to, inspections for: envelope insulation $R$ and $U$ value, fenestration $U$ value, duct system $R$ value, and HVAC and water heating equipment efficiency.

**109.3.8 Other inspections.** In addition to the inspections specified above, the building official is authorized to make or require other inspections of any construction work to ascertain compliance with the provisions of this code and other laws that are enforced by the department of building safety.

**109.3.9 Special inspections.** For special inspections, see Section 1704.

**109.3.10 Final inspection.** The final inspection shall be made after all work required by the building permit is completed.

**109.4 Inspection agencies.** The building official is authorized to accept reports of approved inspection agencies, provided such agencies satisfy the requirements as to qualifications and reliability.

**109.5 Inspection requests.** It shall be the duty of the holder of the building permit or their duly authorized agent to notify the building official when work is ready for inspection. It shall be the duty of the permit holder to provide access to and means for inspection of such work for any inspections that are required by this code.

**109.6 Approval required.** Work shall not be done beyond the point indicated in each successive inspection without first obtaining the approval of the building official. The building official, upon notification, shall make the requested inspections and shall either indicate the portion of the construction that is satisfactory as completed, or shall notify the permit

C00656

holder or an agent of the permit holder wherein the same fails to comply with this code. Any portions that do not comply shall be corrected and such portion shall not be covered or concealed until authorized by the building official.

## SECTION 110
## CERTIFICATE OF OCCUPANCY

**110.1 Use and occupancy.** No building or structure shall be used or occupied, and no change in the existing occupancy classification of a building or structure or portion thereof shall be made until the building official has issued a certificate of occupancy therefor as provided herein. Issuance of a certificate of occupancy shall not be construed as an approval of a violation of the provisions of this code or of other ordinances of the jurisdiction.

**110.2 Change in use.** Changes in the character or use of an existing structure shall not be made except as specified in Chapter 34.

**110.3 Certificate issued.** After the building official inspects the building or structure and finds no violations of the provisions of this code or other laws that are enforced by the department of building safety, the building official shall issue a certificate of occupancy that shall contain the following:

1. The building permit number.
2. The address of the structure.
3. The name and address of the owner.
4. A description of that portion of the structure for which the certificate is issued.
5. A statement that the described portion of the structure has been inspected for compliance with the requirements of this code for the occupancy and division of occupancy and the use for which the proposed occupancy is classified.
6. The name of the building official.
7. The edition of the code under which the permit was issued.
8. The use and occupancy, in accordance with the provisions of Chapter 3.
9. The type of construction as defined in Chapter 6.
10. The design occupant load.
11. If an automatic sprinkler system is provided, whether the sprinkler system is required.
12. Any special stipulations and conditions of the building permit.

**110.4 Temporary occupancy.** The building official is authorized to issue a temporary certificate of occupancy before the completion of the entire work covered by the permit, provided that such portion or portions shall be occupied safely. The

building official shall set a time period during which the temporary certificate of occupancy is valid.

**110.5 Revocation.** The building official is authorized to, in writing, suspend or revoke a certificate of occupancy or completion issued under the provisions of this code wherever the certificate is issued in error, or on the basis of incorrect information supplied, or where it is determined that the building or structure or portion thereof is in violation of any ordinance or regulation or any of the provisions of this code.

## SECTION 111
## SERVICE UTILITIES

**111.1 Connection of service utilities.** No person shall make connections from a utility, source of energy, fuel or power to any building or system that is regulated by this code unless a permit is required, until released by the building official.

**111.2 Temporary connection.** The building official shall have the authority to authorize the temporary connection of the building or system to the utility source of energy, fuel or power.

**111.3 Authority to disconnect service utilities.** The building official shall have the authority to authorize disconnection of utility service to the building, structure or system regulated by this code and the codes referenced in case of emergency where necessary to eliminate an immediate hazard to life or property. The building official shall notify the serving utility, and wherever possible the owner and occupant of the building, structure or service system of the decision to disconnect prior to taking such action. If not notified prior to disconnecting, the owner or occupant of the building, structure or service system shall be notified in writing, as soon as practical thereafter.

