Section 110.5 entitled "Revocation" of the Building Code does give the Building Official the power to suspend or revoke a certificate of occupancy or completion "whenever the certificate is issued in error, or on the basis of incorrect information supplied, or where it is determined that the building or structure or portion thereof is in violation of any ordinance or regulation or any of the provisions of the code."

In the last two months, it has become clear that Planned Parenthood will operate the health center on New York Street. I understand that last month a ground sign was erected at the northeast corner of the site which states "Planned Parenthood" followed by the address, 3051 E. New York Street. As noted earlier, the six permit applications (Tab 6) state that the tenant will be the owner, Gemini Office Development, LLC. The question has been raised: should the City revoke, suspend or not renew the temporary certificate of occupancy because the City acted on incorrect information during the permitting process? In addressing this question, I note the following:

- Section 101.3 entitled "Intent" of the Building Code states:

   **101.3 Intent.** The purpose of this code is to establish the minimum requirements to safeguard the public health, safety and general welfare through structural strength, means of egress facilities, stability, sanitation, adequate light and ventilation, energy conservation, and safety to life and property from fire and other hazards attributed to the built environment.


- Section 105.1 entitled "Required" of Section 105 entitled "Permits"
   of the Building Code states:

   **Section 105**
   **Permits**
   **105.1 Required.** Any owner or authorized agent who intends to construct, enlarge, alter, repair move, demolish, or change the occupancy of a building or structure, or to erect, install, enlarge, alter, repair, remove, convert or replace any electrical, gas, mechanical or plumbing system, the installation of which is regulated by this code, or to cause any such work to be done, shall first make application to the building official and obtain the required permit.

   Thus it is the owner or its authorized agent who is responsible for applying for and obtaining the required permit(s).

      o The City's permit application forms require a signature by "the owner or a duly contracted representative of the owner of said property."

      o Gemini Office Development, LLC, which is a for-profit entity, is

**8**

000720

the owner of 3051 New York Street, the site of the proposed health center. Its agents applied for and obtained the required permits, including the temporary occupancy permit.

o   I was unable to determine if Planned Parenthood, which is a not-for-profit entity, has a lease, license, operating agreement, or other written agreement with Gemini Office Development, LLC to occupy the land and health center building.

o   I was unable to determine, what, if any, information was known to those persons who signed the various permit applications as the owner's agent.

o   In my opinion, tenant information is not material to the permitting process where an owner takes responsibility for obtaining the required permits and completing the work pursuant to City Codes to insure the safety of the occupants.

Given the foregoing, it is my opinion that Gemini Office Development, LLC's failure to provide consistent information to the City about the tenant for the proposed health center or its apparent failure to fully disclose tenant information to the City, is not a sufficient basis for suspending, revoking or not renewing a certificate of occupancy (temporary or final) for the health center.

Based on my findings and analysis set forth in this letter, it is also my opinion that Gemini Office Development, LLC, has substantially complied with the applicable City Codes in the development and construction of the building at 3051 E. New York Street, with the possible exception of the engineering and building matters raised in the temporary certificate of occupancy (Tab 17).

I note that late this afternoon I received a fax from Bill Wiet, the Mayor's Chief of Staff, regarding his recollection of all contacts he has had with Planned Parenthood. I have not interviewed Mr. Wiet or analyzed these documents, but I wanted you to be aware of them. The documents which Mr. Wiet sent me are in Tab 18.

I am emailing this letter to you per our telephone call this evening. I understand that Planned Parenthood has sued the City and is seeking a TRO tomorrow, presumably so it can open the health center next week.

I appreciate the opportunity to assist you. If you have comments or questions about this letter, please contact me.

9

000721

Sincerely,

RICHARD A. MARTENS

RAM:mm
Enclosures

10

000722



**CITY OF AURORA**
Department of Community Development
44 E. Downer Place
Aurora, Illinois 60507

Casefile Number: _NA20/3 - 06.390-Fpn_
*(Office Use Only)*

**1-3**

# LAND USE PETITION

**R E C E I V E D**

Subject Property Owner's Name: _THOMAS  LEHMAN_

Company: _GEMINI  OFFICE  DEVELOPMENT_

Address: _6301 S. CASS AVE.    STE. 301_

City: _WESTMONT_    State: _IL_    Zip: _60559_    Non-profit Corp. Number: _____

Phone: _630-963-8184_    Fax: _630-963-4475_    E-mail: _TWLEHMAN@AMERITECH.N_

JUL 27 2006

CITY OF AURORA
PLANNING DIVISION

*The Contact Person, listed below, may act as the authorized agent on behalf of the subject property owner only if a letter is attached to this petition granting such authority to the Contact Person and said letter is signed by the subject property owner.*

**Contact Person:**
Name: _SAME  AS  ABOVE_

Company: _____

Address: _____

City: _____    State: _____    Zip: _____

Phone: _____    Fax: _____    E-mail: _____

## SUBJECT PROPERTY LOCATION INFORMATION

Tax Parcel Number(s): _07-20-302081_    Size of Property (Acres): _3.24_

Address or General Location: _OAKHURST  &  NEW YORK_

*For Informational Purposes only, attached Legal Description defines Subject Property which may change through review process*

## TYPE OF REQUESTED ACTION

**Required submittal documents and fees are listed on reverse side of this petition form**

| Annexation Related | Zoning Related | Variations | Development Related | Misc. Petitions |
|---|---|---|---|---|
| _____Annexation Petition | _____Special Use Petition | Aurora Code Section to | Prelim ___Plat ___Plan | Specify_____ |
| _____Annexation Agreement | _____Rezoning Petition | be Varied:_____ | Final ___Plat ✓Plan | |

**Brief Description of Requested Action (ie: zoning requested; dimensions of variation; number of dwelling units; type of dwelling unit; size of building; etc.)** _____

**YES   NO** Electors Reside on Subject Property        **YES   NO** Greater than 51% of said Electors have joined this petition

## AUTHORIZATION

I hereby affirm that I have full legal capacity to authorize the filing of this Petition and that all information and exhibits herewith submitted are true and correct to the best of my knowledge. The Authorized Signatory invites City representatives to make all reasonable inspections and investigations of the subject property during the period of processing this Petition.
**The Subject Property Owner must sign this form unless the Contact Person has been authorized to do so per a letter that is attached hereto.**

Authorized Signature: _____    Date _27 Jul 06_

I, the undersigned, a Notary Public in and for said County and State aforesaid do hereby certify that the authorized signer is personally known to me to be the same person whose name is subscribed to the foregoing instrument and that said person signed sealed and delivered the above petition as a free and voluntary act for the uses and purposes set forth.

Given under my hand and notary seal this _27_ day of _July 2006_

_____of _____
County of _Kane_    ) SS

Notary Signature: _Dawn M Metzger_

My Commission expires _2_ day of _Aug 2009_

| NOTARY PUBLIC SEAL |
|---|
| **OFFICIAL SEAL**
**DAWN M. METZGER**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-2-2009 |

**RECEIVED:**
DATE: _7/27/06_    RECEIPT NO: _193980_    AMOUNT: _$150.00_    REC'D BY: _DST_

000723

**Gemini Office Development LLC**

One South Wacker Drive
Suite 800
Chicago, IL 60606

Phone: 708 642-4754
Fax: 312 634-5525
Email: geminimgtllc@yahoo.com

July 27, 2006



City of Aurora
65 Water Street
Aurora, Illinois 60505

JUL 2 7 2006

CITY OF AURORA
PLANNING DIVISION

Dear Sir or Madam:

Please be informed that Mr. Thomas Lehman is acting as our authorized agent with regards to obtaining a building permit for the Medical Office Building on Oakhurst at New York.

Sincerely,

Teresa Huyck, President

TH/mm

File Item No. _____
Case File Number
N A 20/3 . 06 . 390 - Fpn

000724

**WARRANTY DEED**
Statutory (Illinois)
(Corporation to Corporation)

THE GRANTOR, N. Y. OAKHURST,
LLC,



UNOFFICIAL COPY

**FRED BUCHOLZ**
DUPAGE COUNTY RECORDER
APR.10,2006    RHSP    11:01 AM
DEED                    07−20−302−081
**004 PAGES    R2006−064928**

(the above space for Recorder's use only)

a limited liability company created and existing under and by virtue of the laws of the State of Illinois and duly authorized to transact business in the State of Illinois, for and in consideration of the sum of TEN and 00/100 ($10.00) Dollars, and other good and valuable consideration in hand paid, CONVEYS and WARRANTS to GEMINI OFFICE DEVELOPMENT, LLC, a limited liability company organized and existing under and by virtue of the laws of the State of Illinois having its principal office at the following address: One South Wacker Drive, Suite 800, Chicago, Illinois 60606, the following described Real Estate situated in DuPage County, in the State of Illinois, to wit:

**Parcel 1:** Lot 2 in PDA Resubdivision of Lot 2 in Fox Valley East, Region II Unit No. 52-Oakhurst 1st Resubdivision, being part of the Southwest l/4 of Section 20, Township 38 North, Range 9, East of the Third Principal Meridian, according to the plat of said PDA Resubdivision recorded December 18, 2002 as Document No. R2002-351500, in DuPage County, Illinois.

**Parcel 2:** Non-exclusive easement upon Lot 39 in Fox Valley East Region II Unit No. 52-Oakhurst, a Subdivision of part of the Southwest l/4 of Section 20, Township 38 North, Range 9, East of the Third Principal Meridian, in DuPage County, Illinois, for the benefit and burden of Parcel 1 as created by the storm water retention and detention and cost share obligations agreement dated December 1, 1996 and recorded January 3, 1997 as Document R97-000974.

Parcel 3: Non-exclusive easement upon Lot 1 in Fox Valley East Region II Unit No. 52-Oakhurst, a Subdivision of part of the Southwest l/4 of Section 20, Township 38 North, Range 9, East of the Third Principal Meridian, in DuPage County, Illinois, for the benefit and burden of Parcel 1 as created by the agreement of easements for ingress and egress and covenants for maintenance of easement premises dated December 1, 1996 and recorded January 3, 1997 as Document 97-000976.

as described on Exhibit A attache hereto

SUBJECT TO:  Covenants, conditions and restrictions of record; ~~public and utility easements and roads and~~ ~~highways; if any; and taxes for 2005 and subsequent years.~~

Permanent Index Number (PIN): 07-20-302-081
Address of Real Estate: Vacant parcel South of Southwest corner of New York and Oakhurst, Aurora , IL

IN WITNESS WHEREOF, said Grantor has caused its name to be signed to these presents by its Members this **23**
day of _March_, 2006.

N.Y. OAKHURST, LLC

By: _____          By: _____
MICHAEL BUTLER, Member                    MARK BUTLER, Member

000725

UNOFFICIAL COPY

State of Illinois     )
County of Cook       )

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, do hereby certify that **MICHAEL BUTLER and MARK BUTLER**, personally known to me to be Members of N. Y. OAKHURST, LLC, and personally known to me to be the same persons whose names are subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that as such Members they signed and delivered the said instrument, as their free and voluntary act, and as the free and voluntary act and deed of said limited liability company, for the uses and purposes therein set forth.

GIVEN under my hand and official seal this **23** day of _____, 2006.

Commission expires _____, 20__

OFFICIAL SEAL
KURT HEERWAGEN
Notary Public, State of Illinois
My Commission Expires 07/09/2009

NOTARY PUBLIC

This instrument was prepared by        Kurt Heerwagen
                                        BOEGER, HEERWAGEN, LUSTHOFF & BRENDEMUHL, P.C.
                                        2914 S. Harlem Avenue
                                        Riverside, IL 60546

STATE OF ILLINOIS
APR. -7. 86
DUPAGE COUNTY

REAL ESTATE
TRANSFER TAX
0147750
# FP326686

Send tax
bills to:

GEMINI OFFICE
DEVELOPMENT
1 S. WACKER DR
#800
CHICAGO, IL
60606

*Mail To* and send a
bills to:
Mindy W. Sherman
Perkins Coie
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559

Gemini Office Development, LLC
One South Wacker Drive
Suite 800
Chicago, IL 60606

OR    RECORDER'S OFFICE BOX NO.

