

STATE OF ILLINOIS )
COUNTIES OF KANE, DUPAGE )
KENDALL AND WILL )
CITY OF AURORA )

## CERTIFICATE

I, Cheryl M. Vonhoff, DO HEREBY CERTIFY THAT I am the City Clerk of the City of Aurora, Kane, DuPage, Kendall and Will Counties, Illinois and, as such officer, I have the lawful power and duty to keep a record of all proceedings of the City Council of said City, and of all Ordinances and Resolutions presented to or passed by said City Council.

I DO HEREBY FURTHER CERTIFY that the foregoing document is a true, correct and complete copy of O99-30, now on file in my office and that the proceedings of the City Council of said City at the meeting duly called and held on April 13, 1999, were in accordance with applicable law, at which a quorum was present and acting throughout.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Corporate Seal of the City of Aurora, Illinois this 12th day of December, 2007

Cheryl M. Vonhoff
Cheryl M. Vonhoff
City Clerk
City of Aurora, Illinois

(SEAL)

ORIGINAL

**CITY OF AURORA, ILLINOIS**
**ORDINANCE NO. [illegible]**
**DATE OF PASSAGE [illegible]**

**AN ORDINANCE AMENDING ARTICLE IV ENTITLED "DEPARTMENTS" OF CHAPTER 2 OF THE AURORA CODE OF ORDINANCES**

[illegible] is a home rule unit under subsection (a) of Section 6 of Article VII of the Illinois Constitution of 1970; and

WHEREAS, subject to said Section, a home rule unit may exercise any power and perform any function pertaining to its government and affairs for the protection of the public health, safety, morals and welfare; and

WHEREAS, in furtherance of its home rule powers, it is necessary and desirable for the City of Aurora to amend its ordinances regulating the departmental organization of the City;

NOW, THEREFORE, BE IT ORDAINED by the City Council of the City of Aurora, Illinois, as follows:

Section One: That Sections 2-276 through 2-289 of Article IV of Chapter 2 of the Aurora Code of Ordinances be and are hereby amended as follows:

ARTICLE IV. DEPARTMENTS

Sec. 2-276. Established.

The following departments are established:

(1) Community development department.
(2) Public property department.
(3) Finance department.
(4) Fire department.
(5) Organizational development. ~~Neighborhood services department.~~
(6) Law department.
(7) Personnel and labor relations department.
(8) Police department.
(9) Public works department.

**Sec. 2-277. Department heads.**

**Sec. 2-278. Departmental divisions, subdivisions and division heads of them.**

Departments may be organized into divisions and subdivisions. Each division and subdivision shall be under the control of a division head and subdivision head, respectively. Each division head shall be appointed by the mayor and confirmed by the council. Each division head shall be under the direction and control of and report to the department head of the department of which the division [illegible] and has full authority to manage the division to which he is assigned. Each subdivision head shall be under the direction and control of and report to the division head of the division of which the subdivision is a part and has full authority to manage the subdivision to which assigned. The job description of each department and division and subdivision head shall be as established by the mayor city council.

**Sec. 2-279. Assistant department/division heads.**

**Sec. 2-280. Community development department.**

(a) The community development director is the department head of the community development department.

(b) The community development department is divided into the following divisions:

(1) Division of building and permits and zoning enforcement. The division head of this division is the building and permits zoning director.

(2) (1) Division of property standards code enforcement. The division head of this division is the property standards director code enforcement officer.

(3) (2) Division of planning. The division head of this division is the deputy planning director of community development or the designee of the community development director.

(4) Division of land use and zoning. The division head of this division is the deputy director of community development or the designee of the community development director.

(5) Division of downtown development. The division head of this division is the administrator of downtown development/riverwalk.

(6) Division of historic preservation. The division head of this division is the historic preservation director.

(7) Division of neighborhood redevelopment. The division head of this division is the neighborhood redevelopment director. The neighborhood redevelopment division shall also include the subdivision of community resource center management.

(8) Division of downtown services. The division head of this division is the downtown services director. The downtown services division shall also include the subdivisions of motor vehicle/transit centers, civic activities and cable access.

(c) The functions of the community development department shall be as established by state law, city ordinance or and city resolution and at the administrative direction of the mayor.

**Sec. 2-281. Public property department.**

(a) The public property director is the department head of the public property department.

(b) The public property department is divided into the following divisions:

(1) Division of equipment services maintenance. The division head of this division is the fleet operations director superintendent of equipment maintenance.

(2) Division of motor vehicle parking system. The division head of this division is the superintendent of motor vehicle parking system.

(3) Division of parks. The division head of this division is the superintendent of parks. The park division shall also include the subdivisions of golf course operation, animal control and youth services.

(4) Division of streets and electricity. The division head of this division is the public property director superintendent of streets. The streets division shall also include the subdivisions of electrical operation and recycling/sanitation.

(5) Division of water and sewer maintenance. The division head of this division is the superintendent of water and sewer maintenance.

(c) The functions of the public property department shall be as established by state law, city ordinance or and city resolution and at the administrative direction of the mayor.

**Sec. 2-282. Finance department.**

(a) The finance director is the department head of the finance department.

(b) The finance department is divided into the following divisions:

(1) Division of accounting accounts. The division head of this division is the finance director or his designee.

(2) Division of management information systems data processing. The division head of this division is the management information systems director data processing manager.

(3) Division of revenue licenses and collection. The division head of this division is the finance director or his designee.

(4) Division of purchasing and central administrative services. The division head of this division is the director manager of purchasing and central administrative services.

(5) Division of water meter reading and billing. The division head of this division is the water billing manager supervisor.

(6) Division of budget. The division head of this division is the finance director or his designee.

