

XX.XX] PROP. ELEVATION

▬▬▬ PROPERTY LINE

- - - - EASEMENT LINE

— — BUILDING LINE

∞∞∞ SILT FENCE & SAFETY FENCE
(CAN NOT BE ORANGE)

•—• DOWNSPOUT (TYP) WITH DIRECTION

═©) SUMP OUTLET

⌐ WINDOW WELL, 24" x 36"

⌐ EGRESS WINDOW WELL, 36" x 42"

/F TOP OF FOUNDATION ELEVATION

/F GARAGE FLOOR ELEVATION

/L BRICK LEDGE ELEVATION

▶ OVERFLOW ROUTE

### BENCHMARK

N TOP OF CURB ADJACENT TO THE FIRST
OF OAKHURST DRIVE ON THE NORTH SIDE
AKES DRIVE.

705.61

### BENCHMARK

N TOP OF CURB ADJACENT TO HYDRANT
HE CORNER OF LOTS 20 AND 30 IN
IT 52.

707.33

S. REFERENCE M
NCHMARK LIST F
CEMCON, LTD.)

### SITE BEN

N TOP OF CURE
TH OF EAST NEV
OAKHURST DRI

717.13

### SITE BEN

N TOP OF CUR
ANT SOUTH OF EAST NEW TURK LINE
E OF OAKHURST DRIVE.

715.41

HOLD     FOR
CMT     Final Punch list

12/04/07 ☉

11/30/07
John, Can you
please review?
T/T Ken and this
takes priority over
N. Ave S.S.  Dan F.

4 Certification

... upon the survey information
ed by the Final Plat of Survey
ugust 1st, 2007 by Midwest Technical
nts, we find that the as-built
information is in substantial conformance
with the original approved site plan. 000911

**3-1**

PARTNERS IN DEVELOPMENT

**THOMAS W. LEHMAN, P.E.**
MANAGING PRINCIPAL

630.963.8184 PHONE
630.963.4475 FAX
708.738.0010 CELL
twlehman@ameritech.net EMAIL

6301 SOUTH CASS AVENUE • SUITE 301 • WESTMONT, II

# MORRIS
## ENGINEERING INC
Civil Engineering Consulting & Surveying

**Jonas V. Vaznelis**

5100 S. Lincoln (Rt. 53)
Lisle, IL 60532
(630) 271-0770, ext. 105
(630) 271-0774

**OFFICIAL USE ONLY**

PROJECT NAME: Gemini Office Develop

C.O.A PROJECT ENGINEER: John Sparling

PLANNER: Jim Machnol

PROJECT No. 06.390

PROJECT ADDRESS:

DATE: 8/8/06

(Wetlands Review by Tim Machnol)

NOTICE: _ALL_ INFORMATION IN THIS BOX (_EXCEPT AS NOTED_) MUST BE FILLED IN FOR YOUR APPLICATION TO BE ACCEPTED !

## SITE INFORMATION (Required For Commercial Submissions Only)

PARCEL No: 0720302081

LEGAL SUBDIVISION: FOX VALLEY EAST REGION II UNIT NO. 52

UNIT: 52     LOT: 2

## DEVELOPER / OWNER INFORMATION

COMPANY: GEMINI OFFICE DEVELOPMENT

CONTACT: THOMAS W. LEHMAN

ADDRESS: 6301 S. CASS AVE. STE. 301

CITY: WESTMONT     STATE: IL     ZIP: 60559

PHONE: 630-963-8184     FAX: 630-963-4475

E-MAIL(If Any): TWLEHMAN@AMERITECH.NET

## PROJECT ENGINEER

COMPANY: MORRIS ENGINEERING

CONTACT: ~~JONAS~~ SIGITAS P. VAZNELIS

ADDRESS: 5100 S. LINCOLN

CITY: LISLE     STATE: IL     ZIP: 60532

PHONE: 630 271-0770     FAX: 271-0774

E-MAIL(If Any): JONVAZNELIS@ECIVIL.COM

RECEIVED
CITY OF AURORA
ENGINEERING DEPT.
AUG 14 2006

000912

**3-1**

# Project Information Sheet

**OFFICIAL USE ONLY**

PROJECT NAME: _Gemini Office Develop_

PROJECT No. _Co 390_

PROJECT ADDRESS: ~~_____~~

DATE: _8/6/06_

C.O.A PROJECT ENGINEER: _John Specina_

C.O.A PROJECT No. _____

NOTICE: __ALL__ INFORMATION IN THIS BOX (_EXCEPT AS NOTED_) MUST BE FILLED IN FOR YOUR APPLICATION TO BE ACCEPTED !

_No Wetlands Review Of_

## SITE INFORMATION (Required For <u>Commercial</u> Submissions <u>Only</u>)

PARCEL No: _07 20 302 981_

LEGAL SUBDIVISION: _FOX VALLEY EAST_
_REGION II UNIT NO. 52_

UNIT: _52_      LOT: _2_

## DEVELOPER / OWNER INFORMATION

COMPANY: _GEMINI OFFICE DEVELOPMENT_

CONTACT: _THOMAS W. LEHMAN_

ADDRESS: _6301 S. CASS AVE. STE. 301_

CITY: _WESTMONT_      STATE: _IL_   ZIP: _60559_

PHONE: _630-963-8184_  FAX: _630-963-4475_

E-MAIL(If Any): _TWLEHMAN@AMERITECH.NET_

## PROJECT ENGINEER

COMPANY: _MORRIS ENGINEERING_

CONTACT: ~~_JONAS_~~ _JON VAZNELIS_

ADDRESS: _5100 S. LINCOLN_

_LISLE_      STATE: _IL_  ZIP: _60532_

PHONE: _630 270 0770_  FAX: _271-0774_

E-MAIL(If Any): _JONVAZNELIS@ECIVIL.COM_

APPROVED
CITY OF AURORA
CITY ENG.
AUG 14 2006

_238 203_

000913



# City of Aurora

Engineering Division • 44 E. Downer Place • Aurora, Illinois 60507-2067 • (630) 844-3620
FAX (630) 892-0322

