Printed Name: _____    Phone No: _____

Title: _____

7.5    Certificate By Waste Treatment Works Owner

I hereby certify that (Please check one):

[✓] 1.    The waste treatment plant to which this project will be tributary has adequate reserve capacity to treat the wastewater that will be added by this project without causing a violation of the Environmental Protection Act or Subtitle C, Chapter I, or

[ ] 2.    The Illinois Pollution Control Board, in PCB_____ dated _____granted a variance from Subtitle C, Chapter I to allow construction and operation of the facilities that are the subject of this application.

[ ] 3.    Not applicable

I also certify that, if applicable, the industrial waste discharges described in the application are capable of being treated by the treatment works.

Name of Waste Treatment Works: _____

Waste Treatment Works Owner:  Fox Metro Water Reclamation District _____

Address:  682 State Route 31 _____

City:  Oswego _____    State: IL    Zip Code:  60543 _____

Signature X _____    Date: _____

Printed Name: _____    Phone No:  (630) 892-4378 ____

Title: _____


Please return completed form to the following address:

Illinois Environmental Protection Agency
Permit Section, Division of Water Pollution Control
P.O. Box 19276
Springfield, Illinois 62794-9276

This Agency is authorized to require this information under Illinois Revised Statues, 1979, Chapter 111 ½, Section 1039.  Disclosure of this information is required under that Section.  Failure to do so may prevent this form from being processed and could result in your application being denied.  This form has been approved by the Forms Management Center.

IL 532-0010
WPC 150

000941

COPY

#06.390

Illinois Environmental Protection Agency
Permit Section, Division of Water Pollution Control
P.O. Box 19276
Springfield, Illinois 62794-9276

**Schedule FTP - Fast Track Service Connection Permit Application**

1.   **Name of Project** Gemini Outpatient Facility

2.   **Certificate by Design Engineer**

I hereby certify that I am familiar with the information contained in this application and that to the best of my knowledge and belief such information is true, complete and accurate. The plans were prepared by me or under my direction and there is no deviation from the requirements of the Illinois Recommended Standards for Sewage Works.

Engineer Sigitas P. Vaznelis                                      062-044114
          Name                                               Registration Number

Firm  Morris Engineering, Inc.

Address  5100 Lincoln Avenue

Lisle, IL 60532-2119                                      Phone Number (630) 271-0770

Signature

3.   A.   Commencing July 1, 2003, Section 12.2 of the Environmental Protection Act ( 415 ILCS 5/12.2, as amended by P.A. 93-32) requires the Agency to collect a fee for certain applications for the installation of sanitary sewer connections and extensions. Except for conditions listed below, the following fee schedule shall apply:

| Fee Dollars | Population Equivalents |
|---|---|
| 100 | 1 |
| 400 | 2-20 |
| 800 | 21-100 |
| 1200 | 101-499 |
| 2400 | 500 or more |

**Please send the appropriate fee;** certified or cashiers checks made out to: "Treasurer, State of Illinois, Environmental Protection Permit and Inspection Fund" with the applicant's Federal Employee Identification Number (FEIN ) appearing on the face of the check. Any fee remitted to the Agency shall not be refunded at any time or for any reason, either in whole or in part.

The Sewer Permit fee does not apply to:

1.   Any Department, Agency or Unit of State Government

2.   Any unit of local government where all of the following conditions are:

    a)   The cost of the installation or extension is paid wholly from monies of the unit of local government, grants or loans, federal grants or loans, or any combinations thereof;

    b)   The unit of local government is not given monies, reimbursed or paid, either in whole or in part, by another person except for state grants or loans or federal grants or loans;

I/We  Fox Metro Water Reclamation District  hereby certify that subsections 2a and 2b have been met.
    ( Signature of Unit of Government )

000942

<u>Submit a certified copy of budget item or council minutes if project is funded by unit of local government pursuant to Subsection B(1) and B(2) above.</u>

    B.    For any sanitary sewer connection that serves an industrial wastewater source, a $1000 fee shall be required for any industrial wastewater source that does not require pretreatment of the wastewater prior to discharge to the publicly owned treatment works or publicly regulated treatment works.

