#06 390



## MORRIS
### ENGINEERING INC.
Civil Engineering Consulting & Surveying

5100 Lincoln Ave • Suite 100 • Lisle, IL 60532-2119 • 1 (630) 271-0770 • 1 (630) 271-0774 Fax

**R E C E I V E D**
**DEC 1 4 2006**
CITY OF AURORA
ENGINEERING DEPT.

Project File No.  **06-PR-5004**

cc: Client ☒     Accounting   ☒   File ☒

**Method of Delivery:**  USPS

Client Notified Ready for Pick-up _____
Date        Initials

## LETTER OF TRANSMITTAL

| To: | John H. Spoelma, Civil Engineer 1 | Date: | December 12, 2006 |
|---|---|---|---|
| | City of Aurora-Department of Public Workd | | |
| | Engineering Division | RE: | Gemini Outpatient Facility |
| | 44 East Downer Place | | 240 North Oakhurst Drive |
| | Aurora, IL 60507-2067 | | Aurora, IL |

**Documents Enclosed:**

| Quantity | Date | No. | Document Title |
|---|---|---|---|
| 1 | 12/08/06 | 4 pgs | IEPA WPC-PS-1 Application for Permit or Construction Approval |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Comments:**  Please sign the attached form and return to our office as soon as possible.

cc: Mr. Kristos Tsogas, Jensen & Halsted Ltd.
     Mr. Thomas W. Lehman, Partners in Development

**From:**  Jon V. Vaznelis, Ext. 105          **Pick-up Date:**  _____
     Project Manager

                                              **Pick-up By:**  _____

Called  Jon V.  12/17/06
Left  message for second
"original" permit application

C00971

If enclosures are not as noted, please notify us promptly at 1 (630) 271-0770

* * * COMMUNICATION RESULT REPORT ( DEC.15.2006  4:51PM ) * * *

FAX HEADER:   AURORA ENG DEPT

| FILE MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|-----------|--------|-----------------|--------|------|
| 554   MEMORY TX | | 9634475 | OK | P. 2/2 |

---

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL          E-2) BUSY
E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION

---



# City of Aurora     DPW Engineering Division

44 E. Downer Place • Aurora, Illinois 60507-2067 • Phone (630) 844-3620
FAX (630) 892-0322
TDD (630) 892-8858

**Kenneth Schroth, P.E**
Director of Public Works/
City Engineer

# FAX
# COVER SHEET

**DATE:** 12/15/2006          **TIME:** 3:40 PM

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:** 2

**ATTENTION:** Sigitas P. Vaznelis          **CC:** Thomas Lehman

**NAME OF FIRM:** Morris Engineering, Inc.          Partners in Development

**FAX NUMBER:** 630-271-0774          630-963-4475

**FROM:** John H. Spoelma          **RE:** Project #06.390

000972

```
*  *  *  COMMUNICATION RESULT REPORT ( DEC.15.2006  4:50PM ) *  *  *
                                      FAX HEADER:   AURORA ENG DEPT
```

