Oct 13 06 08:05a    Michael Webb            630-963-4475            p.2

## Kane County Stormwater Management Submittal Checklist    FORM 3

| Applicant: | Reviewer: | Stormwater Permit No.: |
|---|---|---|
| | | |

The following tables contain a checklist of the requirements before a review for a Stormwater submittal will be accepted. The flow chart on the previous page shall be completed prior to completing the following tables. The flow chart identifies which Tab(s) need to be completed for a particular submittal. Not all requirements pertain to every stormwater submittal. For those requirements that you believe do not pertain to the this submittal, please give the reasons in the comment box.

### TAB 1 – PROJECT OVERVIEW

| | |
|---|---|
| Completed Stormwater Permit Application | provided |
| Copy of a completed Joint Application form with transmittal letters to the appropriate agencies (wetland or floodplain submittal). | n/a |
| Copies of other relevant permits or approvals (include applications if permits have not been issued) | n/a |
| Narrative description of development, existing and proposed conditions, and project planning principles considered, including BMPs utilized. | provided |
| Subsurface drainage investigation report | n/a |

Name of Applicant   Thomas W. Lehman            Name of Reviewer:   _____

Signature of Applicant:                          Signature of Reviewer:   _____

Date:            11 00 06                          Date:   _____

PROJECT INFORMATION:

Project Name:   Gemini Outpatient Facility

Site Location:   240 Oakhurst Dr, Aurora, IL

Township, Range:   38N, 9E

Site Area (acres):   3.24

Please check the following activities that apply (from the flow chart):

Type of development:   ? Residential   X☒ Commercial   ? Industrial   ? Agricultural   ? Other

The site has the following constraints:

| Floodplain | Floodway | Wetlands |
|---|---|---|
| ? YES | ? YES | ? YES |
| X☒ NO | X☒ NO | X☒ NO |
| Qualified Review Specialist Signature | Qualified Review Specialist Signature | Qualified Wetland Review Specialist |
| _____ | _____ | _____ |
| Print Name | Print Name | Print Name |

Note: Please attach a narrative project description to this Tab, if Applicant is not completing Tab 2.

## Kane County Stormwater Management Submittal Checklist     FORM 3

| Applicant: | Reviewer: | Stormwater Permit No.: |
|---|---|---|
| | | |

The following tables contain a checklist of the requirements before a review for a Stormwater submittal will be accepted. The flow chart on the previous page shall be completed prior to completing the following tables. The flow chart identifies which Tab(s) need to be completed for a particular submittal. Not all requirements pertain to every stormwater submittal. For those requirements that you believe do not pertain to the this submittal, please give the reasons in the comment box.

## TAB 1 – PROJECT OVERVIEW

| Identifier | Requirement | Section | Comments |
|---|---|---|---|
| 1A | Completed Stormwater Permit Application | 503(b) | provided |
| 1B | Copy of a completed Joint Application form with transmittal letters to the appropriate agencies (wetland or floodplain submittal). | 503(b) | n/a |
| 1C | Copies of other relevant permits or approvals (include applications if permits have not been issued) | 503(b) | n/a |
| 1D | Narrative description of development, existing and proposed conditions, and project planning principles considered, including BMPs utilized. | 503(b) | provided |
| 1E | Subsurface drainage investigation report | 503(b) | n/a |

Name of Applicant:   Thomas W. Lehman                Name of Reviewer:   _____

Signature of Applicant:   _____         Signature of Reviewer:   _____

Date:   _____                            Date:   _____

**PROJECT INFORMATION:**

Project Name:        Gemini Outpatient Facility

Site Location:       240 Oakhurst Dr, Aurora, IL

Township, Range:     38N, 9E

Site Area (acres):   3.24

Please check the following activities that apply (from the flow chart):
Type of development:    ? Residential    X (Commercial)    ? Industrial    ? Agricultural    ? Other

The site has the following constraints:

| Floodplain | Floodway | Wetlands |
|---|---|---|
| ? YES | ? YES | ? YES |
| X (NO) | X (NO) | X (NO) |
| Qualified Review Specialist Signature | Qualified Review Specialist Signature | Qualified Wetland Review Specialist |
| Print Name | Print Name | Print Name |

Note: Please attach a narrative project description to this Tab, if Applicant is not completing Tab 2.

001002

**Spoelma, John**

| | |
|---|---|
| **From:** | Spoelma, John |
| **Sent:** | Wednesday, November 22, 2006 12:02 PM |
| **To:** | 'Scott Mousel' |
| **Cc:** | 'twlehman@ameritech.net' |
| **Subject:** | RE: Gemini Medical Office Building - 240 N Oakhurst |

Scott,
As of 11:52 AM today (11/22/06) the Department of Public Works, Engineering Division has
sign-off on (approval) the foundation only building permit. Please contact Mike Buenger of
the Building & Permits Division for permit issuance and/ or any further questions.
    John H. Spoelma
    CITY OF AURORA
Department of Public Works
    Engineering Division


-----Original Message-----
From: Scott Mousel [mailto:SMousel@krahlconstruction.com]
Sent: Wednesday, November 22, 2006 11:42 AM
To: Spoelma, John
Cc: twlehman@ameritech.net
Subject: Gemini Medical Office Building - 240 N Oakhurst


John,
I have applied for a foundation permit at Building and Inspections for the above
referenced project this morning. The application number is 06-00005678. I also dropped off
the 9 sets of civil drawings at your office this morning as requested by Tom Lehman based
on Ken's discussion with him.  Please forward your required approval to Mike Binger so we
may get the foundation permit next week. Thank you in advance for you help and have a nice
Holiday.

