# GENERAL NOTES

**DRILLING & SAMPLING SYMBOLS:**

| | | | |
|---|---|---|---|
| SS: | Split Spoon – 1 3/8" I.D., 2" O.D., unless otherwise noted | PS: | Piston Sample |
| ST: | Thin-Walled Tube – 3" O.D., Unless otherwise noted | WS: | Wash Sample |
| PA: | Power Auger | FT: | Fish Tail Bit |
| HA: | Hand Auger | RB: | Rock Bit |
| DB: | Diamond Bit – 4", N, B | BS: | Bulk Sample |
| AU: | Auger Sample | PM: | Pressuremeter |
| HS: | Hollow Stem Auger | DC: | Dutch Cone |
| | | WB: | Wash Bore |

Standard "N" Penetration: Blows per foot of a 140 pound hammer falling 30 inches on a 2 inch OD split spoon, except where noted.

**WATER LEVEL MEASUREMENT SYMBOLS:**

Water levels indicated on the boring logs are the levels measured in the borings at the times indicated. In pervious soils, the indicated levels may reflect the location of groundwater. In low permeability soils, the accurate determination of ground water levels is not possible with only short term observations.

**DESCRIPTIVE SOIL CLASSIFICATION:**

Soil Classification is based on the Unified Soil Classification System and ASTM Designations D-2487 and D-2488. Coarse Grained Soils have more than 50% of their dry weight retained on a #200 sieve; they are described as: boulders, cobbles, gravel or sand. Fine Grained Soils have less than 50% of their dry weight retained on a #200 sieve; they are described as: clays, if they are plastic , and silts if they are slightly plastic or non-plastic. Major constituents may be added as modifiers and minor constituents may be added according to the relative proportions based on grain size. In addition to gradation, coarse grained soils are defined on the basis of their relative in-place density and fine grained soils on the basis of their consistency. Example: Lean clay with sand, trace gravel, stiff (CL); silty sand, trace gravel, medium dense (SM).

## CONSISTENCY OF FINE-GRAINED SOILS:

| Unconfined Compressive Strength, Qu, tsf | | | N-Blows/ft. | Consistency |
|---|---|---|---|---|
| | < | .25 | Below 2 | Very Soft |
| .25 | – | .50 | 2-4 | Soft |
| .50 | – | 1.0 | 4-8 | Medium Stiff |
| 1.0 | – | 2.0 | 8-15 | Stiff |
| 2.0 | – | 4.0 | 15-30 | Very Stiff |
| 4.0 | – | 8.0 | 30-50 | Hard |
| > | – | 8.0 | > 50 | Very Hard |

## RELATIVE DENSITY OF COARSE-GRAINED SOILS

| N-Blows/ft. | Relative Density |
|---|---|
| 0-3 | Very Loose |
| 4-9 | Loose |
| 10-29 | Medium Dense |
| 30-49 | Dense |
| 50-80 | Very Dense |
| 80+ | Extremely Dense |

## RELATIVE PROPORTIONS OF SAND AND GRAVEL

| Descriptive Term(s) (of Components Also Present in Sample) | Percent of Dry Weight |
|---|---|
| Trace | < 15 |
| With | 15 - 29 |
| Modifier | > 30 |

## RELATIVE PROPORTIONS OF FINES

| Descriptive Term(s) (of Components Also Present in Sample) | Percent of Dry Weight |
|---|---|
| Trace | < 5 |
| With | 5 - 12 |
| Modifier | > 12 |

### GRAIN SIZE TERMINOLOGY

| Major Component Of Sample | Size Range |
|---|---|
| Boulders | Over 12 in. (300mm) |
| Cobbles | 12 in. To 3 in. (300mm to 75mm) |
| Gravel | 3 in. To #4 sieve (75mm to 4.75mm) |
| Sand | #4 to #200 sieve (4.75mm to 0.75mm) |



