# TAB 5

# PLAN SET

001091

# TAB 6

# SECURITY SUBMITTAL

001092

# TAB 7

# VARIANCE SUBMITTAL

001093