

Boring
Location
Plan

| Project Name: | Lot 2 Oakhurst Drive |
| Project Location: | Oakhurst Drive just south of New York Street |
| | Aurora, Illinois |
| Client: | Partners of Development, USA |
| PSI Project # : | 042-55077 |

**psi** *Information To Build On*
Engineering • Consulting • Testing
665 Tollgate Rd. Unit H
Elgin, Illinois 60123

001145



Site Vicinity Map

| Project Name: | Lot 2 Oakhurst Drive |
|---|---|
| Project Location: | Oakhurst Drive just south of New York Street |
| | Aurora, Illinois |
| Client: | Partners of Development, USA |
| PSI Project # : | 042-55077 |
| Aerial Year: | 2002 |

**PSI** *Information To Build On*
Engineering • Consulting • Testing
666 Tollgate Rd. Unit H
Elgin, Illinois 60123

# GENERAL NOTES

**DRILLING & SAMPLING SYMBOLS:**

| | | | |
|---|---|---|---|
| SS: | Split Spoon - 1 3/8" I.D., 2" O.D., unless otherwise noted | PS: | Piston Sample |
| ST: | Thin-Walled Tube - 3" O.D., Unless otherwise noted | WS: | Wash Sample |
| PA: | Power Auger | FT: | Fish Tail Bit |
| HA: | Hand Auger | RB: | Rock Bit |
| DB: | Diamond Bit - 4", N, B | BS: | Bulk Sample |
| AU: | Auger Sample | PM: | Pressuremeter |
| HS: | Hollow Stem Auger | DC: | Dutch Cone |
| | | WB: | Wash Bore |

Standard "N" Penetration: Blows per foot of a 140 pound hammer falling 30 inches on a 2 inch OD split spoon, except where noted.

**WATER LEVEL MEASUREMENT SYMBOLS:**

Water levels indicated on the boring logs are the levels measured in the borings at the times indicated. In pervious soils, the indicated levels may reflect the location of groundwater. In low permeability soils, the accurate determination of ground water levels is not possible with only short term observations.

**DESCRIPTIVE SOIL CLASSIFICATION:**

Soil Classification is based on the Unified Soil Classification System and ASTM Designations D-2487 and D-2488. Coarse Grained Soils have more than 50% of their dry weight retained on a #200 sieve; they are described as: boulders, cobbles, gravel or sand. Fine Grained Soils have less than 50% of their dry weight retained on a #200 sieve; they are described as: clays, if they are plastic , and silts if they are slightly plastic or non-plastic. Major constituents may be added as modifiers and minor constituents may be added according to the relative proportions based on grain size. In addition to gradation, coarse grained soils are defined on the basis of their relative in-place density and fine grained soils on the basis of their consistency. Example: Lean clay with sand, trace gravel, stiff (CL); silty sand, trace gravel, medium dense (SM).

### CONSISTENCY OF FINE-GRAINED SOILS:

| Unconfined Compressive Strength, Qu, tsf | | | N-Blows/ft. | Consistency |
|---|---|---|---|---|
| | < | .25 | Below 2 | Very Soft |
| .25 | - | .50 | 2-4 | Soft |
| .50 | - | 1.0 | 4-8 | Medium Stiff |
| 1.0 | - | 2.0 | 8-15 | Stiff |
| 2.0 | - | 4.0 | 15-30 | Very Stiff |
| 4.0 | - | 8.0 | 30-50 | Hard |
| > | - | 8.0 | > 50 | Very Hard |

### RELATIVE DENSITY OF COARSE-GRAINED SOILS

| N-Blows/ft. | Relative Density |
|---|---|
| 0-3 | Very Loose |
| 4-9 | Loose |
| 10-29 | Medium Dense |
| 30-49 | Dense |
| 50-80 | Very Dense |
| 80+ | Extremely Dense |

### RELATIVE PROPORTIONS OF SAND AND GRAVEL

| Descriptive Term(s) (of Components Also Present in Sample) | Percent of Dry Weight |
|---|---|
| Trace | < 15 |
| With | 15 - 29 |
| Modifier | > 30 |

### RELATIVE PROPORTIONS OF FINES

| Descriptive Term(s) (of Components Also Present In Sample) | Percent of Dry Weight |
|---|---|
| Trace | < 5 |
| With | 5 - 12 |
| Modifier | > 12 |

### GRAIN SIZE TERMINOLOGY

| Major Component Of Sample | Size Range |
|---|---|
| Boulders | Over 12 in. (300mm) |
| Cobbles | 12 in. To 3 in. (300mm to 75mm) |
| Gravel | 3 in. To #4 sieve (75mm to 4.75mm) |
| Sand | #4 to #200 sieve (4.75mm to 0.75mm) |



**Environmental Geotechnical Construction**
Consulting • Engineering • Testing

# SOIL CLASSIFICATION CHART

NOTE: DUAL SYMBOLS ARE USED TO INDICATE BORDERLINE SOIL CLASSIFICATIONS

| MAJOR DIVISIONS | | | SYMBOLS | | TYPICAL DESCRIPTIONS |
|---|---|---|---|---|---|
| | | | GRAPH | LETTER | |
| COARSE GRAINED SOILS | GRAVEL AND GRAVELLY SOILS | CLEAN GRAVELS | | GW | WELL-GRADED GRAVELS, GRAVEL - SAND MIXTURES, LITTLE OR NO FINES |
| | | (LITTLE OR NO FINES) | | GP | POORLY-GRADED GRAVELS, GRAVEL - SAND MIXTURES, LITTLE OR NO FINES |
| | MORE THAN 50% OF COARSE FRACTION RETAINED ON NO. 4 SIEVE | GRAVELS WITH FINES | | GM | SILTY GRAVELS, GRAVEL - SAND - SILT MIXTURES |
| | | (APPRECIABLE AMOUNT OF FINES) | | GC | CLAYEY GRAVELS, GRAVEL - SAND - CLAY MIXTURES |
| MORE THAN 50% OF MATERIAL IS LARGER THAN NO. 200 SIEVE SIZE | SAND AND SANDY SOILS | CLEAN SANDS | | SW | WELL-GRADED SANDS, GRAVELLY SANDS, LITTLE OR NO FINES |
| | | (LITTLE OR NO FINES) | | SP | POORLY-GRADED SANDS, GRAVELLY SAND, LITTLE OR NO FINES |
| | MORE THAN 50% OF COARSE FRACTION PASSING ON NO. 4 SIEVE | SANDS WITH FINES | | SM | SILTY SANDS, SAND - SILT MIXTURES |
| | | (APPRECIABLE AMOUNT OF FINES) | | SC | CLAYEY SANDS, SAND - CLAY MIXTURES |
| FINE GRAINED SOILS | SILTS AND CLAYS | LIQUID LIMIT LESS THAN 50 | | ML | INORGANIC SILTS AND VERY FINE SANDS, ROCK FLOUR, SILTY OR CLAYEY FINE SANDS OR CLAYEY SILTS WITH SLIGHT PLASTICITY |
| | | | | CL | INORGANIC CLAYS OF LOW TO MEDIUM PLASTICITY, GRAVELLY CLAYS, SANDY CLAYS, SILTY CLAYS, LEAN CLAYS |
| | | | | OL | ORGANIC SILTS AND ORGANIC SILTY CLAYS OF LOW PLASTICITY |
| MORE THAN 50% OF MATERIAL IS SMALLER THAN NO. 200 SIEVE SIZE | SILTS AND CLAYS | LIQUID LIMIT GREATER THAN 50 | | MH | INORGANIC SILTS, MICACEOUS OR DIATOMACEOUS FINE SAND OR SILTY SOILS |
| | | | | CH | INORGANIC CLAYS OF HIGH PLASTICITY |
| | | | | OH | ORGANIC CLAYS OF MEDIUM TO HIGH PLASTICITY, ORGANIC SILTS |
| HIGHLY ORGANIC SOILS | | | | PT | PEAT, HUMUS, SWAMP SOILS WITH HIGH ORGANIC CONTENTS |



**psi**

Professional Service Industries, Inc.
665 Tollgate Road, Unit H
Elgin, Illinois 60123
Telephone: 847-931-7110
Fax: 847-931-7125

# LOG OF BORING B-1

Sheet 1 of 1

| | |
|---|---|
| PSI Job No.: | 042-55077 |
| Project: | Lot 2 Oakhurst Drive |
| Location: | Oakhurst Drive to south of New York St. Aurora, Illinois |
| Client: | Partners in Development |

| | |
|---|---|
| Drilling Method: | 2.25" Hollow Stem Augers |
| Sampling Method: | Split-Spoon Sampling |
| Hammer Type: | Hydraulic |
| Drill Rig Type: | Mobil Drill |
| Backfill Method | Auger Cuttings |

