CITY OF AURORA
BUILDING & PERMITS
65 WATER ST
AURORA IL 60505

APPLICATION NBR . . : 06-00003529

AGENCY NAME: ENGINEERING DEPARTME

| DATE | ACTION | ACTION BY |
| --- | --- | --- |
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |

WATER TAP FOR DOMESTIC OR FIRE THIS FEE WILL BE ASSESED TO YOUR PERMIT SUBSEQUENT TO ENGINEERING APPROVAL.

AGENCY NAME: ENGINEERING/WATER FE

| DATE | ACTION | ACTION BY |
| --- | --- | --- |
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |

ENGINEERING DIVISION WILL ASSESS ALL WATER FEES DURING THE INITIAL REVIEW

AGENCY NAME: PLAN EXAMINER

| DATE | ACTION | ACTION BY |
| --- | --- | --- |
| 11/28/06 | REVIEW PENDING | PRIEBE, NANCY |
| 12/05/06 | DRAWING REVISIONS REQ'D | SEGGEBRUCH, DAN |

PROVIDE THE NAMES AND LICENSE #'S OF ALL THESE CONTRACTORS PER THE AURORA BUILDING CODE ORD. 001-47 JUNE 05 2001. PLUMBING (116.3), MECHANICAL (116.2), ELECTRICAL (116.6). In addition, the plumbing contractor is required to provide a Letter of Intent on company letterhead with the license holders signature, a corporate seal (if incorporated) or notarized (if not incorporated) for all permit applications per the State of Illinois Public Act 094-0132 and the letter shall include the property address and the permit number.

PROVIDE ENGINEERED BUILDING DRAWINGS PER IBC SECTION 106. DRAWINGS MUST BE STAMPED BY A STATE OF ILLINOIS LICENSED STRUCTURAL ENGINEER OR ARCHITECT - APPLIES TO PRECAST CONCRETE WALL PANEL SHOP DRAWINGS, (2) SETS REQUIRED.

PROVIDE EXIT SIGNS IN COMPLIANCE WITH IBC SECTION 1003.2.10 AND AS OTHERWISE MAY BE REQUIRED PER FIELD INSPECTION.

PROVIDE EMERGENCY LIGHTS IN COMPLIANCE WITH IBC SECTION 1003.2.11 AND NEC ARTICLE 700-16 AND AS OTHERWISE MAY BE REQUIRED PER FIELD INSPECTION - NOTE THAT EXTERIOR EM. LIGHTING REQUIRED AT EXIT DOORS PER IBC 1003.2.11.2.4.

BUILDING AND SITE SIGNS WILL REQUIRE SEPARATE PERMITS.

ALL OTHER PRIOR COMMENTS RESOLVED BY ARCHITECT RESUBMISSION.

| DATE | ACTION | ACTION BY |
| --- | --- | --- |
| 12/07/06 | APPROVED | PRIEBE, NANCY |
| | Closed by revision 002 PRINA | NAVILINE |

AGENCY NAME: FIRE PLAN EXAMINER

| DATE | ACTION | ACTION BY |
| --- | --- | --- |

CITY OF AURORA
BUILDING & PERMITS
65 WATER ST
AURORA IL 60505

APPLICATION NBR . . : 06-00003529

AGENCY NAME: FIRE PLAN EXAMINER

| DATE | ACTION | ACTION BY |
|---|---|---|
| 11/28/06 | REVIEW PENDING | PRIEBE, NANCY |
| 12/05/06 | APPROVED<br>A SEPARATE PERMIT IS REQUIRED FOR THE INSTALLATION OR RELOCATION OF FIRE SPRINKLERS.<br>NEW FIRE ALARM NOTIFICATION APPLIANCES WILL BE REQUIRED TO BE INSTALLED TO MEET THE REQUIREMENTS OF THE ILLINOIS ACCESSIBILITY CODE SECTION 400.310(s). A SEPARATE PERMIT IS REQUIRED FOR THE INSTALLATION OR RELOCATION OF FIRE ALARM DEVICES. | SEGGEBRUCH, DAN |

AGENCY NAME: BUILDING

| DATE | ACTION | ACTION BY |
|---|---|---|
| 11/28/06 | REVIEW PENDING | PRIEBE, NANCY |
| 12/05/06 | APPROVED | SEGGEBRUCH, DAN |

AGENCY NAME: ELECTRIC

| DATE | ACTION | ACTION BY |
|---|---|---|
| 11/28/06 | REVIEW PENDING | PRIEBE, NANCY |
| 12/05/06 | APPROVED | JOHNSON, RANDY |

AGENCY NAME: MECHANICAL

| DATE | ACTION | ACTION BY |
|---|---|---|
| 11/28/06 | REVIEW PENDING | PRIEBE, NANCY |
| 11/29/06 | REGISTERED CONTRACTOR REQ<br>NO HVAC CHANGES UNDER THIS REVISION | YOUNGREN, JERRY |
| 12/07/06 | APPROVED<br>Closed by revision 002 PRINA | PRIEBE, NANCY<br>NAVILINE |

AGENCY NAME: PLUMBING

| DATE | ACTION | ACTION BY |
|---|---|---|
| 11/28/06 | REVIEW PENDING | PRIEBE, NANCY |
| 11/29/06 | REGISTERED CONTRACTOR REQ | THOMPSON, ROBERT |

CITY OF AURORA
BUILDING & PERMITS
65 WATER ST
AURORA IL 60505

APPLICATION NBR . . : 06-00003529

AGENCY NAME: PLUMBING

| DATE | ACTION | ACTION BY |
|---|---|---|
| 11/29/06 | REGISTERED CONTRACTOR REQ<br>PROVIDE THE NAME AND LICENSE NUMBER OF THE PLUMBING CONTRACTOR and provide a Letter of Intent on company letterhead with the license holders signature, a corporate seal (if incorporated) or notarized (if not incorporated) for all permit applications per the State of Illinois Public Act 094-0132 and the letter shall include the property address and the permit number. | THOMPSON, ROBERT |
| 12/07/06 | APPROVED<br>Closed by revision 002 PRINA | PRIEBE, NANCY<br>NAVILINE |

AGENCY NAME: FIRE PREVENTION BURE

| DATE | ACTION | ACTION BY |
|---|---|---|
| 11/28/06 | REVIEW PENDING | PRIEBE, NANCY |
| 11/28/06 | APPROVED | WILLIAMS, GREGG - FIRE |

AGENCY NAME: PLAN EXAMINER

| DATE | ACTION | ACTION BY |
|---|---|---|
| 12/07/06 | REVIEW PENDING | PRIEBE, NANCY |
| 12/11/06 | DRAWING REVISIONS REQ'D<br>See Comments issued 12/05/06. | SCHOLL, CHRISTINE |

AGENCY NAME: MECHANICAL

| DATE | ACTION | ACTION BY |
|---|---|---|
| 12/07/06 | REVIEW PENDING | PRIEBE, NANCY |

AGENCY NAME: PLUMBING

| DATE | ACTION | ACTION BY |
|---|---|---|
| 12/07/06 | REVIEW PENDING | PRIEBE, NANCY |
| 12/08/06 | REGISTERED CONTRACTOR REQ<br>PROVIDE THE NAME AND LICENSE NUMBER OF THE PLUMBING CONTRACTOR and provide a Letter of Intent on company letterhead with the license holders signature, a corporate seal (if incorporated) or notarized (if not | THOMPSON, ROBERT |

CITY OF AURORA
BUILDING & PERMITS
65 WATER ST
AURORA IL 60505

APPLICATION NBR . . : 06-00003529

AGENCY NAME: PLUMBING

| DATE | ACTION | ACTION BY |
| --- | --- | --- |
| 12/08/06 | REGISTERED CONTRACTOR REQ incorporated) for all permit applications per the State of Illinois Public Act 094-0132 and the letter shall include the property address and the permit number. | THOMPSON, ROBERT |

COMN

City of Aurora – Division of Building and Permits

Plan Examiner Review Sheet

Location 240 N. OAKHURST DR.

Review By DAN SEGGEBRUCH

Job Name GEMINI OFFICE DEVELOP.

Permit Number 06 - 3529

Date 9-6-06

The following checked items are found to be not in compliance with code:

Permit application information:

- ☒ Provide names & Aurora license numbers of the following contractors. (Aurora Building Code). **ACON**
  - ☒ General Contractor (Aurora Building Code).
  - ☒ Electrical Contractor (Aurora Building Code).
  - ☒ Mechanical Contractor (Aurora Building Code).
  - ☒ Plumbing Contractor (Aurora Building Code).

