

PROVIDE COVER SHEET NOTES AS PER THE CITY OF AURORA BUILDING CODE ORD. 001-47.

A.      Occupant load per Chapter 10, Section 1003 IBC – Show occupant load for building calculated at the rates of 1 OCC./15 S.F. for Conference/Lounge/Waiting Areas, 1 OCC./100 S.F. for all business areas and 1 OCC./300 S.F. for all Mechanical/Storage Rooms.

*Response:*

1.   *Conference/Lounge/Waiting Areas = 5,692 s.f.*
     *5.692 s.f. ÷ 15 s.f. per occ. =*                    *380 occupants*
2.   *Business Areas = 14,342 s.f.*
     *14,342 s.f. ÷ 100 s.f. per occ. =*                 *144 occupants*
3.   *Mechanical/Storage Rooms = 1,743 s.f.*
     *1,743 s.f. ÷ 300 s.f. per occ. =*                   *6 occupants*

     *Total Occupants:*                                     *530 occupants*

*Please note that code sheet drawing has been revised. Copy is attached.*

B.      Occupant load based on the State of Illinois Plumbing Code Section 890.810 (2) – Unisex toilet rooms are only allowed in excess of required facilities designated for men and women with ADA/IAC compliant signage.

*Response: The total number of required toilets for each sex is six (6). Please note that floor plan drawing A.10 has been revised to designate (6) male and (6) female toilets. Copy is attached.*

Materials in noncombustible buildings must comply with IBC Section 603 – PLYWOOD MANSARD ROOF SHEATHING MUST BE FRT (FIRE RETARDANT TREATED) AT DETAILS 3-4-5/A6.1.

*Response: Mansard roof sheathing is revised to be fire retardant treated and wood nailers and wood blocking will be fire retardant treated as well as shown on Sheet A6.1, Revision No. 2, dated 11/21/06. Copy is attached.*

Provide fireblocking within concealed spaces of exterior Architectural trim at 20' intervals in compliance with IBC Section 716.2.6 – Applies to mansard roof details 3-4-5/A6.1.

> *Response: Wall sections 3/A6.1, 10/A6.1 and 3/A6.2 have been modified to show exterior gypsum board on the face of the exterior wall. By doing this, the building qualifies for exception No. 2, 2.3 and does not require the fire blocking at 20' intervals.*

Provide handicapped maneuvering clearances at doors per Illinois Accessibility Code. 18" clear required on pull slide per IAC Illustration B, Fig. 25 – Applies to door from Passage 258 to Nurse Station 256 and door from Passage 144 to Storage/Meds 130.

> *Response: The required 18" clearance on the pull side of the door has been provided to doors from Passage 258 to Nurse Station 256 and door from Passage 144 to Storage/Meds 130, as shown on Sheet A3.0, Revision No. 2, dated 11/21/06. Copy is attached.*

Provide handicap accessible shower stalls in compliance with the Illinois Accessibility Code, Section 400.310 (O0 (8) (B) and figures 35, 36, and 37 – Applies to Toilet/Shower 127 Detail 20/A9.1. No curb allowed per IAC 400.310.o.8.B.vi.

> *Response: The new pre-fabricated handicap accessible shower specified will not have a curb. It will be installed with the base in a recessed concrete floor slab to eliminate the curb.*

Provide handicapped accessible work counter per Illinois Accessibility Code Section 400.310(w) – max. 34" AFF RIM height required for Counter/Sink (48" parallel approach) At Conference 110/Blood Draw 115/214/Exam 117-119-120-121-122-217-218/Utility 225-251-252/Procedure 242-244-246-248 as per IAC 400.320.d.1.E.

> *Response: See Sheet A8.0, Revision No. 1, dated 11/21/06 and Sheet A3.0, Revision No. 1, dated 11/21/06. Copy is attached.*



Provide handicap accessible lockers in the number and design as required per the Illinois Accessibility Code, Section 400.310(p) – Applies to Lockers 126, min. 5% required.

*Response: Two (2) handicap accessible lockers are provided in Lockers 126. See Sheet A3.0, revision No. 2, dated 11/21/06. Copy is attached.*

Provide handicap accessible seat in compliance with the Illinois Accessibility Code, Section 400.320 – Applies to Changing Rooms 243/245/247/249, min. 5% required of total.

*Response: Changing Room 249 will be designate handicap accessible with 24" wide seat in compliance with the Illinois Accessibility Code, Section 400.320. (4 changing rooms X .05 = 2, therefore 1.) Copy is attached.*

Provide Life Safety Egress Plan with analysis of egress capacity width per occupant load served and travel distances per IBC Section 1003, IBC Table 1003.2.3, IBC Section 1004, IBC Section 1006.

*Response: Total Occupants please note that drawing A-1.0 has been revised. Copy is attached.*

Provide remote exits in compliance with IBC Section 1004.2.2.1 – Applies to Conference 110 per following comment and Life Safety Egress Plan.

*Response: A second exit was added to Conference 110 as shown on Sheet A3.0, Revision No. 1, and Sheet A1.0, Revision No. 1, dated 11/21/06. Copy is attached.*

Provide minimum number of exits as required per IBC Section 1005 – Indicate that Conference meets requirements as a space with one (1) means of egress per IAC 1004.2.1 or add second exit per Life Safety Egress Plan.

*Response: A second exit is added for Conference 110. 866 s.f. / 15 s.f. = 58 See Sheet A1.0, Revision No. 1, dated 11/21/06. Copy is attached.*



A HISTORY OF INNOVATION IN ARCHITECTURE

Doors shall swing in the direction of egress travel where serving an occupant load of 50 or more persons in compliance with IBC Section 1003.3.1.2 – Applies to door from Waiting 202 to Passage 259 or 262 due to occupant load served in excess of fifty (50).

> *Response: Doors from Waiting 202 to Passage 262 swings in the direction of travel as shown on Sheet A3.0, Revision No. 2, dated 11/21/06 Copy is attached.*

Provide exit signs in compliance with IBC Section 1003.2.10 and as otherwise may be required by egress revisions per the Life Safety Egress Plan.

> *Response: Please note that drawing E-1 has been revised. Copy is attached.*

Provide emergency lights in compliance with IBC Section 1003.2.11 and NEC Article 700-16 and as otherwise may be required by egress revisions per Life Safety Egress Plan. Note that Exterior EM. Lighting required at exit doors per IBC 1003.2.11.2.4.

> *Response: Please note that the exterior exit lights are in compliance. Drawing E-1 shows connection to the MDP panel that is connected to the emergency transformer.*

Provide engineered building drawings per IBC Section 106. Drawings must be stamped by a State of Illinois Licensed Structural Engineer or Architect – Applies to precast concrete wall panel shop drawings.

> *Response: Shop Drawings will be required to be stamped by a State of Illinois Licensed structural Engineer. Reviewed shop drawings will be submitted as soon as they are available.*

Submit two copies of a foundation and soils investigation per IBC Section 1802.

> *Response: Attached are two (2) copies of foundation and soils investigation.*

Indicate that project meets requirements of 2006 Illinois Energy Conservation Code by submission of "COMCHECK" report or alternate method.

*Response: Please see attached calculations.*

Building and site signs will require separate permits.

*Response: Separate permits will be obtained.*

**FIRE PLAN EXAMINER- Buenger, Mike**

1. Provide Civil Engineering drawings showing the location of all fire hydrants within 500 feet of the proposed building. 2-Hydrants are needed within 300 feet of all areas of the building and 2 additional hydrants are needed within 500 feet of the building for a total of 4 hydrants. Aurora City Ordinance, Section 17-111.

   *Response: Please see attached Fire Hydrant Location Exhibit Sheet 1, dated 10/6/06.*

2. A separate permit is required for the installation of fire alarm appliances.

   *Response: A separate permit will be applied for.*

3. A separate permit is required for the installation of fire sprinklers.

   *Response: A separate permit will be applied for.*



A HISTORY OF INNOVATION IN ARCHITECTURE

**BUILDING- Johnson, Doug**

Waiting Room 202 needs proper second exit. Need to verify hardware for front double leaf doors (no flush bolts).

