



C01241

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Michal Web_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Michael Webb
C. Date of Delivery: 9-5

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

Gemini Office Dev
Thomas Lehman
6301 S Cass Av #301
Westmont IL 60559

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. 7007 0710 0004 9540 6068

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage: $0.41
Certified Fee: $2.65
Return Receipt Fee (Endorsement Required): $2.15
Restricted Delivery Fee (Endorsement Required): $0.00
Total Postage & Fees: $5.21

Postmark: MONTGOMERY 60538, AUG 31 2007, 08/31/2007

Sent To: Gemini Dev
Street, Apt. No.; or PO Box No.:
City, State, ZIP+4: Westmont 60559

PS Form 3800, August 2006    See Reverse for Instructions

7007 0710 0004 9540 6068

001242

Gemini Office Development  
Thomas Lehman  
6301 South Cass Avenue-Ste.301  
Westmont, Illinois 60559

Krahl Construction  
Scott Mousel  
322 South Green Street  
Chicago, Illinois 60607

via fax: (312) 707-8552

Re:    3051 East New York Street-Permit # 06-3529

Gentlemen:

Please be advised that the City of Aurora have begun an full review of the process surrounding the development of your property at the above address, in order that we may ensure that all codes and regulations have been met prior to your occupancy thereof. Therefore, we are modifying the conditional Temporary Occupancy Permit issued August 16, 2007 to include an additional condition that you may not open for business until such time as the City has given you further written approval to do so. This letter should be considered official notice there of.

We understand that your projected opening date is September 18, 2007, and it is our intention to conclude our review in order to provide you with further direction prior thereto.

Sincerely,

*[signature]*

John P. Curley AIA  
Assistant Director Community Development  
City of Aurora

---

*************************  
***    TX REPORT    ***  
*************************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 1150 |
| CONNECTION TEL | 913127078552 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 08/31 16:04 |
| USAGE T | 00.16 |
| PGS. SENT | 1 |
| RESULT | OK |

001243



# City of Aurora

**Department of Community Development - Development Services**  • (630) 906-4081
65 Water Street • Aurora, Illinois 60505-3305    FAX (630) 892-8112

August 31, 2007

Gemini Office Development          Krahl Construction
Thomas Lehman                      Scott Mousel
6301 South Cass Avenue-Ste.301     322 South Green Street
Westmont, Illinois 60559           Chicago, Illinois 60607

via fax. (312) 707-8552

Re:   3051 East New York Street-Permit # 06-3529

Gentlemen:

Please be advised that the City of Aurora have begun an full review of the process surrounding the development of your property at the above address, in order that we may ensure that all codes and regulations have been met prior to your occupancy thereof. Therefore, we are modifying the conditional Temporary Occupancy Permit issued August 16, 2007 to include an additional condition that you may not open for business until such time as the City has given you further written approval to do so. This letter should be considered official notice there of.

We understand that your projected opening date is September 18, 2007, and it is our intention to conclude our review in order to provide you with further direction prior thereto.

Sincerely,

*[signature]*

John P. Curley AIA
Assistant Director Community Development
City of Aurora

C01244



# City of Aurora

Department of Community Development - Development Services    • (630) 844-3627
1 S Broadway • Aurora, Illinois 60505-3305                    FAX (630) 906-7430

Tuesday, September 11, 2007

| | |
|---|---|
| **Gemini Office Development** | **Scott Mousel** |
| **Thomas Lehman** | **Krahl Construction** |
| 6301 South Cass Ave – Ste. 301 | 322 South Green Street |
| Westmont, IL 60559 | Chicago, IL 60607 |
| fax (630) 963-4475 | fax (312) 707-8552 |
| twlehman@ameritech.net | smousel@krahlconstruction.com |

Regarding: **3051 East New York Street - Permit # 06-3529**

**Gentlemen:**

This correspondence is a follow-up to our letter to you of August 31, 2007 in which we advised you that, pending a review of the development process, you could not open for business under the temporary certificate of occupancy.

