03.23.07

# SPRINKLER

# PERMIT

07.805

001326

## 07.-805. FRSP

**240 N OAKHURST DR**
GEMINI OFFICE
GEMINI OFFICE DEVELOPMENT

RECEIVED
MAR 2 3 2007

...RESSION - APPLICATION FORM

| FOR OFFICIAL USE ONLY | TOTAL FEE 1257.⁰⁰ |
|---|---|
| PERMIT APPLICATION NO. 07-805 | BLDG 1143 |
| | PLRV 114 |
| SUBMITTED 2/23/06 | WEB www.AURORA-il.org |
| NOTIFIED 4.4.07 | FAX        (630) 892-8112 |
| ZONING | TELEPHONE  (630) 892-8088 |



**AURORA**
The City of Lights

**DIVISION OF BUILDING & PERMITS**
65 WATER STREET
AURORA, ILLINOIS 60505

### LAND / PARCEL INFORMATION

PROPERTY ADDRESS  240 N OAKHURST DR

IS THIS WORK ASSOCIATED WITH OTHER CONSTRUCTION WORK? ☒ YES ☐ NO
IF YOU ANSWERED YES, PLEASE PROVIDE BUILDING PERMIT NUMBER  06 - 00003529

| COUNTY ☐ KANE        ☐ DuPAGE | TOWNSHIP 11 12 04 | TOWNSHIP SECTION # |
|---|---|---|
| (CHECK ONE) ☐ KENDALL     ☐ WILL | (CIRCLE ONE) 14 15 07 | |
| (Call tax assessor's office with questions) | 03 01 | BLOCK # (if known)_____ LOT# (if known)_____ |

PROPERTY OWNER &
Contact Name  Gemini OFFICE

OWNERS ADDRESS  1 S Wacker Suite 800
CHICAGO IL 60606

PHONE # (    )
FAX # (    )
E-MAIL

TENANT &
Contact Name  Same

ADDRESS

PHONE # (    )
FAX # (    )
E-MAIL

### ZONING INFORMATION
### OCCUPANCY CLASSIFICATION

Existing Use / Occupancy_____

Proposed Use / Occupancy  B

θ Single Occupancy (302.1)          θ Mixed Occupancy (302.3)
θ w/ Incidental use (302.1.1)       θ non-separated
θ w/ Accessory use (302.2)          ☐ separated attach sum of ratios
< 10% of area & < allowable for Acc.    calculation per section (504)

Check all Occupancy Classifications that apply below.

| Assembly | θ A-1 | θ A-2 | θ A-3 | θ A-4 | θ A-5 |
|---|---|---|---|---|---|
| Business, Education, Factory | θ B | θ E | | θ F-1 | θ F-2 |
| Hazardous | θ H-1 | θ H-2 | θ H-3 | θ H-4 | θ H-5 |
| Institutional | θ I-1 | θ I-2 | θ I-3 | θ I-4 | θ I-5 |
| Mercantile, Residential | θ M | | θ R-1 | θ R-2 | |
| Storage, Utility | θ S-1 | θ S-2 | | θ U | |

### PROPOSED WORK

New Sprinkler System        221 Heads  θ

Relocate Existing Heads                 θ

Additional Sprinkler work               θ

UL 300 Hood Suppression                 θ

Clean Agent Suppression System          θ

Other _____                  θ

TOTAL COST OF IMPROVEMENTS $  66,000

[FOR SUPPRESSION- PERMIT FEES ARE A FUNCTION OF CONSTRUCTION $]

001327

Address _____    Application # _____ - _____

## CONTRACTOR REGISTRATION INFORMATION

**SPRINKLER/SUPPRESSION CONTRACTOR**
CITY OF AURORA
G.C. REGISTRATION. # 06 - 3048

BUSINESS NAME    FE MORAN FIRE PROT.
CONTACT NAME    DENNIS GREGORASH
ADDRESS    2165 SHERMER RD
CITY, STATE, ZIP    NORTHBROOK   IL
N/A  θ    PHONE (847) 498 - 4870
FAX    (847) 498 - 9084
E-MAIL    d.gregorash@femoran.

**CERTIFICATION**
This is an application only.  Completion of this application does NOT entitle the commencement of construction. I, (the applicant) agree to conform to all applicable laws of the City of Aurora. I also agree that all work performed will be in accordance with the plans and specifications as set forth in the approved permit. I understand that the approval of this application and issuance of a permit does not obviate the need to comply with all applicable laws and ordinances.  I agree to hold harmless and indemnify the City of Aurora for any claim against the City as the result of any act of commission or omission by or on behalf of the undersigned, his/her agent, principle, contractor, subcontractor or supplier.  I the undersigned am the Owner or a duly contracted representative of the owner of said property.

CONTRACTOR    PAUL FELCH
(PRINT)

CONTRACTOR    _____ (SIGNATURE)

OR

OWNER    _____
(PRINT)

OWNER    _____
(SIGNATURE)

**ELECTRICAL CONTRACTOR**    (primary contact) θ
CITY OF AURORA
ELECT. REGISTRATION # _____ - _____

BUSINESS NAME
CONTACT NAME
ADDRESS
CITY, STATE, ZIP
N/A  θ    PHONE ( )
FAX    ( )
E-MAIL

**PLUMBING CONTRACTOR**    (primary contact) θ
CITY OF AURORA
PLUMBING REGISTRATION # _____

BUSINESS NAME
CONTACT NAME
ADDRESS
CITY, STATE, ZIP
N/A  θ    PHONE ( )
FAX    ( )
E-MAIL

**MECHANICAL CONTRACTOR**    (primary contact) θ
CITY OF AURORA
HVAC REGISTRATION # _____ - _____

BUSINESS NAME
CONTACT NAME
ADDRESS
CITY, STATE, ZIP
N/A  θ    PHONE ( )
FAX    ( )
E-MAIL

001028

Address _____                Application # _____-____

| BUILDING INFORMATION | | |
|---|---|---|

**CONSTRUCTION TYPE**

| | CIRCLE ONE | CIRCLE ONE |
|---|---|---|
| EXISTING | 1 2 3 4 5 | A B |
| NEW | 1 2 3 4 5 | A (B) |

Non Combustible  1 HR

**ACTUAL BUILDING HEIGHT** ± 21 _____FT
**ACTUAL NUMBER OF STORIES** 1
**SF PRINCIPAL** 21,777 _____SF

| FIRE PREVENTION INFORMATION | | |
|---|---|---|

Sprinklers      (o WET)      o DRY
o COMPLETE    o LIMITED    o OTHER
FIRE - WATER SERVICE            o EXIST    o NEW
FIRE WATER SERVICE SIZE        4"    " φ
TYPE OF BACKFLOW PROTECTION DEVICE  AMES 3000
FIRE PUMP?              (o NO)    o YES
STANDPIPES?            (o NO)    o YES
Exhaust HOOD SUPPRESSION ?    (o NO)    o YES

| INSTALLATION REQUIREMENTS | | |
|---|---|---|

SPRINKLER SYSTEMS SHALL BE INSTALLED IN ACCORDANCE TO NFPA 13.  PER IFC 903.3.1.1 SPRINKLER PLANS SHALL MEET THE REQUIREMENTS OF NFPA 13, CHAPTER 6, 1996 EDITION.

WET CHEMICAL SHALL BE INSTALLED PER NFPA 17A.
DRY CHEMICAL SHALL BE INSTALLED PER NFPA 17.
CARBON DIOXIDE SHALL BE INSTALLED PER NFPA 12.
CLEAN AGENT SYSTEMS SHALL BE INSTALLED PER NFPA 2001.
FOAM SYSTEM SHALL BE INSTALLED PER NFPA 16.
STANDPIPE INSTALLATION MUST MEET REQUIREMENTS OF NFPA 14 AND CITY OF AURORA ORDINANCE 17-110.

001329

Warnings

Email, Phone | New Window | Support | Help



Location ID:            65986
Property address:       240 N OAKHURST DR
Parcel Number:          07-20-302-081

**Location Special Notes and Information**

| Item | Number/Code | Description | Date |
|---|---|---|---|
| BP Open Appl | 07-00000746 | SIGN PERMIT - SITE - MONUMENT & POLE SIGNS - Status PC | 03/22/2007 |
| BP Open Appl | 06-00005760 | TRAILER PERMIT - Status PI | 12/04/2006 |
| BP Open Appl | 06-00003529 | COM - BUSINESS OFFICES - Status PI | 07/27/2006 |

001330

**F.E. MORAN, INC. FIRE PROTECTION**
**2165 SHERMER RD**
**NORTHBROOK, IL 60062**
**(847)498-4870    FAX (847)498-9084**

| | | | |
|---|---|---|---|
| *TO:* | Aurora Fire Dept | *DATE:* | 3/19/07 |
| *STREET:* | 65 Water Street | *REFERENCE:* | Gemini Office Oakhurst Drive |
| *CITY:* | Aurora    STATE:    IL | | |
| *ZIP CODE:* | 60505 | *FEMFP JOB NO.* | 3547 |
| *ATTENTION:* | Plan review | *TRANSMITTAL NO.* | |

| COPIES/SETS | DESCRIPTION | FOR YOUR APPROVAL | APPROVED | APPROVED AS NOTED | DISAPPROVED | REVISE & RESUBMIT | FOR YOUR USE | FOR DISTRIBUTION |
|---|---|---|---|---|---|---|---|---|
| 4 | APPROVAL DRAWINGS | X | | | | | | |
| 2 | HYDRAULIC CALCULATIONS | X | | | | | | |
| 2 | CUT SHEET MANUALS | X | | | | | | |
| | | | | | | | | |

| PLEASE RETURN | X | COPIES | | WITH CORRECTIONS | X | WITH APPROVAL | FOR RECORD |
|---|---|---|---|---|---|---|---|

**REMARKS:**

| DISTRIBUTION | TRANSMITTAL COPIES TO: | SUBMITTAL COPIES TO: | F. E. MORAN, INC. FIRE PROTECTION |
|---|---|---|---|
| | X PROJECT FILE | X PROJECT FILE | *Dennis Gregorash* |
| | __FIELD | __FIELD | |
| | __SALES FILE | | **Dennis Gregorash** |

C01331



**07.-805. FRSP**

240 N OAKHURST DR
GEMINI OFFICE
GEMINI OFFICE DEVELOPMENT

... Fire Protection by Computer Design

PERMIT COPY
CITY OF AURORA
date
BUILDING & PERMITS

F.E.MORAN FIRE PROTECTION
2265 CARLSON DR.
NORTHBROOK, IL. 60062-6797

| | |
|---|---|
| Job Name | : GEMINI OFFICE |
| Building | : |
| Location | : Oakhurst Dr.  Aurora, IL |
| System | : 1 of 1 |
| Contract | : 3547 |
| Data File | : gemini.wx1 |

