Case 1:08-cv-01148   Document 12-47   Filed 03/12/2008   Page 1 of 11

## Pressure — Temperature
Temperature Range: 33°F – 110°F (5°C – 43°C)
Maximum Working Pressure: 175psi (12.06 bar)

## Capacity
Flow curves as tested by Underwriters Laboratory per UL 1469, 1996. * Rated flow **UL Tested

## Standards
AWWA C510-92, UL 1469

## Approvals
For 12" approvals consult factory.

  

ASSE 1048    (sizes 2½" – 10", OSY Only)    (OSY Only)

















| SIZE (DN) | | DIMENSIONS | | | | | | | | | | | | NET WEIGHT w/Gates | | NET WEIGHT w/o Gates | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | | C (OSY) | | D | | G | | L | | P | | | | | |
| in. | mm | in. | mm | in. | mm | in. | mm | in. | mm | in. | mm | in. | mm | lb. | kg. | lb. | kg. |
| 2½ | 65 | 37 | 965 | 16⅜ | 416 | 3½ | 89 | 10 | 250 | 22 | 559 | 12½ | 318 | 155 | 70 | 68 | 31 |
| 3 | 80 | 38 | 965 | 18⅛ | 479 | 3¾ | 95 | 10 | 250 | 22 | 559 | 13 | 330 | 230 | 104 | 70 | 32 |
| 4 | 100 | 40 | 1016 | 22¾ | 578 | 4½ | 114 | 10 | 250 | 22 | 559 | 14½ | 368 | 240 | 109 | 73 | 33 |
| 6 | 150 | 48½ | 1232 | 30⅛ | 765 | 5½ | 140 | 15 | 381 | 27½ | 699 | 15½ | 394 | 390 | 177 | 120 | 54 |
| 8 | 200 | 52½ | 1334 | 37¾ | 959 | 6¾ | 171 | 15 | 381 | 29½ | 749 | 18½ | 464 | 572 | 259 | 180 | 82 |
| 10 | 250 | 55½ | 1410 | 45⅜ | 1162 | 8 | 200 | 15 | 381 | 29½ | 749 | 19½ | 495 | 774 | 351 | 190 | 86 |
| 12 | 300 | 57½ | 1461 | 53⅛ | 1349 | 9½ | 241 | 15 | 381 | 29½ | 749 | 21 | 533 | 1044 | 474 | 220 | 100 |



**AMES** FIRE & WATERWORKS    *A Division of Watts Regulator Company*

**IMPORTANT:** Inquire with governing authorities for local installation requirements.

www.amesfirewater.com    **ISO 9001 CERTIFIED**

1427 North Market Blvd. • Suite #9 • Sacramento, CA 95834 • Phone: 916-928-0123 • Fax: 916-928-9333
ES-A-3000SS  0513                                   ©Ames Co. 2005

001358



# Schedule-10®/Schedule-40®
## Fully Listed and FM Approved Sprinkler Pipe

When you specify Schedule-10/Schedule-40 sprinkler pipe you get a UL listed and FM approved product. Although these products do not require separate approvals, Schedule-10/Schedule-40 gives you the extra quality assurance you demand. Our Sch-10 (1¼"– 8") pipe and Sch-40 (1"– 2½") pipe have passed the same thorough lab testing as our other listed pipe products, and receive periodic mill inspections from both UL and FM agents to ensure consistent quality.

### Galvanized Pipe

Schedule-10/Schedule-40 product can be "hot-dip" galvanized to meet FM requirements for dry systems in accordance with the zinc coating specifications of ASTM A-123.

### Superior Coating

Our advanced formula mill coating offers a clean, durable surface. It is also paint-ready for custom color applications without special preparation.

The internal surface of all black Allied Tube & Conduit Fire Sprinkler pipe products up to 4.5000" in diameter is coated with our new Antibacterial Formula, "ABF". In scientific laboratory test, ABS proved to have superior resistance to microbial colonization of pipe walls, thereby delaying or possibly preventing the onset of Microbiologically Influenced corrosion (MIC) when the First Sprinkler System is first installed.

