August 4, 2006   Sprinkler 51 a



# VIKING TECHNICAL DATA
## MICROFAST® AND MicrofastHP® QUICK RESPONSE UPRIGHT AND CONVENTIONAL SPRINKLERS

### 1. PRODUCT NAME
**MICROFAST® AND MicrofastHP® QUICK RESPONSE UPRIGHT AND CONVENTIONAL SPRINKLERS**

†The Sprinkler Identification Number (SIN) is stamped on the sprinkler deflector.

### 2. MANUFACTURER
THE VIKING CORPORATION
210 N. Industrial Park Road
Hastings, Michigan 49058, U.S.A.
Telephone: (269) 945-9501
Technical Services: (877) 384-5464
Fax: (269) 945-9599
e-mail: techsvcs@vikingcorp.com

*Conventional   Upright*

### 3. PRODUCT DESCRIPTION
Viking Microfast® and MicrofastHP® Quick Response Upright and Conventional (Old Style) Sprinklers are small thermosensitive glass bulb spray sprinklers available in various finishes, temperature ratings, and orifice sizes to meet design requirements. The special Poly finishes and Teflon® coatings can be used in decorative applications where colors are desired. In addition, these finishes have been investigated for installation in corrosive atmospheres and are cULus listed as corrosion resistant as indicated in the Approval Chart. (Note: FM Global has no approval classification for Teflon® and Poly finishes as corrosion resistant.)

The pip cap and sealing assembly of the sprinkler are held in place by the glass bulb operating element. During fire conditions, the heat-sensitive liquid in the glass bulb expands, causing the bulb to shatter, releasing the pip cap and sealing spring assembly. Water flowing through the sprinkler orifice strikes the sprinkler deflector, forming a uniform spray pattern to extinguish or control the fire.

### 4. TECHNICAL DATA
**LISTINGS AND APPROVALS**
   cULus Listed: Category VNIV
   FM Approved: Class 2020

Refer the Approval Chart on page 51 c and Design Criteria on page 51 d for cULus and FM approval requirements that must be followed.

**CHARACTERISTICS**
- Minimum Operating Pressure: 7 psi (0,5 bar)
- Maximum Working Pressure: Sprinklers VK315 and VK340 are rated for use with water working pressures ranging from the minimum 7 psi (0,5 bar) up to 250 psi (17,2 bar) for high-pressure systems. High-pressure (HP) sprinklers can be identified by locating "250" stamped on the deflector. All other Part Nos. not mentioned above are rated to a maximum 175 psi (12 bar) wwp.
- Factory tested hydrostatically to 500 psi (34,5 bar)
- Testing: U.S.A. Patent No. 4,831,870
- Thread size: Refer to the Approval Chart
- Nominal K-Factor: Refer to the Approval Chart
- Glass-bulb fluid temperature rated to -65 °F (-55 °C)
- Overall Length: Refer to the Approval Chart

**MATERIALS**
Frame Casting: Brass UNS-C84400
Deflector: Copper UNS-C19500 for Sprinklers 06661B, 06665B, 06764B, 07060, and 12281. Brass UNS-C26000 for all other Sprinklers.

Note: Units of measure in parentheses may be approximations.
Form No. F_080488

Replaces page 51 a-b, dated November 18, 2005
(Reformatted, added 135 °F temperature rating, and added CE approval for sprinklers 06665B and 06768B.)

Sprinkler 51-b                                                                                                   August 4, 2006

  **TECHNICAL DATA** — MICROFAST® AND MicrofastHP® QUICK RESPONSE UPRIGHT AND CONVENTIONAL SPRINKLERS

### TABLE 1: AVAILABLE SPRINKLER TEMPERATURE RATINGS AND FINISHES

| Sprinkler Classification | Sprinkler Temperature Rating[1] | Maximum Ambient Temperature[2] | Bulb Color |
|---|---|---|---|
| Ordinary | 135 °F (57 °C) | 100 °F (38 °C) | Orange |
| Ordinary | 155 °F (68 °C) | 100 °F (38 °C) | Red |
| Intermediate | 175 °F (79 °C) | 150 °F (65 °C) | Yellow |
| Intermediate | 200 °F (93 °C) | 150 °F (65 °C) | Green |
| High | 286 °F (141 °C) | 225 °F (107 °C) | Blue |

