# EXHIBIT F1

C01786

LEXSTAT 26 USC 501(C)(3)

UNITED STATES CODE SERVICE
Copyright © 2007 Matthew Bender & Company, Inc.,
one of the LEXIS Publishing (TM) companies
All rights reserved

*** CURRENT THROUGH P.L. 110-155, APPROVED 12/21/2007 ***
*** with gaps of 110-139, 140, 141, 143 and 110-154 ***

TITLE 26. INTERNAL REVENUE CODE
SUBTITLE A. INCOME TAXES
CHAPTER 1. NORMAL TAXES AND SURTAXES
SUBCHAPTER F. EXEMPT ORGANIZATIONS
PART I. GENERAL RULE

**Go to the United States Code Service Archive Directory**

26 USCS § 501

§ 501.  Exemption from tax on corporations, certain trusts, etc.

(a) Exemption from taxation.  An organization described in subsection (c) or (d) or section 401(a) [26 USCS § 401(a)] shall be exempt from taxation under this subtitle [26 USCS §§ 1 et seq.] unless such exemption is denied under section 502 or 503 [26 USCS § 502 or 503].

(b) Tax on unrelated business income and certain other activities.  An organization exempt from taxation under subsection (a) shall be subject to tax to the extent provided in parts II, III, and VI of this subchapter [26 USCS §§ 507 et seq., 511 et seq., and 527], but (notwithstanding parts II, III, and VI of this subchapter [26 USCS §§ 507 et seq., 511 et seq., and 527]) shall be considered an organization exempt from income taxes for the purpose of any law which refers to organizations exempt from income taxes.

(c) List of exempt organizations.  The following organizations are referred to in subsection (a):
    (1) Any corporation organized under Act of Congress which is an instrumentality of the United States but only if such corporation--
        (A) is exempt from Federal income taxes--
            (i) under such Act as amended and supplemented before July 18, 1984, or
            (ii) under this title without regard to any provision of law which is not contained in this title and which is not contained in a revenue Act, or
        (B) is described in subsection (1).
    (2) Corporations organized for the exclusive purpose of holding title to property, collecting income therefrom, and turning over the entire amount thereof, less expenses, to an organization which itself is exempt under this section.  Rules similar to the rules of subparagraph (G) of paragraph (25) shall apply for purposes of this paragraph.
    (3) Corporations, and any community chest, fund, or foundation, organized and operated exclusively for religious, charitable, scientific, testing for public safety, literary, or educational purposes, or to foster national or international amateur sports competition (but only if no part of its activities

001787

26 USCS § 501

involve the provision of athletic facilities or equipment), or for the
prevention of cruelty to children or animals, no part of the net earnings of
which inures to the benefit of any private shareholder or individual, no
substantial part of the activities of which is carrying on propaganda, or
otherwise attempting, to influence legislation (except as otherwise provided in
subsection (h)), and which does not participate in, or intervene in (including
the publishing or distributing of statements), any political campaign on behalf
of (or in opposition to) any candidate for public office.

(4) (A) Civic leagues or organizations not organized for profit but operated
exclusively for the promotion of social welfare, or local associations of
employees, the membership of which is limited to the employees of a designated
person or persons in a particular municipality, and the net earnings of which
are devoted exclusively to charitable, educational, or recreational purposes.

(B) Subparagraph (A) shall not apply to an entity unless no part of the
net earnings of such entity inures to the benefit of any private shareholder or
individual.

(5) Labor, agricultural, or horticultural organizations.

(6) Business leagues, chambers of commerce, real-estate boards, boards of
trade, or professional football leagues (whether or not administering a pension
fund for football players), not organized for profit and no part of the net
earnings of which inures to the benefit of any private shareholder or
individual.

(7) Clubs organized for pleasure, recreation, and other nonprofitable
purposes, substantially all of the activities of which are for such purposes and
no part of the net earnings of which inures to the benefit of any private
shareholder.

(8) Fraternal beneficiary societies, orders, or associations--

(A) operating under the lodge system or for the exclusive benefit of the
members of a fraternity itself operating under the lodge system, and

(B) providing for the payment of life, sick, accident, or other benefits
to the members of such society, order, or association or their dependents.

(9) Voluntary employees' beneficiary associations providing for the payment
of life, sick, accident, or other benefits to the members of such association or
their dependents or designated beneficiaries, if no part of the net earnings of
such association inures (other than through such payments) to the benefit of any
private shareholder or individual.

(10) Domestic fraternal societies, orders, or associations, operating under
the lodge system--

(A) the net earnings of which are devoted exclusively to religious,
charitable, scientific, literary, educational, and fraternal purposes, and

(B) which do not provide for the payment of life, sick, accident, or other
benefits.

(11) Teachers' retirement fund associations of a purely local character, if--

(A) no part of their net earnings inures (other than through payment of
retirement benefits) to the benefit of any private shareholder or individual,
and

(B) the income consists solely of amounts received from public taxation,
amounts received from assessments on the teaching salaries of members, and
income in respect of investments.

(12) (A) Benevolent life insurance associations of a purely local character,
mutual ditch or irrigation companies, mutual or cooperative telephone companies,
or like organizations; but only if 85 percent or more of the income consists of
amounts collected from members for the sole purpose of meeting losses and
expenses.

