> that might be a bit too much....

>

>

>

> _____

>

> From: Fischman, Tracy

> Sent: Tuesday, February 20, 2007 2:49 PM

> To: Novak, Becky; Trombley, Steve; Huyck, Teri;

> Petronis, Dainius

> Subject: RE: Bill Wyatt

>

>

>

> That does help - Steve, you were right that it might

> just make sense to

> call Bill directly.

>

>

>

> Tracy Fischman, Vice President for Public Policy

>

> Planned Parenthood/Chicago Area

>

> 18 South Michigan Ave., 6th Floor

>

> Chicago, IL  60603

>

> Ph: 312.592.6833

>

001978

> Fax: 312.592.6801

>

> www.plannedparenthoodaction.org

> <http://www.plannedparenthoodaction.org>

>

>

>

>

> _____

>

> From: Novak, Becky

> Sent: Tuesday, February 20, 2007 2:37 PM

> To: Fischman, Tracy; Trombley, Steve; Huyck, Teri;

> Petronis, Dalnius

> Subject: RE: Bill Wyatt

>

>

>

> I don't know.  I am still trying to get his cell so

> when I get a return

> call I can ask.  All I know is that this guy is a

> pretty nice guy and

> straightforward.  He gets along well with the

> Mayor....don't know if

> that helps.

>

>

>

> _____

>

> From: Fischman, Tracy

> Sent: Tuesday, February 20, 2007 2:33 PM

> To: Novak, Becky; Trombley, Steve; Huyck, Teri;

> Petronis, Dainius

> Subject: RE: Bill Wyatt

>

>

>

> So do we know if he works for the mayor or for the

> city (and related to

> this - is he a political appointee or a civil

> servant who's been around

> awhile)?

>

>

>

> Tracy Fischman, Vice President for Public Policy

>

> Planned Parenthood/Chicago Area

>

> 18 South Michigan Ave., 6th Floor

>

> Chicago, IL  60603

>

> Ph:  312.592.6833

>

> Fax: 312.592.6801

>

> www.plannedparenthoodaction.org

> <http://www.plannedparenthoodaction.org>

C01980

>

>

>

>

> _____

>

> From: Novak, Becky

> Sent: Tuesday, February 20, 2007 2:29 PM

> To: Trombley, Steve; Huyck, Teri; Petronis, Dainius;

> Fischman, Tracy

> Subject: Bill Wyatt

>

>

>

> His official title is the Director of Community

> Development for the City

> of Aurora

>

> His phone number is (630) 844-3627

>

>

>

> Rebecca Novak

>

> Director, Field Operations

>

> Planned Parenthood/Chicago Area

>

> 18 S. Michigan Avenue, 6th Floor

>

001981

> Chicago, IL 60603

>

> P: (312) 592-6861

>

> F: (312) 592-6801

>

> www.plannedparenthoodaction.org

>

>

>

>

>

>

>

> NOTE: Confidential Information – This transmission

> and any files, which may accompany the transmission,

> contain information belonging to Planned

> Parenthood/Chicago Area which is confidential and/or

> legally privileged. The information is intended only

> for the use of the individual or entity named above.

> If you are not the intended recipient, you are

> hereby notified that any disclosure, copying,

> distribution or the taking of any action in reliance

> on the contents of this information is strictly

> prohibited and illegal. If you have received this

> transmission in error, please immediately notify us

> by telephone at (312) 592-6815 to arrange for the

> return of the transmission and any accompanying

> files.

>



mjkasper60@aol.com
09/18/2007 09:32 AM

To  jburden@hinshawlaw.com
cc
bcc
Subject  Fwd: What's the address of Kank?


-----Original Message-----
From: Steve Trombley <stevetrombley@yahoo.com>
To: mjkasper60@aol.com
Sent: Mon, 17 Sep 2007 9:31 am
Subject: Fwd: FW: What's the address of Kank?


>

> Email #1

>

> -----Original Message-----

> From: Novak, Becky

> Sent: Thursday, February 22, 2007 12:17 PM

> To: Huyck, Teri; Trombley, Steve

> Cc: Fischman, Tracy

> Subject: RE: What's the address of Kank?

>

> Just got off the phone with Bill Wyatt in which he

> informed me that the

> address we gave him was already owned by someone

> else.  I explained

> about the letter of intent and now "it all makes

> sense" so we're all

> good, he already checked on the permits for Gemini

> and everything is all

> set (obviously) so he is talking to the mayor today

001983

 "Michael J. Kasper"
<mjkasper60@vzw.blackberr
y.net>

09/18/2007 10:25 AM

To "Jenny Burden" <jburden@hinshawlaw.com>

cc

bcc

Subject  Fw: Fwd: FW: Mayor meeting

Please print
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: Steve Trombley <stevetrombley@yahoo.com>
Date: Tue, 18 Sep 2007 08:08:44
To:mjkasper60@aol.com
Subject: Fwd: FW: Mayor meeting

--- "Trombley, Steve" <Stevet@ppca.org> wrote:

