# MICKEY, WILSON, WEILER, RENZI & ANDERSSON, P.C.
ATTORNEYS AT LAW
2111 W. PLUM STREET, SUITE 201
AURORA, ILLINOIS 60506
www.mickeywilson.com

GARY K. MICKEY
PETER K. WILSON, JR.
BERNARD K. WEILER
CONSTANCE BURNETT RENZI
STEVEN A. ANDERSSON
DEAN M. FRIEDERS
LINDA K. LEASK

MAILING ADDRESS:   P.O. BOX 787
AURORA, ILLINOIS 60507-0787

TELEPHONE: (630) 801-9699
FAX: (630) 801-9715
WRITER'S E-MAIL: pkw@mickeywilson.com

February 18, 2008

Mr. Peter C. Breen
Thomas More Society
29 South LaSalle St. Suite 440
Chicago, IL 60603

Mr. Christopher B. Wilson
Perkins, Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559

Ms. Alayne Weingartz
Corporation Counsel, City of Aurora
5 E. Downer Place, Suite F
Aurora, IL 60507

   Re:   Frachey, et al. Appeal to Zoning Board of Appeals No. 07 ZBA 001

Dear Counsel:

Enclosed herewith are your copies of the Appellants' Reply in Support of Motion to Declare Back-dated Temporary Certificate of Occupancy Invalid. This document has Bates stamped numbers from 001754 through 002122, inclusive. This document was filed with the Zoning Board of Appeals on the evening of January 7, 2008, while the Board was in Executive Session considering the Motion to Dismiss. It is being included in the record because it was tendered to the Board prior to the Board's issuing its written opinion on the Motion to Dismiss. It should be noted however that this particular document was not relevant to any matter being considered by the Board relating to the Motion to Dismiss. In addition, no other counsel had an opportunity to respond to it. In any event it is in reference to a Motion that was not considered by the Zoning Board of Appeals. This correspondence will also be made a part of the record which will be transmitted to the trial court.

Very truly yours,

Peter K. Wilson, Jr.

PKW:mar
Enclosure
R:\Municipal\Aurora\Zoning Board of Appeals\Correspondence\counsel letter 021808.doc
cc:   Margaret Truax, Chairperson, Zoning Board of Appeals, City of Aurora

002123