## SECTION 112
## BOARD OF APPEALS

**112.1 General.** In order to hear and decide appeals of orders, decisions or determinations made by the building official relative to the application and interpretation of this code, there shall be and is hereby created a board of appeals. The board of appeals shall be appointed by the governing body and shall hold office at its pleasure. The board shall adopt rules of procedure for conducting its business.

**112.2 Limitations on authority.** An application for appeal shall be based on a claim that the true intent of this code or the rules legally adopted thereunder have been incorrectly interpreted, the provisions of this code do not fully apply, or an equally good or better form of construction is proposed. The board shall have no authority to waive requirements of this code.

C00657

**112.3 Qualifications.** The board of appeals shall consist of members who are qualified by experience and training to pass on matters pertaining to building construction and are not employees of the jurisdiction.

## SECTION 113
## VIOLATIONS

**113.1 Unlawful acts.** It shall be unlawful for any person, firm or corporation to erect, construct, alter, extend, repair, move, remove, demolish or occupy any building, structure or equipment regulated by this code, or cause same to be done, in conflict with or in violation of any of the provisions of this code.

**113.2 Notice of violation.** The building official is authorized to serve a notice of violation or order on the person responsible for the erection, construction, alteration, extension, repair, moval, removal, demolition or occupancy of a building or structure in violation of the provisions of this code or in violation of a permit or certificate issued under the provisions of this code. Such order shall direct the discontinuance of the illegal action or condition and the abatement of the violation.

**113.3 Prosecution of violation.** If the notice of violation is not complied with promptly, the building official is authorized to request the legal counsel of the jurisdiction to institute the appropriate proceeding at law or in equity to restrain, correct or abate such violation, or to require the removal or termination of the unlawful occupancy of the building or structure in violation of the provisions of this code or of the order or direction made pursuant thereto.

**113.4 Violation penalties.** Any person who violates a provision of this code or fails to comply with any of the requirements thereof or who erects, constructs, alters or repairs a building or structure in violation of the approved construction documents or directive of the building official, or of a permit or certificate issued under the provisions of this code, shall be subject to penalties as prescribed by law.

## SECTION 114
## STOP WORK ORDER

**114.1 Authority.** Whenever the building official finds any work regulated by this code being performed in a manner contrary to the provisions of this code or in a dangerous or unsafe manner, the building official is authorized to issue a stop work order.

**114.2 Issuance.** The stop work order shall be in writing and shall be given to the owner of the property involved, or to the owner's agent, or to the person doing the work. Upon issuance of a stop work order, the cited work shall immediately cease. The stop work order shall state the reason for the order, and the conditions under which the cited work will be permitted to resume.

**114.3 Unlawful continuance.** Any person who shall continue any work after having been served with a stop work order, except such work as that person is directed to perform to remove a violation or unsafe condition, shall be subject to penalties as prescribed by law.

## SECTION 115
## UNSAFE STRUCTURES AND EQUIPMENT

**115.1 Conditions.** Structures or existing equipment that are or hereafter become unsafe, unsanitary or deficient because of inadequate means of egress facilities, inadequate light and ventilation, or which constitute a fire hazard, or are otherwise dangerous to human life or the public welfare, or which involve illegal or improper occupancy or inadequate maintenance, shall be deemed an unsafe condition. Unsafe structures shall be taken down and removed or made safe, as the building official deems necessary and as provided for in this section. A vacant structure that is not secured against entry shall be deemed unsafe.

**115.2 Record.** The building official shall cause a report to be filed on an unsafe condition. The report shall state the occupancy of the structure and the nature of the unsafe condition.

**115.3 Notice.** If an unsafe condition is found, the building official shall serve on the owner, agent or person in control of the structure, a written notice that describes the condition deemed unsafe and specifies the required repairs or improvements to be made to abate the unsafe condition, or that requires the unsafe structure to be demolished within a stipulated time. Such notice shall require the person thus notified to declare immediately to the building official acceptance or rejection of the terms of the order.