CITY OF AURORA
MAR. 22. 06
CITY TAX
REAL ESTATE TRANSACTION TAX
DEPARTMENT OF REVENUE

REAL ESTATE
TRANSFER TAX
0295500
# FP351000

Page 2

UNOFFICIAL COPY

**Exhibit A**

**PERMITTED EXCEPTIONS**

1.  TAXES FOR THE YEAR 2005.

2.  EASEMENT IN FAVOR OF COMMONWEALTH EDISON
    COMPANY, AMERITECH AN NICOR GAS, AND ITS/THEIR
    RESPECTIVE SUCCESSORS AND ASSIGNS, TO INSTALL,
    OPERATE AND MAINTAIN ALL EQUIPMENT NECESSARY FOR
    THE PURPOSE OF SERVING THE LAND AND OTHER
    PROPERTY, TOGETHER WITH THE RIGHT OF ACCESS TO SAID
    EQUIPMENT, AND THE PROVISIONS RELATING THERETO
    CONTAINED IN THE GRANT RECORDED AUGUST 9, 2001 AS
    DOCUMENT NO. R2001-166186, AFFECTING: THE EAST 10.00
    FEET OF SAID LOT, EXCEPT THE SOUTH 40.00 FEET THEREOF:
    THE EAST 20.00 FEET OF THE SOUTH 40.00 FEET; AND THE
    NORTH 10.00 FEET OF THE SOUTH 40.00 FEET, EXCEPT THE
    EAST 20.00 FEET THEREOF.

3.  TERMS, PROVISIONS, CONDITIONS AND OBLIGATIONS
    INCLUDING PROVISION FOR LIEN FOR NONPAYMENT,
    CONTAINED IN STORM WATER RETENTION AND DETENTION
    AND COST SHARING OBLIGATIONS DATED DECEMBER 1,
    1996 AND RECORDED JANUARY 3, 1997 AS DOCUMENT R97-
    000974, RE THE COST AND MAINTENANCE OF STORM WATER
    FACILITIES, AS AMENDED BY AGREEMENT DATED MARCH
    17, 2006 BY AND BETWEEN SAFEWAY, INC., A DELAWARE
    CORPORATION AND N.Y. OAKHURST, LLC, AN ILLINOIS
    LIMITED LIABILITY COMPANY, AND RECORDED AS
    DOCUMENT NO. [R06-        ].

4.  MATTERS SHOWN ON THE PLAT OF FOX VALLEY EAST,
    REGION II UNIT NO. 52-OAKHURST 1ST RESUBDIVISION
    AFORESAID, AS FOLLOWS: 30.00 FEET ALONG THE EAST LINE
    OF THE UNDERLYING LAND.

[/CH060810.033}                                           3/22/06

000727

UNOFFICIAL COPY

5.   AGREEMENT OF EASEMENT FOR INGRESS AND EGRESS AND COVENANTS FOR MAINTENANCE OF EASEMENT PREMISES DATED DECEMBER 1, 1996 AND RECORDED JANUARY 3, 1997 AS DOCUMENT R97-000976.

6.   SCREEN PLANTING EASEMENT IN FAVOR OF AURORA VENTURE, THE OAKHURST COMMUNITY ASSOCIATION, AND ITS/THEIR RESPECTIVE SUCCESSORS AND ASSIGNS, TO INSTALL, OPERATE AND MAINTAIN ALL EQUIPMENT NECESSARY FOR THE PURPOSE OF SERVING THE LAND AND OTHER PROPERTY, TOGETHER WITH THE RIGHT OF ACCESS TO SAID EQUIPMENT, AND THE PROVISIONS RELATING THERETO CONTAINED IN THE PLAT RECORDED/FILED AS DOCUMENT NO. R94-128614, AFFECTING THE SOUTHERLY 40.00 FEET OF THE UNDERLYING LAND.

7.   TERMS, PROVISIONS AND CONDITIONS CONTAINED IN AGREEMENT OF EASEMENTS FOR STORM SEWER AND DETENTION BASIN RECORDED APRIL 27, 1999 AS DOCUMENT R99-094973, RELATING TO EASEMENTS FOR STORM SEWERS, DETENTION BASIN AND WATER LINES.

8.   COVENANTS AND RESTRICTIONS (BUT OMITTING ANY SUCH COVENANT OR RESTRICTION BASED ON RACE, COLOR, RELIGION, SEX, HANDICAP, FAMILIAL STATUS OR NATIONAL ORIGIN UNLESS AND ONLY TO THE EXTENT THAT SAID COVENANT (A) IS EXEMPT UNDER CHAPTER 42, SECTION 3607 OF THE UNITED STATES CODE OR (B) RELATES TO HANDICAP BUT DOES NOT DISCRIMINATE AGAINST HANDICAPPED PERSONS), RELATING TO THE USE OF THE LAND CONTAINED IN THE DOCUMENT KNOWN AS "RESTRICTIVE COVENANT" DATED AS OF OCTOBER 1, 2004 MADE BY N.Y. OAKHURST, LLC, IN FAVOR OR SAFEWAY INC., AND RECORDED OCTOBER 20, 2004 AS DOCUMENT NO. 2004270390.

9.   TERMS AND CONDITIONS CONTAINED IN TRUSTEE'S DEED RECORDED AUGUST 9, 2001 AS DOCUMENT NO. R2001-166187 AND WARRANTY DEED RECORDED AUGUST 9, 2001 AS DOCUMENT NO. R2001-166188.

[/CH060810.033]                     -2-                     3/22/06

000728

CORP/LLC - CERTIFICATE OF GOOD STANDING                    http://www.ilsos.gov/corporatellc/CorporateLlcController



SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

## LLC FILE DETAIL REPORT

| Entity Name | GEMINI OFFICE DEVELOPMENT LLC | File Number | 01512641 |
|---|---|---|---|
| Status | GOODSTANDING | On | 05/04/2007 |
| Entity Type | LLC | Type of LLC | Domestic |
| File Date | 05/13/2005 | Jurisdiction | IL |
| Agent Name | KATHLEEN M. HOWARD | Agent Change Date | 04/27/2006 |
| Agent Street Address | 131 S DEARBORN ST,STE 1700 | Principal Office | 1 S. WACKER DR., STE. 800 CHICAGO 60606 |
| Agent City | CHICAGO | Management Type | MGR |
| Agent Zip | 60603 | Dissolution Date | PERPETUAL |
| Annual Report Filing Date | 05/04/2007 | For Year | 2007 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

**Return to the Search Screen**                    Purchase Certificate of Good Standing
                                                    (One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

8/30/2007 10:49 AM

000729

**1014 Perez — Perkins**

cperez@abdglaw.com (yob 1978; adm IL 2003) *Real Estate Law*

PEREZ, GISELLE M: Jones Day 77 W Wacker Dr Chgo 60601-1692 (312)782-3939 Fax:(312)782-8585 gperez@jonesday.com (adm IL 2004)

PEREZ, JESSICA M: Barack Ferrazzano Kirschbaum Perlman & Nagelberg LLP 333 W Wacker Dr Suite 2700 Chgo 60606 (312)629-5116 Fax:(312)984-3115 jessica.perez@bfkph.com (yob 1975; adm MN 2002; adm IL 2006) *Commercial Litigation*

PEREZ, JESUS: Jesus Perez & Associates 411 S Sangamon Av Chgo 60632 (773)869-0955 Fax:(773)869-0956 jesusperezlaw@ameritech.net (yob 1968; adm IL 1994) *CH Criminal Defense, Real Estate Law, Family Law*

PEREZ, LINDA: Asst Pub Def 6th Municipal Dist Ofc of the Cook County Public Defender 16501 S Kedzie Pkwy Markham IL 60428 (708)210-4360 Fax:(708)210-4264 lindaperez@justice.com (yob 1971; adm IL 2001) *H Civil Law, Criminal Law*

PEREZ, MICHAEL: Law Office of Michael A Perez 1608 N Milwaukee Av Suite 207 Chgo 60647 (773)772-8989 Fax:(773)772-8839 michael@lomap.com (yob 1961; adm IL 1986) *CSA Personal Injury, Real Estate Closings, Family Law*

PEREZ, NELSON E: Deputy Chief Csl Chief Counsels Ofc US Immigration & Customs Enforcement US Dept of Homeland Security 55 E Monroe St Suite 1700 Chgo 60603 (312)353-7317 (yob 1959; adm IL 1991) *CSA Immigration Law, Customs Enforcement Law*

PEREZ, VICTORIA J: Victoria J Perez PC 4126 N Lincoln Av Chgo 60618 (773)325-2502 Fax:(773)325-2504 (yob 1969; adm IL 1994) *CSA Real Estate*

PEREZ-SERRANO, ALEXANDER: Greenberg Traurig LLP 77 W Wacker Dr Suite 2500 Chgo 60601 (312)456-8458 Fax:(312)456-8435 perezserrano@gtlaw.com www.gtlaw.com (yob 1971; adm Mexico 1994; adm IL 2001) *Real Estate, Corporate Law, International Trade Law*

PERFECT, JENNIFER EVE: Tax Processors Mgmt Tax Dept Blackman Kallick Bartelstein LLP 10 S Riverside Plaza Suite 900 Chgo 60606 (312)980-2280 Fax:(312)928-5280 jperfect@blackmankallick.com (yob 1973; adm IL 1999)

PERGAMENT, DEBORAH: Childrens Law Group 47 W Polk St Suite 1400 Chgo 60605 (312)663-4426 Fax:(312)663-4427 dpergament@childrenslawgroup.com (yob 1969; adm IL 1999) *CS School Law, Adoption & Guardianship, Childrens Rights*

PERGAY, DANIEL H: Kenneth B Gore 100 W Randolph St Suite L-1205 Chgo 60601 (312)263-7560 Fax:(312)263-5644 (yob 1968; adm IL 1993) *CSA Workers Compensation*

PERILLI, MARC A: 200 E Evergreen Av Suite 123 Mount Prospect IL 60056-2294 (847)392-7345 (adm IL 1974)

PERILLI, MARY K: Publ Jones Johnson & Quandt PC 180 N La Salle St 34th Fl Chgo 60601-2807 (312)768-7858 Fax:(312)768-7801 mperillat@pljc.com www.pljc.com (yob 1958; adm IL 1983) *LLN Litigation, Products Liability, Medical Malpractice*

PERITZ, HOWARD: Paul B Wharton & Associates 188 W Randolph St Suite 1227 Chgo 60601 (312)419-0100 Fax:(312)332-8224 (yob 1958; adm IL 1994)

PERITZ, REVELLE G: ASA Ck Cnty States Aty 1100 S Hamilton Av Chgo 60612 (312)433-7000 (adm IL 1980)

PERIVOLIDES, ARTHUR C: Assoc Judge Probate Div Cir Crt of Ck Cnty Richard J Daley Center Suite 1809A Chgo 60602 (312)603-4483 (yob 1948; adm IL 1967) *CS Litigation, Products Liability, Medical Malpractice*

PERKAUS, JOHN R: Perkaus & Farley LLC 1343 N Wells St Chgo 60610 (312)266-2111 Fax:(312)944-8227 johnp@perkausandfarley.com (adm IL 1986) *Business Law, Aviation Law*

PERKINS, ANN R: Asst Corp Csl Finance Div Chicago Law Dept City Hall 121 N La Salle St Suite 600 60602 (312)744-8439 aperkins@cityofchicago.org (yob 1964; adm IL 1989) [illegible]

PERKINS, COLE LLP 131 S Dearborn St Suite 60603-5559 (312)324-8400 Fax:(312)... www.perkinscole.com

...