(c) The functions of the finance department shall be as established by state law, city ordinance or and city resolution and at the administrative direction of the mayor.

**Sec. 2-283. Fire department.**

* * *

(c) The functions of the fire department shall be as established by state law, city ordinance or and city resolution and at the administrative direction of the mayor.

**Sec. 2-284. Organizational development Neighborhood services department.**

(a) The organizational development neighborhood services director is the department head of the organizational development neighborhood services department.


000904

(b) The neighborhood services department is divided into the following divisions:
(1) Division of animal control. The division head of this division is animal control coordinator.
(2) Division of civic activities. The division head of this division is the civic activities coordinator.
(3) Division of historic preservation commission. This division is staffed by the historic preservation commission planner.
(4) Division of public information and complaints. The division head of this division is the public information and complaint coordinator.
(5) Division of neighborhood redevelopment. The division head of this division shall be neighborhood services director.
(6) Division of youth activities. The division head of this division is the youth activities coordinator.
(c) The functions of the organizational development neighborhood services department shall be as established by state law, city ordinance or and city resolution and at the administrative direction of the mayor. The department shall provide staffing and liaison for the various commissions and committees of the city including but not limited to, the public art commission, the human relations commission, the grand army of the republic memorial commission and the riverwalk commission.

**Sec. 2-285. Law department.**

(c) The functions of the law department shall be as established by state law, city ordinance or and city resolution and at the administrative direction of the mayor.

**Sec. 2-286. Personnel and labor relations department.**

(b) The functions of the personnel and labor relations department shall be as established by state law, city ordinance or and city resolution and at the administrative direction of the mayor.

**Sec. 2-287. Police department.**

* * *

(c) The functions of the police department shall be as established by state law, city ordinance or ~~and city~~ resolution and at the administrative direction of the mayor.

**Sec. 2-288. Public works department ~~generally~~.**

(a) The public works director is the department head of the public works department ~~and shall serve as city engineer~~.

(b) The public works department is divided into the following divisions:

(1) Division of airport. The division head of this division ~~department~~ is the airport manager.

(2) Division of engineering. The division head of this division is the city engineer ~~public works director~~.

(3) Division of water and sewer administration, production and meter maintenance. The division head of this division is the superintendent of water production.

(4) Division of water and sewer maintenance. The division head of this division is the superintendent of water and sewer maintenance.

(d) The functions of the public works department shall be as established by state law, city ordinance or [illegible] resolution and at the administrative direction of the mayor. [illegible] division [illegible]

(e) Chapter [illegible], article III. (Ed. Note: These are unrelated corrections.) [illegible] Section [illegible] Appeals from decisions of public works department.

Section Two: That this ordinance shall be in full force and effect and shall be controlling upon its passage and approval.

Section Three: That all ordinances or parts of ordinances thereof in conflict herewith are hereby repealed to the extent of any such conflict.

Section Four: That any Section or provision of this ordinance that is construed to be invalid or void shall not affect the remaining Sections or provisions which shall remain in full force and effect thereafter.

PASSED by the City Council of the City of Aurora, Illinois, on April 13, 1999.

AYES 10 NAYES 0

APPROVED AND SIGNED by the Mayor of the City of Aurora, Illinois, on April 13, 1999.

[signature]
Mayor

ATTEST:

[signature]
City Clerk

City of Aurora
Law Department
44 East Downer Place
Aurora, IL 60507

# City of Aurora: Organization Chart – Part I Departments

Citizens of Aurora

City Council

Mayor
David L. Stover

Aldermen's Office

Fire
Chief Gerald Stevens

Public Works
Robert Rieser

Boards & Commissions

Police
Chief Larry Langston

Public Properties
Rosario DeLeon

Finance
Brian Caputo

City Clerk
Cheryl Vonhoff

Personnel & Labor Relations
Deborah Porter

Organizational Development
Thomas Weisner

Law
Patricia Supergan

Community Development
William Wiet

March 1999

000906

# City of Aurora: Organization Chart - Part II
## Departments with Reporting Divisions

008

March 1999

# City of Aurora

Mayor's Office • 44 E. Downer Place • Aurora, Illinois 60507-2067 • (630) 844-[illegible]
FAX (630) 892-[illegible]

David L. Stover
Mayor

March [illegible], 199[illegible]

TO: Government Operations Committee
Alderman Ken Hinterlong, Chairman
Ald. [illegible]
Alderman [illegible] Nelson

FROM: [illegible]

RE: Ordinance Amending Article IV, Entitled "Departments" of Chapter 2 of the Aurora Code of Ordinances

I am forwarding to you correspondence and an ordinance for the above-mentioned for your information and review.

Please have the members of your committee review this matter at your next Committee meeting.

Enclosures

cc: Alderman [illegible] Cross, Alternate
[illegible] Supergan
Steven Kadder

C00909

R E C O [illegible] D A T I O N

TO: THE COMMITTEE OF THE WHOLE

FROM: THE GOVERNMENT OPERATIONS COMMITTEE

THE GOVERNMENT OPERATIONS COMMITTEE AT THEIR [illegible] TUESDAY, MARCH [illegible], 1999 MEETING RECOMMENDED [illegible] APPROVAL [illegible] OF AN ORDINANCE AMENDING ARTICLE IV, ENTITLED "DEPARTMENTS" OF CHAPTER 2 OF THE AURORA CODE OF ORDINANCES.

VOTE: [illegible]

SUBMITTED BY: [signature]

KENNETH [illegible], CHAIRMAN

[signature]

ALDERMAN SOHOKETA HART-BURNS

[signature]

ALDERMAN CHUCK NELSON,

ALDERMAN BILL CROSS, ALTERNATE

DATED THIS 24 TH DAY OF MARCH, 1999