Kenneth Schroth, P.E.
Director of Public Works
City Engineer

December 7, 2007

Sigitas P. Vaznelis
Morris Engineering, Inc.
5100 S. Lincoln (Rt. 53)
Lisle, IL 60532

Re:    Record Plans (As-Builts) Project #06.390
        Gemini Office Development
        240 N. Oakhurst Drive

Dear Mr. Vaznelis,

We have completed the review of the record plans (as-builts) submitted on 12/03/07 for
the above referenced project. The plans submitted do not meet the encircled items on the
attached City's <u>Requirements For Record Drawings (As-Builts)</u>. The following are
additional review comments:

1. The approved plans measured the required 24" x 36", the plans submitted
   measure 30" x 40".
2. The as-built location(s) of the sanitary sewer service and existing watermain does
   not match the approved 03/03/07 Field Change sketch. Provide an As-Built cross
   section showing the sanitary sewer service and existing watermain meet the
   requirements set forth on Standard Drawing No. 18 of the Standard Specifications
   for Water & Sewer Construction in Illinois (attached) and all Illinois
   Environmental Protection Agency (IEPA) standards.
3. Clearly show the relocation of both, or either, of these utilities (see encircled item
   #3, 5, and 9 on the attached <u>Requirements For Record Drawings (As-Builts)</u>.
4. Show the As-Built elevations of all structures, utilities, and improvements
   appearing in the profile drawing.
5. Clearly show the existing watermain crossing in the profile.
6. Show the As-Built location of the water valve vault and B-Box per the encircled
   item #3, 5, and 9 on the attached <u>Requirements For Record Drawings (As-Builts)</u>.
7. Based on the as-built top of walk elevations shown along the Oakhurst Drive
   sidewalk, the parkway exceeds the City's 6% maximum allowable slope.

000914

printed on recycled paper

Enclosed with this review letter is a punch list of items needing addressing, prior to final acceptance of the Record Plans, compiled by the City's Field Representative, James Chambers of CMT. Complete _all_ items listed on the enclosed punch list _prior to re-submitting_ Record Plans, including any revised as-built information resulting from completion of the punch list.

Once all items on the punch list have been completed, arrange for a re-inspection with James Chambers directly. If you should have any question regarding any of the punch list items, contact James Chambers directly.

Sincerely,

Kenneth Schroth, PE
Director of Public Works/ City Engineer


By:
    John H. Spoelma
    Reviewer

cc:
Steve Andras, City of Aurora, Assistant City Engineer
Dan Feltman, City of Aurora, Engineering Division
Dan Goewey, City of Aurora, Engineering Division
Thomas W. Lehman, Gemini Office Development/ Partners in Development
Scott W. Mousel, Krahl Construction

2

# REQUIREMENTS FOR RECORD DRAWINGS (AS-BUILTS)

1. Use the approve plans for as-built documents. (Don't redraw the plans)
2. Cross out proposed rim & inverts and write in the as-built elevation. (Rim grades must be within .2' of proposed.)
3. If a utility line was moved, show by crossing out and drawing in its new location.
4. Give as-built lengths and slopes on all sewer lines.
5. Give as-built lengths on water main, usually between valves.
6. Give locations of all valves & B-boxes based on distance from nearest fire hydrant. (i.e. x ft. North, y ft. East)
7. Benchmarks should be established on all fire hydrants. (Use NW bolt on breakaway flange)
8. Give locations of all corporation stops and B-boxes on water services for each lot with respect to nearest property corner.
9. Give locations of all sanitary service lines for each lot with respect to nearest property corner.
10. Basically, anything shown on the approved plans should as-built.
N/A 11. Stormwater Management Facility
    a) The only item that can be redrawn to show accurately how it was constructed and to accurately be able to calculate as-built volumes.
    b) Submit certified calculations of as-built pond volume and verify that it equals or exceeds the required volume. Show as-built volume on plans.
    c) Give as-built side slopes (Bottom slopes also if blue/green)
    d) Verify high water elevation, overflow construction and normal water levels.
    e) Certify installation & size of restrictors or outlet system.
    f) Verify one foot of freeboard around pond.
12. Grading
    a) Verify overland flood routing.
    b) Show as-built grading of all outlots, parks, stormwater management facilities & major drainage ways.
    c) If a subdivision, grading for individual lots will be submitted when built on.
    d) If a commercial, industrial or non residential site, show as-built grading of site. Basically, was it graded as proposed.
N/A 13. Give all as-built centerline grades and top of curb grades every 50'. In addition, give top of curb grades at every lot line intersection.
N/A 14. Show as-built wiring for street lights.
15. Show any offsite work that may have been adjusted or replaced.
16. Be sure to include details in set of as-builts.
17. Submit two (2) sets of prints initially for review and field inspection.
18. When all punchlist items have been repaired and approved, submit the following:
    a) One (1) complete set of mylar as-builts. (NO SEPIAS)
    b) For sites 20 acres or more, one (1) electronic copy of the as-builts. Refer to Kane County Stormwater Ordinance for any specific requirements.
19. All record drawings (as-builts) must be signed and sealed by a registered Illinois professional engineer.
20. All verification calculations must be signed and sealed by a registered Illinois professional engineer.

HIGHWAYS & BRIDGES
WATER & WASTEWATER
LAND DEVELOPMENT

CMT

Crawford, Murphy & Tilly, Inc.                                    **Consulting Engineers**

December 03, 2007

City of Aurora
Department of Engineering
44 East Downer Place
Aurora, IL 60507

Attn: Mr. Dan Goewey

Re: *Gemini Outpatient Facility*
*Proj. No.: 02299-01-00-0702*
*City of Aurora Job # 06.390*

Dan,

Per request, I have completed a **final inspection** for the above referenced project. The following is a punch list of items that should be addressed prior to its acceptance.