**4.**    **Project Location and Service Area**: Submit map(s) of the service area that includes the following:

    A.    A 8 ½ x 11 inch detailed location map or USGS map showing the project with respect to major roadways.

    B.    The proposed sewer layout and project location.

    Township _____ 38N _____    Section _____ 20 _____    Range _____ 9E _____

    C.    Submit 8 ½ x 11 inch detailed sanitary sewer connection plan view map.

**5.**    **Minimum Requirements:**

| | | True | False | N/A |
|---|---|:---:|:---:|:---:|
| A. | The applicant will construct, own and operate the service connection(s), no additional waste load or connections will be added in future and the sewer connection will not be extended in future. | ☒ | ☐ | ☐ |
| B. | The project is being constructed entirely within the Facilities Planning Area ( F.P.A. ). | ☒ | ☐ | ☐ |
| C. | Non domestic liquid waste is not produced inside the building. | ☒ | ☐ | ☐ |
| D. | A separate sanitary service connection is provided for each building and each service connection discharges directly to an existing publicly owned or publicly regulated sanitary sewer. | ☒ | ☐ | ☐ |
| E. | The design is in accordance with Illinois Recommended Standards for Sewage Works ( No deviation allowed ). | ☒ | ☐ | ☐ |
| F. | Minimum size of the service sewer is 4 inches in diameter and is not less than the diameter of the plumbing pipe from the building. | ☒ | ☐ | ☐ |
| G. | Minimum slope of the service sewer is 1%. | ☒ | ☐ | ☐ |
| H. | Minimum cover over the service sewer is 3 feet. | ☒ | ☐ | ☐ |
| I. | Straight line alignment is maintained on service connection, otherwise cleanouts or manholes are provided at points of change in alignment. | ☒ | ☐ | ☐ |
| J. | Service sewer is at least 10 feet horizontally separated from the water main or water service. | ☒ | ☐ | ☐ |
| K. | Service sewer crossing the water main or water service is laid with sewer below the water line and the crown of the sewer a minimum 18 inches below the invert of the water line. | ☒ | ☐ | ☐ |
| L. | Flexible pipe to be installed in accordance with ASTM 2321-00 using Class IA or 1B or II or III ( circle one or more ) embedment material and same material to be used from 4 inches below the pipe to at least 6 inches above the pipe. | ☒ | ☐ | ☐ |
| M. | Bedding Class A or B or C ( circle one ) as described in ASTM C12 to be used for rigid pipe. | ☐ | ☐ | ☒ |
| N. | Illinois Historical Preservation Agency (IHPA) approval obtained and submitted with this application. | ☐ | ☐ | ☒ |

000943

**If any item in above Section 5 of this application is checked 'False', the proposed project does not qualify for the Fast Track Permit application.  Submit WPC-PS-1, Schedule A/B,  and necessary plans and specifications**

6.  Additional Requirements:

|   |   | Yes | No | N/A |
|---|---|---|---|---|
| A. | Is the project located in a designated wetlands? | ☐ | ☒ | ☐ |
| B. | Are the sanitary sewers, cleanouts or manholes located in a flood plain or subject to flooding? | ☐ | ☒ | ☐ |
|  | If yes, (1) was the buoyancy of sewers considered and watertight manhole or cleanout covers used wherever the manholes tops may be flooded by surface runoff or high water or are below ground cover | ☐ | ☐ | ☐ |
|  | (2) Pickholes in all manholes likely to be flooded not larger than 1 inch in diameter and of the concealed type | ☐ | ☐ | ☐ |
| C. | Are Erosion Control Measures specified for the project? | ☒ | ☐ | ☐ |
| D. | Is Service sewer or manhole located within 50 feet of a private or public potable water well? | ☐ | ☐ | ☒ |
|  | If yes, (1) is the manhole at least 50 feet from the well? | ☐ | ☐ | |
|  | (2) is the sanitary service sewer at least 10 feet from well? | ☐ | ☐ | |
|  | (3) is the sanitary service sewer constructed of water main quality pipe and joint if located between 10 feet and 50 feet from the well? | ☐ | ☐ | |

7.  **Type of Development:**  Commonly used quantities of domestic sewage flows from miscellaneous type facilities are listed in Appendix B, Table 2 of the Illinois Recommended Standards for Sewage Works.

A.  **Type of Service:**  Residential ☐  ; Non-Residential ☐  ; Other ☒  ;

B.  **Residential Building(s):** Number of single family dwelling building(s)_____N/A_____;

Number of Multiple family dwelling building(s)_____; Estimated total residential P.E. _____

**"Please provide an itemized list of each multiple family dwelling building: Number of 1, 2 and 3 bedroom units; the total P.E. for each building and the total P.E. for multiple family dwelling buildings."**

C.  **Non-Residential Building(s):** Describe use of building(s) _Professional Office Building_____

Number of non-residential building(s)____1____ Estimated number of employees _16_____;

Estimated number of occupants (transient)_____50_____ Total non-residential P.E._____22_____

D.  **Total Loading for the Project (Sum of B and C):** Design Average Flow _____2200_____ G.P.D.; P.E.

8.  **Sanitary Sewer Service Connection(s):**

Number of Service Connection(s)____1____ Pipe Size(s)_____6"_ Total Pipe Length _____260____

Number of Manholes (do not include cleanouts) ____1____

9.  **Existing Sewer System:**

A.  This project will connect to one of the following:

1.  existing sanitary sewer ☒       4.  permitted combined sewer ☐
2.  existing combined sewer ☐       5.  proposed sanitary sewer ☐
3.  permitted sanitary sewer ☐      6.  proposed combined sewer ☐

If permitted but not constructed and operational, provide permit number _____

B.  Size and location of downstream sewer

8" PVC at the SW corner of the property

3

C000944

<u>For IEPA Use Only:</u>

|  | Yes | No |
|---|---|---|
| Application is complete? | [ ] | [ ] |
| The project qualifies for a FTP? | [ ] | [ ] |

Comments:

Special Conditions:

_____ 34 Wetlands
_____ 36 NPDES Storm Water Permit
_____ 213 IDOT (flood plain, delete 34)

_____          _____
Review Engineer    Signature                              Unit Manager Signature

IL 532-2822
WPC 731 (rev. 11/05)

4

C00945



Illinois Environmental Protection Agency
Permit Section, Division of Water Pollution Control
P.O. Box 19276
Springfield, Illinois 62794-9276

For IEPA Use:

**Application for Permit or Construction Approval**
**WPC-PS-1**

1.  Owner Name: Partners In Development

    Name of Project: Gemini Outpatient Facility

    Township: City of Aurora        County: Du Page

2.  Brief Description of Project:

    Construction of approximately 260 feet of PVC sanitary sewer service with the necessary appurtenances, to serve a medical outpatient facility.