| FILE MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|-----------|--------|-----------------|--------|------|
| 553 MEMORY TX | | 2710774 | OK | P. 2/2 |

```
----------------------------------------------------------------------
  REASON FOR ERROR
       E-1) HANG UP OR LINE FAIL              E-2) BUSY
       E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```



# City of Aurora    DPW Engineering Division

44 E. Downer Place • Aurora, Illinois 60507-2067 • Phone (630) 844-3620
FAX (630) 892-0322
TDD (630) 892-8858

**Kenneth Schroth, P.E**
Director of Public Works/
City Engineer

# FAX
# COVER SHEET

**DATE:**   12/15/2006              **TIME:**   3:40 PM

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:**   2

**ATTENTION:**   Sigitas P. Vaznelis          **CC:**   Thomas Lehman

**NAME OF FIRM:**   Morris Engineering, Inc.          **Partners In Development**

**FAX NUMBER:**   630-271-0774          630-963-4475

**FROM:**   John H. Spoelma          **RE:**   Project #06,390

C00973



# City of Aurora

Engineering Division • 44 E. Downer Place • Aurora, Illinois 60507-2067 • (630) 844-3620
FAX (630) 892-0322

Kenneth Schroth, P.E.
Director of Public Works
City Engineer

December 15, 2006

Sigitas P. Vaznelis, PE
Morris Engineering
5100 S. Lincoln
Lisle, IL 60532

Re:    Project #06.390
       Gemini Office Development
       240 N. Oakhurst Drive

Dear Mr. Vaznelis,

We have completed the review of the engineering plans received on 12/14/06 for the
above referenced project. Per the City's review letter of 11/28/06 (comment #6) and the
City's review letter of 12/08/06 (comment #1 – printed in bold lettering)

1. **Connect to the existing storm sewer in the existing
   stormwater facility.**

2. The fees have not been paid and the Security has not submitted and accepted.

Please submit eight (8) sets of revised engineering plans, signed and sealed by an Illinois
registered Professional Engineer (PE), directly to the Engineering Division office on
fourth floor of City Hall.

Please refer to the above referenced project number on all future correspondence
regarding this project. If you have any questions regarding the above review comments
please call me at 630-906-7432.

Sincerely,

John H. Spoelma
CITY OF AURORA
Department of Public Works
Engineering Division

cc:
Ken Schroth, City of Aurora, Director of Public Works/ City Engineer
Dan Feltman, City of Aurora, Engineering Division
Thomas W. Lehman, Gemini Office Development

printed on recycled paper

000974



Civil Engineering Consulting & Surveying

5100 Lincoln Ave • Suite 100 • Lisle, IL 60532-2119 • 1 (630) 271-0770 • 1 (630) 271-0774 Fax

Project File No.   **06-PR-5004**

cc: **Client** ☒   **Accounting** ☒   **File** ☒

**Method of Delivery:**   Hand Delivery

Client Notified Ready for Pick-up _____
                                                                    Date            Initials

## LETTER OF TRANSMITTAL

| To: | John H. Spoelma, Civil Engineer 1 | **Date:** | December 14, 2006 |
|---|---|---|---|
| | City of Aurora-Department of Public Works | | |
| | Engineering Division - 4th FL | **RE:** | Gemini Outpatient Facility |
| | 44 East Downer Place | | 240 North Oakhurst Drive |
| | Aurora, IL 60507-2067 | | Aurora, IL |

**Documents Enclosed:**

| Quantity | Date | No. | Document Title |
|---|---|---|---|
| 8 | 11/28/06 | 4 pgs | Final Plan (Plotted 12/14/06) (Revision 7 per City of Aurora) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Comments:**



cc: Mr. Kristos Tsogas, Jensen & Halsted Ltd (with enclosures)
      Mr. Thomas W. Lehman, Partners in Development (with enclosures)

**From:**   Jon V. Vaznelis, Ext. 105          **Pick-up Date:** _____
                Project Manager

                                                        **Pick-up By:** _____

000975



# City of Aurora   DPW Engineering Division

44 E. Downer Place • Aurora, Illinois 60507-2067 • Phone (630) 844-3620
FAX (630) 892-0322
TDD (630) 892-8858

**Kenneth Schroth, P.E**
Director of Public Works/
City Engineer

# FAX
# COVER SHEET

**DATE:** 12/08/06                          **TIME:** 9:45 AM

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:** 8

**ATTENTION:** Sigitas P. Vaznelis        **CC:** Thomas W. Lehman

**NAME OF FIRM:** Morris Engineering, Inc.        Partners in Development

**FAX NUMBER:** 630-271-0774        630-963-4475

**FROM:** John H. Spoelma        **RE:** Project #06.390

Gemini Office Development

240 N. Oakhurst Drive

**COMMENTS:**

Attached is the Engineering Division's fourth review letter, with attachements, of the above
listed project .

000976

* * * COMMUNICATION RESULT REPORT ( DEC. 8.2006 10:42AM ) * * *

FAX HEADER:    AURORA ENG DEPT

| FILE MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|---|---|---|---|---|
| 502  MEMORY TX | | 9634475 | OK | P. 8/8 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL          E-2) BUSY
E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION



**Kenneth Schroth, P.E**
Director of Public Works/
City Engineer

# City of Aurora    DPW Engineering Division

44 E. Downer Place • Aurora, Illinois 60507-2067 • Phone (630) 844-3620
FAX (630) 892-0322
TDD (630) 892-8858

# FAX
# COVER SHEET

**DATE:** 12/08/06                    **TIME:** 9:45 AM

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:** 8

**ATTENTION:** Sigitas P. Vaznelis          **CC:** Thomas W. Lehman

**NAME OF FIRM:** Morris Engineering, Inc.          Partners in Development

**FAX NUMBER:** 630-271-0774                    630-963-4475

**FROM:** John H. Spoelma          **RE:** Project #06.390

000977