Scott Mousel
Krahl Construction
General Contractor
--------------------------
Sent from my BlackBerry Wireless Handheld

001003

**Spoelma, John**

| | |
|---|---|
| **From:** | Spoelma, John |
| **Sent:** | Wednesday, November 22, 2006 11:59 AM |
| **To:** | Buenger, Michael |
| **Cc:** | Schroth, Kenneth; Feltman, Dan |
| **Subject:** | Building Permit #6-5678 |

Mike,
The Engineering Division has signed-off of building permit (foundation only) #6-5678, 240 N. Oakhurst, Gemini Medical Office Building in HTE.
Please call me if you have any questions - Thanks

John H. Spoelma
CITY OF AURORA
Department of Public Works
Engineering Division

001004

**Spoelma, John**

| | |
|---|---|
| **From:** | Scott Mousel [SMousel@krahlconstruction.com] |
| **Sent:** | Wednesday, November 22, 2006 11:42 AM |
| **To:** | Spoelma, John |
| **Cc:** | twlehman@ameritech.net |
| **Subject:** | Gemini Medical Office Building - 240 N Oakhurst |

John,
I have applied for a foundation permit at Building and Inspections for the above
referenced project this morning. The application number is 06-00005678. I also dropped off
the 9 sets of civil drawings at your office this morning as requested by Tom Lehman based
on Ken's discussion with him.  Please forward your required approval to Mike Binger so we
may get the foundation permit next week. Thank you in advance for you help and have a nice
Holiday.

Scott Mousel
Krahl Construction
General Contractor
-------------------------
Sent from my BlackBerry Wireless Handheld

1

001005



# City of Aurora

Department of Engineering • 44 E. Downer Place • Aurora, Illinois 60507-2067 • (630) 844-3620
FAX (630) 892-0322
TDD (630) 892-8858

August 17, 2006

Sigitas P.Vaznelis, PE
Morris Engineering
5100 S. Lincoln
Lisle, IL 60532

Re:    Project #06.390
       Gemini Office Development
       240 N. Oakhurst Drive

Dear Mr. Vaznelis,

We have completed the review of the final engineering plans received on 08/14/06 for the above referenced project and have the following comments:

1. Form 3 of the Kane County Stormwater Management Permit application was not signed by the applicant.

2. Provide a copy of a signed and completed IEPA Notice of Intent (NOI) for the project.

3. Provide verification that the project has been approved by the Kane-DuPage Soil and Water Conservation District (K-DSWCD).  Please note, the K-DSWCD is the reviewing party for the City of Aurora regarding soil and erosion control and will provide construction inspection as well.

4. Please provide documentation that the plans have been submitted to Fox Metro Water Reclamation District (FMWRD) for review.  Incorporate FMWRD comments into the plan *prior* to re-submitting plans to the City of Aurora.

5. Provide verification that the Fire Marshal has approved the fire hydrant coverage/ locations *and* the diameter size of the fire suppression service.

6. Provide at least two (2) IEPA sanitary permit applications for the sanitary sewer extension.

7. Please be aware that this parcel is subject to a watermain recapture per ordinance ######.  The recapture cost per lineal is $ ### for a total recapture cost of $#####.  The reimbursement to the City will be required prior to plan approval.

1

001006

 printed on recycled paper

8. Provide a project location map and the Aurora Control Monument used to establish the site bench marks. (control monuments/ bench marks are available on the City's web site www.aurora-il.org ).

9. Indicate the 100-year flow route through the site to the detention facility on the plans with larger arrows, distinguishable from the surface flow arrows. The overflow elevation(s) from each storm structure catchment are to be a minimum of one and two hundredths feet (1.2') below the finish floor elevation/ lowest opening in the building, _or_, provide calculations showing the base flood elevation (BFE) of each storm structure catchment and that there is a minimum of one foot (1.0') between the finish floor/ lowest opening in the building and the BFE.

10. Provide separate hydraulic calculations with cross sections at key locations to support that the 100 year flow route can convey the 100-year runoff tributary to each section without the operation of the storm sewer system (i.e. all the runoff generated by the site shall be conveyed through the overflow route for the 100 year event). Please indicate on a separate location map the locations of the cross sections and the 100-year runoff calculations tributary to each section. This is a requirement set forth in the City of Aurora's Standard Specification for Improvements.

11. The diagonally striped access aisles for the handicap parking spaces are to be to the right of the handicap parking spaces per the Illinois Accessibility Code.

12. Provide proposed grades at all corners of the handicap parking spaces and accessible aisles to verify that the slope does not exceed two percent (2%) in all directions.

13. Provide an access route from the access aisles to the building per the Illinois Accessibility Code.

14. Label all proposed contours and proposed contours are missing from the pavement area.

15. The maximum slope of a turf area is twenty five percent (25% or 4:1). It appears that the proposed grading extending west into the existing stormwater management facility exceeds this requirement.

16. At three locations the surface drainage from the proposed parking lot flows into the existing stormwater management facility uncontrolled. The plan note states "see detail" but no detail was provided. Provide a detail that shows a spillway that directs flow with sufficient energy dissipation to prohibit soil erosion.

17. Provide on the grading plan the high water level (HWL) of the stormwater management facility along with the overflow weir elevation and location.

18. The minimum slope of a turf area is two percent (2%). At the northeast corner of the building, with a finish grade set at the required minimum of six inches below the finish floor (713.35) and a minimum swale elevation set at six inches below the finish grade (712.85) the swale along the north side of the building flowing west, is less than two percent (2%).

001007

19. A note on the grading plan states "Berm (see landscape plan)". Show all berming with proposed contours and/ or spot elevations on the grading plan.

20. Provide top of walk grades along proposed public sidewalk on Oakhurst Drive. Please note that the maximum slope of a parkway is six percent (6%) and that the minimum slope of a parkway and the cross slope of the public sidewalk are two percent (2%).

21. Indicate the removal of the curb at the driveway for a handicap ramp for the public sidewalk.

22. Number or letter all storm sewer structures, sanitary sewer structures, and watermain structures or apparatuses.

23. Provide a profile of the sanitary sewer extension that shows that the separation from the existing watermain meets the requirements of IEPA and the Standard Specifications for Water & Sewer Main Construction in Illinois. Show the sanitary service crossing of the existing watermain.

24. The domestic water service material is to be type K copper or ductile iron pipe (DIP), PVC is not allowed.

25. Show the fire suppression service as a pressure tap in a forty eight inch (48") diameter vault.

26. According to City records (attached) there is an existing 8" watermain running north/ south just east of the stormwater management facility. Locate this watermain and show its accurate location on the plans.

27. The minimum slope of storm sewer is that which will achieve three feet per second velocity. For a twelve inch diameter pipe this equals a 0.44% slope.