**Environmental Geotechnical Construction**
Consulting • Engineering • Testing

001061

# SOIL CLASSIFICATION CHART

NOTE: DUAL SYMBOLS ARE USED TO INDICATE BORDERLINE SOIL CLASSIFICATIONS

| MAJOR DIVISIONS | | | SYMBOLS | | TYPICAL DESCRIPTIONS |
|---|---|---|---|---|---|
| | | | GRAPH | LETTER | |
| COARSE GRAINED SOILS | GRAVEL AND GRAVELLY SOILS | CLEAN GRAVELS (LITTLE OR NO FINES) | | GW | WELL-GRADED GRAVELS, GRAVEL - SAND MIXTURES, LITTLE OR NO FINES |
| | | | | GP | POORLY-GRADED GRAVELS, GRAVEL - SAND MIXTURES, LITTLE OR NO FINES |
| | MORE THAN 50% OF COARSE FRACTION RETAINED ON NO. 4 SIEVE | GRAVELS WITH FINES (APPRECIABLE AMOUNT OF FINES) | | GM | SILTY GRAVELS, GRAVEL - SAND - SILT MIXTURES |
| | | | | GC | CLAYEY GRAVELS, GRAVEL - SAND - CLAY MIXTURES |
| MORE THAN 50% OF MATERIAL IS LARGER THAN NO. 200 SIEVE SIZE | SAND AND SANDY SOILS | CLEAN SANDS (LITTLE OR NO FINES) | | SW | WELL-GRADED SANDS, GRAVELLY SANDS, LITTLE OR NO FINES |
| | | | | SP | POORLY-GRADED SANDS, GRAVELLY SAND, LITTLE OR NO FINES |
| | MORE THAN 50% OF COARSE FRACTION PASSING ON NO. 4 SIEVE | SANDS WITH FINES (APPRECIABLE AMOUNT OF FINES) | | SM | SILTY SANDS, SAND - SILT MIXTURES |
| | | | | SC | CLAYEY SANDS, SAND - CLAY MIXTURES |
| FINE GRAINED SOILS | SILTS AND CLAYS | LIQUID LIMIT LESS THAN 50 | | ML | INORGANIC SILTS AND VERY FINE SANDS, ROCK FLOUR, SILTY OR CLAYEY FINE SANDS OR CLAYEY SILTS WITH SLIGHT PLASTICITY |
| | | | | CL | INORGANIC CLAYS OF LOW TO MEDIUM PLASTICITY, GRAVELLY CLAYS, SANDY CLAYS, SILTY CLAYS, LEAN CLAYS |
| | | | | OL | ORGANIC SILTS AND ORGANIC SILTY CLAYS OF LOW PLASTICITY |
| MORE THAN 50% OF MATERIAL IS SMALLER THAN NO. 200 SIEVE SIZE | SILTS AND CLAYS | LIQUID LIMIT GREATER THAN 50 | | MH | INORGANIC SILTS, MICACEOUS OR DIATOMACEOUS FINE SAND OR SILTY SOILS |
| | | | | CH | INORGANIC CLAYS OF HIGH PLASTICITY |
| | | | | OH | ORGANIC CLAYS OF MEDIUM TO HIGH PLASTICITY, ORGANIC SILTS |
| HIGHLY ORGANIC SOILS | | | | PT | PEAT, HUMUS, SWAMP SOILS WITH HIGH ORGANIC CONTENTS |



C01062

**psi** Professional Service Industries, Inc.
665 Tollgate Road, Unit H
Elgin, Illinois 60123
Telephone: 847-931-7110
Fax: 847-931-7125

# LOG OF BORING B-1

Sheet 1 of 1

| | |
|---|---|
| PSI Job No.: | 042-55077 |
| Project: | Lot 2 Oakhurst Drive |
| Location: | Oakhurst Drive to south of New York St. |
| | Aurora, Illinois |
| Client: | Partners in Development |

| Drilling Method: | 2.25" Hollow Stem Augers |
|---|---|
| Sampling Method: | Split-Spoon Sampling |
| Hammer Type: | Hydraulic |
| Drill Rig Type: | Mobil Drill |
| Backfill Method | Auger Cuttings |

**WATER LEVELS**

| | | |
|---|---|---|
| ▽ During Drilling | | ft |
| ▼ At Completion | | ft |
| ▽ After 24 Hours | | ft |

| Elevation, (feet) | Depth, (feet) | Graphic Log | Sample Type | Sample No. | Recovery (inches) | MATERIAL DESCRIPTION | USCS Classification | Hand Penetrometer Qp (tsf) | SPT Blows per 6-inch N-values | Moisture, % | STANDARD PENETRATION TEST DATA | Additional Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Surface Elev.: ___ ft  Existing Surface | | | | | | |
| | 0 | | | | | 10 inches of black clayey TOPSOIL | | | | | | |
| | | | | 1 | 14 | FILL: brown silty CLAY, trace sand and gravel | FILL | | 8/8/8 N=16 | 14 | | |
| | | | | 2 | 14 | | FILL | | 4/5/6 N=11 | 14 | | |
| | 5 | | | 3 | 14 | FILL: Dark gray to black silty CLAY, trace organics, sand and gravel | FILL | | 3/3/3 N=6 | 19 | | |
| | | | | | | Gray silty CLAY, trace sand gravel, stiff | | | | | | |
| | | | | 4 | 16 | | CL | 1.5 | 3/5/6 N=11 | 18 | | |
| | 10 | | | | | | | | | | | |
| | | | | | | Brown silty CLAY, trace sand and gravel, stiff | | | | | | |
| | 15 | | | 5 | 18 | | CL | 4.0 | 4/6/9 N=15 | 17 | | |
| | | | | | | Gray silty CLAY, trace sand gravel, stiff | | | | | | |
| | | | | 6 | 18 | | CL | 2.0 | 4/6/7 N=13 | 16 | | |
| | 20 | | | | | END OF BORING AT 20 FEET No groundwater was observed to collect during the drilling operations. | | | | | | |