## WATER LEVELS

| | | |
|---|---|---|
| ▽ During Drilling | | ft |
| ▼ At Completion | | ft |
| ▼ After 24 Hours | | ft |

| Elevation, (feet) | Depth, (feet) | Graphic Log | Sample Type | Sample No. | Recovery (inches) | MATERIAL DESCRIPTION | USCS Classification | Hand Penetrometer Qp (tsf) | SPT Blows per 6-inch N-values | Moisture, % | STANDARD PENETRATION TEST DATA | Additional Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Surface Elev.:     ft   Existing Surface | | | | | | |
| | 0 | | | | | 10 inches of black clayey TOPSOIL | | | | | | |
| | | | | 1 | 14 | FILL: brown silty CLAY, trace sand and gravel | FILL | | 8/8/8 N=16 | 14 | | |
| | 5 | | | 2 | 14 | | FILL | | 4/5/6 N=11 | 14 | | |
| | | | | 3 | 14 | FILL: Dark gray to black silty CLAY, trace organics, sand and gravel | FILL | | 3/3/3 N=6 | 19 | | |
| | | | | 4 | 16 | Gray silty CLAY, trace sand gravel, stiff | CL | 1.5 | 3/5/6 N=11 | 18 | | |
| | 10 | | | | | | | | | | | |
| | 15 | | | 5 | 18 | Brown silty CLAY, trace sand and gravel, stiff | CL | 4.0 | 4/6/9 N=15 | 17 | | |
| | | | | | | Gray silty CLAY, trace sand gravel, stiff | | | | | | |
| | 20 | | | 6 | 18 | | CL | 2.0 | 4/6/7 N=13 | 16 | | |
| | | | | | | END OF BORING AT 20 FEET No groundwater was observed to collect during the drilling operations. | | | | | | |

| | |
|---|---|
| Completion Depth: | 20.0 ft |
| Date Boring Started: | 12/13/05 |
| Driller: | MS |
| Assistant Driller: | JU |
| Logged By: | SB |

Sample Types:
- Auger Cutting
- Split-Spoon
- Rock Core
- Shelby Tube
- Hand Auger

Remarks:

The stratification lines represen: approximate boundaries   The transition may be gradual.

C01149

**psi**

Professional Service Industries, Inc.
665 Tollgate Road, Unit H
Elgin, Illinois 60123
Telephone: 847-931-7110
Fax: 847-931-7125

## LOG OF BORING B-2

Sheet 1 of 1

| | |
|---|---|
| PSI Job No.: | 042-55077 |
| Project: | Lot 2 Oakhurst Drive |
| Location: | Oakhurst Drive to south of New York St. Aurora, Illinois |
| Client: | Partners in Development |

| | |
|---|---|
| Drilling Method: | 2.25" Hollow Stem Augers |
| Sampling Method: | Split-Spoon Sampling |
| Hammer Type: | Hydraulic |
| Drill Rig Type: | Mobil Drill |
| Backfill Method | Auger Cuttings |

**WATER LEVELS**

| | |
|---|---|
| ▽ During Drilling | ft |
| ▼ At Completion | ft |
| ▽ After 24 Hours | ft |

### MATERIAL DESCRIPTION

Surface Elev.: ___ ft  Existing Surface

| Depth (feet) | Sample No. | Recovery (inches) | Material Description | USCS Classification | Hand Penetrometer Qp (tsf) | SPT Blows per 6-inch N-values | Moisture, % |
|---|---|---|---|---|---|---|---|
| 0 | | | 6 inches of black clayey TOPSOIL | | | | |
| | 1 | 16 | FILL: black to gray silty CLAY, trace sand and gravel | FILL | | 10/10/11 N=21 | 14 |
| 5 | 2 | 16 | FILL: Dark brown silty CLAY, trace sand and gravel | FILL | | 6/8/9 N=17 | 18 |
| | 3 | 8 | Brown silty CLAY, trace sand and gravel, stiff to very stiff | CL | 3.0 | 6/7/9 N=16 | 16 |
| 10 | 4 | 18 | | CL | 4.5 | 7/10/12 N=22 | 17 |
| 15 | 5 | 18 | Gray silty CLAY, trace sand gravel, stiff to very stiff | CL | 4.5 | 9/10/11 N=21 | 16 |
| 20 | 6 | 18 | | CL | 4.5 | 9/9/10 N=19 | 16 |

END OF BORING AT 20 FEET
No groundwater was observed to collect during the drilling operations.

STANDARD PENETRATION TEST DATA
N in blows/ft ⊚
× Moisture   ▢ PL   ◆ LL
STRENGTH, tsf
▲ Qu   ✳ Qp

Additional Remarks

| | | |
|---|---|---|
| Completion Depth: | 20.0 ft | |
| Date Boring Started: | 12/13/05 | |
| Driller: | MS | |
| Assistant Driller: | JU | |
| Logged By: | SB | |

Sample Types:
Auger Cutting   Shelby Tube
Split-Spoon   Hand Auger
Rock Core

Remarks:

The stratification lines represent approximate boundaries. The transition may be gradual.



**Professional Service Industries, Inc.**
665 Tollgate Road, Unit H
Elgin, Illinois 60123
Telephone: 847-931-7110
Fax: 847-931-7125

## LOG OF BORING B-3

Sheet 1 of 1

| | |
|---|---|
| PSI Job No.: | 042-55077 |
| Project: | Lot 2 Oakhurst Drive |
| Location: | Oakhurst Drive to south of New York St. Aurora, Illinois |
| Client: | Partners in Development |

| | |
|---|---|
| Drilling Method: | 2.25" Hollow Stem Augers |
| Sampling Method: | Split-Spoon Sampling |
| Hammer Type: | Hydraulic |
| Drill Rig Type: | Mobil Drill |
| Backfill Method | Auger Cuttings |

**WATER LEVELS**
▽ During Drilling ____ ft
▼ At Completion ____ ft
▽ After 24 Hours ____ ft

Surface Elev.: ____ ft   Existing Surface

| Depth (feet) | Sample No. | Recovery (inches) | Material Description | USCS Classification | Hand Penetrometer Qp (tsf) | SPT Blows per 6-inch N-values | Moisture % |
|---|---|---|---|---|---|---|---|
| 0 | | | 6 inches of black clayey TOPSOIL | | | | |
| | 1 | 16 | FILL: brown to black silty CLAY, trace wood, sand, and gravel | FILL | | 5/6/8 N=14 | 15 |
| 5 | 2 | 14 | Brown silty CLAY, trace sand and gravel, stiff to very stiff | CL | 4.5 | 5/8/8 N=16 | 15 |
| | 3 | 16 | | CL | 4.5 | 10/12/12 N=24 | 16 |
| 10 | 4 | 16 | | CL | 4.5 | 5/6/8 N=14 | 16 |
| 15 | 5 | 16 | Gray silty CLAY, trace sand gravel, stiff to very stiff | CL | 2.0 | 10/10/10 N=20 | 17 |
| 20 | 6 | 18 | | CL | 2.5 | 7/12/17 N=29 | 18 |
| | | | END OF BORING AT 20 FEET No groundwater was observed to collect during the drilling operations. | | | | |

STANDARD PENETRATION TEST DATA
N in blows/ft ⊙
× Moisture   □ PL   ◆ LL
0 ____ 25 ____ 50

STRENGTH, tsf
▲ Qu   ✳ Qp
0.0 ____ 2.0 ____ 4.0

Additional Remarks

| | |
|---|---|
| Completion Depth: | 20.0 ft |
| Date Boring Started: | 12/13/05 |
| Driller: | MS |
| Assistant Driller: | JU |
| Logged By: | SB |

**Sample Types:**
▯ Auger Cutting   ▮ Shelby Tube
▯ Split-Spoon   ◗ Hand Auger
▯ Rock Core

**Remarks:**

The stratification lines represent approximate boundaries. The transition may be gradual.

001151

**psi**

Professional Service Industries, Inc.
665 Tollgate Road, Unit H
Elgin, Illinois 60123
Telephone: 847-931-7110
Fax: 847-931-7125

# LOG OF BORING  B-4

Sheet 1 of 1

| | |
|---|---|
| PSI Job No.: | 042-55077 |
| Project: | Lot 2 Oakhurst Drive |
| Location: | Oakhurst Drive to south of New York St. |
| | Aurora, Illinois |
| Client: | Partners in Development |

| | |
|---|---|
| Drilling Method: | 2.25" Hollow Stem Augers |
| Sampling Method: | Split-Spoon Sampling |
| Hammer Type: | Hydraulic |
| Drill Rig Type: | Mobil Drill |
| Backfill Method | Auger Cuttings |

## WATER LEVELS

| | | |
|---|---|---|
| ▽ During Drilling | 19.5 | ft |
| ▼ At Completion | | ft |
| ▽ After 24 Hours | | ft |

| Depth, (feet) | Graphic Log | Sample Type | Sample No. | Recovery (inches) | MATERIAL DESCRIPTION<br>Surface Elev.:      ft   Existing Surface | USCS Classification | Hand Penetrometer Qp (tsf) | SPT Blows per 6-inch<br>N-values | Moisture, % | STANDARD PENETRATION TEST DATA | Additional Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | | | | | 6 inches of black clayey TOPSOIL | | | | | | |
| | | | 1 | 16 | FILL: brown to black silty CLAY, trace sand, and gravel | FILL | | 11/14/11<br>N=25 | 15 | ×      ⊙ | |
| 5 | | | 2 | 18 | Brown silty CLAY, trace sand and gravel, stiff to very stiff | CL | 4.5 | 6/8/9<br>N=17 | 16 | ×  ⊙      ≫× | |
| | | | 3 | 18 | | CL | 4.5 | 8/11/13<br>N=24 | 17 | ×  ⊙      ≫× | |
| 10 | | | 4 | 18 | | CL | 4.5 | 8/12/14<br>N=26 | 17 | ×  ⊙      ≫× | |
| 15 | | | 5 | 3 | Gray silty CLAY, trace sand gravel, medium stiff to stiff | CL | | 8/7/7<br>N=14 | 16 | ⊙× | |
| 20 | | | 6 | 16 ▽ | | CL | 2.0 | 4/4/5<br>N=9 | 17 | ⊙    ×    × | |
| | | | | | END OF BORING AT 20 FEET | | | | | | |

| | |
|---|---|
| Completion Depth: | 20.0 ft |
| Date Boring Started: | 12/13/05 |
| Driller: | MS |
| Assistant Driller: | JU |
| Logged By: | SB |

Sample Types:

Auger Cutting    Shelby Tube
Split-Spoon    Hand Auger
Rock Core

Remarks:

The stratification lines represent approximate boundaries.  The transition may be gradual.