Building plans submittal requirements:

- ☒ Coversheet information indicating the following: **ACOV**
  - ☐ Construction type (Aurora Building Code). 2B SPKLR'D/ALARMED
  - ☐ Use Group classification (Aurora Building Code). B - OFFICES
  - ☐ Existing square footage (Aurora Building Code). –
  - ☐ New square footage (Aurora Building Code). 21,777 SF (109,250 ϕ ALLOW) w/ SPKLR/OPEN PERIMETER
  - ☒ Occupant load and calculations (Aurora Building Code). 21,777 ϕ/100 = 218 OCC. CALC UNIT @ 1/7, CONF LOUNGE @ 1/15, B @ 1/100, STOR @ 1/300
  - ☒ Occupant load based on the State of Il. Plumbing Code (Aurora Building Code). TLT RMS MUST BE DESIG. AS M/W W/ ADA/IAC SIGNS
  - ☐ Live loads utilized in design (Aurora Building Code). SNOW: 30 PSF + DRIFT WIND: 90 MPH/EXP. C
- ☐ Provide Design professional's seal with the date of signature and date of expiration (Aurora Building Code). **ASEA** OK
- ☐ Provide Design professional's Statement of Compliance (Aurora Building Code). **ASTA**

  "I have prepared, or caused to be prepared under my direct supervision, the attached plans and specifications and state that, to the best of my knowledge and belief and to the extent of my contractual obligation, they are in compliance with all applicable codes, including the Environmental Barriers Act [410 ILCS] and the Illinois Accessibility Code (71 ILL. Adm. Code 400)." OK
- ☐ Provide project cost of work. **ACST** OK

City of Aurora – Division of Building and Permits

Building plans indicating the following:

- ☐ Provide site plan(s) (drawn to scale), indicating the following: **ASIT**
  - ☐ Civil or architectural site plans differentiating new, existing, and demolition construction. **ADIF** OK
  - ☒ Accessible route from handicapped parking stalls to accessible entrance (Aurora Building Code). **KRTE** DIM DTL - YELLOW PAINT / $250 FINE SIGN
  - ☒ Accessible parking stalls at 16 feet wide (including loading area) and 19 feet deep. (Illinois Accessibility Code). **KHSP** # ACC SP. - MUST MEET IAC 400.310.C.6 - 10% OF TOT. PKG. SP.
  - ☒ Accessible curb ramps per ANSI details 4.27. (Illinois Accessibility Code). **KRMP** LOC. NOT IND. ON PLANS

Architectural drawings (drawn to scale), indicating the following:

- ☐ Entire plan differentiating existing, demolition, and new construction. **DRAW** OK
- ☐ Provide a key plan of the building indicating the location of the tenant within the structure. **AKEY** OK
- ☐ Provide electrical plans. **AELE** OK
- ☐ Provide mechanical plans. **AMEC** OK
- ☐ Provide plumbing plans. **APLM** OK
  - ☐ Do not provide dead ends at waste lines. **P17** —
  - ☐ Do not provide dead ends at water lines. **P25** —
- ☐ Door, window and glazing details. **DOOR**
  - ☐ Tempered glass at all hazardous locations per IBC Section 2406. **X06** OK
  - ☐ Hardware must be in compliance with the Illinois Accessibility Code. **KHDW** OK
  - ☐ Door sizes shall comply with IBC and IAC. **JDR** OK
  - ☐ Egress doors shall be readily openable or signage shall be provided in compliance with IBC Section 1003.3.1.8. **J33R** OK
  - ☐ Provide releasable safety latch at walk in cooler and freezer doors. **JCLD** NA
  - ☐ Provide panic hardware on egress doors in A and E group uses that are 100 or more occupants or in H group uses in compliance with IBC Section 1003.3.1.9. **J33S** OK
  - ☐ Provide egress hardware on gates in compliance with IBC Section 1003.3.2 and IAC. **J33B** NA
  - ☐ Security grilles shall be in compliance with IBC Section 1003.1.3.5. **J13E** NA
- ☐ Provide wall details and building section. **WALL** OK
- ☐ Provide perimeter insulation at concrete slab on grade. **AINS** OK
- ☐ Provide reflected ceiling plan and details. **RECI** OK

City of Aurora – Division of Building and Permits

- ☐ Provide exterior elevations. **EXEL** OK
- ☐ All interior finishes shall comply with IBC Chapter 8. **H03A** OK
- ☒ Materials in noncombustible buildings must comply with IBC Section 603. **F03A** FLYWD ROOF SHTG. MUST BE FRT - DTLS. 3-4-5/A6.1

Provide details indicating compliance with the Illinois Accessibility Code;

- ☐ If door has both a latch and a closer provide a minimum of 12" on the push side of the door per IAC Fig. 25. **KPUS** OK
- ☒ Provide 18" clear on the pull side of the door per IAC Fig. 25. **KPUL** DR. FROM PASS. 258 TO NURSE ST. 256/DR. FROM PASS. 144 TO STOR/MEDS 130
- ☐ Provide bathroom elevations indicating mounting heights and proximity to other obstacles. **ABEL** OK
- ☐ Provide handicap accessible toilet room. **KTLT** OK
- ☐ Set fixture spacing per IAC and IPC. **KFSP** OK
- ☒ Provide handicap accessible shower stalls. **KSHW** TLT/SHWR 127 DTL. 20/A9.1 NO CURB ALLOW. - IAC 400.310.o.6.B.vi
- ☐ Provide letter from tenant or owner indicating 5 or less employees at any time for unisex restroom. **KLET** NA
- ☐ Provide handicap accessible drinking fountain. **KEWC** OK
- ☐ Provide handicap accessible reception/sales counter. **KCOU** OK
- ☒ Provide handicap accessible work counter. **KWCO** ALL AREAS IAC 400.320.d.1.E CONF 110/BLOOD 115/EXAM 117-119-120-121-122-217-218/UTIL 225-251-252/RECOVERY 242-244-246-248 214
- ☐ Provide handicap accessible checkout aisles and counters. **KCHK** NA
- ☒ Provide handicap accessible lockers. **KLCK** LOCK. 126
- ☒ Provide handicap accessible seating. **KSEA** CHANGING RMS 243/45/47/49 IAC 400.320.c
- ☐ Provide handicap accessibility to stage. **KSTG** NA
- ☐ Provide handicap accessible walk-in coolers and freezers. **KWIC** NA
- ☒ Provide non-slip flooring. **AFLR** OK
- ☐ Provide 7'-0" min. clear between doors in series per IBC Section 1003.3.1.7. **J33Q** OK
- ☐ Provide ramp in compliance with IBC Section 1003.3.4 and IAC. **J33D** NA
- ☐ Provide ramp edge protection in compliance with IBC Section 1003.3.4.8. **J34H** NA
- ☐ Provide letter from owner or tenant indicating that area is to be used for product storage only. **KPSL** NA
- ☐ Provide adaptable units in multifamily housing when more than four units in compliance with the Fair Housing Act. **KFHA** NA

City of Aurora – Division of Building and Permits

Provide details indicating compliant fire separations;

- ☐ Provide fire rated construction per IBC Tables 601and 602. **F01** NA
- ☐ Provide fire rated corridor walls Per IBC Table 1004.3.2.1 and Section 708. **J43U** OK SPKLR'D – '0' RATED
- ☐ Shafts and vertical exit enclosures shall be rated per IBC Section 707. **G07** NA
- ☐ Provide opening protectives in compliance with IBC Section 714. **G14** NA
- ☐ Openings in exterior walls shall be constructed in compliance with IBC Sections 704.8, 704.9, 704.10, 704.12 and 704.14. **G04** OK
- ☐ Provide draftstopping of attics every 3000 S.F. or as required in attics, mansards, overhangs or other concealed roof spaces in Group R-1 and R-2 buildings in compliance with IBC Section 716.4. **G16D** OK
- ☒ Provide fire stopping within concealed spaces of exterior architectural trim at 20' O.C. in compliance with IBC Section 716.2.6. **G16Z** MANSARD ROOFS DTLS, 3-4-5/A6.1
- ☐ Provide fireblocking of wood concealed sleeper spaces in compliance with IBC Section 716.2.7. **G16A** NA
- ☐ Provide fire area separations in compliance with IBC Table 302.3.3 and fire barriers in compliance with Section 706. **C23C** NA
- ☐ Provide fire walls in compliance with IBC Section 705. **G05** NA
- ☐ Provide rated construction and/or an automatic fire-extinguishing system in compliance with IBC Section 302.1.1 for all incidental use areas. **C02K** OK
- ☐ Provide stairway enclosure fire rating to 10' horizontally from a non-rated exterior stair wall in compliance with IBC Section 1005.3.2.1. **J53U** NA

Provide details indicating compliance with egress requirements;

- ☐ Minimum allowable aisle is 44", 36" when serving less than 50 people per IBC Section 1004.3.2.2. **J43V** OK
- ☐ Doors shall not encroach into the required path of egress. **J32C** OK
- ☐ Maximum allowable dead end corridor shall be 20', 50' in B and F occupancies if the building is equipped with an automatic sprinkler. **J43W** OK
- ☐ Egress shall not pass through kitchens, storage rooms, closets or spaces used for similar purposes in compliance with IBC Section 1004.2.3. **J42C** OK
- ☐ Provide smoke and heat vents per IBC Section 910. **I910** NA
- ☒ Provide life safety egress plan. **J003**
- ☒ Provide remote exits in compliance with IBC Section 1004.2.2.1. **J004** CONF. 110 PER FOLL. COMM.
- ☒ Provide minimum number of exits as required per IBC Section 1005. **J005** OK (4) EX FRON,
- ☐ Provide level surfaces or landings on each side of a door per IBC Section 1003.3.1.4. **J33N** OK