> *Response: Door from Passage 252 to Passage 262 will be the second exit from Waiting Room 202. See Sheet A3.0, Revision No. 2, dated 11/21/06 and hardware set 18 for front double leaf doors, Revision No. 2, dated 11/21/06. Copy is attached.*

**ELECTRIC- Dolan, Richard**

Only one service is permitted per building unless it meets one of three exceptions. Also needs Contractor.

> *Response: In addition to the regular electrical service, we have shown a rate 6, Rider 25 electrical service for the electric heating in the building. Commonwealth Edison confirmed that the electric heat rate is still available.*

**MECHANICAL- Rithaler, Don**

Registered Contractor required.

> *Response: The general contractor will provide documentation in accordance with this requirement.*

**PLUMBING- Ray, Al**

DRAWING REVISIONS REQUIRED.
PROVIDE THE NAME AND LICENSE NUMBER OF THE PLUMBING CONTRACTOR and provide a Letter of Intent on company letterhead with the license holders signature, a corporate seal (if incorporated) or notarized (if not incorporated) for all permit applications per the State of Illinois Public Act 094-0132 and the letter shall include a property address and the permit number. A vac. Relief valve is required on a water heater when it is mounted above the fixtures or is bottom fed. If there are

more than 5 employees working at any one time separate restrooms for men and women shall be provided.

*Response: Please note that drawing P4 has been revised. Copy is attached.*

## FIRE PREVENTION BUREAU- Williams, Gregg

Submit hydrant layout plan.

*Response: See attached plan.*

## FOX METRO WTR RECALM

Submit separately to Fox Metro. Upon payment of their fees provide building department with their yellow card. Contact the Engineering Dept. @ Fox Metro (630) 301-6882.

*Response: Yellow card submitted to Aurora on 11/13/06.*

## HIGHWAY IMPACT TAX

Provide County Highway Impact Tax receipt:
For DuPage County contact Jennifer Shanahan at (630) 407-6674.
For Kane County contact Jerry Dickson at (630) 845-3799 or dicksonjerry@co.kane.il.us

*Response: The tax receipt was submitted as part of a separate submission.*

## ENGINEERING DEPARTMENT

Need engineering issued street address. Dan G. (630) 844-3620.

*Response: The issued address is 240 N. Oakhurst*

Need approval from the City of Aurora Engineering Department
Pete Haurykiewicz @ (630) 844-3620. 44 E. Downer Place

*Response: Approval will be procured.*

Engineering needs an independent submittal of two sets of Civil Engineer stamped plans and an application form with the following information:

| | |
|---|---|
| Developer / Owner Name | Project Name |
| Contact Person | Engineering Company |
| Address, City, State, ZIP | Contact Person |
| Phone#, Fax#, e-mail | Address, City, State, Zip |
| | Phone#, Fax#, e-mail |

*Response: Submitted under separate cover.*

IN ADDITION WATER ADMINISTRATION PERMIT FEE ASSESSMENT OCCURS AFTER ENGINEERING APPROVAL. IF YOU ARE PROVIDING A NEW WATER TAP FOR DOMESTIC OR FIRE THIS FEE WILL BE ASSESSED TO YOUR PERMIT SUBSEQUENT TO ENGINEERING APPROVAL.

**ENGINEERING / WATER FEE**

Engineering division will asses all water fees during the initial review.

*Response: Payment will be made when fee is established.*

Sincerely,

**Jensen & Halstead, Ltd.**

David K Dastur

DKD/ng

cc:

001217

2000 INTERNATIONAL ENERGY CONSERVATION CODE

2000 INTERNATIONA FIRE CODE

2000 NFPA LIFE SAFETY CODE

1997 ILLINOIS ACCESSIBILITY CODE (IAC)

1991 AMERICANS WITH DISABILITIES ACT (ADA)

2. OCCUPANCY USE:

GROUP B - BUSINESS
CHAPTER 20 NFPA

3. CONSTRUCTION TYPE:

TYPE 2B
TYPE II (000) NFPA

4. BUILDING IS FULLY SPRINKLERED

5. SQUARE FOOTAGE:

ALLOWED:  109,250
ACTUAL:    21,777

1

6. OCCUPANCY LOAD  CALCULATIONS:  IBC
FLOOR AREA = 21,777 S.F.

CONFERENCE/LOUNGE/WAITING AREAS = 5692 S.F.
5692 S.F./15 S.F. PER OCCUPANT  =  380
BUSINESS AREAS = 14342 S.F.
14342 S.F./100 S.F. PER OCCUPANT = 144
MECHANICAL/STORAGE ROOMS = 1743 S.F.
1743 S.F./300 S.F. PER OCCUPANT = 6

TOTAL OCCUPANTS = 530

REQUIRED EGRESS WIDTH: 530 OCCUPANTS x .15" = 79.5"
MEANS OF EGRESS................................................ 192" PROVIDED,
(4 PROVIDED, EACH A MINIMUM OF 36")

7. DESIGN LIVE AND DEAD LOADS:

LIVE LOAD:   30 PSF  PLUS SNOW BUILDUP
ROOF DEAD LOAD:  20 PSF

8. ILLINOIS PLUMBING OCC. LOAD CALC:

LOAD CALC:  109

PRAIRIE POINT
CENTER

| Permit # |
| --- |
| Permit Date |

 **COM***check* **Software Version 3.2.1**

# Envelope Compliance Certificate

## 2001 IECC

Report Date: 11/27/06
Data filename: P:\MPG25012\Admin\Health-Safety\Permits\Building Envelope2.cck

## Section 1: Project Information

Project Title: Gemini Office Development

Construction Site:            Owner/Agent:                  Designer/Contractor:
Oakhurst Sr.                  Gemini Office Development
Aurora, IL

## Section 2: General Information

Building Location (for weather data):        **Aurora, Illinois**
Climate Zone:                                **14b**
Heating Degree Days (base 65 degrees F):     **6699**
Cooling Degree Days (base 65 degrees F):     **702**
Project Type:                                **New Construction**
Vertical Glazing / Wall Area Pct.:           **7%**

**Building Type**                            **Floor Area**
Office                                       21750

## Section 3: Requirements Checklist

**Envelope PASSES: Design 33% better than code.**

### Climate-Specific Requirements:

| Component Name/Description | Gross Area or Perimeter | Cavity R-Value | Cont. R-Value | Proposed U-Factor | Budget U-Factor |
| --- | --- | --- | --- | --- | --- |
| Roof 1: Non-Wood Joist/Rafter/Truss | 21750 | 0.0 | 30.0 | 0.032 | 0.053 |
| Exterior Wall 1: Solid Concrete or Masonry <= 8", Furring: Metal | 8779 | 0.0 | 13.0 | 0.067 | 0.081 |
| Window 1: Metal Frame:Double Pane with Low-E, Tinted, SHGC 2.00, PF 1.00 | 475 | — | — | 0.350 | 0.556 |
| Door 1: Solid | 124 | — | — | 0.400 | 0.129 |
| Door 2: Glass, Tinted, SHGC 2.00 | 124 | — | — | 0.350 | 0.556 |
| Floor 1: Slab-On-Grade:Unheated, Horizontal 3 ft. | 644 | — | — | 2.0 | — |

(a) Budget U-factors are used for software baseline calculations ONLY, and are not code requirements.

### Air Leakage, Component Certification, and Vapor Retarder Requirements:

☑ 1. All joints and penetrations are caulked, gasketed or covered with a moisture vapor-permeable wrapping material installed in accordance with the manufacturer's installation instructions.
☑ 2. Windows, doors, and skylights certified as meeting leakage requirements.
☑ 3. Component R-values & U-factors labeled as certified.
☑ 4. Insulation installed according to manufacturer's instructions, in substantial contact with the surface being insulated, and in a manner that achieves the rated R-value without compressing the insulation.