At that time we indicated that it was our intention to have the review concluded by September 18, 2007. We wish to advise you that it is not likely that the review process will be completed prior to your projected opening date. The City of Aurora has no intention of allowing you to open for business prior to the completion of the independent review.

Therefore, we wish to reiterate that until or unless you receive specific approval from the City of Aurora, you are not permitted to open for business.

If you have any questions on this matter, you may contact me directly (630) 844-3627.

We appreciate your cooperation in this matter,

*John P. Curley*

John P. Curley AIA
Assistant Dir Community Development

C01245



**KRAHL CONSTRUCTION**
CONSTRUCTION MANAGEMENT
GENERAL CONTRACTING
SINCE 1913

322 South Green Street
3rd Floor
Chicago, IL 60607
312/648-8800 Telephone
krahl@krahlconstruction.com

Sender's e-mail:
SMousel@krahlconstruction.com

September 12, 2007

Mr. Herman Beneke
City of Aurora
Division of Building and Permits
43 West Galena Blvd.
Aurora, IL 60506

Re: **Gemini Medical Office Building**
   3051 East New York Street – Permit #06-3529

Dear Mr. Beneke,

Please be advised that Krahl Construction, General Contractor for the above referenced project, has completed the items as noted incomplete on the Temporary Certificate of Occupancy (TCO) and hereby requests final inspection.

As such, we were informed via telephone that this project is being reviewed by you and that our final Certificate of Occupancy request needs to be directed to you.

We hereby request final inspection for Friday, September 14, 2007.

We assume that the City will extend the TCO until such time as you can arrange for this final inspection.

Please contact me at your earliest convenience to confirm a time for the inspection on Friday. I can be reached via cell phone at 312-735-6397.

Respectfully,
Krahl Construction

Scott Mousel
Project Manager

Cc: Thomas Lehman – Gemini Office Development
   Dainius Petronis – Gemini Office Development
   Kathleen Howard – Perkins Coie LLP
   Dave Dastur – Jensen and Halstead

001246


Planned Parenthood®
chicago area

September 12, 2007

**BY TELECOPY**
@ (630) 906-7430

John P. Curley AIA
City of Aurora
Department of Community Development
Development Services
1 S. Broadway
Aurora, Illinois 60505-3305

    Re:    3051 East New York Street – Permit # 06-3529

Dear Mr. Curley:

    I have received a copy of your September 11, 2007 letter to Thomas Lehman and Scott Mousel. I wanted to respond immediately to let you know how concerned we are that there is any possibility that the City of Aurora will not permit our new Planned Parenthood clinic to open on September 18.

    On August 16, 2007, the City of Aurora issued us a Temporary Occupancy Permit which allowed us to open our facility and begin seeing patients immediately. Based on that Temporary Occupancy Permit, we announced publicly that we intended to open our doors on September 18. We also began scheduling patients for that day. If we do not open on September 18, those patients will not be able to receive services from Planned Parenthood.

    In your August 31, 2007, letter, you assured us that you would conclude any additional review by September 18. We also understood at that time, that the City of Aurora had retained Richard Martens, a well-respected municipal law attorney who was preparing a legal opinion at the City's request.

18 S. Michigan Ave., 6th Floor
Chicago, Illinois 60603
tel: 312.592.6800 fax: 312.592.6801
www.plannedparenthoodchicago.com
www.plannedparenthoodaction.com

LEGAL13552877.1

John P. Curley AIA
September 12, 2007
Page 2

Since then, we understand the City of Aurora has terminated its relationship with Mr. Martens, and retained new counsel for purposes of an additional "review" of our building and occupancy permits. Further, your September 11, letter now states "The City of Aurora has no intention of allowing you to open for business prior to the completion of the independent review."

At no time have you provided us any basis for this additional "review." Further, no one has contacted us to provide any information as part of this process. We are not aware of any other organization that has been subjected to this ad hoc process at any time, let alone after the City has issued a Temporary Occupancy Permit.

In short, it appears that City is creating additional legal processes and conducting endless "reviews" simply because it objects to the fact that Planned Parenthood provides abortion services in addition to a full range of other health care services for its patients. This is not only unacceptable, but illegal.