001332

F.E.MORAN FIRE PROTECTION
GEMINI OFFICE

Page  1
Date  020807

<u>Hydraulic Design Information Sheet</u>

Name - Gemini Office Development                    Date - 02/09/07
Location - Oakhurst Dr. Aurora, IL
Building -                                          System No. - 1 of 1
Contractor - Krahl Construction                    Contract No. - 3547
Calculated By - J.Gallagher                         Drawing No. - FP-1
Construction: (X) Combustible  ( ) Non-Combustible  Ceiling Height - 8' UNO
Occupancy - Medical Office Building

```
S   (X) NFPA 13  (X) Lt. Haz.  Ord.Haz.Gp. ( ) 1 ( ) 2 ( ) 3  ( ) Ex.Haz.
Y   ( ) NFPA 231 ( ) NFPA 231C  ( ) Figure              Curve
S   Other Design area reduction for quick response sprinklers
T   Specific Ruling              Made By              Date
E
M   Area of Sprinkler Operation - 1100    System Type    Sprinkler/Nozzle
    Density                 - .10    (X) Wet        Make Viking
D   Area Per Sprinkler           - 120    ( ) Dry        Model Concealed
E   Elevation at Highest Outlet - 16.0    ( ) Deluge     Size 1/2"
S   Hose Allowance - Inside     - 0      ( ) Preaction  K-Factor =EQ01
I   Rack Sprinkler Allowance    - 0      ( ) Other      Temp.Rat.155
G   Hose Allowance - Outside    - 100    VK462
N
    Note Concealed Pendent quick response
```

Calculation  Flow Required - 237.0  Press Required - 36
Summary      C-Factor Used: 120  Overhead       140  Underground

```
W   Water Flow Test:            Pump Data:          Tank or Reservoir:
A   Date of Test  - 06/08/06                        Cap.- 0
T   Time of Test  - 6:08    Rated Cap.- n/a      Elev.-
E   Static Press  - 50      @ Press
R   Residual Press - 36     Elev.  -                    Well
    Flow          - 974     Elev.  -               Proof Flow
S   Elevation     - 0
U
P   Location - 12" main on Oakhurst Dr. at New York Street
P
L   Source of Information - Aurora Fire Dept.
Y
```

```
C   Commodity n/a             Class       Location
O   Storage Ht.               Area        Aisle W.
M   Storage Method:  Solid Piled    %   Palletized    %    Rack
M
    ( ) Single Row  ( ) Conven. Pallet  ( ) Auto. Storage  ( ) Encap.
S  R  ( ) Double Row  ( ) Slave Pallet   ( ) Solid Shelf   ( ) Non
T  A  ( ) Mult. Row                      ( ) Open Shelf
O  C
R  K  Flue Spacing            Clearance:Storage to Ceiling
A     Longitudinal            Transverse
G
E     Horizontal Barriers Provided:
```

001333

Pressure / Flow Summary - STANDARD

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **F.E.MORAN FIRE PROTECTION** | | | | | | | Page | 2 |
| **GEMINI OFFICE** | | | | | | | Date | 020807 |

| Node No. | Elevation | K-Fact | Pt Actual | Pn | Flow Actual | Density | Area | Press Req. |
|---|---|---|---|---|---|---|---|---|
| D001 | 8.67 | 5.6 | 7.0 | na | 14.82 | 0.1 | 115 | 7.0 |
| S06 | 16.66 | K = K @ EQ01 | 7.9 | na | 15.5 | | | |
| S07 | 16.66 | K = K @ EQ01 | 11.05 | na | 18.32 | | | |
| S08 | 16.66 | K = K @ EQ01 | 13.03 | na | 19.9 | | | |
| S02 | 16.66 | K = K @ EQ01 | 7.85 | na | 15.44 | | | |
| S03 | 16.66 | K = K @ EQ01 | 10.97 | na | 18.26 | | | |
| S04 | 16.66 | K = K @ EQ01 | 12.94 | na | 19.83 | | | |
| S05 | 16.66 | K = K @ EQ01 | 7.27 | na | 14.87 | | | |
| 8 | 8.67 | | 12.01 | na | | | | |
| 9 | 8.67 | | 15.39 | na | | | | |
| 10 | 8.67 | | 17.52 | na | | | | |
| S01 | 16.66 | K = K @ EQ01 | 7.22 | na | 14.82 | | | |
| 1 | 8.67 | | 11.95 | na | | | | |
| 2 | 8.67 | | 15.31 | na | | | | |
| 3 | 8.67 | | 17.43 | na | | | | |
| 4 | 8.67 | | 22.39 | na | | | | |
| 5 | 8.67 | | 22.52 | na | | | | |
| 6 | 8.67 | | 25.46 | na | | | | |
| 7 | 8.67 | | 26.27 | na | | | | |
| BASE | 0.0 | | 33.51 | na | 100.0 | | | |
| TEST | 0.0 | | 36.13 | na | | | | |

The maximum velocity is 11.27 and it occurs in the pipe between nodes 8 and 9

001334

Water Supply Curve (C)

F.E.MORAN FIRE PROTECTION                                    Page   3
GEMINI OFFICE                                                Date   020807



City Water Supply:
  C1 - Static Pressure    : 50
  C2 - Residual Pressure  : 36
  C2 - Residual Flow      : 974

Demand:
  D1 - Elevation          :    7.215
  D2 - System Flow        :  136.942
  D2 - System Pressure    :   36.128
  Hose ( Adj City )       :
  Hose ( Demand )         :  100
  D3 - System Demand      :  236.942
  Safety Margin           :   12.848

Computer Programs by Hydratec Inc.   Route 111   Windham N.H. USA  03087

001335

Fittings Used Summary

F.E.MORAN FIRE PROTECTION
GEMINI OFFICE

Page   4
Date   020807

Fitting Legend

| Abbrev. | Name | ½ | ¾ | 1 | 1¼ | 1½ | 2 | 2½ | 3 | 3½ | 4 | 5 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | Generic Butterfly Valve | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 10 | 0 | 12 | 9 | 10 | 12 | 19 | 21 | 0 | 0 | 0 | 0 | 0 |
| E | 90° Standard Elbow | 2 | 2 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 10 | 12 | 14 | 18 | 22 | 27 | 35 | 40 | 45 | 50 | 61 |
| G | Generic Gate Valve | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 2 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 10 | 11 | 13 |
| I | 90° Grvd-Vic Elbow #10 | 0 | 0 | 2 | 3 | 4 | 3.5 | 6 | 5 | 8 | 7 | 8.5 | 10 | 13 | 17 | 20 | 23 | 25 | 33 | 36 | 40 |
| J | 90°Tee-Branch Grv Vic #20 | 0 | 0 | 4.5 | 6 | 8 | 8.5 | 10.8 | 13 | 17 | 16 | 21 | 25 | 33 | 41 | 50 | 65 | 78 | 88 | 98 | 120 |
| T | 90° Flow thru Tee | 3 | 4 | 5 | 6 | 8 | 10 | 12 | 15 | 17 | 20 | 25 | 30 | 35 | 50 | 60 | 71 | 81 | 91 | 101 | 121 |
| Zaf | Ames 3000SS | Fitting generates a Fixed Loss Based on Flow | | | | | | | | | | | | | | | | | | | |

Computer Programs by Hydratec Inc.   Route 111   Windham N.H. USA 03087

001336

Final Calculations - Hazen-Williams

F.E.MORAN FIRE PROTECTION
GEMINI OFFICE

Page  5
Date   020807

| Hyd. Ref. Point | Qa Qt | Dia. "C" Pf/Ft | Fitting or Eqv. Ln. | | Pipe Ftng's Total | Pt Pe Pf | Pt Pv Pn | ******* Notes ****** |
|---|---|---|---|---|---|---|---|---|
| D001 | 14.82 | 1.049 | 1E | 2.0 | 1.000 | 7.000 | | K Factor = 5.60 |
| to | | 120 | | 0.0 | 2.000 | 0.0 | | |
| EQ01 | 14.82 | 0.0747 | | 0.0 | 3.000 | 0.224 | | Vel =  5.50 |
| | 0.0 14.82 | | | | | 7.224 | | K Factor =  5.51 |
| S06 | 15.50 | 1.049 | 1E | 2.0 | 1.000 | 7.904 | | K Factor @ node EQ01 |
| to | | 120 | 1T | 5.0 | 7.000 | 3.460 | | |
| 8 | 15.5 | 0.0811 | | 0.0 | 8.000 | 0.649 | | Vel =  5.75 |
| | 0.0 15.50 | | | | | 12.013 | | K Factor =  4.47 |
| S07 | 18.32 | 1.049 | 1E | 2.0 | 1.000 | 11.049 | | K Factor @ node EQ01 |
| to | | 120 | 1T | 5.0 | 7.000 | 3.460 | | |
| 9 | 18.32 | 0.1106 | | 0.0 | 8.000 | 0.885 | | Vel =  6.80 |
| | 0.0 18.32 | | | | | 15.394 | | K Factor =  4.67 |
| S08 | 19.90 | 1.049 | 1E | 2.0 | 1.000 | 13.032 | | K Factor @ node EQ01 |
| to | | 120 | 1T | 5.0 | 7.000 | 3.460 | | |
| 10 | 19.9 | 0.1290 | | 0.0 | 8.000 | 1.032 | | Vel =  7.39 |
| | 0.0 19.90 | | | | | 17.524 | | K Factor =  4.75 |
| S02 | 15.44 | 1.049 | 1E | 2.0 | 1.000 | 7.849 | | K Factor @ node EQ01 |
| to | | 120 | 1T | 5.0 | 7.000 | 3.460 | | |
| 1 | 15.44 | 0.0806 | | 0.0 | 8.000 | 0.645 | | Vel =  5.73 |
| | 0.0 15.44 | | | | | 11.954 | | K Factor =  4.47 |
| S03 | 18.26 | 1.049 | 1E | 2.0 | 1.000 | 10.974 | | K Factor @ node EQ01 |
| to | | 120 | 1T | 5.0 | 7.000 | 3.460 | | |
| 2 | 18.26 | 0.1100 | | 0.0 | 8.000 | 0.880 | | Vel =  6.78 |
| | 0.0 18.26 | | | | | 15.314 | | K Factor =  4.67 |
| S04 | 19.83 | 1.049 | 1E | 2.0 | 1.000 | 12.945 | | K Factor @ node EQ01 |
| to | | 120 | 1T | 5.0 | 7.000 | 3.460 | | |
| 3 | 19.83 | 0.1281 | | 0.0 | 8.000 | 1.025 | | Vel =  7.36 |
| | 0.0 19.83 | | | | | 17.430 | | K Factor =  4.75 |
| S05 | 14.87 | 1.049 | 2E | 4.0 | 13.000 | 7.275 | | K Factor @ node EQ01 |
| to | | 120 | | 0.0 | 4.000 | 3.460 | | |
| 8 | 14.87 | 0.0752 | | 0.0 | 17.000 | 1.278 | | Vel =  5.52 |
| 8 | 15.50 | 1.049 | | 0.0 | 12.000 | 12.013 | | |
| to | | 120 | | 0.0 | 0.0 | 0.0 | | |
| 9 | 30.37 | 0.2818 | | 0.0 | 12.000 | 3.381 | | Vel = 11.27 |