### American Made

Meets "Buy American" requirement and is available through distributors in the USA, Canada and Mexico.

### Specifications & Approvals

Schedule-10/Schedule-40 pipe are in compliance with the following:

ASTM A-135, and NFPA 13. Both pipe products have a working pressure rating of 300 psi maximum and also meet the stringent requirement for the following tests:

- Welded Outlets
- Hydrostatic Pressure
- Side Wall Rupture
- Vibration Test

### Sch-40 Specifications

| NPS In; mm | Nominal I.D. In; mm | Wt. Lbs/Ft; Kg/m | Wt. (H2O Filled) Lbs/Ft; Kg/m | Pcs/ Lift | Wt/Lift (21') Lbs; Kg | Wt/Lift (24') Lbs; Kg | Wt/Lift (25') Lbs; Kg |
|---|---|---|---|---|---|---|---|
| 1" | 1.049 | 1.680 | 2.05 | 70 | 2,470 | 2,822 | 2,940 |
| 25 | 26.6 | 2.5 | 3.05 | 70 | 1,120 | 1,280 | 1,334 |
| 1¼" | 1.380 | 2.270 | 2.93 | 51 | 2,431 | 2,778 | 2,894 |
| 32 | 35.1 | 4.36 | 4.36 | 51 | 1,103 | 1,260 | 1,313 |
| 1½" | 1.610 | 2.720 | 3.61 | 44 | 2,513 | 2,872 | 2,992 |
| 40 | 40.9 | 4.0 | 5.37 | 44 | 1,140 | 1,303 | 1,357 |
| 2" | 2.067 | 3.650 | 5.13 | 30 | 2,300 | 2,628 | 2,738 |
| 50 | 52.5 | 5.4 | 7.63 | 30 | 1,043 | 1,192 | 1,242 |
| 2½" | 2.469 | 5.790 | 7.86 | 19 | 2,310 | 2,640 | 2,750 |
| 65 | 62.7 | 8.6 | 11.73 | 19 | 1,048 | 1,197 | 1,247 |

### Sch-10 Specifications

| NPS In; mm | Nominal I.D. In; mm | Wt. Lbs/Ft; Kg/m | Wt. (H2O Filled) Lbs/Ft; Kg/m | Pcs/ Lift | Wt/Lift (21') Lbs; Kg | Wt/Lift (24') Lbs; Kg | Wt/Lift (25') Lbs; Kg |
|---|---|---|---|---|---|---|---|
| 1" | 1.097 | 1.400 | 1.81 | 91 | 2,675 | 3,053 | 3,185 |
| 25 | 27.9 | 2.1 | 2.70 | 91 | 1,213 | 1,385 | 1,445 |
| 1¼" | 1.442 | 1.810 | 2.52 | 61 | 2,319 | 2,664 | 2,760 |
| 32 | 36.6 | 2.7 | 3.75 | 61 | 1,052 | 1,208 | 1,252 |
| 1½" | 1.682 | 2.080 | 3.04 | 61 | 2,664 | 3,045 | 3,172 |
| 40 | 42.7 | 3.1 | 4.52 | 61 | 1,208 | 1,381 | 1,439 |
| 2" | 2.157 | 2.640 | 4.22 | 37 | 2,051 | 2,344 | 2,442 |
| 50 | 54.8 | 3.9 | 6.28 | 37 | 930 | 1,063 | 1,108 |
| 2½" | 2.635 | 3.530 | 5.89 | 30 | 2,224 | 2,542 | 2,648 |
| 65 | 66.9 | 5.3 | 8.77 | 30 | 1,009 | 1,153 | 1,201 |
| 3" | 3.260 | 4.330 | 7.94 | 19 | 1,728 | 1,975 | 2,057 |
| 80 | 82.8 | 6.4 | 11.82 | 19 | 784 | 896 | 933 |
| 4" | 4.260 | 5.610 | 11.78 | 19 | 2,238 | 2,558 | 2,665 |
| 90 | 108.2 | 8.3 | 17.53 | 19 | 1,015 | 1,160 | 1,209 |
| 5" | 5.295 | 7.77 | 17.33 | 10 | 1,632 | 1,865 | 1,943 |
| 125 | 134.5 | 11.56 | 25.80 | 10 | 740 | 846 | 881 |
| 6" | 6.357 | 9.290 | 23.03 | 10 | 1,951 | 2,230 | 2,322 |
| 150 | 161.5 | 13.8 | 34.27 | 10 | 885 | 1,012 | 1,053 |
| 8" | 8.249 | 16.490 | 40.15 | 7 | 2,424 | 2,770 | 2,885 |
| 200 | 209.5 | 24.5 | 59.75 | 7 | 1,100 | 1,256 | 1,309 |