**Sprinkler Finishes:** Brass, Chrome-Enloy®, White Polyester (White Poly finish for Sprinklers 06661B, 06665B, 06764B, 07060, and 12281), Black Polyester (Black Poly finish for Sprinkler 06661B), and Black Teflon®
**Corrosion-Resistant Coatings[3]:** White Polyester (White Poly finish for Sprinklers 06661B, 06665B, 06764B, 07060, and 12281), Black Polyester (Black Poly finish for Sprinkler 06661B), and Black Teflon®

[1] The sprinkler temperature rating is stamped on the deflector.
[2] Based on NFPA-13. Other limits may apply, depending on fire loading, sprinkler location, and other requirements of the Authority Having Jurisdiction. Refer to specific installation standards.
[3] The corrosion-resistant coatings have passed the standard corrosion test required by the approving agencies indicated on page 51 c. These tests cannot and do not represent all possible corrosive environments. Prior to installation, verify through the end-user that the coatings are compatible with or suitable for the proposed environment. For automatic sprinklers, the coatings indicated are applied to the exposed exterior surfaces only. Note that the spring is exposed on sprinklers with Poly finishes and Teflon® coatings.

Bushing (for Sprinklers 06719B, 06717B, and 12286): Brass UNS-C36000
Bulb: Glass, nominal 3 mm diameter
Belleville Spring Sealing Assembly: Nickel Alloy, coated on both sides with Teflon Tape
Screw: Brass UNS-C36000
Pip Cap and Insert Assembly: Copper UNS-C11000 and Stainless Steel UNS-S30400
For Teflon® Coated Sprinklers: Belleville Spring-Exposed, Screw-Nickel Plated, Pip Cap-Teflon® Coated
For Poly Coated Sprinklers: Belleville Spring-Exposed

**AVAILABLE FINISHES AND TEMPERATURE RATINGS:** Refer to Table 1 above.

**5. ORDERING INSTRUCTIONS** (Also refer to the current Viking price list.)

Order Microfast® Quick Response Upright and Conventional Sprinklers by first adding the appropriate suffix for the sprinkler finish and then the appropriate suffix for the temperature rating to sprinkler base part number.

Finish Suffix: Brass = A, Chrome-Enloy® = F, White Poly Finish = M-/W, Black Poly Finish = M-/B, and Black Teflon® = N

Temperature Suffix (°F/°C): 135°/68° = A, 155°/68° = B, 175°/79° = D, 200°/93° = E, and 286°/141° = G

For example, Sprinkler VK300 with a 1/2" thread, Brass finish and a 155 °F/68 °C temperature rating = Part No. 06661BAB.

**ACCESSORIES** (Also refer to the "Sprinkler Accessories" section of the Viking data book.)

**Sprinkler Wrench:**
A. Standard Wrench: Part No. 10896W/B (available since 2000).

**Sprinkler Cabinets:**
A. Six-head capacity: Part No. 01724A (available since 1971)
B. Twelve-head capacity: Part No. 01725A (available since 1971)

August 4, 2006                                                                                                                                     Sprinkler 51 c



| | | | | | | | MICROFAST® AND MicrofastHP® QUICK RESPONSE UPRIGHT AND CONVENTIONAL SPRINKLERS |

### Approval Chart
Microfast® Quick Response Upright Sprinkler
and Microfast HP® Conventional Sprinkler
Maximum 175 PSI (12,1 bar) WWP