(B) In the case of a mutual or cooperative telephone company, subparagraph

C01788

# EXHIBIT F2

001789

LEXSTAT 26 USC 145

UNITED STATES CODE SERVICE
Copyright © 2007 Matthew Bender & Company, Inc.,
one of the LEXIS Publishing (TM) companies
All rights reserved

*** CURRENT THROUGH P.L. 110-155, APPROVED 12/21/2007 ***
*** with gaps of 110-139, 140, 141, 143 and 110-154 ***

TITLE 26. INTERNAL REVENUE CODE
SUBTITLE A. INCOME TAXES
CHAPTER 1. NORMAL TAXES AND SURTAXES
SUBCHAPTER B. COMPUTATION OF TAXABLE INCOME
PART IV. TAX EXEMPTION REQUIREMENTS FOR STATE AND LOCAL BONDS
SUBPART A. PRIVATE ACTIVITY BONDS

**Go to the United States Code Service Archive Directory**

26 USCS § 145

§ 145.  Qualified 501(c)(3) bond.

(a) In general.  For purposes of this part [26 USCS §§ 141 et seq.], except as otherwise provided in this section, the term "qualified 501(c)(3) bond" means any private activity bond issued as part of an issue if--
    (1) all property which is to be provided by the net proceeds of the issue is to be owned by a 501(c)(3) organization or a governmental unit, and
    (2) such bond would not be a private activity bond if--
    (A) 501(c)(3) organizations were treated as governmental units with respect to their activities which do not constitute unrelated trades or businesses, determined by applying section 513(a) [26 USCS § 513(a)], and
    (B) paragraphs (1) and (2) of section 141(b) [26 USCS § 141(b)] were applied by substituting "5 percent" for "10 percent" each place it appears and by substituting "net proceeds" for "proceeds" each place it appears.

(b) $ 150,000,000 Limitation on bonds other than hospital bonds.
    (1) In general.  A bond (other than a qualified hospital bond) shall not be treated as a qualified 501(c)(3) bond if the aggregate authorized face amount of the issue (of which such bond is a part) allocated to any 501(c)(3) organization which is a test-period beneficiary (when increased by the outstanding tax-exempt nonhospital bonds of such organization) exceeds $ 150,000,000.
    (2) Outstanding tax-exempt nonhospital bonds.
    (A) In general. For purposes of applying paragraph (1) with respect to any issue, the outstanding tax-exempt nonhospital bonds of any organization which is a test-period beneficiary with respect to such issue is the aggregate amount of tax-exempt bonds referred to in subparagraph (B)--
        (i) which are allocated to such organization, and
        (ii) which are outstanding at the time of such later issue (not including as outstanding any bond which is to be redeemed (other than in an advance refunding) from the net proceeds of the later issue).
    (B) Bonds taken into account. For purposes of subparagraph (A), the bonds referred to in this subparagraph are--

(i) any qualified 501(c)(3) bond other than a qualified hospital bond, and

(ii) any bond to which section 141(a) 141(a) does not apply if--
(I) such bond would have been an industrial development bond (as defined in section 103(b)(2) [26 USCS § 103(b)(2)], as in effect on the day before the date of the enactment of the Tax Reform Act of 1986 [enacted Oct. 22, 1986]) if 501(c)(3) organizations were not exempt persons, and
(II) such bond was not described in paragraph (4), (5), or (6) of such section 103(b) [26 USCS § 103(b)] (as in effect on the date such bond was issued).
(C) Only nonhospital portion of bonds taken into account.
(i) In general. A bond shall be taken into account under subparagraph (B) only to the extent that the proceeds of the issue of which such bond is a part are not used with respect to a hospital.
(ii) Special rule. If 90 percent or more of the net proceeds of an issue are used with respect to a hospital, no bond which is part of such issue shall be taken into account under subparagraph (B)(ii).
(3) Aggregation rule. For purposes of this subsection, 2 or more organizations under common management or control shall be treated as 1 organization.
(4) Allocation of face amount of issue; test-period beneficiary. Rules similar to the rules of subparagraphs (C), (D), and (E) of section 144(a)(10) [26 USCS § 144(a)(10)] shall apply for purposes of this subsection.
(5) Termination of limitation. This subsection shall not apply with respect to bonds issued after the date of the enactment of this paragraph [enacted Aug. 5, 1997] as part of an issue 95 percent or more of the net proceeds of which are to be used to finance capital expenditures incurred after such date

(c) Qualified hospital bond. For purposes of this section, the term "qualified hospital bond" means any bond issued as part of an issue 95 percent or more of the net proceeds of which are to be used with respect to a hospital.

(d) Restrictions on bonds used to provide residential rental housing for family units.
(1) In general. Except as otherwise provided in this subsection, a bond which is part of an issue shall not be a qualified 501(c)(3) bond if any portion of the net proceeds of the issue are to be used directly or indirectly to provide residential rental property for family units.
(2) Exception for bonds used to provide qualified residential rental projects. Paragraph (1) shall not apply to any bond issued as part of an issue if the portion of such issue which is to be used as described in paragraph (1) is to be used to provide--
(A) a residential rental property for family units if the first use of such property is pursuant to such issue,
(B) qualified residential rental projects (as defined in section 142(d) [26 USCS § 142(d)]), or
(C) property which is to be substantially rehabilitated in a rehabilitation beginning within the 2-year period ending 1 year after the date of the acquisition of such property.
(3) Certain property treated as new property. Solely for purposes of determining under paragraph (2)(A) whether the 1st use of property is pursuant to tax-exempt financing--
(A) In general. If--
(i) the 1st use of property is pursuant to taxable financing,
(ii) there was a reasonable expectation (at the time such taxable

26 USCS § 145

financing was provided) that such financing would be replaced by tax-exempt financing, and

(iii) the taxable financing is in fact so replaced within a reasonable period after the taxable financing was provided,

then the 1st use of such property shall be treated as being pursuant to the tax-exempt financing.