> Subject: FW: Mayor meeting
> Date: Tue, 18 Sep 2007 09:28:36 -0500
> From: "Trombley, Steve" <Stevet@ppca.org>
> To: <stevetrombley@yahoo.com>
>
>
>
>
>
>_____
>
> From: Knaub, Sara
> Sent: Tuesday, March 06, 2007 1:58 PM
> To: Fischman, Tracy; Novak, Becky; Huyck, Teri;
> Trombley, Steve
> Subject: Mayor meeting
>
>
>
> In one of our last meetings someone mentioned
> meeting with the Mayor of
> Aurora.  I assume that you put materials together
> for that meeting and I
> was wondering if I could get copies of them.  They
> would probably be
> helpful for me in the near future.  Thanks much.
>
>
>
> sara
>
>
>
> Sara Knaub
>
> Director of Communications
>
> Planned Parenthood/Chicago Area
>
> 18 S. Michigan Ave., 6th Fl.

001984

```
>
> Chicago, IL  60603
>
> 312.592.6842 (office)
>
> 773.485.2410 (cell)
>
> sarak@ppca.org
>
>
>
>
>
>
>
> NOTE: Confidential Information - This transmission
> and any files, which may accompany the transmission,
> contain information belonging to Planned
> Parenthood/Chicago Area which is confidential and/or
> legally privileged. The information is intended only
> for the use of the individual or entity named above.
> If you are not the intended recipient, you are
> hereby notified that any disclosure, copying,
> distribution or the taking of any action in reliance
> on the contents of this information is strictly
> prohibited and illegal. If you have received this
> transmission in error, please immediately notify us
> by telephone at (312) 592-6815 to arrange for the
> return of the transmission and any accompanying
> files.
>
```

Luggage? GPS? Comic books?
Check out fitting gifts for grads at Yahoo! Search
http://search.yahoo.com/search?fr=oni_on_mail&p=graduation+gifts&cs=bz

001985

## ✕ cingular
raising the bar ...ıl

Page:
Billing Cycle Date: 01/24/07 – 02/23/07
Account Number:  285649049

36 of 50



# Call Detail (Continued)

## User Name: PLANNED PARENTHOOD/CHICAGO AREA

Rate Code: UNW9=Unlimited N&W, RM25=2500 Rollover Mins, ESM1=Unlimited Expd M2M
Rate Period (PD): NW=Nwknd, DT=Daytime
Feature: M2MC=EXPANDED M2M, CW=Call Waiting, VM=Voice Mail