**115.4 Method of service.** Such notice shall be deemed properly served if a copy thereof is (a) delivered to the owner personally; (b) sent by certified or registered mail addressed to the owner at the last known address with the return receipt requested; or (c) delivered in any other manner as prescribed by local law. If the certified or registered letter is returned showing that the letter was not delivered, a copy thereof shall be posted in a conspicuous place in or about the structure affected by such notice. Service of such notice in the foregoing manner upon the owner's agent or upon the person responsible for the structure shall constitute service of notice upon the owner.

**115.5 Restoration.** The structure or equipment determined to be unsafe by the building official is permitted to be restored to a safe condition. To the extent that repairs, alterations or additions are made or a change of occupancy occurs during the restoration of the structure, such repairs, alterations, additions or change of occupancy shall comply with the requirements of Section 105.2.2 and Chapter 34.

C00058

# APPENDIX B
# BOARD OF APPEALS

*The provisions contained in this appendix are not mandatory unless specifically referenced in the adopting ordinance.*

## SECTION B101
## GENERAL

**B101.1 Application.** The application for appeal shall be filed on a form obtained from the building official within 20 days after the notice was served.

**B101.2 Membership of board.** The board of appeals shall consist of persons appointed by the chief appointing authority as follows:

1. One for 5 years; one for 4 years; one for 3 years; one for 2 years; and one for 1 year.

2. Thereafter, each new member shall serve for 5 years or until a successor has been appointed.

The building official shall be an ex officio member of said board but shall have no vote on any matter before the board.

**B101.2.1 Alternate members.** The chief appointing authority shall appoint two alternate members who shall be called by the board chairperson to hear appeals during the absence or disqualification of a member. Alternate members shall possess the qualifications required for board membership and shall be appointed for five years, or until a successor has been appointed.

**B101.2.2 Qualifications.** The board of appeals shall consist of five individuals, one from each of the following professions or disciplines:

1. Registered design professional with architectural experience or a builder or superintendent of building construction with at least ten years' experience, five of which shall have been in responsible charge of work.

2. Registered design professional with structural engineering experience

3. Registered design professional with mechanical and plumbing engineering experience or a mechanical contractor with at least ten years' experience, five of which shall have been in responsible charge of work.

4. Registered design professional with electrical engineering experience or an electrical contractor with at least ten years' experience, five of which shall have been in responsible charge of work.

5. Registered design professional with fire protection engineering experience or a fire protection contractor with at least ten years' experience, five of which shall have been in responsible charge of work.

**B101.2.3 Rules and procedures.** The board is authorized to establish policies and procedures necessary to carry out its duties.

**B101.2.4 Chairperson.** The board shall annually select one of its members to serve as chairperson.

**B101.2.5 Disqualification of member.** A member shall not hear an appeal in which that member has a personal, professional or financial interest.

**B101.2.6 Secretary.** The chief administrative officer shall designate a qualified clerk to serve as secretary to the board. The secretary shall file a detailed record of all proceedings in the office of the chief administrative officer.

**B101.2.7 Compensation of members.** Compensation of members shall be determined by law.

**B101.3 Notice of meeting.** The board shall meet upon notice from the chairperson, within ten days of the filing of an appeal or at stated periodic meetings.

**B101.3.1 Open hearing.** All hearings before the board shall be open to the public. The appellant, the appellant's representative, the building official and any person whose interests are affected shall be given an opportunity to be heard.

**B101.3.2 Procedure.** The board shall adopt and make available to the public through the secretary procedures under which a hearing will be conducted. The procedures shall not require compliance with strict rules of evidence, but shall mandate that only relevant information be received.

**B101.3.3 Postponed hearing.** When five members are not present to hear an appeal, either the appellant or the appellant's representative shall have the right to request a postponement of the hearing.

**B101.4 Board decision.** The board shall modify or reverse the decision of the building official by a concurring vote of two-thirds of its members.

000659

**B101.4.1 Resolution.** The decision of the board shall be by resolution. Certified copies shall be furnished to the appellant and to the building official.

**B101.4.2 Administration.** The building official shall take immediate action in accordance with the decision of the board.