PERKINS, JEFFERSON: Daspin & Aument LLC Montrose St Suite 3500 Chgo 60606 (312)... Fax:(312)258-1955 www.daspinaument.com (yob 1955; adm IL 1985) CPAcDp *Patent Law, Intellectual Property Law*

PERKINS, JOAN VP Estate Administration Harris N Monroe St Suite L6W Chgo 60603 PO Box 755 Chgo 60755 (312)461-2428 Fax:(312)... joan.perkins@harrisbank.com (yob 1948; adm IL 1988) *CS Estate & Trust Law, Trust & Estate Administration*

PERKINS, LEONARD F: 1339 N Ridge Av Arlington 60004 (847)577-0757 Fax:(847)577-0751 (yob 1974) *SA State Taxation, Business Law*

PERKINS, RAYMOND C: Winston & Strawn LLP 35 W Wacker Dr Chgo 60601 (312)558-5860 Fax:(312)558-5700 (yob 1956; adm IL 1994) *Litigation, Intellectual Property Law*

PERKINS, ROBIN E: Chief Deputy Genl Csl Human Resources Bureau Ofc of the Clerk Cir Crt of Ck Cnty

Case 1:08-cv-01148   Document 12-30   Filed 03/12/2008   Page 12 of 34



**612  Houha — Howard**

**HOUHA, ANN MARIE** Griffin & Gallagher 10001 S Roberts Rd Palos Hills IL 60465 *(708)598-6800* Fax: (708)598-6913 annh@griffinallagher.com (yob 1973; adm IL 2001) *CA Real Estate Law*

**HOUHA, LEONARD J.** 1034 1/2 Lake St Oak Park IL 60301 *(708)383-6530* Fax: (708)383-6531 (yob 1930; adm IL 1953) *Real Estate Law, Wills Trusts & Probate Estates, General Practice*

**HOULIHAN, DANIEL L.** Daniel L Houlihan & Associates Ltd 111 W Washington St Suite 1631 Chgo 60602 *(312)372-6255* Fax: (312)419-0547 (adm IL 1962) S *Governmental Relations Law*

**HOULIHAN, SEAN M.** Power Rogers & Smith PC 70 W Madison St 55th Fl Chgo 60602-4212 *(312)236-9381* Fax: (312)236-0920 shoulihan@prslaw.com www.prslaw.com (yob 1968; adm IL 2002) CS*AFT, Personal Injury/Accidents, Malpractice, Products Liability Law*

**HOUPT, RICHARD V.** Of Csl— (Retired) Pedersen & Houpt 161 N Clark St Suite 3100 Chgo 60601-3242 *(312)641-8888* Fax: (312)641-6895 www.pedersenhoupt.com (yob 1926; adm IL 1952)

**HOURIHANE, JOHN N.** John N Hourihane Ltd 225 W Washington St Suite 1700 Chgo 60606 *(312)782-6856* Fax: (312)346-1859; (Retired Appellate Court Justice) (adm IL 1967) *Appellate Practice, Arbitration & Mediation, Complex Litigation*

**HOURIHANE, JOHN N. JR.** Murphy & Hourihane LLC 77 W Wacker Dr Suite 4800 Chgo 60601 *(312)606-9300* (312)606-8762 Fax: (312)606-8765 jhourihane@mhlitigation.com www.mhlitigation.com (yob 1967; adm IL 1998) CS

**HOUSE, EMMITT C.** Special Csl Gonzalez Saggio & Harlan LLP 208 S La Salle St Suite 1460 Chgo 60604 *(312)236-0475* Fax: (312)236-1750 emmitt_house@gshlip.com www.gshlip.com (yob 1949; adm IL 1978) CACk *Energy Law, Energy Regulation, Business Law*

**HOUSER, ANN** Assoc Judge 1st Municipal Dist Cir Crt of Ck Cnty Richard J Daley Center Suite 1107 Chgo 60602 *(312)603-4538* (yob 1943; adm IL 1972)

**HOUSER, Craig R.** Grabowski Law Center LLC 2800 S River Rd Suite 410 Des Plaines IL 60018-6090 *(847)827-3434* Fax: (847)827-3157 chouser@glc-law.com (yob 1960; adm IL 1986) S *Creditor Rights, Hospital Law & Collections, Medical Insurance Litigation*

**HOUSTON, MICHAEL R.** Foley & Lardner LLP 321 N Clark St Suite 2800 Chgo 60610-4764 *(312)832-4500* Fax: (312)832-4700 (adm IL 2005) *Intellectual Property Litigation, Chemical & Pharmaceutical Arts*

**HOVANEC, STEPHANIE L.** Newman Boyer & Statham Ltd 20 N Clark St Suite 800 Chgo 60602 *(312)443-1998* Fax: (312)443-1286 sln@nbslaw.com (yob 1979; adm IL 2005) CSA *Personal Injury, Medical Malpractice*

**HOVDE, STEVEN D.** Pres & CEO Hovde Financial LLC 1629 Colonial Pkwy Inverness IL 60067 *(847)991-6622* Fax: (847)991-5928 shovde@hovde.com (yob 1955; adm IL 1981) S

**HOVERSEN, WILLIAM E. JR.** 134 N La Salle St Suite 1810 Chgo 60602 *(312)372-2714* Fax: (312)372-2717 wehlaw@sbcglobal.net (adm IL 1979) CSA *ERISA*

**HOVEY, ROBERT JEROME JR.** ASA Ck Cnty States Atty 2650 S California Av Chgo 60608 *(773)869-7825* (adm IL 1986)

**HOVIS, KEVIN S.** Schiff Hardin LLP Sears Tower 233 S Wacker Dr Suite 6600 Chgo 60606 *(312)258-5708* Fax: (312)258-5600 khovis@schiffhardin.com www.schiffhardin.com (adm IL 1994)

**HOVORKA, MARTHA** (Retired) (adm IL 1963) CSW

**HOWARD, BRADLEY D.** Sidley Austin LP One S Dearborn St Chgo 60603 *(312)853-2651* Fax: (312)853-7038 bhoward@sidley.com (adm IL 1998)

**HOWARD, BRADLEY J.** Marc J Shuman & Associates Ltd Two N La Salle St Suite 1776 Chgo 60602 *(312)422-*

**HOWARD, BRIAN** L. Genl Csl Baum Brothers Ltd Chicago Av Suite 300 Chgo 60622 brian@baumrealty.com (adm IL 2001)

**HOWARD, BRUCE C.** Robert D Allison & Associates Michigan Av Suite 1850 Chgo 60603 (yob 1958; adm IL 19) CS *Complex Civil Litigation*

**HOWARD, CAROL M.** Asst Pub Def Homicide Felony Trial Div Ofc of the Cook County Public 2650 S California Av Chgo 60608 Fax: (773)869-3247 (adm IL 1986)

**HOWARD, CARTER** Wadden Rd Alameda howard@interaccess.com (Of Csl) Schiff (yob 1935; adm IL 1961) *CA Estate Planning Trust Administration/Taxation*

**HOWARD, DAVID A.** Schiff Hardin LLP Sears Wacker Dr Suite 6600 Chgo 60606 Fax: (312)258-5600 dhoward@schiffhardin.com (adm IL 1996)

**HOWARD, DEBORAH A.** Asst Dean Marketing & cations DePaul University College of Law Blvd Chgo 60604 *(312)362-5929* Fax: dhoward@depaul.edu (yob 1968; adm IL

**HOWARD, EDGAR L.** Of Csl — Christian Lee 1727 W 170th St Hazel Crest IL 60429 Fax: (708)335-2125 (yob 1961; adm IL 19) *Law, Criminal Law, General Practice*

**HOWARD, FRANK M.** Law Office of Frank M Busse Hwy Park Ridge IL 60068 fmhoward@ (yob 1954; adm IL CSA *General Practice*

**HOWARD, GARRITT E.** Judge 2nd Municipal Ck Cnty 5600 Old Orchard Rd Room 60077 (847)470-7200 (adm IL 1982)

**HOWARD, HUGH DAVID** Law Offices of Hugh 100 W Monroe St Suite 1300 Chgo 60603 (312)372-0842 hughdhoward@ 1956; adm IL 1993) *General Practice*

**HOWARD, JASON A.** Staff Atty Branch of Enforce US SEC 175 W Jackson Blvd Suite 900 *(312)353-7200* Fax: (312)353-7398 howard@ (yob 1977) adm IL 2004 SA *Securities*

**HOWARD, JEFFREY M.** Asst Public Def & Dir Operations Ofc of the Cook County Public Washington St 16th Fl Chgo 60602 Fax: (312)603-9860 (yob 1955; adm IL 1981)

**HOWARD, JOSEPH G.** Law Offices of Joseph G 817 W Jefferson St Suite 602 Chgo 60661 *1200* Fax: (312)831-1211 (yob 1952; adm IL

**HOWARD, KAREN W.** Collau Elenius Keenan & Morrow 333 S Wabash Av 25th *(312)822-2515* karen.howard@ccna.com (yob 1981) CSA *Insurance Coverage*

**HOWARD, KATHLEEN M.** Of Csl — Perkins Co Dearborn St Suite 1700 Chgo 60603-5559 *8822* Fax: (312)324-9622 khoward@perkins www.perkinscoie.com (yob 1968; adm IL 1995) *CA Real Estate, Business Law, Health*

**HOWARD, KRISTIN T.** Research Atty II Appellate Dist 160 N La Salle St Suite 1602 Chgo 60 *(312)793-8045* kthoward@court.state.il.us (adm IL 2005) *CSA Appellate Law*

**HOWARD, LEE W.** Howard & Howard & Rivers B (312)726-1822 (yob 1933; adm IL 19) *Law, Mediation, Child Support & Custody Law*

**HOWARD, MARJORIE C.** Richmond Breslin Tower 233 S Wacker Dr Suite 5775 Chgo

L.L.C. File Number: 01512641

**Jesse White**
**Illinois Secretary of State**
**Limited Liability Company**

Filing Deadline is Prior to: 05/01/2007

This report must be RECEIVED in the office of the Secretary of State prior to the anniversary date to avoid late filing penalties and eventual administrative revocation of its admission.

Form **LLC-50.1**

LC0030517

| Penalty: | Total Fee: |

**OFFICE USE ONLY**

**FILED**

**MAY 0 4 2007**

**JESSE WHITE**
**SECRETARY OF STATE**

KS

**ALL RESPONSES MUST BE TYPEWRITTEN**

1. Limited Liability Company name: Registered Agent, Registered Office, City, IL., ZIP Code

GEMINI OFFICE DEVELOPMENT LLC
KATHLEEN M. HOWARD
131 S DEARBORN ST,STE 1700
CHICAGO IL 60603

**PAID**

**MAY 0 7 2007**

-2. State or Country of Organization: __Illinois__    Date organized in Illinois: __05/13/2005__

3. Address of the principal place of business:

    1 S. WACKER DR., STE. 800
    *(Street Address)*

    CHICAGO IL 60606
    *(City, State, Zip)*

4 . Names and addresses of the managers:

GEMINI OFFICE MANAGEMENT LLC  (0151-2633)
1 S. WACKER DR., STE. 800    CHICAGO IL 60606

5. The managers, which are entities, affirm the evidence of existence on file with the Illinois Secretary of State is still intact.

6. Changes to the registered agent or address in item 1 above requires the filing of form LLC-1.36/1.37.

7. I affirm, under penalties of perjury, having authority to sign thereto, that this annual report is to the best of my knowledge and belief, true, correct, and complete.

A late filing penalty of $300 will apply if this report is not filed within 60 days of the due date.

Return to:
    Department of Business Services
    Liability Limitation Division
    Limited Liability Company Section
    Room 351, Howlett Building
    Springfield, IL 62756

Dated   3 - 27 , 2007
        *(Month/Day)*        *(Year)*

Teresa A. Huyck
*(Signature)*

Teresa A. Huyck ,        Manager of
*(Type or print Name of Manager)*

Gemini Office Management LLC, Manager
*(If applicant is a company or other entity, state name of company.)*

004425

(Form LLARPT - Rev. 11/03/2006)

000732

*File Number* 0151264-1



**STATE OF ILLINOIS**
**OFFICE OF**
**THE SECRETARY OF STATE**

# *To all to whom these Presents Shall Come, Greeting:*

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that*

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR GEMINI OFFICE DEVELOPMENT LLC.