1. *Change out lid on the Domestic Service Valve Vault to one with the words "City of Aurora" cast in it.*
2. *Install steps in both Valve Vaults (on the vertical side of the eccentric cones) to allow for any necessary access.*
3. *Clean out Existing Storm Structure located in the adjacent detention pond (storm sewer tie-in). Additional mortar should also be applied around the new pipe penetration.*
4. *Remove inlet protection fabric from Storm Structure INL-1.*
5. *Adjust grading (fill & stabilize) behind back of sidewalk along Oakhurst Drive to allow for positive drainage.*
6. *Provide additional seeding to better stabilize area between the southwest corner of the parking lot and Sanitary Manhole #3 as well as the storm trench between MH-12 and Existing.*
7. *Adjust final grading & stabilize areas around Sanitary Manhole #3, both Valve Vaults and the Existing Storm Structure (storm sewer tie-in).*

If you should have any questions about the above referenced items or if you would like to schedule a re-inspection (once these items have been completed in full) please contact the undersigned at (630) 373.2831.

Sincerely,
**CRAWFORD, MURPHY & TILLY**

James E. Chambers

000917



# City of Aurora

Engineering Division • 44 E. Downer Place • Aurora, Illinois 60507-2067 • (630) 844-3620
FAX (630) 892-0322

Kenneth Schroth, P.E.
Director of Public Works
City Engineer

*SAMPLE*

December 7, 2007

«CourtesyName» «AddressesFirstName» «AddressesLastName»; P.E.
«Company»
«AddressesAddress»
«AddressesCity», «AddressesStateOrProvince» «AddressesPostalCode»

Re:     «PROJECT_NAME»
        Proj. # «PROJECT_»-«PROJECT_ID»

Dear «CourtesyName» «AddressesLastName»;

        Enclosed please find one set of marked up as-built plans for the above referenced project. In addition, enclosed is a punchlist based on a field inspection of the site.
        Please make the necessary repairs/revisions required by the punchlist and marked up as-builts and contact our field inspector, Jason Hinkle (630-373-2831), for a reinspection. When all items have been repaired to the satisfaction of the inspector, submit one complete set of revised, signed and sealed mylar as-builts.
        Please be advised that acceptance and/or final occupancy requires that all necessary easements be submitted & accepted by the City Council prior to acceptance and/or issuance of a final occupancy permit. So, if you have any easements that are required, please submit as soon as possible so we can review the document and start the approval process.
        If you have any questions, please call.

                        Sincerely,
                        Peter J. Haurykiewicz, P.E.
                        City Engineer


                        By:
                            Timothy J. DuSell, P.E.
                            Civil Engineer

000918

cc:     «ContactsFirstName» «ContactsLastName» - «CompanyName»

printed on recycled paper

UNOFFICIAL COPY



**WARRANTY DEED**
Statutory (Illinois)
(Corporation to Corporation)

FRED BUCHOLZ
DUPAGE COUNTY RECORDER
APR.10,2006          RHSP    11:01 AM
DEED                 07-20-302-081
**004 PAGES**    R2006-064928

THE GRANTOR, N. Y. OAKHURST,
LLC,

*(the above space for Recorder's use only)*

a limited liability company created and existing under and by virtue of the laws of the State of Illinois and duly authorized to transact business in the State of Illinois, for and in consideration of the sum of TEN and 00/100 ($10.00) Dollars, and other good and valuable consideration in hand paid, CONVEYS and WARRANTS to **GEMINI OFFICE DEVELOPMENT, LLC**, a limited liability company organized and existing under and by virtue of the laws of the State of Illinois having its principal office at the following address: One South Wacker Drive, Suite 800, Chicago, Illinois 60606, the following described Real Estate situated in DuPage County, in the State of Illinois, to wit:

**Parcel 1: Lot 2 in PDA Resubdivision of Lot 2 in Fox Valley East, Region II Unit No. 52-Oakhurst 1st Resubdivision, being part of the Southwest l/4 of Section 20, Township 38 North, Range 9, East of the Third Principal Meridian, according to the plat of said PDA Resubdivision recorded December 18, 2002 as Document No. R2002-351500, in DuPage County, Illinois.**

**Parcel 2: Non-exclusive easement upon Lot 39 in Fox Valley East Region II Unit No. 52-Oakhurst, a Subdivision of part of the Southwest l/4 of Section 20, Township 38 North, Range 9, East of the Third Principal Meridian, in DuPage County, Illinois, for the benefit and burden of Parcel 1 as created by the storm water retention and detention and cost share obligations agreement dated December 1, 1996 and recorded January 3, 1997 as Document R97-000974.**

**Parcel 3: Non-exclusive easement upon Lot 1 in Fox Valley East Region II Unit No. 52-Oakhurst, a Subdivision of part of the Southwest l/4 of Section 20, Township 38 North, Range 9, East of the Third Principal Meridian, in DuPage County, Illinois, for the benefit and burden of Parcel 1 as created by the agreement of easements for ingress and egress and covenants for maintenance of easement premises dated December 1, 1996 and recorded January 3, 1997 as Document 97-000976.**    heret
as described on Exhibit A attache

SUBJECT TO: Covenants, conditions and restrictions of record; ~~public and utility easements and roads and~~ ~~highways, if any, and taxes for 2005 and subsequent years.~~

Permanent Index Number (PIN): 07-20-302-081
Address of Real Estate: Vacant parcel South of Southwest corner of New York and Oakhurst, Aurora , IL

IN WITNESS WHEREOF, said Grantor has caused its name to be signed to these presents by its Members this **23**

day of _Marrh_, 2006.

N.Y. OAKHURST, LLC

By: _____          By: _____
MICHAEL BUTLER, Member              MARK BUTLER, Member

UNOFFICIAL COPY

State of Illinois )
County of Cook )

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, do hereby certify that **MICHAEL BUTLER and MARK BUTLER**, personally known to me to be Members of **N. Y. OAKHURST, LLC**, and personally known to me to be the same persons whose names are subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that as such Members they signed and delivered the said instrument, as their free and voluntary act, and as the free and voluntary act and deed of said limited liability company, for the uses and purposes therein set forth.