3.  Documents Being Submitted: If the Project involves any of the items listed below, submit the corresponding schedule, and check the appropriate boxes.

| | Schedule | | | Schedule |
|---|---|---|---|---|
| Private Sewer Connection/Extension | A/B ☐ | Spray Irrigation | H ☐ |
| Sewer Extension Construct Only | C ☐ | Septic Tanks | I ☐ |
| Sewage Treatment Works | D ☐ | Industrial Treatment/Pretreatment | J ☐ |
| Excess Flow Treatment | E ☐ | Waste Characteristics | N ☐ |
| Lift Station/Force Main | F ☐ | Erosion Control | P ☐ |
| Fast Track Service Connection | FTP ☑ | Trust Disclosure | T ☐ |
| Sludge Disposal | G ☐ | | |

Plans: Title Gemini Outpatient Facility                    (civil only)

_____    No. of Pages: 4

Specifications: Title Incorporated in the plan

_____    No. of Books/Pages: N/A

Other Documents: _____
(Please Specify)

3.1 Illinois Historic Preservation Agency approval letter:  Yes ☐ No ☐

4.  Land Trust:  Is the project identified in item number 1 herein, for which a permit is requested, to be constructed on land which is the subject of a trust?  Yes ☐ No ☑

    If yes, Schedule T (Trust Disclosure) must be completed and item number 7.1.1 must be signed by a beneficiary, trustee or trust officer.

5.  This is an Application for (Check Appropriate Line):

    ☑ A.  Joint Construction and Operating Permit
    ☐ B.  Authorization to Construct (See Instructions) NPDES Permit No. IL00_____
    ☐ C.  Construct Only Permit (Does Not Include Operations)
    ☐ D.  Operate Only Permit (Does Not Include Construction)

C000946

6.   Certifications and Approval:

6.1     Certificate by Design Engineer (When required: refer to instructions)
I hereby certify that I am familiar with the information contained in this application, including the attached schedules indicated above, and that to the best of my knowledge and belief such information is true, complete and accurate. The plans and specifications (specifications other than Standard Specifications or local specifications on file with this Agency) as described above were prepared by me or under my direction.

Engineer Name: Sigitas P. Vaznelis

Registration Number:     062     -     044114
                        (3 digits)        (6 digits)
Firm: Morris Engineering, Inc.

Address: 5100 Lincoln Avenue

City: Lisle                         State: IL    Zip: 60532          Phone No: (630) 271-0770

Signature X _____                      Date: 12/07/06

7.   Certifications and Approvals for Permits:

7.1     Certificate by Applicant(s)
I/We hereby certify that I/we have read and thoroughly understand the conditions and requirements of this Application, and am/are authorized to sign this application in accordance with the Rules and Regulations of the Illinois Pollution Control Board.  I/We hereby agree to conform with the Standard Conditions and with any other Special Conditions made part of this Permit.

7.1.1  Name of Applicant for Permit to Construct:  Partners In Development

Address:  6301 S Cass Av

City: Westmont                      State: IL    Zip Code: 60559

Signature X _____                      Date: 8 Dec 06

Printed Name: Thomas W. Lehman, P.E.             Phone No: (630) 963-8184

Title: Managing Principal

Organization: Partners in Development

7.1.2  Name of Applicant for Permit to Own and Operate:  Partners In Development

Address:  6301 S Cass Av

City: Westmont                      State: IL    Zip Code: 60559

Signature X _____                      Date: 8 Dec 06

Printed Name: Thomas W. Lehman, P.E.   Phone No: (630) 963-8184

Title: Managing Principal

000947

7.2    Attested (Required When Applicant is a Unit of Government)

Signature X _____    Date: _____

Title: _____

(City Clerk, Village Clerk, Sanitary District Clerk, Etc.)

7.3    Applications from non-governmental applicants which are not signed by the owner, must be signed by a principal executive officer of at least the level of vice president, or a duly authorized representative.

7.4    Certificate By Intermediate Sewer Owner

I hereby certify that (Please check one):

[✓] 1.    The sewers to which this project will be tributary have adequate reserve capacity to transport the wastewater that will be added by this project without causing a violation of the environmental Protection Act or Subtitle C. Chapter I, or

[ ] 2.    The Illinois Pollution Control Board, in PCB _____ dated _____ granted a variance from Subtitle C, Chapter I to allow construction of facilities that are the subject of this application.