* * * COMMUNICATION RESULT REPORT ( DEC. 8.2006 10:40AM ) * * *

FAX HEADER:   AURORA ENG DEPT

| FILE MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|---|---|---|---|---|
| 501  MEMORY TX | | 2710774 | OK | P. 8/8 |

---

REASON FOR ERROR
    E-1) HANG UP OR LINE FAIL          E-2) BUSY
    E-3) NO ANSWER                  E-4) NO FACSIMILE CONNECTION



# City of Aurora    DPW Engineering Division

44 E. Downer Place • Aurora, Illinois 60507-2067 • Phone (630) 844-3620
FAX (630) 892-0322
TDD (630) 892-8858

**Kenneth Schroth, P.E**
Director of Public Works/
City Engineer

# FAX
# COVER SHEET

**DATE:**   12/08/06                **TIME:**   9:45 AM

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:**   8

**ATTENTION:**   Sigitas P. Vaznelis        **CC:**   Thomas W. Lehman

**NAME OF FIRM:**   Morris Engineering, Inc.        **Partners in Development**

**FAX NUMBER:**   630-271-0774        630-963-4475

**FROM:**   John H. Spoelma        **RE:**   Project #06.390

000978



# City of Aurora

Engineering Division  •  44 E. Downer Place  •  Aurora, Illinois 60507-2067  •  (630) 844-3620
FAX (630) 892-0322

Kenneth Schroth, P.E.
Director of Public Works
City Engineer

December 8, 2006

Sigitas P. Vaznelis, PE
Morris Engineering
5100 S. Lincoln
Lisle,  IL  60532

Re:     Project #06.390
        Gemini Office Development
        240 N. Oakhurst Drive

Dear Mr. Vaznelis,

We have completed the review of the engineering plans received on 12/06/06 for the
above referenced project and have the following comments:

1.  As stated in our previous review letters, the only "adequate" outfall the City will
    accept is **the elimination of** the surface flow **spillways** and the installation of a
    storm sewer outfall, **connected to the existing storm sewer in the existing
    stormwater facility.**

2.  As stated in our previous review letters, adjacent to the proposed building **the
    minimum finish grade (713.35) is six inches below the finish floor (713.85)
    and the minimum slope in a turf area of two percent (2%)** was not provided.
    Specifically, at the northeast corner of the proposed building the swale high point
    (713.65) is above the minimum finish grade (713.35) at the building and the
    minimum finish grade (713.35) yields a slope less than the two percent (2%)
    minimum.

1

000979

printed on recycled paper

3. Attached is the computation of the Permit and Inspection fees (payable to the City of Aurora, remitted to the Engineering Division office on fourth floor of City Hall) and the Security (letter of credit or subdivision bond) amount to be submitted to the Engineering Division office on fourth floor of City Hall on acceptable forms (acceptable forms attached – please note that use of other forms may result in additional review time by the City's Legal Department resulting in the delay of permit issuance). These fees will have to be paid and the Security submitted and accepted prior to the Engineering Division granting approval of the plans/ project.

Please submit eight (8) sets of revised engineering plans, signed and sealed by an Illinois registered Professional Engineer (PE), directly to the Engineering Division office on fourth floor of City Hall.

Please refer to the above referenced project number on all future correspondence regarding this project. If you have any questions regarding the above review comments please call me at 630-906-7432.

Sincerely,

John H. Spoelma
CITY OF AURORA
Department of Public Works
Engineering Division

cc:
Ken Schroth, City of Aurora, Director of Public Works/ City Engineer
Dan Feltman, City of Aurora, Engineering Division
Thomas W. Lehman, Gemini Office Development

C00980

**Project Name:    Gemini Office Development**
Project Number:    06.390
Design Engineer:    Morris Engineering, Inc.
Date of Estimate:    12/4/2006

Engineer's Total Estimated Cost for Public Improvements    $15,537.00

|  | Fee % | Min. Fee | % Fee Cost | Required Fee |
|---|---|---|---|---|
| Review Cost | 2.00% | $300 | $311 | $311 |
| Inspection Fees | 1.75% | N/A | $272 | $272 |
| | | | Total Required Fees | $583 |

000981

LETTER OF CREDIT or SUBDIVISION BOND AMOUNT COMPUTATION

PROJECT NAME : **Gemini Office Development**
PROJECT # : 06.390

DEVELOPMENT ENGINEER : Morris Engineering, Inc.
DATE OF ENGR. ESTIMATE : 12/4/2006

| | | | |
|---|---|---|---|
| TOTAL AMOUNT OF PUBLIC IMPROVEMENTS | $15,537.00 | ( 100% ) | 15,537.00 |
| TOTAL AMOUNT OF EROSION CONTROL | $9,776.00 | ( 110% ) | 10,753.60 |
| **TOTAL AMOUNT OF SECURITY REQUIRED** | | | **$26,290.60** |

C00982

ISSUER'S LETTERHEAD

DATE:
IRREVOCABLE STANDBY LETTER OF CREDIT #_____

BENEFICIARY                              APPLICANT:
City of Aurora                           NAME
44 E. Downer Place                       ADDRESS
Aurora, Illinois 60507                   CITY, STATE, ZIPCODE

AMOUNT                                   EXPIRATION DATE
$_____                 _____

RE:   SUBDIVISION RECORDED NAME
      MARKETING NAME

The Undersigned __(Issuer's Name)_____, hereby issues this Irrevocable Standby Letter of Credit #_____ in favor of the City of Aurora in the amount of $_____ effective _____ and expiring at our office on _____.

This Irrevocable Standby Letter of Credit is issued for the purpose of securing and paying for the installation of the public improvements and stormwater management facilities in (Subdivision) (Location) constructed by (Developer) in accordance with plans and specifications approved by the City of Aurora Engineer as prepared by (Engineering Consultant).