28. Provide the rim and invert elevations of the existing storm structures within the stormwater management facility, within the Oakhurst Dirvie right of way, and anywhere else adjacent to the site.

29. The flow direction arrows for the existing storm sewers are incorrect. Refer to the attached storm sewer map.

30. A "Building I.D. Sign" is shown within the existing driveway pavement. Please verify this location.

31. Provide the City of Aurora's Sidewalk Curb Ramp detail II-D-1 for the public sidewalk on Oakhurst Drive. Provide a separate sidewalk ramp detail for sidewalk onsite.

32. Provide City of Aurora's Domestic Water Service Detail III-C-6, Water Trench Detail III-C-1, and Pressure Connection Detail III-C-11.

33. Provide a flared end section detail and a flared end section grate detail.

34. Half traps are not required on catch basins.

001008

35. Submit an Engineers Estimate of Cost for public improvements (water services, sanitary main & services, and public sidewalk) and a separate Engineers Estimate of Cost for soil erosion (after receiving K-DSWCD approval). These engineers estimates will be used to determine the Permit and Inspection fee amounts and the amount of Security (Letter of Credit or Subdivision Bond).

The City of Aurora has implemented a Development Service Team to assist developers and engineers during the submittal and approval process. To allow better project tracking and provide one area to drop off and meet with City Staff, please submit all plans and documents to the Design Service Team at 65 Water Street (located in the Building and Permits Division building).

Please submit two (2) sets of revised plans to the Development Service Team. However, **please do not resubmit** until you have received approval and incorporated all the comments from Fox Metro Water Reclamation District, the Kane-DuPage Soil and Water Conservation District, and the City of Aurora Fire Marshal.

Please refer to the above referenced project number on all future correspondence regarding this project. If you should have any questions regarding the above comments, feel free to contact the undersigned.

Sincerely,

John H. Spoelma
Civil Engineer 1
CITY OF AURORA
Department of Public Works
Engineering Division

cc:
Ken Schroth, City of Aurora, Director of Public Works/ City Engineer
Steve Andras, City of Aurora, Assistant City Engineer
Dan Feltman, City of Aurora, Engineering Division
Thomas W. Lehman, Gemini Office Development

4

001009



001010



C01011



**Civil Engineering Consulting & Surveying**

5100 Lincoln Ave • Suite 100 • Lisle, IL 60532-2119 • 1 (630) 271-0770 • 1 (630) 271-0774 Fax

**R E C E I V E D**

OCT 1 2 2006

CITY OF AURORA
ENGINEERING DEPT.
CITY OF AURORA
ENGINEERING DEPT.

**Project File No.  06-PR-5004**

cc: Client ☒ Accounting ☒ File ☒

Method of Delivery:  Hand Delivery

Client Notified Ready for Pick-up _____

Date        Initials

## LETTER OF TRANSMITTAL

| To: | Dan Feltman, P.E. | Date: | October 12, 2006 |
|---|---|---|---|
| | City of Aurora | | |
| | Department of Engineering | RE: | Gemini Outpatient Facility |
| | 44 East Downer Place | | Oakhurst Drive |
| | Aurora, IL 60507-2067 | | Aurora, IL |

**Documents Enclosed:**

| Quantity | Date | No. | Document Title |
|---|---|---|---|
| 2 | 10/06/06 | 4 pgs | Final Plan (Revision 5 per Fox Metro) |
| 2 | 10/06/06 | 1 pg | Tributary Areas Exhibit (Revision 5 per Fox Metro) |
| 2 | 10/06/06 | 1 pg | Fire Hydrant Location Exhibit (Revision 5 per Fox Metro) |
| 2 | 10/11/06 | 2 pgs | Engineer's Opinion of Probable Cost |
| 2 | 09/05/06 | 1 pg | Notice of Intent (executed by owner) |
| 2 | 08/03/06 | 1 pg | Form 2 – Kane County Stormwater Management Permit Application (executed by owner) |
| 2 | | 1 pg | Form 3 - Kane County Stormwater Management Permit Application |
| 2 | | 4 pgs | IEPA Schedule FTP – Fast Tract Service Connection Permit Application (executed by Design Engineer) |
| 2 | 10/10/06 | 1 pg | Kane-DuPage Soil & Water Conservation District Certification that Erosion and Sediment Control Plans meet Technical Standards |
| 2 | 10/11/06 | 2 pgs | Response Letter to John H. Spoelma - City of Aurora's Comment Letter dated 08/17/06 |

**Comments:**

cc: Mr. Kristos Tsogas, Jensen & Halstead Ltd.
    Mr. Thomas W. Lehman, Partners in Development

**From:** Jon V. Vaznelis, Ext. 105          **Pick-up Date:** _____
         Project Manager

                                            **Pick-up By:** _____

C01012

If enclosures are not as noted, please notify us promptly at 1 (630) 271-0770

# M☐RRIS
## ENGINEERING INC
Civil Engineering Consulting & Surveying

5100 S. Lincoln • Suite 100 • Lisle, IL 60532 • (630) 271-0770 • (630) 271-0774 Fax

October 12, 2006

**VIA HAND DELIVERY**

Mr.John H. Spoelma, Civil Engineer 1
City of Aurora, Department of Public Works
Engineering Division
44 East Downer Place
Aurora, Illinois 60507-2067

Re:    **Response to Comment Letter dated 08/17/06**
        Gemini Office Development
        240 North Oakhurst Drive
        City of Aurora Project No. 06.390
        MEI Project No. 06-PR-5004

Dear Mr. Spoelma:

Following are our responses to your comment letter dated 08/17/06.

Items 1. to 3.        Please see attachments.

Item 5.                Copies addressing the Fire Marshall's comments are enclosed.

Item 4. and 6        Please see attached Fast Tract Sanitary Application to be sent to
                       IEPA per Fox Metro Water Reclamation District approval of the
                       plan.

Item 7                The fees will be paid separately by the developer.

Item 8.               Additions were made in the enclosed plan.

Items 9. and 10.      Please see attached exhibit and calculations.

Items 11. to 16.      Revisions were made in the enclosed plan.

Item 17.              The facility is an existing facility.   The data for the existing
                      stormwater management facility is on file with the City of Aurora.

Items 18. to 25.      Revisions were made in the enclosed plan.