STANDARD PENETRATION TEST DATA
N in blows/ft ◎
✕ Moisture  ☑ PL  ✦ LL
STRENGTH, tsf
▲ Qu  ✳ Qp

| | |
|---|---|
| Completion Depth: | 20.0 ft |
| Date Boring Started: | 12/13/05 |
| Driller: | MS |
| Assistant Driller: | JU |

**Sample Types:**

◸ Auger Cutting
✕ Split-Spoon
◼ Shelby Tube
◼ Hand Auger

Remarks:

001063

**PSI** Professional Service Industries, Inc.
665 Tollgate Road, Unit H
Elgin, Illinois 60123
Telephone: 847-931-7110
Fax: 847-931-7125

# LOG OF BORING  B-2

Sheet 1 of 1

| | | |
|---|---|---|
| PSI Job No.: | 042-55077 | |
| Project: | Lot 2 Oakhurst Drive | |
| Location: | Oakhurst Drive to south of New York St. | |
| | Aurora, Illinois | |
| Client: | Partners in Development | |

| Drilling Method: | 2.25" Hollow Stem Augers |
|---|---|
| Sampling Method: | Split-Spoon Sampling |
| Hammer Type: | Hydraulic |
| Drill Rig Type: | Mobil Drill |
| Backfill Method | Auger Cuttings |

### WATER LEVELS

| | |
|---|---|
| ▽ During Drilling | ft |
| ▼ At Completion | ft |
| ▽ After 24 Hours | ft |

| Elevation, (feet) | Depth, (feet) | Graphic Log | Sample Type | Sample No. | Recovery (inches) | MATERIAL DESCRIPTION | USCS Classification | Hand Penetrometer Qp (tsf) | SPT Blows per 6-inch N-values | Moisture, % | STANDARD PENETRATION TEST DATA / STRENGTH | Additional Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | | | | | Surface Elev.:     ft    Existing Surface | | | | | | |
| | | | | | | 6 inches of black clayey TOPSOIL | | | | | | |
| | | | | 1 | 16 | FILL: black to gray silty CLAY, trace sand and gravel | FILL | | 10/10/11 N=21 | 14 | | |
| | | | | 2 | 16 | FILL: Dark brown silty CLAY, trace sand and gravel | FILL | | 6/8/9 N=17 | 18 | | |
| | 5 | | | | | | | | | | | |
| | | | | 3 | 8 | Brown silty CLAY, trace sand and gravel, stiff to very stiff | CL | 3.0 | 6/7/9 N=16 | 16 | | |
| | | | | 4 | 18 | | CL | 4.5 | 7/10/12 N=22 | 17 | | |
| | 10 | | | | | | | | | | | |
| | 15 | | | 5 | 18 | Gray silty CLAY, trace sand gravel, stiff to very stiff | CL | 4.5 | 9/10/11 N=21 | 16 | | |
| | 20 | | | 6 | 18 | | CL | 4.5 | 9/9/10 N=19 | 16 | | |
| | | | | | | END OF BORING AT 20 FEET No groundwater was observed to collect during the drilling operations. | | | | | | |

| | | Sample Types: | | | Remarks: |
|---|---|---|---|---|---|
| Completion Depth: | 20.0 ft | | | | |
| Date Boring Started: | 12/13/05 | ▯ Auger Cutting | ▮ Shelby Tube | | |
| Driller: | MS | ⊠ Split-Spoon | ⊙ Hand Auger | | |
| Assistant Driller: | | | | | |

C01064

**psi**

Professional Service Industries, Inc.
665 Tollgate Road, Unit H
Elgin, Illinois 60123
Telephone: 847-931-7110
Fax: 847-931-7125

## LOG OF BORING B-3

Sheet 1 of 1

| | |
|---|---|
| PSI Job No.: | 042-55077 |
| Project: | Lot 2 Oakhurst Drive |
| Location: | Oakhurst Drive to south of New York St. |
| | Aurora, Illinois |
| Client: | Partners in Development |

| | |
|---|---|
| Drilling Method: | 2.25" Hollow Stem Augers |
| Sampling Method: | Split-Spoon Sampling |
| Hammer Type: | Hydraulic |
| Drill Rig Type: | Mobil Drill |
| Backfill Method | Auger Cuttings |

### WATER LEVELS

| | |
|---|---|
| ▽ During Drilling | ft |
| ▼ At Completion | ft |
| ▽ After 24 Hours | ft |

Surface Elev.: ___ ft   Existing Surface

| Depth, (feet) | Sample No. | Recovery (inches) | MATERIAL DESCRIPTION | USCS Classification | Hand Penetrometer Qp (tsf) | SPT Blows per 6-inch N-values | Moisture, % |
|---|---|---|---|---|---|---|---|
| 0 | | | 6 inches of black clayey TOPSOIL | | | | |
| | 1 | 16 | FILL: brown to black silty CLAY, trace wood, sand, and gravel | FILL | | 5/6/8 N=14 | 15 |
| 5 | 2 | 14 | Brown silty CLAY, trace sand and gravel, stiff to very stiff | CL | 4.5 | 5/8/8 N=16 | 15 |
| | 3 | 16 | | CL | 4.5 | 10/12/12 N=24 | 16 |
| | 4 | 16 | | CL | 4.5 | 5/6/8 N=14 | 16 |
| 10 | | | | | | | |
| 15 | 5 | 16 | Gray silty CLAY, trace sand gravel, stiff to very stiff | CL | 2.0 | 10/10/10 N=20 | 17 |
| 20 | 6 | 18 | | CL | 2.5 | 7/12/17 N=29 | 18 |
| | | | END OF BORING AT 20 FEET No groundwater was observed to collect during the drilling operations. | | | | |