**psi**

Professional Service Industries, Inc.
665 Tollgate Road, Unit H
Elgin, Illinois 60123
Telephone: 847-931-7110
Fax:  847-931-7125

# LOG OF BORING  B-5

Sheet  1  of  1

| | |
|---|---|
| PSI Job No.: | 042-55077 |
| Project: | Lot 2 Oakhurst Drive |
| Location: | Oakhurst Drive to south of New York St. |
| | Aurora, Illinois |
| Client: | Partners in Development |

| | |
|---|---|
| Drilling Method: | 2.25" Hollow Stem Augers |
| Sampling Method: | Split-Spoon Sampling |
| Hammer Type: | Hydraulic |
| Drill Rig Type: | Mobil Drill |
| Backfill Method | Auger Cuttings |

**WATER LEVELS**

| | |
|---|---|
| ▽ During Drilling | ft |
| ▼ At Completion | ft |
| ▼ After 24 Hours | ft |

| Depth, (feet) | Graphic Log | Sample Type | Sample No. | Recovery (Inches) | MATERIAL DESCRIPTION | USCS Classification | Hand Penetromater Qp (tsf) | SPT Blows per 6-inch N-values | Moisture, % | STANDARD PENETRATION TEST DATA / STRENGTH | Additional Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | | | | | Surface Elev.: ___ ft   Existing Surface | | | | | | |
| | | | | | 8 inches of black clayey TOPSOIL | | | | | | |
| | | | 1 | 16 | FILL: brown to black silty CLAY, trace wood, sand, and gravel | FILL | | 8/9/15 N=24 | 16 | X ⊙ | |
| 5 | | | 2 | 16 | | FILL | | 5/6/6 N=12 | 16 | ⊙X | |
| | | | 3 | 16 | Brown silty CLAY, trace sand and gravel, stiff to very stiff | CL | 2.5 | 4/7/7 N=14 | 17 | ⊙X  ✳ | |
| 10 | | | 4 | 18 | | CL | 4.5 | 8/11/12 N=23 | 18 | X ⊙   >>✳ | |
| 15 | | | 5 | 18 | Gray silty CLAY, trace sand gravel, stiff to very stiff | CL | 4.5 | 11/12/14 N=26 | 16 | X  ⊙   >>✳ | |
| | | | | 3 | END OF BORING AT 19 FEET DUE TO BOULDER REFUSAL No groundwater was observed to collect during the drilling operations. | CL | 1.5 | | 18 | ✳ | |
| 20 | | | | | | | | | | | |

| | |
|---|---|
| Completion Depth: | 20.0 ft |
| Date Boring Started: | 12/13/05 |
| Driller: | MS |
| Assistant Driller: | JU |
| Logged By: | SB |

**Sample Types:**
Auger Cutting   Shelby Tube
Split-Spoon   Hand Auger
Rock Core

**Remarks:**

The stratification lines represent approximate boundaries.  The transition may be gradual.

C01153

**psi**

Professional Service Industries, Inc.
665 Tollgate Road, Unit H
Elgin, Illinois 60123
Telephone: 847-931-7110
Fax:  847-931-7125

# LOG OF BORING  B-6

Sheet 1 of 1

| | |
|---|---|
| PSI Job No.: | 042-55077 |
| Project: | Lot 2 Oakhurst Drive |
| Location: | Oakhurst Drive to south of New York St. |
| | Aurora, Illinois |
| Client: | Partners in Development |

| | |
|---|---|
| Drilling Method: | 2.25" Hollow Stem Augers |
| Sampling Method: | Split-Spoon Sampling |
| Hammer Type: | Hydraulic |
| Drill Rig Type: | Mobil Drill |
| Backfill Method | Auger Cuttings |

**WATER LEVELS**

| | | |
|---|---|---|
| ∇ During Drilling | | ft |
| ∇ At Completion | | ft |
| ∇ After 24 Hours | | ft |

| Elevation, (feet) | Depth, (feet) | Graphic Log | Sample Type | Sample No. | Recovery (Inches) | MATERIAL DESCRIPTION | USCS Classification | Hand Penetrometer Qp (tsf) | SPT Blows per 6-Inch N-values | Moisture, % | STANDARD PENETRATION TEST DATA | Additional Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | | | | | Surface Elev.:     ft    Existing Surface | | | | | | |
| | | | | | | 12 inches of black clayey TOPSOIL | | | | | | |
| | | | | 1 | 14 | FILL: brown to black silty CLAY, trace sand and gravel | FILL | | 8/12/14 N=26 | 16 | | |
| | 5 | | | 2 | 16 | | FILL | | 5/6/6 N=12 | 17 | | |
| | | | | 3 | 18 | Brown silty CLAY, trace sand and gravel, stiff to very stiff | CL | 4.0 | 4/5/7 N=12 | 18 | | |
| | 10 | | | 4 | 18 | | CL | 4.5 | 6/9/11 N=20 | 16 | | |
| | 15 | | | 5 | 18 | | CL | 4.5 | 7/11/12 N=23 | 16 | | |
| | 20 | | | 6 | 18 | | CL | 4.5 | 5/11/12 N=23 | 17 | | |
| | | | | | | END OF BORING AT 20 FEET No groundwater was observed to collect during the drilling operations. | | | | | | |

| | | |
|---|---|---|
| Completion Depth: | 20.0 ft | |
| Date Boring Started: | 12/13/05 | |
| Driller: | MS | |
| Assistant Driller: | JU | |
| Logged By: | SB | |

Sample Types:

Auger Cutting      ■ Shelby Tube
Split-Spoon        ⊙ Hand Auger
Rock Core

Remarks:

The stratification lines represent approximate boundaries.  The transition may be gradual.

C 0 1 1 5 4

## OVEREXCAVATION AND BACKFILL PROCEDURE



Where unsuitable bearing material is encountered below design footing level, overexcavate as shown above.

Unless otherwise noted in report, minimum depth $D = W$ for continuous footings and minimum depth $D = \frac{1}{2}W$ for isolated footings.

Place fill below footing level in 9 inch loose lifts. See report for type of fill and degree of compaction.



Environmental
Geotechnical
Construction
Consulting • Engineering • Testing



# City of Aurora

Engineering Division • 44 E. Downer Place • Aurora, Illinois 60507-2067 • (630) 844-3620
FAX (630) 892-0322

Kenneth Schroth, P.E.
Director of Public Works
City Engineer

**06.-3529.  C-BU**

**240 N OAKHURST DR**
GEMINI OFFICE
GEMINI OFFICE DEVELOPMENT

January 10, 2007

Thomas W. Lehman, PE
Partners In Development
6301 South Cass Avenue, Suite 301
Westmont, IL 60559

Re:     Project #06.390
        Gemini Outpatient Facility
        240 N. Oakhurst

Dear Mr. Lehman,

Enclosed please find two (2) sets of approved plans for the above referenced project. In addition, the following are required:

1.  All contractors working in the public Right of Way must be licensed and bonded with the City of Aurora Engineering Department.
2.  Earthwork, underground and paving contractors **must** notify our field inspector, Jim Chambers (630-373-2831), a minimum of **72 hours** prior to starting. Earthwork contractors **must** notify our erosion control inspector, Kane-DuPage Soil and Water Conservation District (630-584-7961), a minimum of **72 hours** prior to starting.
3.  **If an IEPA permit is required**, construction may not begin on sanitary sewers and watermains until an IEPA permit to construct has been obtained.
4.  Mud, dirt, gravel and debris will not be tolerated on any streets. An all-weather, stabilized construction entrance will be installed and maintained regularly.
5.  All streetlight cables (existing or proposed) that cross-driveways and sidewalks must be placed in 2" galvanized steel conduit. Splices are not allowed for cable repairs.
6.  Be advised that building permits will not be issued until all requirements of the City of Aurora Code of Ordinances Chapter 43 Article I Section 43-12 have been met.

printed on recycled paper

C01156

7. Be advised that record drawings (as-builts) and the granting of all necessary easements are **required** as a condition of receiving an occupancy permit. A punch list will be created, based on a review of the as-builts and field inspection, and submitted to the engineer for repairs. When all items have been repaired and approved by the inspector and all required submittals have been made, an occupancy permit will be agreed to by the Engineering Dept.