IND. THAT CONF 110 MEETS REQ'TS FOR SP. W/ (1) ME-1 1C 1004.2.1

C01184

City of Aurora – Division of Building and Permits

- ☒ Provide exit signs in compliance with IBC Section 1003.2.10. **J32J** EGRESS PLAN
- ☒ Provide emergency lights in compliance with IBC Section 1003.2.11 and NEC article 700-16. **J32K** " "
- ☒ Doors shall swing in the direction of egress when serving 50 or more occupants per IBC Section 1003.3.1.2. **J33L** DRESS FROM WAIT. 202 TO FISS. 259 OR 262
- ☐ Provide area for assisted rescue at exterior stairs with wall and door ratings in compliance with IBC Section 1003.2.13.7. **J13G** NA

Provide details indicating compliance with stairway and ramp requirements;

- ☐ Stairs shall meet IBC Section 1003.3.3.3, 11" minimum tread and 7" maximum riser. **J33C**
- ☐ Provide an area of rescue assistance in compliance with IBC Section 1003.2.13.5 and IAC Section 400.310.B.4 (or .5 if sprinklered). **KRES**
- ☐ Enclosed stairways as part of an accessible means of egress in non-sprinklered buildings shall be 48" minimum between handrails in compliance with IBC Section 1003.2.13.2. **J32M** NA
- ☐ Provide ramps in compliance with IBC Section 1003.3.4. **J33D**
- ☐ Provide ramp edge protection in compliance with IBC Section 1003.3.4.8. **J34H**
- ☐ Handrails shall comply with IBC Section 1003.3.3.11. **J33K**
- ☐ Guardrails shall comply with IBC Section 1003.2.12. **J32L**

- ☐ Provide shelving, equipment and furniture layouts. **AEQP** OK

Structural drawings (drawn to scale), indicating the following:

- ☒ Provide pre-engineered building drawings per IBC Section 106. **APBD** PREXIST SHOPS
- ☐ Provide details on new header. **AHDR** OK
- ☐ Provide floor/roof truss drawings per IBC Section 106. **ATRU** NA
- ☒ Provide two copies of soils investigation report. **R02**
- ☐ Provide frost footings and foundations in compliance with IBC Section 1806.0. **R060** OK

Provide additional permits as follows:

- ☐ Elevator will require a separate permit. **AELV** NA
- ☒ Building and Site signs will require separate permits. **ASG**
- ☐ Separate permits are required for tenants. **ATEN** NA

City of Aurora – Division of Building and Permits

Phased permits;

- ☐ Foundation permit. **AFDN**
- ☐ Unimproved structural shell permit. **ASHE** NA
- ☐ Improved shell permit. **ASHL**

Other requirements;

- ☒ COMCHECK
- ☐ FPE REVIEW
- ☒ ALARM
- ☒ SPKLR
- ☐
- ☐
- ☐



# City of Aurora

12-5-06

Division of Building and Permits • 65 Water Street • Aurora, Illinois 60505-3305 • (630) 892-8088
FAX (630) 892-8112

Daniel F. Seggebruch, AIA
Plan Examiner

| ☐ Owner ☒ Tenant | ☒ Architect / Engineer | ☒ Contractor |
|---|---|---|
| GEMINI OFFICE DEVELOP. | JENSEN & HALSTEAD | KRAHL CONSTRUCTION |
| ATT: DAINIUS PETRONIS | ATT: DAVID DASTER | ATT: SCOTT MOUSEL |
| ☒ Fax # (312) 634 - 5525 | ☒ Fax # (312) 664 - 7558 | ☒ Fax # (312) 707 - 8552 |

Dear Building Permit Applicant:

Attached please find a plan review corrections report for your application. The date of the corrections report is indicated in the upper left hand corner of the report. Your application number and job address is indicated within the first pair of dashed lines at the top of the page. All correspondence with the City should reference this application number. The subsequent pairs of dashed lines contain an agency name, date, action, and action by. The corrections / comments from that inspector / agency follow below the dashed lines.

☐ This is a partial corrections report. Any of the following agencies / inspectors indicated as Pending Approval have not yet completed their reviews of your submittal. Completion of these reviews may add items to the next corrections report. Other agencies indicated as pending are outside submittals you must make independent of the submittal we are in receipt of.

- ☐ Zoning Administration
- ☐ Plan Examiner
- ☐ Building
- ☐ Plumbing
- ☐ Mechanical
- ☐ Electric
- ☐ Fire Prevention Bureau
- ☐ Engineering Address Issuance
- ☐ Water Administration

☐ This is a complete initial review corrections report. These are the remaining items that need to be addressed. All of our agencies / inspectors have accomplished their initial review of your initial submittal.

☒ This is a re-submittal corrections report. These are the remaining items that still need to be addressed. Any corrections report items that haven't changed from previous correction reports represent items, which have not been satisfactorily addressed to date.

ITEMS:
1) CONTRACTORS, 2) PRECAST DRAWINGS, 3) ZONING/ENG./WATER APPROVALS, 4) NEED (2) SETS 11-21-06 REVISIONS SIGNED & SEALED.

When responding to the attached comments, please restate the comment and follow with your response. This will expedite your re-review. Any drawing revisions must be **CLOUDED & TAGGED** as a revision. Approximate re-review for drawings is five (5) working days. If you have questions about your submittal please feel free to call.

Respectfully,

Daniel F. Seggebruch

9 Pages follow

CITY OF AURORA
BUILDING & PERMITS
65 WATER ST
AURORA IL 60505

---

APPLICATION NBR . . . : 06-00003529
ADDRESS . . . . . . . : 240 N OAKHURST DR
APPLICATION DATE . . : 7/27/06
APPLICATION TYPE . . . : COM - BUSINESS OFFICES

---

OWNER . . . . . . . . . : GEMINI OFFICE DEVELOPMENT
ONE SOUTH WACHER DR #800
CHICAGO IL 60606

CONTRACTOR . . . . . . : KRAHL CONSTRUCTION
322 S GREEN ST
CHICAGO IL 60607

---

AGENCY NAME: PLAN EXAMINER

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |
| 9/07/06 | ON HOLD FOR RESUBMITTAL | SEGGEBRUCH, DAN |

PROVIDE THE NAMES AND LICENSE #'S OF ALL THESE CONTRACTORS PER THE AURORA BUILDING CODE ORD. O01-47 JUNE 05 2001. GENERAL (116.5), PLUMBING (116.3), MECHANICAL (116.2), ELECTRICAL (116.6).

In addition, the plumbing contractor is required to provide a Letter of Intent on company letterhead with the license holders signature, a corporate seal (if incorporated) or notarized (if not incorporated) for all permit applications per the State of Illinois Public Act 094-0132 and the letter shall include the property address and the permit number.

PROVIDE COVER SHEET NOTES AS PER CITY OF AURORA BUILDING CODE ORD. O01-47.

A. OCCUPANT LOAD PER CHAPTER 10, SECTION 1003 IBC - SHOW OCCUPANT LOAD FOR BUILDING CALCULATED AT THE RATES OF 1 OCC./15 S.F. FOR CONFERENCE/LOUNGE/WAITING AREAS, 1 OCC./100 S.F. FOR ALL BUSINESS AREAS & 1 OCC./300 S.F. FOR ALL MECHANICAL/STORAGE ROOMS.

B. OCCUPANT LOAD BASED ON THE STATE OF ILLINOIS PLUMBING CODE SECTION 890.810(2) - UNISEX TOILET ROOMS ARE ONLY ALLOWED IN EXCESS OF REQUIRED FACILITIES DESIGNATED FOR MEN & WOMEN WITH ADA/IAC COMPLIANT SIGNAGE.

PROVIDE HANDICAPPED ACCESSIBLE ROUTE 1:20 MAX PER THE ILLINOIS ACCESSIBILITY CODE FROM REQUIRED ACCESSIBLE PARKING STALLS TO ACCESSIBLE BUILDING ENTRANCES - THE PARKING LOCATIONS ARE NOT CLEAR ON SITE PLANS.

PROVIDE ACCESSIBLE PARKING STALLS 16' WIDE (INCLUDING AISLE) AND 19' DEEP MIN. PER THE ILLINOIS ACCESSIBILITY CODE - DIMENSIONED DETAIL REQUIRED FOR REVIEW WITH YELLOW PAVEMENT MARKINGS AND SIGNAGE LOCATION/MOUNTING INDICATED (NOTE '$250 FINE' SIGN REQUIRED AS OF 1-1-06).

Where is staff & C. Pkg.