Gemini Office Development                                                      Page 1 of 2

C01219

NA  ☐ 5.  Stair, elevator shaft vents, and other dampers integral to the building envelope are equipped with motorized dampers.
NA  ☐ 6.  Cargo doors and loading dock doors are weather sealed.
    ☐ 7.  Recessed lighting fixtures are: (i) Type IC rated and sealed or gasketed; or (ii) installed inside an appropriate air-tight assembly with a 0.5 inch clearance from combustible materials and with 3 inches clearance from insulation material.
    ☒ 8.  Building entrance doors have a vestibule and equipped with closing devices.
           Exceptions:
               Building entrances with revolving doors.
               Doors that open directly from a space less than 3000 sq. ft. in area.
    ☒ 9.  Vapor retarder installed.

## Section 4: Compliance Statement

*Compliance Statement:* The proposed envelope design represented in this document is consistent with the building plans, specifications and other calculations submitted with this permit application. The proposed envelope system has been designed to meet the 2001 IECC, Chapter 8, requirements in COMcheck Version 3.2.1 and to comply with the mandatory requirements in the Requirements Checklist.

DAVID K. DASTUR                    _David K Dastur_                    11/27/06
Principal Envelope Designer-Name   Signature                          Date

001220



**Civil Engineering Consulting & Surveying**

5100 Lincoln Ave • Suite 100 • Lisle, IL 60532-2119 • 1 (630) 271-0770 • 1 (630) 271-0774 Fax

**Project File No.  06-PR-5004**

cc: Client ☒    Accounting  ☒   File ☒

**Method of Delivery:**  USPS

Client Notified Ready for Pick-up

| | Date | Initials |

### LETTER OF TRANSMITTAL

| To: | Christine Scholl | **Date:** | January 2, 2007 |
|---|---|---|---|
| | City of Aurora | | |
| | Building Department | **RE:** | Revision 7 of east and west side of building |
| | 65 Water Street | | Gemini Outpatient Facility |
| | Aurora, IL 60505 | | 240 N Oakhurst Dr, Aurora, IL |

**Documents Enclosed:**

| Quantity | Date | No. | Document Title |
|---|---|---|---|
| 2 | 01/02/07 | 2 pgs | Revision 7 of east and west side of building (executed originals)<br>1 - 24" x 36" *<br>1 - 8 1/2" x 11" |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Comments:** NOTE: * While you did not require a 24" x 36" printout, since our drafter printed one I thought I would send it along.  If you do not want it, it can be discarded.

cc: Mr. Kristos Tsogas, Jensen & Halsted Ltd. (with enclosure)
    Mr. Thomas W. Lehman, Partners in Development (with enclosure)

**From:**  Jon V. Vaznelis, Ext. 105        **Pick-up Date:** _____
        Project Manager

                **Pick-up By:** _____

C01221

# MORRIS
## ENGINEERING INC

Civil Engineering Consulting & Surveying

4100 Lincoln Ave • Suite 100 • Lisle, IL 60532-2119 • 1 (630) 271-0770

06.-3529. C-BU

240 N OAKHURST DR
GEMINI OFFICE
GEMINI OFFICE DEVELOPMENT    R-5

*sub separately*

**Project File No.** 06-PR-5004

cc: **Client** ☒    **Accounting** ☒    **File** ☒

**Method of Delivery:** Hand Delivery

Client Notified Ready for Pick-up 12/21/06    JVV

Date    Initials

### LETTER OF TRANSMITTAL    *Scott will pick up and hand deliver*

| To: | Daniel Seggebruch | 1 (630) 892-8088 | Date: | December 21, 2006 |
|---|---|---|---|---|
| | City of Aurora | | | |
| | Building Department | | RE: | Building Department Submittal |
| | 65 Water Street | | | Gemini Outpatient Facility |
| | Aurora, IL 60505 | | | 240 N Oakhurst Dr, Aurora, IL |

**Documents Enclosed:**

| Quantity | Date | No. | Document Title |
|---|---|---|---|
| 3 | 12/21/06 | 4 pgs | Final Plan (Revision 7 per City of Aurora) 24" x 36" plan sets |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Comments:** NOTE: Architecturals were submitted under separate cover.

cc: Mr. Kristos Tsogas, Jensen & Halsted Ltd. (with enclosure)
    Mr. Thomas W. Lehman, Partners in Development (with enclosure)

| **From:** | Jon V. Vaznelis, Ext. 105 | **Pick-up Date:** | _____ |
|---|---|---|---|
| | Project Manager | | |
| | | **Pick-up By:** | _____ |

If enclosures are not as noted, please notify us promptly at 1 (630) 271-0770



**MORRIS ENGINEERING INC.**

Civil Engineering Consulting & Surveying

5100 Lincoln Ave • Suite 100 • Lisle, IL 60532-2119 • 1 (630) 271-0770 • 1 (630) 271-0774 Fax

**06.-3529. C-BU**

240 N OAKHURST DR
GEMINI OFFICE
GEMINI OFFICE DEVELOPMENT  **R4**

Project File No.   06-PR-5004

cc:  Client ☒    Accounting   ☒    File ☒
Method of Delivery:   Hand Delivery
Client Notified Ready for Pick-up _____
                                         Date        Initials

## LETTER OF TRANSMITTAL

| To: | Daniel Seggebruch | 1 (630) 892-8088 | Date: | December 14, 2006 |
|---|---|---|---|---|
| | City of Aurora | | | |
| | Building Department | | RE: | Gemini Outpatient Facility |
| | 65 Water Street | | | Oakhurst Drive |
| | Aurora, IL 60505 | | | Aurora, IL |

**Documents Enclosed:**

| Quantity | Date | No. | Document Title |
|---|---|---|---|
| 6 | 11/28/06 | 4 pgs | Final Plan (Plotted 12/14/06) (Revision 7 per City of Aurora) 3 - 24" x 36" submittals for Foundation Permit 3 - 24" x 36" submittals for Building Department |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Comments:**  NOTE:  Architecturals were submitted under separate cover.

cc:  Mr. Kristos Tsogas, Jensen & Halsted Ltd. (with enclosure)
      Mr. Thomas W. Lehman, Partners in Development (with enclosure)

| From: | Jon V. Vaznelis, Ext. 105 | Pick-up Date: | _____ |
|---|---|---|---|
| | Project Manager | Pick-up By: | _____ |

If enclosures are not as noted, please notify us promptly at 1 (630) 271-0770

C01223



**JENSEN & HALSTEAD LTD.**



[ ember 6, 2006

[  iel F  Seggebruch
F  i Exa  iner
(  of A  ora
[  sion  f Building and Permits
[  artm  nt of Community Development
6  Vate  Street
A  ora, I  nois 60505

F       G  mini Office Development
        J&H Project No. 25151
        Application No. 06-00003529

[    Mr. Seggebruch,

F  se fir  two sets of revisions dated 11.21.06 stamped and signed per your Review
C  ection s Report Comments dated December 05, 2006.

S  erely

**J  sen & Halstead, Ltd.**



[  d K  astur, AIA, NCARB
S  or Principal

D  /ng

cc  Scc  t Mousel
     Tho  nas W. Lehman

358 West Ontario Street
Chicago, Illinois 60610

T 312.664.7557   F 312.664.7558
www.jensenandhalstead.com

A HISTORY OF INNOVATION IN ARCHITECTURE

David K. Dastur AIA        Francisco Rosas CSI        Glenn D. Seerup AIA
Senior Principal           Senior Principal           Principal



JAN/02/2007/TUE 10:52 AM   Morris Engineering       FAX No. 6302710774           P. 001



**5100 S. Lincoln, Lisle, Illinois 60532**
**(630) 271-0770   Fax (630) 271-0774**
**ecivil.com**

## FAX COVER LETTER

TO:     Christine Scholl – Building Department

FROM:   Jon Vaznelis        (Sam Stew)

DATE:   January 2, 2007

TOTAL NUMBER OF PAGES (including this cover page):     3

PROJECT #:   06-PR-5004

RE:     Gemini Outpatient Facility, 240 N Oakhurst Dr, Aurora, IL

COMMENTS:

Attached are 8 ½" x 11" copies of revised areas from plans previously submitted.  We will
follow-up with original signed copies via USPS.