By this letter, we demand that the City withdraw its improper "modification" of the Temporary Occupancy Permit and allow Planned Parenthood to open for business as scheduled on September 18. If I do not hear from you by 12:00 noon tomorrow, Planned Parenthood will be forced to go to court to seek redress from the City's improper conduct and to ensure that we are able to provide services to our patients as promised.

Sincerely,

Steve Trombley

cc: Thomas Lehman
Gemini Office Development

Scott Mousel
Krahl Construction

LEGAL13552877.1

01248



# City of Aurora

Division of Building and Permits - 65 Water Street - Aurora, Illinois 60505-3305 - Phone: (630) 892-8088 - Fax: (630) 892-8112

## DEPARTMENT OF COMMUNITY DEVELOPMENT
## DIVISION OF BUILDING AND PERMITS

### CERTIFICATE OF OCCUPANCY AND COMPLIANCE
### T E M P O R A R Y

```
Issue Date . . . . . .    8/16/07
Expiration Date . . . .   9/17/07

Parcel Number . . . .     07-20-302-081
Property Address . . .    3051 E NEW YORK ST
                          AURORA            IL 60504
Subdivision Name . . .
Legal Description . . .   OLD ADDRESS WAS
                          240 N OAKHURST DR
                          VACANT LOT ON THE WEST SIDE OF
                          N OAKHURST DR SOUTH OF
Property Zoning . . . .   PLANNED DEVELOP DIST

Owner . . . . . . . . .   GEMINI OFFICE DEVELOPMENT

Contractor . . . . . .    KRAHL CONSTRUCTION
                          31 264-8980

Application number . .    06-00003529 000 000
Description of Work . .   COM - BUSINESS OFFICES
Construction type . . .   NONCOMBUSTIBLE 1 HOUR
Occupancy type . . . .    BUSINESS OFFICE
Flood Zone . . . . . .    PLS. VERIFY W/ FEMA MAP
Special conditions  . .
     GEMINI OFFICE DEVELOPMENT, 3051 E. NEW YORK ST.
     TEMP. C.O. IS CONTINGENT UPON THE FOLLOWING ITEMS:
     ENGINEERING; OK FOR TCO UNTIL COMPLETION OF ALL ENGINEERING
         FINAL APPROVAL REQUIREMENTS.
     ZONING; OK FOR TCO UNTIL SITE IMPROVEMENTS INSPECTED AND
         APPROVED.
     BUILDING; COMPLETE THE FOLLOWING: 1) INSTALL PERMANENT EXIT
         DIRECTIONAL SIGNAGE AND ADD EXIT SIGN AT CONFERENCE ROOM
         110 WEST EXIT DOOR, 2) INSTALL GLASS AT SERVICE COUNTERS
         OR PROVIDE ARCHITECT REVISION TO DELETE GLASS PARTITIONS


Approved . . . . . . .   _____
                                  Building Official

         VOID UNLESS SIGNED BY BUILDING OFFICIAL
```



# City of Aurora

Division of Building and Permits - 65 Water Street - Aurora, Illinois 60505-3305 - Phone: (630) 892-8088 - Fax: (630) 892-8112