Final Calculations - Standard

| F.E.MORAN FIRE PROTECTION GEMINI OFFICE | | | | | | | | Page 6 Date 020807 |
|---|---|---|---|---|---|---|---|---|

| Hyd. Ref. Point | Qa Qt | Dia. "C" Pf/Ft | Fitting or Eqv. | Ln. | Pipe Ftng's Total | Pt Pe Pf | Pt Pv Pn | ******* Notes ****** |
|---|---|---|---|---|---|---|---|---|
| 9 | 18.32 | 1.38 | | 0.0 | 12.000 | 15.394 | | |
| to | | 120 | | 0.0 | 0.0 | 0.0 | | |
| 10 | 48.69 | 0.1775 | | 0.0 | 12.000 | 2.130 | | Vel = 10.44 |
| 10 | 19.90 | 1.61 | 1T | 8.0 | 23.630 | 17.524 | | |
| to | | 120 | | 0.0 | 8.000 | 0.0 | | |
| 5 | 68.59 | 0.1580 | | 0.0 | 31.630 | 4.996 | | Vel = 10.81 |
| | 0.0 | | | | | 22.520 | | |
| | 68.59 | | | | | | | K Factor = 14.45 |
| S01 | 14.82 | 1.049 | 2E | 4.0 | 13.000 | 7.224 | | K Factor @ node EQ01 |
| to | | 120 | | 0.0 | 4.000 | 3.460 | | |
| 1 | 14.82 | 0.0747 | | 0.0 | 17.000 | 1.270 | | Vel = 5.50 |
| 1 | 15.44 | 1.049 | | 0.0 | 12.000 | 11.954 | | |
| to | | 120 | | 0.0 | 0.0 | 0.0 | | |
| 2 | 30.26 | 0.2800 | | 0.0 | 12.000 | 3.360 | | Vel = 11.23 |
| 2 | 18.26 | 1.38 | | 0.0 | 12.000 | 15.314 | | |
| to | | 120 | | 0.0 | 0.0 | 0.0 | | |
| 3 | 48.52 | 0.1763 | | 0.0 | 12.000 | 2.116 | | Vel = 10.41 |
| 3 | 19.83 | 1.61 | 1T | 8.0 | 23.630 | 17.430 | | |
| to | | 120 | | 0.0 | 8.000 | 0.0 | | |
| 4 | 68.35 | 0.1569 | | 0.0 | 31.630 | 4.964 | | Vel = 10.77 |
| 4 | 0.0 | 2.703 | | 0.0 | 10.000 | 22.394 | | |
| to | | 120 | | 0.0 | 0.0 | 0.0 | | |
| 5 | 68.35 | 0.0126 | | 0.0 | 10.000 | 0.126 | | Vel = 3.82 |
| 5 | 68.59 | 2.703 | 2I | 18.651 | 46.000 | 22.520 | | |
| to | | 120 | | 0.0 | 18.651 | 0.0 | | |
| 6 | 136.94 | 0.0455 | | 0.0 | 64.651 | 2.943 | | Vel = 7.66 |
| 6 | 0.0 | 3.314 | 3I | 21.838 | 7.330 | 25.463 | | |
| to | | 120 | 1J | 18.927 | 40.765 | 0.0 | | |
| 7 | 136.94 | 0.0169 | | 0.0 | 48.095 | 0.811 | | Vel = 5.09 |
| 7 | 0.0 | 4.31 | 6I | 58.535 | 181.750 | 26.274 | | |
| to | | 120 | 2J | 44.598 | 133.794 | 5.755 | | * Fixed loss = 2 |
| BASE | 136.94 | 0.0047 | 1Zaf | 0.0 | 315.544 | 1.480 | | Vel = 3.01 |
| | | | 1B | 16.724 | | | | |
| | | | 1E | 13.937 | | | | |
| BASE | 100.00 | 4.1 | 2E | 29.067 | 150.000 | 33.509 | | Qa = 100 |
| to | | 140 | 1G | 2.907 | 61.041 | 0.0 | | |
| TEST | 236.94 | 0.0124 | 1T | 29.067 | 211.041 | 2.619 | | Vel = 5.76 |
| | 0.0 | | | | | 36.128 | | |
| | 236.94 | | | | | | | K Factor = 39.42 |

001338

## 07.-805. FRSP

**240 N OAKHURST DR**
GEMINI OFFICE
GEMINI OFFICE DEVELOPMENT

### EQUIPMENT SUBMITTAL

FOR

GEMINI OFFICE DEVELOPMENT
OAKHURST DR.
AURORA, IL.



F.E. MORAN FIRE PROTECTION
2265 CARLSON DR.
NORTHBROOK, IL.
60062-6797

CONTRACT # 3547

## Table of contents

|  | Spec Section |
|---|---|
| Firelock Fittings | 13915-4 2.2 C. 9 |
| Firelock Flange Adaptor | 13915-4 2.2 C. 9 |
| Victaulic Butterfly Valve | 13915-8 2.7 D.2 a. 7 |
| Victaulic Drain Elbow | 13915-4 2.2 C. 9 |
| Victaulic 716 Check Valve | 13915-9 2.7 E. 1. 1 |
| Ames 3000SS Backflow Device | - |
| Allied Schedule 10 / 40 Pipe | 13915-4 2.2 A / C |
| Storz Connection | 13915-13 2.12 B. 1 |
| Potter Flow Switch | 13915-14 2.13 C. 1. d |
| Tolco Adjustable Band Hangers | - |
| VK 462 White Concealed sprinklers | 13915-11 2.10 B. 6 |
| VK300 Upright Sprinklers | 13915-11 2.10 B. 6 |

All other materials not identified herein shall comply with specifications section 13915

001340

**IPS CARBON STEEL PIPE – FIRE PROTECTION PRODUCTS**    **10.03**

VICTAULIC® IS AN ISO 9001 CERTIFIED COMPANY

# FireLock® Fittings

## PRODUCT DESCRIPTION



FireLock® products comprise a unique system specifically designed for fire protection services. FireLock full-flow elbows and tees are a CAD-developed, hydrodynamic design that has a shorter center-to-end dimension than standard fittings. A noticeable bulge allows the water to make a smoother turn to maintain similar flow characteristics as standard full flow fittings.

FireLock fittings are designed for use exclusively with Style 005 and Style 009 FireLock couplings. Use of other couplings or flange adapters may result in bolt pad interference.

Victaulic FireLock fittings pressure ratings conform to the ratings of Victaulic FireLock Style 005 couplings.



Patented



See Victaulic publication 10.01 for details





## DIMENSIONS

| Fitting Size | | No. 001 90° Elbow | | No. 003 45° Elbow | | No. 002 Straight Tee | | No. 006 Cap | |
|---|---|---|---|---|---|---|---|---|---|
| Nominal Diameter Inches/mm | Actual Outside Diameter Inches/mm | C to E Inches mm | Aprx. Weight Each Lbs./kg | C to E Inches mm | Aprx. Weight Each Lbs./kg | C to E Inches mm | Aprx. Weight Each Lbs./kg | Thickness "T" Inches mm | Aprx. Weight Each Lbs./kg |
| 1¼ / 32 | 1.660 / 42.4 | – | – | – | – | – | – | 0.82 / 21 | 0.3 / 0.1 |
| 1½ / 40 | 1.900 / 48.3 | 2.75 / 70 | 2 / 0.5 | 1.75 / 45 | 0.9 / 4.1 | 2.75 / 70 | 2.0 / 0.9 | 0.82 / 21 | 0.4 / 0.2 |
| 2 / 50 | 2.375 / 60.3 | 2.75 / 70 | 1.7 / 0.8 | 2.00 / 51 | 1.8 / 0.8 | 2.75 / 70 | 2.4 / 1.1 | 0.86 / 22 | 0.6 / 0.3 |
| 2½ / 65 | 2.875 / 73.0 | 3.00 / 76 | 3.1 / 1.4 | 2.25 / 57 | 2.2 / 1.0 | 3.00 / 76 | 3.6 / 1.6 | 0.86 / 22 | 1.0 / 0.5 |
| 76.1 mm | 3.000 / 76.1 | 3.00 / 76 | 3.30 / 1.5 | 2.25 / 57 | 2.4 / 1.1 | – | – | – | – |
| 3 / 80 | 3.500 / 88.9 | 3.38 / 86 | 4.0 / 1.8 | 2.50 / 64 | 3.1 / 1.4 | 3.38 / 86 | 5.3 / 2.4 | 0.88 / 22 | 1.2 / 0.5 |
| 108 mm | 4.250 / 108.0 | 4.00 / 102 | 5.7 / 2.6 | 3.00 / 76 | 5.1 / 2.3 | 4.00 / 102 | 7.5 / 3.4 | – | – |
| 4 / 100 | 4.500 / 114.3 | 4.00 / 102 | 6.7 / 3.0 | 3.00 / 76 | 5.6 / 2.5 | 4.00 / 102 | 8.7 / 3.9 | 1.00 / 25 | 2.4 / 1.1 |
| 5 / 125 | 5.563 / 141.3 | 4.88 / 124 | 12.6 / 5.7 | 3.25 / 83 | 8.3 / 3.8 | 4.88 / 124 | 15.7 / 7.1 | 1.00 / 25 | 4.1 / 1.9 |
| 159 mm | 6.250 / 158.8 | 5.50 / 140 | 12.6 / 5.7 | 3.50 / 89 | 9.2 / 4.2 | 3.50 / 140 | 17.9 / 8.0 | – | – |
| 6 / 150 | 6.625 / 168.3 | 5.50 / 140 | 18.3 / 8.3 | 3.50 / 89 | 11.7 / 5.3 | 5.50 / 140 | 22.7 / 10.3 | 1.00 / 25 | 5.9 / 2.7 |
| 8 / 200 | 8.625 / 219.1 | 6.81 / 173 | 25.5 / 11.6 | 4.25 / 108 | 20.4 / 9.3 | 6.94 / 176 | 38.7 / 17.6 | 1.13 / 29 | 12.7 / 5.8 |