  

UL Listed   FM Approved   ULc Listed

tyco / Flow Control    allied TUBE & CONDUIT

16100 S. Lathrop • Harvey, IL 60426
11350 Norcom Rd. • Philadelphia, PA 19154
2525 N. 27th Ave. • Phoenix, AZ 85009

Customer Service:
(800) 882-5543
Fax 708-339-1806

S5 - 3



# Dyna-Thread®

## Full Line Sch-40 Replacement

*Dyna-Thread® offers the life expectancy of Sch-40 with superior hydraulics and greater value.*

Dyna-Thread sprinkler pipe represents an engineering advancement for the sprinkler pipe industry. It combines the safety and longevity of traditional Sch-40 pipe with quality and superior hydraulic advantages.

### Comparison to Schedule 40

- Dyna-Thread's inside diameter is up to 3.6% larger than Sch-40 giving it superior hydraulics. And, when used in combination with Dyna-Flow pipe, down sizing often occurs.

- Dyna-Thread is fully listed and approved by UL, ULC, and FM for fire sprinkler applications.

- The life expectancy of Dyna-Thread and Sch-40 are equal based on the calculated wall thicknesses per UL.

- The consistent quality of steel used to make Dyna-Thread facilitates smooth threading and lower maintenance costs.

- The exterior of Dyna-Thread is protected by a clean, durable mill coating for extended shelf life and easy paint application.

- With its increased strength and lighter weight, Dyna-Thread reduces installation fatigue and is ideal for retro-fit applications.

Corrosion Resistance Ratio (CRR) is a UL (Underwriters Laboratory) term for the estimated life expectancy of a pipe joint. This is based on the calculated wall thickness at the base of the first exposed thread, assumed to be the weakest point of the pipe length. Dyna-Thread and Sch-40 have the same calculated wall thicknesses at this point and are both assigned the same CRR of 1.00.

The internal surface of all black Allied Tube & Conduit Fire Sprinkler pipe products up to 4.5000" in diameter is coated with our new Antibacterial Formula, "ABF". In scientific laboratory test, ABS proved to have superior resistance to microbial colonization of pipe walls, thereby delaying or possibly preventing the onset of Microbiologically Influenced corrosion (MIC) when the First Sprinkler System is first installed.

### Comparison to L.W.T. Pipes

- More wall thickness at the thread (CRR=1.00) gives Dyna-Thread better life expectancy than lightwall threadable pipe joints.

- Unlike lightwall threadable pipe, Dyna-Thread has no thread gauge warning.

- Dyna-Thread is approved for standard hanger spacing (15 ft. O.C.), can be used as earthquake sway bracing, and is safe to use as drops.

- Dyna-Thread is safer to weld on.

- Dyna-Thread is more widely accepted than lightwall threadable where Sch-40 is specified.

### Specifications & Approvals

Super 40/Dyna-Thread pipe is manufactured to meet: ASTM A-135, Grade A and is in compliance with NFPA-13. All sizes of Super 40/Dyna-Thread are rated at 300 psi working pressure. Super 40/Dyna-Thread is UL and ULC Listed for wet, dry deluge and pre-action sprinkler systems and FM Approved for use in wet systems. Super 40/Dyna-Thread can be "hot-dip" galvanized to meet FM requirement for dry systems. Super 40/Dyna-Thread is approved for all threaded couplings and welded outlets and is suitable for all roll-grooved, and plain-end fittings. (See listing information).