| Base Part Number[1] | SIN | Thread Size | | Nominal K-Factor | | Overall Length | | Listings and Approvals[3] (Refer also to Design Criteria on page 51 d.) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NPT | BSP | U.S. | metric[2] | Inches | mm | cULus[4] | FM[6] | NYC[7] | VdS | LPCB | CE | ⚓ |
| Upright-Standard Orifice | | | | | | | | | | | | | | |
| 06661B | VK300 | 1/2" | 15 mm | 5.6 | 80,6 | 2-3/16 | 56 | A6 | A7 | A6 | -- | -- | -- | -- |
| 07060 | VK345 | -- | 15 mm | 5.6 | 80,6 | 2-3/16 | 56 | -- | A3 | -- | D1 | A7[11] | B7[11] | B7[13] |
| Conventional-Standard Orifice | | | | | | | | | | | | | | |
| 06766B | VK310 | 1/2" | 15 mm | 5.6 | 80,6 | 2-3/16 | 56 | A5 | -- | A5 | -- | A5[11] | B5[11] | B5[15] |
| Upright-Large Orifice | | | | | | | | | | | | | | |
| 06665B | VK350 | 3/4" | 15 mm | 8.0 | 115,2 | 2-5/16 | 59 | A4 | A3 | A4 | D1 | -- | C5[11] | -- |
| 06764B | VK350 | 1/2" | 15 mm | 8.0 | 115,2 | 2-5/16 | 59 | A4 | -- | A4 | -- | -- | -- | -- |
| Conventional-Large Orifice | | | | | | | | | | | | | | |
| 06768B | VK354 | 3/4" | 20 mm | 8.0 | 115,2 | 2-5/16 | 59 | A5 | -- | A5 | -- | -- | C5[11] | -- |
| Upright-Small Orifice[9] | | | | | | | | | | | | | | |
| 06717B[10] | VK325 | 1/2" | 15 mm | 2.8 | 40,3 | 2-3/16 | 56 | A2 | A1 | A2 | -- | -- | -- | -- |
| 06719B[10] | VK327 | 1/2" | 15 mm | 4.2 | 60,5 | 2-3/16 | 56 | A2 | -- | A2 | -- | -- | -- | -- |
| 06931B[10] | VK327 | -- | 10 mm | 4.2 | 60,5 | 2-3/16 | 56 | -- | -- | -- | D1 | -- | D1[12] | -- |
| Maximum 250 PSI (17,2 bar) WWP | | | | | | | | | | | | | | |
| Upright-Standard Orifice | | | | | | | | | | | | | | |

| Base Part Number[1] | SIN | Thread Size | | Nominal K-Factor | | Overall Length | | Listings and Approvals[3] (Refer also to Design Criteria on page 51 d.) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NPT | BSP | U.S. | metric[2] | Inches | mm | cULus[4] | FM | NYC[8] | VdS | LPCB | CE | ⚓ |
| 12281 | VK315 | 1/2" | 15 mm | 5.6 | 80,6 | 2-3/16 | 56 | A2 | -- | A2 | -- | -- | -- | -- |
| Upright-Small Orifice[9] | | | | | | | | | | | | | | |
| 12286[10] | VK340 | 1/2" | 15 mm | 2.8 | 40,3 | 2-3/16 | 56 | A2 | -- | A2 | -- | -- | -- | -- |

| Approved Temperature Ratings | Approved Finishes |
|---|---|
| A - 135 °F (57 °C), 155 °F (68 °C), 175 °F (79 °C), 200 °F (93 °C), and 286 °F (141°C) | 1 - Brass and Chrome-Enloy® |
| | 2 - Brass, Chrome-Enloy®, White Polyester[5], Black Polyester[5], and Black Teflon®[5] |
| B - 155 °F (68 °C), 175 °F (79 °C), 200 °F (93 °C), and 286 °F (141°C) | 3 - Brass, Chrome-Enloy®, and White Poly Finish |
| | 4 - Brass, Chrome-Enloy®, White Poly Finish[5], Black Polyester[5], and Black Teflon®[5] |
| | 5 - Brass, Chrome-Enloy®, White Polyester[5], and Black Polyester[5] |
| C - 155 °F (68 °C), 175 °F (79 °C), and 286 °F (141°C) | 6 - Brass, Chrome-Enloy®, White Poly Finish[5], Black Poly Finish[5], and Black Teflon®[5] |
| D - 155 °F (68 °C) | 7 - Brass, Chrome-Enloy®, White Poly Finish, and Black Poly Finish |

**Footnotes**

[1] Base part number is shown. For complete part number, refer to Viking's current price schedule.

[2] Metric K-factor shown is for use when pressure is measured in bar. When pressure is measured in kPa, divide the metric K-factor shown by 10.0.

[3] This table shows the listings and approvals available at the time of printing. Check with the manufacturer for any additional approvals.

[4] Listed by Underwriters Laboratories Inc. for use in the U.S. and Canada.

[5] cULus Listed as corrosion resistant.

[6] FM Approved for use only in wet-pipe sprinkler systems (or preaction systems qualifying as wet systems) for protection of occupancies described in the Factory Mutual Engineering and Research Loss Prevention Data Sheets and Technical Advisory Bulletins

[7] Accepted for use, City of New York Board of Standards and Appeals, Calendar Number 219-76-SA.