(B) Special rule where no operating state or local program for tax-exempt financing. If, at the time of the 1st use of property, there was no operating State or local program for tax-exempt financing of the property, the 1st use of the property shall be treated as pursuant to the 1st use of the property.

(C) Definitions. For purposes of this paragraph--

(i) Tax-exempt financing. The term "tax-exempt financing" means financing provided by tax-exempt bonds.

(ii) Taxable financing. The term "taxable financing" means financing which is not tax-exempt financing.

(4) Substantial rehabilitation.

(A) In general. Except as provided in subparagraph (B), rules similar to the rules of section 47(c)(1)(C) [26 USCS § 47(c)(1)(C)] shall apply in determining for purposes of paragraph (2)(C) whether property is substantially rehabilitated.

(B) Exception. For purposes of subparagraph (A), clause (ii) of section 47(c)(1)(C) [26 USCS § 47(c)(1)(C)] shall not apply, but the Secretary may extend the 24-month period in section 47(c)(1)(C)(i) [26 USCS § 47(c)(1)(C)(i)] where appropriate due to circumstances not within the control of the owner.

(e) Election out.  This section shall not apply to an issue if--

(1) the issuer elects not to have this section apply to such issue, and

(2) such issue is an issue of exempt facility bonds, or qualified redevelopment bonds, to which section 146 [26 USCS § 146] applies.

HISTORY:

(Added Oct. 22, 1986, P.L. 99-514, Title XIII, § 1301(b), 100 Stat. 2629; Nov. 10, 1988, P.L. 100-647, Title I, § 1013(a)(6)-(8), Title V, § 5053(a), 102 Stat. 3538, 3677; Dec. 19, 1989, P.L. 101-239, Title VII, § 7815(f), 103 Stat. 2419; Nov. 5, 1990, P.L. 101-508, Title XI, § 11813(b)(7), 104 Stat. 1388-551; Aug. 5, 1997, P.L. 105-34, Title II, § 222, 111 Stat. 818.)

HISTORY; ANCILLARY LAWS AND DIRECTIVES

Explanatory notes:

A prior § 145 (Act Aug. 16, 1954, ch 736, 68A Stat. 42) was repealed by Act May 23, 1977, P.L. 95-30, Title I, § 101(d)(1), 91 Stat. 133, applicable to taxable years beginning after Dec. 31, 1976. It made a cross reference to 26 USCS § 36.

Amendments:

In 1997, P.L. 105-34, Sec. 222, added subsec. (b)(5).

# EXHIBIT F3

001793



Thank you for your application.
If you have questions, please contact
your IFA Funding Manager.
Our office locations are listed at the
end of this form.

# NOT-FOR-PROFIT APPLICATION

## APPLICATION # *N-NP-TE-CD- 7096*

*Please complete all questions. If not applicable, write N/A.*

1. Legal Name and Address of Borrower:

   Planned Parenthood/Chicago Area
   Name

   | 18 S. Michigan Ave. 6th Floor | Chicago | IL | 60603 | Cook |
   |---|---|---|---|---|
   | Address | City | State | Zip Code | County |

   | Cheryl Harris | Chief Financial Officer | ( 312 )   592-6800 |
   |---|---|---|
   | Contact Person | Title | Telephone Number |

2. Proposed Project Name and Location:

   See Attachment #1
   Name

   | | | | | |
   |---|---|---|---|---|
   | Address | City | State | Zip Code | County |

   Districts:
   U.S. Congressional __7th__    IL House __26th__    IL Senate __13th__

3. Type of Financing: _____ Lease _____ Bond __X__

4. Amount of Financing Requested: $__8,000,000*__

5. Federal Tax ID Number or Borrower's Social Security Number: ▬▬▬▬▬

6. Is the Corporation Wholly or Partly Owned by or Affiliated with Any other Entity?    YES

   If yes, please explain.

   Planned Parenthood Federation is the national organization with which we are affiliated. There is an accreditation process and membership dues that are required to operate under the name of "Planned Parenthood." However, PPF has no ownership interest in PP/CA

   * Preliminary; subject to change.

Revised 12/06

7.  **History and Background of Borrower:**

Please provide a history of the corporation, date of incorporation, charitable purpose and the services and programs provided to meet that goal, etc.

PP/CA was originally incorporated under the name "Planned Parenthood Association, Chicago Area" in October 1946. It operates as a 501(c)3 not-for-profit corporation providing family planning and reproductive healthcare services in the Chicago land area. PP/CA also has as part of its mission to encourage and protect informed individual choice regarding reproductive healthcare; and to advocate public policies which guarantee the right to choice and full non-discriminatory access to reproductive healthcare.

Please identify and describe any for-profit affiliates not mentioned above.

PP/CA is the sole member of 21st Century Office Development LLC and 21st Century Office Management LLC, a for profit entity formed with the purpose of developing and managing real estate. Furthermore 21st Century is the sole member of Gemini Office Development LLC and Gemini Office Management LLC

Describe your current service area and number of clients. Also, discuss how the proposed project will affect the quantity and quality of services you currently provide.