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Fea-ture | Airtime Charge | LD/Add'l Charge | Total Charge |
|------|-----|------|------|---------------|---------|-----|-----------|---------|----------|----------------|-----------------|--------------|
| 274 | | 02/21 | 7:52AM | | CALL WO | 16 | RM25 | DT | CW | | | 0.00 |
| 275 | | 02/21 | 8:16A | | VMAIL CL | 1 | RM25 | DT | VM | | | 0.00 |
| 276 | | 02/21 | 8:38AM | | CHICAG IL | 23 | RM25 | DT | | | | 0.00 |
| 277 | | 02/21 | 8:55AM | | INCOMI CL | 1 | RM25 | DT | | | | 0.00 |
| 276 | WED | 02/21 | 8:46AM | | WASHIN DC | 1 | RM25 | DT | | | | 0.00 |
| 277 | | 02/21 | 8:49AM | | INCOMI CL | 15 | RM26 | DT | | | | 0.00 |
| 278 | | 02/21 | 9:47AM | | INCOMI CL | 1 | RM25 | DT | | | | 0.00 |
| 279 | | 02/21 | 9:53AM | | CHICAG IL | 2 | RM25 | DT | | | | 0.00 |
| 280 | | 02/21 | 9:55AM | 630-844-3627 | AURORA IL | 1 | RM25 | DT | | | | 0.05 |
| 281 | | 02/21 | 9:57AM | | WASHIN DC | 1 | RM25 | DT | | | | 0.00 |
| 282 | | 02/21 | 10:00AM | 630-882-6911 | INCOMI CL | 3 | RM25 | DT | | | | 0.00 |
| 283 | | 02/21 | 10:05A | | CHICAG IL | 3 | RM25 | DT | | | | 0.00 |
| 284 | | 02/21 | 10:08AM | | CHICAG IL | 1 | RM25 | DT | | | | 0.00 |
| 285 | | 02/21 | 10:00AM | | INCOMI CL | 1 | RM25 | DT | | | | 0.00 |
| 286 | | 02/21 | 1:46PM | | VMAIL CL | 1 | RM25 | DT | | | | 0.00 |
| 287 | | 02/21 | 2:59PM | | VMAIL CL | 1 | RM25 | DT | | | | 0.00 |
| 288 | | 02/21 | 3:08PM | | W PALM FL | 19 | RM25 | DT | | | | 0.00 |
| 289 | | 02/21 | 5:09PM | | INCOMI CL | 4 | RM25 | DT | | | | 0.00 |
| 290 | | 02/21 | 7:24PM | | HIGHLA IL | 5 | RM26 | DT | | | | 0.00 |
| 291 | | 02/22 | 8:34AM | | INCOMI CL | 3 | RM25 | DT | | | | 0.00 |
| 292 | | 02/22 | 8:55AM | | INCOMI CL | 1 | RM25 | DT | | | | 0.00 |
| 293 | | 02/22 | 9:11AM | | VMAIL CL | 1 | RM25 | DT | VM | | | 0.00 |
| 294 | | 02/22 | 9:13AM | | CHICAG IL | 1 | RM25 | DT | | | | 0.00 |
| 295 | | 02/22 | 11:18AM | | HIGHLA IL | 1 | RM25 | DT | | | | 0.00 |
| 296 | | 02/22 | 11:26AM | | CHICAG IL | 1 | RM25 | DT | | | | 0.00 |
| 297 | | 02/22 | 11:30AM | | CHICAG IL | 1 | RM25 | DT | | | | 0.00 |
| 298 | | 02/22 | 11:31AM | | WASHIN DC | 1 | RM25 | DT | | | | 0.00 |
| 299 | | 02/22 | 11:35AM | | CHICAG IL | 3 | RM25 | DT | | | | 0.00 |
| 300 | | 02/22 | 11:42AM | | HIGHLA IL | 1 | RM25 | DT | | | | 0.00 |
| 301 | | 02/22 | 11:58AM | | CHICAG IL | 1 | RM25 | DT | | | | 0.00 |
| 302 | | 02/22 | 12:01AM | | CHICAG IL | 1 | RM25 | DT | | | | 0.00 |
| 303 | | 02/22 | 2:50PM | | VMAIL CL | 1 | RM25 | DT | VM | | | 0.00 |
| 304 | | 02/22 | 5:50PM | | HIGHLA IL | 1 | RM25 | DT | | | | 0.00 |
| 305 | | 02/22 | 5:55PM | | CHICAG IL | 1 | RM25 | DT | | | | 0.00 |
| 306 | | 02/22 | 6:11PM | | CHICAG IL | 9 | RM25 | DT | | | | 0.00 |
| 307 | | 02/22 | 5:21PM | | CHICAG IL | 1 | RM26 | DT | | | | 0.00 |
| 308 | | 02/22 | 5:24PM | | INCOMI CL | 7 | RM25 | DT | | | | 0.00 |
| 309 | FRI | 02/23 | 8:38AM | | VMAIL CL | 1 | RM25 | DT | VM | | | 0.00 |
| 310 | | 02/23 | 8:39AM | | NORTHB IL | 2 | ESM1 | | M2MC | | | 0.00 |
| 311 | | 02/23 | 8:43AM | | BELLWO IL | 1 | RM25 | DT | | | | 0.00 |
| 312 | | 02/23 | 8:52AM | | BELLWO IL | 1 | RM25 | DT | | | | 0.00 |
| 313 | | 02/23 | 8:57AM | | BELLWO IL | 1 | RM25 | DT | | | | 0.00 |
| 314 | | 02/23 | 9:01AM | | INCOMI CL | 1 | RM25 | DT | | | | 0.00 |
| 315 | | 02/23 | 9:03AM | | INCOMI CL | 1 | RM25 | DT | | | | 0.00 |
| 316 | | 02/23 | 9:06AM | | CHICAG IL | 1 | RM25 | DT | | | | 0.00 |
| 317 | | 02/23 | 9:07AM | | CHICAG IL | 1 | RM25 | DT | | | | 0.00 |
| 318 | | 02/23 | 9:16AM | | CHICAG IL | 1 | RM25 | DT | | | | 0.00 |
| 319 | | 02/23 | 9:16AM | | VMAIL CL | 1 | RM25 | DT | VM | | | 0.00 |
| 320 | | 02/23 | 9:18AM | | BELLWO IL | 4 | RM25 | DT | | | | 0.00 |
| 321 | | 02/23 | 12:38PM | | VMAIL CL | 1 | RM25 | DT | VM | | | 0.00 |
| 322 | | 02/23 | 12:50PM | | CHICAG IL | 1 | RM25 | DT | | | | 0.00 |
| 323 | | 02/23 | 12:53PM | | INCOMI CL | 1 | RM25 | DT | | | | 0.00 |
| 324 | | 02/23 | 12:56PM | | CHICAG IL | 1 | RM25 | DT | | | | 0.00 |

# EXHIBIT 3

001987

## NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA

### INVITATION FOR BID

SEALED BIDS will be received by the Northeast Illinois Regional Commuter Railroad Corporation d/b/a Metra at its offices, 547 West Jackson Boulevard, 11th Floor, Chicago, Illinois, 60661, until 2:00 P.M., L.P.T. on the day(s) indicated below. At that time, all such Bids received will be publicly read aloud for the following purchasing the following:

DESCRIPTION:

| | IFB NO.: | OPENING DATE: |
|---|---|---|
| Safety Award Luncheons for Field Personnel | 824-36 | 5/8/07 |

Bid, and other Contract documents, all of which are made and available for examination at the above address and are made part of this notice though fully set forth herein. Copies of such documents can be obtained from the office of METRA, Material Management Department. Requests for any change in the Contract documents must be received in writing by METRA no later than ten (10) calendar days prior to the date for Bid opening. Metra reserves the right to accept any Bid or any part thereof or to reject any or all Bids.