003060

## GENERAL INFORMATION

Case Number...............................NA20/3-06.390-Fpn

Date of Plan Commission ........November 1, 2006

Petitioner....................................GEMINI OFFICE DEVELOPMENT

Request........................................Final Plan on 3.24 acres for a 21,750 square foot medical office
building

Location ......................................near the SWC of Oakhurst Drive and New York Street

Parcel Number ...........................07-20-302-081

Size ................................................3.24 acres

Street Frontage ...........................416 feet, along N. Oakhurst Drive

Current Zoning ...........................PDD Planned Development District

Contiguous Zoning....................North: PDD (S) Planned Development District
South:  PDD Planned Development District
East:    PDD Planned Development District
West:   PDD Planned Development District

Current Land Use .......................Vacant Land

Contiguous Land Uses ..............North: Vacant
South:  Residential
East:    Residential
West:   Commercial

Comp Plan Designation............Commercial

## CHARACTER OF THE AREA

The Subject Property is located near the SWC of Oakhurst Drive and New York Street and is currently utilized as Vacant Land. The property to the north is currently vacant, but is going to be developed as a gas station with car wash. To the south is a residential townhome development. East of the subject property is a residential townhome development. Adjacent to the property on the west side the land is used as a Dominick's.

## DEVELOPMENT PROPOSAL

The GEMINI OFFICE DEVELOPMENT is proposing Final Plan on 3.24 acres for a 21,750 square foot medical office building located near the SWC of Oakhurst Drive and New York Street. The proposal consists of the building as well as 71 parking spaces. The site will be heavily

000661

landscaped on the east side adjacent to Oakhurst Drive as well as to the south which will include additional landscaping to the existing berm to screen the adjacent residential use.

HISTORY
This Final Plan petition was referred by the City Council to the Planning Division on August 1, 2006.

Physical Development Policies

| | |
|---|---|
| 10.0 | To provide for the orderly, balanced and efficient growth and redevelopment of the City through the positive integration of land use patterns, functions, and circulation systems. To protect and enhance those assets and values that establishes the desirable quality and general livability of the City.  To promote the City's position as a regional center. |
| 12.0 | To plan and provide for the growth of the city through the integration of land use patterns and functions that promotes complementary interactions between different land use components. |
| 14.1 (4) | To encourage quality site design throughout the City. |

PUBLIC RESPONSE
N/A

EVALUATION
The Planning Staff has reviewed the Final Plan, submitted by the petitioner and have sent comments back to them on those submittals.  The petitioner has made all the requested changes to these documents and they now meet all of the applicable codes and ordinances.

RECOMMENDATION
The Staff would recommend the conditional approval of the Final Plan on 3.24 acres for a 21,750 square foot medical office building near the SWC of Oakhurst Drive and New York Street by GEMINI OFFICE DEVELOPMENT, with the following conditions:

Final Plan

1.  Original date.

2.  Legal description of property.

3.  Name and address of the owner of record.

4.  Add a "Site Data" legend with the following information:

    - Size of the property in square feet and acres.

    - Current Zoning.

    - Square footage and percent of the site that will be covered with buildings.

    - Square footage and percent of the site that will be covered with pavement.

    - Number of parking spaces provided.

    - Number of parking spaces required by Zoning Ordinance.

    - Square footage and percent of the site that will be covered with landscaping.

    - Indication of the number of buildings.

C00662

5.  Add a key that states and defines the "lines" and "symbols" used on the plan.

6.  State the location of fire hydrants

7.  Modify the landscape parking islands to be a minimum of 8.5' by 19', which should be protected by a six inch raised concrete curb. Please do not modify parking lot islands that are larger than 8.5' by 19'.

8.  The parking spaces needs to be 9' by 19' in dimension (does not include handicap spaces).

9.  Dimension of each lot line, right-of-way, and detention high water lines

10. State the location and dimension of the private drive. Also state if it is existing or proposed.

11. State the right-of-way for N. Oakhurst Drive.

12. Setback lines and dimensions along all lot lines. All setbacks should be labeled simply "Setback Line" verses "Building Setback Line" etc.