*In Testimony Whereof, I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this* 5TH *day of* SEPTEMBER *A.D.* 2007

*Jesse White*

SECRETARY OF STATE

Authentication #: 0724802241
Authenticate at: http://www.cyberdriveillinois.com

000733

**07.-805. FRSP**

**240 N OAKHURST DR**
GEMINI OFFICE
GEMINI OFFICE DEVELOPMENT

RESSION - APPLICATION FORM

RECEIVED
MAR 2 3 2007



| FOR OFFICIAL USE ONLY | TOTAL FEE 1257.⁰⁰ |
|---|---|
| PERMIT APPLICATION NO. 07-805 | BLDG 1143 |
| | PLRV 114 |
| SUBMITTED 3-23-06 | WEB www.AURORA-il.org |
| NOTIFIED 4-4-07 | FAX (630) 892-8112 |
| ZONING | TELEPHONE (630) 892-8088 |

## AURORA
The City of Lights

**DIVISION OF BUILDING & PERMITS**
65 WATER STREET
AURORA, ILLINOIS 60505

### LAND / PARCEL INFORMATION

PROPERTY ADDRESS   240 N OAKHURST DR

IS THIS WORK ASSOCIATED WITH OTHER CONSTRUCTION WORK? ☑ YES  ☐ NO
IF YOU ANSWERED YES, PLEASE PROVIDE BUILDING PERMIT NUMBER  06 . 00003529

| COUNTY ☐ KANE ☐ DuPAGE | TOWNSHIP 11 12 04 | TOWNSHIP SECTION # _____ |
|---|---|---|
| (CHECK ONE) ☐ KENDALL ☐ WILL | (CIRCLE ONE) 14 15 07 | |
| (Call tax assessor's office with questions) | 03 01 | BLOCK # (if known) _____ LOT# (if known) _____ |

| PROPERTY OWNER & | TENANT & |
|---|---|
| Contact Name  Gemini OFFICE | Contact Name  Same |
| OWNERS ADDRESS  15 WACKER Suite 800 | ADDRESS |
| CHICAGO IL 60606 | |
| PHONE # ( ) | PHONE # ( ) |
| FAX # ( ) | FAX # ( ) |
| E-MAIL | E-MAIL |

### ZONING INFORMATION
### OCCUPANCY CLASSIFICATION

Existing Use / Occupancy _____

Proposed Use / Occupancy  B

θ Single Occupancy (302.1)          θ Mixed Occupancy (302.3)
  θ w/ Incidental use (302.1.1)       θ non-separated
  θ w/ Accessory use (302.2)          θ separated attach sum of ratios
  < 10% of area & < allowable for Acc.      calculation per section (504)

Check all Occupancy Classifications that apply below.
| | | | | |
|---|---|---|---|---|
| Assembly | θ A-1 | θ A-2 | θ A-3 | θ A-4 θ A-5 |
| Business, Education, Factory | θ B | θ E | θ F-1 | θ F-2 |
| Hazardous | θ H-1 | θ H-2 | θ H-3 | θ H-4 θ H-5 |
| Institutional | θ I-1 | θ I-2 | θ I-3 | θ I-4 θ I-5 |
| Mercantile, Residential | θ M | | θ R-1 | θ R-2 |
| Storage, Utility | θ S-1 | θ S-2 | θ U | |

### PROPOSED WORK

New Sprinkler System        221 Hds θ

Relocate Existing Heads                        θ

Additional Sprinkler work                     θ

UL 300 Hood Suppression                       θ

Clean Agent Suppression System                θ

Other _____                                 θ

TOTAL COST OF IMPROVEMENTS $  66,000
[FOR SUPPRESSION-  PERMIT FEES ARE A FUNCTION OF CONSTRUCTION $]

FRSP – Permit Application

Page 1 of 3

Address _____     Application # _____-_____

**CONTRACTOR REGISTRATION INFORMATION**

**SPRINKLER/SUPPRESSION CONTRACTOR**
CITY OF AURORA
G.C. REGISTRATION # 06 - 3048

BUSINESS NAME     FE MORAN FIRE PROT.
CONTACT NAME      DENNIS GREGORASH
ADDRESS           2165 SHERMER RD
CITY, STATE, ZIP  NORTHBROOK  IL
N/A  θ    PHONE (847) 498 - 4870
          FAX   (847) 498 - 9084
          E-MAIL  d.gregorash@femoran.com

**CERTIFICATION**
This is an application only.  Completion of this application does NOT entitle the commencement of construction. I, (the applicant) agree to conform to all applicable laws of the City of Aurora. I also agree that all work performed will be in accordance with the plans and specifications as set forth in the approved permit. I understand that the approval of this application and issuance of a permit does not obviate the need to comply with all applicable laws and ordinances.  I agree to hold harmless and indemnify the City of Aurora for any claim against the City as the result of any act of commission or omission by or on behalf of the undersigned, his/her agent, principle, contractor, subcontractor or supplier.  I the undersigned am the Owner or a duly contracted representative of the Owner of said property.

CONTRACTOR    PAUL FELCH
                              (PRINT)
CONTRACTOR    _____
                              (SIGNATURE)

                    OR

OWNER         _____
                              (PRINT)
OWNER         _____
                              (SIGNATURE)

**ELECTRICAL CONTRACTOR**     (primary contact) θ
CITY OF AURORA
ELECT. REGISTRATION # _____-_____

BUSINESS NAME     _____
CONTACT NAME      _____
ADDRESS           _____
CITY, STATE, ZIP  _____
N/A  θ    PHONE ( )  ____-____
          FAX   ( )  ____-____
          E-MAIL _____

**PLUMBING CONTRACTOR**     (primary contact) θ
CITY OF AURORA
PLUMBING REGISTRATION # _____-_____

BUSINESS NAME     _____
CONTACT NAME      _____
ADDRESS           _____
CITY, STATE, ZIP  _____
N/A  θ    PHONE ( )  ____-____
          FAX   ( )  ____-____
          E-MAIL _____

**MECHANICAL CONTRACTOR**     (primary contact) θ
CITY OF AURORA
HVAC REGISTRATION # _____-_____

BUSINESS NAME     _____
CONTACT NAME      _____
ADDRESS           _____
CITY, STATE, ZIP  _____
N/A  θ    PHONE ( )  ____-____
          FAX   ( )  ____-____
          E-MAIL _____

000735

Address _____    Application # _____

## BUILDING INFORMATION

| CONSTRUCTION TYPE | CIRCLE ONE | | ACTUAL BUILDING HEIGHT | ± 21 | FT |
|---|---|---|---|---|---|
| | CIRCLE ONE | | ACTUAL NUMBER OF STORIES | 1 | |
| EXISTING 1 2 3 4 5 | A B | | SF PRINCIPAL | 21,777 | SF |
| NEW 1 2 3 4 5 | A (B) | | | | |

NON Combustible 1 HR

## FIRE PREVENTION INFORMATION

**Sprinklers**  (o WET)   o DRY
o COMPLETE   o LIMITED   o OTHER
FIRE - WATER SERVICE                          o EXIST   o NEW
FIRE WATER SERVICE SIZE          4"          " ø
TYPE OF BACKFLOW PROTECTION DEVICE   AMES 3000
FIRE PUMP?                        (o NO)         o YES
STANDPIPES?                      (o NO)         o YES
Exhaust HOOD SUPPRESSION ?   (o NO)         o YES

## INSTALLATION REQUIREMENTS

SPRINKLER SYSTEMS SHALL BE INSTALLED IN ACCORDANCE TO NFPA 13.  PER IFC 903.3.1.1 SPRINKLER PLANS SHALL MEET THE REQUIREMENTS OF NFPA 13, CHAPTER 6, 1996 EDITION.

WET CHEMICAL SHALL BE INSTALLED PER NFPA 17A.
DRY CHEMICAL SHALL BE INSTALLED PER NFPA 17.
CARBON DIOXIDE SHALL BE INSTALLED PER NFPA 12.
CLEAN AGENT SYSTEMS SHALL BE INSTALLED PER NFPA 2001.
FOAM SYSTEM SHALL BE INSTALLED PER NFPA 16.
STANDPIPE INSTALLATION MUST MEET REQUIREMENTS OF NFPA 14 AND CITY OF AURORA ORDINANCE 17-110.

C00736

07-20-302-081

## COMN – COMMERCIAL NEW CONSTRUCTION - APPLICATION FORM

☐ Completed Project resulting in a Certificate of Occupancy **OR** ☐ White envelope for FutureTenant

| FOR OFFICIAL USE ONLY | TOTAL FEE | 1370 0 |
|---|---|---|
| PERMIT APPLICATION NO. | BLDG | 506.00 |
| 06-3529 | PLRV | 51.00 |
| | C.O. (✓ above) | 70 |
| SUBMITTED 7 27 06 | F.I.F. | 1088.00 |
| NOTIFIED 1 11 07 | WTR | 1194 |
| ZONING | | |

WEB www.CI.AURORA.IL.US
FAX          (630) 892-8112
TELEPHONE  (630) 892-8088

**AURORA**
The City of Lights

**DIVISION OF BUILDING & PERMITS**
65 WATER STREET
AURORA, ILLINOIS 60505

06-3529. C-BU
240-N-OAKHURST-DR
GEMINI OFFICE
GEMINI OFFICE DEVELOPMENT

### LAND / PARCEL INFORMATION

PROPERTY ADDRESS **OAKHURST & NEW YORK**

SUBDIVISION **FOX VALLEY EAST** UNIT / PHASE # **5⁴ OAKHURST** LOT # **2**

| COUNTY ☐ KANE ☒ DuPAGE | TOWNSHIP 11 12 04 | TOWNSHIP SECTION # |
|---|---|---|
| (CHECK ONE) ☐ KENDALL ☐ WILL | (CIRCLE ONE) 14 15 07 | If project involves new construction in DuPage County – Impact Tax must be Paid |
| (Call tax assessor's office with questions) | 03 01 | BLOCK # (if known)_____ LOT# (if known) |

PROPERTY OWNER & **GEMINI OFFICE DEVELOPMENT** TENANT & **GEMINI OFFICE DEVELOPMENT**
Contact Name **THOMAS LEHMAN**     Contact Name **DAINIUS PETLONIS**

OWNER'S ADDRESS **6301 S. CASS AVE. STE 301**   ADDRESS **ONE SOUTH WACKER DR. STE 800**
**WESTMONT, IL 60559**                          **CHICAGO, IL 60606**
PHONE # **(630) 963-8184**                 PHONE # **(630) 302-0630**
FAX # **(630) 963-9975**                   FAX # **(312) 634-5525**
E-MAIL **TWLEHMAN@AMERITECH.NET**  E-MAIL

### ZONING INFORMATION

| Zoning (CHECK ONE) | ☐ R-1 | ☐ R-2 | ☐ R-3 | ☐ PDD |
|---|---|---|---|---|
| Classification | ☐ R-4 | ☐ R-4A | ☐ R-5 | ☐ R-5A |
| | ☐ B-1 | ☐ B-2 | ☐ B-3 | ☐ B-B |
| ☐ SPECIAL USE | ☐ M-1 | ☐ M-2 | | |
| ( CHECK IF APPLICABLE ) | ☐ O | ☐ ORi | ☐ RD | ☒ PDD |
| | ☐ DC | ☐ DF | C.O.A. Required | |

### FLOOD ZONE INFORMATION

IS YOUR PROPERTY IN A FLOOD PRONE AREA ?
☒ No  ☐ Yes   Verify with COA Engineering (630) 844-3620

### GENERAL DESCRIPTION OF PROPOSED WORK

**MEDICAL OFFICE BUILDING**

### OCCUPANCY CLASSIFICATION

Existing Use / Occupancy _____

Proposed Use / Occupancy **B - BUSINESS**

☐ Single Occupancy (302.1)
 ☐ w/ Incidental use (302.1.1)
 ☐ w/ Accessory use (302.2)
   < 10% of area & < allowable for Acc.