GIVEN under my hand and official seal this **2 3** day of **March**, 2006.

Commission expires _____, 20__     _____
                                                NOTARY PUBLIC

OFFICIAL SEAL
KURT HEERWAGEN
Notary Public, State of Illinois
My Commission Expires 07/09/2009

This instrument was prepared by

Kurt Heerwagen
BOEGER, HEERWAGEN, LUSTHOFF & BRENDEMUHL, P.C.
2914 S. Harlem Avenue
Riverside, IL 60546



**STATE OF ILLINOIS**
APR.-7.06
**DUPAGE COUNTY**

REAL ESTATE
TRANSFER TAX
0147750
000004200
# FP326686

*Send tax bills to:*
*GEMINI OFFICE*
*DEVELOPMENT*
*1 S. WACKER DR*
*# 800*
*CHICAGO, IL*
*60606*

*Mail To* ~~and send e~~
~~bills to~~:
Mindy W. Sherman
Perkins Coie
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559

Gemini Office Development, LLC
One South Wacker Drive
Suite 800
Chicago, IL 60606

OR    RECORDER'S OFFICE BOX NO.



CITY OF AURORA
CITY TAX
MAR. 22. 06
REAL ESTATE TRANSACTION TAX
DEPARTMENT OF REVENUE

REAL ESTATE
TRANSFER TAX
02955.00
000035676
# FP351000

Page 2

UNOFFICIAL COPY

5. AGREEMENT OF EASEMENT FOR INGRESS AND EGRESS AND COVENANTS FOR MAINTENANCE OF EASEMENT PREMISES DATED DECEMBER 1, 1996 AND RECORDED JANUARY 3, 1997 AS DOCUMENT R97-000976.

6. SCREEN PLANTING EASEMENT IN FAVOR OF AURORA VENTURE, THE OAKHURST COMMUNITY ASSOCIATION, AND ITS/THEIR RESPECTIVE SUCCESSORS AND ASSIGNS, TO INSTALL, OPERATE AND MAINTAIN ALL EQUIPMENT NECESSARY FOR THE PURPOSE OF SERVING THE LAND AND OTHER PROPERTY, TOGETHER WITH THE RIGHT OF ACCESS TO SAID EQUIPMENT, AND THE PROVISIONS RELATING THERETO CONTAINED IN THE PLAT RECORDED/FILED AS DOCUMENT NO. R94-128614, AFFECTING THE SOUTHERLY 40.00 FEET OF THE UNDERLYING LAND.

7. TERMS, PROVISIONS AND CONDITIONS CONTAINED IN AGREEMENT OF EASEMENTS FOR STORM SEWER AND DETENTION BASIN RECORDED APRIL 27, 1999 AS DOCUMENT R99-094973, RELATING TO EASEMENTS FOR STORM SEWERS, DETENTION BASIN AND WATER LINES.

8. COVENANTS AND RESTRICTIONS (BUT OMITTING ANY SUCH COVENANT OR RESTRICTION BASED ON RACE, COLOR, RELIGION, SEX, HANDICAP, FAMILIAL STATUS OR NATIONAL ORIGIN UNLESS AND ONLY TO THE EXTENT THAT SAID COVENANT (A) IS EXEMPT UNDER CHAPTER 42, SECTION 3607 OF THE UNITED STATES CODE OR (B) RELATES TO HANDICAP BUT DOES NOT DISCRIMINATE AGAINST HANDICAPPED PERSONS), RELATING TO THE USE OF THE LAND CONTAINED IN THE DOCUMENT KNOWN AS "RESTRICTIVE COVENANT" DATED AS OF OCTOBER 1, 2004 MADE BY N.Y. OAKHURST, LLC, IN FAVOR OR SAFEWAY INC., AND RECORDED OCTOBER 20, 2004 AS DOCUMENT NO. 2004270390.

9. TERMS AND CONDITIONS CONTAINED IN TRUSTEE'S DEED RECORDED AUGUST 9, 2001 AS DOCUMENT NO. R2001-166187 AND WARRANTY DEED RECORDED AUGUST 9, 2001 AS DOCUMENT NO. R2001-166188.

[/CH060810.033]

-2-

3/22/06

UNOFFICIAL COPY

## Exhibit A

### PERMITTED EXCEPTIONS

1.  TAXES FOR THE YEAR 2005.

2.  EASEMENT IN FAVOR OF COMMONWEALTH EDISON
    COMPANY, AMERITECH AN NICOR GAS, AND ITS/THEIR
    RESPECTIVE SUCCESSORS AND ASSIGNS, TO INSTALL,
    OPERATE AND MAINTAIN ALL EQUIPMENT NECESSARY FOR
    THE PURPOSE OF SERVING THE LAND AND OTHER
    PROPERTY, TOGETHER WITH THE RIGHT OF ACCESS TO SAID
    EQUIPMENT, AND THE PROVISIONS RELATING THERETO
    CONTAINED IN THE GRANT RECORDED AUGUST 9, 2001 AS
    DOCUMENT NO. R2001-166186, AFFECTING: THE EAST 10.00
    FEET OF SAID LOT, EXCEPT THE SOUTH 40.00 FEET THEREOF;
    THE EAST 20.00 FEET OF THE SOUTH 40.00 FEET; AND THE
    NORTH 10.00 FEET OF THE SOUTH 40.00 FEET, EXCEPT THE
    EAST 20.00 FEET THEREOF.

3.  TERMS, PROVISIONS, CONDITIONS AND OBLIGATIONS
    INCLUDING PROVISION FOR LIEN FOR NONPAYMENT,
    CONTAINED IN STORM WATER RETENTION AND DETENTION
    AND COST SHARING OBLIGATIONS DATED DECEMBER 1,
    1996 AND RECORDED JANUARY 3, 1997 AS DOCUMENT R97-
    000974, RE THE COST AND MAINTENANCE OF STORM WATER
    FACILITIES, AS AMENDED BY AGREEMENT DATED MARCH
    17, 2006 BY AND BETWEEN SAFEWAY, INC., A DELAWARE
    CORPORATION AND N.Y. OAKHURST, LLC, AN ILLINOIS
    LIMITED LIABILITY COMPANY, AND RECORDED AS
    DOCUMENT NO. [R06-        ].