Name and location of sewer system to which this project will be tributary:

Oakhurst, Unit 52  8" diameter _____

Sewer System Owner: City of Aurora _____

Address: 44 East Downer Place _____

City: Aurora _____    State: IL    Zip Code: 60507-2067 _____

Signature X _Stephen K. Andras_    Date: 1/15/07

Printed Name: STEPHEN K. ANDRAS    Phone No: 630 844 3620

Title: ASSISTANT CITY ENGINEER _____

7.4.1 Additional Certificate By Intermediate Sewer Owner

I hereby certify that (Please check one):

[✓] 1.    The sewers to which this project will be tributary have adequate reserve capacity to transport the wastewater that will be added by this project without causing a violation of the environmental Protection Act or Subtitle C. Chapter I, or

[ ] 2.    The Illinois Pollution Control Board, in PCB _____ dated _____ granted a variance from Subtitle C, Chapter I to allow construction facilities that are the subject of this application.

[ ] 3.    Not applicable

Name and location of sewer system to which this project will be tributary:

_____

Sewer System Owner: Fox Metro Water Reclamation District _____

Address: 682 State Route 31 _____

City: Oswego _____    State: IL    Zip Code: 60543 _____

Signature X _____    Date: _____

000948

Printed Name: _____    Phone No: (630) 892-4378

Title: _____

7.5    Certificate By Waste Treatment Works Owner

I hereby certify that (Please check one):

☑ 1.    The waste treatment plant to which this project will be tributary has adequate reserve capacity to treat the wastewater that will be added by this project without causing a violation of the Environmental Protection Act or Subtitle C, Chapter I, or

☐ 2.    The Illinois Pollution Control Board, in PCB _____ dated _____ granted a variance from Subtitle C, Chapter I to allow construction and operation of the facilities that are the subject of this application.

☐ 3.    Not applicable

I also certify that, if applicable, the industrial waste discharges described in the application are capable of being treated by the treatment works.

Name of Waste Treatment Works: _____

Waste Treatment Works Owner: Fox Metro Water Reclamation District

Address: 682 State Route 31

City: Oswego    State: IL    Zip Code: 60543

Signature X _____    Date: _____

Printed Name: _____    Phone No: (630) 892-4378

Title: _____

Please return completed form to the following address:

Illinois Environmental Protection Agency
Permit Section, Division of Water Pollution Control
P.O. Box 19276
Springfield, Illinois 62794-9276

This Agency is authorized to require this information under Illinois Revised Statues, 1979, Chapter 111 ½, Section 1039. Disclosure of this information is required under that Section. Failure to do so may prevent this form from being processed and could result in your application being denied. This form has been approved by the Forms Management Center.

000949

IL 532-0010
WPC 150



# City of Aurora

Engineering Division • 44 E. Downer Place • Aurora, Illinois 60507-2067 • (630) 844-3620
FAX (630) 892-0322

Kenneth Schroth, P.E.
Director of Public Works
City Engineer

January 10, 2007

Thomas W. Lehman, PE
Partners In Development
6301 South Cass Avenue, Suite 301
Westmont, IL  60559

Re:    Project #06.390
       Gemini Outpatient Facility
       240 N. Oakhurst

Dear Mr. Lehman,

Enclosed please find two (2) sets of approved plans for the above referenced project.  In
addition, the following are required:

1.  All contractors working in the public Right of Way must be licensed and bonded
    with the City of Aurora Engineering Department.
2.  Earthwork, underground and paving contractors **must** notify our field inspector,
    Jim Chambers (630-373-2831), a minimum of **72 hours** prior to starting.
    Earthwork contractors **must** notify our erosion control inspector, Kane-DuPage
    Soil and Water Conservation District (630-584-7961), a minimum of **72 hours**
    prior to starting.
3.  **If an IEPA permit is required**, construction may not begin on sanitary sewers
    and watermains until an IEPA permit to construct has been obtained.
4.  Mud, dirt, gravel and debris will not be tolerated on any streets.  An all-weather,
    stabilized construction entrance will be installed and maintained regularly.
5.  All streetlight cables (existing or proposed) that cross-driveways and sidewalks
    must be placed in 2" galvanized steel conduit.  Splices are not allowed for cable
    repairs.
6.  Be advised that building permits will not be issued until all requirements of the
    City of Aurora Code of Ordinances Chapter 43 Article I Section 43-12 have been
    met.

printed on recycled paper

000950

7. Be advised that record drawings (as-builts) and the granting of all necessary easements are **required** as a condition of receiving an occupancy permit. A punch list will be created, based on a review of the as-builts and field inspection, and submitted to the engineer for repairs. When all items have been repaired and approved by the inspector and all required submittals have been made, an occupancy permit will be agreed to by the Engineering Dept.

**Please be sure the above information is supplied to the contractors on site.**

**Please be advised that the Construction Group within the Engineering Division will be involved in this project from the this point forward.  Please contact either our field representative listed above or Dan Goewey in the Engineering Division (844-3620) for all construction related items.**

Sincerely,

John H. Spoelma
CITY OF AURORA
Department of Public Works
Engineering Division

cc:
Ken Schroth, City of Aurora Public Works Department
Steve Andras, City of Aurora Engineering Division
Dan Feltman, City of Aurora Engineering Division
Dan Goewey, City of Aurora Engineering Division
Ray Hull, City of Aurora Water and Sewer Maintenance w/Approved Plans
Dave Schumacher, City of Aurora Water Production Division w/Approved Plans
Jim Chambers, CMT w/Approved Plans
Herman Beneke, City of Aurora Building and Permits
Jonas V. Vaznelis, Morris Engineering, Inc.