In no event shall this Irrevocable Standby Letter of Credit or the obligations contained herein expire except upon said prior written notice to the City Clerk of the City of Aurora, 44 East Downer Place, Aurora, Illinois 60507 by certified or registered mail, return receipt requested, at least sixty (60) days prior to said expiration date, that said Letter Of Credit is about to expire and that the said expiration date shall be extended as required to comply with this notice provision.

On approval of the City Engineer this Irrevocable Standby Letter of Credit may be renewed or extended prior to the said expiration date by submitting a new Letter of Credit in the same form as this Letter of Credit to the City Engineering Department in an amount as determined by the City Engineer to complete and pay for the above described public improvements and storm water management facilities.

We hereby engage with you that all demands for payment made in conformity with the terms of this Irrevocable Standby Letter of Credit will by duly honored on presentation to us prior to expiration of this Letter of Credit, a letter from City Engineer of the City of Aurora demanding payment on or before said expiration date certifying that:

1.  Said Letter of Credit will expire within thirty (30) days and has not been renewed or extending and a replacement LOC has not been issued; or

2.  That the aforesaid improvements have not been satisfactorily completed by the developer within the required time.

This credit is subject to the uniform customs and practices for documentary credits, International Chamber of Commerce Publication #500.

(Signatures)

000983

## SUBDIVISION BOND

Bond No.: _____          Principal Amount _____

~~KNOW ALL MEN BY THESE PRESENTS~~, that we *name and address of*

*developer* _____as

*name and address of insurance company* _____ a *state of incorporation*

Corporation, as Surety, are held and firmly bound unto *City of Aurora* _____

*44 E. Downer Place, Aurora, IL  60507* _____in the penal sum of

_____(Dollars)

($ _____), lawful money of the United States of America,

for the payment of which well and truly to be made, we bind ourselves, our heirs,

executors, administrators, successors and assigns, jointly and severally, firmly by

these presents.

WHEREAS, *name of developer* _____

has agreed to construct in the City of Aurora the following improvements:

_____

_____

_____

and provide a One Year Maintenance and Warranty, as required by City Code
Chapter 43.

**NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH,**

that if the said Principal shall well and truly complete and construct, or have

constructed the improvements herein described in accordance with City

Ordinances, Standards and Requirements and the approved plans and

specifications dated _____ within the period allowed by City Code Section

43-55 (3) (c) as well as one full year thereafter of maintenances and warranties

thereof, then this obligation shall be null and void, otherwise to remain in full

force and effect, and the Surety, upon receipt of notice from the City Engineer

indicating that the improvements have not been installed or completed, or such

maintenance or warranties covered, will elect within 30 days of receipt of said

notice either to complete the improvements or maintenance or pay to the

municipality such amount up to the Principal amount of this bond which will allow

the municipality to complete the improvements or maintenance.  Failure to so

elect within said time shall constitute authorization to the City to complete the

improvements or maintenance at Surety's expense.  The maximum liability of the

Surety shall be limited to the total amount of this bond for completion of

improvements and twenty percent (20%) of the accepted improvements thereof

for maintenance and warranties as required by the City's Subdivision ordinance

(Sec. 43-103).

Signed, sealed and dated, this _____day of _____2003

_____          _____
Principal                            Surety

By: _____         By: _____
     Secretary                            Attorney-in-Fact

# MORRIS
## ENGINEERING INC
Civil Engineering Consulting & Surveying

5100 S. Lincoln • Suite 100 • Lisle, IL 60532 • (630) 271-0770 • (630) 271-0774 Fax

December 6, 2006

Mr.John H. Spoelma, Civil Engineer 1
City of Aurora, Department of Public Works
Engineering Division
44 East Downer Place
Aurora, Illinois 60507-2067

Re:  **Response to Comment Letter dated 11/28/06**
     Gemini Office Development
     240 North Oakhurst Drive
     City of Aurora Project No. 06.390
     MEI Project No. 06-PR-5004

Dear Mr. Spoelma:

Following are our responses to your comment letter dated 11/28/06.

1.  Verification that the Fire Marshal has approved the project (fire hydrant
    locations *and* diameter size of the fire suppression service) was not provided
    as required in the City's 8/17/06 and 10/17/06 review letters.

    *The Fire Marshal has approved the Fire Plan for this projection 11/06/06.*
    *Apparently, there are two City of Aurora project numbers. Refer to*
    *Building Permit No. 06-353529 and Planning No. 6-390. Enclosed is a*
    *correspondence with the Fire Marshal dated 12/06/06.*

2.  One of the storm structure catchments overflow elevation is shown as 712.85
    exactly one foot below the Finish Floor/lowest opening. Provide calculations