C01013

www.aacivil.com

Page 2 of 2
Mr. John H. Spoelma
City of Aurora
October 12, 2006


Items 27. to 34.        Additions and revisions were made in the enclosed plan.

Item 28.               Please see attachment.

Should there be any questions regarding the above, please do not hesitate in contacting
our office at 1 (630) 271-0770 Ext. 105.

Sincerely,



Jon V. Vaznelis
Project Manager

JVV:pjo

cc:    Mr. Kristos Tsogas, Jensen & Halstead Ltd.
       Mr. Thomas W. Lehman, P.E., Partners in Development

# MORRIS
## ENGINEERING INC.
Civil Engineering Consulting & Surveying

5100 S. Lincoln • Suite 100 • Lisle, IL 60532 • (630) 271-0770 • (630) 271-0774 Fax

October 11, 2006                                        **MEI Project # 06-PR-5004**

**Client Name:**   Gemini Office Development

**Project Address:**   Oakhurst Drive
Aurora, Illinois

## Engineer's Opinion of Probable Cost

### Roadway & Sidewalk

| # | | Unit | Quantity | Unit Price | | Extension | |
|---|---|---|---|---|---|---|---|
| 1 | Bituminous Conc. Surface Course, 1-1/2" | TON | 288 | $ | 75.00 | $ | 21,600.00 |
| 2 | Bituminous Conc. Binder Course, 2" | TON | 481 | $ | 75.00 | $ | 36,075.00 |
| 3 | Agg. Base Course, 10" | TON | 1,950 | $ | 20.00 | $ | 39,000.00 |
| 4 | Bitiminous Materials | GAL | 1,672 | $ | 0.75 | $ | 1,254.00 |
| 5 | Type B Barrier Curb | LF | 1,027 | $ | 12.00 | $ | 12,324.00 |
| 6 | Combination Curb and Gutter B.6-12 | LF | 55 | $ | 15.00 | $ | 825.00 |
| 7 | Curb Opening | EA | 3 | $ | 100.00 | $ | 300.00 |
| 8 | PCC Sidewalk onsite and offsite | SY | 488 | $ | 35.00 | $ | 17,080.00 |
| 9 | Thermoplastic pavement marking 4" | LF | 1,350 | $ | 2.50 | $ | 3,375.00 |
| 10 | Geotextile Fabric, Type A | SY | 3,304 | $ | 1.50 | $ | 4,956.00 |
| | | | | **Subtotal** | | $ | 136,789.00 |

### Storm Sewer

| # | | Unit | Quantity | Unit Price | | Extension | |
|---|---|---|---|---|---|---|---|
| 11 | SS Type 1 - 10" Concrete Pipe | LF | 100 | $ | 18.00 | $ | 1,800.00 |
| 12 | SS Type 1 - 12" RCCP | LF | 440 | $ | 20.00 | $ | 8,800.00 |
| 13 | SS Type 1 - 15" RCCP | LF | 80 | $ | 22.00 | $ | 1,760.00 |
| 14 | Inlet Type A, 2' dia | EA | 3 | $ | 250.00 | $ | 750.00 |
| 15 | Inlet Type B, 3' dia | EA | 1 | $ | 300.00 | $ | 300.00 |
| 16 | Manhole Type A., 4' dia | EA | 1 | $ | 1,000.00 | $ | 1,000.00 |
| 17 | Catch Basin Type C | EA | 1 | $ | 1,000.00 | $ | 1,000.00 |
| 18 | Type 8 Grate | EA | 3 | $ | 175.00 | $ | 525.00 |
| 19 | Type 1 Fr & OP Lid | EA | 3 | $ | 200.00 | $ | 600.00 |
| 20 | 12" FES, RCP | EA | 2 | $ | 250.00 | $ | 500.00 |
| 21 | 15" FES, RCP | EA | 1 | $ | 300.00 | $ | 300.00 |
| 22 | Trench Backfill | CY | 64 | $ | 18.00 | $ | 1,152.00 |
| 23 | Rip Rap | CY | 16 | $ | 75.00 | $ | 1,200.00 |
| | | | | **Subtotal** | | $ | 17,887.00 |

### Sanitary Sewer

| # | | Unit | Quantity | Unit Price | | Extension | |
|---|---|---|---|---|---|---|---|
| 24 | 6" PVC SDR 26, D-2241 | LF | 50 | $ | 22.00 | $ | 1,100.00 |
| 25 | Connect to Exist. Sewer | EA | 1 | $ | 100.00 | $ | 100.00 |
| 26 | Trench Backfill | CY | 28 | $ | 18.00 | $ | 504.00 |
| | | | | **Subtotal** | | $ | 1,704.00 |

### General Site

| # | | Unit | Quantity | Unit Price | | Extension | |
|---|---|---|---|---|---|---|---|
| 27 | Furnishing & Placing Topsoil, 4" | SY | 1,694 | $ | 4.00 | $ | 6,776.00 |
| 28 | Seeding | AC | 0.35 | $ | 3,000.00 | $ | 1,050.00 |
| 29 | Traffic Control & Protection | LS | 1 | $ | 500.00 | $ | 500.00 |
| 30 | Soil Erosion & Sedimentation Control | LS | 1 | $ | 750.00 | $ | 750.00 |
| 31 | Construction Entrance | EA | 1 | $ | 500.00 | $ | 500.00 |
| 32 | Water Service , 3" Type K Copper with B-Box | EA | 1 | $ | 1,200.00 | $ | 1,200.00 |
| 33 | Fire Supression Service 4" DIP | EA | 1 | $ | 2,000.00 | $ | 2,000.00 |
| 34 | Regrading ( detention pond & ditch/parkway) | SY | 1,700 | $ | 6.00 | $ | 10,200.00 |
| 35 | Pressuretap Connection to existing watermain in 4' dia vault | EA | 1 | $ | 3,000.00 | $ | 3,000.00 |
| | | | | **Subtotal** | | $ | 25,976.00 |

001015

Page 2
Gemini Office Development
Engineer's Opinion of Probable Cost
October 11, 2006

## Summary

| | Unit | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| Roadway & Sidewalk | | | | $ 136,789.00 |
| Storm Sewer | | | | $ 17,887.00 |
| Sanitary | | | | $ 1,704.00 |
| General Site | | | | $ 25,976.00 |
| | | | GRAND TOTAL | $ 182,356.00 |



SIGITAS P. VAZNELIS
062-044114
REGISTERED
PROFESSIONAL
ENGINEER
OF
ILLINOIS

10/11/06

**NA20/3-06.390-FPN**
GEMINI OFFICE DEVELOPMENT - FINAL PLAN
O



(Ward 10JR/ JHE/27/2006    6- 390

DEVELOPMENT SERVICES TEAM:
**SUBMITTAL COVERSHEET – Made to DST at 65 Water Street**

TWO COPIES OF THIS COVERSHEET MUST ACCOMPANY EVERY SUBMITTAL.