STANDARD PENETRATION TEST DATA
N in blows/ft ⊙
✕ Moisture   ◪ PL   ✛ LL
1   25   50

STRENGTH, tsf
▲ Qu   ✳ Qp
0   2.0   4.0

Additional Remarks

| | |
|---|---|
| Completion Depth: | 20.0 ft |
| Date Boring Started: | 12/13/05 |
| Driller: | MS |
| Assistant Driller: | JU |

Sample Types:
▌ Auger Cutting   ▐ Shelby Tube
✕ Split-Spoon   ◓ Hand Auger

Remarks:

001065

**psi**

Professional Service Industries, Inc.
665 Tollgate Road, Unit H
Elgin, Illinois 60123
Telephone: 847-931-7110
Fax: 847-931-7125

# LOG OF BORING B-4

Sheet 1 of 1

| PSI Job No.: | 042-55077 | Drilling Method: | 2.25" Hollow Stem Augers |
| Project: | Lot 2 Oakhurst Drive | Sampling Method: | Split-Spoon Sampling |
| Location: | Oakhurst Drive to south of New York St. | Hammer Type: | Hydraulic |
| | Aurora, Illinois | Drill Rig Type: | Mobil Drill |
| Client: | Partners in Development | Backfill Method | Auger Cuttings |

**WATER LEVELS**

| | | |
|---|---|---|
| ▽ During Drilling | 19.5 | ft |
| ▼ At Completion | | |
| ▽ After 24 Hours | | ft |

| Elevation, (feet) | Depth, (feet) | Graphic Log | Sample Type | Sample No. | Recovery (inches) | MATERIAL DESCRIPTION | USCS Classification | Hand Penetrometer Qp (tsf) | SPT Blows per 6-inch N-values | Moisture, % | STANDARD PENETRATION TEST DATA N in blows/ft ⊚ | Additional Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Surface Elev.:  ft  Existing Surface

| | 0 | | | | | 6 inches of black clayey TOPSOIL | | | | | | |
| | | | | 1 | 16 | FILL: brown to black silty CLAY, trace sand, and gravel | FILL | | 11/14/11 N=25 | 15 | ✕ ⊚ | |
| | | | | 2 | 18 | Brown silty CLAY, trace sand and gravel, stiff to very stiff | CL | 4.5 | 6/8/9 N=17 | 16 | ✕⊚ | >>✳ |
| | 5 | | | 3 | 18 | | CL | 4.5 | 8/11/13 N=24 | 17 | ✕ ⊚ | >>✳ |
| | | | | 4 | 18 | | CL | 4.5 | 8/12/14 N=26 | 17 | ✕ ⊚ | >>✳ |
| | 10 | | | | | | | | | | | |
| | 15 | | | 5 | 3 | Gray silty CLAY, trace sand gravel, medium stiff to stiff | CL | | 8/7/7 N=14 | 16 | ⊚✕ | |
| | 20 | | | 6 | 16 ▽ | | CL | 2.0 | 4/4/5 N=9 | 17 | ⊚ ✕ ✳ | |
| | | | | | | END OF BORING AT 20 FEET | | | | | | |

Moisture ✕   PL ▢   LL ✦
STRENGTH, tsf   ▲ Qu   ✳ Qp

| Completion Depth: | 20.0 ft |
| Date Boring Started: | 12/13/05 |
| Driller: | MS |
| Assistant Driller: | JU |

Sample Types:
▯ Auger Cutting   ▮ Shelby Tube
⊠ Split-Spoon   ⊚ Hand Auger

Remarks:

C01066

**psi**

Professional Service Industries, Inc.
665 Tollgate Road, Unit H
Elgin, Illinois 60123
Telephone: 847-931-7110
Fax: 847-931-7125

**LOG OF BORING  B-5**

Sheet 1 of 1

| | |
|---|---|
| PSI Job No.: | 042-55077 |
| Project: | Lot 2 Oakhurst Drive |
| Location: | Oakhurst Drive to south of New York St. |
| | Aurora, Illinois |
| Client: | Partners in Development |

| | |
|---|---|
| Drilling Method: | 2.25" Hollow Stem Augers |
| Sampling Method: | Split-Spoon Sampling |
| Hammer Type: | Hydraulic |
| Drill Rig Type: | Mobil Drill |
| Backfill Method | Auger Cuttings |

**WATER LEVELS**

| | |
|---|---|
| ▽ During Drilling | ft |
| ▼ At Completion | ft |
| ▽ After 24 Hours | ft |