**Please be sure the above information is supplied to the contractors on site.**

**Please be advised that the Construction Group within the Engineering Division will be involved in this project from the this point forward. Please contact either our field representative listed above or Dan Goewey in the Engineering Division (844-3620) for all construction related items.**

Sincerely,

John H. Spoelma
CITY OF AURORA
Department of Public Works
Engineering Division

cc:
Ken Schroth, City of Aurora Public Works Department
Steve Andras, City of Aurora Engineering Division
Dan Feltman, City of Aurora Engineering Division
Dan Goewey, City of Aurora Engineering Division
Ray Hull, City of Aurora Water and Sewer Maintenance w/Approved Plans
Dave Schumacher, City of Aurora Water Production Division w/Approved Plans
Jim Chambers, CMT w/Approved Plans
Herman Beneke, City of Aurora Building and Permits
Jonas V. Vaznelis, Morris Engineering, Inc.

C01157

Date Recvd: 8/16/2006

**DUPAGE COUNTY**

App Number  A064133



Division of Transportation
421 North County Farm Road
Wheaton, Illinois 60187
630-682-7238

Permit Number L060099

```
Transportation Impact Fee Permit
```

GEMINI OFFICE DEVEL LLC
1 S WACKER DR
CHICAGO, IL  60606

FAX:

DEVELOPMENT:     In Block:

SUBDIVISION: PDA

IMPACT FEE SITE ADDRESS  240 N OAKHURST DR - LOT 2          AURORA

| TAX_PARCEL_NUMBER | | | |
|---|---|---|---|
| 07-20-302-081 | | Fee Type:     CO Medical | 20,200 Sq Ft |
| | | Fee Type OTHER: | |
| Land Use Category:  C | | | |
| 20.200  Units at:     $2,210.00 | | Assessment:          $44,642.00 | |
| | | FEE AGREE 93-01          $44,642.00 | |

## Total Adjusted Fee Due :     $ 0.00

**06.-3529.  C-BU**

**240 N OAKHURST DR**
GEMINI OFFICE
GEMINI OFFICE DEVELOPMENT

Check # _N/A_

Signature: _____          Date: _11/16/06_

001:58



# Fox Metro
## Water Reclamation District

682 State Route 31 • Oswego, Illinois 60543-8500
FAX (630) 892-4394
**Engineering Inquiries (630) 301-6882**
**Inspections (630) 301-6811**

R.H. Locke, President
J.K. Detzler, Vice President
J.S. Sotir, Secretary & Clerk
M.C. Funkey, Treasurer
A.E. Heriaud, Trustee
T.F. Muth, District Manager
D.C. Ingemunson, Attorney
G.V. Griffin, Engineer

**06.-3529. C-BU**

240 N OAKHURST DR
GEMINI OFFICE
GEMINI OFFICE DEVELOPMENT

**FMWRD Permit #** __06-4045__ **Date** __10/10/2006__

ISSUED : 11-13-06

**Building Permit #** _06.3529_ **Date** _____

**Name** _____ **Gemini Outpatient Facility**

**Address** _____ **240 N. Oakhurst Dr.**

**Subdivision** _____ **PDA Resub.**

**Unit** ____ **Block** ____ **Bldg** ____ **Lot** __2__

**Fee** __$49,500.00__ **Engineering** _____

C01159

```
                    ****************************
                ***    MULTI TX/RX REPORT    ***
                    ****************************

    JOB NO.         4470
    PGS.            2
.   TX/RX INCOMPLETE  -----
    TRANSACTION OK  ( 1)  13126345525
                    ( 2)  13126647558
                    ( 3)  13127078552

    ERROR           -----
```

*(handwritten, circled)* 12/18/06

*(handwritten)* 12/12/06

# City of Aurora

Division of Building and Permits • 65 Water Street • Aurora, Illinois 60505-3305 • (630) 892-8088
FAX (630) 892-8112

☐ Owner   ☐ Tenant   ☒ Architect / Engineer                    ☐ Contractor

*Gemini Office Dr. Jargent Halstead*      *Krahl Const.*
*Attn: Dainius Petronis*                 *Attn: Scott Mouzez*

☐ Fax # *(312) 634-5525*   ☐ Fax # *312) 664 7558*   ☐ Fax # *(312) 707-8557*

Dear Building Permit Applicant:

Attached please find a plan review corrections report for your application. The date of the corrections report is indicated in the upper left hand corner of the report. Your application number and job address is indicated within the first pair of dashed lines at the top of the page. All correspondence with the City should reference this application number. The subsequent pairs of dashed lines contain an agency name, date, action, and action by. The corrections / comments from that inspector / agency follow below the dashed lines.

O       This is a partial corrections report. Any of the following agencies / inspectors indicated as Pending Approval have not yet completed their reviews of your submittal. Completion of these reviews may add items to the next corrections report. Other agencies indicated as pending are outside submittals you must make independent of the submittal we are in receipt of.

| | | |
|---|---|---|
| ☐ Zoning Administration | ☐ Plumbing | ☐ Fire Prevention Bureau |
| ☐ Plan Examiner | ☐ Mechanical | ☐ Engineering Address Issuance |
| ☐ Building | ☐ Electric | ☐ Water Administration |

O       This is a complete initial review corrections report. These are the remaining items that need to be addressed. All of our agencies / inspectors have accomplished their initial review of your initial submittal.

☒       *Additional item #2 to Fax sent yesterday*          C01160

This is a re-submittal corrections report. These are the remaining items that still need to be addressed. Any



*12/18/06*

*12/12/06*



# City of Aurora

Division of Building and Permits  •  65 Water Street  •  Aurora, Illinois 60505-3305  •  (630) 892-8088

FAX (630) 892-8112

☐ Owner    ☐ Tenant    ☒ Architect / Engineer          ☐ Contractor

*Gemini Office Dr. Jansen + Halstead*      *Krahl Const.*

*Attn: Dainius Petonis*      *Attn: Scott Mousos*

_____      _____      _____

☐ Fax # *(312) 634-5525*    ☐ Fax # *(312) 604 7598*    ☐ Fax # *(312) 707-8552*

Dear Building Permit Applicant:

Attached please find a plan review corrections report for your application.  The date of the corrections report is indicated in the upper left hand corner of the report.  Your application number and job address is indicated within the first pair of dashed lines at the top of the page.  All correspondence with the City should reference this application number. The subsequent pairs of dashed lines contain an agency name, date, action, and action by.  The corrections / comments from that inspector / agency follow below the dashed lines.

O     This is a partial corrections report.  Any of the following agencies / inspectors indicated as Pending Approval have not yet completed their reviews of your submittal.  Completion of these reviews may add items to the next corrections report.  Other agencies indicated as pending are outside submittals you must make independent of the submittal we are in receipt of.

| | | |
|---|---|---|
| ☐ Zoning Administration | ☐ Plumbing | ☐ Fire Prevention Bureau |
| ☐ Plan Examiner | ☐ Mechanical | ☐ Engineering Address Issuance |
| ☐ Building | ☐ Electric | ☐ Water Administration |

O     This is a complete initial review corrections report.  These are the remaining items that need to be addressed.  All of our agencies / inspectors have accomplished their initial review of your initial submittal.

*Additional item #2 to Fax sent yesterday*

☒     This is a re-submittal corrections report.  These are the remaining items that still need to be addressed.  Any corrections report items that haven't changed from previous correction reports represent items, which have not been satisfactorily addressed to date.

*New Comments.  12·18·06*

When responding to the attached comments, please restate the comment and follow with your response. This will expedite your re-review.  Any drawing revisions must be **CLOUDED & TAGGED** as a revision.  Approximate re-review for drawings is five (5) working days.  If you have questions about your submittal please feel free to call.

Respectfully,  *Christi Schell      12/12/06      630-906-4050*

*New Comments - 12·18·06*      _____ Pages follow

C01161

```
DATE: 12/18/06          PLAN REVIEW CORRECTIONS REPORT          PAGE    1
                                CITY OF AURORA
                        BUILDING & PERMITS
                        65 WATER ST
                        AURORA              IL 60505


------------------------------------------------------------------------
APPLICATION NBR  . . :   06-00003529
ADDRESS  . . . . . . :   240 N OAKHURST DR
APPLICATION DATE  . . :   7/27/06
APPLICATION TYPE . . :   COM - BUSINESS OFFICES
------------------------------------------------------------------------
OWNER  . . . . . . . :   GEMINI OFFICE DEVELOPMENT
                         ONE SOUTH WACHER DR #800
                         CHICAGO             IL 60606

CONTRACTOR . . . . . :   KRAHL CONSTRUCTION
                         322 S GREEN ST
                         CHICAGO             IL 60607
------------------------------------------------------------------------
AGENCY NAME:  PLAN EXAMINER
  DATE   ACTION                    ACTION BY
------------------------------------------------------------------------
12/14/06 REVIEW PENDING            BURDEN, SHARON

12/18/06 DRAWING REVISIONS REQ'D   SCHOLL, CHRISTINE
         1)  See comments issued 12/05/06 for request for precast
         drawings.
         2)  Clarification of grading at entrances/exits is required.
```

C01162

RANDY: YOU INHERITED THIS
ONE FROM DICK, PLEASE
REVIEW THIS COMMENT & LOG IT

DAN

**BUILDING- Johnson, Doug**

Waiting Room 202 needs proper second exit. Need to verify hardware for front double leaf doors (no flush bolts).