DATE: 12/05/06 PLAN REVIEW CORRECTIONS REPORT PAGE 2

CITY OF AURORA
BUILDING & PERMITS
65 WATER ST
AURORA IL 60505

APPLICATION NBR . . : 06-00003529

AGENCY NAME: PLAN EXAMINER

| DATE | ACTION | ACTION BY |
|---|---|---|
| 9/07/06 | ON HOLD FOR RESUBMITTAL | SEGGEBRUCH, DAN |

PROVIDE 1 HANDICAPPED PARKING SPACE/EACH 25 (OR PORTION OF) STANDARD SPACES PER THE ILLINOIS ACCESSIBILITY CODE OR INDICATE IF 10% ACCESSIBLE PARKING REQUIREMENT PER IAC 400.310.c.6 IS REQUIRED AND MET IN PARKING LAYOUT. -Nad

PROVIDE HANDICAPPED CURB RAMP PER ANSI DETAILS 4.27 AND THE ILLINOIS ACCESSIBILITY CODE - LOCATIONS NOT INDICATED ON SITE PLANS.

Materials in noncombustible buildings must comply with IBC Section 603 - PLYWOOD MANSARD ROOF SHEATHING MUST BE FRT (FIRE RETARDANT TREATED) AT DETAILS 3-4-5/A6.1.

PROVIDE FIREBLOCKING WITHIN CONCEALED SPACES OF EXTERIOR ARCHITECTURAL TRIM AT 20' INTERVALS IN COMPLIANCE WITH IBC SECTION 716.2.6 - APPLIES TO MANSARD ROOF DETAILS 3-4-5/A6.1.

PROVIDE HANDICAPPED MANUVERING CLEARANCES AT DOORS PER ILLINOIS ACCESSIBILITY CODE. 18" CLEAR REQUIRED ON PULL SIDE PER IAC ILLUSTRATION B, FIG. 25 - APPLIES TO DOOR FROM PASSAGE 258 TO NURSE STATION 256 AND DOOR FROM PASSAGE 144 TO STORAGE/MEDS 130.

PROVIDE HANDICAP ACCESSIBLE SHOWER STALLS IN COMPLIANCE WITH THE ILLINOIS ACCESSIBILITY CODE, SECTION 400.310(O)(8)(B) AND FIGURES 35, 36, AND 37 - APPLIES TO TOILET/SHOWER 127 DETAIL 20/A9.1, NO CURB ALLOWED PER IAC 400.310.o.8.B.vi.

PROVIDE HANDICAP ACCESSIBLE WORK COUNTER PER ILLINOIS ACCESSIBILITY CODE SECTION 400.310(W) - MAX. 34" AFF RIM HEIGHT REQUIRED FOR COUNTER/SINK (48" PARALLEL APPROACH) AT CONFERENCE 110/BLOOD DRAW 115/214/EXAM 117-119-120-121-122-217-218/UTILITY 225-251-252/PROCEDURE 242-244-246-248 AS PER IAC 400.320.d.1.E.

PROVIDE HANDICAP ACCESSIBLE LOCKERS IN THE NUMBER AND DESIGN AS REQUIRED PER THE ILLINOIS ACCESSIBILITY CODE, SECTION 400.310(P) - APPLIES TO LOCKERS 126, MIN. 5% REQUIRED.

PROVIDE HANDICAP ACCESSIBLE SEAT IN COMPLIANCE WITH THE ILLINOIS ACCESSIBILITY CODE SECTION 400.320.c - APPLIES TO CHANGING ROOMS 243/245/247/249, MIN. 5% REQUIRED OF TOTAL.

Provide life safety egress plan with analysis of egress capacity width per occupant load served and travel distances per IBC Section 1003, IBC Table 1003.2.3, IBC Section 1004, IBC Section 1006.

PROVIDE REMOTE EXITS IN COMPLIANCE WITH IBC SECTION 1004.2.2.1 - APPLIES TO CONFERENCE 110 PER FOLLOWING COMMENT AND LIFE SAFETY EGRESS PLAN.

PROVIDE MINIMUM NUMBER OF EXITS AS REQUIRED PER IBC SECTION 1005 - INDICATE THAT CONFERENCE MEETS REQUIREMENTS AS A

APPLICATION NBR . . : 06-00003529

AGENCY NAME: PLAN EXAMINER

| DATE | ACTION | ACTION BY |
|---|---|---|
| 9/07/06 | ON HOLD FOR RESUBMITTAL | SEGGEBRUCH, DAN |

SPACE WITH ONE (1) MEANS OF EGRESS PER IAC 1004.2.1 OR ADD SECOND EXIT PER LIFE SAFETY EGRESS PLAN.

DOORS SHALL SWING IN THE DIRECTION OF EGRESS TRAVEL WHERE SERVING AN OCCUPANT LOAD OF 50 OR MORE PERSONS IN COMPLIANCE WITH IBC SECTION 1003.3.1.2 - APPLIES TO DOOR FROM WAITING 202 TO PASSAGE 259 OR 262 DUE TO OCCUPANT LOAD SERVED IN EXCESS OF FIFTY (50).

PROVIDE EXIT SIGNS IN COMPLIANCE WITH IBC SECTION 1003.2.10 AND AS OTHERWISE MAY BE REQUIRED BY EGRESS REVISIONS PER LIFE SAFETY EGRESS PLAN.

PROVIDE EMERGENCY LIGHTS IN COMPLIANCE WITH IBC SECTION 1003.2.11 AND NEC ARTICLE 700-16 AND AS OTHERWISE MAY BE REQUIRED BY EGRESS REVISIONS PER LIFE SAFETY EGRESS PLAN. NOTE THAT EXTERIOR EM. LIGHTING REQUIRED AT EXIT DOORS PER IBC 1003.2.11.2.4.

PROVIDE ENGINEERED BUILDING DRAWINGS PER IBC SECTION 106. DRAWINGS MUST BE STAMPED BY A STATE OF ILLINOIS LICENSED STRUCTURAL ENGINEER OR ARCHITECT - APPLIES TO PRECAST CONCRETE WALL PANEL SHOP DRAWINGS.

SUBMIT TWO COPIES OF A FOUNDATION AND SOILS INVESTIGATION PER IBC SECTION 1802.

INDICATE THAT PROJECT MEETS REQUIREMENTS OF 2006 ILLINOIS ENERGY CONSERVATION CODE BY SUBMISSION OF 'COMCHECK' REPORT OR ALTERNATE METHOD.

BUILDING AND SITE SIGNS WILL REQUIRE SEPARATE PERMITS.

| DATE | ACTION | ACTION BY |
|---|---|---|
| 11/28/06 | APPROVED | PRIEBE, NANCY |
| | Closed by revision 001 PRINA | NAVILINE |

AGENCY NAME: FIRE PLAN EXAMINER

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |
| 9/06/06 | DRAWING REVISIONS REQ'D | BUENGER, MIKE |

1)Provide civil engineering drawings showing the location of all fire hydrants with in 500 feet of the proposed building. 2-Hydrants are needed with in 300 feet of all areas of the building and 2 additional hydrants are needed with in 500 feet of the building for a total of 4 hydrants. Aurora City Ordinance, Section 17-111

2)A separate permit is required for the installation of fire alarm appliances.

3) A separate permit is required for the installation of

CITY OF AURORA
BUILDING & PERMITS
65 WATER ST
AURORA IL 60505

APPLICATION NBR . . : 06-00003529

AGENCY NAME: FIRE PLAN EXAMINER

| DATE | ACTION | ACTION BY |
|---|---|---|
| 9/06/06 | DRAWING REVISIONS REQ'D<br>fire sprinklers. | BUENGER, MIKE |
| 11/28/06 | APPROVED<br>Closed by revision 001 PRINA | PRIEBE, NANCY<br>NAVILINE |

AGENCY NAME: ZONING

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |
| 8/03/06 | ON HOLD FOR RESUBMITTAL<br>Held pending final plan approval from P & D Committee. | CONNOLLY, DAVID |

AGENCY NAME: BUILDING

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |
| 8/01/06 | ON HOLD FOR RESUBMITTAL<br>Waiting room 202 needs proper second exit. Need to verify hardware for front double leaf doors (no flush bolts). | JOHNSON, DOUG |
| 11/28/06 | APPROVED<br>Closed by revision 001 PRINA | PRIEBE, NANCY<br>NAVILINE |

AGENCY NAME: ELECTRIC

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |
| 7/28/06 | ON HOLD FOR RESUBMITTAL<br>Only one service is permitted per bldg. unless it meets one of three exceptions. Also needs contractor. | DOLAN, RICHARD |
| 11/28/06 | APPROVED<br>Closed by revision 001 PRINA | PRIEBE, NANCY<br>NAVILINE |

AGENCY NAME: MECHANICAL

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |

CITY OF AURORA
BUILDING & PERMITS
65 WATER ST
AURORA IL 60505

APPLICATION NBR . . : 06-00003529

AGENCY NAME: MECHANICAL

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/28/06 | REGISTERED CONTRACTOR REQ | RITHALER, RON |
| 11/28/06 | APPROVED<br>Closed by revision 001 PRINA | PRIEBE, NANCY<br>NAVILINE |