SENT TO (FAX #):    1 (630) 892-8112

**If you do not receive all pages as indicated, please call (630) 271-0770.**

C01325



**JENSEN & HALSTEAD LTD.**
358 West Ontario Street
Chicago, Illinois 60610

A HISTORY OF INNOVATION IN ARCHITECTURE
T 312.664.7557
F 312.664.7558

## LETTER OF TRANSMITTAL

To:     **Christine Scholl**            *Job No.*    25151          *Date:*        01.04.07
        Division of Building and Permits   *Building:*
        65 Water Street              *Location:*            **Gemini Office Development**
        Aurora, Illinois 60505-3305  *Subject:*                      Aurora, Illinois
                                                              Professional Office Building

---

We are transmitting:    ☒ Herewith          ☐ Under separate cover    ☒ By Messenger
☒ Prints               ☐ Addenda           ☐ Shop Drawings           ☐ Samples Review
☐ Specifications       ☐ Copy of Letter    ☐ (Other)

---

| Copies | Date | No. | Description |
|--------|------|-----|-------------|
| 1      |      |     | Copy of E1 sheet |

☐ Reviewed          ☐ Furnish as noted      ☐ For Your Information    ☐ For Your Review
☐ Rejected          ☐ Revise and Resubmit   ☒ For Your Use           ☐ (Other)

ALL ACTIONS NOTED ARE SUBJECT TO CONTRACT DOCUMENT REQUIREMENTS

Remarks:    Christine,

            Attached is the additional E1 sheet per your request. Let us know if there is anything
            else that you need?

            Thank you,
            Kristos

☐ Field Representative
☒ Office Copy                               By:    **Kristos Tsogas**
☐ Copy To.    file                                 **KT/kt**

C01126



# City of Aurora

Division of Building and Permits - 65 Water Street - Aurora, Illinois 60505-3305 - Phone: (630) 892-8088 - Fax: (630) 892-8112

## BUILDING PERMIT

```
Application Number  . . . . .   06-00003529        Date    1/12/07
Application pin number  . . .   642421
Revision number  . . . . . . .     6
Property Address  . . . . . .   240 N OAKHURST DR
Parcel Number:                  07-20-302-081
Lot #:
Tenant nbr, name  . . . . . .         GEMINI OFFICE
Application type description     COM - BUSINESS OFFICES
Subdivision Name
Property Use
Property Zoning . . . . . . .   PLANNED DEVELOP DIST
Application valuation . . . .     4000000
```

---

```
Application description
 MEDICAL OFFICE BUILDING
```

---

```
Owner                                Contractor
------------------------             ------------------------
GEMINI OFFICE DEVELOPMENT            KRAHL CONSTRUCTION
ONE SOUTH WACHER DR #800             322 S GREEN ST
CHICAGO         IL 60606            CHICAGO          IL 60607
(630) 963-8184                      ( 31) 264-8980
----------------------- Structure Information 000 000 ---------------------
Construction Type . . . . .   NONCOMBUSTIBLE 1 HOUR
Occupancy Type  . . . . . .   BUSINESS OFFICE
Flood Zone  . . . . . . . .   PLS. VERIFY W/ FEMA MAP
Other struct info . . . . .   FIRE ALARM SYSTEM          Y
                              FIRE SUPPRESSION Y/N       Y
                              FIRE SERVICE SIZE              4.00
                              PROPOSED USE              OFFICEBUILDING
                              PROPOSED # DWELL UNITS        1.00
                              SQ FOOT BASEMENT/CRAWL        1.00
                              SQ FOOT PRINCIPAL         21777.00
                              WATER SERVICE SIZE            3.00
```

---

```
Permit  . . . . . .   COMMERCIAL NEW CONSTRUCTION
Additional desc . .
Permit Fee  . . . .      506.00     Plan Check Fee . .        51.00
Issue Date  . . . .     1/12/07     Valuation  . . . .     4000000
Expiration Date . .     7/11/07
```

```
    Qty    Unit Charge  Per                          Extension
  22.00      23.0000 SQF   COMM ABOVE GRND 100 SQ FT     506.00
```

---

```
Special Notes and Comments
 Envelope permit.
 PROVIDE EXIT SIGNS IN COMPLIANCE WITH IBC SECTION 1003.2.10
   AND AS OTHERWISE MAY BE REQUIRED PER FIELD INSPECTION.
 PROVIDE EMERGENCY LIGHTS IN COMPLIANCE WITH IBC SECTION
   1003.2.11 AND NEC ARTICLE 700-16 AND AS OTHERWISE MAY BE
   REQUIRED PER FIELD INSPECTION - NOTE THAT EXTERIOR EM.
   LIGHTING REQUIRED AT EXIT DOORS PER IBC 1003.2.11.2.4.
 BUILDING AND SITE SIGNS WILL REQUIRE SEPARATE PERMITS.
 A SEPARATE PERMIT IS REQUIRED FOR THE INSTALLATION OR
   RELOCATION OF FIRE SPRINKLERS.
 NEW FIRE ALARM NOTIFICATION APPLIANCES WILL BE REQUIRED TO
   BE INSTALLED TO MEET THE REQUIREMENTS OF THE ILLINOIS
   ACCESSIBILITY CODE SECTION 400.310(s).  A SEPARATE PERMIT
   IS REQUIRED FOR THE INSTALLATION OR RELOCATION OF FIRE
   ALARM DEVICES.
 NO HVAC CHANGES UNDER THIS REVISION
```

---

```
Other Fees  . . . . . . . .     CERTIFICATE OF OCCUPANCY       70.00
                                FIRE IMPACT KANE/DUPAGE      1088.00
                                WATER TAP FEES                540.00
                                A WATER CONNECTION FEE       8975.00
                                A WATER METER & REMOTE       2220.00
                                WATER SEWER CONNECT FEE       250.00
```

---

AURBPB



# City of Aurora

Division of Building and Permits - 65 Water Street - Aurora, Illinois 60505-3305 - Phone: (630) 892-8088 - Fax: (630) 892-8112

## BUILDING PERMIT

```
                                                        Page              2
Application Number  . . . . .  06-00003529         Date     1/12/07
Revision number . . . . . . .       6
Property Address  . . . . . .  240 N OAKHURST DR
Parcel Number:                 07-20-302-081
Lot #:
Tenant nbr, name  . . . . .         GEMINI OFFICE
Application description . . .  COM - BUSINESS OFFICES
Subdivision Name  . . . . . .
Property Use
Property Zoning . . . . . . .  PLANNED DEVELOP DIST

Permit  . . . . . .   COMMERCIAL NEW CONSTRUCTION

Additional desc . .
```

----------------------------------------------------------------
Required Inspections
----------------------------------------------------------------

| Seq | Insp Code | Description | Initials | Date |
|-----|-----------|-------------|----------|------|
| 10 | FTN | CONCRETE FOOTING | _____ | _/_/_ |
| 10-20 | BACK | CONC. BACKFILL / FOUNDATION | _____ | _/_/_ |
| 10-1000 | GRD | ENG FINAL APPROVAL | _____ | _/_/_ |
| 10-1000 | ETMP | ENGINEERING TEMP CO APRVL | _____ | _/_/_ |
| 10-1000 | EBND | ENG BOND APPROVAL | _____ | _/_/_ |
| 10-20 | PIER | INTERIOR PIER INSPECTION | _____ | _/_/_ |
| 20-50 | ELES | ELECTRIC SERVICE | _____ | _/_/_ |
| 20-40 | FUG | FIRE UNDERGROUND | _____ | _/_/_ |
| 20 | PUG | PLUMBING UNDERGROUND | _____ | _/_/_ |
| 20-50 | UTIL | UTILITY COMPANY NOTIFIED | _____ | _/_/_ |
| 30 | EUG | ELECTRIC UNDERGROUND | _____ | _/_/_ |
| 40 | ERGH | ELECTRIC ROUGH IN | _____ | _/_/_ |
| 40 | FRUF | FIRE ROUGH | _____ | _/_/_ |
| 40 | FRGH | FRAMING ROUGH IN | _____ | _/_/_ |
| 40-50 | MRGH | MECHANICAL ROUGH IN | _____ | _/_/_ |
| 40 | PRGH | PLUMBING ROUGH / ABOVE CEILING | _____ | _/_/_ |
| 50 | FABC | FIRE ABOVE CEILING | _____ | _/_/_ |
| 50 | EABC | ELECTRICAL ABOVE CEILING | _____ | _/_/_ |
| 50 | MABC | MECHANICAL ABOVE CEILING | _____ | _/_/_ |
| 50 | BABC | FRAMING ABOVE CEILING | _____ | _/_/_ |
| 50 | FHYD | FIRE HYDRO | _____ | _/_/_ |
| 60 | FTST | FIRE TEST | _____ | _/_/_ |
| 70 | BFN | COMMERCIAL BUILDING FINAL | _____ | _/_/_ |
| 70 | EFN | COMMERCIAL ELECTRIC FINAL | _____ | _/_/_ |
| 70 | MFN | COMMERCIAL MECHANICAL FINAL | _____ | _/_/_ |
| 70 | PFN | COMMERCIAL PLUMBING FINAL | _____ | _/_/_ |
| 70 | FFN | FIRE FINAL | _____ | _/_/_ |
| 70-1000 | ZN | ZONING FINAL RELEASE | _____ | _/_/_ |
| 70 | PE | PLAN EXAMINER FINAL RELEASE | _____ | _/_/_ |

```
PREPARED 12/19/07, 13:16:14          PREPARED 12/19/07   INSPECTION HISTORY REPORT      INSPECTION HISTORY REPORT  0/00/00 THRU 0/00/00        PAGE   1
PROGRAM BP521L                       PROGRAM BP521L                                     0/00/00 THRU 0/00/00
CITY OF AURORA
```