### DEPARTMENT OF COMMUNITY DEVELOPMENT
### DIVISION OF BUILDING AND PERMITS

## CERTIFICATE OF OCCUPANCY AND COMPLIANCE

### T E M P O R A R Y

```
Issue Date  . . . . . .    10/01/07
Expiration Date . . . .    10/08/07

Parcel Number . . . . .    07-20-302-081
Property Address  . . .    3051 E NEW YORK ST
                           AURORA              IL 60504
Subdivision Name  . . .
Legal Description . . .    OLD ADDRESS WAS
                           240 N OAKHURST DR
                           VACANT LOT ON THE WEST SIDE OF
                           N OAKHURST DR SOUTH OF
Property Zoning . . . .    PLANNED DEVELOP DIST

Owner . . . . . . . . .    GEMINI OFFICE DEVELOPMENT

Contractor  . . . . . .    KRAHL CONSTRUCTION
                           312 735-6397

Application number  . .    06-00003529 000 000
Description of Work . .    COM - BUSINESS OFFICES
Construction type . . .    NONCOMBUSTIBLE 1 HOUR
Occupancy type  . . . .    BUSINESS OFFICE
Flood Zone  . . . . . .    PLS. VERIFY W/ FEMA MAP
Special conditions  . .
        TEMP. C.O. IS CONTINGENT UPON THE FOLLOWING ITEMS:
        ENGINEERING; OK FOR TCO UNTIL COMPLETION OF ALL ENGINEERING
            FINAL APPROVAL REQUIREMENTS.
        Plan Examiner; complete the following:
        Complete the installation of emergency lighting per NEC.
        Areas required to have this lighting shall not be used
        until the emergency lighting is installed, inspected and
        approved by the City of Aurora.

Approved  . . . . . . .    _____
                                    Building Official

            VOID UNLESS SIGNED BY BUILDING OFFICIAL
```

AURCO

001250

# City of Aurora

Division of Building and Permits - 65 Water Street - Aurora, Illinois 60505-3305 - Phone: (630) 892-8088 - Fax: (630) 892-8112

## DEPARTMENT OF COMMUNITY DEVELOPMENT
## DIVISION OF BUILDING AND PERMITS

### CERTIFICATE OF OCCUPANCY AND COMPLIANCE

### TEMPORARY

```
Issue Date       . . . . . .  10/01/07
Expiration Date  . . . .      11/02/07

Parcel Number    . . . . .    07-20-302-081
Property Address . . .        3051 E NEW YORK ST
                              AURORA                IL 60504
Subdivision Name . . .
Legal Description . . .       OLD ADDRESS WAS
                              240 N OAKHURST DR
                              VACANT LOT ON THE WEST SIDE OF
                              N OAKHURST DR SOUTH OF
Property Zoning  . . . .      PLANNED DEVELOP DIST

Owner . . . . . . . . .       GEMINI OFFICE DEVELOPMENT

Contractor  . . . . . .       KRAHL CONSTRUCTION
                              312 735-6397

Application number   . .      06-00003529 000 000
Description of Work  . .      COM - BUSINESS OFFICES
Construction type    . . .    NONCOMBUSTIBLE 1 HOUR
Occupancy type    . . . .     BUSINESS OFFICE
Flood Zone  . . . . . .       PLS. VERIFY W/ FEMA MAP
Special conditions   . .
        TEMP. C.O. IS CONTINGENT UPON THE FOLLOWING ITEMS:
        ENGINEERING; OK FOR TCO UNTIL COMPLETION OF ALL ENGINEERING
           FINAL APPROVAL REQUIREMENTS.

Approved   . . . . . .       _____
                                   Building Official
```

VOID UNLESS SIGNED BY BUILDING OFFICIAL

AURCO



# City of Aurora

Division of Building and Permits - 65 Water Street - Aurora, Illinois 60505-3305 - Phone: (630) 892-8088 - Fax: (630) 892-8112

## DEPARTMENT OF COMMUNITY DEVELOPMENT
## DIVISION OF BUILDING AND PERMITS

### CERTIFICATE OF OCCUPANCY AND COMPLIANCE
### T E M P O R A R Y

```
Issue Date       . . . . .   10/01/07
Expiration Date  . . . .    12/17/07

Parcel Number    . . . . .   07-20-302-081
Property Address . . .       3051 E NEW YORK ST
                             AURORA              IL 60504
Subdivision Name . . .
Legal Description . . .      OLD ADDRESS WAS
                             240 N OAKHURST DR
                             VACANT LOT ON THE WEST SIDE OF
                             N OAKHURST DR SOUTH OF
Property Zoning  . . . .     PLANNED DEVELOP DIST

Owner . . . . . . . . .      GEMINI OFFICE DEVELOPMENT

Contractor . . . . . . .     KRAHL CONSTRUCTION
                             312 735-6397

Application number  . .      06-00003529 000 000
Description of Work . .      COM - BUSINESS OFFICES
Construction type . . .      NONCOMBUSTIBLE 1 HOUR
Occupancy type  . . . .      BUSINESS OFFICE
Flood Zone  . . . . . .      PLS. VERIFY W/ FEMA MAP
Special conditions  . .
        TEMP. C.O. IS CONTINGENT UPON THE FOLLOWING ITEMS:
        ENGINEERING; OK FOR TCO UNTIL COMPLETION OF ALL ENGINEERING
              FINAL APPROVAL REQUIREMENTS.

Approved . . . . . . .      _____
                                    Building Official
```