No. 001    No. 003    No. 002    No. 006

® REGISTERED TRADEMARK OF VICTAULIC – © COPYRIGHT 2006 VICTAULIC – PRINTED IN U.S.A. – SKU #WCAS-87PJUX

1539 REV F

United States – Phone: 1-800-PICK-VIC (1-800-742-5842) – Fax: 610-250-8817 – e-mail: pickvic@victaulic.com
Canada – Phone: 905-884-7444 – Fax: 905-884-9774 – e-mail: viccanada@victaulic.com
Europe – Phone: 32-9-381-1500 – Fax: 32-9-380-4438 – e-mail: viceuro@victaulic.be
UK – Phone: 44(0)1438741100 – Fax: 44(0)1438313883 – e-mail: viceuro@victaulic.be
Central and South America – Phone: 610-559-3300 – Fax: 610-559-3608 – e-mail: vical@victaulic.com
Australasia – Phone: 86-21-54253300 – Fax: 86-21-54253671 – e-mail: vicap@victaulic.com



001341



## FLOW DATA

| Fitting Size | | | Frictional Resistance Equivalent Feet/Meters of Straight Pipe † | | | |
|---|---|---|---|---|---|---|
| Nominal Diameter Inches/mm | Actual Outside Diameter Inches/mm | 90° Elbow No. 001 | 45° Elbow No. 003 | Straight Tee No. 002 | | |
| | | | | Branch | Run | |
| 1¼ | 1.660 | 1.5 | 0.8 | 3.7 | 1.5 | |
| 32 | 42.4 | 0.5 | 0.2 | 1.1 | 0.5 | |
| 1½ | 1.900 | 2.2 | 1.1 | 5.5 | 2.2 | |
| 40 | 48.3 | 0.7 | 0.3 | 1.7 | 0.7 | |
| 2 | 2.375 | 3.5 | 1.8 | 8.5 | 3.5 | |
| 50 | 60.3 | 1.1 | 0.5 | 2.6 | 1.1 | |
| 2½ | 2.875 | 4.3 | 2.2 | 10.8 | 4.3 | |
| 65 | 73.0 | 1.3 | 0.7 | 3.3 | 1.3 | |
| 76.1 mm | 3.000 | 4.5 | 2.3 | 11.0 | 4.5 | |
| | 76.1 | 1.4 | 0.7 | 3.4 | 1.4 | |
| 3 | 3.500 | 5.0 | 2.6 | 13.0 | 5.0 | |
| 80 | 88.9 | 1.5 | 0.8 | 4.0 | 1.5 | |
| 108 mm | 4.250 | 6.4 | 3.2 | 15.3 | 6.4 | |
| | 108.0 | 2.0 | 0.9 | 4.7 | 2.0 | |
| 4 | 4.500 | 6.8 | 3.4 | 16.0 | 6.8 | |
| 100 | 114.3 | 2.1 | 1.0 | 4.9 | 2.1 | |
| 5 | 5.563 | 8.5 | 4.2 | 21.0 | 8.5 | |
| 125 | 141.3 | 2.6 | 1.3 | 6.4 | 2.6 | |
| 159 mm | 6.250 | 9.4 | 4.9 | 25.0 | 9.6 | |
| | 158.8 | 2.9 | 1.5 | 7.6 | 2.9 | |
| 6 | 6.625 | 10.0 | 5.0 | 25.0 | 10.0 | |
| 150 | 168.3 | 3.0 | 1.5 | 7.6 | 3.0 | |
| 8 | 8.625 | 13.0 | 5.0 | 33.0 | 13.0 | |
| 200 | 219.1 | 4.0 | 1.5 | 10.1 | 4.0 | |

† The flow data listed is based upon the pressure drop of Schedule 40 pipe.

## MATERIAL SPECIFICATIONS

**Fitting:** Ductile iron conforming to ASTM A-536, grade 65-45-12

**Fitting Coating:** Orange enamel

- **Optional:** Hot dipped galvanized

This product shall be manufactured by Victaulic or to Victaulic specifications. All products to be installed in accordance with current Victaulic installation/assembly instructions. Victaulic reserves the right to change product specifications, designs and standard equipment without notice and without incurring obligations.

001342

**IPS CARBON STEEL PIPE – FIRE PROTECTION PRODUCTS**    **10.04**



VICTAULIC IS AN ISO 9001 CERTIFIED COMPANY

# Style 744 FireLock® Flange Adapter
## with Vic-Plus™ Gasket System

## PRODUCT DESCRIPTION



**2 - 8" Sizes**

Style 744 FireLock Flange adapter is designed for directly incorporating flanged components with ANSI CL. 125 or CL. 150 bolt hole patterns into a grooved pipe system. Sizes 2 - 8" (50 - 200 mm) are hinged for easy handling with integral end tabs which facilitate assembly.

The design incorporates small teeth inside the key shoulder I.D. to prevent rotation.

Because of the outside flange dimension, FireLock Flange adapters should not be used on FireLock fittings. When wafer or lug-type valves are used adjoining a Victaulic fitting, check disc dimensions to assure proper clearance.

FireLock Flange adapters should not be used as anchor points for tie-rods across nonrestrained joints. Mating rubber faced flanges, valves, etc., require the use of a FireLock Flange washer.

FireLock Flange adapters with Vic-Plus gaskets do not require lubrication. The gasket must always be assembled with the color coded lip on the pipe and the other lip facing the mating flange.

**Style 744 FireLock Flange Adapters with the Vic-Plus™ Gasket System are designed and recommended for use ONLY on fire protection systems.**

**Vic-Plus Gasket System:**
Victaulic® now offers a gasket system which requires no field lubrication on wet pipe systems. The Vic-Plus™ System (patented) is dry, clean, and non-toxic. It reduces assembly time substantially and eliminates the mess and chance of over-lubrication. Please refer to the latest copy of the Victaulic Field Installation Handbook (I-100) for supplemental lubrication requirements.





*(Exaggerated for clarity)*

See Victaulic publication 10.01 for details.

## DIMENSIONS

**Style 744**
Sizes 2 - 8" (50 - 200 mm)
ANSI Class 125 and 150 Flange

 

**Note:** Gray area of mating face must be free from gouges, undulations or deformities of any type for effective sealing.

| Pipe Size | | Max. Work Press.* PSI kPa | Max. End Load* Lbs. N | No. Bolts † Req'd. | Bolt Size † Inches | Sealing Surface Inches/mm | | Dimensions Inches/millimeters | | | | Aprx. Wgt. Each Lbs. kg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nominal Diameter In./mm | Actual Outside Diameter In./mm | | | | | "A" Max. | "B" Min. | W | X | Y | Z | |
| 2 50 | 2.375 60.3 | 175 1200 | 775 3450 | 4 | 5/8 X 2 1/4 | 2.38 60 | 3.41 87 | 6.75 172 | 6.00 152 | 4.75 121 | 0.75 19 | 2.7 1.2 |
| 2 1/2 65 | 2.875 73.0 | 175 1200 | 1135 5050 | 4 | 5/8 X 3 | 2.88 73 | 3.91 99 | 7.88 200 | 7.00 178 | 5.50 140 | 0.88 22 | 4.2 1.9 |
| 3 80 | 3.500 88.9 | 175 1200 | 1685 7500 | 4 | 5/8 X 3 | 3.50 89 | 4.53 115 | 8.44 214 | 7.50 191 | 6.00 152 | 0.94 24 | 4.8 2.2 |
| 4 100 | 4.500 114.3 | 175 1200 | 2780 11045 | 8 | 5/8 X 3 | 4.50 114 | 5.53 141 | 9.94 252 | 9.00 229 | 7.50 191 | 0.94 24 | 7.1 3.2 |
| 5 125 | 5.563 141.3 | 175 1200 | 4250 18920 | 8 | 3/4 X 3 1/2 | 5.56 141 | 6.71 171 | 11.00 279 | 10.00 254 | 8.50 216 | 1.00 25 | 8.3 3.8 |
| 6 150 | 6.625 168.3 | 175 1200 | 6030 26840 | 8 | 3/4 X 3 1/2 | 6.63 168 | 7.78 198 | 12.00 305 | 11.00 279 | 9.50 241 | 1.00 25 | 9.3 4.2 |
| 8 200 | 8.625 219.1 | 175 1200 | 10219 45475 | 8 | 3/4 X 3 1/2 | 8.63 219 | 9.94 252 | 14.63 372 | 13.50 343 | 11.75 298 | 1.13 29 | 13.9 6.3 |

*Refer to notes below.
† Total bolts required to be supplied by installer. Bolt sizes for conventional flange-to-flange connection. Larger bolts are required when Vic-Flange adaptor is utilized with wafer-type valves.
# Not available with Vic-Plus gasket system. Lubrication is required.

### NOTES
* Working Pressure and End Load are total, from all internal and external loads, based on standard weight steel pipe, standard roll or cut grooved in accordance with Victaulic specifications. Contact Victaulic for performance on other pipe.
WARNING: FOR ONE TIME FIELD TEST ONLY, the Maximum Joint Working Pressure may be increased to 1½ times the figures shown.
Style 744 FireLock Flange adapters provide rigid joints when used on pipe with standard roll or cut groove dimensions and consequently allow no linear or angular movement at the joint.
WARNING: Depressurize and drain the piping system before attempting to install, remove, or adjust any Victaulic piping products.

® REGISTERED TRADEMARK OF VICTAULIC – © COPYRIGHT 2004 VICTAULIC – PRINTED IN U.S.A.    1471 REV D

Victaulic Company of America · Phone: 1-800-PICK-VIC (1-800-742-5842) · Fax: 610-250-8817 · e-mail:pickvic@victaulic.com
Victaulic Company of Canada · Phone: 905-884-7444 · Fax: 905-884-9774 · e-mail: viccanada@victaulic.com
Victaulic Europe · Phone:32-9-381-1500 · Fax: 32-9-380-4438 · e-mail: viceuro@victaulic.be
Victaulic America Latina · Phone: 610-559-3300 · Fax: 610-559-3608 · e-mail: vical@victaulic.com
Victaulic Asia Pacific · Phone: 65-6235-3035 · Fax: 65-6235-0535 · e-mail: vicap@victaulic.com



001343

**10.04**

## VIC-FLANGE ADAPTER NOTES

1  The Style 744 (2 - 8"/50 - 200 mm) design incorporates small teeth inside the key shoulder I.D. to prevent rotation.

2  FireLock Flange adapter should not be used on FireLock fittings. When wafer or lug-type valves are used adjoining a Victaulic fitting. check disc dimensions to assure proper clearance.