  
UL Listed    FM Approved    ULC Listed

### Specifications

| NPS In; mm | Nominal I.D. In; mm | Wt. Lbs/Ft; Kg/m | Wt. (H2O Filled) Lbs/Ft; Kg/m | Pcs/ Lift | Wt/Lift (21') Lbs; Kg | Wt/Lift (24') Lbs; Kg | Wt/Lift (25') Lbs; Kg |
|---|---|---|---|---|---|---|---|
| 1" | 1.080 | 1.330 | 1.75 | 70 | 1955 | 2234 | 2327 |
| 25 | 27.4 | 2.0 | 2.60 | 70 | 887 | 1013 | 1056 |
| 1¼ | 1.408 | 1.870 | 2.54 | 51 | 2002 | 2288 | 2384 |
| 32 | 35.8 | 2.8 | 3.78 | 51 | 908 | 1038 | 1081 |
| 1½ | 1.639 | 2.290 | 3.22 | 44 | 2115 | 2418 | 2519 |
| 40 | 41.6 | 3.4 | 4.79 | 44 | 959 | 1097 | 1143 |
| 2" | 2.104 | 3.050 | 4.57 | 30 | 1921 | 2196 | 2287 |
| 50 | 53.4 | 4.5 | 6.80 | 30 | 871 | 996 | 1037 |

 

tyco — *a vital part of your world*

allied TUBE & CONDUIT

16100 S. Lathrop • Harvey, IL 60426
11350 Norcom Rd. • Philadelphia, PA 19154
2525 N. 27th Ave. • Phoenix, AZ 85009

Customer Service:
(800) 882-5543
Fax 708-339-1806

S3 - 3

001062



001363

# Dyna-Flow®

## High Strength Steel Pipe

*The original high-strength lightwall sprinkler pipe with hydraulics superior to Schedule-10.*

Dyna-Flow pipe is the "original" high-strength lightwall sprinkler pipe. Dyna-Flow has outstanding hydraulic capabilities and is recognized as the most popular alternative to Schedule-10 pipe. Lightweight, easy to cut and easy to handle for installation. Dyna-Flow is a valuable addition to any fire protection system.

### Specifications

| NPS In; mm | Nominal I.D. In; mm | Wt. Lbs/Ft; Kg/m | Wt. (H2O Filled) Lbs/Ft; Kg/m | Pcs/ Lift | Wt/Lift (21') Lbs; Kg | Wt/Lift (24') Lbs; Kg | Wt/Lift (25') Lbs; Kg |
|---|---|---|---|---|---|---|---|
| 1" | 1.191 | 0.830 | 1.31 | 91 | 1,586 | 1,812 | 1,888 |
| 25 | 30.3 | 1.2 | 1.95 | 91 | 719 | 822 | 856 |
| 1¼" | 1.536 | 1.059 | 1.87 | 61 | 1,356 | 1,550 | 1,615 |
| 32 | 39.0 | 1.6 | 2.78 | 61 | 615 | 703 | 733 |
| 1½" | 1.728 | 1.667 | 2.71 | 61 | 2,135 | 2,440 | 2,542 |
| 40 | 43.9 | 2.5 | 4.03 | 61 | 968 | 1107 | 1153 |
| 2" | 2.203 | 2.104 | 3.79 | 37 | 1,634 | 1,868 | 1,946 |
| 50 | 56.0 | 3.1 | 5.64 | 37 | 741 | 847 | 883 |
| 2½" | 2.703 | 2.564 | 5.10 | 30 | 1,615 | 1,846 | 1,923 |
| 65 | 68.7 | 3.8 | 7.59 | 30 | 733 | 837 | 872 |
| 3" | 3.314 | 3.387 | 7.18 | 19 | 1,351 | 1,544 | 1,608 |
| 80 | 84.2 | 5.0 | 10.69 | 19 | 613 | 700 | 729 |
| 4" | 4.310 | 4.473 | 10.86 | 19 | 1,784 | 2,039 | 2,124 |
| 90 | 109.5 | 6.7 | 16.16 | 19 | 809 | 925 | 963 |

### Superior Hydraulics

With an inside diameter of up to 11% larger than Schedule-40 and up to 7% larger than Schedule-10, Dyna-Flow pipe hydraulics are exceptional. Larger I.D.s enable Dyna-Flow, and related components, to be down-sized within the system, thus increasing the potential for job cost savings. For complete Hazen-Williams charts, refer to "Dyna-Flow Hydraulic Data Tables."