[8] Accepted for use, City of New York Department of Buildings, MEA 89-92-E, Vol. 16.

[9] Listings and Approvals limited to Light Hazard Occupancies where allowed by the installation standards being applied, with hydraulically calculated wet systems only.

[10] The sprinkler orifice is bushed.

[11] CE Certified, Standard EN 12259-1, EC-certificate of conformity 0832-CPD-2001 and 0832-CPD-2003.

[12] CE Certified, Standard EN 12259-1, EC-certificate of conformity 0786-CPD-40131.

[13] ⚓ MED Certified, Standard EN 12259-1, EC-certificate of conformity 0832-MED-1003 and 0832-MED-1008.

001371

Sprinkler 51 d  August 4, 2006

 

**MICROFAST® AND MicrofastHP® QUICK RESPONSE UPRIGHT AND CONVENTIONAL SPRINKLERS**

| |
|---|
| **cULus Listing Requirements:** Quick Response Upright and Conventional Sprinklers are cULus Listed as indicated in the Approval Chart for installation in accordance with the latest edition of NFPA 13 for standard spray sprinklers, or old style (conventional) sprinklers.<br>• Designed for use in Light and Ordinary Hazard occupancies *(exception: small orifice sprinklers are limited to Light Hazard where allowed by the installation standards being applied, with hydraulically calculated wet systems only).*<br>• The sprinkler installation rules contained in NFPA 13 for standard spray upright sprinklers must be followed. For conventional sprinklers, refer to the installation guidelines for old style (conventional) sprinklers. |
| **FM Approval Requirements:** Quick Response Upright Sprinklers are FM Approved as indicated in the Approval Chart for use only in wet-pipe sprinkler systems (or preaction systems qualifying as wet systems). For installation in accordance with the latest applicable FM Loss Prevention Data Sheets and Technical Advisory Bulletins. FM Global Loss Prevention Data Sheets and Technical Advisory Bulletins contain guidelines relating to, but not limited to: minimum water supply requirements, hydraulic design, ceiling slope and obstructions, minimum and maximum allowable spacing, and deflector distance below the ceiling.<br>**NOTE:** The FM installation guidelines may differ from cULus and/or NFPA criteria. |
| **IMPORTANT:** Always refer to Bulletin Form No. F_091699 - Care and Handling of Sprinklers. Also refer to page QR1-2 for general care, installation, and maintenance information. Viking sprinklers are to be installed in accordance with the latest edition of Viking technical data, the appropriate standards of NFPA, FM Global, LPCB, Assemblee Pleniere, VdS or other similar organizations, and also with the provisions of governmental codes, ordinances, and standards, whenever applicable. |



Figure 1: Standard Sprinkler Wrench 10896W/B

Replaces page 51 a-b, dated November 18, 2005 (Reformatted, added 135 °F temperature rating, and added CE approval for sprinklers 06665B and 06768B.)

Form No. F_080488

001072

October 6, 2006                                                                                                          Sprinkler 54a

 **TECHNICAL DATA** | MIRAGE® QUICK RESPONSE CONCEALED PENDENT SPRINKLER VK462 AND HP SPRINKLER VK463 (K5.6)

The Viking Corporation, 210 N Industrial Park Road, Hastings MI 49058
Telephone: 269-945-9501 Technical Services 877-384-5464 Fax: 269-945-4495 Email: techsvcs@vikingcorp.com

### 1. DESCRIPTION

Viking Mirage® Quick Response Concealed Pendent Sprinkler SIN VK462 and HP Sprinkler VK463 are thermosensitive glass-bulb spray sprinkler designed for installation on concealed pipe systems where the appearance of a smooth ceiling is desired.

The sprinkler is pre-assembled with a threaded adapter for installation with a low-profile cover assembly that provides up to ½" (12.7 mm) of vertical adjustment. The two-piece design allows installation and testing of the sprinkler prior to installation of the cover plate. The "push-on", "thread-off" design of the concealed cover plate assembly allows easy installation of the cover plate after the system has been tested and the ceiling finish has been applied. The cover assembly can be removed and reinstalled, allowing temporary removal of ceiling panels without taking the sprinkler system out of service or removing the sprinkler.



### 2. LISTINGS AND APPROVALS
cULus Listed: Category VNIV
NYC Approved: MEA 89-92-E, Volume 32
Refer to the Approval Chart on page 54c and Design Criteria on page 54d for cULus Listing requirements that must be followed.