PP/CA currently operates 10 health centers in Cook County, 7 in Chicago and 3 in the surrounding suburbs. During FY'06 we saw approximately 54,000 patients for over 122,000 visits for male and female services. However, the need for our services is growing rapidly. Therefore, we are expanding into DuPage County with a full-service facility. This new facility will allow us to accommodate nearly 13,000 more visits per year.

Please enclose a current listing of the organization's board of directors and verification of its 501(c)(3) designation.

ATTACHMENTS # 2 - 4

8.  **Project Description:**

Provide a complete description and intended purpose of the project, including its intended purpose. Please include any land acquisition, building construction, renovation, equipment purchases, installation, etc. (attach project estimates). Describe the relationship of the project to the organization's mission and experience.

SEE ATTACHMENTS #5 - 9

9.  **Facility Financing:**

Does the facility posses all licenses and permits for current operations? If no, please explain.

YES

Is any part of the facility to be used by another public or private entity? If yes, please explain.

NO

Revised 12/06

001795

Has an environmental study been performed on the site of the subject facilities? ☐ No ☑ Yes
If so, were any environmental risks cited? Please explain:

NO

10.   Present Zoning Classification: _____P.D.D_____

☐ Rezoning is contemplated to obtain a classification of _____

☑ No rezoning is necessary; permitted use exists.

☐ Variances are required (specify) _____

11.   Unusual Site Features:
      PLEASE EXPLAIN

      N/A

12.   Please identify the current building and/or landowner for any site to be acquired:

      Name: ___Gemini Office Development, LLC_____

      Address: ___One S. Wacker Drive, #800_____

      City: __Chicago_____ State ____IL____ Zip Code ___60606____

13.   Economic and Community Effect:

      Describe the project's overall effect on the surrounding community (i.e., services to the community, environmental effect, employment opportunities, quality of life, etc.)

      The facility will address unmet healthcare needs in an area of growing population. It will also employ approx 40 individuals. The facility has been designed to be environmentally friendly and attractive.

14.   Tax-Exempt Financing:

      Explain why tax-exempt financing is necessary for this project to be successful.

      The Agency currently does not have enough capital to complete construction on the new facility and purchase needed capital equipment. Furthermore tax-exempt bonds carry a lower interest rate than what we can get from a bank. The lower rate will improve the operating efficiency of the project and the agency.

      The total budget for the new facility ▆▆▆▆ and capital equipment needs could be between ▆▆▆▆▆▆▆▆ the next two years

Revised 12/06

001796

**15.**  **Management:**

Please list those persons responsible for the management of the corporation and the management of the project, and their relationships to the corporation. Please provide any relevant information relating to the experience of these persons serving in each capacity.  (See Attachment #10 for bios.)

| Name | Title | Start Date |
|---|---|---|
| Steve Trombley | CEO/President | 9/5/1989 |
| Teri Huyck | COO/Sr. VP | 11/23/1998 |
| Cheryl Harris | CFO | 10/20/00 |

**16.**  **Financial Management:**

- Describe the organization's current financial condition. Comment on any actions being taken to overcome any adverse trends or, problems. Please enclose three years of audited financial statements, year-to-date financial statements (unaudited) and a budget for the next fiscal year (if available). Also include three years of cash flow projections following completion of the project.

Excellent.  PP/CA's balance sheet is very strong with a long-term debt ratio of ████ on ████ of assets; and through February 28, 2007, net income █████ revenues. ██████████████████████████

- Identify sources of revenue for the organization.

Patient Fees          ██%
Medicaid              ██%
TP Insurance          ██%
Title X               ██%
Donors                ██%
Investment/Other      ██%
                     ——————
                      100%



- Describe lines of credit available to the organization (terms and conditions).

The agency currently has a line of credit with ████████ for ██ million that will be refinanced with the bond proceeds.

Projects include:

DuPage County Facility   $██ million
Austin Location
Roseland Location
Equipment
    Total                ██ million



**17. Project Costs:**

Amount of Proposed Bond or Lease:  $ _____8,025,000*_____

| Uses of Funds | Total Cost | Bond/Lease Amount | Other Sources |
|---|---|---|---|
| Land Acquisition | $ ▓▓▓ ● | $1,149,701 | |
| Building Acquisition | $ ▓▓▓ | $ 519,664 | |
| Rehabilitation | $ ▓▓▓ ● | $1,251,027 | |
| New Construction | $ ▓▓▓ ● | $3,438,588 | $▓▓▓ |
| Machinery/Equip. | $ ▓▓▓ ● | $ 719,957 | |
| Architectural & Engineering | $ ▓▓▓ ● | $ 378,000 | |
| Legal & Professional | $ ▓▓▓ | $ 340,500 | |
| Contingency/Other Refinancing | $ ▓▓▓ | $ 2,863 | |
| Capitalized Interest | $ ▓▓▓ | $ 224,700 | |
| **Total** | $ ▓▓▓ | $8,025,000 | $▓▓▓ |

| Sources of Funds | Total Source |
|---|---|
| Authority Bond/Lease | $ 8,025,000* |
| Bank Financing | ▓▓▓ |
| Other:  Restricted Gifts from Private Donors | ▓▓▓ |
| Other: | |
| Other: | |
| **Total** | ▓▓▓ |

**18.  Identify other sources of financing:**

Include source, amount available, security, terms, etc.

Restricted Gifts from Private Donors:



Total  ▓▓▓

**19.  Proposed Financing Structure:**

Please describe the prospective financing terms for this project including maturity, fixed or variable rate debt, rated or unrated, public offering or private placement.