METRA in accordance with Title VI of the Civil Rights Act of 1964, hereby notifies all bidders that it affirmatively ensure that in regard to any Contract entered into pursuant to this invitation and will not be afforded full opportunity to submit bids in response to this invitation and will not be discriminated against on the grounds of race, color, creed or national origin in consideration for an award.

The Invitation for Bid contains specific requirements concerning DBE participation which must be submitted at the designated time.

Sr. Buyer: Lori Lee

**Ziggy**



THERE WILL BE NO EDITORIAL FROM OUR STATION MANAGER TONIGHT BECAUSE HE'S STILL IN JAIL FROM HIS LAST EDITORIAL...

FRIDAY, APRIL 20, 2007
CITY OF CHICAGO
DEPARTMENT OF
PROCUREMENT SERVICES

Sealed Bids/Proposals, will be received by the City of Chicago on the date and time, (Chicago Time), stated below at the location indicated below, in Room 301, City Hall, 121 North LaSalle Street, Chicago, Illinois at which time and place, Bids/Proposals will be opened and publicly read aloud for the following:

SPECIFICATION NO. _____ FOR 15 AND 20 PASSENGER VEHICLES
SPECIFICATION NO. _____ S339
REQ NUMBER: 2437

PRE-BID/PROPOSAL CONFERENCE: NON-MANDATORY
DATE: TUESDAY, MAY 1, 2007
TIME: 10:00 A.M.
LOCATION: CITY OF CHICAGO
DEPARTMENT OF PROCUREMENT SERVICES
BID & BOND ROOM, ROOM 301, CITY HALL
121 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60602
BID-PROPOSAL OPENING DATE: TUESDAY, MAY 15, 2007
TIME: 11:00 A.M.
CONTACT: Ahmad R. Hayemuth Phone: 312-744-9751
E-mail: ahayemuth@cityofchicago.org

Bids/Proposals requiring a Bids/Proposals deposit, must be accompanied by a bid bond, provided by a surety company authorized by the Secretary of the State of Illinois, in an amount equivalent to the bidder's check, or money order, in the amount stated, drawn on a responsible bank, or financial institution, showing business in the United States, and made payable to the City of Chicago. Cash, non-certified checks or company letterhead will not be acceptable forms of Bids/Proposals deposit.

Any Bid/Proposals submitted, which are not properly signed, and accompanied by an acceptable form of deposit, will be considered non-responsive and will not be accepted. Any Bids/Proposals received after the announced opening date and time, for the opening of Bids/Proposals, will not be accepted.

Bids/Proposals must be submitted in documents provided by the City of Chicago, which are available in the Department of Procurement Services, Bid and Bond Room, Room 301, City Hall, Chicago, Illinois.

Where applicable, copies of specifications, plans, and drawings may be obtained by placing a deposit in the amount specified by contacting the City of Chicago. If a refund is desired, a deposit will be returned upon the return of said documents, in good condition, within a calendar year, after the date of the opening date. Failure to return said documents within the period stated above, will result in the Bidders/Proposers forfeiting the plan deposit.

The Chief Procurement Officer, reserves the right to reject any or all Bids/Proposals, if deemed in the best interest of the City of Chicago.

RICHARD M. DALEY     BARBARA A. LUMPKIN
MAYOR                CHIEF PROCUREMENT OFFICER

A COMPLETE LIST OF BID OPENINGS CAN BE FOUND ON THE INTERNET
<http://www.cityofchicago.org/purchasing>

**CHA 2007 SUMMER FOOD PROGRAM**

CHA Invites Food Program Bid No. 01509

Prepare and deliver breakfast meals and cold and hot lunches to approximately 145 sites within the City of Chicago for the Summer Food Program that feeds children during the Summer.

Time Period: June 18, 2007 through August 31, 2007, including a special event on or about September 1, 2007.

Delivery: Food must be made in a timely fashion in order to ensure meal service at the properly approved times.

Estimated Quantities: This program will serve approximately 12,000 breakfast meals and 16,000 lunches per day at approximately 145 different sites.

Bid Security Required: 5% of the Bid. If awarded a Contract, the Contractor must furnish a Performance Bond, in the amount of 10% of the estimated value of the contract. The Surety company must appear on the list of Treasury circular No. 570 published annually in the Federal Register.

All questions should be submitted in writing and faxed to Sandra Freeman at 312-935-5903; or E-mailed at sfreeman@thecha.org no later than Friday, April 27, 2007 at 12:00 p.m., Local Time.