13. Existing and proposed utility systems including sanitary sewers, water, electric, gas, telephone, and cable television lines including their sizes. Show the size of the utility line as such:

    Example: 8" W———————— 8" W———————— 8" W

14. Proposed public and private lighting system (ex. light poles).

15. Existing and proposed easements for utility service. Existing easements need the document number (ex: 15.00' City Easement per document ___ ).

16. State the location and height of any proposed or existing berms.

Landscape Plan

1.  Name and address of the owner of record.

2.  Provide the building's linear footage.

3.  Tax Parcel Number of subject property.

4.  On center spacing for hedges.

5.  Proposed berming location and height.

ATTACHMENTS
None

002663



000664





000666

000667





000668



# MICKEY, WILSON, WEILER, RENZI & ANDERSSON, P.C.

ATTORNEYS AT LAW

2111 PLUM STREET, SUITE 201
AURORA, ILLINOIS 60506
www.mickeywilson.com

GARY K. MICKEY
PETER K. WILSON, JR.
BERNARD K. WEILER
CONSTANCE BURNETT RENZI
STEVEN A. ANDERSSON
DEAN M. FRIEDERS
LINDA K. LEASK

MAILING ADDRESS:   P.O. BOX 787
AURORA, ILLINOIS 60507-0787

TELEPHONE: (630) 801-9699
FAX: (630) 801-9715
WRITER'S E-MAIL:pkw@mickeywilson.com

October 31, 2007

Mr. Peter C. Breen     **VIA FAX 312/782-1887 AND REGULAR MAIL**
Thomas More Society
29 South LaSalle St. Suite 440
Chicago, IL 60603

Mr. Christopher B. Wilson     **VIA FAX 312/324-9603 AND REGULAR MAIL**
Perkins, Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559

Ms. Alayne Weingartz     **VIA FAX 630/844-4737 AND REGULAR MAIL**
Corporation Counsel, City of Aurora
5 E. Downer Place, Suite F
Aurora, IL 60507

Re:     Frachey, et al. Appeal to Zoning Board of Appeals No. 07 ZBA 001

Dear Counsel:

As a follow up to our letter of October 24, 2007 please be advised that the Chairperson of the Zoning Board of Appeals has set a hearing date for the above matter to begin on November 28, 2007 at 7:00 p.m. in the City Council Chambers. The parties to this proceeding are the Appellants as named in the Notice of Appeal dated October 2, 2007, and the Amendment to Notice of Appeal dated October 19, 2007; the Applicant, being Gemini Office Development, LLC; and the City of Aurora.

Both the Municipal Code (§11-13-12) and the Rules and Regulations of the Zoning Board of Appeals provide that the appeal is to state the decision appealed from and the person making the decision shall submit the papers constituting the records upon which the action was taken to the Zoning Board of Appeals as a public record. From our review of the Notice of Appeal and the Amendment to the Notice of Appeal it appears that the Appellants desire to appeal the issuance of a zoning permit and a certificate of occupancy to the Applicant. We are therefore requesting that the City direct the appropriate officer to compile those documents constituting the records for those decisions and file them with the Zoning Board of Appeals. In the event there are other decisions

000670

intended by the Appellants to be part of this appeal we are requesting that Appellants provide that clarification to all parties as soon as possible along with sufficient information that the appropriate record can be compiled.

If any party has any preliminary motions or other matters to present, it is requested that the same be sent to us and to each of the other parties as soon as practical.  In the event any such motions may require supporting memorandum or responses a schedule for such will be set at the initial hearing date, with additional hearing dates to be scheduled to hear arguments on said preliminary matters and to accept testimony or other evidence.

As before, please contact either myself or Steve Andersson of this office with any questions.


Very truly yours,



Peter K. Wilson, Jr.


PKW:mar

cc:    Margaret Truax, Chairperson, Zoning Board of Appeals, City of Aurora

R:\Municipal\Aurora\Zoning Board of Appeals\hearing letter103107.doc

000671