☒ Mixed Occupancy (302.3)
 ☐ non-separated
 ☐ separated attach sum of ratios
   calculation per section (504)

Check all Occupancy Classifications that apply below.

| Assembly | ☐ A-1 | ☐ A-2 | ☐ A-3 | ☐ A-4 | ☐ A-5 |
|---|---|---|---|---|---|
| Business, Education, Factory | ☒ B | ☐ E | | ☐ F-1 | ☐ F-2 |
| Hazardous | ☐ H-1 | ☐ H-2 | ☐ H-3 | ☐ H-4 | ☐ H-5 |
| Institutional | ☐ I-1 | ☐ I-2 | ☐ I-3 | ☐ I-4 | ☐ I-5 |
| Mercantile, Residential | ☐ M | | ☐ R-1 | ☐ R-2 | |
| Storage, Utility | ☐ S-1 | ☐ S-2 | ☐ U | | |

TOTAL COST OF IMPROVEMENTS $ **4,000,000.00**

COMN – Permit Application

Page 1 of 3

000737

Address _____    Application # ____ - ____

**CONTRACTOR REGISTRATION INFORMATION**

**GENERAL CONTRACTOR** (Check primary contact) ☐
CITY OF AURORA
G.C. REGISTRATION. # _O6- 13969_

BUSINESS NAME _KRAHL CONSTRUCTION_
CONTACT NAME _SCOTT MOUSEL_
ADDRESS _322 S. GREEN ST._
CITY , STATE ZIP _CHICAGO, IL 60607_
N/A ☐    PHONE (312) _648_ - _9800_
FAX (312) _707_ - _8552_
E-MAIL _SMOUSEL@KRAHL CONSTRUCTION.com_

**ELECTRICAL CONTRACTOR** (primary contact) ☐
CITY OF AURORA
ELECT. REGISTRATION # _O6- 3600_

BUSINESS NAME _TIMM_
CONTACT NAME _____
ADDRESS _____
CITY , STATE ZIP _____
N/A ☐    PHONE ( ) ____ - ____
FAX ( ) ____ - ____
E-MAIL _____

**PLUMBING CONTRACTOR** (primary contact) ☐
CITY OF AURORA
PLUMBING REGISTRATION # _O6- 4059_

BUSINESS NAME _Gehrett_
CONTACT NAME _____
ADDRESS _____
CITY , STATE ZIP _____
N/A ☐    PHONE ( ) ____ - ____
FAX ( ) ____ - ____
E-MAIL _____

**CERTIFICATION**
This is an application only.  Completion of this application does **Not** entitle the commencement of construction. I, the applicant agrees to conform to all applicable laws of the City of Aurora. I also agree that all work performed will be in accordance with the plans and specifications as set forth in the approved permit. I understand that the approval of this application and issuance of a permit does not obviate the need to comply with all applicable laws and ordinances.  I agree to hold harmless and indemnify the City of Aurora for any claim against the City as the result of any act of commission or omission by or on behalf of the undersigned, his/her agent, principle, contractor, subcontractor or supplier.  I the undersigned am the Owner or a duly contracted representative of the owner of said property.

CONTRACTOR _____
                              (PRINT)

CONTRACTOR _____
                              (SIGNATURE)

                    **OR**

OWNER _Thomas W. Larson_
                              (PRINT)

OWNER _____
                              (SIGNATURE)

**MECHANICAL CONTRACTOR** (primary contact) ☐
CITY OF AURORA
HVAC REGISTRATION # _O6- 14029_

BUSINESS NAME _State_
CONTACT NAME _____
ADDRESS _____
CITY , STATE ZIP _____
N/A ☐    PHONE ( ) ____ - ____
FAX ( ) ____ - ____
E-MAIL _____

**NOTE:** FIRE SPRINKLER, FIRE ALARM AND SIGNAGE WORK; MUST ALL BE PERMITTED **SEPARATELY.**
MASS GRADING AND WORK IN THE PUBLIC RIGHT OF WAY MUST BE PERMITTED **SEPARATELY.**

000738

Address _____    Application # _____

## BUILDING INFORMATION

**CONSTRUCTION TYPE**  CIRCLE ONE / CIRCLE ONE

~~EXISTING~~ 1 2 3 4 5 A B
NEW 1 (2) 3 4 5 A (B)
Sprinklers ☐ none ☐ limited / ☑ complete

Fire Alarm ☐ no ☑ yes
Unlimited Area ☐ no ☐ yes
Occupants per s.f. **100**
Occupancy load **218**

| | | |
|---|---|---|
| ALLOWABLE TABULAR AREA (503) | 23,000 s.f. | 100 % |
| INCREASE FOR FRONTAGE (506.2) + | 17,250 s.f. + | % |
| INCREASE FOR SPRINKLERS (506.3) + | 69,000 s.f. + | % |
| TOTAL ALLOWABLE AREA PER FLOOR | 109,250 s.f. | |
| ACTUAL MAX. TOTAL AREA PER FLOOR | 21,777 s.f. | |

TOTAL ALLOWABLE AREA ALL STORIES
[allowable s.f. / flr.] x [# stories (3max)] **109,250** s.f. | ACTUAL AREA ALL STORIES **21,777** s.f.

ACTUAL BUILDING HEIGHT **24** FT   ALLOWABLE HEIGHT **55** FT
ACTUAL NUMBER OF STORIES **1**   ALLOWABLE # OF STORIES **4**

## BUILDING AREA

[FOR NEW AREA - PERMIT FEES ARE A FUNCTION OF SQUARE FOOTAGE]
SF PRINCIPAL **21,777** SF
SF MEZZANINE _____ SF
SF BASEMENT / CRAWL _____ SF
**TOTAL 21,777** SF

## BUILDING COST

TOTAL $ _____

## ELECTRICAL INFORMATION

ELECTRICAL WORK ? ☐ NO ☑ YES
ELECTRIC SERVICE SIZE **600** AMPS 1SET GENERAL
# OF SETS OF SERVICE CONDUCTORS **2 SETS**
SIZES OF SERVICE CONDUCTORS 1SET OF 4#500, 2SETS F
# OF ELECTRIC METERS **2**   SERVICE VOLTAGE 277/480 4#350
FIRE PUMP SIZE _____ FIRE PUMP VOLTAGE _____

## MECHANICAL INFORMATION

MECHANICAL WORK ? ☐ NO ☑ YES
TYPE HVAC ☐ RTU ☐ SPLIT SYST ☐ UNIT HTRS
# BTU'S **689,000** ☐ A/C ☐ BOILER ☐ EXHAUST
KITCHEN HOOD ☐ NO ☐ YES  EXHAUST HOOD ☐ NO ☐ YES

## FIRE PREVENTION INFORMATION

SUPPRESSION SYST. WORK ? ☐ NO ☐ YES
FIRE WATER SERVICE SIZE **4** "φ
TYPE OF BACKFLOW PROTECTION DEVICE **DCDV**
FIRE PUMP ? ☑ NO ☐ YES
STANDPIPES ? ☑ NO ☐ YES
Exhaust Hood SUPPRESSION ? ☑ NO ☐ YES
FIRE ALARM SYST. WORK ? ☐ NO ☑ YES

## PLUMBING INFORMATION

PLUMBING WORK ? ☐ NO ☑ YES
DOMESTIC WATER SERVICE SIZE **3** "φ
OCCUPANT LOAD PER ILLINOIS PLUMB'G CODE **109**
PLUMBING FIXTURE UNITS 209 CW 59 HW 3/2 WASTE
TYPE OF BACKFLOW PROTECTION DEVICE **RPZ**
Fox Metro W.R.D. needs a submittal

## DETAILED DESCRIPTION OF CONSTRUCTION WORK

THERE ARE TWO (2) ELECTRICAL SERVICES FOR THIS PROJECT.
(1) FOR GENERAL, (1) FOR ELECTRIC HEAT.

## DESIGN PROFESSIONALS IN RESPONSIBLE CHARGE - PER IBC 106

**LICENSED ARCHITECT / STRUCTURAL ENGINEER**
ILLINOIS PROFESSIONAL   (Check primary contact) ☒
DESIGN FIRM REG. # **184-000279**

BUSINESS NAME **JENSEN & HALSTEAD Ltd**
CONTACT NAME **DAVID DASTUR**
ADDRESS **358 WEST ONTARIO ST.**
CITY, STATE ZIP **CHICAGO, IL 60610**
PHONE (312) **669 - 7557**
FAX (312) **669 - 7558**
E-MAIL **DDASTUR@JENSENAND HALSTEAD.COM**

**CIVIL ENGINEER / PROFESSIONAL ENGINEER**
(Check if primary contact) ☐

BUSINESS NAME **MORRIS ENGINEERING**
CONTACT NAME **JONAS VAZNELIS**
ADDRESS **5100 SOUTH LINCOLN**
CITY, STATE ZIP **LISLE, IL 60532**
PHONE (630) **271 - 0770**
FAX (630) **271 - 0774**
E-MAIL **JONVAZNELIS@ECIVIL.COM**

I HEREBY CERTIFY THAT THESE PLANS WERE PREPARED BY ME OR UNDER MY SUPERVISION, AND TO THE BEST OF MY KNOWLEDGE, COMPLY WITH ALL CODES.
**ARCH or STRUCT** or (P.E. for Mech. Elect. Plumb.)   (SIGNATURE) _David M Dastur_

COMN – Permit Application

Page 3 of 3

000739



**PSI** *Information* ─────────────────────
*To Build On*
Engineering • Consulting • Testing

December 19, 2005

Mr. Thomas W. Lehman, PE
Managing Principal
Partners in Development, USA, LLC
6301 S. Cass Avenue, Suite 301                              (630) 963-8184
Westmont, Illinois 60559                                    (630) 963-4475 fax

Re:    Preliminary Geotechnical Engineering Services Report
       Proposed Office Development
       "Lot 2" - Oakhurst Drive
       Aurora, Illinois PSI Project No. 042-55077

Dear Mr. Lehman,

Professional Service Industries, Inc. (PSI) is pleased to submit our Preliminary Geotechnical
Engineering Services Report for the proposed office development in Aurora, Illinois.   This
preliminary report includes the results of field and laboratory testing, preliminary recommendations
for foundation, as well as preliminary recommendations for general site development.

PSI appreciates the opportunity to perform this Preliminary Geotechnical Evaluation and we look
forward to continued participation during the design and construction phases of this project.  If you
have questions pertaining to this preliminary report, or if PSI may be of further service, please
contact our office at (847) 931-7110.

Respectfully submitted,

**PROFESSIONAL SERVICE INDUSTRIES, INC.**

Scott Brown, EI                                             John J. Balun
Project Engineer                                            Branch Manager

Kevin S Miller, P.E.
Chief Engineer
IL License No. 062-049089
Expires 11/30/07

SDB/jjb/ End.