4.  MATTERS SHOWN ON THE PLAT OF FOX VALLEY EAST,
    REGION II UNIT NO. 52-OAKHURST 1ST RESUBDIVISION
    AFORESAID, AS FOLLOWS: 30.00 FEET ALONG THE EAST LINE
    OF THE UNDERLYING LAND.

3/22/06

[/CHI060810.033]



GEMINI OFFICE
FIELD CHANGE
3.2.07

NOTE:
CONTRACTOR SHALL MAINTAIN
MINIMUM 18" SEPARATION
AT CROSSING

APPROVED AS NOTED
SUPPLY TO ALL
CONCERNED PARTIE
INCLUDE IN AS-BUILT PLANS
@ 3.2.07

MAINTAIN MIN.
5' HORIZ CLEAR.
WALL TO WALL

6"
SAN
SERV.

8"
WM

SECTION A-A
THIS SIDE OF ☀
CROSSING

6"PVC - C900

# Partners in Development
## USA, LLC
### 6301 South Cass Avenue, Suite 301
### Westmont, Illinois 60559

**Facsimile Transmittal**

Date: _2 MAR 07_

Number of pages including cover sheet: _2_

To: _SISS ANDRAS_

From: _Tom Lehman_
_Partners in Development, USA, LLC_

Phone: _(630) 899-3520_
Fax: _(630) 892-0322_
E-mail: _____

Phone: ___(630) 963-8184_____
Fax: _____(630) 963-4475_____
E-mail: twlehman@ameritech.net

Remarks: _SISS,_

— ATTACHED, PLEASE FIND SKETCH OF WHICH WE SPOKE.

— IF WE COULD GRAB RESOLUTION FORWARD, I WOULD REALLY APPRECIATE IT.

TOM: PLAN IS APPROVED AS NOTED. PLEASE CALL WITH ANY QUESTIONS: 630.264.3032 REF. GEMINI
PERM # 06.390
Dan 3.2.07
C.O.A RESPONSE

Regards,

### Confidentiality Notice

This facsimile may contain information intended only for the use of the Addressee. If the reader is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of the facsimile is strictly prohibited. If you received this facsimile by mistake, please immediately notify our office at (630) 963-8184 and return the original facsimile to us at the above address via the U.S. Postal Service.

000924

* * * COMMUNICATION RESULT REPORT ( MAR. 2.2007  4:33PM ) * * *

FAX HEADER:  AURORA ENG DEPT

| FILE MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|-----------|--------|-----------------|--------|------|
| 866  MEMORY TX | | 9634475 | OK | P. 2/2 |

--------------------------------------------------------

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL          E-2) BUSY
E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION

## Partners in Development
### USA, LLC
6301 South Cass Avenue, Suite 301
Westmont, Illinois 60559

**Facsimile Transmittal**

Date: _2 MAR 07_

Number of pages including cover sheet: _2_

To: _STEB ANDRS_

From: _Tom Lehman_
_Partners in Development, USA, LLC_

Phone: _(630) 844-3520_
Fax: _(630) 892-0322_
E-mail: _____

Phone: _(630) 963-8184_
Fax: _(630) 963-4475_
E-mail: twlehman@ameritech.net

Remarks: _STEE_

- ATTACHED, PLESS FIND SKETCH OF WHICH AB
SBLS.

- IF AB COULD MAB RESOLUTION FOLLOWED

000925



**5100 S. Lincoln, Lisle, Illinois 60532**
**(630) 271-0770   Fax (630) 271-0774**
**ecivil.com**

## FAX COVER LETTER

TO:     Jim Chambers – Crawford, Murphy (c/o City of Aurora Engineering Department)

FROM:   Pam Otero

DATE:   January 24, 2007

TOTAL NUMBER OF PAGES (including this cover page):     2

PROJECT #:   06-PR-5004

RE:        Gemini Outpatient Facility

COMMENTS:

SENT TO (FAX #):   1 (630) 892-0322

**If you do not receive all pages as indicated, please call (630) 271-0770.**



000927

000928



# City of Aurora

DPW  Engineering Division

44 E. Downer Place  •  Aurora, Illinois 60507-2067  •  Phone (630) 844-3620
•  FAX (630) 892-0322
•  TDD (630) 892-8858

**Kenneth Schroth, P.E**
Director of Public Works/
City Engineer

# Letter of Transmittal

**TO:**  **Morris Engineering**

**5100 Lincoln Avenue**

**Lisle,  IL  60532-2119**

| Date: | 01/15/07 | Project No:  06.390 |
|-------|----------|---------------------|
| Attention: | Jon V. Vaznelis | |
| Re: | Gemini Outpatient Facility | |
| | | |
| | | |

## We are sending you:

| Copies | Date | No. | Description |
|--------|------|-----|-------------|
| 2 | N/A | | Signed IEPA Sanitary Permits |
| | | | |
| | | | |
| | | | |
| | | | |

## Comments:

Signed: _John H. Spoelma_
John H. Spoelma
630-906-7432

000929

# MORRIS
# ENGINEERING INC.
Civil Engineering Consulting & Surveying

5100 Lincoln Ave • Suite 100 • Lisle, IL 60532-2119 • 1 (630) 271-0770 • 1 (630) 271-0774 Fax

**RECEIVED**

JAN 1 0 2007

CITY OF AURORA
ENGINEERING DEPT.