C00951



# City of Aurora    DPW Engineering Division

44 E. Downer Place • Aurora, Illinois 60507-2067 • Phone (630) 844-3620

**Kenneth Schroth, P.E**
Director of Public Works/
City Engineer



FAX (630) 892-0322
TDD (630) 892-8858

RECEIVED
JAN 1 0 2007
CITY OF AURORA
ENGINEERING DEPT

## Letter of Transmittal

**TO:**  Charter One

20 Cabot Road, 4th Floor

Medford, MA 02155-5141

| Date: | 12/30/06 | Project No: 06.390 |
|---|---|---|
| Attention: | Micheal F. Dougan | |
| Re: | Letter of Credit | |
| | | |
| | | |

### We are sending you:

| Copies | Date | No. | Description |
|---|---|---|---|
| 1 | | | Letter of Credit |
| 1 | | | Mark-Up of Page 2 |
| | | | |
| | | | |
| | | | |

**Comments:**

The attached letter of credit is erroneous.
Correct per the attached marked-up page 2.

Pleas. Return Amendment #001, at your earliest opportunity. Thanks.
M. D...



RECEIVED
JAN 0 9 2007
By_____

Signed: _John N. Spoelma_
John N. Spoelma
630-906-7432

C00952

# MEMO

TO:      Steve Andras
FROM:    John Spoelma
DATE:    01/10/2007
RE:      Gemini Outpatient Facility
         **Project #06.390**

Steve,
Please sign the attached IEPA Sanitary Permit Applications for a sanitary service ( Clerks signature not required).

I felt a little further explanation was in order: You had signed applications before (also attached). However, the applications listed the City on line 7.4.1 "Additional Certificate By Intermediate Sewer Owner" rather that on line 7.4 "Certificate By Intermediate Sewer Owner".

I didn't think it was a big problem, as long as the City was listed as one of the "Intermediate Sewer Owners". Well FMWRD didn't think so. Hence, the new applications to sign.

C00953

**Spoelma, John**

| | |
|---|---|
| **To:** | Andras, Steve |
| **Cc:** | Feltman, Dan |
| **Subject:** | Project #06.390 |

Steve,
I have placed the engineering plans for project #06.390, Gemini Outpatient Facility, 240 N. Oakhurst in you mail box for your approval.
Again, I'm waiting for last minute submittal of a revised letter of credit (they had erroneously stated the guarantee of the improvements at the banks address - one south wacker drive in Chicago - I'm the meanest and nastiest guy on earth for making them correct it)
Thanks

    John H. Spoelma
    CITY OF AURORA
Department of Public Works
    Engineering Division

*I REALLY DON'T BELIVE THAT!*

C00954

**Spoelma, John**

| | |
|---|---|
| **To:** | Andras, Steve |
| **Cc:** | Feltman, Dan |
| **Subject:** | Project #06.390 |


Steve,
I have placed the engineering plans for project #06.390, Gemini Outpatient Facility, 240 N. Oakhurst in you mail box for your approval.
Again, I'm waiting for last minute submittal of a revised letter of credit (they had erroneously stated the guarantee of the improvements at the banks address - one south wacker drive in Chicago - I'm the meanest and nastiest guy on earth for making them correct it)
Thanks

   John H. Spoelma
   CITY OF AURORA
Department of Public Works
   Engineering Division

1

C00955



# City of Aurora

DPW Engineering Division

44 E. Downer Place • Aurora, Illinois 60507-2067 • Phone (630) 844-3620
• FAX (630) 892-0322
• TDD (630) 892-8858

Kenneth Schroth, P.E
Director of Public Works/
City Engineer

# Letter of Transmittal

| TO: | Charter One | | Date: | 12/30/06 | Project No: | 06.390 |
|---|---|---|---|---|---|---|
| | 20 Cabot Road, 4th Floor | | Attention: | Micheal F. Dougan | | |
| | Medford, MA 02155-5141 | | Re: | Letter of Credit | | |

**We are sending you:**

| Copies | Date | No. | Description |
|---|---|---|---|
| 1 | | | Letter of Credit |
| 1 | | | Mark-Up of Page 2 |
| | | | |
| | | | |
| | | | |

**Comments:**

The attached letter of credit is erroneous.
Correct per the attached marked-up page 2.

Signed: _John N. Spoelma_

John N. Spoelma
630-906-7432

C00956



# City of Aurora

Engineering Division  •  44 E. Downer Place  •  Aurora, Illinois 60507-2067  •  (630) 844-3620
FAX (630) 892-0322

Kenneth Schroth, P.E.
Director of Public Works
City Engineer

# FAX
# COVER SHEET

DATE: _12/28/06_                 TIME: _3:10 PM_

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: _3_

ATTENTION: _Glen Mazade_

FIRM NAME: _Charter One_

FAX NUMBER: _312 - 777 - 3497_

FROM: _John Spoelma_

RE: _Letter of Credit revisions_

_____

_____

_____

## IF A PROBLEM IN TRANSMISSION OCCURS,
## PLEASE CALL (630) 844-3620.

000957

printed on recycled paper

\* \* \* COMMUNICATION RESULT REPORT ( DEC.28.2006 4:18PM ) \* \* \*

FAX HEADER:  AURORA ENG DEPT

| FILE MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|-----------|--------|-----------------|--------|------|
| 591  MEMORY TX | | 13127773497 | OK | P. 3/3 |