    showing that the catchments BFE is one foot below the Finish Floor/lowest
    opening or revise the overflow elevation to be one and two tenths foot (1.2')
    below the Finish Floor/lowest opening. This information was required in the
    City's 8/17/06 and 10/17/06 review letters.

    *A depressed curb was added.  The edge of pavement is 712.35.*

3.  Hydraulic calculations showing that the overland flow route can convey a 100
    year event were not provided with the cross sections of the 100 year flow
    route as was required in the City's 8/17/06 and 10/17/06 review letters.

000986

Page 2 of 4
Mr. John H. Spoelma
City of Aurora
December 6, 2006

*Enclosed are the tributary areas Exhibit 1 of 1, which shows the locations of Cross Sections A-A to E-E.*

4.    Proposed grades at the corners of the handicap parking spaces and accessible aisles to verify that the slope does not exceed two percent (2%) in all directions was not provided as required in the City's 8/17/06 and 10/17/06 review letters.

*Proposed grades are shown in all three handicapped parking spaces.*

5.    The maximum slope of a turf area of twenty five percent (25% or 4:1) was not provided on the slope into the existing detention facility as required in the City's 8/17/06 and 10/17/06 review letters.

*The eastern side of the existing detention facility was revised to serve as a retaining wall. Refer to Sheet C1.0 top of curb/wall elevations. The existing detention elevations should match the bottom of curb or wall.*

6.    Details that show an adequate spillway which directs flow with sufficient energy dissipation to prohibit soil erosion for the three surface drainage ways into the existing detention facility was not provided as required by the City's 8/17/06 and 10/17/06 review letters. The only "adequate" outfall the City will now accept is the elimination of the surface flow spillways and the installation of a storm sewer outfall, connected to the existing storm sewer in the existing stormwater facility.

*Pipe invert at MH7 going to the pond was lowered to minimize the slope of the outfall pipe. All surface flow spillways and outfall pipe are provided with adequate rip rap for erosion control.*

7.    The high water level (HWL) of the stormwater management facility along with the overflow weir elevation and location was not provided as required by the City's 8/17/06 and 10/17/06 review letters.

*Approximate high water level (HWL) of the existing detention pond is listed at 750.3, which is the overflow elevation per contour line and survey spot elevation.*

8.    The minimum finish grade (713.35) of six inches below the finish floor (713.85) and the minimum slope in a turf area of two percent (2%) was not provided as required in the City's 8/17/06 and 10/17/06 review letters.

Page 3 of 4
Mr. John H. Spoelma
City of Aurora
December 6, 2006

> *Revised the finished grade to meet the minimum slope of turf area of 2%.*

9.  The curb along the south side of the existing access drive was not provided as required in the City's 8/17/06 and 10/17/06 review letters.

> *AB6.12 curb was added along the south side of the existing access drive from Oakhurst Drive to the western property.*

10. All of the storm sewer structures, sanitary sewer structures, and watermain structures or apparatuses were not numbered or lettered as required in the City's 8/17/06 and 10/17/06 review letters.

> *All structures were numbered as required.*

11. Provide an IDOT "Road Ends" sign accompanied by three red diamond chevrons at the proposed closing/end of the existing access drive at the southwest corner of the property.

> *The signs were added.  Refer to Sheet C1.0.*

12. An existing 8" watermain running north/south just east of the stormwater management facility, according to City records, was not located and shown in its accurate location, on the plans as required by the City's 8/17/06 and 10/17/06 review letters.

> *The approximate location of the watermain is noted.  A note was added to the plan to have the contractor field verify location.  Refer to note on Sheet C1.0.*

13. Submitting a new Engineers Estimate of Cost for public improvements (only water services, sanitary main & services, and public sidewalk) and a *separate* Engineers Estimate of Cost for soil erosion was not provided as required by the City's 8/17/06 and 10/17/06 review letters.  *These engineers estimates will be used to determine your client's Permit and Inspection fee amounts and the amount of Security (Letter of Credit or Subdivision Bond).  The engineers estimate submitted included all estimated costs and would cost your client an additional $5,000.00 in excess fees.*

> *Enclosed are two cost estimates as requested.*

000988

Page 4 of 4
Mr. John H. Spoelma
City of Aurora
December 6, 2006


Should there be any questions regarding the above, please do not hesitate in contacting our office at 1 (630) 271-0770 Ext. 105.

Sincerely,

Sigitas P. Vaznelis
Professional Engineer

SPV:pjo

cc:    Mr. Kristos Tsogas, Jensen & Halstead Ltd.
       Mr. Thomas W. Lehman, P.E., Partners in Development

000989

# MORRIS
## ENGINEERING, INC.
Civil Engineering Consulting & Surveying
5100 Lincoln Ave., Suite 100 • Usle, IL 60532 2119 • 1 (630) 271-0770 • 1 (630) 271-0774 Fax

RECEIVED

DEC 11 2006

CITY OF AURORA
ENGINEERING DEPT.

**Project File No.** 06-PR-5004

cc: Client ☒   Accounting   ☒   File ☒

**Method of Delivery:** ~~Hand Delivery~~ USP

Client Notified Ready for Pick-up _____

Date          Initials