## PROJECT INFORMATION

Project Number:  06. 390          Date of Submittal:  7/31/06

## SUBMITTTAL INFORMATION (check all that apply)

[X]   New Case – Land Use Petition Submittal (16 copies required) **Meeting Required**
[ ]   Existing Case Resubmittal - Planning Council (16 copies required)
[ ]   Existing Case Resubmittal – Engineering (2 copies required)
[ ]   Existing Case - Planning Commission / ZBA (16 copies required) (PRC/PRZ)
[ ]   Existing Case - Planning and Development Committee (9 copies required) (PRP)

## EXISTING CASE - DOCUMENTS SUBMITTED (check all that apply)

| | | |
|---|---|---|
| [ ] Annexation Plat | [ ] Final Engineering |
| [ ] Building Elevations | [ ] Preliminary Plan |
| [ ] Dedication Plat | [ ] Preliminary Plat |
| [ ] Final Plan | [ ] Signage Detail |
| [ ] Final Plat | [ ] Stormwater Report |
| [ ] Fire Access Plan | [ ] Other: |
| [ ] Landscape Plan | |

---

*Office Use Only Below This Line (DST #:          )*

All Petitions
[ ]   Land Use Petition (Form 1-3)
[ ]   Filing Fee (Form 1-1)
[ ]   Letter of Authority (Form 1-1)
[ ]   Plat of Survey
[ ]   Legal Description (8.5 x 11 sheet)
[ ]   Qualifying Statement of Petition (Forms 1-1)
Annexation
[ ]   Annexation Plat (Form 2-2)
[ ]   Endangered Species Report (Form 5-1)
[ ]   Soil and Water Report (Forms 5-2;5-3;5-4)
Annexation Agreement
[ ]   Annexation Agreement/Plan Description
Dedication
[ ]   Dedication Plat (Form 2-3)
Preliminary Plan/Plat
[ ]   Preliminary Plan/Plat (Forms 2-8; 2-9)
[ ]   Fire Access Plan (Form 2-6)
[ ]   Engineering Project Info Sheet (2) (Form 3-1)
[ ]   Stormwater Report (2) (Form 3-2)

Final Plat
[ ]   Final Plat (Form 2-5)
[ ]   Development Impact Fee Wks (Form 1-4)
[ ]   Right of way Name Wks (Form 1-5)
[ ]   Address Plat (From 2-1)
[ ]   School and Park Wks (Form 1-6)
Final Plan/Special Use/Waiver/Staff Review
[ ]   Final Plan (Form 2-4)
[ ]   Fire Access Plan (Form 2-6)
[ ]   Landscape Plan (Form 2-7)
[ ]   Building Elevations
[ ]   Signáge Details
Final Engineering
[ ]   Final Engineering Plans (2) (Form 3-4)
[ ]   Eng Project Info Sheet (2) (Form 3-1)
[ ]   Stormwater Permit App (2) (Form 3-2)
[ ]   Stormwater Report (2) (Form 3-3)
[ ]   Soil Investigation Report for the Site (2)
[ ]   Wetland Determination Report (2)

**DEADLINE FOR ALL SUBMITTALS IS 3:30 ON EACH THURSDAY PRIOR TO PLAN COUNCIL**

Resubmittal – add the following review steps to PZ and EN before signing off on
Resubmittal Received step – PZ: PZC; PZR (A4); PR2-7 (A6). – EN: ER1 (resubmittal
recv., only if not already there); ESR (comm., complied); ENC (comm..sent).          C01017



6-390

# MORRIS
## ENGINEERING INC
Civil Engineering Consulting & Surveying

5100 S. Lincoln • Suite 100 • Lisle, IL 60532 • (630) 271-0770 • (630) 271-0774 Fax



R E C E I V E D

AUG 1 4 2006

CITY OF AURORA
ENGINEERING DEPT.

August 1, 2006

Mr. Stephen K. Andras, P.E.
Assistant City Engineer
City of Aurora
44 East Downer Place
Aurora, Illinois 60507-2067

RE:     Gemini Office Building – Aurora
        Wetland Review
        MEI Project No. 06-PR-5004

Dear Mr. Andras:

An inspection of the proposed site does not indicate evidence of wetland plants or typical wetland conditions. The parcel has been substantially filled from its original state. This elevated condition and the presence of what appears to be relatively recent fill would make this site unlikely to develop a wetland condition.

Sincerely,

Jon V. Vaznelis
Project Manager

JVV:pjo

www.ecivil.com

# MORRIS
## ENGINEERING INC

Civil Engineering Consulting & Surveying

5100 S. Lincoln • Suite 100 • Lisle, IL 60532 • (630) 271-0770 • (630) 271-0774 Fax





**RECEIVED**

AUG 1 4 2006

CITY OF AURORA
ENGINEERING DEPT.

August 3, 2006

Mr. Stephen K. Andras, P.E.
Assistant City Engineer
City of Aurora
44 East Downer Place
Aurora, Illinois 60507-2067

RE:   Gemini Office Development
      Oakhurst Drive
      Aurora, IL
      Aurora Case No. 390
      MEI Project No. 06-PR-5004

Dear Mr. Andras:

Enclosed are revised plans for the proposed development. These revisions are based on preliminary comments received verbally from the City staff. Included in this package is also the Kane County Stormwater Permit Application. Detention information is not provided in this package, as detention was provided as part of the larger New York – Oakhurst LLC project that includes the existing Dominick's shopping center.