Surface Elev.: ___ ft   Existing Surface

| Depth, (feet) | Sample No. | Recovery (inches) | MATERIAL DESCRIPTION | USCS Classification | Hand Penetrometer Qp (tsf) | SPT Blows per 6-inch N-values | Moisture, % | Additional Remarks |
|---|---|---|---|---|---|---|---|---|
| 0 | | | 8 inches of black clayey TOPSOIL | | | | | |
| | 1 | 16 | FILL: brown to black silty CLAY, trace wood, sand, and gravel | FILL | | 8/9/15 N=24 | 16 | |
| | 2 | 16 | | FILL | | 5/6/6 N=12 | 16 | |
| 5 | 3 | 16 | Brown silty CLAY, trace sand and gravel, stiff to very stiff | CL | 2.5 | 4/7/7 N=14 | 17 | |
| | 4 | 18 | | CL | 4.5 | 8/11/12 N=23 | 18 | >>※ |
| 10 | | | | | | | | |
| 15 | 5 | 18 | Gray silty CLAY, trace sand gravel, stiff to very stiff | CL | 4.5 | 11/12/14 N=26 | 16 | >>※ |
| | | 3 | END OF BORING AT 19 FEET DUE TO BOULDER REFUSAL No groundwater was observed to collect during the drilling operations. | CL | 1.5 | | 18 | |
| 20 | | | | | | | | |

STANDARD PENETRATION TEST DATA
N in blows/ft ⊙
× Moisture    ☑ PL   ✦ LL
STRENGTH, tsf
▲ Qu    ※ Qp

| | |
|---|---|
| Completion Depth: | 20.0 ft |
| Date Boring Started: | 12/13/05 |
| Driller: | MS |
| Assistant Driller: | JU |

Sample Types:
▯ Auger Cutting
✕ Split-Spoon
◼ Shelby Tube
⊙ Hand Auger

Remarks:

001067

**psi**

Professional Service Industries, Inc.
665 Tollgate Road, Unit H
Elgin, Illinois 60123
Telephone: 847-931-7110
Fax: 847-931-7125

## LOG OF BORING B-6

Sheet 1 of 1

| | |
|---|---|
| PSI Job No.: | 042-55077 |
| Project: | Lot 2 Oakhurst Drive |
| Location: | Oakhurst Drive to south of New York St. |
| | Aurora, Illinois |
| Client: | Partners in Development |

| | |
|---|---|
| Drilling Method: | 2.25" Hollow Stem Augers |
| Sampling Method: | Split-Spoon Sampling |
| Hammer Type: | Hydraulic |
| Drill Rig Type: | Mobil Drill |
| Backfill Method | Auger Cuttings |

**WATER LEVELS**

| | | |
|---|---|---|
| ▽ | During Drilling | ft |
| ▼ | At Completion | ft |
| ▽ | After 24 Hours | ft |

| Elevation, (feet) | Depth, (feet) | Graphic Log | Sample Type | Sample No. | Recovery (inches) | MATERIAL DESCRIPTION | USCS Classification | Hand Penetrometer Qp (tsf) | SPT Blows per 6-inch N-values | Moisture, % | STANDARD PENETRATION TEST DATA | Additional Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Surface Elev.: ft   Existing Surface | | | | | | |
| | 0 | | | | | 12 inches of black clayey TOPSOIL | | | | | | |
| | | | | 1 | 14 | FILL: brown to black silty CLAY, trace sand and gravel | FILL | | 8/12/14 N=26 | 16 | | |
| | | | | 2 | 16 | | FILL | | 5/6/6 N=12 | 17 | | |
| | 5 | | | 3 | 18 | Brown silty CLAY, trace sand and gravel, stiff to very stiff | CL | 4.0 | 4/5/7 N=12 | 18 | | |
| | | | | 4 | 18 | | CL | 4.5 | 6/9/11 N=20 | 16 | | |
| | 10 | | | | | | | | | | | |
| | | | | 5 | 18 | | CL | 4.5 | 7/11/12 N=23 | 16 | | |
| | 15 | | | | | | | | | | | |
| | | | | 6 | 18 | | CL | 4.5 | 5/11/12 N=23 | 17 | | |
| | 20 | | | | | END OF BORING AT 20 FEET No groundwater was observed to collect during the drilling operations. | | | | | | |

| | | | | |
|---|---|---|---|---|
| Completion Depth: | 20.0 ft | Sample Types: | | Remarks: |
| Date Boring Started: | 12/13/05 | ⌷ Auger Cutting | ▉ Shelby Tube | |
| Driller: | MS | ⊠ Split-Spoon | ◉ Hand Auger | |
| Assistant Driller: | JU | | | 001068 |

## OVEREXCAVATION AND BACKFILL PROCEDURE



Where unsuitable bearing material is encountered below design footing level, overexcavate as shown above.

Unless otherwise noted in report, minimum depth D = W for continuous footings and minimum depth D = ½W for isolated footings.

Place fill below footing level in 9 inch loose lifts. See report for type of fill and degree of compaction.