> *Response: Door from Passage 252 to Passage 262 will be the second exit from Waiting Room 202. See Sheet A3.0, Revision No. 2, dated 11/21/06 and hardware set 18 for front double leaf doors, Revision No. 2, dated 11/21/06. Copy is attached.*

**ELECTRIC- Dolan, Richard**

Only one service is permitted per building unless it meets one of three exceptions. Also needs Contractor.

> *Response: In addition to the regular electrical service, we have shown a rate 6, Rider 25 electrical service for the electric heating in the building. Commonwealth Edison confirmed that the electric heat rate is still available.*

**MECHANICAL- Rithaler, Don**

Registered Contractor required.

> *Response: The general contractor will provide documentation in accordance with this requirement.*

**PLUMBING- Ray, Al**

DRAWING REVISIONS REQUIRED.
PROVIDE THE NAME AND LICENSE NUMBER OF THE PLUMBING CONTRACTOR and provide a Letter of Intent on company letterhead with the license holders signature, a corporate seal (if incorporated) or notarized (if not incorporated) for all permit applications per the State of Illinois Public Act 094-0132 and the letter shall include a property address and the permit number. A vac. Relief valve is required on a water heater when it is mounted above the fixtures or is bottom fed. If there are

PLAN REVIEW CORRECTIONS REPORT              PAGE    4
                            CITY OF AURORA
                         BUILDING & PERMITS
                         65 WATER ST
                         AURORA                   IL 60505

---

APPLICATION NBR  . . :    06-00003529

---

AGENCY NAME:  ZONING
   DATE   ACTION                       ACTION BY

---

7/27/06 REVIEW PENDING              PRIEBE, NANCY

8/03/06 ON HOLD FOR RESUBMITTAL    CONNOLLY, DAVID
        Held pending final plan approval from P & D Committee.

---

AGENCY NAME:  BUILDING
   DATE   ACTION                       ACTION BY

---

7/27/06 REVIEW PENDING              PRIEBE, NANCY

8/01/06 ON HOLD FOR RESUBMITTAL    JOHNSON, DOUG
        Waiting room 202 needs proper second exit. Need to verify
          hardware for front double leaf doors (no flush bolts).

---

AGENCY NAME:  ELECTRIC
   DATE   ACTION                       ACTION BY

---

7/27/06 REVIEW PENDING              PRIEBE, NANCY

7/28/06 ON HOLD FOR RESUBMITTAL    DOLAN, RICHARD
        Only one service is permitted per bldg. unless it meets one
        of three exceptions. Also needs contractor.

---

AGENCY NAME:  MECHANICAL
   DATE   ACTION                       ACTION BY

---

7/27/06 REVIEW PENDING              PRIEBE, NANCY

7/28/06 REGISTERED CONTRACTOR REQ RITHALER, RON

---

AGENCY NAME:  PLUMBING
   DATE   ACTION                       ACTION BY

---

7/27/06 REVIEW PENDING              PRIEBE, NANCY

8/04/06 DRAWING REVISIONS REQ'D    RAY, AL
        PROVIDE THE NAME AND LICENSE NUMBER OF THE PLUMBING
          CONTRACTOR and provide a Letter of Intent on company
          letterhead with the license holders signature, a
          corporate seal (if incorporated) or notarized (if not
          incorporated) for all permit applications per the State
          of Illinois Public Act 094-0132 and the letter shall

12/12/06

# City of Aurora

Division of Building and Permits • 65 Water Street • Aurora, Illinois 60505-3305 • (630) 892-8088
FAX (630) 892-8112

☐ Owner    ☐ Tenant    ☒ Architect / Engineer    ☐ Contractor

Gemini Office Dr. Jensen+Halstead          Krahl Const.
Attn: Dainius Petronis                     Attn: Scott Mouser

☐ Fax # (312) 634-5525    ☐ Fax # (312) 604 7558    ☐ Fax # (312) 707-8997

Dear Building Permit Applicant:

Attached please find a plan review corrections report for your application.   The date of the corrections report is indicated in
the upper left hand corner of the report.   Your application number and job address is indicated within the first pair of dashed
lines at the top of the page.   All correspondence with the City should reference this application number. The subsequent pairs
of dashed lines contain an agency name, date, action, and action by.   The corrections / comments from that inspector / agency
follow below the dashed lines.

O    This is a partial corrections report.   Any of the following agencies / inspectors indicated as Pending Approval have
     not yet completed their reviews of your submittal.   Completion of these reviews may add items to the next
     corrections report.   Other agencies indicated as pending are outside submittals you must make independent of the
     submittal we are in receipt of.
          ☐ Zoning Administration     ☐ Plumbing       ☐ Fire Prevention Bureau
          ☐ Plan Examiner             ☐ Mechanical     ☐ Engineering Address Issuance
          ☐ Building                  ☐ Electric       ☐ Water Administration

O    This is a complete initial review corrections report.   These are the remaining items that need to be addressed.   All of
     our agencies / inspectors have accomplished their initial review of your initial submittal.

     Additional item # 2   to Fax sent yesterday
☒    This is a re-submittal corrections report.   These are the remaining items that still need to be addressed.   Any
     corrections report items that haven't changed from previous correction reports represent items, which have not been
     satisfactorily addressed to date.

When responding to the attached comments, please restate the comment and follow with your response. This will expedite
your re-review.   Any drawing revisions must be **CLOUDED & TAGGED** as a revision. Approximate re-review for
drawings is five (5) working days.   If you have questions about your submittal please feel free to call.

Respectfully,

Christi Sahl   12/12/06   630-906-4050

_____    Pages follow

C02165

```
DATE: 12/12/06              PLAN REVIEW CORRECTIONS REPORT          PAGE    1
                                    CITY OF AURORA
                               BUILDING & PERMITS
                               65 WATER ST
                               AURORA             IL 60505

----------------------------------------------------------------------------
APPLICATION NBR  . . :     06-00003529
ADDRESS  . . . . . . :     240 N OAKHURST DR
APPLICATION DATE   . :      7/27/06
APPLICATION TYPE . . :     COM - BUSINESS OFFICES
----------------------------------------------------------------------------
OWNER  . . . . . . . :     GEMINI OFFICE DEVELOPMENT
                           ONE SOUTH WACHER DR #800
                           CHICAGO             IL 60606

CONTRACTOR . . . . . :     KRAHL CONSTRUCTION
                           322 S GREEN ST
                           CHICAGO             IL 60607

----------------------------------------------------------------------------
AGENCY NAME:  PLAN EXAMINER
   DATE   ACTION                        ACTION BY
----------------------------------------------------------------------------
12/07/06 REVIEW PENDING                 PRIEBE, NANCY

12/11/06 DRAWING REVISIONS REQ'D   SCHOLL, CHRISTINE
         See Comments issued 12/05/06.
         2)  Provide level floor surfaces or landings on each side of
         man doors and provide a maximum 1/2" high threshhold in
         compliance with IBC Section 1003.3.1.4 and the Illinois
         Accessibility Code.  Please note that this condition needs
         to be provided at all exit doors.  Grades shown on the
         civil engineering drawings indicate that this is not
         provided at southwest door G36/M3 and may not be provided
         at northeast door G36/M3.  Please correct the civil plans
         to show conformance to this requirement.
```

12/11/2006 MON 14:08   FAX 630 892 8112      COA BLDGS\FIRE PREV.      ✉️001

```
    *********************
    ***   TX REPORT   ***
    *********************

    TRANSMISSION OK

    JOB NO.            4386
    DESTINATION ADDRESS 13126647558
    PSWD/SUBADDRESS
    DESTINATION ID
    ST. TIME          12/11 14:06
    USAGE T           01'40
    PGS.              11
    RESULT            OK
```

*Christi Schott*
*12·11·06*
*12-5-06*



# City of Aurora

Division of Building and Permits • 65 Water Street • Aurora, Illinois 60505-3305 • (630) 892-8088
FAX (630) 892-8112

Daniel F. Seggebruch, AIA
    Plan Examiner

| ☐ Owner   ☑ Tenant | ☑ Architect / Engineer | ☑ Contractor |
|---|---|---|
| GEMINI OFFICE DEVELOP. | JENSEN & HALSTEAD | KRAHL CONSTRUCTION |
| ATT: DAINIUS PETRONIS | ATT: DAVID DASTUR | ATT: SCOTT MOUSEL |
| ☑ Fax # (312) 634 . 5525 | ☑ Fax # (312) 664 . 7558 | ☑ Fax # (312) 707 . 8552 |

Dear Building Permit Applicant:

Attached please find a plan review corrections report for your application. The date of the corrections report is indicated in the upper left hand corner of the report. Your application number and job address is indicated within the first pair of dashed lines at the top of the page. All correspondence with the City should reference this application number. The subsequent pairs of dashed lines contain an agency name, date, action, and action by. The corrections / comments from that inspector / agency follow below the dashed lines.