AGENCY NAME: PLUMBING

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |
| 8/04/06 | DRAWING REVISIONS REQ'D<br>PROVIDE THE NAME AND LICENSE NUMBER OF THE PLUMBING CONTRACTOR and provide a Letter of Intent on company letterhead with the license holders signature, a corporate seal (if incorporated) or notarized (if not incorporated) for all permit applications per the State of Illinois Public Act 094-0132 and the letter shall include the property address and the permit number.<br>A vac. relief valve is required on a water heater when it is mounted above the fixtures or is bottom fed.<br>If there are more than 5 employees working at any one time seperate restrooms for men and women shall be provided. | RAY, AL |
| 11/28/06 | APPROVED<br>Closed by revision 001 PRINA | PRIEBE, NANCY<br>NAVILINE |

AGENCY NAME: FIRE IMPACT FEES

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |
| 11/28/06 | APPROVED | WILLIAMS, GREGG - FIRE |

AGENCY NAME: FIRE PREVENTION BURE

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |
| 8/02/06 | ON HOLD FOR RESUBMITTAL<br>submit hydrant layout plan | WILLIAMS, GREGG - FIRE |
| 11/28/06 | APPROVED<br>Closed by revision 001 PRINA | PRIEBE, NANCY<br>NAVILINE |

CITY OF AURORA
BUILDING & PERMITS
65 WATER ST
AURORA IL 60505

---

APPLICATION NBR . . : 06-00003529

---

AGENCY NAME: FOX METRO WTR RECLAM

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING<br>SUBMIT SEPARATELY TO FOX METRO. UPON PAYMENT OF THEIR FEES PROVIDE BUILDING DEPARTMENT WITH THEIR YELLOW CARD. CONTACT THE ENGINEERING DEPT @ FOX METRO (630)301-6882 | PRIEBE, NANCY |
| 11/13/06 | APPROVED | METZGER, DAWN |

---

AGENCY NAME: HIGHWAY IMPACT TAX

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING<br>PROVIDE COUNTY HIGHWAY IMPACT TAX RECEIPT;<br>FOR DUPAGE COUNTY CONTACT JENNIFER SHANAHAN AT (630)407-6674.<br>FOR KANE COUNTY CONTACT JERRY DICKSON AT (630)845-3799 or dicksonjerry@co.kane.il.us | PRIEBE, NANCY |
| 11/17/06 | APPROVED | MAIR, JANINE |

---

AGENCY NAME: ENGINEERING DEPARTME

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |

NEED ENGINEERING ISSUED STREET ADDRESS. DAN G.(630)844-3620.
NEED APPROVAL FROM THE CITY OF AURORA ENGINEERING DEPARTMENT PETE HAURYKIEWICZ @ (630) 844-3620. 44 E. DOWNER PLACE
ENGINEERING NEEDS AN INDEPENDANT SUBMITTAL OF TWO SETS OF CIVIL ENGINEER STAMPED PLANS AND AN APPLICATION FORM WITH THE FOLLOWING INFORMATION.

| | |
|---|---|
| DEVELOPER / OWNER NAME | PROJECT NAME |
| CONTACT PERSON | ENGINEERING COMPANY |
| ADDRESS,CITY,STATE,ZIP | CONTACT PERSON |
| PHONE#, FAX#, E-MAIL | ADDRESS,CITY,STATE,ZIP |
| | PHONE#, FAX#, E-MAIL |

IN ADDITION WATER ADMINISTRATION PERMIT FEE ASSESMENT OCCURS AFTER ENGINEERING APPROVAL. IF YOU ARE PROVIDING A NEW WATER TAP FOR DOMESTIC OR FIRE THIS FEE WILL BE ASSESED TO YOUR PERMIT SUBSEQUENT TO ENGINEERING APPROVAL.

---

AGENCY NAME: ENGINEERING/WATER FE

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |

CITY OF AURORA
BUILDING & PERMITS
65 WATER ST
AURORA IL 60505

APPLICATION NBR . . : 06-00003529

AGENCY NAME: ENGINEERING/WATER FE

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |

ENGINEERING DIVISION WILL ASSESS ALL WATER FEES DURING THE INITIAL REVIEW

AGENCY NAME: PLAN EXAMINER

| DATE | ACTION | ACTION BY |
|---|---|---|
| 11/28/06 | REVIEW PENDING | PRIEBE, NANCY |
| 12/05/06 | DRAWING REVISIONS REQ'D | SEGGEBRUCH, DAN |

PROVIDE THE NAMES AND LICENSE #'S OF ALL THESE CONTRACTORS PER THE AURORA BUILDING CODE ORD. O01-47 JUNE 05 2001. PLUMBING (116.3), MECHANICAL (116.2), ELECTRICAL (116.6). In addition, the plumbing contractor is required to provide a Letter of Intent on company letterhead with the license holders signature, a corporate seal (if incorporated) or notarized (if not incorporated) for all permit applications per the State of Illinois Public Act 094-0132 and the letter shall include the property address and the permit number.

PROVIDE ENGINEERED BUILDING DRAWINGS PER IBC SECTION 106. DRAWINGS MUST BE STAMPED BY A STATE OF ILLINOIS LICENSED STRUCTURAL ENGINEER OR ARCHITECT - APPLIES TO PRECAST CONCRETE WALL PANEL SHOP DRAWINGS, (2) SETS REQUIRED.

PROVIDE EXIT SIGNS IN COMPLIANCE WITH IBC SECTION 1003.2.10 AND AS OTHERWISE MAY BE REQUIRED PER FIELD INSPECTION.

PROVIDE EMERGENCY LIGHTS IN COMPLIANCE WITH IBC SECTION 1003.2.11 AND NEC ARTICLE 700-16 AND AS OTHERWISE MAY BE REQUIRED PER FIELD INSPECTION - NOTE THAT EXTERIOR EM. LIGHTING REQUIRED AT EXIT DOORS PER IBC 1003.2.11.2.4.

BUILDING AND SITE SIGNS WILL REQUIRE SEPARATE PERMITS.

ALL OTHER PRIOR COMMENTS RESOLVED BY ARCHITECT RESUBMISSION.

AGENCY NAME: FIRE PLAN EXAMINER

| DATE | ACTION | ACTION BY |
|---|---|---|
| 11/28/06 | REVIEW PENDING | PRIEBE, NANCY |
| 12/05/06 | APPROVED | SEGGEBRUCH, DAN |

A SEPARATE PERMIT IS REQUIRED FOR THE INSTALLATION OR RELOCATION OF FIRE SPRINKLERS.

NEW FIRE ALARM NOTIFICATION APPLIANCES WILL BE REQUIRED TO BE INSTALLED TO MEET THE REQUIREMENTS OF THE ILLINOIS ACCESSIBILITY CODE SECTION 400.310(s). A SEPARATE PERMIT

CITY OF AURORA
BUILDING & PERMITS
65 WATER ST
AURORA IL 60505

APPLICATION NBR . . : 06-00003529

AGENCY NAME: FIRE PLAN EXAMINER

| DATE | ACTION | ACTION BY |
|---|---|---|
| 12/05/06 | APPROVED<br>IS REQUIRED FOR THE INSTALLATION OR RELOCATION OF FIRE ALARM DEVICES. | SEGGEBRUCH, DAN |

AGENCY NAME: BUILDING

| DATE | ACTION | ACTION BY |
|---|---|---|
| 11/28/06 | REVIEW PENDING | PRIEBE, NANCY |
| 12/05/06 | APPROVED | SEGGEBRUCH, DAN |

AGENCY NAME: ELECTRIC

| DATE | ACTION | ACTION BY |
|---|---|---|
| 11/28/06 | REVIEW PENDING | PRIEBE, NANCY |
| 12/05/06 | APPROVED | JOHNSON, RANDY |

AGENCY NAME: MECHANICAL

| DATE | ACTION | ACTION BY |
|---|---|---|
| 11/28/06 | REVIEW PENDING | PRIEBE, NANCY |
| 11/29/06 | REGISTERED CONTRACTOR REQ<br>NO HVAC CHANGES UNDER THIS REVISION | YOUNGREN, JERRY |

AGENCY NAME: PLUMBING

| DATE | ACTION | ACTION BY |
|---|---|---|
| 11/28/06 | REVIEW PENDING | PRIEBE, NANCY |
| 11/29/06 | REGISTERED CONTRACTOR REQ<br>PROVIDE THE NAME AND LICENSE NUMBER OF THE PLUMBING CONTRACTOR and provide a Letter of Intent on company letterhead with the license holders signature, a corporate seal (if incorporated) or notarized (if not incorporated) for all permit applications per the State of Illinois Public Act 094-0132 and the letter shall include the property address and the permit number. | THOMPSON, ROBERT |

AGENCY NAME: FIRE PREVENTION BURE

| DATE | ACTION | ACTION BY |
|---|---|---|

DATE: 12/05/06 PLAN REVIEW CORRECTIONS REPORT PAGE 9

CITY OF AURORA
BUILDING & PERMITS
65 WATER ST
AURORA IL 60505

APPLICATION NBR. . . : 06-00003529

AGENCY NAME: FIRE PREVENTION BURE

| DATE | ACTION | ACTION BY |
|---|---|---|
| 11/28/06 | REVIEW PENDING | PRIEBE, NANCY |
| 11/28/06 | APPROVED | WILLIAMS, GREGG - FIRE |