| APPLICATION STRUCTR | PROPERTY PERMIT | ADDRESS | | | Parcel Number INSPECTION | RESULT DATE/STATUS   Lot # | INSPECTOR |
|---|---|---|---|---|---|---|---|
| 06 00003529 000 000 | 3051 E NEW YORK ST COM 00 COMMERCIAL NEW | | | CONSTRUCTION RES COMM: RES COMM: | 07-20-302-081 FRGH 0001 FRAMING ROUGH IN this was for ext framing of high-wall area only. Keith Lawler/Krahl Const. 312-656-8845 cell | 5/02/07 APPROVED WITH EXCEPT | DCJ |
| 000 000 | COM 00 | COMMERCIAL NEW | | CONSTRUCTION REQ COMM: RES COMM: | FRGH 0002 FRAMING ROUGH IN EXTERIOR ROOF FRAMING (TRUSSES) ornamental truss framing mono. | 5/25/07 APPROVED | DCJ |
| 000 000 | COM 00 | COMMERCIAL NEW | | CONSTRUCTION REQ COMM: RES COMM: RES COMM: RES COMM: RES COMM: | FRGH 0003 FRAMING ROUGH IN CONTACT PERSON: MIKE SMITH @ 708-417-4767 interior wall framing ok.except need to make sure framing allows for maintaining integrity of rated walls up to roof deck. Need to follow the UL assemblies. | 5/31/07 APPROVED WITH EXCEPT | DCJ |
| 000 000 | COM 00 | COMMERCIAL NEW | | CONSTRUCTION REQ COMM: RES COMM: | BABC 0001 FRAMING ABOVE CEILING south half of building above ceiling in south half up to column line #4 | 7/13/07 APPROVED | DCJ |
| 000 000 | COM 00 | COMMERCIAL NEW | | CONSTRUCTION REQUCTION RES COMM: | FRGH 0004 FRAMING ROUGH IN remainder of rough framing. | 7/13/07 APPROVED | DCJ |
| 000 000 | COM 00 | COMMERCIAL NEW | | CONSTRUCTION RES COMM: RES COMM: | BABC 0002 FRAMING ABOVE CEILING NORTH HALF INSTALL ALL MISSING FIRESTOPPING IN RATED WALLS. | 7/23/07 DISAPPROVED | RRS |
| 000 000 | COM 00 | COMMERCIAL NEW | | CONSTRUCTION RES COMM: | BABC 0003 FRAMING ABOVE CEILING | 7/24/07 APPROVED | RRS |
| 000 000 | COM 00 | COMMERCIAL NEW | | CONSTRUCTION RES COMM: RES COMM: RES COMM: RES COMM: RES COMM: RES COMM: RES COMM: RES COMM: RES COMM: RES COMM: RES COMM: RES COMM: RES COMM: RES COMM: RES COMM: RES COMM: RES COMM: RES COMM: RES COMM: | BFN 0001 COMMERCIAL BUILDING FINAL Missing address numbering. These need to face toward New York St. Need to change address on the monument sign to reflect corrected address also. Exit signs with direction arrows were ordered wrong and need to be replaced (they did not come with arrows and so Montrichor stuck red tape on them in the shape of arrows). Missing directional signs in the mech. and dispensing counter area (rooms 103 and 203). Will need to verify that this glass is safety tempered. Front entrance door has been replaced with a single slab staionary unit with full glass side light instead of double leaf as per drawing. ok for pre-stock. | 8/08/07 DISAPPROVED | DCJ |
| 000 000 | COM 00 | COMMERCIAL NEW | | CONSTRUCTION REQ COMM: RES COMM: RES COMM: RES COMM: RES COMM: RES COMM: RES COMM: | PSKB 0001 BUILDING PRESTOCK CONTACT PERSON: KEITH LAWLER @ 312-656-8845 ok for pre-stock and setup. For final: Glass installed at service counters in rooms 103 and 203. Add sign above front exit door centered over door. Permanent directional exit signs where needed. Removal of delayed door device at south exit door of passage room 262. | 8/10/07 APPROVED | DCJ |

C01209

PREPARED 12/19/07 13:16:14   INSPECTION HISTORY REPORT   PAGE 22
PROGRAM BP521L   PROGRAM   0/00/00 THRU 0/00/00
CITY OF AURORA

| APPLICATION STRUCTR | PERMIT | PROPERTY ADDRESS | Parcel Number INSPECTION | Lot # RESULT DATE/STATUS | INSPECTOR |
|---|---|---|---|---|---|
| 06 00003529 CONTINUED | | | | | |
| 000 000 | COM 00 | COMMERCIAL NEW CONSTRUCTION | RES COMM: Permanent street address numbers on building visible from<br>RES COMM: New York st. | | |
| | | | BFN 0002 COMMERCIAL BUILDING FINAL 8/16/07 APPROVED WITH EXCEPT<br>RES COMM: ok for temp c.o. for final. permanent directional exit<br>RES COMM: signs need installed. Either the service<br>RES COMM: need areas needs to be installed in time.since we<br>RES COMM: need letters stating such need to install exit sign in the<br>RES COMM: conference room east exit door. | | DCJ |
| 000 000 | COM 00 | COMMERCIAL NEW CONSTRUCTION | BFN 0003 COMMERCIAL BUILDING FINAL 9/18/07 APPROVED<br>Glass and exit signage completed | | DS |
| 000 000 | COM 00 | COMMERCIAL NEW CONSTRUCTION | PE 0001 PLAN EXAMINER FINAL RELEA 10/02/07 APPROVED<br>RES COMM: Owner : Dainius Petronis has keys (630)302-0630 cell<br>RES COMM: 10/02/2007   07:40 AM HB  PDA<br>RES COMM: em lights have been installed | | HB |
| 000 000 | ELE2 00 2 | ELECTRIC (MULTI TRADE)<br>REQ COMM:<br>RES COMM: | EUG 0001 ELECTRIC UNDERGROUND 4/19/07 APPROVED<br>AM INSPECTION REQUESTED<br>conduit in slab is rigid | | RJ |
| 000 000 | ELE2 00 2 | ELECTRIC (MULTI TRADE)<br>REQ COMM:<br>RES COMM: | EUG 0002 ELECTRIC UNDERGROUND 4/25/07 APPROVED<br>CONTACT NAME: TOM @ 815-405-6451<br>conduit in slab is rigid | | RJ |
| 000 000 | ELE2 00 2 | ELECTRIC (MULTI TRADE)<br>REQ COMM: | EUG 0003 ELECTRIC UNDERGROUND 5/07/07 APPROVED<br>PARKING LOT ELECTRIC | | RJ |
| 000 000 | ELE2 00 2 | ELECTRIC (MULTI TRADE)<br>REQ COMM: | ELES 0001 ELECTRIC SERVICE 5/16/07 APPROVED<br>CONTACT PERSON: TOM @ 815-405-6451 | | RJ |
| 000 000 | ELE2 00 2 | ELECTRIC (MULTI TRADE) | UTIL 0001 UTILITY COMPANY NOTIFIED 5/16/07 APPROVED | | RJ |
| 000 000 | ELE2 00 2 | ELECTRIC (MULTI TRADE)<br>REQ COMM: | EUG 0004 ELECTRIC UNDERGROUND 5/25/07 APPROVED<br>LIGHT POLE BASES PRE-POUR | | RD |
| 000 000 | ELE2 00 2 | ELECTRIC (MULTI TRADE)<br>REQ COMM:<br>RES COMM: | ERGH 0001 ELECTRIC ROUGH IN 6/04/07 APPROVED<br>AM REQUEST<br>walls only south end of building | | RJ |
| 000 000 | ELE2 00 2 | ELECTRIC (MULTI TRADE)<br>REQ COMM:<br>REQ COMM: | ERGH 0002 ELECTRIC ROUGH IN 6/13/07 APPROVED<br>PARTIAL..THE LOWER LEVEL OF BUILDING NE SIDE<br>PM REQUEST<br>north east corner of building | | RJ |
| 000 000 | ELE2 00 2 | ELECTRIC (MULTI TRADE)<br>REQ COMM:<br>REQ COMM: | ERGH 0003 ELECTRIC ROUGH IN 6/21/07 APPROVED<br>PARTIAL - NW SIDE OF BUILDING<br>PM REQUEST | | RJ |
| 000 000 | ELE2 00 2 | ELECTRIC (MULTI TRADE) | EABC 0001 ELECTRICAL ABOVE CEILING 7/13/07 DISAPPROVED | | RD |