VOID UNLESS SIGNED BY BUILDING OFFICIAL

AURCO

C01252

# City of Aurora



Division of Building and Permits - 65 Water Street - Aurora, Illinois 60505-3305 - Phone: (630) 892-8088 - Fax: (630) 892-8112

## DEPARTMENT OF COMMUNITY DEVELOPMENT
## DIVISION OF BUILDING AND PERMITS

### CERTIFICATE OF OCCUPANCY AND COMPLIANCE

#### TEMPORARY

```
Issue Date  . . . . . .   10/01/07
Expiration Date . . . .   7/01/08

Parcel Number . . . . .   07-20-302-081
Property Address  . . .   3051 E NEW YORK ST
                          AURORA           IL 60504
Subdivision Name  . . .
Legal Description . . .   OLD ADDRESS WAS
                          240 N OAKHURST DR
                          VACANT LOT ON THE WEST SIDE OF
                          N OAKHURST DR SOUTH OF
Property Zoning . . . .   PLANNED DEVELOP DIST

Owner . . . . . . . . .   GEMINI OFFICE DEVELOPMENT

Contractor  . . . . . .   KRAHL CONSTRUCTION
                          312 735-6397

Application number  . .   06-00003529 000 000
Description of Work . .   COM - BUSINESS OFFICES
Construction type . . .   NONCOMBUSTIBLE 1 HOUR
Occupancy type  . . . .   BUSINESS OFFICE
Flood Zone  . . . . . .   PLS. VERIFY W/ FEMA MAP
Special conditions  . .
             TEMP. C.O. IS CONTINGENT UPON THE FOLLOWING ITEMS:
             ENGINEERING; OK FOR TCO UNTIL COMPLETION OF ALL ENGINEERING
                FINAL APPROVAL REQUIREMENTS.

Approved  . . . . . . .   _____
                                  Building Official

             VOID UNLESS SIGNED BY BUILDING OFFICIAL
```



# City of Aurora

**Department of Community Development - Development Services**   • (630) 906-4081
65 Water Street • Aurora, Illinois 60505-3305                    FAX (630) 892-8112

September 20, 2007

Thomas Lehman                          Steve Trombley
Gemini Office Development              Planned Parenthood
6301 South Cass Avenue-Ste.301         18 S. Michigan Ave 6th floor
Westmont, Illinois 60559               Chicago IL 60603
Fax  (630) 963-4475                    Fax  (312) 592-6801

Re:   3051 East New York Street-Permit # 06-3529

Gentlemen:

Please accept this letter as Aurora's clarification of the permissible business activities that may continue to take place at your facility under our standard practices. As was stated previously, you may not open for business until notified by the city, pending a review of your development process.

Keith Lawler of Krahl Construction called the building department on August 8, 2007 and explained that Gemini was interested in obtaining permission to set up office furniture & equipment with limited staff training activities. Aurora's formal way to determine if a building has achieved the required life safety approvals to permit such activities is to conduct a pre-stock approval. The inspections required to grant this approval at your facility were completed on August 10th and the approval call was made to Keith that afternoon.

Please keep your business activity in the building limited to setting up furniture /equipment and training of staff. Any intensification of occupancy beyond this would require a certificate of occupancy.

Also be advised that any further money spent in preparing the building for use, pending the outcome of the development process review, is not indicative of the outcome and is done at the Gemini's risk.

Sincerely,

*John P. Curley*

John P. Curley AIA
Assistant Director Community Development - City of Aurora

001254