3  FireLock Flange adapters should not be used as anchor points for tie-rods across nonrestrained joints. Mating rubber faced flanges, valves, etc. require the use of a FireLock Flange washer.

4  Area A-B noted in the above drawing must be free from gouges, undulations or deformities of any type for effective sealing.

5  FireLock Flange adapter gaskets must always be assembled with the color coded lip on the pipe and the other lip facing the mating flange.

6  Flange Washers: FireLock Flange adapters require a smooth hard surface at the mating flange face for effective sealing. Some applications for which the Vic-Flange adapter is otherwise well suited do not provide an adequate mating surface. In such cases, it is recommended that a metal Flange Washer be inserted between the FireLock Flange adapter and the mating flange to provide the necessary sealing surface.

Typical applications where a Flange Washer should be used are:

A  When mating to a serrated flange: a standard flat flange gasket should be used adjacent to the serrated flange and then the Flange Washer is inserted between the FireLock Flange adapter and the flange gasket.

B  When mating to a wafer valve: where typical valves are rubber lined and partially rubber faced (smooth or not). the Flange Washer is placed between the valve and the FireLock Flange adapter.

C  When mating a rubber faced flange: the Flange Washer is placed between the FireLock Flange adapters and the rubber faced flange.

D  When mating AWWA cast flanges to IPS flanges: the Flange Washer is placed between two FireLock Flanges. The hinge points must be oriented approximately 90° to each other. If one flange is not a FireLock Flange adapter (e.g. flanged valve), then a standard flat flange gasket must be placed adjacent to that flange and the Flange Washer inserted between the flange gasket and the FireLock Flange adapter.

E  When mating to components (valves, strainers, etc.) where the component flange face has an insert: follow the same arrangement as in Application 1.

F  When mating to a Series 705-W Butterfly valve, Style 744 may only be used on one side of the connection.

*When ordering Flange Washers, always specify product style (Style 744) and size to assure proper Flange Washer is supplied.*

---

## MATERIAL SPECIFICATIONS

**Flange Housing**: Ductile iron conforming to ASTM A-536. grade 65-45-12. Ductile iron conforming to ASTM A-395, grade 65-45-15. is available upon special request.

**Coating**: Black enamel

• **Optional**: Hot dipped galvanized

**Bolts/Nuts**: Supplied by installer

**Gasket**:

• **Grade "E" EPDM - Type A Vic-Plus Gasket System Δ**
(Violet color code). FireLock products have been Listed by Underwriters Laboratories Inc. and Approved by Factory Mutual Research for wet and dry (oil free air) sprinkler services up to the rated working pressure using the Grade "E" Type A Vic-Plus Gasket System. requiring no field lubrication for most installation conditions.

Δ Standard gasket approved for dry pipe systems to -40°F (-40°C). Based on "typical" pipe surface conditions, supplemental lubricant is recommended for services installed below 0°F (-18°C) and for all dry pipe systems or systems to be subjected to air tests prior to being filled with water. Supplemental lubrication may also be required on pipe with raised or undercut weld seams or pipe that has voids and/or cracks at the weld seams

---

This product shall be manufactured by Victaulic Company. All products to be installed in accordance with current Victaulic installation/assembly instructions. Victaulic reserves the right to change product specifications. designs and standard equipment without notice and without incurring obligations.

*Style 744 FireLock® Flange Adapter*

001344

IPS CARBON STEEL PIPE – FIRE PROTECTION VALVES

**10.18**

# FireLock® Butterfly Valve

**SERIES 705W**
**WITH WEATHERPROOF ACTUATOR FOR 300 PSI SERVICE**



c(UL)us  FM  LPCB  CE 0026  VdS
See Victaulic publication 10.01 for details



The Series 705W butterfly valve features an approved weatherproof actuator housing approved for indoor or outdoor use. It has a ductile iron body and disc with EPDM disc coating. The body is coated with a heat fused polyphenylene sulfide blend to meet FM requirements. Designed for fire protection services only, Series 705W valve is UL Listed and FM Approved for 300 psi/2065 kPa service. Contact Victaulic for details of agency approvals.

**WEATHERPROOF ACTUATOR**

Supervisory switches that monitor the valve in the fully open or fully closed position for valves are available 2½ – 12"/65 – 300 mm pre-wired (PW).

**OPTIONAL SUPPLY-SIDE TAP**

Series 705W valves are available with a ½" (for 2½", 76.1 mm and 3" sizes) or ¾" (4 – 12"/100 – 300mm sizes) NPT supply side tap designed to allow direct water supply connection to Victaulic FireLock actuated fire protection valves. See separate drawings below. This is an optional feature and must be clearly noted on all orders. ¼" tap available by special order. Contact Victaulic for additional information on tapped valves.

**MATERIAL SPECIFICATIONS**

**Body:** Ductile iron conforming to ASTM A-536, coated with polyphenylene sulfide blend.

**Disc:** Ductile iron conforming to ASTM A-536, various grades, EPDM coated.

**Disc Coating:**

- **Grade "E" EPDM**
  EPDM (Green color code). Temperature range –30°F to +230°F/–34°C to +110°C. Recommended for cold and hot water service within the specified temperature range plus a variety of dilute acids, oil-free air and many chemical services. UL classified in accordance with ANSI/NSF 61 for cold +86°F/+30°C and hot +180°F/+82°C potable water service. NOT RECOMMENDED FOR PETROLEUM SERVICES.

**Stem Bearings:** Teflon impregnated fiberglass with stainless steel backing.

**Stem Bearing Nuts:** Type 416 Stainless Steel.

**Tap Plug:** Carbon steel, plated.

**O-Ring:** EPDM

**Bracket:** Carbon steel, painted.

**Actuator:**

- 2½ – 8"/65 – 200 mm: Bronze traveling nut on a steel lead screw, in a ductile iron housing.

- 10 – 12"/250 – 300mm: Steel worm and cast iron quadrant gear, in a cast iron housing.

| JOB/OWNER | CONTRACTOR | ENGINEER | |
|---|---|---|---|
| System No. _____ | Submitted By _____ | Spec Sect _____ | Para_____ |
| Location _____ | Date_____ | Approved _____ | |
| | | Date_____ | |

www.victaulic.com
VICTAULIC IS A REGISTERED TRADEMARK OF VICTAULIC COMPANY © 2006 VICTAULIC COMPANY. ALL RIGHTS RESERVED. PRINTED IN THE USA.
REV F

**Victaulic**

10.18_1

001345

IPS CARBON STEEL PIPE - FIRE PROTECTION VALVES

# FireLock® Butterfly Valve

**SERIES 705W**
**WITH WEATHERPROOF ACTUATOR FOR 300 PSI SERVICE**

MATERIAL SPECIFICATIONS

Handwheel:

| Size | Version | |
| --- | --- | --- |
| Inches<br>mm | cULus, LPCB, FM*<br>Black<br>Inches<br>mm | VdS *<br>Red<br>mm |
| 2½ – 4<br>65 – 100 | 3.0<br>76.2 | 125 |
| 5 – 6<br>125 – 150 | 4.5<br>114.3 | 200 |
| 8<br>200 | 160 mm | 250 |
| 10 – 12<br>250 – 300 | 9<br>225 | |

*VdS version not UL Listed, FM Approved or LPCB Approved.



# FireLock® Butterfly Valve

**SERIES 705W**
**WITH WEATHERPROOF ACTUATOR FOR 300 PSI SERVICE**

DIMENSIONS – c(UL)us  FM  [LPCB]

| Size | | Dimensions – inches/millimeters | | | | | | | | Appr. Wgt. Each |
| Nominal Size inches mm | Actual Outside Diameter inches mm | End to End "A" | Hgt "H" | "E" | "L" | "O" | "N" ‡ | "P" ‡ | lb/kg |
|---|---|---|---|---|---|---|---|---|---|
| 2½ 65 | 2.875 73.0 | 3.77 95.6 | 8.76 222.5 | — | 4.21 106.9 | 6.08 154.4 | 3.00 76.2 | 0.00 * 0.0 * | 0.75 19.1 | 8.3 3.8 |
| 76.1 mm | 3.000 76.1 | 3.77 95.6 | 8.76 222.5 | — | 4.21 106.9 | 6.08 154.4 | 3.00 76.2 | 0.00 * 0.0 * | 0.75 19.1 | 8.3 3.8 |
| 3 80 | 3.500 88.9 | 4.72 95.6 | 9.40 238.6 | 0.08 2.0 | 4.21 106.9 | 6.08 154.4 | 3.00 76.2 | 0.00 * 0.0 * | 0.75 19.1 | 8.9 4.0 |
| 4 100 | 4.500 114.3 | 4.63 117.6 | 10.84 275.3 | 0.07 1.8 | 6.01 152.7 | 6.98 177.3 | 3.00 76.2 | 0.73 18.5 | 1.13 28.7 | 14.9 6.8 |
| 139.7 mm | 5.500 139.7 | 5.88 149.4 | 12.38 314.5 | 0.43 10.9 | 6.01 152.7 | 8.57 217.7 | 4.50 114.3 | — | — | 21.0 9.5 |
| 5 125 | 5.563 141.3 | 5.88 149.4 | 12.38 314.5 | 0.43 10.9 | 6.01 152.7 | 8.57 217.7 | 4.50 114.3 | — | — | 21.0 9.5 |
| 165.1 mm | 6.500 165.1 | 5.88 149.4 | 13.41 340.6 | 1.00 25.4 | 7.51 190.5 | 9.32 236.7 | 4.50 114.3 | 1.60 40.6 | 1.88 47.8 | 26.5 12.0 |
| 6 150 | 6.625 168.3 | 5.88 149.4 | 13.41 340.6 | 1.00 25.4 | 7.51 190.5 | 9.32 236.7 | 4.50 114.3 | 1.60 40.6 | 1.88 47.8 | 26.5 12.0 |
| 8 200 | 8.625 219.1 | 5.33 135.4 | 16.50 419.1 | 1.27 32.3 | 9.65 245.1 | 10.98 278.9 | 6.30 160.0 | 0.00 * 0.0 * | 0.68 17.3 | 43.0 19.5 |
| 10 250 | 10.750 273.0 | 6.40 163.6 | 19.14 486.2 | 1.72 43.7 | 12.28 309.9 | 16.19 411.2 | 9.00 228.6 | — | — | 80.0 36.3 |
| 12 300 | 12.750 323.9 | 6.50 165.1 | 21.54 547.1 | 2.66 67.6 | 14.25 362.0 | 17.22 437.4 | 9.00 228.6 | — | — | 102.0 46.3 |

\* On Centerline

‡ These dimensions apply only to a Series 705W Butterfly Valve with a ½-inch NPT, supply-side tap

1. To prevent rotation of valves, it is recommended that Series 705W be installed with Victaulic Style 07 Zero-Flex®, Style 005 FireLock, Style 009/009V FireLock EZ, or Style HP-70 Rigid Couplings. If Victaulic flexible couplings are used, additional support may be required.