### Coatings & Fabrication

Dyna-Flow products are coated with an environmentally approved and specially formulated modified-acrylic or water-based coating. This durable coating is paintable. The black coating acts as an excellent primer and is resistant to weathering and U.V. degradation from outdoor storage.

Metallurgical properties provide excellent fabrication characteristics for end prep finishes, welding and roll grooving. There is no special process or equipment needed for fabrication and installation.

The internal surface of all black Allied Tube & Conduit Fire Sprinkler pipe products up to 4.5000" in diameter is coated with our new Antibacterial Formula, "ABF". In scientific laboratory test, ABS proved to have superior resistance to microbial colonization of pipe walls, thereby delaying or possibly preventing the onset of Microbiologically Influenced corrosion (MIC) when the First Sprinkler System is first installed.

### Specifications & Approvals

Dyna-Flow/Super Flo pipe is manufactured to meet ASTM A-795 Type E, Grade A and is in compliance with NFPA-13 and NFPA-14. All sizes of Dyna Flow/Super Flo are UL Listed, FM Approved and ULC Listed.

  
Listed      Approved      Listed

Dyna-Flow/Super Flo is UL/ULC Listed for use with roll grooved, plain-end couplings, and welded joints for wet, dry, preaction and deluge systems. It is FM Approved for roll grooved, plain-end, and welded joints for wet systems. Refer to appropriate documentation for up-to-date listing and approval information. Dyna-Flow/Super Flo is now available "hot-dip" galvanized and has been specifically approved by FM for dry systems uses.

### Additional Benefits

- Lightweight and easy to install, resulting in more efficient use of your freight and labor dollars.

- Provides stability needed to comply with standard hanger spacing (15 ft O.C.) per NFPA.

- Available in Standard lengths for your convenience, or can be ordered in custom lengths upon approval.

- Fast cutting and welding, as well as easy roll grooving and end preparation.

- Available in Factory roll grooved form for quicker shop turnaround.

- Clean, durable mill coating provides longer "shelf life" and acts as an excellent primer for custom paint applications.


*a vital part of your world*


TUBE & CONDUIT

16100 S. Lathrop • Harvey, IL 60426
11350 Norcom Rd. • Philadelphia, PA 19154
2525 N. 27th Ave. • Phoenix, AZ 85009

Customer Service:
(800) 882-5543
Fax 708-339-1806

S2-3

C01?64



**POTTER ROEMER**
FIRE PROTECTION EQUIPMENT

# STORZ CONNECTIONS

## STORZ FIRE DEPT INLET CONNECTIONS




**FUNCTION:** Used as an auxiliary inlet connection to supplement the fire protection water supply. Provides a range from 500/*1892* to 1000/*3785* GPM/*lpm* per inlet. A Storz connection provides a means of rapid supply through large diameter hose (LDH).

**REGULARLY FURNISHED:** Hard coated aluminum with Storz on one end and female national pipe thread on the other.

**SPECIFY:** Model number for size

**5795-01**

**5795-04**




| Model No. | Size |
|---|---|
| 5795-01 | 4" STORZ X 4" NPT<br>10.2 cm   10.2 cm |
| 5795-02 | 5" STORZ X 4" NPT<br>12.7 cm   10.2 cm |
| 5795-03 | 6" STORZ X 4" NPT<br>15.2 cm   10.2 cm |
| 5795-04 | 4" STORZ X 6" NPT<br>10.2 cm   15.2 cm |
| 5795-05 | 5" STORZ X 6" NPT<br>12.7 cm   15.2 cm |
| 5795-06 | 6" STORZ X 6" NPT<br>15.2 cm   15.2 cm |