### 3. TECHNICAL DATA
**Specifications:**
Minimum Operating Pressure: 7 psi (0.5 bar)
**Maximum Working Pressure: Sprinkler VK463 is rated for use with water working pressures ranging from the minimum 7 psi (0.5 bar) up to 250 psi (17.2 bar) for high-pressure systems. High-pressure (HP) sprinklers can be identified by locating "250" stamped on the deflector. Sprinkler VK462 is rated to a maximum 175 psi (12 bar) wwp.**
Factory tested hydrostatically to 500 psi (34.5 bar)
Testing: U.S.A. Patent No. 4,831,870
Thread size: 1/2" (15 mm) NPT
Nominal K-Factor: 5.6 U.S. (80.6 metric*)

> Viking Technical Data may be found on The Viking Corporation's Web site at http://www.vikingcorp.com.
> The Web site may include a more recent edition of this Technical Data Page.

*Metric K-factor measurement shown is when pressure is measured in Bar. When pressure is measured in kPa, divide the metric K-factor shown by 10.0.
Glass-bulb fluid temperature rated to -65 °F (-55 °C)
Patents Pending

**Material Standards:**
Sprinkler Body: Brass UNS-C84400
Deflector: Bronze UNS-C51000
Deflector Pins: Stainless Steel UNS-S30300
Bulb: Glass, nominal 3 mm diameter
Pip Cap and Insert Assembly: Copper UNS-C11000 and Stainless Steel UNS-S30400
Button: Brass UNS-C36000
Screws: 18-8 Stainless Steel
Belleville Spring Sealing Assembly: Nickel Alloy, coated on both sides with Teflon Tape
Yoke: Bronze UNS-C51000
Cover Adapter: Cold Rolled Steel UNS-G10080, Finish: Clear Chromate over Zinc Plating
**Cover Assembly Materials:**
Cover: Copper UNS-C11000
Base: Brass UNS-C26000 or UNS-C26800
Springs: Nickel Alloy
Solder: Eutectic
**Ordering Information:** (Also refer to the current Viking price list.)
Viking Mirage® Quick Response Concealed Pendent Sprinklers and Cover Plate Assemblies must be ordered separately:

Form No. F_103005                                           Replaces page 54a-b, dated April 10, 2006
                                                            (reformatted and added MEA/NYC Approval).

001373

Sprinkler 54b                                                                                                                     October 6, 2006

   **TECHNICAL DATA**        **MIRAGE® QUICK RESPONSE CONCEALED PENDENT SPRINKLER VK462 AND HP SPRINKLER VK463 (K5.6)**

The Viking Corporation, 210 N Industrial Park Road, Hastings MI 49058
Telephone: 269-945-9501 Technical Services 877-384-5464 Fax: 269-945-4495 Email: techsvcs@vikingcorp.com

**Sprinkler:** Base Part No. 13503A or HP Base Part No. 13667A
Specify sprinkler temperature rating by adding the appropriate suffix for the temperature rating to the base part number:
Temperature Suffix (°F/°C): 155°/68° = B, 175°/79° = D, 200°/93° = E
For example, sprinkler VK462 with a 155 °F/68 °C temperature rating = 13503AB.
**Cover Plate Assembly:** Base Part No. 13504 (2-3/4" diameter) or Base Part No. 13642 (3-5/16" diameter)
Specify finish and temperature rating of the cover plate assembly by first adding the appropriate suffix for the finish and then the appropriate suffix for the cover temperature rating to the base part number:
Finish Suffix: Polished Chrome = F, Painted White = M-/SW1004, Painted Ivory = M-/SW1634, Painted Black = M-/SW1007
Temperature Suffix (°F/°C): 135°/57° = A , 165°/74° = C
For example, cover 13504 with a Polished Chrome finish and a 165 °F/74 °C temperature rating = 13504FC.
**Available Finishes And Temperature Ratings:**
Refer to Table 1
**Accessories:** (Also refer to the "Sprinkler Accessories" section of the Viking data book.)
**Sprinkler Wrenches**:**
A. Heavy Duty Part No. 14047W/B (available since 2006), or
B. Light Duty Part No. 14031*** (available since 2006)
**Requires a ½" ratchet (not available from Viking). ***Optional for removal of the protective cap. Ideal for sprinkler cabinets.
**Sprinkler Cabinet:** Part No. 01731A, Capacity: five (5) sprinklers (available since 1971)

## 4. INSTALLATION
Refer to appropriate NFPA Installation Standards.

## 5. OPERATION
During fire conditions, when the temperature around the sprinkler approaches its operating temperature, the cover plate detaches. Continued heating of the exposed sprinkler causes the heat-sensitive liquid in the glass bulb to expand and the bulb to shatter, releasing the yoke, pip-cap and sealing spring assembly. Water flowing through the sprinkler orifice strikes the sprinkler deflector, forming a uniform spray pattern to extinguish or control the fire.