Variable rate tax-exempt bonds, 25-year maturity, rated, public offering.

*Preliminary; subject to change.

Revised 12/06

C01798

**20.** **Source of Security:**

Identify what sources of revenue will repay the Authority loan. If repayment of the bond/lease is to be guaranteed by a bank or another entity other than the borrower, please list the name and address of the guarantor, and its relationship to the borrower.

Direct Pay Letter of Credit to be issued by

> Charter One Bank
> 71 S. Wacker Drive IH2945
> Suite 2900
> Chicago, IL 60606

**21.** **State Contractual Agreements:**

Please describe below any state or federal funding sources that the corporation receives (i.e., state contracts):

| Funding Agency | Funding Type | Certification Status | Total Amount Provided (Annually) |
|---|---|---|---|
| ILL Dept of Human Services | Title X Grant | | $ 800,100 |
| ILL Dept of Health & Family Services | Medicaid | | $1,000,000 |
| | | | |
| | | | |
| | | | |
| | | | |

**22.** **Current and Projected Employment**

One of the purposes of the Illinois Finance Authority is to create new, full-time jobs and/or assist in the retention of existing jobs. Please be as thorough and accurate as possible in arriving at your estimates.

| Employment Categories | Current Employment | 1 Year After Project Completion | 2 Years After Project Completion |
|---|---|---|---|
| Professional | 46 | 51 | 53 |
| Clerical and Administrative | 113 | 143 | 153 |
| Skilled | | | |
| Unskilled | | | |
| Other | | | |
| Total | 159 | 194 | 206 |

001799

- List the assumptions used for employment projections:

The facility will have 12,750 patient visits in the 1st year and 14,500 in the second

- If this application pertains to the retention of existing jobs, please state the number of employees to be retained, and explain why these jobs would be eliminated or reduced if the loan is not provided:

N/A

- Please estimate the number of construction jobs to be created as a result of this project:

OVER 100 WORKERS

- Estimated number of months construction workers to be employed: ___10 MONTHS___

23. **Other Firms Working On Financing for the Borrower:**

   A.  **General Counsel**

   ___Sonnenschein Nath & Rosenthal LLP___
   Name

   ___7800 Sears Tower___
   Address

   ___Chicago___                    IL                    60606
   City                              State                 Zip

   ( 312 )    876-8936              Mary Wilson
   Telephone                        Contact Person


   B.  **Bond Counsel**

   ___Katten Muchin Zavis Rosenman___
   Name

   ___525 W. Monroe Ste. Suite1600___
   Address

   ___Chicago___                    IL                    60661
   City                              State                 Zip

   ( 312 )    902-5421              Janet Goelz Hoffman, Esq.
   Telephone                        Contact Person

Revised 12/06

001860

**C.      Accountant:**

<u>Clifton Gunderson</u>
Name

<u>1301 W. 22nd Street, Suite 100</u>
Address

<u>Oak Brook</u>                    <u>IL</u>                    <u>60523</u>
City                              State                  Zip

( <u>630</u> )   <u>573-8600</u>          <u>John Quinn</u>
Telephone                         Contact Person


**D.      Financial Advisor:**

<u>N/A</u>
Name


Address


City                              State                  Zip

( _____ )
Telephone                         Contact Person


**E.      Underwriter/Placement Agent:**

<u>RBC Capital Markets</u>
Name

<u>500 W. Madison, Suite 2500</u>
Address

<u>Chicago</u>                    <u>IL</u>                    <u>60661</u>
City                              State                  Zip

( <u>312</u> )   <u>559-1649</u>          <u>James Pass</u>
Telephone                         Contact Person

Revised 12/06

001801

F.       **Bond Trustee:**

_____Amalgamated Bank of Chicago_____
Name

_____One West Monroe_____
Address

_____Chicago_____IL_____60603___
City                                    State              Zip

( 312 )   822-3000                      Christine Linde
Telephone                               Contact Person

NOTICE: Applicants are hereby notified that the provisions of the Prevailing wage Act (820 ILCS 13011; ILL. Rev. stat. 1991, ch 48, par. 3995-1 et. seq) and the Public Work Preference act may apply to the project, which is the subject of this application. Construction cost estimates should take into account the effect of said Acts.

### CERTIFICATION BY APPLICANT

The applicant certifies by signing, the application in the space below that the site for the proposed construction is not located in a SPECIAL FLOOD HAZARD AREA as defined and designated by

The Illinois Department of Transportation, Division of Waterways, and that an investigation has been made to determine that it is not in such an area.

Applicant hereby certifies that all information contained above and in exhibits attached hereto is true to his/her best knowledge and belief and is submitted for the purpose of obtaining financial assistance from the Illinois Finance Authority.