**BID DUE DATE/BIDS TO BE OPENED MONDAY, MAY 7, 2007 AT:**
60 E. VAN BUREN, CHICAGO, IL, 13TH FLOOR

This contract shall be subject to the applicable compliance standards and procedures of Executive Order No. 11246, as amended. Incorporated herein by reference are the regulations of the United States Department of Labor and the other provisions as specifically set forth in the specifications.

All contracts issued as result of this solicitation are subject to Federal law and United States Department of Agriculture (USDA) policy, this institution is prohibited from discriminating on the basis of race, color, national origin, sex, age, or disability. To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, or call (800) 795-3272 (voice), or (202) 720-6382 (TTY). USDA is an equal opportunity provider and employer.

Note: Program guidelines stipulate the Food Service Management Company must agree to provide accurate and final billing for services to the organization within thirty (30) days following the end of the feeding operation.

Invitation for Bid Number 01509 and further information may be obtained by contacting Sandra Burson-Freeman at (312) 913-9554

**Notice of Public Hearing**

PUBLIC NOTICE is hereby given that on May 4, 2007 at 9:00 A.M., in the offices of the Illinois Finance Authority (the "Authority") at 427 East Monroe Street, Suite 202, Springfield, Illinois 62701, a public hearing will be held by the Interim Executive Director of the Authority, or her designee, regarding the proposed issuance by the Authority of variable rate demand revenue bonds to be issued for the benefit of Planned Parenthood/Chicago Area, an Illinois not for profit corporation (the "Corporation") and Gemini Office Development LLC, an Illinois limited liability company (affiliated with the Corporation ("Gemini"). The Bonds are to be issued in an aggregate principal amount not to exceed $12,900,000, the proceeds thereof will be used, together with other available funds: (i) to pay and reimburse Gemini for acquiring, constructing, installing and equipping a healthcare center comprised of 45,400 square feet building; (ii) pay the costs of renovating, constructing, installing and equipping certain health centers of the Corporation located at 3937 W. Chicago Avenue, Illinois 60651 and 2020-2021 South Halsted Street, Chicago, Illinois 60608; (iii) other capital costs of the Corporation such as its clinical locations at 18 South Michigan Avenue, 6th Floor, Chicago, Illinois 60603; 14470 South LaCrosse Road, Chicago, Illinois 60445; 1714 North Rockton Road, Schaumburg, Illinois 60195; 3051 North Aurora Road, Naperville, Illinois 60563; 1152 North Milwaukee Avenue, Chicago, Illinois 60622; 6353 North Broadway, Chicago, Illinois 60660; 1200 North LaSalle Street, Chicago, Illinois 60610; (iv) funding a debt service reserve fund, if any; (v) funding capitalized interest, if any; (vi) funding a credit enhancement (including with (b) and (d), the "Project"); and (vii) certain costs of issuance relating to certain portions of the Project and (iv) any certain costs of issuance relating thereto.

The Bonds do not constitute a debt of the Authority or the State of Illinois within the meaning of any provisions of the Constitution or statutes of the State of Illinois or a pledge of the faith and credit of the State or of the Authority. The Authority has no taxing power. The principal and interest on the Bonds are payable solely from the revenues and funds pledged or available therefore and, except for the principal or interest thereon. The Bonds will be payable solely out of the revenues and other funds available for the payment of the principal and interest thereon.

The above notice of public hearing is required by 147(f) of the Internal Revenue Code of 1986, as amended. At the public hearing, residents, taxpayers and other interested parties who may appear and be given the opportunity to express their views for or against the Project and the issuance of the Bonds. Written comments may also be submitted to the Authority at its office located at 180 North Stetson Avenue, Suite 2555, Chicago, Illinois 60601-6710, until May 3, 2007.

In accordance with the Americans with Disabilities Act ("ADA"), if any person with a disability as defined by the ADA needs special accommodations to participate in the public hearing, then not later than May 3, 2007, he or she should contact the Illinois Finance Authority.

Dated: April 20, 2007
Jill Rendleman
Interim Executive Director
Illinois Finance Authority

The above notice of public hearing is required by Section 147(f) of the Internal Revenue Code of 1986, as amended. At the time and place set forth above, all interested parties may appear and be given the opportunity to express their views for or against the proposed project and the issuance of the Bonds. Written comments may also be submitted to the Interim Executive Director of the Illinois Authority at the office located at The Prudential Plaza, 180 North Stetson Avenue, Suite 2555, Chicago, Illinois 60601, until May 3, 2007. After the public hearing the Interim Executive Director approval of the issuance of the Bonds by the Colorado Authority.

In accordance with the Americans with Disabilities Act ("ADA"), if any person with a disability as defined by the ADA needs special accommodations to participate in the public hearing, then not later than May 3, 2007, he or she should contact the Illinois Authority at (312) 651-1300.