**06.-5678. COFO**

## COFO – COMMERCIAL FOUNDATION ONLY - APPLICATION FO
### (NO UNDERGROUND UTILITIES)

240 N OAKHURST DR
FOUNDATION ONLY
GEMINI OFFICE DEVELOPMENT

| FOR OFFICIAL USE ONLY | TOTAL FEE $\underline{435.54}$ |
| --- | --- |
| PERMIT APPLICATION NO. | PLRV $ .02 / sf $\underline{21,777}$ |

PERMIT APPLICATION NO. 0 6 - 5678

SUBMITTED 11 22 06
NOTIFIED 12 5 06
ZONING

$\bigcirc$ ku 11/28

WEB www.AURORA-il.org
FAX          (630) 892-8112
TELEPHONE  (630) 892-8088

**AURORA**
The City of Lights

DIVISION OF BUILDING & PERMITS
65 WATER STREET
AURORA, ILLINOIS 60505

### LAND / PARCEL INFORMATION

PROPERTY ADDRESS 240 N OAKHURST AURORA IL

SUBDIVISION Fox Valley East          UNIT / PHASE # 52 OAKHURST LOT # 2

| COUNTY ☐ KANE ☒ DuPAGE | TOWNSHIP 11 12 04 | TOWNSHIP SECTION # |
| --- | --- | --- |
| (CHECK ONE) ☐ KENDALL ☐ WILL (CIRCLE ONE) | 14 15 07 | If project involves new construction in DuPage County – Impact Tax must be Paid |
| (Call tax assessor's office with questions) | 03 01 | BLOCK # (if known)          LOT# (if known) |

PROPERTY OWNER & Gemini Development LLC
Contact Name Thomas Lehman

TENANT & Gemini Medical Office
Contact Name Teri Hiyek

OWNER'S ADDRESS One South Wacker Drive
Chicago IL 60515

ADDRESS One South Wacker Drive
Chicago IL

630-963-8184 PHONE # (312) 542-6824
630-963-4475 FAX # (312) 634-5525
E-MAIL Tlehman@Amuritech.Net

PHONE # (312) 542-6884  302-0630
FAX # (312) 637-5525
E-MAIL

### ZONING INFORMATION

| Zoning (CHECK ONE) | θ R-1 | θ R-2 | θ R-3 | θ PDD |
| --- | --- | --- | --- | --- |
| Classification | θ R-4 | θ R-4A | θ R-5 | θ R-5A |
| | θ B-1 | θ B-2 | θ B-3 | θ B-B |

| θ SPECIAL USE ( CHECK IF APPLICABLE ) | θ M-1 | θ M-2 | | |
| --- | --- | --- | --- | --- |
| | θ O | θ ORI | θ RD | ☒ PDD |
| | θ DC | θ DF | C.O.A. Required | |

### FLOOD ZONE INFORMATION

IS YOUR PROPERTY IN A FLOOD PRONE AREA ?
☒ No  θ Yes    Verify with COA Engineering (630) 844-3620

### GENERAL DESCRIPTION OF PROPOSED WORK

21,000 SF Medical Office Building - Non Construction w/ Parking Lot

### OCCUPANCY CLASSIFICATION

Existing Use / Occupancy _____

Proposed Use / Occupancy B - Business

θ Single Occupancy (302.1)
  θ w/ Incidental use (302.1.1)
  θ w/ Accessory use (302.2) < 10% of area & < allowable for Acc.

θ Mixed Occupancy (302.3)
  θ non-separated
  θ separated attach sum of ratios calculation per section (504)

Check all Occupancy Classifications that apply below.

| Assembly | θ A-1 | θ A-2 | θ A-3 | θ A-4 | θ A-5 |
| --- | --- | --- | --- | --- | --- |
| Business, Education, Factory | ☒ B | θ E | | θ F-1 | θ F-2 |
| Hazardous | θ H-1 | θ H-2 | θ H-3 | θ H-4 | θ H-5 |
| Institutional | θ I-1 | θ I-2 | θ I-3 | θ I-4 | θ I-5 |
| Mercantile, Residential | θ M | | θ R-1 | θ R-2 | |
| Storage, Utility | θ S-1 | θ S-2 | θ U | | |

TOTAL COST OF IMPROVEMENTS $ 500,000

COFO – Permit Application

Page 1 of 3

000741

Address *240 N. OAKHURST*                                    Application # _____-_____

## CONTRACTOR REGISTRATION INFORMATION

**GENERAL CONTRACTOR**  (Check primary contact) θ
CITY OF AURORA
G.C. REGISTRATION # *06-13969*

BUSINESS NAME *KRAHL CONSTRUCTION*
CONTACT NAME *Scott Mouser*
ADDRESS *322 S. GREEN STREET*
CITY , STATE ZIP *CHICAGO IL 60607*
N/A  θ      PHONE *(312) 648 - 9800*
            FAX *(312) 707 - 8552*
            E-MAIL *SMOUSEL@ KRAHLConstruction.com*

**CERTIFICATION**
This is an application only.  Completion of this application does Not entitle the commencement of construction. I, the applicant agrees to conform to all applicable laws of the City of Aurora. I also agree that all work performed will be in accordance with the plans and specifications as set forth in the approved permit. I understand that the approval of this application and issuance of a permit does not obviate the need to comply with all applicable laws and ordinances.  I agree to hold harmless and indemnify the City of Aurora for any claim against the City as the result of any act of commission or omission by or on behalf of the undersigned, his/her agent, principle, contractor, subcontractor or supplier.  I the undersigned am the Owner or a duly contracted representative of the Owner of said property.

CONTRACTOR *KRAHL CONSTRUCTION*
                                                (PRINT)
CONTRACTOR *Scott Mouser*
                                                (SIGNATURE)

          OR

OWNER _____
                                                (PRINT)
OWNER _____
                                                (SIGNATURE)

**ELECTRICAL CONTRACTOR**      (primary contact) θ
CITY OF AURORA
ELECT. REGISTRATION # _____

BUSINESS NAME _____
CONTACT NAME _____
ADDRESS _____
CITY , STATE ZIP _____
N/A  θ      PHONE ( ) _____ - _____
            FAX ( ) _____ - _____
            E-MAIL _____

**PLUMBING CONTRACTOR**      (primary contact) θ
CITY OF AURORA
PLUMBING REGISTRATION # _____-_____

BUSINESS NAME _____
CONTACT NAME _____
ADDRESS _____
CITY , STATE ZIP _____
N/A  θ      PHONE ( ) _____ - _____
            FAX ( ) _____ - _____
            E-MAIL _____

**MECHANICAL CONTRACTOR**      (primary contact) θ
CITY OF AURORA
HVAC REGISTRATION # _____-_____

BUSINESS NAME _____
CONTACT NAME _____
ADDRESS _____
CITY , STATE ZIP _____
N/A  θ      PHONE ( ) _____ - _____
            FAX ( ) _____ - _____
            E-MAIL _____

**NOTE:**  MASS GRADING AND WORK IN THE PUBLIC RIGHT OF WAY MUST BE PERMITTED SEPARATELY.

000742

Address **240 N. OAKHURST**                    Application # _____

**building Information**

| CONSTRUCTION TYPE | | |
|---|---|---|
| CIRCLE ONE | CIRCLE ONE | |
| EXISTING  1  2  3  4  5 | A  B | |
| NEW  1  2  3  4  5 | A  B | |
| Sprinklers  o none  o limited | | |
| o complete (X) | | |
| Fire Alarm  o no  (X)yes | | |
| Unlimited Area  o no  o yes | | |
| Occupants per s.f. _____ | | |
| Occupancy load _____ | | |

| | | | |
|---|---|---|---|
| ALLOWABLE TABULAR AREA (503) | _____ s.f. | | 100 % |
| INCREASE FOR FRONTAGE (506.2)  + | _____ s.f.  + | | % |
| INCREASE FOR SPRINKLERS (506.3)  + | _____ s.f.  + | | % |
| TOTAL ALLOWABLE AREA PER FLOOR | _____ s.f. | | % |
| ACTUAL MAX. TOTAL AREA PER FLOOR | _____ s.f. | | |

| | | |
|---|---|---|
| TOTAL ALLOWABLE AREA ALL STORIES [allowable s.f. / flr.] x [ # stories (3max)] = _____ s.f. | | ACTUAL AREA ALL STORIES _____ s.f. |
| ACTUAL BUILDING HEIGHT _____ FT | ALLOWABLE HEIGHT _____ FT | |
| ACTUAL NUMBER OF STORIES _____ | ALLOWABLE # OF STORIES _____ | |

| BUILDING AREA | BUILDING COST |
|---|---|
| [FOR NEW AREA - PERMIT FEES ARE A FUNCTION OF SQUARE FOOTAGE] | |
| SF PRINCIPAL-NEW / ADDITION  **21,777**  SF | PRINCIPAL NEW / ADD |
| SF MEZZANINE  **NA**  SF | |
| TOTAL  **21,777**  SF | TOTAL  $ _____ |

**DETAILED WRITTEN DESCRIPTION OF CONSTRUCTION WORK**

NEW  MEDICAL  OFFICE  BUILDING  21,000  SF

**DESIGN PROFESSIONALS IN RESPONSIBLE CHARGE -- PER IBC 106**

| LICENSED ARCHITECT / STRUCTURAL ENGINEER | CIVIL ENGINEER / PROFESSIONAL ENGINEER |
|---|---|
| ILLINOIS PROFESSIONAL  (Check primary contact) θ  DESIGN FIRM REG. # | (Check if primary contact) θ |
| BUSINESS NAME  JENSON + HALSTEAD  LTD | BUSINESS NAME  MORRIS ENGINEERING |
| CONTACT NAME  DAVID DASTUR | CONTACT NAME  PAM OTERO |
| ADDRESS  358 W. ONTARIO STREET | ADDRESS  5100 S. LINCOLN  (RT 53) |
| CITY, STATE, ZIP.  CHICAGO IL  60610 | CITY, STATE, ZIP.  LISLE IL  60532 |
| PHONE 312 ) 664 - 7557 | PHONE (630) 271 - 0770 |
| FAX  312 ) 664 - 7558 | FAX  (630) 271 - 0774 |
| E-MAIL DDASTUR@ JENSEN AND HALSTEAD .com | E-MAIL |

I HEREBY CERTIFY THAT THESE PLANS WERE PREPARED BY ME OR UNDER MY SUPERVISION, AND TO THE BEST OF MY KNOWLEDGE, COMPLY WITH ALL CODES.

**ARCH or STRUCT or (P.E. for Mech. Elect. Plumb.)**    (SIGNATURE) _DAVID DASTUR_ / _SE_

COFO – Permit Application                                    Page 3 of 3

# COMC – COMMERCIAL MISCELLANEOUS (Temporary) - APPLICATION FORM
(Dumpsters, Tents, Trailers (Construction & Sales)

**06-5760. TRLR**
240 N OAKHURST DR
CONSTRUCTION TRAILER
GEMINI OFFICE DEVELOPMENT

| FOR OFFICIAL USE ONLY | TOTAL FEE | *57 per NP* |
|---|---|---|

PERMIT APPLICATION NO.
**06 - 5760**

| | BLDG | |
| | PLRV | |
| | C.O. | |
| | F.I.F. | |

SUBMITTED *12 4 06*
NOTIFIED *12 11 06*
ZONING *PDD*

WEB www.AURORA-il.org
FAX          (630) 892-8112
TELEPHONE   (630) 892-8088

**AURORA**
The City of Lights

DIVISION OF BUILDING & PERMITS
65 WATER STREET
AURORA, ILLINOIS 60505

## LAND / PARCEL INFORMATION

PROPERTY ADDRESS *240 N. OAKHURST*

SUBDIVISION *FOX VALLEY EAST* UNIT / PHASE # *52 OAKHURST* LOT # *2*

| COUNTY (CHECK ONE) | ☐ KANE  ☒ DuPAGE  ☐ KENDALL  ☐ WILL | TOWNSHIP (CIRCLE ONE) 11 12 06 14 15 07 03 01 | TOWNSHIP SECTION # *20* |
|---|---|---|---|

(Call tax assessor's office with questions)          BLOCK # (if known) *302*   LOT# (if known) *081*

PROPERTY OWNER *& GEMINI OFFICE DEVELOPMENT*
Contact Name *THOMAS LEHMAN*

TENANT *& GEMINI OFFICE DEVELOPMENT*
Contact Name *DAINIUS PETRONIS*

OWNER'S ADDRESS *6301 S CASS AVE. STE 301*
*WESTMONT, IL 605*

ADDRESS *ONE SOUTH WACKER DR. STE. 800*
*CHICAGO IL. 60606*

PHONE # (          )
FAX # (          )
E-MAIL

PHONE # ( *630* ) *302- 0630*
FAX # ( *312* ) *634- 5525*
E-MAIL

## ZONING INFORMATION

| Zoning Classification (CHECK ONE) | θ R-1  θ R-4  θ B-1 | θ R-2  θ R-4A  θ B-2 | θ R-3  θ R-5  θ B-3 | θ PDD  θ R-5A  θ B-B |
|---|---|---|---|---|

θ SPECIAL USE
[ CHECK IF APPLICABLE ]

| θ M-1  θ M-2 | | | |
| θ O   θ ORI   θ RD   ☒ PDD | | | |
| θ DC   θ DF   C.O.A. Required | | | |

## OCCUPANCY CLASSIFICATION

Existing Use / Occupancy

Proposed Use / Occupancy *B- BUSINESS*

θ Single Occupancy (302.1)
  θ w/ Incidental use (302.1.1)
  θ w/ Accessory use (302.2)
    < 10% of area & < allowable for Acc.