**Project File No.** 06-PR-5004

cc: Client ☐    Accounting ☒    File ☒

**Method of Delivery:** USPS

Client Notified Ready for Pick-up _____
                                   Date        Initials

## LETTER OF TRANSMITTAL

| To: | John H. Spoelma, Civil Engineer 1 | **Date:** | January 8, 2007 |
|---|---|---|---|
| | City of Aurora-Department of Public Workd | | |
| | Engineering Division | **RE:** | Gemini Outpatient Facility |
| | 44 East Downer Place | | 240 North Oakhurst Drive |
| | Aurora, IL 60507-2067 | | Aurora, IL |

**Documents Enclosed:**

| Quantity | Date | No. | Document Title |
|---|---|---|---|
| 2 | 12/08/06 | 8 pgs | Schedule FTP - Fast Track Service Connection Permit Application and IEPA WPC-PS-1 Application for Permit or Construction Approval<br>1 original<br>1 copy |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Comments:** The previous application sent to you on 12/12/06 for signature had the City of Aurora information and Fox Metro information listed incorrectly. Please sign the corrected applications at Section 7.4 and return to our office in the enclosed self-addressed enveloper as soon as possible.

**From:** Jon V. Vaznelis, Ext. 105
Project Manager

**Pick-up Date:** _____

**Pick-up By:** _____

000930

If enclosures are not as noted, please notify us promptly at 1 (630) 271-0770

# MEMO

TO:    Steve Andras
FROM:    John Spoelma
DATE:    01/10/2007
RE:    Gemini Outpatient Facility
       **Project #06.390**

*DONE*

Steve,
Please sign the attached IEPA Sanitary Permit Applications for a sanitary service ( Clerks signature not required).

I felt a little further explanation was in order: You had signed applications before (also attached). However, the applications listed the City on line 7.4.1 "Additional Certificate By Intermediate Sewer Owner" rather that on line 7.4 "Certificate By Intermediate Sewer Owner".

I didn't think it was a big problem, as long as the City was listed as one of the "Intermediate Sewer Owners". Well FMWRD didn't think so. Hence, the new applications to sign.



**Kenneth Schroth, P.E**
Director of Public Works/
City Engineer

# City of Aurora    DPW  Engineering Division

44 E. Downer Place  •  Aurora, Illinois 60507-2067  • Phone (630) 844-3620
• FAX (630) 892-0322
• TDD (630) 892-8858

# Letter of Transmittal

TO:  Morris Engineering, Inc.

   5100 Lincoln Avenue

   Lisle,  IL  60532-2119

| Date: | 12/21/06 | Project No: 06.390 |
|---|---|---|
| Attention: | Sigitas P. Vaznelis | |
| Re: | Gemini Outpatient Facility | |
| | | |
| | | |

**We are sending you:**

| Copies | Date | No. | Description |
|---|---|---|---|
| 2 | N/ A | | Signed IEPA Sanitary Permits |
| | | | |
| | | | |
| | | | |
| | | | |

**Comments:**

Signed: _John H. Spoelma_
John H. Spoelma
630-906-7432

000932

COPY

Illinois Environmental Protection Agency
Permit Section, Division of Water Pollution Control
P.O. Box 19276
Springfield, Illinois 62794-9276

**Schedule FTP - Fast Track Service Connection Permit Application**

1.  **Name of Project** Gemini Outpatient Facility

2.  **Certificate by Design Engineer**

    I hereby certify that I am familiar with the information contained in this application and that to the best of my knowledge and belief such information is true, complete and accurate. The plans were prepared by me or under my direction and there is no deviation from the requirements of the Illinois Recommended Standards for Sewage Works.

    Engineer Sigitas P. Vaznelis                      062-044114
    _____                  _____
           Name                                   Registration Number

    Firm Morris Engineering, Inc.

    Address 5100 Lincoln Avenue

    Lisle, IL 60532-2119                                Phone Number (630) 271-0770

    Signature _____

3.  A.  Commencing July 1, 2003, Section 12.2 of the Environmental Protection Act ( 415 ILCS 5/12.2, as amended by P.A. 93-32) requires the Agency to collect a fee for certain applications for the installation of sanitary sewer connections and extensions. Except for conditions listed below, the following fee schedule shall apply:

| Fee Dollars | Population Equivalents |
|-------------|------------------------|
| 100 | 1 |
| 400 | 2-20 |
| 800 | 21-100 |
| 1200 | 101-499 |
| 2400 | 500 or more |

**Please send the appropriate fee;** certified or cashiers checks made out to: "Treasurer, State of Illinois, Environmental Protection Permit and Inspection Fund" with the applicant's Federal Employee Identification Number (FEIN ) appearing on the face of the check. Any fee remitted to the Agency shall not be refunded at any time or for any reason, either in whole or in part.

The Sewer Permit fee does not apply to:

1.  Any Department, Agency or Unit of State Government

2.  Any unit of local government where all of the following conditions are:

    a)  The cost of the installation or extension is paid wholly from monies of the unit of local government, grants or loans, federal grants or loans, or any combinations thereof;

    b)  The unit of local government is not given monies, reimbursed or paid, either in whole or in part, by another person except for state grants or loans or federal grants or loans;

I/We **Fox Metro Water Reclamation District** hereby certify that subsections 2a and 2b have been met.
    _____
    ( Signature of Unit of Government )

000933

**Submit a certified copy of budget item or council minutes if project is funded by unit of local government pursuant to Subsection B(1) and B(2) above.**

B. For any sanitary sewer connection that serves an industrial wastewater source, a $1000 fee shall be required for any industrial wastewater source that does not require pretreatment of the wastewater prior to discharge to the publicly owned treatment works or publicly regulated treatment works.