---

REASON FOR ERROR
    E-1) HANG UP OR LINE FAIL          E-2) BUSY
    E-3) NO ANSWER                E-4) NO FACSIMILE CONNECTION



# City of Aurora

Engineering Division • 44 E. Downer Place • Aurora, Illinois 60507-2067 • (630) 844-3620
FAX (630) 892-0322

Kenneth Schroth, P.E.
Director of Public Works
City Engineer

# FAX
# COVER SHEET

DATE: 12/28/06         TIME: 3:10 PM

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

ATTENTION: Glen Mazade

FIRM NAME: Charter One

FAX NUMBER: 312 - 777 - 3497

000958

# City of Aurora

Engineering Division • 44 E. Downer Place • Aurora, Illinois 60507-2067 • (630) 844-3620
FAX (630) 892-0322

Kenneth Schroth, P.E.
Director of Public Works
City Engineer

December 27, 2006

Sigitas P. Vaznelis, PE
Morris Engineering
5100 S. Lincoln
Lisle, IL 60532

Re:    Project #06.390
       Gemini Office Development
       240 N. Oakhurst Drive

Dear Mr. Vaznelis,

We have completed the review of the engineering plans received on 12/22/06 for the above referenced project and have found them to be in conformance with our previous review comments and acceptable for the final approval process.

The plans or permit will not be approved until the fees have been paid and acceptable Security has been submitted and approved.

If you have any questions regarding the above review comments please call me at 630-906-7432.

Sincerely,

John H. Spoelma
CITY OF AURORA
Department of Public Works
Engineering Division

cc:
Ken Schroth, City of Aurora, Director of Public Works/ City Engineer
Dan Feltman, City of Aurora, Engineering Division
Thomas W. Lehman, Gemini Office Development

 printed on recycled paper

C00959



# City of Aurora    DPW Engineering Division

44 E. Downer Place • Aurora, Illinois 60507-2067 • Phone (630) 844-3620
FAX (630) 892-0322
TDD (630) 892-8858

**Kenneth Schroth, P.E**
Director of Public Works/
City Engineer

# FAX
# COVER SHEET

**DATE:** 12/27/2006                **TIME:** 3:25 PM

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:** 2

**ATTENTION:** Sigitas P. Vaznelis          **CC:** Thomas Lehman

**NAME OF FIRM:** Morris Engineering, Inc.          **Partners in Development**

**FAX NUMBER:** 630-271-0774                630-963-4475


**FROM:** John H. Spoelma          **RE:** Project #06.390

Gemini Outpatient

240 N. Oakhurst


**COMMENTS:**


See attached letter.


C00960

```
* * * COMMUNICATION RESULT REPORT ( DEC.27.2006  4:26PM ) * * *
                                    FAX HEADER:  AURORA ENG DEPT

FILE MODE        OPTION          ADDRESS (GROUP)          RESULT        PAGE
586  MEMORY TX                    2710774                  OK          P. 2/2



REASON FOR ERROR
        E-1) HANG UP OR LINE FAIL              E-2) BUSY
        E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```



**Kenneth Schroth, P.E**
Director of Public Works/
City Engineer

# City of Aurora    DPW Engineering Division

44 E. Downer Place • Aurora, Illinois 60507-2067 • Phone (630) 844-3620
FAX (630) 892-0322
TDD (630) 892-8858

# FAX
# COVER SHEET

**DATE:** 12/27/2006          **TIME:** 3:25 PM

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:** 2

**ATTENTION:** Sigltas P. Vaznelis          **CC:** Thomas Lehman

**NAME OF FIRM:** Morris Engineering, Inc.          **Partners in Development**

**FAX NUMBER:** 630-271-0774          630-963-4475

000961

**FROM:** John H. Spoelma          **RE:** Project #06.390

```
 * * * COMMUNICATION RESULT REPORT ( DEC.27.2006  4:27PM ) * * *
                                        FAX HEADER:  AURORA ENG DEPT
FILE MODE       OPTION          ADDRESS (GROUP)         RESULT      PAGE
587  MEMORY TX                  9634475                 OK         P. 2/2
```

---