## LETTER OF TRANSMITTAL

| To: | John H. Spoelma, Civil Engineer 1 | Date: | December 7, 2006 |
|---|---|---|---|
| | City of Aurora-Department of Public Works | | |
| | Engineering Division | RE: | Gemini Outpatient Facility |
| | 44 East Downer Place | | 240 North Oakhurst Drive |
| | Aurora, IL 60507-2067 | | Aurora, IL |

**Documents Enclosed:**

| Quantity | Date | No. | Document Title |
|---|---|---|---|
| 2 | 11/28/06 | 4 pgs | Final Plan (Revision 7 per City of Aurora) |
| 1 | 12/06/06 | 4 pgs | Response to City of Aurora Comment Letter dated 11/28/06 Copy of e-mail from Michael Buenger regarding Fire Plan approval |
| 2 | 12/04/06 | 1 pg | Engineer's Estimate of Cost for Soil Erosion Control & Protection |
| 2 | 12/04/06 | 1 pg | Engineer's Estimate of Cost for Public Improvements |
| 2 | 11/28/06 | | Stormwater Calculations |
| | | | |

**Comments:**

cc: Mr. Kristos Tsogas, Jensen & Halsted Ltd (with enclosures)
    Mr. Thomas W. Lehman, Partners in Development (with enclosures)

From: Jon V. Vaznelis, Ext. 105          Pick-up Date: _____
      Project Manager

          Pick-up By: _____

000990

If enclosures are not as noted, please notify us promptly at 1 (630) 271-0770

**Jerry Figliulo**

| | |
|---|---|
| **From:** | Buenger, Michael [MBuenger@aurora-il.org] |
| **Sent:** | Wednesday, December 06, 2006 10:54 AM |
| **To:** | jerryfigliulo@ecivil.com |
| **Subject:** | 240 N. Oakhurst |



Buenger,
Michael.vcf

        Jerry, Yes the fire plan has been approved for this project. This project has a few numbers to identify it.
The planning number is 6-390 and the building permit# is 06-3529. The fire Plan was approved 11-6-06

Michael Buenger CBO,CBCO,CFCO
Plans Examiner
Division of Building and Permits
65 Water St.
City of Aurora
630-906-4076
 <<Buenger, Michael.vcf>>

000991

1



# City of Aurora

Engineering Division • 44 E. Downer Place • Aurora, Illinois 60507-2067 • (630) 844-3620
FAX (630) 892-0322

Kenneth Schroth, P.E.
Director of Public Works
City Engineer

November 28, 2006

Sigitas P. Vaznelis, PE
Morris Engineering
5100 S. Lincoln
Lisle, IL 60532

Re:    Project #06.390
       Gemini Office Development
       240 N. Oakhurst Drive

Dear Mr. Vaznelis,

We have completed the review of the engineering plans received on 11/22/06 for the above referenced project and have the following comments:

1. Verification that the Fire Marshal has approved the project (fire hydrant locations *and* the diameter size of the fire suppression service) was not provided as required in the City's 8/17/06 and 10/17/06 review letters.

2. One of the storm structure catchments overflow elevation is show as 712.85 exactly one foot below the Finish Floor/ lowest opening. Provide calculations showing that the catchments BFE is one foot below the Finish Floor/ lowest opening or revise the overflow elevation to be one and two tenths foot (1.2') below the Finish Floor/ lowest opening. This information was required in the City's 8/17/06 and 10/17/06 review letters.

3. Hydraulic calculations showing that the overland flow route can convey a 100 year event were not provided with the cross sections of the 100 year flow route as was required in the City's 8/17/06 and 10/17/06 review letters.

4. Proposed grades at the corners of the handicap parking spaces and accessible aisles to verify that the slope does not exceed two percent (2%) in all directions was not provided as required in the City's 8/17/06 and 10/17/06 review letters.

printed on recycled paper

000992

5. The maximum slope of a turf area of twenty five percent (25% or 4:1) was not provided on the slope into the existing detention facility as required in the City's 8/17/06 and 10/17/06 review letters.

6. Details that show an adequate spillway which directs flow with sufficient energy dissipation to prohibit soil erosion for the three surface drainage ways into the existing detention facility was not provided as required by the City's 8/17/06 and 10/17/06 review letters. The only "adequate" outfall the City will now accept is the elimination of the surface flow spillways and the installation of a storm sewer outfall, connected to the existing storm sewer in the existing stormwater facility.

7. The high water level (HWL) of the stormwater management facility along with the overflow weir elevation and location was not provided as required by the City's 8/17/06 and 10/17/06 review letters.

8. The minimum finish grade (713.35) of six inches below the finish floor (713.85) and the minimum slope in a turf area of two percent (2%) was not provided as required in the City's 8/17/06 and 10/17/06 review letters.

9. The curb along the south side of the existing access drive was not provided as required in the City's 8/17/06 and 10/17/06 review letters.

10. All of the storm sewer structures, sanitary sewer structures, and watermain structures or apparatuses were not numbered or lettered as required in the City's 8/17/06 and 10/17/06 review letters.

11. Provide an IDOT "Road Ends" sign accompanied by three red diamond chevrons at the proposed closing/ end of the existing access drive at the southwest corner of the property.

12. An existing 8" watermain running north/ south just east of the stormwater management facility, according to City records, was not located and shown in its accurate location, on the plans as required by the City's 8/17/06 and 10/17/06 review letters.