Sincerely,

Jon V. Vaznelis
Project Manager

JVV:pjo

Enclosures

001019

www.eevii.com



2R Topo Marie 02

City Limits

Parcels

Centerlines

Aerial 2004

8/16/06

CITY OF AURORA GEOGRAPHIC INFORMATION SYSTEM COA GIS

## Title Line 1

This map depicts / illustrates generalized roadway circulation and their relationships and is not intended for precise dimensions, distances, or alignments.
This map is for informational purposes ONLY.

1 in. = 201.8 feet

001020

# MORRIS
## ENGINEERING, INC.

RECEIVED
AUG - 4 2006
CITY OF AURORA
ENGINEERING DEPT.

5100 S. Lincoln, Suite 100, Lisle, Illinois 60532
(630) 271-0770  Fax (630) 271-0774
ecivil.com

CITY OF AURORA
AUG 0 4 2006
DEVELOPMENT SERVICES

CITY OF AURORA
ENGINEERING DEPT.
RECEIVED
AUG 1 4 2006

*cc: Accounting File*
**Project File No: 06-PR-5004**

**VIA HAND DELIVERY**

## LETTER OF TRANSMITTAL

| To: Stephen K. Andras, P.E. | Date: August 3, 2006 |
|---|---|
| Assistant City Engineer | |
| City of Aurora | RE: Gemini Office Development |
| 44 E Downer Pl | Oakhurst Drive |
| Aurora, IL 60507-2067 | Aurora, IL |
| | |
| 1 (630) 264-3041 | |

We are sending you the following items:

☐ Plats         ☐ Prints         ☒ Plans         ☒ Permit Application
☒ Letter        ☐ Change Order   ☐ Report        ☐ Other

| Copies | Date | No. | Description |
|---|---|---|---|
| 16 | 08/01/06 | 2 pgs | Site Plan and Detail Sheet (Revision per City review) |
| 16 | 08/03/06 | 28 pgs | Stormwater Submittal |
| 3 | 08/03/06 | 1 pg | Kane County Stormwater Management Permit Application Form 2 (signed originals) |
| 1 | 08/03/06 | 1 pg | Cover Letter |
| | | | |
| | | | |

**THESE ARE TRANSMITTED as checked below**

☒ For approval            ☐ Approved as submitted      ☐ Resubmit copies for approval
☐ For your use            ☐ Approved as noted          ☐ Submit copies for distribution
☐ As requested            ☐ For submittal to review agency
☐ Returned for corrections
☐ **FOR BIDS DUE** _____        ☐PRINTS RETURNED AFTER LOAN TO US

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |

Jon V. Vaznelis        Ext. 105
Project Manager

cc:    Kristos Tsogas

If enclosures are not as noted, kindly notify us at once at 630-271-0770

**NA20/3-06.390-FPN**
GEMINI OFFICE DEVELOPMENT - FINAL PLAN
O



(Ward 10 JR/ JHB 8/27/2006    6- 390

DEVELOPMENT SERVICES TEAM:
## SUBMITTAL COVERSHEET – Made to DST at 65 Water Street

<u>TWO</u> COPIES OF THIS COVERSHEET MUST ACCOMPANY EVERY SUBMITTAL.

### PROJECT INFORMATION

Project Number: _06.390_     Date of Submittal: _7/31/06_

### SUBMITTTAL INFORMATION (check all that apply)

- [X] New Case – Land Use Petition Submittal (16 copies required) **Meeting Required**
- [ ] Existing Case Resubmittal - Planning Council (16 copies required)
- [ ] Existing Case Resubmittal – Engineering (2 copies required)
- [ ] Existing Case - Planning Commission / ZBA (16 copies required) (PRC/PRZ)
- [ ] Existing Case - Planning and Development Committee (9 copies required) (PRP)

### EXISTING CASE - DOCUMENTS SUBMITTED (check all that apply)

- [ ] Annexation Plat
- [ ] Building Elevations
- [ ] Dedication Plat
- [ ] Final Plan
- [ ] Final Plat
- [ ] Fire Access Plan
- [ ] Landscape Plan

- [ ] Final Engineering
- [ ] Preliminary Plan
- [ ] Preliminary Plat
- [ ] Signage Detail
- [ ] Stormwater Report
- [ ] Other:

---

*Office Use Only Below This Line (DST #:        )*

<u>All Petitions</u>
- [ ] Land Use Petition (Form 1-3)
- [ ] Filing Fee (Form 1-1)
- [ ] Letter of Authority (Form 1-1)
- [ ] Plat of Survey
- [ ] Legal Description (8.5 x 11 sheet)
- [ ] Qualifying Statement of Petition (Forms 1-1)

<u>Annexation</u>
- [ ] Annexation Plat (Form 2-2)
- [ ] Endangered Species Report (Form 5-1)
- [ ] Soil and Water Report (Forms 5-2;5-3;5-4)

<u>Annexation Agreement</u>
- [ ] Annexation Agreement/Plan Description

<u>Dedication</u>
- [ ] Dedication Plat (Form 2-3)

<u>Preliminary Plan/Plat</u>
- [ ] Preliminary Plan/Plat (Forms 2-8; 2-9)
- [ ] Fire Access Plan (Form 2-6)
- [ ] Engineering Project Info Sheet (2) (Form 3-1)
- [ ] Stormwater Report (2) (Form 3-2)

<u>Final Plat</u>
- [ ] Final Plat (Form 2-5)
- [ ] Development Impact Fee Wks (Form 1-4)
- [ ] Right of way Name Wks (Form 1-5)
- [ ] Address Plat (From 2-1)
- [ ] School and Park Wks (Form 1-6)

<u>Final Plan/Special Use/Waiver/Staff Review</u>
- [ ] Final Plan (Form 2-4)
- [ ] Fire Access Plan (Form 2-6)
- [ ] Landscape Plan (Form 2-7)
- [ ] Building Elevations
- [ ] Signage Details

<u>Final Engineering</u>
- [ ] Final Engineering Plans (2) (Form 3-4)
- [ ] Eng Project Info Sheet (2) (Form 3-1)
- [ ] Stormwater Permit App (2) (Form 3-2)
- [ ] Stormwater Report (2) (Form 3-3)
- [ ] Soil Investigation Report for the Site (2)
- [ ] Wetland Determination Report (2)

### DEADLINE FOR ALL SUBMITTALS IS 3:30 ON EACH THURSDAY PRIOR TO PLAN COUNCIL

Resubmittal – add the following review steps to PZ and EN before signing off on
Resubmittal Received step – PZ: PZC; PZR (A4); PR2-7 (A6). – EN: ER1 (resubmittal
recv., only if not already there); ESR (comm., complied); ENC (comm..sent).