C01069

# STORMWATER CALCULATIONS

Prepared for:

Gemini Office Development
240 North Oakhurst Drive
Aurora, Illinois

Prepared By:



eCivil.com

5100 Lincoln Avenue
Lisle, Illinois 60532

MEI Project No. 06-PR-5004
November 28, 2006

C01070

# STORMWATER CALCULATIONS

Prepared for:

Gemini Office Development
240 North Oakhurst Drive
Aurora, Illinois

Prepared By:



# eCivil.com

5100 Lincoln Avenue, Suite 100
Lisle, Illinois 60532

MEI Project No. 06-PR-5004
November 28, 2006

PROFESSIONAL ENGINEER CERTIFICATION

STATE OF ILLINOIS)
                           SS.
COUNTY OF DuPAGE)

I, SIGITAS P. VAZNELIS, A REGISTERED PROFESSIONAL ENGINEER OF ILLINOIS, HEREBY CERTIFY THAT THIS APPLICATION WAS PREPARED ON BEHALF OF GEMINI OFFICE DEVELOPMENT BY MORRIS ENGINEERING, INC. 5100 LINCOLN AVENUE, LISLE, IL, 60532 UNDER MY PERSONAL DIRECTION.) THIS TECHNICAL SUBMISSION IS INTENDED TO BE USED AS AN INTEGRAL PART OF AND IN CONJUNCTION WITH THE PROJECT SPECIFICATIONS.

DATED THIS ___04___ DAY OF __December__, A.D., 20 _06_

ILLINOIS REGISTERED PROFESSIONAL ENGINEER NO. 062-044114

MY REGISTRATION EXPIRES ON NOVEMBER 30, 2007.

062-044114
REGISTERED
PROFESSIONAL
ENGINEER
OF
ILLINOIS

NOTE: UNLESS THIS DOCUMENT BEARS THE ORIGINAL SIGNATURE AND IMPRESSED SEAL OF THE DESIGN PROFESSIONAL ENGINEER, IT IS NOT A VALID TECHNICAL SUBMISSION.

001071

# TAB 1

# PROJECT OVERVIEW

001072

# SOIL EROSION AND SEDIMENT CONTROL PLAN NARRATIVE
## GEMINI OUTPATIENT FACILITY
### Oakhurst drive, Aurora Illinois

## PROJECT DESCRIPTION

The 3.24-acre site is part of a commercial subdivision that was permitted previously with the City of Aurora and includes a Dominick's facility to the west, as well as a detention facility partially within this parcel.  This detention facility has been sized to include the runoff from this parcel.   The future develop consists of a 21,750 s.f.  medical office building with 72 parking spaces.  All storm drainage is to the existing detention pond.  All utilities are connecting to stubs provided by the overall site redeveloper.

## EXISTING CONDITIONS

The parcel  has had several feet of fill placed over the last several years and is mostly mowed grassy area.

## ADJACENT AREAS

Areas to the west of the proposed development includes the Dominick's facility and the existing detention pond. Access to the site is off Oakhurst Drive on an existing road that feeds to the rear of the existing Dominick's facility.

## OFF-SITE AREAS

No offsite areas will be affected in the proposed development

## CRITICAL AREAS

No determined critical areas will be affected in the proposed development.

## SOIL EROSION AND SEDIMENT CONTROL MEASURES

### SILT FENCE
 The West and South portion of the proposed development will be enclosed with Silt Fence. Details and specifications shall conform with the NRCS (Natural Resources Conservation Service).

### FILTER FABRIC
Riprap areas will be installed with applicable filter fabric size as specified in the details and specifications with the NRCS detail included in the Soil and Erosion Control plans submitted herewith.

## *GEOTEXTILES FOR STRUCTURES*

All proposed structures shall be placed with geotextile fabric and anchored in place with the frame and grate.

## PERMANENT STABILIZATION

Permanent stabilization control measures shall include seeding of all slopes and landscaping. Permanent erosion control measures shall be installed as soon as reasonable, following construction activities.

Permanent erosion control measures shall be monitored and maintained by the Owner. These measures shall be inspected monthly . Any deficiencies shall be corrected

## CALCULATIONS

No calculations are required for this specific proposed development because the detention ponds where the site will drain to has been previously approved by the City of Aurora.

## DETAIL DRAWINGS

Detail drawings will be included in the *SOIL AND EROSION CONTROL PLAN* submitted herewith with this narrative.

## MAINTENANCE

Planned maintenance tasks will be performed bi-monthly unless indicated during the growing season. ( March 1- October 31). The Owner shall be responsible for these planned tasks.