☐      This is a partial corrections report. Any of the following agencies / inspectors indicated as Pending Approval have not yet completed their reviews of your submittal. Completion of these reviews may add items to the next corrections report. Other agencies indicated as pending are outside submittals you must make independent of the submittal we are in receipt of.

      ☐ Zoning Administration      ☐ Plumbing        ☐ Fire Prevention Bureau
      ☐ Plan Examiner          ☐ Mechanical     ☐ Engineering Address Issuance
      ☐ Building             ☐ Electric       ☐ Water Administration

*Please note: requirements for full building*

☐      This is a complete initial review corrections report. These are the remaining items that need to be addressed. All of our agencies / inspectors have accomplished their initial review of your initial submittal

01167

12/12/2006 TUE 09:22  FAX 630 892 8112      COA BLDGS\FIRE PREV.                    ☑001

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************

        TRANSMISSION OK

        JOB NO.             4396
        DESTINATION ADDRESS 13127078552
        PSWD/SUBADDRESS
        DESTINATION ID
        ST. TIME            12/12 09:21
        USAGE T             00'27
        PGS.                   2
        RESULT              OK
```



12/12/06

# City of Aurora

Division of Building and Permits  •  65 Water Street  •  Aurora, Illinois 60505-3305  •  (630) 892-8088
FAX (630) 892-8112

☐ Owner      ☐ Tenant      ☒ Architect / Engineer                ☐ Contractor

Gemini Office Dr. Sensent-Halstead      Krahl Const.

Atn: Dainius Petonis          Atn: Scott Mouzes

_____      _____      _____

☐ Fax # (312) 634-5525   ☐ Fax # 312) 664 7598   ☐ Fax # (312) 707-8957

Dear Building Permit Applicant:

Attached please find a plan review corrections report for your application.  The date of the corrections report is indicated in the upper left hand corner of the report.  Your application number and job address is indicated within the first pair of dashed lines at the top of the page.  All correspondence with the City should reference this application number. The subsequent pairs of dashed lines contain an agency name, date, action, and action by.  The corrections / comments from that inspector / agency follow below the dashed lines.

O      This is a partial corrections report.  Any of the following agencies / inspectors indicated as Pending Approval have not yet completed their reviews of your submittal.  Completion of these reviews may add items to the next corrections report.  Other agencies indicated as pending are outside submittals you must make independent of the submittal we are in receipt of.

- ☐ Zoning Administration    ☐ Plumbing        ☐ Fire Prevention Bureau
- ☐ Plan Examiner           ☐ Mechanical      ☐ Engineering Address Issuance
- ☐ Building                ☐ Electric        ☐ Water Administration

O      This is a complete initial review corrections report.  These are the remaining items that need to be addressed.  All of our agencies / inspectors have accomplished their initial review of your initial submittal.

C01768

12/12/2006 TUE 09:21  FAX 630 892 8112    COA BLDGS\FIRE PREV.    ☒001

```
                    ********************************
               ***    MULTI TX/RX REPORT    ***
                    ********************************

    JOB NO.      4395
    PGS.         2
    TX/RX INCOMPLETE   -----
    TRANSACTION OK   ( 1)  13126647558
                     ( 2)  13126345525
    ERROR            ( 3)  3127078552
```

*12/12/06*



# City of Aurora

Division of Building and Permits  •  65 Water Street  •  Aurora, Illinois 60505-3305  •  (630) 892-8088
FAX (630) 892-8112

☐ Owner   ☐ Tenant   ☒ Architect / Engineer      ☐ Contractor

*Gemini Office Dv. Jensent Halstead*    *Krahl Const.*
*Attn: Dainius Petonis*                 *Attn: Scott Mousos*

_____   _____

☐ Fax # *(312) 634-5525*   ☐ Fax # *(312) 664-7598*   ☐ Fax # *(312) 707-8557*

Dear Building Permit Applicant:

Attached please find a plan review corrections report for your application.  The date of the corrections report is indicated in the upper left hand corner of the report.  Your application number and job address is indicated within the first pair of dashed lines at the top of the page.  All correspondence with the City should reference this application number.  The subsequent pairs of dashed lines contain an agency name, date, action, and action by.  The corrections / comments from that inspector / agency follow below the dashed lines.

O     This is a partial corrections report.  Any of the following agencies / inspectors indicated as Pending Approval have not yet completed their reviews of your submittal.  Completion of these reviews may add items to the next corrections report.  Other agencies indicated as pending are outside submittals you must make independent of the submittal we are in receipt of.

    ☐ Zoning Administration   ☐ Plumbing   ☐ Fire Prevention Bureau
    ☐ Plan Examiner           ☐ Mechanical  ☐ Engineering Address Issuance
    ☐ Building                ☐ Electric    ☐ Water Administration

O     This is a complete initial review corrections report.  These are the remaining items that need to be addressed.  All of our agencies / inspectors have accomplished their initial review of your initial submittal.

*Additional item # 2 to Fax next yesterday*

☒     This is a re-submittal corrections report.  These are the remaining items that still need to be addressed.  Any corrections report items that haven't changed from previous correction reports represent items, which have not been satisfactorily addressed to date.

G01169

*Chris Schott*
*12·11·04*
*12·5·06*



# City of Aurora

Division of Building and Permits • 65 Water Street • Aurora, Illinois 60505-3305 • (630) 892-8088
FAX (630) 892-8112

Daniel F. Seggebruch, AIA
Plan Examiner

| ☐ Owner    ☒ Tenant | ☒ Architect / Engineer | ☒ Contractor |
|---|---|---|
| GEMINI OFFICE DEVELOP. | JENSEN & HALSTEAD | KRAHL CONSTRUCTION |
| ATT: DAINIUS PETRONIS | ATT: DAVID DISTER | ATT: SCOTT MOUSEL |
| ☒ Fax # (312) 634 - 5525 | ☒ Fax # (312) 664 - 7558 | ☒ Fax # (312) 707 - 8552 |

Dear Building Permit Applicant:

Attached please find a plan review corrections report for your application.   The date of the corrections report is indicated in the upper left hand corner of the report.  Your application number and job address is indicated within the first pair of dashed lines at the top of the page.  All correspondence with the City should reference this application number. The subsequent pairs of dashed lines contain an agency name, date, action, and action by.  The corrections / comments from that inspector / agency follow below the dashed lines.

☐   This is a partial corrections report.  Any of the following agencies / inspectors indicated as Pending Approval have not yet completed their reviews of your submittal.  Completion of these reviews may add items to the next corrections report.  Other agencies indicated as pending are outside submittals you must make independent of the submittal we are in receipt of.

☐ Zoning Administration ☐ Plumbing ☐ Fire Prevention Bureau
☐ Plan Examiner ☐ Mechanical ☐ Engineering Address Issuance
☐ Building ☐ Electric ☐ Water Administration

☐   *Please note: requirements for Full building plans*
This is a complete initial review corrections report.  These are the remaining items that need to be addressed.  All of our agencies / inspectors have accomplished their initial review of your initial submittal.

☒   This is a re-submittal corrections report.  These are the remaining items that still need to be addressed.  Any corrections report items that haven't changed from previous correction reports represent items, which have not been satisfactorily addressed to date.

ITEMS: 1) CONTRACTORS, 2) PRECAST DRAWINGS, 3) ZONING/ENG./WATER APPROVALS, 4) NEED (2) SETS 11·21·06 REVISIONS SIGNED & SEALED.

When responding to the attached comments, please restate the comment and follow with your response. This will expedite your re-review.  Any drawing revisions must be CLOUDED & TAGGED as a revision.  Approximate re-review for drawings is five (5) working days.  If you have questions about your submittal please feel free to call.

Respectfully,

*Daniel F. Seggebruch*        12/11/04        630-906-4050

*Christ Schott*                                9        Pages follow

printed on recycled paper

CC1170

```
DATE: 12/11/06            PLAN REVIEW CORRECTIONS REPORT          PAGE     1
                                 CITY OF AURORA
                           BUILDING & PERMITS
                           65 WATER ST
                           AURORA                 IL 60505
```

------------------------------------------------------------------------

```
APPLICATION NBR  . . :    06-00003529
ADDRESS  . . . . . . :    240 N OAKHURST DR
APPLICATION DATE  . :     7/27/06
APPLICATION TYPE . . :    COM - BUSINESS OFFICES
```

------------------------------------------------------------------------

```
OWNER  . . . . . . . :    GEMINI OFFICE DEVELOPMENT
                          ONE SOUTH WACHER DR #800
                          CHICAGO             IL 60606

CONTRACTOR . . . . . :    KRAHL CONSTRUCTION
                          322 S GREEN ST
                          CHICAGO             IL 60607
```

------------------------------------------------------------------------