C01196

12/05/2006 TUE 12:34 FAX 630 892 8112 COA BLDGS\FIRE PREV. 001

```
*****************************
***  MULTI TX/RX REPORT  ***
*****************************

JOB NO.            4320
PGS.               10
TX/RX INCOMPLETE   -----
TRANSACTION OK     ( 1)  13126345525
                   ( 2)  13126647558
                   ( 3)  13127078552
ERROR              -----
```

# City of Aurora

12-5-06

Division of Building and Permits • 65 Water Street • Aurora, Illinois 60505-3305 • (630) 892-8088
FAX (630) 892-8112

Daniel F. Seggebruch, AIA
Plan Examiner

| ☐ Owner ☒ Tenant | ☒ Architect / Engineer | ☒ Contractor |
|---|---|---|
| GEMINI OFFICE DEVELOP. | JENSSEN & HALSTEAD | KRAHL CONSTRUCTION |
| ATT: DAINIUS PETRONIS | ATT: DAVID DASTER | ATT: SCOTT MOUSEL |
| | | |
| | | |
| ☒ Fax # (312) 634 - 5525 | ☒ Fax # (312) 664 - 7558 | ☒ Fax # (312) 707 - 8552 |

Dear Building Permit Applicant:

Attached please find a plan review corrections report for your application. The date of the corrections report is indicated in the upper left hand corner of the report. Your application number and job address is indicated within the first pair of dashed lines at the top of the page. All correspondence with the City should reference this application number. The subsequent pairs of dashed lines contain an agency name, date, action, and action by. The corrections / comments from that inspector / agency follow below the dashed lines.

☐ This is a partial corrections report. Any of the following agencies / inspectors indicated as Pending Approval have not yet completed their reviews of your submittal. Completion of these reviews may add items to the next corrections report. Other agencies indicated as pending are outside submittals you must make independent of the submittal we are in receipt of.

| | | |
|---|---|---|
| ☐ Zoning Administration | ☐ Plumbing | ☐ Fire Prevention Bureau |
| ☐ Plan Examiner | ☐ Mechanical | ☐ Engineering Address Issuance |
| ☐ Building | ☐ Electric | ☐ Water Administration |

☐ This is a complete initial review corrections report. These are the remaining items that need to be addressed. All of our agencies / inspectors have accomplished their initial review of your initial submittal.

☒ This is a re-submittal corrections report. These are the remaining items that still need to be addressed. Any corrections report items that haven't changed from previous correction reports represent items, which have not been

C01197



# City of Aurora

9.7.06

Division of Building and Permits • 65 Water Street • Aurora, Illinois 60505-3305 • (630) 892-8088
FAX (630) 892-8112

Daniel F. Seggebruch, AIA
Plan Examiner

☐ Owner ☒ Tenant: GEMINI OFFICE DEVELOP. ATT: DAINIUS PETRONIS — ☒ Fax # (312) 634-5525

☒ Architect / Engineer: JENSEN & HALSTEAD ATT: DAVID DASTUR — ☒ Fax # (312) 664-7558

☒ Contractor: KRAHL CONSTRUCTION ATT: SCOTT MOUSEL — ☒ Fax # (312) 707-8552

Dear Building Permit Applicant:

Attached please find a plan review corrections report for your application. The date of the corrections report is indicated in the upper left hand corner of the report. Your application number and job address is indicated within the first pair of dashed lines at the top of the page. All correspondence with the City should reference this application number. The subsequent pairs of dashed lines contain an agency name, date, action, and action by. The corrections / comments from that inspector / agency follow below the dashed lines.

☐ This is a partial corrections report. Any of the following agencies / inspectors indicated as Pending Approval have not yet completed their reviews of your submittal. Completion of these reviews may add items to the next corrections report. Other agencies indicated as pending are outside submittals you must make independent of the submittal we are in receipt of.

- ☐ Zoning Administration
- ☐ Plan Examiner
- ☐ Building
- ☐ Plumbing
- ☐ Mechanical
- ☐ Electric
- ☐ Fire Prevention Bureau
- ☐ Engineering Address Issuance
- ☐ Water Administration

☒ This is a complete initial review corrections report. These are the remaining items that need to be addressed. All of our agencies / inspectors have accomplished their initial review of your initial submittal.

☐ This is a re-submittal corrections report. These are the remaining items that still need to be addressed. Any corrections report items that haven't changed from previous correction reports represent items, which have not been satisfactorily addressed to date.

When responding to the attached comments, please restate the comment and follow with your response. This will expedite your re-review. Any drawing revisions must be **CLOUDED & TAGGED** as a revision. Approximate re-review for drawings is five (5) working days. If you have questions about your submittal please feel free to call.

Respectfully,

Daniel F Seggebruch

6 Pages follow

DATE: 9/07/06 PLAN REVIEW CORRECTIONS REPORT PAGE 1

CITY OF AURORA
BUILDING & PERMITS
65 WATER ST
AURORA IL 60505

---

APPLICATION NBR . . : 06-00003529
ADDRESS . . . . . . . : 240 N OAKHURST DR
APPLICATION DATE . : 7/27/06
APPLICATION TYPE . . : COM - BUSINESS OFFICES

---

OWNER . . . . . . . . : GEMINI OFFICE DEVELOPMENT
ONE SOUTH WACHER DR #800
CHICAGO IL 60606

CONTRACTOR . . . . . . :

---

AGENCY NAME: PLAN EXAMINER

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |
| 9/07/06 | ON HOLD FOR RESUBMITTAL | SEGGEBRUCH, DAN |

PROVIDE THE NAMES AND LICENSE #'S OF ALL THESE CONTRACTORS PER THE AURORA BUILDING CODE ORD. 001-47 JUNE 05 2001. ~~GENERAL (116.5)~~, PLUMBING (116.3), MECHANICAL (116.2), ELECTRICAL (116.6).

In addition, the plumbing contractor is required to provide a Letter of Intent on company letterhead with the license holders signature, a corporate seal (if incorporated) or notarized (if not incorporated) for all permit applications per the State of Illinois Public Act 094-0132 and the letter shall include the property address and the permit number.

HOLD APPT

PROVIDE COVER SHEET NOTES AS PER CITY OF AURORA BUILDING CODE ORD. 001-47.

ok A. OCCUPANT LOAD PER CHAPTER 10, SECTION 1003 IBC - SHOW OCCUPANT LOAD FOR BUILDING CALCULATED AT THE RATES OF 1 OCC./15 S.F. FOR CONFERENCE/LOUNGE/WAITING AREAS, 1 OCC./100 S.F. FOR ALL BUSINESS AREAS & 1 OCC./300 S.F. FOR ALL MECHANICAL/STORAGE ROOMS. S: 1,743 ¢/300 = 6

530 OCC. TOTAL
6,692 ¢/15 = 380
B: 14,342 ¢/100 = 144

OK B. OCCUPANT LOAD BASED ON THE STATE OF ILLINOIS PLUMBING CODE SECTION 890.810(2) - UNISEX TOILET ROOMS ARE ONLY ALLOWED IN EXCESS OF REQUIRED FACILITIES DESIGNATED FOR MEN & WOMEN WITH ADA/IAC COMPLIANT SIGNAGE. OK

PROVIDE HANDICAPPED ACCESSIBLE ROUTE 1:20 MAX PER THE ILLINOIS ACCESSIBILITY CODE FROM REQUIRED ACCESSIBLE PARKING STALLS TO ACCESSIBLE BUILDING ENTRANCES - THE PARKING LOCATIONS ARE NOT CLEAR ON SITE PLANS. OK

PROVIDE ACCESSIBLE PARKING STALLS 16' WIDE (INCLUDING AISLE) AND 19' DEEP MIN. PER THE ILLINOIS ACCESSIBILITY CODE - DIMENSIONED DETAIL REQUIRED FOR REVIEW WITH YELLOW PAVEMENT MARKINGS AND SIGNAGE LOCATION/MOUNTING INDICATED (NOTE '$250 FINE' SIGN REQUIRED AS OF 1-1-06). OK

PROVIDE 1 HANDICAPPED PARKING SPACE/EACH 25 (OR PORTION OF) STANDARD SPACES PER THE ILLINOIS ACCESSIBILITY CODE OR OK

CITY OF AURORA
BUILDING & PERMITS
65 WATER ST
AURORA IL 60505

---

APPLICATION NBR . . : 06-00003529

---

AGENCY NAME: PLAN EXAMINER

DATE ACTION ACTION BY

---

9/07/06 ON HOLD FOR RESUBMITTAL SEGGEBRUCH, DAN

INDICATE IF 10% ACCESSIBLE PARKING REQUIREMENT PER IAC 400.310.c.6 IS REQUIRED AND MET IN PARKING LAYOUT. ok

PROVIDE HANDICAPPED CURB RAMP PER ANSI DETAILS 4.27 AND THE ILLINOIS ACCESSIBILITY CODE - LOCATIONS NOT INDICATED ON SITE PLANS. ok