C01230

```
PREPARED 12/19/07 13:16:14                    INSPECTION HISTORY REPORT                              PAGE  3
PROGRAM BP521LL                               0/00/00 THRU 0/00/00
CITY OF AURORA

APPLICATION   PROPERTY ADDRESS       Parcel Number              Lot #                      INSPECTOR
STRUCTR       PERMIT                 INSPECTION                 RESULT DATE/STATUS
----------------------------------------------------------------------------------------------------------

06 00003529 CONTINUED

000 000   ELE2 00 2 ELECTRIC (MULTI    TRADE)
          REQ COMM:  south half of building
          RES COMM:  remove temp, hurricane clips in one room not on, open box
                     EABC 0002 ELECTRICAL ABOVE CEILING    7/16/07 APPROVED                    RJ
          REQ COMM:  PM INSPECTION REQUESTED
          RES COMM:  south end above ceiling also check in area as well as the
          RES COMM:  entry walls and the cans in the overhang outside main
          RES COMM:  entrance

000 000   ELE2 00 2 ELECTRIC (MULTI    TRADE)
          REQ COMM:
          RES COMM:  need to support conduit in several locations
                     EABC 0003 ELECTRICAL ABOVE CEILING    7/23/07 DISAPPROVED                 RJ
                               NORTH HALF

000 000   ELE2 00 2 ELECTRIC (MULTI    TRADE)
                     EABC 0004 ELECTRICAL ABOVE CEILING    7/24/07 APPROVED                    RJ

000 000   ELE2 00 2 ELECTRIC (MULTI    TRADE)
          REQ COMM:
                     EABC 0005 ELECTRICAL ABOVE CEILING    8/02/07 APPROVED                    RJ
                               SCONCE LIGHTS IN WAITING AREA August 1, 2007 1:56:10 PM
                               phepa

000 000   ELE2 00 2 ELECTRIC (MULTI    TRADE)
          REQ COMM:
          RES COMM:  needs
                     EFN 0001 COMMERCIAL ELECTRIC FINAL    8/08/07 DISAPPROVED                 RD
                               double headed outside em lights, needs typed panel
                               index for all panels,

000 000   ELE2 00 2 ELECTRIC (MULTI    TRADE)
          RES COMM:
          RES COMM:  still
                     PSKE 0001 ELEC - PRESTOCK             8/08/07 APPROVED                    RD
                               needs double headed outside em lights and typed panel
                               directories

000 000   ELE2 00 2 ELECTRIC (MULTI    TRADE)
          REQ COMM:
                     PSKE 0002 ELEC - PRESTOCK             8/10/07 APPROVED                    RD
                               CONTACT PERSON: KEITH LAWLER @ 312-656-8845

000 000   ELE2 00 2 ELECTRIC (MULTI    TRADE)
                     EFN 0002 COMMERCIAL ELECTRIC FINAL    8/16/07 APPROVED                    RJ

000 000   ENG 00 ENGINEERING GRADE     APPROVAL
          APPROVAL
          RES COMM:
                     EBND 0001 ENG BOND APPROVAL           8/07/07 APPROVED                    PP
                               CASH BOND CHECK # 50 August 7, 2007 2:32:04 PM phepa
                               Note: either cash bond or escrow letter.

000 000   ENG 00 ENGINEERING GRADE     APPROVAL
          RES COMM:
                     ETMP 0001 ENGINEERING TEMP CO APRVL   8/14/07 APPROVED                    DG
                               Engineering approval for a temp c.o.

000 000   FIRE 00 FIRE
          RES COMM:
                     FRUF 0001 FIRE ROUGH                  6/08/07 DISAPPROVED                 MAB
                               Alarm permit # 07-1982 Approved 6-8-07

000 000   FIRE 00 FIRE
          REQ COMM:
          REQ COMM:
                     FUG 0001 FIRE UNDERGROUND             6/29/07 APPROVED                    GLW
                               FLO TEST ON SPRINKLER LINE
                               JESSICA...815-695-1100

000 000   FIRE 00 FIRE
                     FRUF 0002 FIRE ROUGH                  7/09/07 APPROVED                    GLW

000 000   FIRE 00 FIRE
          REQ COMM:  south end of building only
          RES COMM:
                     FABC 0001 FIRE ABOVE CEILING          7/13/07 APPROVED                    GLW
                               south half of building
```