2. Valve must not be installed with disc in full open position. Disc must be partly closed so that no part is protruding beyond end of valve body.

3. Victaulic grooved end butterfly valves are permitted for use with grooved end pipe (IPS) only. Not permitted for use with plain end (IPS) pipe.

4. Series 705W valves are designed for ambient weather conditions as opposed to submersible service.



2½ – 4-INCH/65 – 100-MM SIZES



5 – 12-INCH/125 – 300-MM SIZES

www.victaulic.com

VICTAULIC IS A REGISTERED TRADEMARK OF VICTAULIC COMPANY. © 2006 VICTAULIC COMPANY. ALL RIGHTS RESERVED. PRINTED IN THE USA.

REV_F

Victaulic

10.18_3

001347

IPS CARBON STEEL PIPE - FIRE PROTECTION VALVE

# FireLock® Butterfly Valve

**SERIES 705W**
**WITH WEATHERPROOF ACTUATOR FOR 300 PSI SERVICE**

DIMENSIONS –  VdS

| Nominal Size inches / mm | Actual Outside Diameter inches / mm | End to End "A" | Hgt. "B" | "E" | Dimensions – inches/millimeters "F" | "H" | "O" | "N" ‡ | "P" ‡ | Aprx. Wgt. Each lbs/kg |
|---|---|---|---|---|---|---|---|---|---|---|
| 2½ 65 | 2.875 73.0 | 3.77 95.6 | 8.76 222.5 | --- | 4.21 106.9 | 6.08 154.4 | 4.92 125 | 0.00 * 0.0 * | 0.75 19.1 | 8.3 3.8 |
| 76.1 mm | 3.000 76.1 | 3.77 95.6 | 8.76 222.5 | — | 4.21 106.9 | 6.08 154.4 | 4.92 125 | 0.00 * 0.0 * | 0.75 19.1 | 8.3 3.8 |
| 3 80 | 3.500 88.9 | 3.77 95.6 | 9.40 238.8 | 0.08 2.0 | 4.21 106.9 | 6.08 154.4 | 4.92 125 | 0.00 * 0.0 * | 0.75 19.1 | 8.9 4.0 |
| 4 100 | 4.500 114.3 | 4.63 117.6 | 10.84 275.3 | 0.07 1.8 | 6.01 152.7 | 6.98 177.3 | 4.92 125 | 0.73 18.5 | 1.13 28.7 | 14.9 6.8 |
| 139.7 mm | 5.500 139.7 | 5.88 149.4 | 12.38 314.5 | 0.43 10.9 | 6.01 152.7 | 8.57 217.7 | 7.87 200 | --- | --- | 21.0 9.5 |
| 5 125 | 5.563 141.3 | 5.88 149.4 | 12.38 314.5 | 0.43 10.9 | 6.01 152.7 | 8.57 217.7 | 7.87 200 | --- | --- | 21.0 9.5 |
| 165.1 mm | 6.500 165.1 | 5.88 149.4 | 13.41 340.6 | 1.00 25.4 | 7.51 190.8 | 9.32 236.7 | 7.87 200 | 1.60 40.6 | 1.88 47.8 | 26.5 12.0 |
| 6 150 | 6.625 168.3 | 5.88 149.4 | 13.41 340.6 | 1.00 25.4 | 7.51 190.8 | 9.32 236.7 | 7.87 200 | 1.60 40.6 | 1.88 47.8 | 26.5 12.0 |
| 8 200 | 8.625 219.1 | 5.33 135.4 | 16.50 419.1 | 1.27 32.3 | 9.65 245.1 | 10.98 278.9 | 9.84 250 | 0.00 * 0.0 * | 0.68 17.3 | 43.0 19.5 |
| 10 250 | 10.750 273.0 | 6.40 162.6 | 19.14 486.2 | 1.72 43.7 | 12.20 309.9 | 16.19 411.2 | 6.84 250 | --- | --- | 80.0 36.3 |
| 12 300 | 12.750 323.9 | 6.50 165.1 | 21.54 547.1 | 2.66 67.6 | 14.25 362.0 | 17.22 437.4 | 9.84 250 | --- | --- | 102.0 46.3 |

\* On Centerline

‡ These dimensions apply only to a Series 705W Butterfly Valve with a ½-inch NPT, supply-side tap

1. To prevent rotation of valves, it is recommended that Series 705W be installed with Victaulic Style 07 Zero-Flex®, Style 005 FireLock, Style 009/009V FireLock EZ, or Style HP-70 Rigid Couplings. If Victaulic flexible couplings are used, additional support may be required.
2. Valve must not be installed with disc in full open position. Disc must be partly closed so that no part is protruding beyond end of valve body.
3. Victaulic grooved end butterfly valves are permitted for use with grooved end pipe (IPS) only. Not permitted for use with plain end (IPS) pipe.
4. Series 705W valves are designed for ambient weather conditions as opposed to submersible service.



2½ – 4-INCH/65 – 100-MM SIZES



5 – 12-INCH/125 – 300-MM SIZES

VICTAULIC IS A REGISTERED TRADEMARK OF VICTAULIC COMPANY © 2006 VICTAULIC COMPANY. ALL RIGHTS RESERVED. PRINTED IN THE USA.

10.18_4

Victaulic®

REV_F

001348

10.18

# FireLock® Butterfly Valve

**SERIES 705W**
**WITH WEATHERPROOF ACTUATOR FOR 300 PSI SERVICE**

PERFORMANCE

The chart expresses the frictional resistance of Victaulic Series 705W in equivalent feet/meters of straight pipe.

| Size | | | | Size | | |
|---|---|---|---|---|---|---|
| Nominal Size Inches mm | Actual Outside Diameter Inches mm | Equiv. Feet/m of Pipe | | Nominal Size Inches mm | Actual Outside Diameter Inches mm | Equiv. Feet/m of Pipe |
| 2½ 65 | 2.875 73.0 | 5 1.6 | | 165.1 mm | 6.500 165.1 | 8 2.5 |
| 76.1 mm | 3.000 76.1 | 5 1.6 | | 6 150 | 6.625 168.3 | 8 2.5 |
| 3 80 | 3.500 88.9 | 5 1.6 | | 8 200 | 8.625 219.1 | 11 3.4 |
| 4 100 | 4.500 114.3 | 12 3.7 | | 10 250 | 10.750 273.0 | 12 3.7 |
| 139.7 mm | 5.500 139.7 | 12 3.7 | | 12 300 | 12.750 323.9 | 14 4.3 |
| 5 125 | 5.563 141.3 | 12 3.7 | | | | |

www.victaulic.com
VICTAULIC IS A REGISTERED TRADEMARK OF VICTAULIC COMPANY. © 2006 VICTAULIC COMPANY. ALL RIGHTS RESERVED. PRINTED IN THE USA.

REV_F



10.18_5

C01349

IPS CARBON STEEL PIPE – FIRE PROTECTION VALVES                                        **10.18**

# FireLock® Butterfly Valve

**SERIES 705W**
**WITH WEATHERPROOF ACTUATOR FOR 300 PSI SERVICE**

**PERFORMANCE**

$C_v$ values for flow of water at +60°F/+16°C with a fully open valve are shown in the table below. For additional details, contact Victaulic.

Formulas for $C_v$ Values:

$$\Delta P = \frac{Q^2}{C_v^2}$$

$$Q = C_v \times \sqrt{\Delta P}$$

Where:
Q = Flow (GPM)
$\Delta P$ = Pressure Drop (psi)
$C_v$ = Flow Coefficient

| Size | | $C_v$ | Size | | $C_v$ | Size | | $C_v$ |
|---|---|---|---|---|---|---|---|---|
| Nominal Size Inches / mm | Actual Outside Diameter Inches / mm | (Full Open) | Nominal Size Inches / mm | Actual Outside Diameter Inches / mm | (Full Open) | Nominal Size Inches / mm | Actual Outside Diameter Inches / mm | (Full Open) |
| 2½ 65 | 2.875 73.0 | 325 | 139.7 mm | 5.500 139.7 | 1150 | 8 200 | 8.625 219.1 | 3400 |
| 76.1 mm | 3.000 76.1 | 325 | 5 125 | 5.563 141.3 | 1150 | 10 250 | 10.750 273.0 | 5750 |
| 3 80 | 3.500 88.9 | 482 | 165.1 mm | 6.500 165.1 | 1850 | 12 300 | 12.750 323.9 | 8300 |
| 4 100 | 4.500 114.3 | 600 | 6 150 | 6.625 168.3 | 1850 | | | |

Formulas for $K_v$ Values:

$$\Delta P = \frac{Q^2}{K_v^2}$$

$$Q = K_v \times \sqrt{\Delta P}$$

Where:
Q = Flow $\left(\frac{m^3}{hr}\right)$
$\Delta P$ = Pressure (bar)
$K_v$ = Flow Factor

| Size | | $K_v$ | Size | | $K_v$ | Size | | $K_v$ |
|---|---|---|---|---|---|---|---|---|
| Nominal Size Inches / mm | Actual Outside Diameter Inches / mm | (Full Open) | Nominal Size Inches / mm | Actual Outside Diameter Inches / mm | (Full Open) | Nominal Size Inches / mm | Actual Outside Diameter Inches / mm | (Full Open) |
| 2½ 65 | 2.875 73.0 | 280 | 139.7 mm | 5.500 139.7 | 995 | 8 200 | 8.625 219.1 | 2940 |
| 76.1 mm | 3.000 76.1 | 280 | 5 125 | 5.563 141.3 | 995 | 10 250 | 10.750 273.0 | 4975 |
| 3 80 | 3.500 88.9 | 415 | 165.1 mm | 6.500 165.1 | 1600 | 12 300 | 12.750 323.9 | 7180 |
| 4 100 | 4.500 114.3 | 520 | 6 150 | 6.625 168.3 | 1600 | | | |

www.victaulic.com
VICTAULIC IS A REGISTERED TRADEMARK OF VICTAULIC COMPANY. © 2006 VICTAULIC COMPANY. ALL RIGHTS RESERVED. PRINTED IN THE USA.
10.18_6

**Victaulic®**
REV_F

001350

# FireLock® Butterfly Valve

**SERIES 705W**
**WITH WEATHERPROOF ACTUATOR FOR 300 PSI SERVICE**

---

**SWITCH AND WIRING**

1. The supervisory switch contains two, single pole, double throw, pre-wired switches.

2. Switches are rated:
   10 amps @ 125 or 250 VAC/60 Hz
   0.50 amps @ 125 VDC
   0.25 amps @ 250 VDC

3. Switches supervise the valve in the "open" position.

4. One switch has two #18 MTW wires per terminal, which permit complete supervision of leads (refer to diagrams and notes below). The second switch has one #18 MTW wire per terminal. This double circuit provides flexibility to operate two electrical devices at separate locations, such as an indicating light and an audible alarm, in the area that the valve is installed.