## STORZ BLIND CAPS WITH CHAINS

**5799-01**

**5799-03**




| Model No. | Size |
|---|---|
| 5799-01 | 4" STORZ<br>10.2 cm |
| 5799-02 | 5" STORZ<br>12.7 cm |
| 5799-03 | 6" STORZ<br>15.2 cm |

Call for availability of other STORZ configurations

**5795-01 & 5799-01**

**5795-04 & 5799-01**

Page 5-7

001365



# VSR-F
## VANE TYPE WATERFLOW ALARM SWITCH WITH RETARD

*The Symbol of Protection*



U.S. Pat. No. 3921989
Canadian Pat. No. 1009680
Other Patents Pending
Potter Electric, Rd., 1990

UL, ULC and CSFM Listed, FM and LPCB Approved, NYMEA Accepted, CE Marked

**Service Pressure:** Up to 450 PSI (31 BAR)

**Minimum Flow Rate for Alarm:** 10 GPM (38 LPM)

**Maximum Surge:** 18 FPS (5,5 m/s)

**Contact Ratings:**  Two sets of SPDT (Form C)
15.0 Amps at 125/250 VAC
2.0 Amps at 30 VDC Resistive

**Conduit Entrances:** Two knockouts provided for 1/2" conduit

**Environmental Specifications:**
- Suitable for indoor or outdoor use with factory installed gasket and die-cast housing.
- NEMA 4/IP54 Rated Enclosure - use with appropriate conduit fitting.
- Temperature Range: 40°F/120°F, 4,5°C/49°C
- Non-corrosive sleeve factory installed in saddle.

**Caution:** This device is not intended for applications in explosive environments.

**Sizes Available:** Steel Pipe schedules 10 thru 40, sizes 2" thru 8"
BS 1387 pipe 50mm thru 200mm
Note: For copper or plastic pipe use Model VSR-CF.

**Service Use:**
| | |
|---|---|
| Automatic Sprinkler | NFPA-13 |
| One or two family dwelling | NFPA-13D |
| Residential occupancy up to four stories | NFPA-13R |
| National Fire Alarm Code | NFPA-72 |

**Optional:** Cover Tamper Switch Kit, Stock No. 0090018

## GENERAL INFORMATION

The Model VSR-F is a vane type waterflow switch for use on wet sprinkler systems. It is UL Listed and FM Approved for use on steel pipe; schedules 10 through 40, sizes 2" thru 8" (50mm thru 200mm).

LPC approved sizes are 2" thru 8" (50mm thru 200mm).

The unit may also be used as a sectional waterflow detector on large systems.

The unit contains two single pole, double throw, snap action switches and an adjustable, instantly recycling pneumatic retard. The switches are actuated when a flow of 10 gallons per minute (38 LPM) or more occurs downstream of the device. The flow condition must exist for a period of time necessary to overcome the selected retard period.

**ENCLOSURE:** The unit is enclosed in a general purpose, die-cast housing. The cover is held in place with two tamper resistant screws which require a special key for removal. A field installable cover tamper switch is available as an option which may be used to indicate unauthorized removal of the cover. See bulletin no. 5400775 for installation instructions of this switch.

**INSTALLATION:** See Fig.2

These devices may be mounted on horizontal or vertical pipe. On horizontal pipe they should be installed on the top side of the pipe where they will be accessible. The units should not be installed within 6" (15cm) of a fitting which changes the direction of the waterflow or within 24" (60 cm) of a valve or drain.

Drain the system and drill a hole in the pipe using a circular saw in a slow speed drill. The 2" (50mm) and 2 1/2" (65mm) devices require a hole with a diameter of 1 1/4" + 1/8" - 1/16" (33mm ±2mm). All other sizes require a hole with a diameter of 2" ±1/8" (50mm ±2mm).

Clean the inside pipe of all growth or other material for a distance equal to the pipe diameter on either side of the hole.