## 6. INSPECTIONS, TESTS AND MAINTENANCE
Refer to NFPA 25 for Inspection, Testing and Maintenance requirements.

## 7. AVAILABILITY
Viking Sprinklers SIN VK462 and VK463 are available through a network of domestic and international distributors. See The Viking Corporation web site for the closest distributor or contact The Viking Corporation.

## 8. GUARANTEE
For details of warranty, refer to Viking's current list price schedule or contact Viking directly.

| TABLE 1: AVAILABLE SPRINKLER TEMPERATURE RATINGS AND FINISHES | | | | |
|---|---|---|---|---|
| Ordinary | 155 °F (68 °C) | 100 °F (38 °C) | 135 °F (57 °C) | Red |
| Intermediate | 175 °F (79 °C) | 150 °F (65 °C) | 165 °F (74 °C) | Yellow |
| Intermediate | 200 °F (93 °C) | 150 °F (65 °C) | 165 °F (74 °C) | Green |
| Cover Plate Finishes: Chrome-Enloy® (patents pending), Painted White, Painted Ivory, or Painted Black | | | | |
| Footnotes | | | | |
| ¹ The sprinkler temperature rating is stamped on the sprinkler deflector. | | | | |
| ² Based on NFPA-13. Other limits may apply, depending on fire loading, sprinkler location, and other requirements of the Authority Having Jurisdiction. Refer to specific installation standards. | | | | |

C01374

October 6, 2006                                                                                                                                  Sprinker 54c

 **TECHNICAL DATA** | MIRAGE® QUICK RESPONSE CONCEALED PENDENT SPRINKLER VK462 AND HP SPRINKLER VK463 (K5.6)

The Viking Corporation, 210 N Industrial Park Road, Hastings MI 49058
Telephone: 269-945-9501 Technical Services 877-384-5464 Fax: 269-945-4495 Email: techsvcs@vikingcorp.com

| Sprinkler Base Part Number[1] | SIN | NPT Thread Size | | Nominal K-Factor | | Maximum Water Working Pressure | Overall Length (Sprinkler Body) | | Listings and Approvals[4] (Refer also to Design Criteria on page 54d.) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Inch | mm | U.S. | metric[2] | | Inches | mm | cULus[5] | FM | NYC[6] | VdS | LPCB |
| 13503A | VK462 | 1/2" | 15 | 5.6 | 80.6 | 175 psi (12 bar) | 2-3/16" | 56 | AW1, BX1 | -- | AW1, BX1 | -- | -- |
| 13667A | VK463 | 1/2" | 15 | 5.6 | 80.6 | 250 psi (17.2 bar)[3] | 2-3/16" | 56 | AW1, BX1 | -- | AW1, BX1 | -- | -- |

| Sprinkler Temperature Ratings | Cover Plate Assembly Temp. Ratings[7] | Finishes of the Cover Plate Assembly |
|---|---|---|
| A - 155 °F (68 °C)<br>B - 175 °F (79°C) and 200 °F (93 °C) | W - 135 °F (57 °C) cover 13504[1] or 13642[1] (large diameter)<br>X - 165 °F (74 °C) cover 13504[1] or 13642[1] (large diameter) | 1. - Polished Chrome, Painted[8] White (No. 1004)[9], Painted[8] Ivory (No. 1634)[9], or Painted[8] Black (No. 1007)[9] |

**Footnotes**
[1] Part number shown is the base part number. For complete part number, refer to current Viking price list schedule.
[2] Metric K-factor measurement shown is when pressure is measured in Bar. When pressure is measured in kPa, divide the metric K-factor shown by 10.0.
[3] The Water Working Pressure rating is stamped on the deflector.
[4] This chart shows the listings and approvals available at the time of printing. Other approvals may be in process. Check with the manufacturer for any additional approvals.
[5] Listed by Underwriter's Laboratories for use in the U.S. and Canada.
[6] Accepted for use, City of New York Department of Buildings, MEA Number 89-92-E, Vol. 32.
[7] The 135 °F cover has an orange label. The 165 °F cover has a white label.
[8] Painted finish consists of Polyester Baked Enamel. Other paint colors are available on request with the same listings as the standard paint colors.
[9] Sherwin-Williams® Color Answers™ Interior Color Number.