Date ____4/12/2007_____          Applicant _____

                                       By __Steve Trombley_____

                                       Title __President and Chief Executive Officer.__

Return completed form to Illinois Finance Authority
Offices of the Illinois Finance Authority

| | | | |
|---|---|---|---|
| Chicago | 180 N. Stetson Ave. #2555, Chicago, IL 60601 | 312.651.1300 | 312.651.1350 fax |
| Mt. Vernon | 2929 Broadway, Suite 7B, Mt. Vernon, IL 62864 | 618.244.2424 | 618.244.2433 fax |
| Peoria | 124 S. W. Adams St., #300, Peoria, IL 61602 | 309.495.5959 | 309.676.7534 fax |
| Springfield | 427 E. Monroe Street, #202, Springfield, IL 62701 | 217.782.5792 | 217.782.3989 fax |

www.il-fa.com                      TTY: 1.800.526.0844  |  VOICE: 1.800.526.0857

Revised 12/06

C01802

## Planned Parenthood/Chicago Area Health Centers
### And Project Locations

☒ **Aurora Health Center**
240 N. Oakhurst Drive, Aurora, IL 60504
(Under construction)

☒ **Austin Health Center**
5937 West Chicago Ave, Chicago, IL 60651
Phone: 773.287.2020

☒ **Englewood Health Center**
6059 South Ashland, Chicago, IL 60636
Phone: 773.434.3700

✓ **Loop Health Center**
18 South Michigan Ave, Chicago, IL 606103
Phone: 312.592.6700

✓ **Near North Health Center**
1200 North LaSalle Street, Chicago, IL 60610
Phone: 312.266.1033

✓ **Rogers Park Health Center**
6353 North Broadway, Chicago, IL 60660
Phone: 773.973.3393

☒ **Roseland Health Center**
11250 South Halsted, Chicago IL 60628
Phone: 773.468.1600

✓ **Wicker Park Health Center**
1152 North Milwaukee, Chicago IL 60622
Phone: 773.252.2240

✓ **Planned Parenthood *Express* Naperville**
1567 North Aurora Road, Naperville IL 60563
Phone: 630.305.9900

## Planned Parenthood/Chicago Area Health Centers
### And Project Locations

**Planned Parenthood** *Express* **Schaumburg**

1314 North Roselle Road, Schaumburg IL 60195

Phone: 847.839.1600

**Planned Parenthood** *Express* **Orland Park**

14470 South LaGrange Rd. Suite 101, Orland Park, IL 60462

Phone: 708.349.2227

# Planned Parenthood/Chicago Area
## Board of Directors
### 2006-2007

Susan N. Nathanson, Chair
Leslie M. Darling, Vice-Chair
Wendelyn L. Mitchell, Vice-Chair
Margo McCoy Reese, Secretary
Carole R. Brite, Treasurer


Karen Berkowitz
Liza Cruzat Brooks
Walter S. Carr
Frona C. Daskal, J.D.
Lawrie C. Dean
Randall Doubet-King
Mark D. Erwin
Larry Faines, M.D.
Arlene Faulk
Marilynn C. Frederiksen, M.D.
Jennifer Friedes
Audrey L. Gaynor
Joanne E. Howard
C. Hadlai (Tex) Hull
Daphne R. Johnson
Kathryn Hart Lansing
Dawn C. Lehmann
Stacy Tessler Lindau, M.D.
Phyllis Mandler, L.C.S.W.
Ashima Mehta, M.D., FACOG
Elizabeth Cohn Morris
Susan J. Musich
Grace Allen Newton
John H. Peterson
Rabbi Aaron M. Petuchowski
Nicole Paster Putzel
Kathleen L. Roach
Paul C. Williams
Rachel Winpar


Alan S. Gilbert, *ex-officio*
Murray Pelta, M.D., *ex-officio*

001805

Internal Revenue Service

Department of the Treasury

P. O. Box 2508
Cincinnati, OH  45201

Date:  December 17, 2001

Person to Contact:
  Ms. Smith #31-07262
  Customer Service Representative
Toll Free Telephone Number:
  8:00 a.m. to 9:30 p.m. EST
  877-829-5500
Fax Number:
  513-263-3756
Federal Identification Number:
  36-2170901
Accounting Period Ends:
  June 30

Planned Parenthood Chicago Area
Parenthood Association Chicago Area
18 South Michigan Ave 6th Fl
Chicago, IL  60603

Dear Sir or Madam:

This is in response to your request for a letter affirming your organization's exempt status. We
have updated our records to reflect the change of address as indicated above.

In July 1948 we issued a determination letter that recognized your organization as exempt
from federal income tax under section 101(6) of the Internal Revenue Code of 1939 (now
section 501(c)(3) of the Internal Revenue Code of 1986). That determination letter is still in
effect.

We classified your organization as a publicly supported organization, and not a private
foundation, because it is described in sections 509(A)(1) and 170(b)(1)(A)(vi) of the Code.
This classification was based on the assumption that your organization's operations would
continue as stated in the application. If your organization's purposes, character, method of
operations, or sources of support have changed, please let us know so we can consider the
effect of the change on the organization's exempt status and foundation status.

Your organization is required to file Form 990, Return of Organization Exempt from Income
Tax, only if its gross receipts each year are normally more than $25,000. If a return is
required, it must be filed by the 15th day of the fifth month after the end of the organization's
annual accounting period. The law imposes a penalty of $20 a day, up to a maximum of
$10,000, when a return is filed late, unless there is reasonable cause for the delay.

As of January 1, 1984, your organization is liable for taxes under the Federal Insurance
Contributions Act (social security taxes) on remuneration of $100 or more the organization
pays to each of its employees during a calendar year. There is no liability for the tax imposed
under the Federal Unemployment Tax Act (FUTA).

Organizations that are not private foundations are not subject to the excise taxes under
Chapter 42 of the Code. However, these organizations are not automatically exempt from
other federal excise taxes. If you have any questions about excise, employment, or other
federal taxes, please let us know.

C001806

-2-

Planned Parenthood Chicago Area
36-2170901

Donors may deduct contributions to your organization as provided in section 170 of the Code.