Notice Dated: April 20, 2007
Jill Rendleman
Interim Executive Director
Illinois Finance Authority

**Let Us Take You From Rubber Heels to Rubber Wheels.**
In the Classifieds
**312-321-2345**
Chicago Sun-Times

**Lot Us Take You From Rubber Heels to Rubber Wheels.**
In the Classifieds
**312-321-2345**
Chicago Sun-Times

> F I N D it • B U Y it • F I X it • R E N T it • S E L L it <
Just Turn to Today's Classifieds in the
Chicago Sun-Times

# EXHIBIT 4

001989



001990





**5** | **CHASE WALL PARTITION**

**6** | **STORAGE ROOM PARTITION**

**7** | **FURRING PARTITION**

**8** | **BULLET RESISTANT PARTITION**

## FIRESTOP NOTES

1. THE NON BEARING WALL ASSEMBLY SHALL BE CONSTRUCTED IN ACCORDANCE WITH THE INDIVIDUAL U400 SERIES PARTITION DESIGN DESCRIBED IN THE U.L. FIRE RESISTANCE DIRECTORY AND INDICATED HEREIN.

2. THE STEEL STUDS ARE TO BE CUT 5/8" - 1" LESS IN LENGTH THAN THE ASSEMBLY HEIGHT AND NESTED IN THE TOP RUNNER WITHOUT ATTACHMENT.

3. ALL VOIDS AND PENETRATIONS IN FIRE RATED WALLS SMOKE BARRIERS, CORRIDOR, AND SUITE ENCLOSING WALLS SHALL BE SEALED WITH U.L. APPROVED FIRESTOP MATERIAL.

4. FIRE STOPPING SHALL BE PROVIDED BY EACH TRADE AT WALL PENETRATIONS BY PIPES, TUBING, CONDUITS CABLES AND DUCTS IN ACCORDANCE WITH THE APPROPRIATE U.L. SYSTEM DESIGN FOR THE REQUIRED FIRE RATING.

**16** | **FIRESTOP NOTES AND DETAILS @ FLUTED DECK AND PENETRATIONS**

A9△



C01993

A9.1

## DOOR AND FRAME NOTES

1. ALL LEDGED SMALL BE 2" THICK, 1 3/4" THICK UNLESS OTHERWISE NOTED

2. ALL LABELED DOORS SHALL BE COVERED BY U.L. REGULATIONS AND SHALL BEAR TYPICAL U.L. LABEL OF FIRE RATING SPECIFIED

3. VERIFY ALL PARTITION THICKNESS PRIOR TO DETERMINING FRAME THROAT SIZE

4. ALL DOOR FRAME THROAT SIZE DIMENSIONS SHALL BE 1/4" GREATER ON EACH SIDE OF PARTITION

5. DOUBLE DOORS SHALL HAVE METAL ASTRAGAL

## DOOR KEY

HARDWARE SET NUMBER
DOOR TYPE
FRAME TYPE

NOMINAL DOOR WIDTH (IN)
SPECIAL FEATURE (SEE BELOW)
UL RATING

A = 3 HR UL LABEL
B = 1 1/2 HR UL LABEL
C = 3/4 HR U.L. LABEL
D = 20 MIN U.L. LABEL
UL = UL LEADSHEILD
MHO = MAGNETIC HOLD OPEN
SP = CORE READY FOR SPECIAL
SP = SPECIAL, DETAILED ELSEWHERE
CO = CASED OPENING
AO = AUTOMATIC DOOR OPENER

| 2 | M1 FRAME TYPE |
| 3 | M2 FRAME TYPE |
| 4 | M3 FRAME TYPE |
| 6 | M4 FRAME TYPE |

| 11 | TRANSACTION WINDOW SILL DETAIL |
| 12 | TRANSACTION WINDOW JAMB DETAIL |
| 13 | TRANSACTION WINDOW HEAD DETAIL |

| 17 | BORROWED LIGHT FRAME |
| 18 | LOW HEIGHT PARTITION |
| 19 | PASS-THRU |
| 20 | PREFAB SHOWER STALL (TYPICAL) |

001994



**DOOR TYPES**

001995



001996



001997



FINAL PLAN

C1.0

MORRIS
ENGINEERING, INC.

JENSEN & HALSTEAD LTD.

A HISTORY OF INNOVATION IN ARCHITECTURE

# EXHIBIT 5

001999

Back to regular view     Print this page

## Aurora reviewing clinic approval

### City hires law firm to check Planned Parenthood application process

August 28, 2007
By ANDRE SALLES Staff Writer

AURORA -- Responding to the controversy surrounding a new Planned Parenthood clinic, the city of Aurora has hired a law firm to review its approval process for the far East Side business to make sure there was no wrongdoing.

Mayor Tom Weisner's chief of staff, Bill Wiet, said in a memo Monday that the city has hired Chicago attorney Richard Martens to examine the city's development process, which culminated in approval in November 2006. Martens is past chairman of the Chicago Bar Association Local Government Committee and serves on a committee for the Illinois Municipal League.

"This is definitely a rare occurrence," said city spokesman Carie Anne Ergo. "I don't know of another instance in which the city has done this."