θ Mixed Occupancy (302.3)
  θ non-separated
  θ separated attach sum of ratios
    calculation per section (504)

Check all Occupancy Classifications that apply below.

| | | | | |
|---|---|---|---|---|
| Assembly | θ A-1 | θ A-2 | θ A-3 | θ A-4 | θ A-5 |
| Business, Education, Factory | θ B | θ E | | θ F-1 | θ F-2 |
| Hazardous | θ H-1 | θ H-2 | θ H-3 | θ H-4 | θ H-5 |
| Institutional | θ I-1 | θ I-2 | θ I-3 | θ I-4 | θ I-5 |
| Mercantile, Residential | θ M | | θ R-1 | θ R-2 | |
| Storage, Utility | θ S-1 | θ S-2 | | θ U | |

## PLOT PLAN SKETCH w/ SETBACK INFORMATION

*SEE ATTACHED*
*TEMPORARY OFFICE TRAILER SET up.*

STREET _____

TOTAL COST OF IMPROVEMENTS $ *1400*

COMC – Permit Application

*57.00*

Page 1 of 3

000744

Address _____     Application #  _____- _____

## CONTRACTOR REGISTRATION INFORMATION

**GENERAL CONTRACTOR**  (Check primary contact) θ
CITY OF AURORA
G.C. REGISTRATION #  _____ - _____

BUSINESS NAME   KRAHL CONSTRUCTION

CONTACT NAME   KEVIN HORN

ADDRESS   322 S. GREEN ST. 300 R/L

CITY, STATE, ZIP   CHICAGO IL 60607

N/A   θ      PHONE ( 312 ) 648 - 9800

FAX   (312) 648 - 4604

E-MAIL   KHORN@KRAHLCONSTRUCTION

---

**ELECTRICAL CONTRACTOR**     (primary contact) θ
CITY OF AURORA
ELECT. REGISTRATION # _____

BUSINESS NAME   TIMM ELECTRIC INC.

CONTACT NAME   THOMAS J. McGANN

ADDRESS   17832 MILLS ROAD

CITY, STATE, ZIP   JOILET , IL 60433

N/A   θ      PHONE ( 815 ) 723 - 4501

FAX   (815) 723 - 7243

E-MAIL _____

---

**CERTIFICATION**

This is an application only.  Completion of this application
does NOT entitle the commencement of construction. I,
(the applicant) agree to conform to all applicable laws of
the City of Aurora. I also agree that all work performed
will be in accordance with the plans and specifications as
set forth in the approved permit. I understand that the
approval of this application and issuance of a permit does
not obviate the need to comply with all applicable laws
and ordinances.  I agree to hold harmless and indemnify
the City of Aurora for any claim against the City as the
result of any act of commission or omission by or on
behalf of the undersigned, his/her agent, principle,
contractor, subcontractor or supplier.  I the undersigned
am the Owner or a duly contracted representative of the
owner of said property.

CONTRACTOR  KRAHL CONSTRUCTION
                                                        (PRINT)

CONTRACTOR  Kevin J Horn
                                                        (SIGNATURE)

                            **OR**

OWNER  _____
                                                        (PRINT)

OWNER  _____
                                                        (SIGNATURE)

---

**PLUMBING CONTRACTOR**     (primary contact) θ
CITY OF AURORA
PLUMBING REGISTRATION # _____

BUSINESS NAME _____

CONTACT NAME _____

ADDRESS _____

CITY, STATE, ZIP _____

N/A   θ      PHONE ( ____ ) _____ - _____

FAX   ( ____ ) _____ - _____

E-MAIL _____

---

**MECHANICAL CONTRACTOR**     (primary contact) θ
CITY OF AURORA
HVAC REGISTRATION # _____ - _____

BUSINESS NAME _____

CONTACT NAME _____

ADDRESS _____

CITY, STATE, ZIP _____

N/A   θ      PHONE ( ____ ) _____ - _____

FAX   ( ____ ) _____ - _____

E-MAIL _____

---

**NOTE:**  MASS GRADING AND WORK IN THE PUBLIC RIGHT OF WAY MUST BE PERMITTED **SEPERATELY.**

C000745

Address _____                          Application # _____ - ___

| BUILDING INFORMATION | | |
|---|---|---|
| Dumpster | o NO  X YES | Comply with all applicable dumping and hauling regulations. |
| Construction Trailer | o NO  X YES | Provide Porta-Toilets in quantities prescribed by State of Illinois Plumbing Code |
| Const. / Sales Trailer | o NO  o YES | Sales Trailers need to be accessible to the public. Provide ramps, railings and paved HC spaces. |
| Sales Tent | o NO  o YES | Tents need to be fire retardant, provide a copy of the certification of fire resistance. |

| BUILDING AREA | | BUILDING COST | |
|---|---|---|---|
| [FOR NEW AREA - PERMIT FEES ARE A FUNCTION OF SQUARE FOOTAGE] | | [FOR REMODEL - PERMIT FEES ARE A FUNCTION OF CONSTRUCTION $] | |
| SF PRINCIPAL-NEW / ADDITION ~~24,000~~ SF | | PRINCIPAL NEW / ADD $ ~~4,000,000 00~~ | |
| SF MEZZANINE _____ SF | | | |
| SF PRINCIPAL-REMODELED _____ SF | | REMODELED $ _____ | |
| SF ACCESSORY _____ SF | | ACCESSORY $ _____ | |
| SF BASEMENT / CRAWL _____ SF | | BASEMENT / CRAWL $ _____ | |
| TOTAL ~~24,000~~ SF 288 | | TOTAL $ 1410 | |

| ELECTRICAL INFORMATION | | MECHANICAL INFORMATION | |
|---|---|---|---|
| ELECTRICAL WORK? | o NO  X YES | MECHANICAL WORK? | o NO  X YES |
| ELECTRIC SERVICE SIZE 100 AMPS  o EXIST o NEW | | MECHANICAL DUCT WORK | o EXIST o NEW |
| # OF SETS OF SERVICE CONDUCTORS _____ | | TYPE HVAC | o RTU o SPLIT SYST o UNIT HTRS |
| SIZES OF SERVICE CONDUCTORS _____ | | # BTU'S | o A/C o BOILER o EXHAUST |

| WRITTEN DESCRIPTION OF CONSTRUCTION WORK |
|---|

Set up of New Temporary Construction Trailer - 36' X 8'
DEC - JUNE 2007

## APPLICATION REQUIREMENTS FOR COMMERCIAL ACCESSORY STRUCT

Applicable Building codes are as follows (City of Aurora – Building Code and Electrical Code Amendments also apply):
**2000 INTERNATIONAL BUILDING CODE and the following:**

| 2000 International Fire Code | 2000 International Plumbing Code | Illinois State Plumbing Code |
|---|---|---|
| 2000 International Mechanical Code | 1999 National Electric Code | Illinois Accessibility Code |

The following items shall constitute a **complete building permit submittal.** Upon submittal acceptance, a permit application number shall be issued to the applicant and all future contact with the Building and Permits Division will require this number. At time of submittal one project contact, shall be identified by the applicant (please check the appropriate party as the "primary contact" on the application form). All correspondence between City of Aurora Division of Building and Permits and the applicant will be directed to this individual.

SUBMITTALS TO THE BUILDING AND PERMITS DIVISION ARE INDICATED BELOW. COLLATE YOUR SUBMITTAL INTO THREE SETS (B,C & D).
A.    Completed Permit application.
B.    Three (3) copies of architectural site plan or civil engineering drawings indicating: all lot lines, building setbacks, existing structures, parking layout, curb cuts, light pole details, grading plan, utility plans and all fire hydrants within 500' of any property line. (For Zoning, Fire Prevention, and accessibility reviews). Include a Plat of survey and legal description on all parcels, which have not been issued street addresses.
   1.   Complete Electrical plans with balanced panel schedules, load calculations, and one-line service diagrams indicating all components and sizes.
   2.   Provide details of Accessible ramps, guardrails, handrails and parking spaces and signage if a Sales Trailer.

SUBMITTALS INDEPENDENT OF THE BUILDING AND PERMITS DIVISION ARE INDICATED BELOW (WITH A □ - CHECK BOX)
☐ If doing any mass grading work or work in the Public Right of Way; Submit two (2) complete sets of civil engineering drawings to the City of Aurora Engineering Department, 44 E. Downer Place. Attention Pete Haurykiewicz, (630)-844-3620. No building permits will be issued without City of Aurora Engineering Department approval and Engineering Department issued street address.
☐ Obtain sanitary connection permit and yellow card from Fox Metro Water Reclamation District; Engineering (630) 301-6882. Return this to the City of Aurora Building and Permits for attachment to permit application.
☐ If dumpster is placed on public sidewalk or on any public street or right of way, you must obtain a letter of approval from Randy Risvold from Neighborhood Standards. He may be reached at (630) 897-4589.

   Note:  All Signage requires separate permitting though the Building and Permits Division.
          Work in Public Right of Way requires separate permitting though City of Aurora Engineering.

Review times for complete application with identified City of Aurora registered contractors and complete construction documents are approximately 1 week. For any questions please feel free to contact the City of Aurora Building and Permits Division. (630) 892-8088.

000746

C-Bu
06·3S29

# SIGN - SIGNAGE APPLICATION FORM

| FOR OFFICIAL USE ONLY | | |
|---|---|---|
| **TOTAL FEE** 148.00 | | |
| PERMIT APPLICATION NO. 07-746 | Number of Signs (inc. each side) ___ x $74 = ___ | |
| SUBMITTED 3/22/07 | Total of S.F. in excess of 50 S.F. (ea. sign evaluated individually) | **AURORA** The City of Lights |
| NOTIFIED 4/3/07 | ___ x $0.31 = ___ | |
| ZONING PDD | WEB www.AURORA-il.org | **DIVISION OF BUILDING & PERMITS** |
| Qui 4/2 | FAX (630) 892-8112 TELEPHONE (630) 892-8088 | 65 S WATER ST AURORA, ILLINOIS 60505 |

## LAND / PARCEL INFORMATION

**PROPERTY ADDRESS** 240 N. Oakhurst Drive

| SUBDIVISION | UNIT / PHASE # | LOT # | PARCEL # 07-20-302-081 |
|---|---|---|---|

| COUNTY (CHECK ONE) | ☐ KANE ☐ KENDALL | ☐ DuPAGE ☐ WILL | **TOWNSHIP** 11 12 04 (CIRCLE ONE) 14 18 00 03 01 | **TOWNSHIP SECTION #** 20 **BLOCK #** (if known) 302 | **LOT#** (if known) 081 |
|---|---|---|---|---|---|

(Call tax assessor's office with questions)

| PROPERTY OWNER & | TENANT & |
|---|---|
| Contact Name GEMINI OFFICE DEVELOPMENT THOMAS LEHMAN | Contact Name UNKNOWN AT THIS TIME |
| OWNER'S ADDRESS ONE SOUTH WACKER DR. #H CHICAGO, IL 60606 | ADDRESS |
| PHONE # (630) 963-8184 | PHONE # ( ) |
| FAX # (630) 963-4475 | FAX # ( ) |
| E-MAIL TWLEHMAN@AMERITECH.NET | E-MAIL |