4. **Project Location and Service Area:** Submit map(s) of the service area that includes the following:

A. A 8 ½ x 11 inch detailed location map or USGS map showing the project with respect to major roadways.

B. The proposed sewer layout and project location.

Township _____ 38N _____ Section _____ 20 _____ Range _____ 9E _____

C. Submit 8 ½ x 11 inch detailed sanitary sewer connection plan view map.

5. **Minimum Requirements:**

| | | True | False | N/A |
|---|---|:---:|:---:|:---:|
| A. | The applicant will construct, own and operate the service connection(s), no additional waste load or connections will be added in future and the sewer connection will not be extended in future. | ☒ | ☐ | ☐ |
| B. | The project is being constructed entirely within the Facilities Planning Area ( F.P.A. ). | ☒ | ☐ | ☐ |
| C. | Non domestic liquid waste is not produced inside the building. | ☒ | ☐ | ☐ |
| D. | A separate sanitary service connection is provided for each building and each service connection discharges directly to an existing publicly owned or publicly regulated sanitary sewer. | ☒ | ☐ | ☐ |
| E. | The design is in accordance with Illinois Recommended Standards for Sewage Works ( No deviation allowed ). | ☒ | ☐ | ☐ |
| F. | Minimum size of the service sewer is 4 inches in diameter and is not less than the diameter of the plumbing pipe from the building. | ☒ | ☐ | ☐ |
| G. | Minimum slope of the service sewer is 1%. | ☒ | ☐ | ☐ |
| H. | Minimum cover over the service sewer is 3 feet. | ☒ | ☐ | ☐ |
| I. | Straight line alignment is maintained on service connection, otherwise cleanouts or manholes are provided at points of change in alignment. | ☒ | ☐ | ☐ |
| J. | Service sewer is at least 10 feet horizontally separated from the water main or water service. | ☒ | ☐ | ☐ |
| K. | Service sewer crossing the water main or water service is laid with sewer below the water line and the crown of the sewer a minimum 18 inches below the invert of the water line. | ☒ | ☐ | ☐ |
| L. | Flexible pipe to be installed in accordance with ASTM 2321-00 using Class IA or 1B or II or III ( circle one or more ) embedment material and same material to be used from 4 inches below the pipe to at least 6 inches above the pipe. | ☒ | ☐ | ☐ |
| M. | Bedding Class A or B or C ( circle one ) as described in ASTM C12 to be used for rigid pipe. | ☐ | ☐ | ☒ |
| N. | Illinois Historical Preservation Agency (IHPA) approval obtained and submitted with this application. | ☐ | ☐ | ☒ |

000934



915 Harger Road, Suite 330
Oak Brook, IL 60523
Phone (630) 684-9100
Fax (630) 684-9120
Website: http://huffnhuff.com

environmental engineers
and consultants

# MEMORANDUM

To:   Ed Cox
      R.H. Anderson & Associates, Inc.

From: Linda L. Huff, P.E.
      Sean LaDieu, P.E.
      Huff & Huff, Inc.

Re:   Indian Trail Road
      City of Aurora
      Traffic Noise Analysis Screening - **DRAFT**

Date: December 14, 2007

This memorandum summarizes the traffic noise analysis screening performed for the above reference project. State noise guidelines and regulations were used in conjunction with the Federal Highway Administration (FHWA) approved Traffic Noise Model (TNM) Look-Up Tables to identify noise sensitive areas and evaluate potential traffic impacts. This report contains a discussion of noise sensitive receptors, a description of the noise analysis methodology, and the analysis of the existing and future noise levels.

## 1. INTRODUCTION

The project limits include Indian Trail Road between Mitchell Road and North Farnsworth Avenue. The project is located within Aurora, Kane County, Illinois, as shown in Figure 1. The area is a mixture of residential and commercial/office land use.

The City of Aurora is proposing construction of a center turn-lane on Indian Trail Road. The turn-lane will ease access to the commercial area south of Indian Trail Road, and is part of the City's plan to meet future transportation needs.

000935

Indian Trail Road
Traffic Noise Screening - **DRAFT**
Page No. 3

### 3.2 State Regulations and Policy

IDOT defines noise impacts to occur at sensitive receptors in the following two situations:[1]

- Design-year traffic noise levels approach, meet or exceed the NAC, with approach defined as 66 dBA for the residential NAC of 67 dBA.
- Design-year traffic noise levels are a substantial increase over existing traffic generated noise levels, defined as an increase greater than 14 dBA.

IDOT, in conformance with 23 CFR Part 772, evaluates noise abatement for projects when noise impacts are identified. The evaluation includes a feasible and reasonable analysis of noise abatement options. Noise abatement is considered to be feasible if a substantial traffic noise reduction is achieved by the noise abatement option. A substantial traffic noise reduction is considered to be at least eight (8) dBA at an adjacent impacted receptor.

Noise abatement is considered to be economically reasonable if the option is cost effective. A cost effective noise abatement option achieves the IDOT policy value of $24,000 per benefited residence. Benefited residences are quantified according to the number of residences afforded a five-dBA or greater traffic noise reduction.

## 4. **RECEPTOR SELECTION**

A receptor is typically representative of an area, a group, or cluster of noise sensitive receptors, such as residences. Receptor selection is generally based on changes in traffic noise levels as a result of changes in traffic volumes, speed, composition (trucks and cars), roadway alignment (horizontal and vertical), number of lanes, background noise, shielding, and ground cover. Distance to the proposed Indian Trail Road and speed limit changes were the main components used to select receptors for this project. Twelve receptors were chosen at various intervals to represent the residential areas within the project limits. These receptors include single-family residences and multi-family residences. Figure 2 depicts the receptor locations relative to the proposed roadways.

## 5. **TNM SCREENING**

### 5.1 TNM Look-Up Input

Modeling of the traffic noise levels at the receptors located within the project limits was conducted utilizing the FHWA approved TNM Look-up Tables (TNM). Prediction of noise levels is one step in assessing potential noise impacts and abatement strategies. Traffic noise levels for the receptor sites were predicted using existing (2008) and future (2030) traffic volumes for the No-build and Build scenarios.

---

[1] Illinois Department of Transportation, Division of Highways, Bureau of Design and Environment Manual, Section 26-6.