```
REASON FOR ERROR
    E-1) HANG UP OR LINE FAIL          E-2) BUSY
    E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION
```



**Kenneth Schroth, P.E**
Director of Public Works/
City Engineer

# City of Aurora   DPW Engineering Division

44 E. Downer Place • Aurora, Illinois 60507-2067 • Phone (630) 844-3620
FAX (630) 892-0322
TDD (630) 892-8858

# FAX
# COVER SHEET

**DATE:** 12/27/2006          **TIME:** 3:25 PM

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:** 2

**ATTENTION:** Sigitas P. Vaznelis      **CC:** Thomas Lehman

**NAME OF FIRM:** Morris Engineering, Inc.      Partners in Development

**FAX NUMBER:** 630-271-0774      630-963-4475

**FROM:** John H. Spoelma      **RE:** Project #06.390

C00962



**MORRIS**
**ENGINEERING, INC.**

Civil Engineering Consulting & Surveying

5100 Lincoln Ave • Suite 105 • Lisle, IL 60532-2119 • 1 (630) 271-0770 • 1 (630) 271-0774 Fax



Project File No.   **06-PR-5004**

cc: **Client** ☒     **Accounting** ☒     **File** ☒

**Method of Delivery:**   Hand Delivery

Client Notified Ready for Pick-up   _12/21/06_     _Ggv_
                                         Date       Initials

_Scott from Krall Construction_
_will pick up and hand deliver._

## LETTER OF TRANSMITTAL

| To: | John H. Spoelma, Civil Engineer 1 | Date: | December 21, 2006 |
|---|---|---|---|
| | City of Aurora-Department of Public Works | | |
| | Engineering Division - 4th FL | RE: | Engineering Department Submittal |
| | 44 East Downer Place | | Gemini Outpatient Facility |
| | Aurora, IL 60507-2067 | | |
| | 1 (630) 906-7432 | | 240 N Oakhurst Dr, Aurora, IL |

**Documents Enclosed:**

| Quantity | Date | No. | Document Title |
|---|---|---|---|
| 8 | 12/21/06 | 4 pgs | Final Plan (Revision 7 per City of Aurora) 24" x 36" plan sets |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Comments:**



cc: Mr. Kristos Tsogas, Jensen & Halsted Ltd (with enclosure)
    Mr. Thomas W. Lehman, Partners in Development (with enclosure)

**From:**   Jon V. Vaznelis, Ext. 105     **Pick-up Date:**   _____
            Project Manager

                                          **Pick-up By:**   _____

C00963

If enclosures are not as noted, please notify us promptly at 1 (630) 271-0770



# City of Aurora    DPW Engineering Division

44 E. Downer Place  •  Aurora, Illinois 60507-2067  •  Phone (630) 844-3620
FAX (630) 892-0322
TDD (630) 892-8858

**Kenneth Schroth, P.E**
Director of Public Works/
City Engineer

# FAX
# COVER SHEET

**DATE:**   12/26/06                    **TIME:**      7:15 AM

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:**      2

| | |
|---|---|
| **ATTENTION:**  Michael F. Dougan | **CC:**   Jonas Vaznelis |
| **NAME OF FIRM:**  Charter One | **Morris Engineering** |
| **FAX NUMBER:**  791-391-8701 | 630-271-0774 |
| | **CC:**   Thomas Lehman |
| | **Partners in Development** |
| | 630-963-4475 |

**FROM:**   John H. Spoelma          **RE:**   Project # 06.390
Gemini Outpatient Facility
240 N. Oakhurst Aurora, IL

**COMMENTS:**

**Attached is a mark-up of required revisions to page 2 of the letter of credit submitted for the above listed project.**

000964

```
* * * COMMUNICATION RESULT REPORT ( DEC.26.2006  8:28AM ) * * *
                                         FAX HEADER:  AURORA ENG DEPT
```

| FILE | MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|------|------|--------|-----------------|--------|------|
| 575 | MEMORY TX | | 17913918701 | E-3)3) | P. 0/2 |

```
-----------------------------------------------------------------------
REASON FOR ERROR
     E-1) HANG UP OR LINE FAIL              E-2) BUSY
     E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```



# City of Aurora    DPW Engineering Division

**44 E. Downer Place • Aurora, Illinois 60507-2067 •** Phone (630) 844-3620
FAX (630) 892-0322
TDD (630) 892-8858

**Kenneth Schroth, P.E**
Director of Public Works/
City Engineer

# FAX
# COVER SHEET

**DATE:** 12/26/06                      **TIME:** 7:15 AM

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:** 2

**ATTENTION:** Michael F. Dougan          **CC:** Jonas Vaznelis

**NAME OF FIRM:** Charter One              **Morris Engineering**

**FAX NUMBER:** 791-391-8701               630-271-0774

                                          **CC:** Thomas Lehman            000965

                                          Partner in Development

* * * COMMUNICATION RESULT REPORT ( DEC.26.2006  8:20AM ) * * *

FAX HEADER:  AURORA ENG DEPT

| FILE MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|---|---|---|---|---|
| 577  MEMORY TX | | 9634475 | OK | P. 2/2 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL          E-2) BUSY
E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION



**Kenneth Schroth, P.E**
Director of Public Works/
City Engineer

# City of Aurora    DPW Engineering Division

44 E. Downer Place • Aurora, Illinois 60507-2067 • Phone (630) 844-3620
FAX (630) 892-0322
TDD (630) 892-8858

# FAX
# COVER SHEET

**DATE:**  12/26/06                    **TIME:**   7:15 AM

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:** _2_

**ATTENTION:**  Michael F. Dougan          **CC:**  Jonas Vaznelis

**NAME OF FIRM:** Charter One                   **Morris Engineering**

**FAX NUMBER:** 791-391-8701                  630-271-0774

                                            **CC:**  Thomas Lehman          000966

```
*  *  *  COMMUNICATION RESULT REPORT ( DEC.26.2006  8:18AM )  *  *  *
                                        FAX HEADER:  AURORA ENG DEPT
```

| FILE | MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|------|------|--------|-----------------|--------|------|
| 576 | MEMORY TX | | 2710774 | OK | P. 2/2 |

```
------------------------------------------------------------------------
REASON FOR ERROR
        E-1) HANG UP OR LINE FAIL         E-2) BUSY
        E-3) NO ANSWER                    E-4) NO FACSIMILE CONNECTION
```