13. Submitting a new Engineers Estimate of Cost for public improvements (only water services, sanitary main & services, and public sidewalk) and a *separate* Engineers Estimate of Cost for soil erosion was not provided as required by the City's 8/17/06 and 10/17/06 review letters. *These engineers estimates will be used to determine your client's Permit and Inspection fee amounts and the amount of Security (Letter of Credit or Subdivision Bond). The engineers estimate submitted included **all** estimated costs and would cost your client an additional $5,000.00 in excess fees.*

C00993

Please submit two (2) sets of revised plans to the Development Service Team at 65 Water Street (located in the Building & Permit Division building). However, **please do not resubmit** until you have received approval and incorporated all the comments from Fox Metro Water Reclamation District and the City of Aurora Fire Marshal.

Please refer to the above referenced project number on all future correspondence regarding this project. If you should have any questions regarding the above comments, feel free to contact the undersigned.

Sincerely,

John H. Spoelma
Civil Engineer 1
CITY OF AURORA
Department of Public Works
Engineering Division

cc:
Ken Schroth, City of Aurora, Director of Public Works/ City Engineer
Steve Andras, City of Aurora, Assistant City Engineer
Dan Feltman, City of Aurora, Engineering Division
Thomas W. Lehman, Gemini Office Development

3

C00994



## MORRIS ENGINEERING, INC.

Civil Engineering Consulting & Surveying

5100 Lincoln Ave • Suite 100 • Lisle, IL 60532-2119 • 1 (630) 271-0770 • 1 (630) 271-0774 Fax

Project File No.   **06-PR-5004**

cc: **Client** ☒   **Accounting** ☒   **File** ☒

**Method of Delivery:**   Hand Delivery

Client Notified Ready for Pick-up _____

Date        Initials

## LETTER OF TRANSMITTAL

| To: | John H. Spoelma, Civil Engineer 1 | Date: | December 7, 2006 |
|---|---|---|---|
| | City of Aurora-Department of Public Works | | |
| | Engineering Division | RE: | Gemini Outpatient Facility |
| | 44 East Downer Place | | 240 North Oakhurst Drive |
| | Aurora, IL 60507-2067 | | Aurora, IL |

**Documents Enclosed:**

| Quantity | Date | No. | Document Title |
|---|---|---|---|
| 2 | 11/28/06 | 4 pgs | Final Plan (Revision 7 per City of Aurora) |
| 1 | 12/06/06 | 4 pgs | Response to City of Aurora Comment Letter dated 11/28/06 Copy of e-mail from Michael Buenger regarding Fire Plan approval |
| 2 | 12/04/06 | 1 pg | Engineer's Estimate of Cost for Soil Erosion Control & Protection |
| 2 | 12/04/06 | 1 pg | Engineer's Estimate of Cost for Public Improvements |
| 2 | 11/28/06 | | Stormwater Calculations |
| | | | |

**Comments:**

cc: Mr. Kristos Tsogas, Jensen & Halsted Ltd (with enclosures)
    Mr. Thomas W. Lehman, Partners in Development (with enclosures)

**From:**   Jon V. Vaznelis, Ext. 105        Pick-up Date: _____
            Project Manager

            Pick-up By: _____

000995

If enclosures are not as noted, please notify us promptly at 1 (630) 271-0770

## Spoelma, John

| | |
|---|---|
| **From:** | Jerry Figliulo [jerryfigliulo@ecivil.com] |
| **Sent:** | Wednesday, December 06, 2006 10:03 AM |
| **To:** | Spoelma, John |
| **Subject:** | RE: Project #06.390 |

John:

Thank you for the letters.


Sincerely,

Jerry Figliulo
Project Manager
Morris Engineering, Inc.
5100 S. Lincoln Suite 100
Lisle, IL 60532
Phone (630)271-0770
Cell (630) 946-4211
Fax (630) 271-0774
Email jerryfigliulo@ecivil.com

-----Original Message-----
From: Spoelma, John [mailto:JSpoelma@aurora-il.org]
Sent: Wednesday, December 06, 2006 9:44 AM
To: jerryfigliulo@ecivil.com
Subject: Project #06.390

Jerry,
Attached are the last two review letters issued by the City of Aurora,
Department of Public Works, Engineering Division for Project #06.390, Gemini
Office Development, 240 N. Oakhurst Drive

   <<P0040604.DOC>>
   <<P0040604, 10-17-2006 version.doc>>

        John H. Spoelma
       CITY OF AURORA
   Department of Public Works
        Engineering Division

000996

**Spoelma, John**

| | |
|---|---|
| **From:** | Spoelma, John |
| **Sent:** | Wednesday, December 06, 2006 9:44 AM |
| **To:** | 'jerryfigliulo@ecivil.com' |
| **Subject:** | Project #06.390 |

Jerry,
Attached are the last two review letters issued by the City of Aurora, Department of Public Works, Engineering Division for Project #06.390, Gemini Office Development, 240 N. Oakhurst Drive



P0040604.DOC



P0040604,
)-17-2006 version.d

    John H. Spoelma
    CITY OF AURORA
Department of Public Works
    Engineering Division

1

000997

## ILLINOIS ENVIRONMENTAL PROTECTION AGENCY
# NOTICE OF INTENT (NOI)
## GENERAL PERMIT TO DISCHARGE STORM WATER
## CONSTRUCTION SITE ACTIVITIES

## OWNER INFORMATION

| NAME: | LAST Gemini Office Develop | FIRST ment LLC | MIDDLE | (OR COMPANY NAME) | OWNER TYPE: Private |
|---|---|---|---|---|---|

| MAILING ADDRESS: | One South Wacker Drive |
|---|---|

| CITY: | Chicago | STATE: IL | ZIP: 60606 |
|---|---|---|---|

| CONTACT PERSON: | Thomas W. Lehman | TELEPHONE NUMBER: | AREA CODE 630 | NUMBER 963-8184 |
|---|---|---|---|---|

## CONTRACTOR INFORMATION

| NAME: | LAST Jensen & Halstead | FIRST Ltd. | MIDDLE | (OR COMPANY NAME) | TELEPHONE NUMBER: | AREA CODE 312 | NUMBER 664-7557 |
|---|---|---|---|---|---|---|---|

| MAILING ADDRESS: | 358 West Ontario Street | CITY: Chicago | STATE: IL | ZIP: 60610 |
|---|---|---|---|---|

## CONSTRUCTION SITE INFORMATION

| SELECT ONE: | ☑ New Site | ☐ CHANGE OF INFORMATION TO PERMIT NO. ILR10_____ |
|---|---|---|

| FACILITY NAME: | Gemini Outpatient Facility | OTHER NPDES PERMIT NOS.: |
|---|---|---|

| FACILITY LOCATION: | 240 N Oakhurst Dr | | TELEPHONE NUMBER: | AREA CODE | NUMBER |