# KRAHL CONSTRUCTION

CONSTRUCTION MANAGEMENT
GENERAL CONTRACTING
SINCE 1913

322 S. GREEN ST., 3RD FLOOR
CHICAGO, IL 60607
312/648-9800 OFFICE
312/707-8552 DIRECT FAX
SMOUSEL@KRAHLCONSTRUCTION.COM

SCOTT W. MOUSEL
312/735-6397CELL

C01023



**�֍ Charter One**

RECEIVED

SEP - 4 2007

CITY OF AURORA
ENGINEERING DEPT.

**International Division**
20 Cabot Road
Medford, MA 02155 USA
888 868.0212    tel
SWIFT: CTZIUS33 TELEX 221047 CTZINTL

To Beneficiary:

CITY OF AURORA
44 E. DOWNER PLACE
AURORA, IL 60507
ATTN: MR. JOHN SPOELMA
TEL: 630-906-7432

Date:  September 01, 2007

Re:  Merger of Subsidiary Banks of Citizens Financial Group, Inc.
Your Standby/Direct Pay Letter of Credit No. S904105

----------------------------------------------------------------------------------------------

We are pleased to inform you that the following subsidiary banks of Citizens Financial Group, Inc. merged into one bank which is now known as RBS Citizens, N.A.:

| | |
|---|---|
| Citizens Bank of Connecticut | Citizens Bank of Rhode Island |
| Citizens Bank (Delaware) | Citizens Bank, N.A. |
| Citizens Bank New Hampshire | Charter One Bank, N.A. |
| Citizens Bank of Massachusetts | RBS National Bank |

This merger was effective as of September 1, 2007.  Accordingly, effective immediately, all transactions under the above-referenced Letter of Credit ("Letter") will now be processed by RBS Citizens, N.A. and the Letter of Credit will now be payable at RBS Citizens, N.A. However, all drafts and other documents should be presented strictly in accordance with the terms of the Letter using the name of the bank specified in the Letter.

All correspondence relative to the Letter should be addressed to RBS Citizens, N.A.  The address and the Letter number will remain unchanged.  This merger (and the bank's name corresponding legal name change) does not alter any term of the Letter.

Thank you for banking with us.

THIS COMPUTER GENERATED ADVICE REQUIRES NO MANUAL SIGNATURE.

cc Applicant:

GEMINI OFFICE DEVELOPMENT LLC
ONE SOUTH WACKER DRIVE SUITE 800
CHICAGO, IL 60606

✎RBS

Charter One is a Division of RBS Citizens, N.A.

001024

**Project Name:** **Gemini Office Development**
**Project Number:** 06.390
**Design Engineer:** Morris Engineering, Inc.
**Date of Estimate:** 12/4/2006

Engineer's Total Estimated Cost for Public Improvements    $15,537.00

|  | Fee % | Min. Fee | % Fee Cost | Required Fee |
|---|---|---|---|---|
| **Review Cost** | 2.00% | $300 | $311 | $311 |
| **Inspection Fees** | 1.75% | N/A | $272 | $272 |
| | | | **Total Required Fees** | **$583** |

```
        CITY OF AURORA, ILLINOIS
          *** CUSTOMER RECEIPT ***
     Oper: ENGCASH      Type: FC  Drawer: 1
     Date: 1/03/07 01   Receipt no:    2762

     Description      Quantity         Amount
         2006           390
      PZ          PLANNING & ZONING
                        1.00
         REVIEW COST                 $311.00
         2006           390
      PZ          PLANNING & ZONING
                        1.00
       INSPECTION FEES               $272.00

                CAB

       Tender detail
       CK CHECK PAY       58178      $583.00
       Total tendered                $583.00
       Total payment                 $583.00

     Trans date:  1/03/07    Time: 8:34:24

     *** THANK YOU FOR YOUR PAYMENT ***
```

001025



58178

FIFTH THIRD BANK
CHICAGO
CHICAGO, ILLINOIS

70-2390
719

**KRAHL ASSOCIATES, INC.**
322 S. GREEN, SUITE 300 • CHICAGO, IL 60607

Pay: *****************************Five hundred eighty-three dollars and no cents

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| December 28, 2006 | 58178 | $*******583.00 |

**PAY**
TO THE
ORDER
OF

City of Aurora

KRAHL ASSOCIATES, INC.

*John S. Coulter*

⑊⑊058178⑊⑊ ⑊071923909⑊ 7231190526⑊



R E C E I V E D

JAN - 2 2007

CITY OF AURORA
ENGINEERING DEPT.

C01026





International Division
20 Cabot Road
Medford, MA 02155 USA
888 868-0212 tel
SWIFT CTZIUS33
TELEX 211047 CTZINTL

IRREVOCABLE STANDBY LETTER OF CREDIT NUMBER S904105

ISSUING BANK:
CHARTER ONE BANK, N.A.
INTERNATIONAL DEPARTMENT
20 CABOT ROAD, M/S MMF470
MEDFORD, MA 02155 U.S.A.

PLACE AND DATE OF ISSUE:        PLACE AND DATE OF EXPIRY:
MEDFORD, MA                     AT OUR COUNTERS
DECEMBER 21, 2006               DECEMBER 22, 2007

BENEFICIARY:
CITY OF AURORA
44 E. DOWNER PLACE
AURORA, IL 60507
ATTN: MR. JOHN SPOELMA
TEL: 630-906-7432

APPLICANT:
GEMINI OFFICE DEVELOPMENT LLC
ONE SOUTH WACKER DRIVE SUITE 800
CHICAGO, IL 60606

UP TO AN AGGREGATE AMOUNT THEREOF: USD 26,290.60

PARTIAL DRAWINGS: PERMITTED

CREDIT AVAILABLE WITH:
CHARTER ONE BANK, N.A.
INTERNATIONAL DEPARTMENT
20 CABOT ROAD, M/S MMF470
MEDFORD, MA 02155 U.S.A.