# TAB 2

# STORMWATER SUBMITTAL

001075

# TAB 2 - TRIBUTARY FLOW TO POND CALCULATIONS

GEMINI OFFICE DEVELOPMENT
MEI Project No. 06-PR-5004

Area (Property) = 3.24 AC

Impervious Area

| | | |
|---|---|---|
| Building | = | 0.50 |
| Pavement | = | 0.69 |
| Sidewalk | = | 0.07 |
| Driveway | = | 0.10 |
| | | 1.36 AC |

Pervious = 3.24 - 1.36 = 1.88 AC

Composite C

| | | | | | |
|---|---|---|---|---|---|
| Grass | 1.88 | x | 0.20 | = | 0.376 |
| Pavement | 0.86 | x | 0.95 | = | 0.817 |
| Commercial | 0.50 | x | 0.80 | = | 0.400 |
| | | | | | 1.593 |

$$C = \frac{1.593}{3.24}$$

$$= 0.49$$

L = 400'
S = 2.25%
t = 22 minutes
I = 3.38 in/hr (5-year)
   3.86 in/hr (10-year)
   5.6 in/hr (100-year)

Q = CIA
  = 0.49 x 5.6 x 3.24
  = 8.89 CFS

001076

## Cross Section for Circular Pipe - 1

### Project Description

| | |
|---|---|
| Friction Method | Manning Formula |
| Solve For | Discharge |

### Input Data

| | | |
|---|---|---|
| Roughness Coefficient | 0.013 | |
| Channel Slope | 0.01323 | ft/ft |
| Normal Depth | 1.00 | ft |
| Diameter | 1.00 | ft |
| Discharge | 4.10 | ft³/s |

### Cross Section Image



V: 1
H: 1

C01077

## Cross Section for Circular Pipe - 1

### Project Description

| | |
|---|---|
| Friction Method | Manning Formula |
| Solve For | Discharge |

### Input Data

| | | |
|---|---|---|
| Roughness Coefficient | 0.013 | |
| Channel Slope | 0.01323 | ft/ft |
| Normal Depth | 1.00 | ft |
| Diameter | 1.00 | ft |
| Discharge | 4.10 | ft³/s |

### Cross Section Image



1.00 ft    1.00 ft

V: 1
H: 1

10/11/2006 1:38:30 PM

Bentley Systems, Inc.  Haestad Methods Solution Center
27 Siemons Company Drive Suite 200 W  Watertown, CT 06795 USA  +1-203-755-1666

FlowMaster [08.01.058.00]
Page   1  of   1

C01078

## Cross Section for Section A-A

### Project Description

| | |
|---|---|
| Friction Method | Manning Formula |
| Solve For | Discharge |

### Input Data

| | | |
|---|---|---|
| Channel Slope | 0.00800 | ft/ft |
| Normal Depth | 0.25 | ft |
| Discharge | 10.64 | ft³/s |

### Cross Section Image



12/7/2006 9:09:03 AM

Bentley Systems, Inc.  Haestad Methods Solution Center
27 Siemons Company Drive Suite 200 W  Watertown, CT 06795 USA  +1-203-755-1666

FlowMaster  [08.01.058.00]

Page   1  of  1

001079

## Cross Section for Section B-B

### Project Description

| | |
|---|---|
| Friction Method | Manning Formula |
| Solve For | Discharge |

### Input Data

| | | |
|---|---|---|
| Channel Slope | 0.01300 | ft/ft |
| Normal Depth | 0.15 | ft |
| Discharge | 16.83 | ft³/s |

### Cross Section Image



12/7/2006 9:09:45 AM

Bentley Systems, Inc.  Haestad Methods Solution Center
27 Siemons Company Drive Suite 200 W  Watertown, CT 06795 USA  +1-203-755-1666

FlowMaster [08.01.058.00]

Page  1  of  1

001080

## Cross Section for Section C-C

### Project Description

| | |
|---|---|
| Friction Method | Manning Formula |
| Solve For | Normal Depth |

### Input Data

| | | |
|---|---|---|
| Channel Slope | 0.00560 | ft/ft |
| Normal Depth | 0.25 | ft |
| Discharge | 10.22 | ft³/s |

### Cross Section Image



10/11/2006 1:39:07 PM

Bentley Systems, Inc.  Haestad Methods Solution Center
27 Siemons Company Drive Suite 200 W  Watertown, CT 06795 USA  +1-203-755-1666

FlowMaster [08.01.058.00]

Page   1  of  1

001081

## Cross Section for Section D-D

### Project Description

| | |
|---|---|
| Friction Method | Manning Formula |
| Solve For | Normal Depth |

### Input Data

| | | |
|---|---|---|
| Channel Slope | 0.02000 | ft/ft |
| Normal Depth | 0.18 | ft |
| Discharge | 12.82 | ft³/s |

### Cross Section Image



10/11/2006 1:39:18 PM

Bentley Systems, Inc. Haestad Methods Solution Center
27 Siemons Company Drive Suite 200 W  Watertown, CT 06795 USA  +1-203-755-1666

FlowMaster [08.01.058.00]

Page  1 of 1

001082

## Cross Section for Section E-E

### Project Description

| | |
|---|---|
| Friction Method | Manning Formula |
| Solve For | Normal Depth |

### Input Data

| | | |
|---|---|---|
| Channel Slope | 0.02000 | ft/ft |
| Normal Depth | 0.14 | ft |
| Discharge | 5.70 | ft³/s |

### Cross Section Image



10/11/2006 1:39:28 PM

Bentley Systems, Inc.  Haestad Methods Solution Center
27 Siemons Company Drive Suite 200 W  Watertown, CT 06795 USA  +1-203-755-1666

FlowMaster [08.01.058.00]

Page    1  of  1

C01083

Profile
Scenario: Base

# Profile: STORM RUN 2 – GEMINI OFFICE DEVELOPMENT

## Scenario: Base



Title: GEMINI OFFICE DEVELOPMENT
h:\06-pr\5004\reports\project2.stm
10/11/06  08:49:28 AM    © Haestad Methods, Inc.