```
AGENCY NAME:  PLAN EXAMINER
  DATE   ACTION                       ACTION BY
```

------------------------------------------------------------------------

7/27/06 REVIEW PENDING               PRIEBE, NANCY

9/07/06 ON HOLD FOR RESUBMITTAL    SEGGEBRUCH, DAN
        PROVIDE THE NAMES AND LICENSE #'S OF ALL THESE CONTRACTORS
         PER THE AURORA BUILDING CODE ORD. O01-47 JUNE 05 2001.
         GENERAL (116.5), PLUMBING (116.3), MECHANICAL (116.2),
         ELECTRICAL (116.6).
          In addition, the plumbing contractor is required to
          provide a Letter of Intent on company letterhead with the
          license holders signature, a corporate seal (if
          incorporated) or notarized (if not incorporated) for all
          permit applications per the State of Illinois Public Act
          094-0132 and the letter shall include the property
          address and the permit number.
        PROVIDE COVER SHEET NOTES AS PER CITY OF AURORA BUILDING
        CODE ORD. O01-47.
        A. OCCUPANT LOAD PER CHAPTER 10, SECTION 1003 IBC - SHOW
           OCCUPANT LOAD FOR BUILDING CALCULATED AT THE RATES OF
           1 OCC./15 S.F. FOR CONFERENCE/LOUNGE/WAITING AREAS,
           1 OCC./100 S.F. FOR ALL BUSINESS AREAS & 1 OCC./300 S.F.
           FOR ALL MECHANICAL/STORAGE ROOMS.
        B. OCCUPANT LOAD BASED ON THE STATE OF ILLINOIS PLUMBING
           CODE SECTION 890.810(2) - UNISEX TOILET ROOMS ARE ONLY
           ALLOWED IN EXCESS OF REQUIRED FACILITIES DESIGNATED FOR
           MEN & WOMEN WITH ADA/IAC COMPLIANT SIGNAGE.
        PROVIDE HANDICAPPED ACCESSIBLE ROUTE 1:20 MAX PER THE
           ILLINOIS ACCESSIBILITY CODE FROM REQUIRED ACCESSIBLE
           PARKING STALLS TO ACCESSIBLE BUILDING ENTRANCES - THE
           PARKING LOCATIONS ARE NOT CLEAR ON SITE PLANS.
        PROVIDE ACCESSIBLE PARKING STALLS 16' WIDE (INCLUDING
           AISLE) AND 19' DEEP MIN. PER THE ILLINOIS ACCESSIBILITY
           CODE - DIMENSIONED DETAIL REQUIRED FOR REVIEW WITH
           YELLOW PAVEMENT MARKINGS AND SIGNAGE LOCATION/MOUNTING
           INDICATED (NOTE '$250 FINE' SIGN REQUIRED AS OF 1-1-06).

DATE: 12/11/06                    PLAN REVIEW CORRECTIONS REPORT                    PAGE    2
                                              CITY OF AURORA
                                        BUILDING & PERMITS
                                        65 WATER ST
                                        AURORA                      IL 60505
----------------------------------------------------------------------------------
APPLICATION NBR . . :    06-00003529
----------------------------------------------------------------------------------
AGENCY NAME:  PLAN EXAMINER
   DATE    ACTION                              ACTION BY
----------------------------------------------------------------------------------
9/07/06 ON HOLD FOR RESUBMITTAL     SEGGEBRUCH, DAN
           PROVIDE 1 HANDICAPPED PARKING SPACE/EACH 25 (OR PORTION OF)
              STANDARD SPACES PER THE ILLINOIS ACCESSIBILITY CODE OR
              INDICATE IF 10% ACCESSIBLE PARKING REQUIREMENT PER IAC
              400.310.c.6 IS REQUIRED AND MET IN PARKING LAYOUT.
           PROVIDE HANDICAPPED CURB RAMP PER ANSI DETAILS 4.27 AND THE
              ILLINOIS ACCESSIBILITY CODE - LOCATIONS NOT INDICATED ON
              SITE PLANS.
           Materials in noncombustible buildings must comply with IBC
              Section 603 - PLYWOOD MANSARD ROOF SHEATHING MUST BE
              FRT (FIRE RETARDANT TREATED) AT DETAILS 3-4-5/A6.1.
           PROVIDE FIREBLOCKING WITHIN CONCEALED SPACES OF EXTERIOR
              ARCHITECTURAL TRIM AT 20' INTERVALS IN COMPLIANCE WITH
              IBC SECTION 716.2.6 - APPLIES TO MANSARD ROOF DETAILS
              3-4-5/A6.1.
           PROVIDE HANDICAPPED MANUVERING CLEARANCES AT DOORS PER
              ILLINOIS ACCESSIBILITY CODE.  18" CLEAR REQUIRED ON PULL
              SIDE PER IAC ILLUSTRATION B, FIG. 25 - APPLIES TO DOOR
              FROM PASSAGE 258 TO NURSE STATION 256 AND DOOR FROM
              PASSAGE 144 TO STORAGE/MEDS 130.
           PROVIDE HANDICAP ACCESSIBLE SHOWER STALLS IN COMPLIANCE WITH
              THE ILLINOIS ACCESSIBILITY CODE, SECTION 400.310(O)(8)(B)
              AND FIGURES 35, 36, AND 37 - APPLIES TO TOILET/SHOWER 127
              DETAIL 20/A9.1, NO CURB ALLOWED PER IAC 400.310.o.8.B.vi.
           PROVIDE HANDICAP ACCESSIBLE WORK COUNTER PER ILLINOIS
              ACCESSIBILITY CODE SECTION 400.310(W) - MAX. 34" AFF RIM
              HEIGHT REQUIRED FOR COUNTER/SINK (48" PARALLEL APPROACH)
              AT CONFERENCE 110/BLOOD DRAW 115/214/EXAM 117-119-120-
              121-122-217-218/UTILITY 225-251-252/PROCEDURE 242-244-
              246-248 AS PER IAC 400.320.d.1.E.
           PROVIDE HANDICAP ACCESSIBLE LOCKERS IN THE NUMBER AND DESIGN
              AS REQUIRED PER THE ILLINOIS ACCESSIBILITY CODE, SECTION
              400.310(P) - APPLIES TO LOCKERS 126, MIN. 5% REQUIRED.
           PROVIDE HANDICAP ACCESSIBLE SEAT IN COMPLIANCE WITH THE
              ILLINOIS ACCESSIBILITY CODE SECTION 400.310.c - APPLIES
              TO CHANGING ROOMS 243/245/247/249, MIN. 5% REQUIRED OF
              TOTAL.
           Provide life safety egress plan with analysis of egress
              capacity width per occupant load served and travel
              distances per IBC Section 1003, IBC Table 1003.2.3, IBC
              Section 1004, IBC Section 1006.
           PROVIDE REMOTE EXITS IN COMPLIANCE WITH IBC SECTION
              1004.2.2.1 - APPLIES TO CONFERENCE 110 PER FOLLOWING
              COMMENT AND LIFE SAFETY EGRESS PLAN.
           PROVIDE MINIMUM NUMBER OF EXITS AS REQUIRED PER IBC SECTION
              1005 - INDICATE THAT CONFERENCE MEETS REQUIREMENTS AS A

DATE: 12/11/06          PLAN REVIEW CORRECTIONS REPORT          PAGE    3
                              CITY OF AURORA
                          BUILDING & PERMITS
                          65 WATER ST
                          AURORA                    IL 60505

--------------------------------------------------------------------------
APPLICATION NBR  . . :   06-00003529
--------------------------------------------------------------------------
AGENCY NAME:  PLAN EXAMINER
   DATE    ACTION                        ACTION BY
--------------------------------------------------------------------------
9/07/06 ON HOLD FOR RESUBMITTAL     SEGGEBRUCH, DAN
              SPACE WITH ONE (1) MEANS OF EGRESS PER IAC 1004.2.1 OR
              ADD SECOND EXIT PER LIFE SAFETY EGRESS PLAN.
          DOORS SHALL SWING IN THE DIRECTION OF EGRESS TRAVEL WHERE
              SERVING AN OCCUPANT LOAD OF 50 OR MORE PERSONS IN
              COMPLIANCE WITH IBC SECTION 1003.3.1.2 - APPLIES TO DOOR
              FROM WAITING 202 TO PASSAGE 259 OR 262 DUE TO OCCUPANT
              LOAD SERVED IN EXCESS OF FIFTY (50).
          PROVIDE EXIT SIGNS IN COMPLIANCE WITH IBC SECTION 1003.2.10
              AND AS OTHERWISE MAY BE REQUIRED BY EGRESS REVISIONS PER
              LIFE SAFETY EGRESS PLAN.
          PROVIDE EMERGENCY LIGHTS IN COMPLIANCE WITH IBC SECTION
              1003.2.11 AND NEC ARTICLE 700-16 AND AS OTHERWISE MAY BE
              REQUIRED BY EGRESS REVISIONS PER LIFE SAFETY EGRESS PLAN.
              NOTE THAT EXTERIOR EM. LIGHTING REQUIRED AT EXIT DOORS
              PER IBC 1003.2.11.2.4.
          PROVIDE ENGINEERED BUILDING DRAWINGS PER IBC SECTION 106.
              DRAWINGS MUST BE STAMPED BY A STATE OF ILLINOIS LICENSED
           .  STRUCTURAL ENGINEER OR ARCHITECT - APPLIES TO PRECAST
              CONCRETE WALL PANEL SHOP DRAWINGS.
          SUBMIT TWO COPIES OF A FOUNDATION AND SOILS INVESTIGATION
              PER IBC SECTION 1802.
          INDICATE THAT PROJECT MEETS REQUIREMENTS OF 2006 ILLINOIS
              ENERGY CONSERVATION CODE BY SUBMISSION OF 'COMCHECK'
              REPORT OR ALTERNATE METHOD.
          BUILDING AND SITE SIGNS WILL REQUIRE SEPARATE PERMITS.

11/28/06 APPROVED                      PRIEBE, NANCY
          Closed by revision 001 PRINA      NAVILINE

--------------------------------------------------------------------------
AGENCY NAME:  FIRE PLAN EXAMINER
   DATE    ACTION                        ACTION BY
--------------------------------------------------------------------------
7/27/06 REVIEW PENDING                 PRIEBE, NANCY

9/06/06 DRAWING REVISIONS REQ'D    BUENGER, MIKE
          1)Provide civil engineering drawings showing the location
          of all fire hydrants with in 500 feet of the proposed
          building. 2-Hydrants are needed with in 300 feet of all
          areas of the building and 2 additional hydrants are needed
          with in 500 feet of the building for a total of 4 hydrants.
          Aurora City Ordinance, Section 17-111
          2)A separate permit is required for the installation of
          fire alarm appliances.
          3) A separate permit is required for the installation of

DATE: 12/11/06          PLAN REVIEW CORRECTIONS REPORT          PAGE    4
                                CITY OF AURORA
                             BUILDING & PERMITS
                             65 WATER ST
                             AURORA              IL 60505

----------------------------------------------------------------------
APPLICATION NBR  . . :   06-00003529
----------------------------------------------------------------------
AGENCY NAME:  FIRE PLAN EXAMINER
   DATE    ACTION                      ACTION BY
----------------------------------------------------------------------
 9/06/06 DRAWING REVISIONS REQ'D    BUENGER, MIKE
         fire sprinklers.

11/28/06 APPROVED                    PRIEBE, NANCY
         Closed by revision 001 PRINA      NAVILINE


----------------------------------------------------------------------
AGENCY NAME:  ZONING
   DATE    ACTION                      ACTION BY
----------------------------------------------------------------------
 7/27/06 REVIEW PENDING              PRIEBE, NANCY

 8/03/06 ON HOLD FOR RESUBMITTAL     CONNOLLY, DAVID
         Held pending final plan approval from P & D Committee.

12/06/06 APPROVED                    SEGGEBRUCH, DAN
         APPROVED PER ED SIEBEN ON 12-6-06.


----------------------------------------------------------------------
AGENCY NAME:  BUILDING
   DATE    ACTION                      ACTION BY
----------------------------------------------------------------------
 7/27/06 REVIEW PENDING              PRIEBE, NANCY

 8/01/06 ON HOLD FOR RESUBMITTAL     JOHNSON, DOUG
         Waiting room 202 needs proper second exit. Need to verify
          hardware for front double leaf doors (no flush bolts).

11/28/06 APPROVED                    PRIEBE, NANCY
         Closed by revision 001 PRINA      NAVILINE


----------------------------------------------------------------------
AGENCY NAME:  ELECTRIC
   DATE    ACTION                      ACTION BY
----------------------------------------------------------------------
 7/27/06 REVIEW PENDING              PRIEBE, NANCY

 7/28/06 ON HOLD FOR RESUBMITTAL     DOLAN, RICHARD
         Only one service is permitted per bldg. unless it meets one
         of three exceptions. Also needs contractor.

11/28/06 APPROVED                    PRIEBE, NANCY
         Closed by revision 001 PRINA      NAVILINE


----------------------------------------------------------------------
AGENCY NAME:  MECHANICAL
   DATE    ACTION                      ACTION BY
----------------------------------------------------------------------

C01174

DATE: 12/11/06           PLAN REVIEW CORRECTIONS REPORT        PAGE    5
                           CITY OF AURORA
                       BUILDING & PERMITS
                       65 WATER ST
                       AURORA           IL 60505

---

APPLICATION NBR  . . :   06-00003529

---

AGENCY NAME: MECHANICAL
   DATE    ACTION                  ACTION BY

---

 7/27/06 REVIEW PENDING          PRIEBE, NANCY

 7/28/06 REGISTERED CONTRACTOR REQ RITHALER, RON

11/28/06 APPROVED               PRIEBE, NANCY
         Closed by revision 001 PRINA      NAVILINE

---

AGENCY NAME: PLUMBING
   DATE    ACTION                  ACTION BY

---

 7/27/06 REVIEW PENDING          PRIEBE, NANCY

 8/04/06 DRAWING REVISIONS REQ'D   RAY, AL
         PROVIDE THE NAME AND LICENSE NUMBER OF THE PLUMBING
           CONTRACTOR and provide a Letter of Intent on company
           letterhead with the license holders signature, a
           corporate seal (if incorporated) or notarized (if not
           incorporated) for all permit applications per the State
           of Illinois Public Act 094-0132 and the letter shall
           include the property address and the permit number.
         A vac. relief valve is required on a water heater when it
         is mounted above the fixtures or is bottom fed.
         If there are more than 5 employees working at any one time
         seperate restrooms for men and women shall be provided.

11/28/06 APPROVED               PRIEBE, NANCY
         Closed by revision 001 PRINA      NAVILINE

---

AGENCY NAME: FIRE IMPACT FEES
   DATE    ACTION                  ACTION BY

---

 7/27/06 REVIEW PENDING          PRIEBE, NANCY

11/28/06 APPROVED               WILLIAMS, GREGG - FIRE

---

AGENCY NAME: FIRE PREVENTION BURE
   DATE    ACTION                  ACTION BY

---

 7/27/06 REVIEW PENDING          PRIEBE, NANCY

 8/02/06 ON HOLD FOR RESUBMITTAL   WILLIAMS, GREGG - FIRE
         submit hydrant layout plan

11/28/06 APPROVED               PRIEBE, NANCY