Materials in noncombustible buildings must comply with IBC Section 603 - PLYWOOD MANSARD ROOF SHEATHING MUST BE FRT (FIRE RETARDANT TREATED) AT DETAILS 3-4-5/A6.1. ok

PROVIDE FIREBLOCKING WITHIN CONCEALED SPACES OF EXTERIOR ARCHITECTURAL TRIM AT 20' INTERVALS IN COMPLIANCE WITH IBC SECTION 716.2.6 - APPLIES TO MANSARD ROOF DETAILS 3-4-5/A6.1. NA

PROVIDE HANDICAPPED MANUVERING CLEARANCES AT DOORS PER ILLINOIS ACCESSIBILITY CODE. 18" CLEAR REQUIRED ON PULL SIDE PER IAC ILLUSTRATION B, FIG. 25 - APPLIES TO DOOR FROM PASSAGE 258 TO NURSE STATION 256 AND DOOR FROM PASSAGE 144 TO STORAGE/MEDS 130. ok

PROVIDE HANDICAP ACCESSIBLE SHOWER STALLS IN COMPLIANCE WITH THE ILLINOIS ACCESSIBILITY CODE, SECTION 400.310(O)(8)(B) AND FIGURES 35, 36, AND 37 - APPLIES TO TOILET/SHOWER 127 DETAIL 20/A9.1, NO CURB ALLOWED PER IAC 400.310.o.8.B.vi. ok

PROVIDE HANDICAP ACCESSIBLE WORK COUNTER PER ILLINOIS ACCESSIBILITY CODE SECTION 400.310(W) - MAX. 34" AFF RIM HEIGHT REQUIRED FOR COUNTER/SINK (48" PARALLEL APPROACH) AT CONFERENCE 110/BLOOD DRAW 115/214/EXAM 117-119-120-121-122-217-218/UTILITY 225-251-252/PROCEDURE 242-244-246-248 AS PER IAC 400.320.d.1.E. ok

PROVIDE HANDICAP ACCESSIBLE LOCKERS IN THE NUMBER AND DESIGN AS REQUIRED PER THE ILLINOIS ACCESSIBILITY CODE, SECTION 400.310(P) - APPLIES TO LOCKERS 126, MIN. 5% REQUIRED. ok

PROVIDE HANDICAP ACCESSIBLE SEAT IN COMPLIANCE WITH THE ILLINOIS ACCESSIBILITY CODE SECTION 400.320.c - APPLIES TO CHANGING ROOMS 243/245/247/249, MIN. 5% REQUIRED OF TOTAL. ok

Provide life safety egress plan with analysis of egress capacity width per occupant load served and travel distances per IBC Section 1003, IBC Table 1003.2.3, IBC Section 1004, IBC Section 1006. ok

PROVIDE REMOTE EXITS IN COMPLIANCE WITH IBC SECTION 1004.2.2.1 - APPLIES TO CONFERENCE 110 PER FOLLOWING COMMENT AND LIFE SAFETY EGRESS PLAN. ok

PROVIDE MINIMUM NUMBER OF EXITS AS REQUIRED PER IBC SECTION 1005 - INDICATE THAT CONFERENCE MEETS REQUIREMENTS AS A SPACE WITH ONE (1) MEANS OF EGRESS PER IAC 1004.2.1 OR ADD SECOND EXIT PER LIFE SAFETY EGRESS PLAN. ok

CITY OF AURORA
BUILDING & PERMITS
65 WATER ST
AURORA IL 60505

APPLICATION NBR . . : 06-00003529

AGENCY NAME: PLAN EXAMINER

| DATE | ACTION | ACTION BY |
|---|---|---|
| 9/07/06 | ON HOLD FOR RESUBMITTAL | SEGGEBRUCH, DAN |

DOORS SHALL SWING IN THE DIRECTION OF EGRESS TRAVEL WHERE SERVING AN OCCUPANT LOAD OF 50 OR MORE PERSONS IN COMPLIANCE WITH IBC SECTION 1003.3.1.2 - APPLIES TO DOOR FROM WAITING 202 TO PASSAGE 259 OR 262 DUE TO OCCUPANT LOAD SERVED IN EXCESS OF FIFTY (50). ok

PROVIDE EXIT SIGNS IN COMPLIANCE WITH IBC SECTION 1003.2.10 AND AS OTHERWISE MAY BE REQUIRED BY EGRESS REVISIONS PER LIFE SAFETY EGRESS PLAN. J320-Y

PROVIDE EMERGENCY LIGHTS IN COMPLIANCE WITH IBC SECTION 1003.2.11 AND NEC ARTICLE 700-16 AND AS OTHERWISE MAY BE REQUIRED BY EGRESS REVISIONS PER LIFE SAFETY EGRESS PLAN. NOTE THAT EXTERIOR EM. LIGHTING REQUIRED AT EXIT DOORS PER IBC 1003.2.11.2.4. J324-Y

PROVIDE ENGINEERED BUILDING DRAWINGS PER IBC SECTION 106. DRAWINGS MUST BE STAMPED BY A STATE OF ILLINOIS LICENSED STRUCTURAL ENGINEER OR ARCHITECT - APPLIES TO PRECAST CONCRETE WALL PANEL SHOP DRAWINGS. APBD-HOLD

SUBMIT TWO COPIES OF A FOUNDATION AND SOILS INVESTIGATION PER IBC SECTION 1802. ok

INDICATE THAT PROJECT MEETS REQUIREMENTS OF 2006 ILLINOIS ENERGY CONSERVATION CODE BY SUBMISSION OF 'COMCHECK' REPORT OR ALTERNATE METHOD.

BUILDING AND SITE SIGNS WILL REQUIRE SEPARATE PERMITS. ASG-Y

AGENCY NAME: FIRE PLAN EXAMINER

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |
| 9/06/06 | DRAWING REVISIONS REQ'D | BUENGER, MIKE |

1)Provide civil engineering drawings showing the location of all fire hydrants with in 500 feet of the proposed building. 2-Hydrants are needed with in 300 feet of all areas of the building and 2 additional hydrants are needed with in 500 feet of the building for a total of 4 hydrants. Aurora City Ordinance, Section 17-111

2)A separate permit is required for the installation of fire alarm appliances.

3) A separate permit is required for the installation of fire sprinklers.

AGENCY NAME: ZONING

| DATE | ACTION | ACTION BY |
|---|---|---|

CITY OF AURORA
BUILDING & PERMITS
65 WATER ST
AURORA IL 60505

APPLICATION NBR . . : 06-00003529

AGENCY NAME: ZONING

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |
| 8/03/06 | ON HOLD FOR RESUBMITTAL<br>Held pending final plan approval from P & D Committee. | CONNOLLY, DAVID |

AGENCY NAME: BUILDING

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |
| 8/01/06 | ON HOLD FOR RESUBMITTAL<br>Waiting room 202 needs proper second exit. Need to verify hardware for front double leaf doors (no flush bolts). | JOHNSON, DOUG |

AGENCY NAME: ELECTRIC

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |
| 7/28/06 | ON HOLD FOR RESUBMITTAL<br>Only one service is permitted per bldg. unless it meets one of three exceptions. Also needs contractor. | DOLAN, RICHARD |

AGENCY NAME: MECHANICAL

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |
| 7/28/06 | REGISTERED CONTRACTOR REQ | RITHALER, RON |

AGENCY NAME: PLUMBING

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |
| 8/04/06 | DRAWING REVISIONS REQ'D<br>PROVIDE THE NAME AND LICENSE NUMBER OF THE PLUMBING CONTRACTOR and provide a Letter of Intent on company letterhead with the license holders signature, a corporate seal (if incorporated) or notarized (if not incorporated) for all permit applications per the State of Illinois Public Act 094-0132 and the letter shall | RAY, AL |

CITY OF AURORA
BUILDING & PERMITS
65 WATER ST
AURORA IL 60505

APPLICATION NBR . . : 06-00003529

AGENCY NAME: PLUMBING

| DATE | ACTION | ACTION BY |
|---|---|---|
| 8/04/06 | DRAWING REVISIONS REQ'D | RAY, AL |

include the property address and the permit number.
A vac. relief valve is required on a water heater when it is mounted above the fixtures or is bottom fed.
If there are more than 5 employees working at any one time seperate restrooms for men and women shall be provided.