C01231

PREPARED 12/19/07 13:16:44
PROGRAM BP511L
CITY OF AURORA
INSPECTION HISTORY REPORT   PAGE 4
0/00/00 THRU 0/00/00

| APPLICATION STRUCTR | PROPERTY ADDRESS PERMIT | Parcel Number INSPECTION | RESULT DATE/STATUS Lot # | INSPECTOR |
|---|---|---|---|---|
| 06 00003529 000 000 | CONTINUED FIRE 00 FIRE | | | |
| | | FHYD 0001 FIRE HYDRO SOUTH HALF OF BUILDING | 7/17/07 APPROVED WITH EXCEPT | JAS |
| | | REQ COMM: Hydro approved w/ exception for south half of building | | |
| | | RES COMM: only. North half still needs hydro test. | | |
| 000 000 | FIRE 00 FIRE | FABC 0002 FIRE ABOVE CEILING NORTH HALF | 7/23/07 APPROVED | GLW |
| | | REQ COMM: | | |
| 000 000 | FIRE 00 FIRE | FHYD 0002 FIRE HYDRO | 7/23/07 APPROVED | GLW |
| | | REQ COMM: Please sign off on both the fire permit(s) and the building | | |
| | | REQ COMM: permit when this inspection type is approved | | |
| | | REQ COMM: NORTH HALF | | |
| | | RES COMM: all of building tested | | |
| 000 000 | FIRE 00 FIRE | FTST 0001 FIRE TEST | 8/01/07 APPROVED | GLW |
| 000 000 | FIRE 00 FIRE | FFN 0001 FIRE FINAL | 8/06/07 CANCELLED | GLW |
| | | REQ COMM: prefers am appt | | |
| | | REQ COMM: contact person Joe Phillips 815 741 3333 ext 225 | | |
| | | REQ COMM: August 3, 2007 2:24:20 PM sotod | | |
| 000 000 | FIRE 00 FIRE | FFN 0002 FIRE FINAL | 8/08/07 DISAPPROVED | RR |
| | | RES COMM: need sprinklers in electric room | | |
| | | RES COMM: address? on the building facing the street | | |
| 000 000 | FIRE 00 FIRE | PSKF 0001 FIRE - PRESTOCK | 8/10/07 APPROVED | GLW |
| | | REQ COMM: CONTACT PERSON: KEITH LAWLER @ 312-656-8845 | | |
| 000 000 | FIRE 00 FIRE | FFN 0003 FIRE FINAL | 8/16/07 APPROVED | GLW |
| 000 000 | MEC2 00 2 MECHANICAL (MULTI TRADE) | PRO 0001 INSPECTION SCHEDULED BY B | 6/13/07 APPROVED | JLY |
| | | RES COMM: submit specs on duct sealant | | |
| | | RES COMM: ok to ins. duct after sealant approved & all joints sealed | | |
| 000 000 | MEC2 00 2 MECHANICAL (MULTI TRADE) | MRGH 0001 MECHANICAL ROUGH IN | 7/06/07 DISAPPROVED | JLY |
| | | REQ COMM: ACCORDING TO THE G.C. YOU STATED "I WILL DO THIS INSPECTION | | |
| | | REQ COMM: WHEN I DO THE ABOVE CEILING" HE HAS 95% DRYWALLED ALREADY. | | |
| | | REQ COMM: I SET THIS INSPECTION UP FOR YOU TO VERIFY THAT THEY ARE | | |
| | | REQ COMM: READY TO MOVE ON TO THE NEXT STEP OF INSPECTIONS. CONTACT | | |
| | | REQ COMM: PERSON KEITH WALLER # 312-656-8845 IF YOU HAVE ANY QUESTIONS | | |
| | | REQ COMM: PERSON CONTACTED HIM. | | |
| | | RES COMM: SUBMIT PREVIOUSLY REQUESTED SPECS | | |
| 000 000 | MEC2 00 2 MECHANICAL (MULTI TRADE) | MABC 0001 MECHANICAL ABOVE CEILING | 7/13/07 APPROVED WITH EXCEPT | JLY |
| | | REQ COMM: south half of building | | |
| | | REQ COMM: TAPE DOWN EXPOSED INS, AND PROVIDE FLEX RADIUS/UL | | |
| | | RES COMM: AFTER ABOVE IS DONE, OK TO ONLY TILE SOUTH HALF | | |
| 000 000 | MEC2 00 2 MECHANICAL (MULTI TRADE) | MRGH 0002 MECHANICAL ROUGH IN | 7/13/07 APPROVED | JLY |
| | | REQ COMM: south half of building | | |

001232

| APPLICATION STRUCTR | PROPERTY ADDRESS PERMIT | Parcel Number INSPECTION | Lot # RESULT DATE/STATUS | INSPECTOR |
|---|---|---|---|---|
| 06 00003529 | CONTINUED | | | |
| 000 000 | MEC2 00 2 MECHANICAL (MULTI TRADE) | MABC 0002 MECHANICAL ABOVE CEILING NORTH HALF | 7/23/07 DISAPPROVED | JLY |
| | RES COMM: | will complete runs/code & ul | | |
| | RES COMM: | submit for fire & smoke dampers: | | |
| | RES COMM: | ---ul specs & installation instructions | | |
| | RES COMM: | ---letter from hvac contractor indicating how they were | | |
| | RES COMM: | ---installed | | |
| 000 000 | MEC2 00 2 MECHANICAL (MULTI TRADE) | MABC 0003 MECHANICAL ABOVE CEILING | 8/01/07 APPROVED | JLY |
| | REQ COMM: | jerry, supposedly paperwork received and only inspection | | |
| | REQ COMM: | needs to be signed off and no site visit needed. July 31, | | |
| | REQ COMM: | 2007 9:32:16 AM metda | | |
| 000 000 | MEC2 00 2 MECHANICAL (MULTI TRADE) | MFN 0001 COMMERCIAL MECHANICAL FIN | 8/08/07 DISAPPROVED | RR |
| | RES COMM: | balance report? | | |
| 000 000 | MEC2 00 2 MECHANICAL (MULTI TRADE) | PSKM 0001 MECH - PRESTOCK | 8/10/07 APPROVED | RR |
| | REQ COMM: | CONTACT PERSON: KEITH LAWLER @ 312-656-8845 | | |
| 000 000 | MEC2 00 2 MECHANICAL (MULTI TRADE) | MFN 0002 COMMERCIAL MECHANICAL FIN | 8/16/07 APPROVED | RR |
| 000 000 | PE 00 PLAN EXAMINER FINAL RELEASE | PE 0001 PLAN EXAMINER FINAL RELEA | 8/08/07 DISAPPROVED | DS |
| | RES COMM: | SEE BUILDING/ELECTRICAL/FIRE/MECHANICAL/PLUMBING | | |
| | RES COMM: | INSPECTIONS - NOT APPROVED FOR TEMP C.O. OR PRESTOCK (ALSO | | |
| | RES COMM: | NEED ZONING INSPECTION AND ENGINEERING APPROVAL FOR TEMP. | | |
| | RES COMM: | C.O.). | | |
| 000 000 | PE 00 PLAN EXAMINER FINAL RELEASE | PSPE 0001 PLAN EXAMINER PRESTOCK | 8/10/07 APPROVED | DS |
| | REQ COMM: | CONTACT PERSON: KEITH LAWLER @ 312-656-8845 | | |
| | REQ COMM: | APPROVED FOR PRESTOCK - SEE INSPECTION RESULTS FOR ITEMS | | |
| | REQ COMM: | REMAINING FOR FINALS. ALSO NEED ZONING INSPECTION & | | |
| | REQ COMM: | ENGINEERING APPROVAL FOR TEMP. C.O. | | |
| 000 000 | PE 00 PLAN EXAMINER FINAL RELEASE | PE 0002 PLAN EXAMINER FINAL RELEA | 8/16/07 APPROVED WITH EXCEPT | DS |
| | RES COMM: | SEE BUILDING INSPECTION RESULTS. NEED ZONING INSPECTION - | | |
| | RES COMM: | ENGINEERING APPROVED FOR TCO, ENG. BOND HAS BEEN POSTED. | | |
| 000 000 | PE 00 PLAN EXAMINER FINAL RELEASE | PE 0003 PLAN EXAMINER FINAL RELEA 10/01/07 APPROVED WITH EXCEPT | | JC |
| | REQ COMM: | JPC spoke with Gage Consulting regarding emergency lighting | | |
| | REQ COMM: | provisions of the NEC. Dave at Gage acknowledged that the | | |
| | REQ COMM: | lighting is missing and is required by the NEC provisions | | |
| | REQ COMM: | we questioned. Dave indicated that he would get the ball | | |
| | REQ COMM: | rolling and get the emergency lights installed. | | |
| | REQ COMM: | As of this morning the emergency light issue has not been made | | |
| | REQ COMM: | the architectural office. They are not yet installed | | |
| | RES COMM: | - JPC | | |
| 000 000 | PE 00 PLAN EXAMINER FINAL RELEASE | PE 0004 PLAN EXAMINER FINAL RELEA 10/02/07 APPROVED | | HB |
| | RES COMM: | em. lights have been installed. | | |
| 000 000 | PE 00 PLAN EXAMINER FINAL RELEASE | PE 0005 PLAN EXAMINER FINAL RELEA 12/12/07 APPROVED | | HB |

001233

```
APPLICATION  PROPERTY                     Parcel Number                Lot #
STRUCTR      PERMIT    ADDRESS            INSPECTION                   RESULT DATE/STATUS                    INSPECTOR
```