5. A #14 MTW ground lead (green) is provided.

   Switch #1 = S1    For connection to the supervisory circuit of a UL
   Listed alarm control panel

   Switch #2 = S2    Auxiliary switch that may be connected to auxiliary
   devices, per the authority having jurisdiction

S1 { Normally Closed: (2) Blue
     Common: (2) Yellow

S2 { Normally Closed: Blue with Orange Stripe
     Normally Open: Brown with Orange Stripe
     Common: Yellow with Orange Stripe

 

Switch 1: 2 leads per terminal
Switch 2: 1 lead per terminal

NOTE: The above diagram shows a connection between the common terminal (yellow – S1 and yellow-with-orange stripe – S2) and the normally closed terminal (blue – S1 and blue-with-orange stripe – S2). In this example, the indicator light and alarm will stay on until the valve is fully open. When the valve is fully open, the indicator light and alarm will go out. Cap off any unused wires (e.g. brown with orange stripe).

Only S1 (two leads per terminal) may be connected to the fire alarm control panel.

The connection of the alarm switch wiring shall be in accordance with NFPA 72 and the auxiliary switch per NFPA 70 (NEC).

www.victaulic.com

VICTAULIC IS A REGISTERED TRADEMARK OF VICTAULIC COMPANY. © 2006 VICTAULIC COMPANY. ALL RIGHTS RESERVED. PRINTED IN THE USA.

REV F

10.18_7

Victaulic

001351

## Firelock® Butterfly Valve

SERIES 705W
WITH WEATHERPROOF ACTUATOR FOR 300 PSI SERVICE

| | |
|---|---|
| **WARRANTY** | Refer to the Warranty section of the current Price List or contact Victaulic for details. |
| **NOTE** | This product shall be manufactured by Victaulic or to Victaulic specifications. All products to be installed in accordance with current Victaulic installation/assembly instructions. Victaulic reserves the right to change product specifications, designs and standard equipment without notice and without incurring obligations. |
| **INSTALLATION** | Reference should always be made to the installation sheet included with the valve. Verify you have the latest revision by visiting our website at www.victaulic.com. Further reference can be found in the I-100 Victaulic Field Installation Handbook. |

WCAS-6LUPQL

10.18   2466 REV F   UPDATED 12/2006
VICTAULIC IS A REGISTERED TRADEMARK OF VICTAULIC COMPANY. © 2006 VICTAULIC COMPANY. ALL RIGHTS RESERVED. PRINTED IN THE USA

Victaulic®

001352

**IPS CARBON STEEL PIPE – FIRE PROTECTION FITTINGS**    **10.05**

VICTAULIC® IS AN ISO 9001 CERTIFIED COMPANY

# No. 10-DR Drain Elbow

## PRODUCT DESCRIPTION



No. 10-DR drain elbows are specifically designed for use on fire protection standpipes. The drain is drilled and tapped for a 1" (25 mm) NPT outlet.

Constructed of durable ductile iron all sizes conform to the ratings of Style 77 couplings. No.10-DR elbows are supplied with grooves or shoulders. These fittings are not intended for use with Victaulic Plain End couplings.

When connecting wafer or lug-type butterfly valves directly to Victaulic drain elbows with Style 741 or 743 Vic-Flange® adapters or Style 744 FireLock® Flange adapters, check disc clearance dimensions with the I.D. dimension of the fitting.



See Victaulic
publication 10.01
for details.

## DIMENSIONS



| Fitting Size | | Dimensions Inches/millimeters | | | |
|---|---|---|---|---|---|
| Nominal Outside Diameter Inches/mm | Actual Outside Diameter Inches/mm | C - E | H | P | Approximate Weight Each Lbs./Kg |
| 2½ 65 | 2.875 73.0 | 3.75 95 | 2.75 70 | 1.68 43 | 5.2 2.4 |
| 3 80 | 3.500 88.9 | 4.25 108 | 2.75 70 | 2.10 53 | 5.3 2.4 |
| 4 100 | 4.500 114.3 | 5.00 127 | 2.75 70 | 2.60 66 | 8.8 4.0 |
| 6 150 | 6.625 168.3 | 6.50 165 | 2.75 70 | 3.65 93 | 18.7 8.5 |

## MATERIAL SPECIFICATIONS

**Housing:** Ductile iron conforming to ASTM A-536, grade 65-45-12. Ductile iron conforming to ASTM A-395, grade 65-45-15, is available upon special request.

**Fitting Coatings:** Orange enamel
- **Optional:** Hot dip galvanized and others.

This product shall be manufactured by Victaulic Company. All products to be installed in accordance with current Victaulic installation/assembly instructions. Victaulic reserves the right to change product specifications, designs and standard equipment without notice and without incurring obligations.

® REGISTERED TRADEMARK OF VICTAULIC · © COPYRIGHT 2004 VICTAULIC · PRINTED IN U.S.A.    I509 REV D

Victaulic Company of America · Phone: 1-800-PICK-VIC (1-800-742-5842) · Fax: 610-250-8817 · e-mail:pickvic@victaulic.com
Victaulic Company of Canada · Phone: 905-884-7444 · Fax: 905-884-9774 · e-mail: viccanada@victaulic.com
Victaulic Europe · Phone: 32-9 381-1500 · Fax: 32-9-380-4438 · e-mail: viceuro@victaulic.be
Victaulic America Latina · Phone: 610-559-3300 · Fax: 610-559-3608 · e-mail: vical@victaulic.com
Victaulic Asia Pacific · Phone: 65-6235-3035 · Fax: 65-6235-0535 · e-mail: vicap@victaulic.com



001353



**IPS CARBON STEEL PIPE – GROOVED VALVES**

08.08

VICTAULIC® IS AN ISO 9001 CERTIFIED COMPANY

# Series 716 Vic-Check® Valves

## PRODUCT DESCRIPTION



Sizes 2½ & 3"

Sizes 4 - 12"

The Series 716 check valve is a product of computer-assisted innovative engineering with quality features including a new hydrodynamically efficient profile. Available in sizes 2½ - 12"/65 - 300 mm, the Vic-Check® valve utilizes a spring-assisted, single-disc design that achieves a leak-free seal with as little as 5 ft./1.5 m of head. The valve can be installed in both horizontal and vertical positions.

Series 716 check valves are engineered for long life and seize-free sealing. In sizes 2½ and 3"/65 and 80 mm, the elastomeric seal, mounted on the aluminum bronze disc, seats against the machined area of the body, which is completely coated with polyphenylene sulphide (PPS). Sizes 4 - 12"/100 - 300 mm feature an elastomer-encapsulated disc and a welded-in nickel seat. Every valve is factory tested to its working pressure of 300 psi/2065 kPa. Drains are provided both upstream and downstream of the disc.

Grooved ends allow fast, easy installation with just two Victaulic couplings. The valve may also be connected to flanged (ANSI Class 150) components using Style 741 Vic-Flange adapters on either end.

## DIMENSIONS



Typical 2½ – 3"



① ½" NPT Upstream Drain *(Optional)*
② ½" NPT Downstream Drain *(Optional)*
③ 2" NPT *(Drain Optional)*

Typical 4 – 8"



① ½" NPT Upstream Drain *(Optional)*
② ½" NPT Downstream Drain *(Optional)*

Typical 10 – 12"

| Nom. Size In./mm | Actual Outside Dia. In./mm | Dimensions- Inches/millimeters | | | | | | | | | Approx. Wgt. Ea. Lbs./kg |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | E - E A | Overall Width B | C | D | E | J | K | P | R | |
| 2½ 65 | 2.875 73.0 | 3.88 99 | 4.25 108 | 3.60 91 | – – | – – | – – | – – | – – | – – | 3.6 1.6 |
| 76.1 mm | 3.000 76.1 | 3.88 99 | 4.25 108 | 3.60 91 | – – | – – | – – | – – | – – | – – | 3.6 1.6 |
| 3 80 | 3.500 88.9 | 4.75 108 | 5.06 120 | 4.19 106 | – – | – – | – – | – – | – – | – – | 4.5 2.0 |
| 4 100 | 4.500 114.3 | 9.63 245 | 6.00 152 | 3.90 99 | 2.75 70 | 3.50 89 | 2.00 51 | 4.50 114 | 3.50 89 | 3.35 85 | 16.0 7.3 |
| 5 125 | 5.563 141.3 | 10.50 267 | 6.80 173 | 4.50 114 | 4.17 106 | 4.17 106 | 2.15 55 | 5.88 149 | 4.08 104 | 4.02 102 | 20.0 9.1 |
| 139.7 mm | 5.500 139.7 | 10.50 267 | 6.80 173 | 4.50 114 | 4.17 106 | 4.17 106 | 2.15 55 | 5.88 149 | 4.08 104 | 4.02 102 | 27.0 12.3 |
| 6 150 | 6.625 168.3 | 11.50 292 | 8.00 203 | 5.00 127 | 4.50 114 | 4.50 114 | 2.38 61 | 6.67 169 | 4.73 120 | 3.89 99 | 28.0 12.7 |
| 165.1 mm | 6.500 165.1 | 11.50 292 | 8.00 203 | 5.00 127 | 4.50 114 | 4.50 114 | 2.38 61 | 6.67 169 | 4.73 120 | 3.89 99 | 28.0 12.7 |
| 8 200 | 8.625 219.1 | 14.00 356 | 9.88 251 | 6.70 155 | 5.05 128 | 5.65 144 | 2.15 55 | 8.75 222 | 5.70 145 | 5.75 146 | 40.0 18.1 |
| 10 250 | 10.750 273.0 | 17.00 432 | 12.00 305 | 7.10 180 | 5.96 151 | 6.69 170 | 2.15 55 | 10.92 277 | 6.93 176 | – | 100.0 45.4 |
| 12 300 | 12.750 323.9 | 19.50 495 | 14.00 356 | 8.10 206 | 6.91 176 | 7.64 194 | 2.51 64 | 12.81 325 | 7.93 201 | – | 140.0 63.5 |