Roll the vane so that it may be inserted into the hole; do not bend or crease it. Insert the vane so that the arrow on the saddle points in the direction of the waterflow. Install the saddle strap and tighten nuts alternately to an eventual 50 ft-lbs. (68 n-m) of torque (see Fig. 2). The vane must not rub the inside of the pipe or bind in any way.

Specifications subject to change without notice.

---

Potter Electric Signal Company • 2081 Craig Road, St. Louis, MO, 63146-4161 • Phone: 800-325-3936/Canada 888-882-1833 • www.pottersignal.com

| PRINTED IN USA | MKT. #8800001 - REV W<br>MFG. #5400761 - 7/02 | PAGE 1 OF 2 |
|---|---|---|

001266

Case 1:08-cv-01148    Document 12-47    Filed 03/12/2008    Page 10 of 11



# POTTER
*The Symbol of Protection*

## VSR-F
### VANE TYPE WATERFLOW ALARM SWITCH WITH RETARD

**FIG. 1**

SWITCH TERMINAL CONNECTIONS CLAMPING PLATE TERMINAL



**CAUTION:**
An uninsulated section of a single conductor should not be looped around the terminal and serve as two separate connections. The wire must be severed, thereby providing supervision of the connection in the event that the wire becomes dislodged from under the terminal.

**FIG. 2**



OPTIONAL TAMPER SWITCH

DO NOT LEAVE COVER OFF FOR EXTENDED PERIOD OF TIME

RETARD ADJUSTMENT:
TO CHANGE TIME TURN KNOB (EITHER DIRECTION) FOR DESIRED TIME DELAY. USE THE MINIMUM AMOUNT OF RETARD NECESSARY TO PREVENT FALSE ALARMS, A "B" SETTING IS USUALLY ADEQUATE FOR THIS. FACTORY IS SET TO "B".

TO INSTALL, DRILL HOLE AS INDICATED:

| PIPE SIZE | HOLE SIZE |
|---|---|
| 2" to 2 1/2" (50mm to 65mm) | 1 1/4" +1/8" −1/16" (33mm ±2mm) |
| 3" to 8" (80mm to 200mm) | 2" ±1/8" (50mm ±2mm) |

Cover Tamper (with cover in place)

C (WHT)   N.O. (RED)   N.C (BLK)

DWG. #761-30

TIGHTEN NUTS ALTERNATELY TO AN EVENTUAL 50FT.-LBS (68 n-m) OF TORQUE

MOUNT ON PIPE SO ARROW ON SADDLE POINTS IN DIRECTION OF WATERFLOW

ROLL PADDLE IN OPPOSITE DIRECTION OF WATERFLOW

DIRECTION OF WATERFLOW

APPROX. RETARD SETTINGS (IN SECS.)

| 0 | A | B | C | D | E |
|---|---|---|---|---|---|
| 0 | 10-25 | 20-40 | 35-55 | 50-70 | 60-90 |

**FIG. 3   TYPICAL ELECTRICAL CONNECTIONS**



2 SETS OF NORMALLY OPEN CONTACTS CLOSE ON ALARM

THE N.C AND N.O. MARKINGS ON THE SWITCH ARE FOR AN ALARM CONDITION

THE CONTACTS ARE REVERSED WHEN THE DEVICE IS IN THE NORMAL CONDITION



WATERFLOW ZONE ON FIRE PANEL     EOLR FROM FIRE PANEL

POSITIVE DC OR HOT AC

NEGATIVE DC OR NEUTRAL AC

BELL

**NOTES:**
1. The Model VSR-F has two switches, one can be used to operate a central station, proprietary or remote signaling unit, while the other contact is used to operate a local audible or visual annunciator.
2. A condition of LPC Approval of this product is that the electrical entry must be sealed to exclude moisture.
3. For supervised circuits see "Switch Terminal Connections" drawing and caution note (Fig. 1).

**FIG. 4**

To remove knockouts: Place screwdriver at edge of knockouts, not in the center.



DWG. #761-4

---

**APPLICATION WARNING!**
Due to the possibility of unintended discharges caused by pressure surges, trapped air, or short retard times, waterflow switches that are monitoring wet pipe sprinkler systems should not be used as the sole initiating device to discharge AFFF, deluge, or chemical suppression systems.