Figure 1: Sprinkler Installation and Correct Use of Wrenches

C01375

Sprinkler 54d                                                                                  October 6, 2006



| | MIRAGE® QUICK RESPONSE CONCEALED PENDENT SPRINKLER VK462 AND HP SPRINKLER VK463 (K5.6) |

**TECHNICAL DATA**

The Viking Corporation, 210 N Industrial Park Road, Hastings MI 49058
Telephone: 269-945-9501 Technical Services 877-384-5464 Fax: 269-945-4495 Email: techsvcs@vikingcorp.com



**cULus Listing Requirements:**

Mirage® Quick Response Concealed Pendent Sprinklers VK462 and VK463 are cULus Listed for installation in accordance with the latest edition of NFPA 13 for standard coverage pendent spray sprinklers as indicated below:
- Must be installed in neutral or negative pressure plenums only.
- For hazard occupancies up to and including Ordinary Hazard, Group II.
- Protection areas and maximum spacing shall be in accordance with the tables provided in NFPA 13. Maximum spacing allowed is 15 ft. (4.6 m).
- Minimum spacing allowed is 6 ft. (1.8 m) unless baffles are installed in accordance with NFPA 13.
- Minimum distance from walls is 4 in. (102 mm).
- Maximum distance from walls shall be no more than one-half of the allowable distance between sprinklers. The distance shall be measured perpendicular to the wall.
- The sprinkler obstruction rules contained in NFPA 13 for standard coverage pendent spray sprinklers must be followed.

**IMPORTANT:** Always refer to Bulletin Form No. F_091699 - Care and Handling of Sprinklers. Also refer to page QR1-2 for general care, installation, and maintenance information. Viking sprinklers are to be installed in accordance with the latest edition of Viking technical data, the appropriate standards of NFPA, FM Global, LPCB, APSAD, VdS or other similar organizations, and also with the provisions of governmental codes, ordinances, and standards, whenever applicable.



Note: Upon sprinkler activation, the deflector descends to approximately 13/16" (20.6 mm) below the sprinkler body.

Figure 2: Sprinkler Dimensions and Cover Installation

Form No. F_103005

Replaces page 54a-b, dated April 10, 2006
(reformatted and added MEA/NYC Approval).

001376



# City of Aurora

Division of Building and Permits • 65 Water Street • Aurora, Illinois 60505-3305 • (630) 892-8088
FAX (630) 892-8112

## Notice of Permit Cancellation Due to Abandonment

Date: April 4, 2007

GEMINI OFFICE
1 S WACKER SUITE 800
CHICAGO IL 60606

Address: 240 N OAKHURST DR  Application # 07-805 FIRE SPRINKLER PERMIT Cost $ 1257.00
Sent by Dora Soto, Customer Service Rep

Permit Applicant(s):

We have a building permit application that has been approved and is *ready for pick up*. Should you decide not to move forward with this project, please indicate so in the box below. You have 180 days to pick up this permit before it is deemed abandoned.

Per the Aurora Building Code; applications for permit shall be deemed to be abandoned, after 180 days of inactivity. As we undergo a code book and ordinance change every three years, closing the current permit application could mean that any future permits would need to be evaluated under the new code book and ordinances. This most likely would involve redesigning some features of your project.

Please return this letter with your signature and indication of your intentions below. We do have limitations on extensions and additional inactivity may still require future abandonment and re-submittal. The Aurora Building Code grants us the authority to grant a one-time extension of the permit application for 90 days. Failure to respond to this letter by **October 4, 2007** will constitute acknowledgment that *you do not intend to pursue* this project and the application will be closed.