Bequests, legacies, devises, transfers, or gifts to your organization or for its use are deductible for federal estate and gift tax purposes if they meet the applicable provisions of sections 2055, 2106, and 2522 of the Code.

Your organization is not required to file federal income tax returns unless it is subject to the tax on unrelated business income under section 511 of the Code. If your organization is subject to this tax, it must file an income tax return on Form 990-T, Exempt Organization Business Income Tax Return. In this letter, we are not determining whether any of your organization's present or proposed activities are unrelated trade or business as defined in section 513 of the Code.

The law requires you to make your organization's annual return available for public inspection without charge for three years after the due date of the return. If your organization had a copy of its application for recognition of exemption on July 15, 1987, it is also required to make available for public inspection a copy of the exemption application, any supporting documents and the exemption letter to any individual who requests such documents in person or in writing. You can charge only a reasonable fee for reproduction and actual postage costs for the copied materials. The law does not require you to provide copies of public inspection documents that are widely available, such as by posting them on the Internet (World Wide Web). You may be liable for a penalty of $20 a day for each day you do not make these documents available for public inspection (up to a maximum of $10,000 in the case of an annual return).

Because this letter could help resolve any questions about your organization's exempt status and foundation status, you should keep it with the permanent records of the organization.

If you have questions, please call us at the telephone number shown in the heading of this letter.

Sincerely,

John E. Ricketts, Director, TE/GE
Customer Account Services

001807

Office of Local Government Services
Sales Tax Exemption Section, 3-520
101 W. Jefferson Street
Springfield, Illinois 62702
217 782-8881

June 21, 2002

_____

_____

_____    PLANNED PARENTHOOD ASSN CHICAGO AREA
         CREDENTIALING COORDINATOR
         18 SOUTH MICHIGAN AVE 6TH FL
         CHICAGO IL   60603

We have received your recent letter; and based on the information you furnished, we believe

PLANNED PARENTHOOD ASSN CHICAGO AREA
of
CHICAGO, IL

is organized and operated exclusively for charitable  purposes.

Consequently, sales of any kind to this organization are exempt from the Retailers' Occupa-
tion Tax, the Service Occupation Tax (both state and local), the Use Tax, and the Service
Use Tax in Illinois.  The organization is not, however, exempt from Illinois Hotel Operators'
Occupation Tax, Electricity Excise Tax, Electricity Distribution Tax, and Telecommunications
Excise Tax.

We have issued your organization the following tax exemption identification number:
E9977-1403-04.  To claim the exemption, you must provide this number to your suppliers
when purchasing tangible personal property for organizational use.  This exemption may not
be used by individual members of the organization to make purchases for their individual
use.

This exemption will expire on      July 1, 2007, unless you apply to the Illinois Depart-
ment of Revenue for renewal at least three months prior to the expiration date.

Office of Local Government Services
Illinois Department of Revenue

STS-49 (R-2/98)
IL-492-3456
11-0000064

001808

# PROJECT DESCRIPTION
## AUSTIN

PP/CA's Austin facility, established in 1990, had seen an increasing number of clients for over 15 years. This facility was established under the federal Title X program that pays for family planning services for low-income women. The original building suffered from significant maintenance issues that the building owner could not resolve.

In the summer of 2003, PP/CA purchased a building at 5937 W. Chicago Avenue. The site was just three blocks from our then current clinic, which made it easy for our patients to access once we moved. The new Austin project opened July 3, 2004.

The new building is two stories, includes an elevator for ADA access, and expanded operating space by approximately 1,500 square feet. The building's first floor is used for clinical services, and the second floor includes an expansive community education office and meeting space-an important asset for our growing community education outreach and teen clinic education sessions.

Costs for this project are as follows:

| | |
|---|---|
| Land/Building Purchase | $ ████ |
| Buildout | ████ |
| Building Improvements | |
| Total Costs | $ ████ |



C01809

# VOTING INFORMATION
## Illinois State Board of Elections



SBE Home | Contact Us | Search | About the Site | FAQ

Main
Computerized Voter Data
Find Districts/Officials
Motor Voter
Polling Place Accessibility
Register to Vote
Voting Systems By County
Provisional Ballots
Mock Election
Links

## Elected Official Information  Need Help?

Return to Search By Addres

**Search results for: 5930 W Chicago, 60651-2523**

| Name | District/Office | |
|---|---|---|
| Danny K Davis | 7th, US Representative | Demc |
| Don Harmon | 39th, State Senator | Demc |
| Deborah L. Graham | 78th, State Representative | Demc |
| Barack Obama | US Senator | Demc |
| Richard J. Durbin | US Senator | Demc |
| Rod R. Blagojevich | Governor | Demc |
| Pat Quinn | Lieutenant Governor | Demc |
| Lisa Madigan | Attorney General | Demc |
| Jesse White | Secretary of State | Demc |
| Daniel W. Hynes | Comptroller | Demc |
| Alexi Giannoulias | Treasurer | Demc |

Return to Search By Address

© 2007 Illinois State Board of Elections (WEBS) | Contact Us | Privacy

# PROJECT DESCRIPTION
## ROSELAND

Roseland, our first title X facility, was established in 1980. More than 20 years later, PP/CA had outgrown the health center's physical space, the building was in disrepair, and our lease had expired. In March of 2002, PP/CA's Budget and Finance Committee authorized the purchase of a building at 11250 South Halsted for the new Roseland facility. In July 2003, the Roseland health center opened for business in an expanded space with all new furnishings. With new configurations and an improved floor plan, the new facility continues to lead to a growing client base.