Why this time? Ergo said there have been questions raised in recent weeks about whether Planned Parenthood might have taken an inappropriate tack by bringing the development in under the Gemini Development Corp. moniker. Though the development was approved in November, its specific use was only revealed last month, sparking outrage from anti-abortion groups.

The city granted Planned Parenthood a 30-day temporary occupancy permit, which expires Sept. 17, prior to the center opening. Ergo said the goal is to have Martens' review completed by the following day, when the city will be asked to issue a permanent occupancy permit.

"If the review indicates that our laws have been followed, the city will be obligated to issue a final occupancy permit for the facility opening on Sept. 18, 2007," Wiet wrote in his memo.

Planned Parenthood/Chicago Area representatives could not be reached for comment Monday night.

News of the independent review pleased Eric Scheidler, communications director for the Chicago-based Pro-Life Action League. Scheidler's group has been picketing and protesting the new clinic since hearing about it, and he said he thinks Planned Parenthood deceived the city.

"I don't have the disadvantage of being a lawyer," he said. "I'm just a guy who thinks that if you lie to government officials, you ought to be held accountable."

Scheidler said he is glad to see the city "stepping up," and sees this move as a potential first step toward refusing to issue an occupancy permit, and opening the door to future litigation.

The Pro-Life Action League last week filed suit against the city, alleging that Aurora police compromised their free speech by giving conflicting information about where protesters could stand, or how they could display signs.

But Bonnie Grabenhofer, president of the Illinois chapter of the National Organization for Women, said she is outraged that the anti-abortion groups are "trying to intimidate the city." She said Aurora has been fair throughout the process, and she understands the city's desire to prove they did nothing wrong.

"Planned Parenthood did everything they were required to do," she said. "The city of Aurora did everything they were required to do. Hiring a lawyer to investigate that seems like a

002000

waste of taxpayer money."

Both sides of the debate plan to speak at tonight's 6 p.m. City Council meeting. According to City Clerk Cheryl Vonhoff, more than 60 people have signed up to address the council on this issue.

Ergo said Martens has been placed on retainer, and the city has no estimate of how much his services will cost. But the savings in allaying future litigation could make it all worth it.

"We believe we have followed the letter of the law, and we're just taking additional steps to make sure that's the case," she said. "It's just a case of us crossing the Ts and dotting the Is."

# EXHIBIT 6

002002

Back to regular view     Print this page

## Objections raised to choice of law firm planned parenthood process

September 1, 2007
By ANDRE SALLES Staff Writer

AURORA — In response to objections from several aldermen, Mayor Tom Weisner has decided to allow the City Council to choose a new attorney to review the approval process for a controversial Planned Parenthood clinic on the far East Side.

The facility was approved in November 2006 by the Planning and Development Committee, and because the property on East New York Street was already zoned for a medical building, a sign-off by the full council was not required.

But questions have been raised in recent weeks over whether Planned Parenthood acted appropriately during the process. The development was approved under the name Gemini Office Development, and the true occupant of the building was not revealed until recently.

The clinic has been causing a stir in the community because it will provide abortions.

Earlier this week, the city hired Chicago lawyer Richard Martens to do a review of the approval process, hoping to have his report in hand by Sept. 17, when Planned Parenthood's temporary occupancy permit expires. But after asking for and receiving objections to Martens' hiring, Weisner has decided to leave it in the hands of the council.

Objections were filed by Aldermen Stephanie Kifowit, 3rd Ward; Rick Lawrence, 4th Ward; Chris Beykirch, 8th Ward; and Richard Irvin, at-large. The four are concerned that Martens rents office space at 20 N. Wacker Drive in Chicago from the city's outside legal counsel, Klein, Thorpe and Jenkins. Martens also worked as a summer legal clerk for the firm in 1968 and 1971.

City spokesman Carie Anne Ergo said the only criteria for selecting the independent reviewer was that he not have previously contracted with the city, or been linked with Planned Parenthood or anti-abortion organizations.

"Where he rents his office from is immaterial," Ergo said. "It's not a concern for the mayor."

But it is a concern for some aldermen, and the mayor has left it in the council's hands. He's tasked the two attorneys on the council, Irvin and Bob O'Connor, to select a suitable candidate — which could include Martens, if they chose — and gain consensus from the rest of the council.

O'Connor, however, is concerned there will not be enough time. The deadline set forth in Weisner's memo for the final report is Sept. 12, six days before a permanent occupancy permit would need to be issued to meet the original timeline. City officials estimate the investigation would take a week to complete, leaving the council only a couple of days next week to find a new independent attorney they can agree on.

"We can't be locked into that because it's not within our control," O'Connor said. "We'll be dealing with (attorneys who) have their own worlds, their own timing. I'm not positive we can say we can fit it into that time period."

Aldermen could extend the temporary occupancy permit to meet the needs of a longer investigation.

Ergo said the investigation needs to be done by the original deadline to "protect the taxpayers of Aurora against a potentially costly lawsuit" filed by Planned Parenthood.

"If the City Council is unable to reach a decision, the mayor is ready to step in and choose

C02003

Case 1:08-cv-01048  Document 2-34     Filed 03/12/2008     Page 27 of 32

an independent attorney," she said.