## ZONING INFORMATION

**Zoning** (CHECK ONE)
**Classification**

☐ R-1  ☐ R-2  ☐ R-3
☐ R-4  ☐ R-4A  ☐ R-5  ☐ R-5A
☐ B-1  ☐ B-2  ☐ B-3  ☐ B-B
☐ M-1  ☐ M-2
☐ O  ☐ ORI  ☐ RD  ☒ PDD
☐ DC  ☐ DF   C.O.A. Required

☐ SPECIAL USE (CHECK IF APPLICABLE)

## SUBMITTAL REQUIREMENTS

☒ DIMENSIONED SIGNAGE DRAWINGS
☒ PLOT PLAN W/ SETBACKS DIMENSIONS
**OR**
☐ DIMENSIONED BUILDING ELEVATIONS

## SIGNAGE INFORMATION

VERBIAGE ON SIGN
NOT KNOWN AT THIS TIME - TENANT IS NOT DETERMINED

Cost of Electrical Work   $ ≤ 5000
Cost of Signage Work     $ ≤ 4500

SIGN – Permit Application

## SIGNAGE INFORMATION

☐ **WALL SIGN**                    (sgnw)
SIGN DIMENSIONS
WIDTH_____ HEIGHT_____ AREA_____ SF
SIZE OF BUILDING FAÇADE
WIDTH_____ HEIGHT_____ AREA_____ SF
CUMULATIVE DIMENSIONS of existing SIGNAGE
WIDTH_____ HEIGHT_____ AREA_____ SF

☒ **SITE SIGN ( MONUMENT & POLE )** (sgns)
SIGN DIMENSIONS
WIDTH 12'0" HEIGHT 4'1¾" AREA 44

| BASE OR POLE HEIGHT N/A | OVERALL HEIGHT 3'11¾" |
|---|---|

SMALLEST SETBACK DISTANCE 30'
NUMBER OF SIDES TO SIGN 2

Page 1 of 3

000747

Address _240 N. OAKHURST DRIVE_                    Application # _-_

## CONTRACTOR REGISTRATION INFORMATION

**SIGNAGE CONTRACTOR**  (Check primary contact) ☐
CITY OF AURORA
G.C. REGISTRATION. # _0 6 - 13969_

BUSINESS NAME  _Krahl Const_
CONTACT NAME  _Scott_
ADDRESS  _cell - 312.735.6397_
CITY , STATE ZIP
N/A ☐        PHONE (    ) ____ - ____
            FAX   (    ) ____ - ____
            E-MAIL

**CERTIFICATION**
This is an application only. Completion of this application does Not entitle the commencement of construction. I, the applicant agrees to conform to all applicable laws of the City of Aurora. I also agree that all work performed will be in accordance with the plans and specifications as set forth in the approved permit. I understand that the approval of this application and issuance of a permit does not obviate the need to comply with all applicable laws and ordinances. I agree to hold harmless and indemnify the City of Aurora for any claim against the City as on the result of any act of commission or omission by or on behalf of the undersigned, his/her agent, principle, contractor, subcontractor or supplier. I the undersigned am the Owner or a duly contracted representative of the owner of said property.

CONTRACTOR _KRAHL CONSTRUCTION_
                                (PRINT)
CONTRACTOR _Scott K___
                                (SIGNATURE)

            **OR**

OWNER  _____
                                (PRINT)

OWNER  _____
                                (SIGNATURE)

---

**ELECTRICAL CONTRACTOR**   (primary contact) ☐
CITY OF AURORA
ELECT. REGISTRATION # _06 - 0000 3600_

BUSINESS NAME  _TIMM ELECTRIC_
CONTACT NAME  _TOM McGRAW JR_
ADDRESS  _17832 MILLS RD_
CITY , STATE ZIP  _JOLIET IL 60433_
N/A ☐        PHONE (815) _723_ - _4501_
            FAX (815) _723_ - _7243_
            E-MAIL

---

**PLUMBING CONTRACTOR**        (primary contact) ☑
CITY OF AURORA
PLUMBING REGISTRATION # _____ - ____

BUSINESS NAME  _____
CONTACT NAME  _____
ADDRESS  _____
CITY , STATE ZIP  _____
N/A ☐        PHONE (    ) ____ - ____
            FAX   (    ) ____ - ____
            E-MAIL

**MECHANICAL CONTRACTOR**   (primary contact) ☐
CITY OF AURORA
HVAC REGISTRATION # _____ - ____

BUSINESS NAME  _____
CONTACT NAME  _____
ADDRESS  _____
CITY , STATE ZIP  _____
N/A ☐        PHONE (    ) ____ - ____
            FAX   (    ) ____ - ____
            E-MAIL

SIGN – Permit Application                                    Page 2 of 3

000748

LOMBARD
ARCHITECTURAL PRECAST
PRODUCTS CO.
4245 W. 123rd STREET
ALSIP, ILLINOIS 60803
PHONE (708) 389-1060



PROJECT    GEMINI OUTPATIENT FACILITY
GEMINI OFFICE DVELOPMENT
AURORA, ILLINOIS

ARCHITECT    JENSEN & HALSTEAD LTD

CONTRACTOR    KRAHL CONSTRUCTION

JOB USE: 2-8-07

| REVISIONS | |
|---|---|
| NO. | REVISION |
| 1 | PER APPROVAL |
| | 1-17-07 |
| | |
| | |
| | |
| | |
| | |
| | |

DIETZ
ENGINEERING, INC.
190 GARDNER AVE., #9
BURLINGTON, WI 53105
TEL 262-763-4402
FAX 262-763-4492

| DRWN | DATE |
|---|---|
| JDD | 12-15-06 |

| CHKD | DATE |
|---|---|
| RTD | 12-15-06 |

JOB NO.
6037

SHEET NO.
E1.3    OF

#0624

000749



SIGNAGE SQUARE FOOTAGE
IS 44 S.F.

Abcdefg Hijklmnop

240 N. OAKHURST

6" H. X ¾" D. LETTERS

10" H. X ¾" D. LETTERS

3" TYP.

12'-6"

10'-6"

2'-0"

2'-0"

12'-0"

4'-0"

2'-0"

STREET
SIDE

BUILDING
SIDE

FRONT ELEVATION

**34** SIGN ELEVATION

Footing to be concrete 13' long x 2' wide
3'-6" below grade

This illustrates
not coused at this time

All signage lettering By owner.
size and location, Tenant

**07.-1982. ALRM**

**240 N OAKHURST DR**
GEMINI OFFICE
**ALRM – COMMERCIAL FII** GEMINI OFFICE DEVELOPMENT

| FOR OFFICIAL USE ONLY | TOTAL FEE | 715 |
|---|---|---|
| PERMIT APPLICATION NO | BLDG | 650 |
| 0 -1982 | PLRV | 65 |

SUBMITTED 9 17 07
NOTIFIED / /
ZONING / /

WEB www.AURORA-il.org
FAX        (630) 892-8112
TELEPHONE  (630) 892-8088

**AURORA**

**DIVISION OF BUILDING & PERMITS**
**65 WATER STREET**
**AURORA, ILLINOIS 60505**

## LAND / PARCEL INFORMATION

PROPERTY
ADDRESS _240 N. Oakhurst Dr - Aurora, IL. 60504_

IS THIS WORK ASSOCIATED WITH OTHER CONSTRUCTION? ☒YES ☐ NO
IF YOU ANSWERED YES, PLEASE PROVIDE BUILDING PERMIT NUMBER _06 .00003529_

| COUNTY | ☐KANE | ☒DuPAGE | TOWNSHIP | 11 12 04 | TOWNSHIP SECTION # _Section 20 Twshp 38 N. Range 9_ |
|---|---|---|---|---|---|
| (CHECK ONE) ☐ KENDALL | ☐ WILL | (CIRCLE ONE) | 14 15 07 | |
| | | | 03 01 | BLOCK # (if known) _____ LOT# (if known) _2_ |

(Call tax assessor's office with questions)

PROPERTY OWNER &                                    TENANT &
Contact Name _Thomas Lehman_                        Contact Name _Same_

OWNERS ADDRESS _1. Wacker Suite 400_               ADDRESS _____

_Chicago, IL 60606_

PHONE # ( 630 ) _963-8184_        PHONE # ( ) _____
FAX # ( 630 ) _963-4475_          FAX # ( ) _____
E-MAIL _tlehman@bgcitech.net_    E-MAIL _____

## ZONING INFORMATION
## OCCUPANCY CLASSIFICATION

Existing Use / Occupancy _Vacant PDD_

Proposed Use / Occupancy _Medical office bldg_

Check all Occupancy Classifications that apply below.

| | | | | | |
|---|---|---|---|---|---|
| Assembly | ☐A-1 | ☐A-2 | ☐A-3 | ☐A-4 | ☐A-5 |
| Business, Education, Factory | ☐B | ☐E | | ☐F-1 | ☐F-2 |
| Hazardous | ☐H-1 | ☐H-2 | ☐H-3 | ☐H-4 | ☐H-5 |
| Institutional | ☐I-1 | ☐I-2 | ☐I-3 | ☐I-4 | ☐I-5 |
| Mercantile, Residential | ☐M | | ☐R-1 | ☐R-2 | |
| Storage, Utility | ☐S-1 | ☐S-2 | ☐U | | |

## PROPOSED WORK

New Alarm System                    ●

Existing System: adding devices?    0

Change of Monitoring?               0

White Envelope Alarm?               θ

Other _____           0

TOTAL COST OF IMPROVEMENTS $ _37,000_

[FOR ALARMS -PERMIT FEES ARE A FUNCTION OF CONSTRUCTION S]

ALARM – Permit Application                                    Page 1 of 3

000751



**07.-1982. ALRM**
240 N OAKHURST DR
GEMINI OFFICE
GEMINI OFFICE DEVELOPMENT R2



**CES** Commercial
Electronic
Systems, Inc.
*Integrated Systems Solutions*

Date:  5/31/07

# Transmittal

**To:** Aurora Building Dept.

65 Water St.

Aurora, IL.  60505

**From:** KEN GROSSINGER

CAD Dept

CES

**Attn:** Mike Buenger

**Cc:** Mike Gilson

**Phone:**  815/741-3333

**Fax #:**  815/741-3345

**Re.** Re-Submittal Drawings per Review Comments 5/24/07

**Job:** Gemini Outpatient Facility - #61205

Enclosed please find THREE (3) sets of drawings for fire alarm systems re-submittal purposes.

If you have any questions please don't hesitate to give us a call.

From:     **KEN GROSSINGER**            Received by:

CES        2447 Reeves Road        Joliet, IL  60436        815.741.3333        Fax: 815.741.3345
*www.cesteleco.com*

C00752

CORP/LLC - CERTIFICATE OF GOOD STANDING          http://www.ilsos.gov/corporatellc/CorporateLlcController



SERVICES     PROGRAMS     PRESS     PUBLICATIONS     DEPARTMENTS     CONTACT

## LLC FILE DETAIL REPORT

| Entity Name | PARTNERS IN DEVELOPMENT, USA, LLC | File Number | 00728349 |
|---|---|---|---|
| Status | GOODSTANDING | On | 05/31/2007 |
| Entity Type | LLC | Type of LLC | Domestic |
| File Date | 06/11/2002 | Jurisdiction | IL |
| Agent Name | F&L CORP. | Agent Change Date | 06/03/2004 |
| Agent Street Address | 321 N. CLARK ST., STE. 2800 | Principal Office | 1089 CHURCHILL DRIVE BOLINGBROOK 60440 |
| Agent City | CHICAGO | Management Type | MBR |
| Agent Zip | 60610 | Dissolution Date | PERPETUAL |
| Annual Report Filing Date | 05/31/2007 | For Year | 2007 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

**Return to the Search Screen**                    Purchase Certificate of Good Standing
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

8/30/2007 11:12 AM

000753