**For IEPA Use Only:**

|                                    | Yes | No |
|------------------------------------|-----|-----|
| Application is complete?            | [ ] | [ ] |
| The project qualifies for a FTP?    | [ ] | [ ] |

Comments:


Special Conditions:

_____ 34 Wetlands
_____ 36 NPDES Storm Water Permit
_____ 213 IDOT (flood plain, delete 34)



_____          _____
Review Engineer    Signature                Unit Manager Signature


IL 532-2822
WPC 731 (rev. 11/05)

C00937



Illinois Environmental Protection Agency
Permit Section, Division of Water Pollution Control
P.O. Box 19276
Springfield, Illinois 62794-9276

For IEPA Use:

**Application for Permit or Construction Approval
WPC-PS-1**

1. Owner Name: Partners In Development

   Name of Project: Gemini Outpatient Facility

   Township: City of Aurora                    County: Du Page

2. Brief Description of Project:

   Construction of approximately 260 feet of PVC sanitary sewer service with the necessary appurtenances, to serve a medical outpatient facility.

3. Documents Being Submitted: If the Project involves any of the items listed below, submit the corresponding schedule, and check the appropriate boxes.

| | Schedule | | Schedule |
|---|---|---|---|
| Private Sewer Connection/Extension | A/B ☐ | Spray Irrigation | H ☐ |
| Sewer Extension Construct Only | C ☐ | Septic Tanks | I ☐ |
| Sewage Treatment Works | D ☐ | Industrial Treatment/Pretreatment | J ☐ |
| Excess Flow Treatment | E ☐ | Waste Characteristics | N ☐ |
| Lift Station/Force Main | F ☐ | Erosion Control | P ☐ |
| Fast Track Service Connection | FTP ☑ | Trust Disclosure | T ☐ |
| Sludge Disposal | G ☐ | | |

Plans: Title Gemini Outpatient Facility                              (civil only)

No. of Pages: 4

Specifications: Title Incorporated in the plan

No. of Books/Pages: N/A

Other Documents:
(Please Specify)

3.1 Illinois Historic Preservation Agency approval letter: Yes ☐ No ☐

4. Land Trust: Is the project identified in item number 1 herein, for which a permit is requested, to be constructed on land which is the subject of a trust? Yes ☐ No ☑

   If yes, Schedule T (Trust Disclosure) must be completed and item number 7.1.1 must be signed by a beneficiary, trustee or trust officer.

5. This is an Application for (Check Appropriate Line):

   ☑ A. Joint Construction and Operating Permit
   ☐ B. Authorization to Construct (See Instructions) NPDES Permit No. IL00_____
   ☐ C. Construct Only Permit (Does Not Include Operations)
   ☐ D. Operate Only Permit (Does Not Include Construction)

C00938

6.    Certifications and Approval:

6.1    Certificate by Design Engineer (When required: refer to instructions)
I hereby certify that I am familiar with the information contained in this application, including the attached schedules indicated above, and that to the best of my knowledge and belief such information is true, complete and accurate. The plans and specifications (specifications other than Standard Specifications or local specifications on file with this Agency) as described above were prepared by me or under my direction.

Engineer Name:  Sigitas P. Vaznelis

Registration Number:    062    -    044114
                        (3 digits)       (6 digits)

Firm:  Morris Engineering, Inc.

Address: 5100 Lincoln Avenue

City: Lisle                                State:  IL    Zip: 60532        Phone No:  (630) 271-0770

Signature X _____                          Date: 12/07/06

7.    Certifications and Approvals for Permits:

7.1    Certificate by Applicant(s)
I/We hereby certify that I/we have read and thoroughly understand the conditions and requirements of this Application, and am/are authorized to sign this application in accordance with the Rules and Regulations of the Illinois Pollution Control Board. I/We hereby agree to conform with the Standard Conditions and with any other Special Conditions made part of this Permit.

7.1.1  Name of Applicant for Permit to Construct:  Partners In Development

Address:  6301 S Cass Av

City: Westmont                          State:  IL    Zip Code:  60559

Signature X _____         Date:  8 Dec 06

Printed Name:  Thomas W. Lehman, P.E.        Phone No: (630) 963-8184

Title:  Managing Principal

Organization:  Partners in Development

7.1.2  Name of Applicant for Permit to Own and Operate:  Partners In Development

Address:  6301 S Cass Av

City: Westmont                          State:  IL    Zip Code:  60559

Signature X _____         Date:  8 Dec 06

Printed Name:  Thomas W. Lehman, P.E.        Phone No: (630) 963-8184

Title:  Managing Principal

000939

7.2     Attested (Required When Applicant is a Unit of Government)

Signature X _____     Date: _____

Title: _____
_____ (City Clerk, Village Clerk, Sanitary District Clerk, Etc.)

7.3     Applications from non-governmental applicants which are not signed by the owner, must be signed by a principal executive officer of at least the level of vice president, or a duly authorized representative.

7.4     Certificate By Intermediate Sewer Owner

I hereby certify that (Please check one):

[✓] 1.   The sewers to which this project will be tributary have adequate reserve capacity to transport the wastewater that will be added by this project without causing a violation of the environmental Protection Act or Subtitle C. Chapter I, or

[ ] 2.   The Illinois Pollution Control Board, in PCB _____ dated _____ granted a variance from Subtitle C, Chapter I to allow construction of facilities that are the subject of this application.

Name and location of sewer system to which this project will be tributary:

_____

Sewer System Owner: Fox Metro Water Reclamation District _____

Address: 682 State Route 31 _____

City: Oswego _____     State: IL   Zip Code: 60543 _____

Signature X _____     Date: _____

Printed Name: _____     Phone No: (630) 892-4378 _____

Title: _____

7.4.1 Additional Certificate By Intermediate Sewer Owner

I hereby certify that (Please check one):

[✓] 1.   The sewers to which this project will be tributary have adequate reserve capacity to transport the wastewater that will be added by this project without causing a violation of the environmental Protection Act or Subtitle C. Chapter I, or

[ ] 2.   The Illinois Pollution Control Board, in PCB _____ dated _____ granted a variance from Subtitle C, Chapter I to allow construction facilities that are the subject of this application.

[ ] 3.   Not applicable

Name and location of sewer system to which this project will be tributary:

Oakhurst Unit 52   8" Diameter

Sewer System Owner: City of Aurora

Address: 44 East Downer Place

City: Aurora _____     State: IL   Zip Code: 60507-2067

Signature X _Stephen K. Andras_     Date: 12/21/06

C00940