**Kenneth Schroth, P.E**
Director of Public Works/
City Engineer

# City of Aurora   DPW Engineering Division

44 E. Downer Place  •  Aurora, Illinois 60507-2067  •  Phone (630) 844-3620
FAX (630) 892-0322
TDD (630) 892-8858

# FAX
# COVER SHEET

**DATE:**   12/26/06      **TIME:**   7:15 AM

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:**   2

**ATTENTION:**   Michael F. Dougan     **CC:**   Jonas Vaznelis

**NAME OF FIRM:**   Charter One     **Morris Engineering**

**FAX NUMBER:**   791-391-8701     630-271-0774

**CC:**   Thomas Lehman    C00967



# City of Aurora    DPW Engineering Division

44 E. Downer Place • Aurora, Illinois 60507-2067 • Phone (630) 844-3620
FAX (630) 892-0322
TDD (630) 892-8858

**Kenneth Schroth, P.E**
Director of Public Works/
City Engineer

# FAX
# COVER SHEET

DATE: __12/15/2006__    TIME: __3:40 PM__

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:** __2__

ATTENTION: __Sigitas P. Vaznelis__    CC: __Thomas Lehman__

NAME OF FIRM: __Morris Engineering, Inc.__    __Partners in Development__

FAX NUMBER: __630-271-0774__    __630-963-4475__

FROM: __John H. Spoelma__    RE: __Project #06.390__

__Gemini Office Development__

__240 N. Oakhurst Drive__

**COMMENTS:**

Attached is the Engineering Division's fifth review letter.

000968

# ILLINOIS ENVIRONMENTAL PROTECTION AGENCY

1021 NORTH GRAND AVENUE EAST, P.O. BOX 19276, SPRINGFIELD, ILLINOIS 62794-9276 – ( 217) 782-3397
JAMES R. THOMPSON CENTER, 100 WEST RANDOLPH, SUITE 11-300, CHICAGO, IL 60601 – (312) 814-6026

ROD R. BLAGOJEVICH, GOVERNOR       DOUGLAS P. SCOTT, DIRECTOR

**RECEIVED**
**NOV - 7 2006**
CITY OF AURORA
ENGINEERING DEPT.

217/782-0610

November 3, 2006

Morris Engineering, Inc.
Attn: Sigitas Vaznelis
5100 Lincoln Avenue
Lisle, Illinois 60532-2119

Re:    Aurora - Gemini Outpatient Facility, Log No. 2520-06
       Notice of Incompleteness

Dear Mr. Vaznelis:

The Application for Permit received November 1, 2006, for the above-listed project has been
reviewed and deemed to be an incomplete submission of an application. The submittal cannot at this
time be considered to be filed. Certain information and/or documents are required in accordance
with Subtitle C, Chapter I:

1.     Submit two copies of the WPC-PS-1 Application, one with original signatures.

2.     Please advise as to why the Historic PreservationAgency approval letter is not applicable for
       the proposed project.

In accordance with 35 Ill. Admin. Code 309.225, the Applicant may treat this Agency's notification,
that the application is incomplete, as a denial of the application for purposes of review.

The Agency will be pleased to reevaluate your permit application on receipt of your written request
and the necessary information and documentation to correct or clarify the deficiencies noted above.
The Application will be considered filed on the date that the Agency receives your written request.
If the Agency receives the permit application with the above deficiencies corrected within 90 days
of the date of this letter, a permit may be issued without additional fees becoming due. Please
reference the above-listed log number in your transmittal letter.

ROCKFORD – 4302 North Main Street, Rockford, IL 61103 – (815) 987-7760   •   DES PLAINES – 9511 W. Harrison St., Des Plaines, IL 60016 – (847) 294-4000
ELGIN – 595 South State, Elgin, IL 60123 – (847) 608-3131   •   PEORIA – 5415 N. University St., Peoria, IL 61614 – (309) 693-5463
BUREAU OF LAND - PEORIA – 7620 N. University St., Peoria, IL 61614 – (309) 693-5462   •   CHAMPAIGN – 2125 South First Street, Champaign, IL 61820 – (217) 278-5800
SPRINGFIELD – 4500 S. Sixth Street Rd., Springfield, IL 62706 – (217) 786-6892   •   COLLINSVILLE – 2009 Mall Street, Collinsville, IL 62234 – (618) 346-5120
MARION – 2309 W. Main St., Suite 116, Marion, IL 62959 – (618) 993-7200

C00969

PRINTED ON RECYCLED PAPER

Page 2

Should you have any questions or comments regarding the above, please contact Melissa Parrott at the indicated telephone number and address.

Sincerely,

Alan Keller, P.E.
Manager, Permit Section
Division of Water Pollution Control

SAK:2520noi.map


cc:     Fox Metro WRD
        City of Aurora
        RU
        Binds
        DWPC-Des Plaines

C00970