|---|---|---|---|---|---|

| CITY: Aurora | ST: IL | ZIP: 60504 | LATITUDE: 41 | 45 | 30 | LONGITUDE: 81 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|

| COUNTY: Du Page | SECTION: 20 | TOWNSHIP: 38N | RANGE: 9E |
|---|---|---|---|

| APPROX. CONST. START DATE: / / | APPROX. CONSTRUCTION END DATE: / / | TOTAL SIZE OF CONSTRUCTION SITE IN ACRES: 1.02 |
|---|---|---|

STORM WATER POLLUTION PREVENTION PLAN COMPLETED ☑ YES ☐ NO (If no, separate notification required to Agency prior to construction.)

## TYPE OF CONSTRUCTION

| Commercial | TYPE BRIEF DESCRIPTION OF PROJECT: Medical outpatient facility |
|---|---|

## HISTORIC PRESERVATION AND ENDANGERED SPECIES COMPLIANCE

HAS THIS PROJECT SATISFIED APPLICABLE REQUIREMENTS FOR COMPLIANCE WITH ILLINOIS LAW ON:

| HISTORIC PRESERVATION | ☑ YES | ☐ NO |
|---|---|---|
| ENDANGERED SPECIES | ☑ YES | ☐ NO |

## RECEIVING WATER INFORMATION

| DOES YOUR STORM WATER DISCHARGE DIRECTLY TO: ☐ WATERS OF THE STATE   OR   ☑ STORM SEWER | OWNER OF STORM SEWER SYSTEM: City of Aurora |
|---|---|

| NAME OF CLOSEST RECEIVING WATER: | Waubonsie Creek |
|---|---|

I certify under penalty of law that this document and all attachments were prepared under my direction and supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage this system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment. In addition, I certify that the provisions of the permit, including the development and implementation of a storm water pollution prevention plan and a monitoring program plan will be complied with.

OWNER SIGNATURE: _____   DATE: 5 SEP 06

FOR OFFICE USE ONLY

| MAIL COMPLETED FORM TO: (DO NOT SUBMIT ADDITIONAL DOCUMENTATION UNLESS REQUESTED) | ILLINOIS ENVIRONMENTAL PROTECTION AGENCY DIVISION OF WATER POLLUTION CONTROL ATTN: PERMIT SECTION POST OFFICE BOX 19276 SPRINGFIELD, ILLINOIS 62794-9276 www.epa.state.il.us | LOG: |
|---|---|---|
| | | PERMIT NO. ILR10 |
| | | DATE: |

Information required by this form must be provided to comply with 415 ILCS 5/39 (1996). Failure to do so may prevent this form from being processed or your application being denied. This form has been approved by the Forms Management Center.

IL 532 2104
WPC 623 Rev. 6/03

COPY



RECEIVED
SCANNED
10-12-06    06 - PR - 5004
                    OCT 1 2 2006
GEMINI OFFICE

# Kane - DuPage Soil & Water Conservation District

October 10, 2006

Jon Vaznelis
Morris Engineering, Inc.
5100 S. Lincoln Ave.
Lisle, IL  60532

Dear Mr. Vaznelis:

I received your revised soil erosion and sedimentation control plan submittal for the Gemini Office Development in Aurora, Illinois. Thank you for incorporating our comments into the plan, it will improve the quality of protection for the natural resources, both on and off site.  This letter and a set of stamped plans located at the construction office on site, will serve to certify that the erosion and sediment control plans meet Technical Standards.

I will visit the site several times during the course of construction to assess compliance with the specifications and will be glad to address specific issues that may arise during the course of construction.

Sincerely,

Soren Hall
Resource Analyst
Kane-DuPage Soil and Water Conservation District

ECC: Steve Andras- City of Aurora

---

2315 Dean Street  •  Suite 100    St. Charles, Illinois  60175    630 / 584-7961 Ext. 3    Fax: 630 / 584-9534
www.kanedupageswcd.org

All programs and services of the Kane-DuPage SWCD are offered on a nondiscriminatory basis, without regard to race, color, national origin, religion, sex, age, marital status, or handicap

000999

FORM 2

## KANE COUNTY STORMWATER MANAGEMENT PERMIT APPLICATION

| Date Application Received: | Date Permit Issued: |
|---|---|
| | |

Name & Address of Applicant:        Name & Address of Owner(s):        Name & Address of Developer:

PARTNERS IN DEVELOPMENT    GEMINI OFFICE DEVELOPMENT    GEMINI OFFICE DEVELOPMENT, LLC.
6301 S. CASS AVENUE    LLC.    ONE SOUTH WACKER DRIVE    LLC.    ONE SOUTH WACKER DRIVE
WESTMONT, IL 60559    CHICAGO, IL 60606    CHICAGO, IL 60606
Title: MANAGING PRINCIPAL

Telephone no. during business hours:        Telephone no. during business hours
A/C(630)963-8184    A/C(630)302-0650

Indicate which Submittals apply to application* (see flowchart):
X Stormwater Submittal
? Flood Plain Submittal
? Wetland Submittal
? No special management areas encroach the development
*Must be identified by qualified review specialist

Names, addresses and telephone numbers of all adjoining property owners within 250 feet of the development (use additional sheets if necessary):

| |
|---|
| |

Common Address of Development:        Legal Description (attach):

240 N. OAKHURST DRIVE    SECTION 20, TOWNSHIP 38 NORTH, RANGE 9
Street address    ¼, Section, Township, Range

AURORA
Community

AURORA    07-20-302-081
Name of local governing authority    P.I.N.

WAUBANSEE CREEK WATERSHED
Watershed planning area and tributary

Is any portion of this project now complete? _____ Yes X No, If "yes," explain in description portion.

I hereby certify that all information presented in this application is true and accurate to the best of my knowledge. I have read and understand the Kane County Stormwater Management Ordinance, and fully intend to comply with those provisions.

_____    3 Aug. 06
Signature of Developer    Date

I have read and understand the Kane County Stormwater Management Ordinance, and fully intend to comply with those provisions.

_____    3 Aug 06
Signature of Owner    Date

001000