AGAINST PRESENTATION OF DOCUMENTS AS DETAILED HEREIN.

DRAFTS: AT SIGHT

DRAWN ON:CHARTER ONE BANK, N.A.

RE: GEMINI OFFICE DEVELOPMENT LLC

THE UNDERSIGNED, CHARTER ONE BANK, N.A. HEREBY ISSUES THIS
IRREVOCABLE STANDBY LETTER OF CREDIT NO. S904105 IN FAVOR OF
THE CITY OF AURORA IN THE AMOUNT OF TWENTY SIX THOUSAND TWO
HUNDRED NINETY AND 60/100 U.S. DOLLARS (USD26,290.60) EFFECTIVE

CONTINUED ON NEXT PAGE

※RBS

001027



International Division
20 Cabot Road
Medford, MA 02155 USA
888 868-0212 tel
SWIFT CTZIUS33
TELEX 211047 CTZINTL

OUR REFERENCE NUMBER S904105          PAGE    2

IMMEDIATELY AND EXPIRING AT OUR OFFICE ON DECEMBER 22, 2007.

THIS IRREVOCABLE STANDBY LETTER OF CREDIT IS ISSUED FOR THE
PURPOSE OF SECURING AND PAYING FOR THE INSTALLATION OF THE
PUBLIC IMPROVEMENTS AND STORMWATER MANAGEMENT FACILITIES IN
THE GEMINI OUTPATIENT FACILITY, 240 N. OAKHURST DRIVE, AURORA,
IL CONSTRUCTED BY GEMINI OFFICE DEVELPMENT, LLC IN ACCORDANCE
WITH PLANS AND SPECIFICATIONS APPROVED BY THE CITY OF AURORA
ENGINEER AS PREPARED BY MORRIS ENGINEERING, INC.

IN NO EVENT SHALL THIS IRREVOCABLE STANDBY LETTER OF CREDIT
OR THE OBLIGATIONS CONTAINED HEREIN EXPIRE EXCEPT UPON SAID
PRIOR WRITTEN NOTICE TO THE CITY CLERK OF THE CITY OF AURORA,
44 EAST DOWNER PLACE, AURORA, ILLINOIS 60507 BY CERTIFIED OR
REGISTERED MAIL, RETURN RECEIPT REQUESTED, AT LEAST NINETY
(90) DAYS PRIOR TO SAID EXPIRATION DATE, THAT SAID LETTER OF
CREDIT IS ABOUT TO EXPIRE AND THAT THE SAID EXPIRATION DATE
SHALL BE EXTENDED AS REQUIRED TO COMPLY WITH THIS NOTICE
PROVISION.

ON APPROVAL OF THE CITY ENGINEER THIS IRREVOCABLE STANDBY
LETTER OF CREDIT MAY BE RENEWED OR EXTENDED PRIOR TO THE SAID
EXPIRATION DATE BY SUBMITTING A NEW LETTER OF CREDIT IN THE
SAME FORM AS THIS LETTER OF CREDIT TO THE CITY ENGINEERING
DEPARTMENT IN AN AMOUNT AS DETERMINED BY THE CITY ENGINEER TO
COMPLETE AND PAY FOR THE ABOVE DESCRIBED PUBLIC IMPROVEMENTS
AND STORM WATER MANAGEMENT FACILITIES.

WE HEREBY ENGAGE WITH YOU THAT ALL DEMANDS FOR PAYMENT MADE IN
CONFORMITY WITH THE TERMS OF THIS IRREVOCABLE STANDBY LETTER OF
CREDIT WILL BY DULY HONORED ON PRESENTATION TO US PRIOR TO
EXPIRATION OF THIS LETTER OF CREDIT, A LETTER FROM CITY ENGINEER
OF THE CITY OF AURORA DEMANDING PAYMENT ON OR BEFORE SAID
EXPIRATION DATE CERTIFYING THAT:

1. SAID LETTER OF CREDIT WILL EXPIRE WITHIN THIRTY (30) DAYS
AND HAS NOT BEEN RENEWED OR EXTENDING AND A REPLACEMENT LOC HAS
NOT BEEN ISSUED;

OR

2. THAT THE AFORESAID IMPROVEMENTS HAVE NOT BEEN SATISFACTORILY
COMPLETED BY THE DEVELOPER WITHIN THE REQUIRED TIME.

CONTINUED ON NEXT PAGE

⚹RBS                                                    C01028

 Charter One

International Division
20 Cabot Road
Medford, MA 02155 USA
888 868-0212 tel
SWIFT CTZIUS33
TELEX 211047 CTZINTL

OUR REFERENCE NUMBER S904105          PAGE    3

THIS CREDIT IS SUBJECT TO THE UNIFORM CUSTOMS AND PRACTICES
FOR DOCUMENTARY CREDITS, INTERNATIONAL CHAMBER OF COMMERCE
PUBLICATION # 500.

PLEASE ADDRESS ANY INQUIRIES OR CORRESPONDENCE TO ATTN: MICHAEL
DOUGAN, INTERNATIONAL DEPT., QUOTING OUR REFERENCE NO: S904105
BY PHONE: (781) 655-4877, BY FAX: (781) 391-8701
BY SWIFT: CTZIUS33, BY TELEX: 211047 CTZINTL

_____          _____
AUTHORIZED SIGNATURE                AUTHORIZED SIGNATURE

<u>LETTER OF CREDIT or SUBDIVISION BOND AMOUNT COMPUTATION</u>

PROJECT NAME : **Gemini Office Development**

PROJECT # : 06.390

DEVELOPMENT ENGINEER : Morris Engineering, Inc.

DATE OF ENGR. ESTIMATE : 12/4/2006

| | | | |
|---|---|---|---|
| TOTAL AMOUNT OF PUBLIC IMPROVEMENTS | $15,537.00 | ( 100% ) | 15,537.00 |
| TOTAL AMOUNT OF EROSION CONTROL | $9,776.00 | ( 110% ) | 10,753.60 |

| | |
|---|---|
| **TOTAL AMOUNT OF SECURITY REQUIRED** | **$26,290.60** |

001030