MORRIS ENGINEERING
37 Brookside Road    Waterbury, CT 06708 USA    +1-203-755-1666

Project Engineer: Oliver Cutamora
StormCAD v5.5 [5.5003]
Page 1 of 1

001084

## Profile
## Scenario: Base

Profile: STORM RUN 1 – GEMINI OFFICE DEVELOPMENT

Scenario: Base



Title: GEMINI OFFICE DEVELOPMENT
h:\06-pr\5004\reports\project2.stm
10/11/06  08:49:38 AM     © Haestad Methods, Inc.     37 Brookside Road     Waterbury, CT 06708 USA     +1-203-755-1666

MORRIS ENGINEERING

Project Engineer: Oliver Cutamora
StormCAD v5.5 [5.5003]
Page 1 of 1

## Scenario: Base

### Combined Pipe\Node Report

| Label | Upstream Node | Downstream Node | Length (ft) | Upstream Inlet Area (acres) | Upstream Inlet Rational Coefficient | Upstream Inlet CA (acres) | Upstream Calculated System CA (acres) | Upstream Inlet Rational Flow (cfs) | Section Size | Full Capacity (cfs) | Average Velocity (ft/s) | Upstream Invert Elevation (ft) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P-1 | INLET TYPE | I-2 | 70.00 | 0.27 | 0.46 | 0.12 | 0.12 | 0.56 | 12 inch | 2.52 | 2.58 | 709.50 |
| P-2 | I-2 | I-3 | 135.00 | 0.41 | 0.46 | 0.19 | 0.31 | 0.85 | 12 inch | 4.14 | 4.77 | 709.15 |
| P-3 | I-3 | I-4 | 195.00 | 0.68 | 0.46 | 0.31 | 0.63 | 1.41 | 12 inch | 3.56 | 5.03 | 708.07 |
| P-4 | I-4 | O-1 | 62.00 | 0.19 | 0.46 | 0.09 | 0.71 | 0.39 | 12 inch | 4.05 | 5.72 | 701.80 |
| P-5 | I-5 | O-2 | 53.00 | 0.10 | 0.46 | 0.05 | 0.05 | 0.21 | 12 inch | 3.09 | 2.24 | 709.90 |

Title: GEMINI OFFICE DEVELOPMENT
h:\06-pr\5004\reports\project2.stm
10/11/06  08:50:06 AM    © Haestad Methods, Inc.

MORRIS ENGINEERING
37 Brookside Road    Waterbury, CT 06708 USA    +1-203-755-1666

Project Engineer: Oliver Cutamora
StormCAD v5.5 [5.5003]
Page 1 of 2

## Scenario: Base

## Combined Pipe\Node Report

| Downstream Invert Elevation (ft) | Constructed Slope (ft/ft) | Description |
|---|---|---|
| 709.15 | 0.005000 | |
| 708.07 | 0.008000 | |
| 706.12 | 0.010000 | |
| 701.00 | 0.012903 | |
| 709.50 | 0.007547 | |

Title: GEMINI OFFICE DEVELOPMENT
h:\06-pr\5004\reports\project2.stm
10/11/06  08:50:06 AM     © Haestad Methods, Inc.

MORRIS ENGINEERING
37 Brookside Road     Waterbury, CT 06708 USA     +1-203-755-1666

Project Engineer: Oliver Cutamora
StormCAD v5.5 [5.5003]

**TAB 2 - STORMWATER SUBMITTAL - IDENTIFIER 2E**

**GEMINI OFFICE DEVELOPMENT**
**Proj: 06-PR-5004**

SUPPLEMENTARY CALCULATION
10 YEAR STORM RETURN ( SEE ATTACHED STORM CAD CALCULATION)

| | | |
|---|---|---|
| Pervious | 2 | acres |
| Impervious | 1.24 | acres |
| TOTAL AREA | 3.24 | acres |

COMPOSITE C

| DESCRIPTION | A | C | AxC |
|---|---|---|---|
| Pavement | 0.74 | 0.95 | 0.703 |
| Commercial | 0.5 | 0.8 | 0.4 |
| Grass | 2 | 0.2 | 0.4 |
| | 3.24 | | 1.503 |

$$\text{COMPOSITE C} = \frac{1.503}{3.24} = 0.46$$

001088

# TAB 3
# FLOODPLAIN SUBMITTAL

001089

# TAB 4

# WETLAND SUBMITTAL