```
DATE: 12/11/06          PLAN REVIEW CORRECTIONS REPORT              PAGE   6
                                CITY OF AURORA
                        BUILDING & PERMITS
                        65 WATER ST
                        AURORA                IL 60505


-------------------------------------------------------------------------
APPLICATION NBR  . . :   06-00003529
-------------------------------------------------------------------------
AGENCY NAME:  FIRE PREVENTION BURE
   DATE   ACTION                      ACTION BY
-------------------------------------------------------------------------
11/28/06 APPROVED                       PRIEBE, NANCY
          Closed by revision 001 PRINA       NAVILINE


-------------------------------------------------------------------------
AGENCY NAME:  FOX METRO WTR RECLAM
   DATE   ACTION                      ACTION BY
-------------------------------------------------------------------------
 7/27/06 REVIEW PENDING                 PRIEBE, NANCY
          SUBMIT SEPARATELY TO FOX METRO. UPON PAYMENT OF THEIR FEES
           PROVIDE BUILDING DEPARTMENT WITH THEIR YELLOW CARD.
           CONTACT THE ENGINEERING DEPT @ FOX METRO (630)301-6882


11/13/06 APPROVED                       METZGER, DAWN


-------------------------------------------------------------------------
AGENCY NAME:  HIGHWAY IMPACT TAX
   DATE   ACTION                      ACTION BY
-------------------------------------------------------------------------
 7/27/06 REVIEW PENDING                 PRIEBE, NANCY
          PROVIDE COUNTY HIGHWAY IMPACT TAX RECEIPT;
           FOR DUPAGE COUNTY CONTACT JENNIFER SHANAHAN AT
            (630)407-6674.
           FOR KANE COUNTY CONTACT JERRY DICKSON AT
            (630)845-3799 or dicksonjerry@co.kane.il.us


11/17/06 APPROVED                       MAIR, JANINE


-------------------------------------------------------------------------
AGENCY NAME:  ENGINEERING DEPARTME
   DATE   ACTION                      ACTION BY
-------------------------------------------------------------------------
 7/27/06 REVIEW PENDING                 PRIEBE, NANCY
          NEED ENGINEERING ISSUED STREET ADDRESS. DAN G.(630)844-3620.
          NEED APPROVAL FROM THE CITY OF AURORA ENGINEERING DEPARTMENT
           PETE HAURYKIEWICZ @ (630) 844-3620.    44 E. DOWNER PLACE
          ENGINEERING NEEDS AN INDEPENDANT SUBMITTAL OF TWO SETS OF
           CIVIL ENGINEER STAMPED PLANS AND AN APPLICATION FORM WITH
           THE FOLLOWING INFORMATION. | PROJECT NAME
            DEVELOPER / OWNER NAME    | ENGINEERING COMPANY
            CONTACT PERSON            | CONTACT PERSON
            ADDRESS,CITY,STATE,ZIP    | ADDRESS,CITY,STATE,ZIP
            PHONE#, FAX#, E-MAIL      | PHONE#, FAX#, E-MAIL

          IN ADDITION WATER ADMINISTRATION PERMIT FEE ASSESMENT OCCURS
           AFTER ENGINEERING APPROVAL.  IF YOU ARE PROVIDING A NEW
```