AGENCY NAME: FIRE IMPACT FEES

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |

AGENCY NAME: FIRE PREVENTION BURE

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |
| 8/02/06 | ON HOLD FOR RESUBMITTAL | WILLIAMS, GREGG - FIRE |

submit hydrant layout plan

AGENCY NAME: FOX METRO WTR RECLAM

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |

SUBMIT SEPARATELY TO FOX METRO. UPON PAYMENT OF THEIR FEES
PROVIDE BUILDING DEPARTMENT WITH THEIR YELLOW CARD.
CONTACT THE ENGINEERING DEPT @ FOX METRO (630)301-6882

AGENCY NAME: HIGHWAY IMPACT TAX

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |

PROVIDE COUNTY HIGHWAY IMPACT TAX RECEIPT;
FOR DUPAGE COUNTY CONTACT JENNIFER SHANAHAN AT (630)407-6674.
FOR KANE COUNTY CONTACT JERRY DICKSON AT (630)845-3799 or dicksonjerry@co.kane.il.us

AGENCY NAME: ENGINEERING DEPARTME

| DATE | ACTION | ACTION BY |
|---|---|---|

CITY OF AURORA
BUILDING & PERMITS
65 WATER ST
AURORA IL 60505

---

APPLICATION NBR . . : 06-00003529

---

AGENCY NAME: ENGINEERING DEPARTME

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |

NEED ENGINEERING ISSUED STREET ADDRESS. DAN G.(630)844-3620.
NEED APPROVAL FROM THE CITY OF AURORA ENGINEERING DEPARTMENT PETE HAURYKIEWICZ @ (630) 844-3620. 44 E. DOWNER PLACE
ENGINEERING NEEDS AN INDEPENDANT SUBMITTAL OF TWO SETS OF CIVIL ENGINEER STAMPED PLANS AND AN APPLICATION FORM WITH THE FOLLOWING INFORMATION.

| | |
|---|---|
| DEVELOPER / OWNER NAME | PROJECT NAME |
| CONTACT PERSON | ENGINEERING COMPANY |
| ADDRESS,CITY,STATE,ZIP | CONTACT PERSON |
| PHONE#, FAX#, E-MAIL | ADDRESS,CITY,STATE,ZIP |
| | PHONE#, FAX#, E-MAIL |

IN ADDITION WATER ADMINISTRATION PERMIT FEE ASSESMENT OCCURS AFTER ENGINEERING APPROVAL. IF YOU ARE PROVIDING A NEW WATER TAP FOR DOMESTIC OR FIRE THIS FEE WILL BE ASSESED TO YOUR PERMIT SUBSEQUENT TO ENGINEERING APPROVAL.

---

AGENCY NAME: ENGINEERING/WATER FE

| DATE | ACTION | ACTION BY |
|---|---|---|
| 7/27/06 | REVIEW PENDING | PRIEBE, NANCY |

ENGINEERING DIVISION WILL ASSESS ALL WATER FEES DURING THE INITIAL REVIEW

09/07/2006 THU 12:45 FAX 630 892 8112 COA BLDGS\FIRE PREV. 001

*****************************
*** MULTI TX/RX REPORT ***
*****************************

| | | |
|---|---|---|
| JOB NO. | 3383 | |
| PGS. | 7 | |
| TX/RX INCOMPLETE | ----- | |
| TRANSACTION OK | ( 1) | 13126345525 |
| | ( 2) | 13126647558 |
| | ( 3) | 13127078552 |
| ERROR | ----- | |

# City of Aurora

9.7.06

Division of Building and Permits • 65 Water Street • Aurora, Illinois 60505-3305 • (630) 892-8088
FAX (630) 892-8112

Daniel F. Seggebruch, AIA
Plan Examiner

| ☐ Owner ☒ Tenant | ☒ Architect / Engineer | ☒ Contractor |
|---|---|---|
| GEMINI OFFICE DEVELOP. | JENSEN & HALSTEAD | KRAHL CONSTRUCTION |
| ATT: DAINIUS PETRONIS | ATT: DAVID DASTUR | ATT: SCOTT MOUSEL |
| | | |
| | | |
| ☒ Fax # (312) 634-5525 | ☒ Fax # (312) 664-7558 | ☒ Fax # (312) 707-8552 |

Dear Building Permit Applicant:

Attached please find a plan review corrections report for your application. The date of the corrections report is indicated in the upper left hand corner of the report. Your application number and job address is indicated within the first pair of dashed lines at the top of the page. All correspondence with the City should reference this application number. The subsequent pairs of dashed lines contain an agency name, date, action, and action by. The corrections / comments from that inspector / agency follow below the dashed lines.

☐ This is a partial corrections report. Any of the following agencies / inspectors indicated as Pending Approval have not yet completed their reviews of your submittal. Completion of these reviews may add items to the next corrections report. Other agencies indicated as pending are outside submittals you must make independent of the submittal we are in receipt of.

| | | |
|---|---|---|
| ☐ Zoning Administration | ☐ Plumbing | ☐ Fire Prevention Bureau |
| ☐ Plan Examiner | ☐ Mechanical | ☐ Engineering Address Issuance |
| ☐ Building | ☐ Electric | ☐ Water Administration |

☒ This is a complete initial review corrections report. These are the remaining items that need to be addressed. All of our agencies / inspectors have accomplished their initial review of your initial submittal.

☐ This is a re-submittal corrections report. These are the remaining items that still need to be addressed. Any corrections report items that haven't changed from previous correction reports represent items, which have not been



MORRIS
ENGINEERING INC

Civil Engineering Consulting & Surveying

5100 S. Lincoln • Suite 100 • Lisle, IL 60532 • (630) 271-0770 • (630) 271-0774 Fax

November 29, 2006

06.-3529. C-BU
240 N OAKHURST DR
GEMINI OFFICE
GEMINI OFFICE DEVELOPMENT R1

Mr. Daniel Seggebruch
Building Department
City of Aurora
65 Water Street
Aurora, Illinois 60505

RE: Gemini Office Development
240 North Oakhurst Drive
Aurora, IL
Aurora Application No. 06-00003529
MEI Project No. 06-PR-5004

Dear Mr. Seggebruch:

Following are our responses to your comment letter dated 09/07/06. Our responses are **bolded** and *italicized.*

1. Provide handicapped accessible route 1:20 maximum per the Illinois Accessibility Code from required accessible parking stalls to accessible building entrances – the parking locations are not clear on site plans.

   ***Handicapped accessible route is shown at the main entrance at 2.0%, which is after the ramp. Refer to Sheet C2.0.***

2. Provide accessible parking stalls 16' wide (including aisle) and 19' deep minimum per the Illinois Accessibility Code – dimensioned detail required for review with yellow pavement markings and signage location/mounting indicated (note '$250 Fine' sign required as of 01/01/06).

   ***Proposed accessible parking stalls are 18' wide (including aisle) and 19' deep. Please refer to Sheet C-3.0 detail with regard to pavement markings, sign location, and fire.***

3. Provide 1 handicapped parking space/each 25 (or portion of) standard spaces per the Illinois Accessibility Code or indicate if 10% accessible parking requirement per IAC 400.310.c.6 is required and met in parking layout.

   ***Another handicapped parking space was added, as required.***

4. Provide handicapped curb ramp per ANSI details 4.27 and the Illinois Accessibility Code – locations not indicated on site plans.

   ***Locations of the handicapped curb ramp were added in the plan. Please refer to Sheet C1.0***

Should there be any questions regarding the above, please do not hesitate in contacting me at 1 (630) 271-0770 Ext. 105.

Sincerely,

Jon V. Vaznelis
Project Manager

JVV:pjo

cc: Mr. Kristos Tsogas, Jensen & Halsted Ltd.
Mr. Thomas W. Lehman, Partners in Development

Enclosures

JENSEN & HALSTEAD LTD.

**06.-3529. C-BU**

**240 N OAKHURST DR**
GEMINI OFFICE
GEMINI OFFICE DEVELOPMENT
R1

N ɜmbı 22, 2006

D el F. ꞩeggebruch
F Exa· iiner
C ɔf Aı. ora
D ion ‹ ˈ Building and Permits
D ɜrtmı ·ıt of Community Development
6 /ateı ꞩtreet
A ra, Il ıois 60505

R G⁻mini Office Development
J&⁻H Project No. 25151
Aı ɔlication No. 06-00003529

D Mr. ⁻eggebruch,

P ɜe fi⁻d an item-by-item response to your Plans Review Corrections Report cc· nent⁻ dated September 7, 2006.

**P⁻ ·N EXAMINER- Seggebruch, Dan**

P·ꞇ VIDE THE NAMES AND LICENSE #'S OF ALL THESE CONTRACTORS PER TH AUR·ORA BUILDING CODE ORD. 001-47 JUNE 05 2001. GENERAL (116.5), P⁻ ·/IBING (116.3), MECHANICAL (116.2), ELECTRICAL (116.6).

In addition, the plumbing contractor is required to provide a Letter of Intent on company letterhead with the license holders signature, a corporate seal (if incorporated) or notarized (if not incorporated) for all permit applications per the State of Illinois Public Act 094-0132 and the letter shall include the property address and the permit number.

*Response: The General Contractor will provide this information when the contract is awarded.*

A HISTORY OF INNOVATION IN ARCHITECTURE

358 West Ontario Street
Chicago, Illinois 60610

T 312.664.7557 F 312.664.7558
www.jensenandhalstead.com

David K. Dastur AIA
Senior Principal

Francisco Rosas CSI
Senior Principal

Glenn D. Seerup AIA
Principal