06 00003529 CONTINUED

```
000 000  PLM2 00 2 PLUMBING (MULTI TRADE)  REQ COMM:              TEMP OCCUPANCY EXPIRES TODAY
                                           RES COMM:  Per Ken Schroth, as built drawings have been received on or
                                           RES COMM:  before 11-30-07. Temp co can be extended to July 1, 2008.          RDT

000 000  PLM2 00 2 PLUMBING (MULTI TRADE)  PUG  0001 PLUMBING UNDERGROUND         4/05/07 APPROVED WITH EXCEPT
                                           RES COMM:              PARTIAL
                                           RES COMM:  deep san main up to within 20 feet of east end.                    RDT

000 000  PLM2 00 2 PLUMBING (MULTI TRADE)  PUG  0002 PLUMBING UNDERGROUND         4/09/07 APPROVED WITH EXCEPT
                                           RES COMM:  CONTACT NAME: BRIAN KENNEDY @ 312-617-3280
                                           RES COMM:  storm piping only.                                                 RDT

000 000  PLM2 00 2 PLUMBING (MULTI TRADE)  PUG  0003 PLUMBING UNDERGROUND         4/16/07 APPROVED                       RDT

000 000  PLM2 00 2 PLUMBING (MULTI TRADE)  PRGH 0001 PLUMBING ROUGH / ABOVE CE    6/04/07 APPROVED WITH EXCEPT
                                           RES COMM:  partial-all except for the mach room and 1 5' shower.              RDT

000 000  PLM2 00 2 PLUMBING (MULTI TRADE)  PRGH 0002 PLUMBING ROUGH / ABOVE CE    6/15/07 APPROVED                       RDT

000 000  PLM2 00 2 PLUMBING (MULTI TRADE)  PRGH 0003 PLUMBING ROUGH / ABOVE CE    7/13/07 APPROVED
                                           REQ COMM:  south half of building                                            RDT

000 000  PLM2 00 2 PLUMBING (MULTI TRADE)  PRGH 0004 PLUMBING ROUGH / ABOVE CE    7/23/07 APPROVED
                                           REQ COMM:              ABOVE CEILING
                                           REQ COMM:              NORTH HALF
                                           RES COMM:  Above ceiling north end of bldg.                                   ALR

000 000  PLM2 00 2 PLUMBING (MULTI TRADE)  PFN  0001 COMMERCIAL PLUMBING FINAL    8/08/07 DISAPPROVED
                                           RES COMM:  Need to test & certify all RPZ valves
                                           RES COMM:  All toilet seats must antimicrobial
                                           RES COMM:  2 lavs. & 1 drinking fountain not working
                                           RES COMM:  Strainer missing on drain in mech room
                                           RES COMM:  Connect dishwasher & route drain hose as close to top of
                                           RES COMM:  cabinet as possible                                                ALR

000 000  PLM2 00 2 PLUMBING (MULTI TRADE)  PSKP 0001 PLUMB - PRESTOCK             8/10/07 APPROVED
                                           REQ COMM:  CONTACT PERSON: KEITH LAWLER @ 312-656-8845                        ALR

000 000  PLM2 00 2 PLUMBING (MULTI TRADE)  PFN  0002 COMMERCIAL PLUMBING FINAL    8/16/07 APPROVED                       ALR

000 000  ZN 00 ZONING FINAL RELEASE        ZN   0001 ZONING FINAL RELEASE         8/16/07 APPROVED WITH EXCEPT
                                           RES COMM:  OK FOR TEMP. C/O. PENDING FINAL INSPECTION OF LANDSCAPING.         TM

000 000  ZN 00 ZONING FINAL RELEASE        ZN   0002 ZONING FINAL RELEASE         8/21/07 APPROVED
                                           REQ COMM:              LANDSCAPING IS COMPLETE                                TM
```

001034

Aug 31 2007

Dainius Petronis

Gemini Office Development

Via fax   (312) 634 -5525

001335

COPY



# City of Aurora

**Department of Community Development - Development Services**
65 Water Street • Aurora, Illinois 60505-3305

• (630) 906-4081
FAX (630) 892-8112

August 31, 2007


*sent via fax & Certified mail 8/31/07  JPC*

Gemini Office Development
Thomas Lehman
6301 South Cass Avenue-Ste.301
Westmont, Illinois 60559

Krahl Construction
Scott Mousel
322 South Green Street
Chicago, Illinois 60607

Re:    3051 East New York Street-Permit # 06-3529

Gentlemen:

Please be advised that the City of Aurora have begun an full review of the process surrounding the development of your property at the above address, in order that we may ensure that all codes and regulations have been met prior to your occupancy thereof. Therefore, we are modifying the conditional Temporary Occupancy Permit issued August 16, 2007 to include an additional condition that you may not open for business until such time as the City has given you further written approval to do so.  This letter should be considered official notice there of.

We understand that your projected opening date is September 18, 2007, and it is our intention to conclude our review in order to provide you with further direction prior thereto.

Sincerely,

John P. Curley AIA
Assistant Director Community Development
City of Aurora

CC:  Alayne W, Bill W, CarrieAnne E.

C01236

Gemini Office Development
Thomas Lehman
6301 South Cass Avenue-Ste.301
Westmont, Illinois 60559

Kiwi Construction
Scott Mousel
322 South Green Street
Chicago, Illinois 60607

via fax: 963. 4475

Re:    3051 East New York Street-Permit # 06-3529

Gentlemen:

Please be advised that the City of Aurora have begun an full review of the process surrounding the development of your property at the above address, in order that we may ensure that all codes and regulations have been met prior to your occupancy thereof. Therefore, we are modifying the conditional Temporary Occupancy Permit issued August 16, 2007 to include an additional condition that you may not open for business until such time as the City has given you further written approval to do so. This letter should be considered official notice there of.

We understand that your projected opening date is September 18, 2007, and it is our intention to conclude our review in order to provide you with further direction prior thereto.

Sincerely,

John P. Curley AIA
Assistant Director Community Development
City of Aurora

---

```
              ***********************
          ***      TX REPORT      ***
              ***********************


TRANSMISSION OK

TX/RX NO                      1149
CONNECTION TEL           9963i4475
SUBADDRESS
CONNECTION ID
ST. TIME              08/31 16:03
USAGE T                      00.16
PGS. SENT                        1
RESULT                          OK
```

001237

 **City of Aurora**

**Department of Community Development - Development Services**
65 Water Street • Aurora, Illinois 60505-3305

• (630) 906-4081
FAX (630) 892-8112

August 31, 2007

Gemini Office Development
Thomas Lehman
6301 South Cass Avenue-Ste.301
Westmont, Illinois 60559
*via fax: 963. 4475*

Krahl Construction
Scott Mousel
322 South Green Street
Chicago, Illinois 60607

Re:   3051 East New York Street-Permit # 06-3529

Gentlemen:

Please be advised that the City of Aurora have begun an full review of the process surrounding the development of your property at the above address, in order that we may ensure that all codes and regulations have been met prior to your occupancy thereof. Therefore, we are modifying the conditional Temporary Occupancy Permit issued August 16, 2007 to include an additional condition that you may not open for business until such time as the City has given you further written approval to do so.  This letter should be considered official notice there of.

We understand that your projected opening date is September 18, 2007, and it is our intention to conclude our review in order to provide you with further direction prior thereto.

Sincerely,

John P. Curley AIA
Assistant Director Community Development
City of Aurora

01238

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO              1151
CONNECTION TEL              913126345525
SUBADDRESS
CONNECTION ID
ST. TIME              08/31 16:05
USAGE T               00'18
PGS. SENT             2
RESULT                OK
```

Aug 31 2007

Dainius Petronis

Gemini Office Development

Via fax (312) 634-5525



# City of Aurora

**Department of Community Development - Development Services**
65 Water Street • Aurora, Illinois 60505-3305

• (630) 906-4081
FAX (630) 892-8112

August 31, 2007

Gemini Office Development
Thomas Lehman
6301 South Cass Avenue-Ste.301
Westmont, Illinois 60559
*via fax: 963.4475*

Krahl Construction
Scott Mousel
322 South Green Street
Chicago, Illinois 60607

Re:   3051 East New York Street-Permit # 06-3529

Gentlemen:

Please be advised that the City of Aurora have begun an full review of the process surrounding the development of your property at the above address, in order that we may ensure that all codes and regulations have been met prior to your occupancy thereof. Therefore, we are modifying the conditional Temporary Occupancy Permit issued August 16, 2007 to include an additional condition that you may not open for business until such time as the City has given you further written approval to do so.  This letter should be considered official notice there of.

We understand that your projected opening date is September 18, 2007, and it is our intention to conclude our review in order to provide you with further direction prior thereto.

Sincerely,

John P. Curley AIA
Assistant Director Community Development
City of Aurora