® REGISTERED TRADEMARK OF VICTAULIC – © COPYRIGHT 2005 VICTAULIC – PRINTED IN U.S.A. – SKU #WCAS-6AY8NC

1473 REV D

United States - Phone: 1-800-PICK-VIC (1-800-742-5842) - Fax: 610-250-8817 - e-mail: pickvic@victaulic.com
Canada - Phone: 905-884-7444 - Fax: 905-884-9774 - e-mail: viccanada@victaulic.com
Europe - Phone: 32-9-381-1500 - Fax: 32-9-380-4438 - e-mail: viceuro@victaulic.be
UK - Phone: 44(0)1438741100 - Fax: 44(0)1438313883 - e-mail: viceuro@victaulic.be
Central and South America - Phone: 610-559-3300 - Fax: 610-559-3608 - e-mail: vicall@victaulic.com
Australasia - Phone: 86-21-54253300 - Fax: 86-21-54253357 - e-mail: vicap@victaulic.com



**08.08**

## PERFORMANCE

Vic-Check valves combine high pressure capabilities with low pressure drop performance. The grooved end design permits fast, easy installation

The seat provides leak-free sealing under conditions as low as five feet of head.

$C_v$ values for flow of water at +60°F/+16°C with a fully open valve are shown in the table at right.

NOTE: Placement of check valves too close to sources of unstable flow will shorten the life of the valve and potentially may damage the system. To extend valve life, valves should be installed a reasonable distance downstream from pumps, elbows, expanders, reducers or other similar devices. Sound piping practices dictate a minimum of five (5) times the pipe diameter for general use. Distances between three (3) and five (5) diameters are allowable provided the flow velocity is less than eight (8) feet per second (2.4 mps). Distances less than three (3) diameters are not recommended and will violate the Victaulic product warranty

Formulas for $C_v$ Values:

$$\Delta P = \frac{Q^2}{C_v^2}$$

$$Q = C_v \times \sqrt{\Delta P}$$

**Where:**

Q = Flow (GPM)          $C_v$ = Flow Coefficient

$\Delta P$ = Pressure Drop (psi)

| Nom. Size In./mm | Actual Outside Dia. In./mm | $C_v$ (Full Open) | Nom. Size In./mm | Actual Outside Dia. In./mm | $C_v$ (Full Open) | Nom. Size In./mm | Actual Outside Dia. In./mm | $C_v$ (Full Open) |
|---|---|---|---|---|---|---|---|---|
| 2½ / 65 | 2.875 / 73.0 | 140 | 139.7 mm | 5.500 / 139.7 | 700 | 8 § / 200 | 8.625 / 219.1 | 1800 |
| 76.1 mm | 3.000 / 76.1 | 140 | 5 / 125 | 5.563 / 141.3 | 700 | 10 § / 250 | 10.750 / 273.0 | 3000 |
| 3 / 80 | 3.500 / 88.9 | 250 | 165.1 mm | 6.500 / 165.1 | 1000 | 12 § / 300 | 12.750 / 323.9 | 4200 |
| 4 / 100 | 4.500 / 114.3 | 390 | 6 / 150 | 6.625 / 168.3 | 1000 | | | |



SERIES 716

FLOW OF WATER AT 60F (16C) THROUGH VALVE

PRESSURE DROP – P.S.I.

FLOW RATE – G.P.M.

001355



## MATERIAL SPECIFICATIONS

**Body:** Ductile iron conforming to ASTM A-536, grade 65-45-12. Ductile iron conforming to ASTM A-395, grade 65-45-15, is available upon special request. $2^1/_2$ - 3"/65 - 80 mm sizes PPS coated. UL classified in accordance with ANSI/NSF 61 for potable water service. 4 - 12"/100 - 300 mm sizes painted black enamel.

**Body Seat:** Sizes $2^1/_2$ - 3"/65 - 80 mm machined surfaces PPS coated. 4 - 12"/100 - 300 mm integrally welded-on nickel alloy.

**Disc Seal or Coating:** (Specify Choice)

- **Grade "E" EPDM**
  EPDM (Green color code). Temperature range –30°F to +230°F/–34°C to +110°C. Recommended for hot water service within the specified temperature range plus a variety of dilute acids, oil-free air and many chemical services. UL classified in accordance with ANSI/NSF 61 for for cold +86°F/+30°C and hot +180°F/+82°C potable water service. NOT RECOMMENDED FOR PETROLEUM SERVICES.

- **Grade "T" nitrile**
  Nitrile (Orange color code). Temperature range –20°F to +180°F/–29°C to +82°C. Recommended for petroleum products, air with oil vapors, vegetable and mineral oils within the specified temperature range; except hot, dry air over +140°F/+60°C and water over +150°F/+66°C. NOT RECOMMENDED FOR HOT WATER SERVICES.

- **Grade "O" fluoroelastomer**
  Fluoroelastomer (Blue color code). Temperature range +20°F to +300°F/–7°C to +149°C. Recommended for many oxidizing acids, petroleum oils, halogenated hydrocarbons, lubricants, hydraulic fluids, organic liquids and air with hydrocarbons to +300°F/+149°C.

*Services listed are General Service Recommendations only. It should be noted that there are services for which these disc liners are not recommended. Reference should always be made to the latest Victaulic Gasket Selection Guide for specific liner service recommendations and for a listing of services which are not recommended.

**Discs:** $2^1/_2$ - 3"/65 - 80 mm Aluminum bronze conforming to ASTM B-148. 4 - 12"/100 - 300 mm ductile iron conforming to ASTM A-536 Grade 65-45-12, fully encapsulated in Grade "E", "T", or "O" elastomer. (See Disc Seal)

**Shaft:** $2^1/_2$ - 3"/65 - 80 mm Type 416 stainless steel. 4 - 12"/100 - 300 mm Type 316 stainless steel.

**Spring:** All sizes Type 302/304 stainless steel.

**Shaft Plug:** $2^1/_2$ - 3"/65 - 80 mm only; SAE Hex Socket Type conforming to ASTM A-576, cadmium plated to military specifications QQ-P-416A, class 3 type 2.

**Pipe Plug:** 4 - 12"/100 - 300 mm only; carbon steel zinc plated to ASTM B-633.

This product shall be manufactured by Victaulic or to Victaulic specifications. All products to be installed in accordance with current Victaulic installation/assembly instructions. Victaulic reserves the right to change product specifications, designs and standard equipment without notice and without incurring obligations.

Series 716 Vic-Check® Valves

3

C01356

ES-A-3000SS

# Series 3000SS

## Double Check Detector Assemblies

Sizes: 2¹/₂" – 12" (65 – 300mm)





3000SS

## Features

- Patented Cam-Check Assembly valve provides low head loss
- Short lay length is ideally suited for retrofit installations
- Stainless Steel body is half the weight of competitive designs reducing installation and shipping cost
- Stainless steel construction provides long term corrosion protection and maximum strength
- Single top access cover with two-bolt grooved style coupling for ease of maintenance
- No special tools required for servicing
- Compact construction allows for smaller vaults and enclosures
- Furnished with ⅝" x ¾" bronze meter (gpm or cfm)
- Detects underground leaks and unauthorized water use
- Maybe installed horizontal or vertical "flow up" position

## Available Models

Suffix:

LG – less shutoff valves

OSY – UL/FM outside stem and yoke resilient seated gate valves

*OSY FxG – flanged inlet gate connection and grooved outlet gate connection

*OSY GxF – grooved inlet gate connection and flanged outlet gate connection

*OSY GxG – grooved inlet gate connection and grooved outlet gate connection

CFM – cubic feet per meter

GPM – gallons per minute meter

Available with grooved NRS gate valves - consult factory*

Post indicator plate and operating nut available – consult factory*

*Consult factory for dimensions

Series 3000SS Double Check Detector Assemblies are designed for use in accordance with water utility non-health hazard containment requirements. It is mandatory to prevent the reverse flow of fire protection system substances, i.e., glycerin wetting agents, stagnant water and water of non-potable quality from being pumped or siphoned into the potable water supply.

## Specifications

A Double Check Detector Assembly shall be installed on fire protection systems when connected to a potable water supply. Degree of hazard present is determined by the local authority having jurisdiction. The main valve body shall be manufactured from 300 Series stainless steel to provide corrosion resistance, 100% lead free through the waterway. The double check detector assembly consists of two independently operating, spring loaded check valves, two UL, FM, OSY resilient seated gate valves, and bypass assembly. The bypass assembly consists of a meter (cubic ft. or gallons), a double check including shutoff valves and required test cocks. Each cam-check shall be internally loaded and provide a positive drip tight closure against reverse flow. Cam-check includes a stainless steel cam arm and spring, rubber faced disc and a replaceable seat. There shall be no brass or bronze parts used within the cam-check valve assembly. The check valve seats shall be of molded thermoplastic construction. The use of seat screws as a retention method is prohibited. All internal parts shall be accessible through a single cover on the valve assembly. The valve cover shall be held in place through the use of a single grooved style two-bolt coupling. The bypass line shall be hydraulically sized to accurately measure low flow. The bypass line shall consist of a meter, a small diameter double check assembly with test cocks and isolation valves. The bypass line double check valve shall have a single access cover, two independently operating modular poppet check valves, and top mounted test cocks. The assembly shall be an Ames 3000SS.

## Materials

All internal metal parts: 300 Series stainless steel, Main valve body: 300 Series stainless steel, Check assembly: Noryl® Flange dimension in accordance with AWWA Class D. Noryl® is a registered trademark of General Electric Company.

| Job Name | | Contractor | |
|---|---|---|---|
| Job Location | | Approval | |
| Engineer | | Contractor's P.O. No. | |
| Approval | | Representative | |

Ames product specifications in U.S. customary units and metric are approximate and are provided for reference only. For precise measurements, please contact Ames Technical Service. Ames reserves the right to change or modify product design, construction, specifications, or materials without prior notice and without incurring any obligation to make such changes and modifications on Ames products previously or subsequently sold.

001057