**TESTING**
The frequency of inspection and testing for the model VSR-F and its associated protective monitoring system should be in accordance with applicable NFPA Codes and Standards and/or the authority having jurisdiction (manufacturer recommends quarterly or more frequently).

If provided, the inspector's test valve, that is usually located at the end of the most remote branch line, should always be used for test purposes. If there are no provisions for testing the operation of the flow detection device on the system, application of the VSR-F is not recommended or advisable.

A minimum flow of 10 gpm (38 Lpm) is required to activate this device.

**IMPORTANT NOTICE:** Please advise the person responsible for testing of the fire protection system that this system must be tested in accordance with the testing instructions.

---

PRINTED IN USA          MKT. #8800001 - REV W          PAGE 2 OF 2
                        MFG. #5400761 - 7/02

001367



www.tolco.com
Revision 5/24/2001

## Fig. 200 - "Trimline" Adjustable Band Hanger

**Size Range** — 1/2" thru 8" pipe

**Material** — Carbon Steel, Mil. Galvanized to G90 specifications

**Function** — For fire sprinkler and other general piping purposes. Knurled swivel nut design permits hanger adjustment after installation.

**Features** —
- (1/2" thru 2") Flared edges ease installation for all pipe types and protect CPVC plastic pipe from abrasion. Captured design keeps adjusting nut from separating with hanger. Hanger is easily installed around pipe.
- (2½" thru 8") Spring tension on nut holds it securely in hanger before installation. Adjusting nut is easily removed.

**Approvals** — Underwriters' Laboratories listed (1/2" thru 8") in the USA (UL) and Canada (cUL) for steel and CPVC plastic pipe and Factory Mutual Engineering Approved (3/4" thru 8"). Conforms to Federal Specifications WW-H-171E, Type 10 and Manufacturers Standardization Society SP-69, Type 10.

**Maximum Temperature** — 650°F

**Finish** — Mil. Galvanized. For Stainless Steel materials, order TOLCO™ Fig. 200WON.

**Order By** — Figure number and pipe size



1/2 THRU 2 INCH PIPE    2 1/2 THRU 8 INCH PIPE



### Dimensions • Weights

| Pipe Size | Rod Size Inch | Rod Size Metric | A | B | Max. Rec. Load Lbs. | Approx. Length |
|---|---|---|---|---|---|---|
| 1/2 | 3/8 | 8mm or 10mm | 3⅛ | 2⅝ | 400 | 11 |
| 3/4 | 3/8 | 8mm or 10mm | 3⅛ | 2½ | 400 | 11 |
| 1 | 3/8 | 8mm or 10mm | 3⅜ | 2⅝ | 400 | 12 |
| 1¼ | 3/8 | 8mm or 10mm | 3¾ | 2⅞ | 400 | 13 |
| 1½ | 3/8 | 8mm or 10mm | 3⅞ | 2⅞ | 400 | 14 |
| 2 | 3/8 | 8mm or 10mm | 4½ | 3 | 400 | 15 |
| 2½ | 3/8 | 10mm | 5⅝ | 4⅛ | 600 | 27 |
| 3 | 3/8 | 10mm | 5⅞ | 4 | 600 | 29 |
| 3½ | 3/8 | 10mm | 7⅜ | 5¼ | 600 | 34 |
| 4 | 3/8 | 10mm | 7⅜ | 5 | 1000 | 35 |
| 5 | 1/2 | 12mm | 9⅛ | 6¼ | 1250 | 66 |
| 6 | 1/2 | 12mm | 10⅛ | 6¾ | 1250 | 73 |
| 8 | 1/2 | 12mm | 13⅛ | 8¾ | 1250 | 136 |

OFFICE/MANUFACTURING FACILITY • 1375 SAMPSON AVE. • CORONA, CA 92879 • PH: 951.737.5599 • FAX. 951.737.0330
CUSTOMER SERVICE • 800.786.5266
www.tolco.com

C01368