*Please disregard this letter if permit has already been picked up or cancelled prior to receiving this notice.*

Thank you for your cooperation,
Division of Building and Permits City of Aurora

Mail or FAX Back to (630) 892-8112

| We intend to pursue this permit and wish to have the permit application extended for 90 days. By that date we will have provided all requested items to the Building Department for final issuance of permit. | We do not intend to pursue this permit and wish to have the permit application closed. In addition we certify that this work has not been undertaken and we will make the property available for inspection if requested. |
|---|---|
| Name | Name |
| Title | Title |
| Signature          Date | Signature          Date |

P:\Bldg&Permits\Permit Info\Notice of Permit Application Abandonment - 2001.doc

C01077



# City of Aurora

Division of Building and Permits - 65 Water Street - Aurora, Illinois 60505-3305 - Phone: (630) 892-8088 - Fax: (630) 892-8112

## BUILDING PERMIT

```
Application Number . . . . .   07-00000805           Date    4/19/07
Application pin number . . .   626175
Property Address . . . . . .   240 N OAKHURST DR
Parcel Number:                 07-20-302-081
Lot #:
Tenant nbr, name . . . . . .            GEMINI OFFICE
Application type description   FIRE SUPPRESSION PERMIT
Subdivision Name . . . . . .
Property Use . . . . . . . .
Property Zoning . . . . . .    PLANNED DEVELOP DIST
Application valuation . . .          66000
-------------------------------------------------------------------
Application description
 NEW SYSTEM 221 HEADS
-------------------------------------------------------------------

Owner                                   Contractor
---------------------------             -------------------------
GEMINI OFFICE DEVELOPMENT               F.E. MORAN
ONE SOUTH WACKER DR #800                2265 CARLSON DR
CHICAGO         IL 60606                NORTHBROOK          IL 60062
                                        (847) 498-4800
Other struct info . . . . .    FIRE SERVICE SIZE             4.00
                               ASSOCIATED PERMIT?     Y
                               PERMIT NUMBER?                1.00
                               PROPOSED USE           OFFICE BUILDING
-------------------------------------------------------------------
Permit . . . . . . .   FIRE SPRINKLER
Additional desc . .
Permit pin number .    1861392
Permit Fee . . . .       1143.00        Plan Check Fee . .    114.00
Issue Date . . . .      4/19/07         Valuation . . . .      66000
Expiration Date . .    10/16/07

   Qty    Unit Charge   Per                                   Extension
                               BASE FEE                           38.00
  65.00     17.0000  THOU      ALTER & REMODEL PER/$1000 VAL    1105.00
-------------------------------------------------------------------
Special Notes and Comments
 ----------PLEASE BE ADVISED-------------
 IF THIS WORK IS BEING DONE IN
 CONJUNCTION WITH OTHER CONSTRUCTION/
 PERMIT, ALL REQUIRED INSPECTIONS MUST BE
 REQUESTED UNDER THE OTHER CONSTRUCTION/
 PERMIT NUMBER.
 BUILDING PERMIT # 06-3529
 Call inspection on permit # 06-3529
-------------------------------------------------------------------
Fee summary         Charged         Paid         Credited      Due
-----------         --------        ----         --------      ---
Permit Fee Total    1143.00        1143.00           .00       .00
Plan Check Total     114.00         114.00           .00       .00
Grand Total         1257.00        1257.00           .00       .00
```

AURBPB   Call (630) 892-8088 before 4:30 p.m. to schedule inspections for the following workday.   C01078



# City of Aurora

Division of Building and Permits - 65 Water Street - Aurora, Illinois 60505-3305 - Phone: (630) 892-8088 - Fax: (630) 892-8112

## BUILDING PERMIT

```
Application Number    . . . . .  07-00000805              Page          2
Property Address      . . . . .  240 N OAKHURST DR        Date    4/19/07
Parcel Number:                   07-20-302-081
Lot #:
Tenant nbr, name      . . . . .          GEMINI OFFICE
Application description . . .    FIRE SUPPRESSION PERMIT
Subdivision Name      . . . . .
Property Use          . . . . .
Property Zoning       . . . . .  PLANNED DEVELOP DIST

Permit       . . . . . .   FIRE SPRINKLER

Additional desc . .
Permit pin number .   1861392
----------------------------------------------------------------------
                      Required Inspections

        Insp
Seq     Code    Description                  Initials      Date
----------------------------------------------------------------------

 10             FHYD    FIRE HYDRO           _____   __/__/__
```

Call (630) 892-8088 before 4:30 p.m. to schedule inspections for the following workday.

AURBPB

001379