Costs for this facility are as follows:

Land/Building Purchased       
Buildout/Renovation



# VOTING INFORMATION
# Illinois State Board of Elections

[ SBE Home ] | [ Contact Us ] | [ Search ] | [ About the Site ] | [ FAQ ]

| Main | **Elected Official Information**  Need Help? |
| --- | --- |
| Computerized Voter Data | |
| Find Districts/Officials | |
| Motor Voter | |
| Polling Place Accessibility | |
| Register to Vote | |
| Voting Systems By County | |
| Provisional Ballots | |
| Mock Election | |
| Links | |

| Name | District/Office | |
| --- | --- | --- |
| Jesse L. Jackson Jr. | 2nd, US Representative | Demo |
| Emil Jones, Jr. | 14th, State Senator | Demo |
| Robert "Bob" Rita | 28th, State Representative | Demo |
| Barack Obama | US Senator | Demo |
| Richard J. Durbin | US Senator | Demo |
| Rod R. Blagojevich | Governor | Demo |
| Pat Quinn | Lieutenant Governor | Demo |
| Lisa Madigan | Attorney General | Demo |
| Jesse White | Secretary of State | Demo |
| Daniel W. Hynes | Comptroller | Demo |
| Alexi Giannoulias | Treasurer | Demo |

© 2007 Illinois State Board of Elections (WEB5) | Contact Us | Privacy

# PROJECT DESCRIPTION
## AURORA/DU PAGE COUNTY

In 2002, management evaluated the potential purchase of an existing medical building in Aurora for the purpose of converting it to an abortion/family planning center. At that time, it did not appear to be financially feasible. However, the great unknown was the suburban demand for our services.

Since that time, we have opened two "Express" clinics -- sites with low capital investment and offering limited services. They have been very successful, indicating both the need and demand for family planning services in the suburbs. Following Chicago, Aurora and Naperville are the represent the tow fastest growing cities in Illinois.

In addition to this known demand, Kane, DuPage and Will Counties are also experiencing rapid population growth. In fact, *Crain's* contends that Will County is now the fastest growing county in Illinois. "Its population grew 41% between 1990 and 2000 to exceed 600,000. The total is projected to exceed 1.2 million by 2030."

Our clinical services prior to the development of the first Express fell within a 10-mile arc of downtown Chicago (see map on Attachment 8). A second arc drawn at 25 miles covers Schaumburg and other potential territories for Express development. The triangle of Aurora, Bolingbrook and Naperville approximately bisect that arc. It covers areas that include large potential client populations, rapid population growth, land availability and good access to both highway and public transportation.

Based on these and other statistics, the board of PP/CA unanimously voted to develop a full service center in the Bolingbrook/Naperville/Aurora area that would:

- Help close the gap for care that now exists in the suburbs by offering a full range of PP/CA services including pregnancy testing, contraceptives, gynecological services, STI testing and treatment, abortion services (both surgical and medical), professional counseling, and adoption information.
- Serve as a voice in the community for reproductive choice and engage the public in dialogue that will further the rights of women in the suburban communities;
- Expand our community education presence in the suburbs for teen, parents, and clergy; and to
- Take pressure off our Near North facility, which is rapidly approaching capacity.

This new site will give us the opportunity to truly become a *regional* presence. (See Attachment 9 for Aurora Construction Budget.)



# VOTING INFORMATION
## Illinois State Board of Elections

[ SBE Home ] I [ Contact Us ] I [ Search ] I [ About the Site ] I [ FAQ ]

**Main**

**Computerized Voter Data**

**Find Districts/Officials**

**Motor Voter**

**Polling Place Accessibility**

**Register to Vote**

**Voting Systems By County**

**Provisional Ballots**

**Mock Election**

**Links**

## Elected Official Information  ❓Need Help?          Return to Search By Addres

### Search results for: 240 N Oakhurst DR, 60504-6700

| Name | District/Office | |
|---|---|---|
| Judy Biggert | 13th, US Representative | Rep |
| Randall M. "Randy" Hultgren | 48th, State Senator | Rep |
| Joe Dunn | 96th, State Representative | Rep |
| Barack Obama | US Senator | Dei |
| Richard J. Durbin | US Senator | Dei |
| Rod R. Blagojevich | Governor | Dei |
| Pat Quinn | Lieutenant Governor | Dei |
| Lisa Madigan | Attorney General | Dei |
| Jesse White | Secretary of State | Dei |
| Daniel W. Hynes | Comptroller | Dei |
| Alexi Giannoulias | Treasurer | Dei |

Return to Search By Address

© 2007 Illinois State Board of Elections (WEB6) I Contact Us I Privacy

C01814



# Planned Parenthood Clinics
## Metro Chicago Area

Planned Parenthood Clinic
1. Roseland Health Center
2. Austin Health Center
3. Englewood Health Center
4. Rogers Park Health Center
5. Wicker Park Health Center
6. Near North Health Center
7. Naperville Planned Parenthood Express
8. Schaumburg Planned Parenthood Express
9. Loop Health Center

Metro Chicago Information Center

Quantifying Strategic Decisions

**PLANNED PARENTHOOD/CHICAGO AREA**
**AURORA PROJECT**
**Budgeted Site Construction Costs**

Attachment #9
Redacted

001816

**PROJECT KANKAKEE**
Site Construction Costs

Exc

Redacted

C01817