As for Martens, who has already substantially completed his investigation at $185 an hour, he took the news in stride.

"The city needs to do whatever it feels comfortable with," he said. "Whatever works for the city works for me."

002004

# EXHIBIT 7

002005

Back to regular view    Print this page

## New lawyer chosen to review Planned Parenthood application

September 8, 2007
**By ANDRE SALLES Staff Writer**

AURORA — Aldermen have selected a new attorney to conduct an investigation into Planned Parenthood's entry into Aurora.

The choice is Phillip A. Luetkehans, of the Itasca-based firm Schirott and Luetkehans. That firm has an extensive list of municipal clients over 36 years, including the cities of Geneva, St. Charles and Yorkville. Luetkehans is a resident of Wheaton, and formerly worked for the DuPage County state's attorney's office.

Luetkehans was selected by Aldermen-at-Large Bob O'Connor and Richard Irvin, the two attorneys on the City Council. Irvin said that both he and O'Connor received separate recommendations for Luetkehans over the last few days.

If approved by the full council, Luetkehans will begin next week looking into a development process that some have decried as deceptive. Planned Parenthood expects to open its new facility on East New York Street on Sept. 18, and has drawn controversy with its plans to perform abortions there.

The building was approved last year under the name Gemini Office Development, and the facility's true occupant was not revealed until recently. Some have charged that Planned Parenthood lied to aldermen to conceal its true identity. Under pressure from anti-abortion groups, the city agreed to an independent investigation last month.

The attorney that city staff selected, Chicago-based Richard Martens, was found to have connections with the city's outside legal counsel, Klein, Thorpe and Jenkins. Four aldermen objected, and Mayor Tom Weisner assigned O'Connor and Irvin to choose a replacement and gain consensus from the council.

In his memo to aldermen, O'Connor emphasized that Luetkehans has no connection with the city, its legal counsel, Planned Parenthood, or any anti-abortion or abortion rights groups. Aldermen have been asked to file any objections to Luetkehans' selection by Monday at noon.

"I don't see any objection," said Alderman Stephanie Kifowit, 3rd Ward. "I can't see why I would file anything."

Kifowit was one of the four who objected to Martens, along with Aldermen Rick Lawrence, 4th Ward; Chris Beykirch, 8th Ward; and Irvin. Beykirch agreed with Kifowit, saying that he "100 percent" supports the choice, and Lawrence said he is encouraged by what he saw in O'Connor's memo, but would continue to do his own research over the weekend.

Officials from Planned Parenthood said this week that they still plan to open on Sept. 18, although it is looking unlikely that the investigation will be completed by then. Weisner said Thursday that he would not issue an occupancy permit until the investigation is finished.

# EXHIBIT 8

002007

Back to regular view    Print this page

## Council choses Barsanti

### County's top lawyer to review Planned Parenthood approval

September 19, 2007
By ANDRE SALLES Staff Writer

AURORA — Seemingly unable to find a suitable candidate to conduct an independent investigation into Planned Parenthood's approval process, the city of Aurora will turn to the highest legal authority in Kane County.

State's Attorney John Barsanti has agreed to review reports made by two other attorneys — Chicago-based Richard Martens and Itasca-based Phillip Luetkehans.

Both were chosen — first Martens, then Luetkehans — to conduct an independent review of the process by which Planned Parenthood received approval for its new 22,000-square-foot facility at East New York Street and Oakhurst Drive.

Some have charged that Planned Parenthood deceived the city by coming in under the name Gemini Office Development. Gemini received approval for the building in November, but the true occupant of the new facility was revealed only eight months later. City officials commissioned the independent review last month.

Four aldermen objected to the choice of Martens to conduct the review because of his connections with the city's outside legal counsel, Chicago-based Klein, Thorpe and Jenkins.

Aldermen Richard Irvin and Bob O'Connor then chose Luetkehans to replace Martens, but news broke last week that Luetkehans contributed to Irvin's failed mayoral campaign in 2005, raising doubts about his suitability for the job as well.

Aldermen discussed handing the matter over to Barsanti in an executive session Tuesday and, according to O'Connor, the idea met with unanimous approval.

"He's willing to step up and undertake the task, to his credit," O'Connor said. "We will certainly take advantage of it."

Barsanti will take up the review for free, officials said. Martens completed his report at a cost of $185 per hour, and city officials could not be reached to confirm Luetkehans' fee.

Planned Parenthood officials could not be reached for comment, although Planned Parenthood/Chicago Area CEO Steve Trombley has described the investigation as "politicized."

A federal judge is expected to rule Thursday on Planned Parenthood's request for an emergency injunction to open its doors.

Aurora Mayor Tom Weisner has said the city will not issue a permanent occupancy permit until the investigation is complete. The clinic's temporary occupancy permit expired Monday.

No timeline has been set for Barsanti's review, though O'Connor said Barsanti is "aware of the need for efficiency in this matter."

002008

# EXHIBIT 9

002009