# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KIM FRACHEY, NANCY MALONEY, SOCORRO NIETO, CHAD FLOLO, NATALIE FLOLO, CHARLES AMANING, and FOX VALLEY FAMILIES AGAINST PLANNED PARENTHOOD, an Uncorporated Association,<br><br>        Plaintiffs,<br><br>  v.<br><br>PLANNED PARENTHOOD/CHICAGO AREA, an Illinois Not-for-Profit Corporation, STEVEN TROMBLEY, GEMINI OFFICE DEVELOPMENT, LLC, An Illinois Limited Liability Corporation, 21ST CENTURY OFFICE DEVELOPMENT, LLC, an Illinois Limited Liability Corporation, CITY OF AURORA, A Home-Rule Municipal Corporation, ZONING BOARD OF APPEALS FOR THE CITY OF AURORA, ED SIEBEN, THOMAS WEISNER, HERMAN BENEKE, PLANNING & DEVELOPMENT COMMITTEE OF THE CITY OF AURORA, PLANNING COMMISSION OF THE CITY OF AURORA, and BUILDING CODE BOARD OF APPEALS OF AURORA,<br><br>        Defendants. | Case No. 08 C 1148<br><br>Judge Norgle<br><br>Jury Demanded |

## NOTICE OF FILING AND NOTICE OF MOTION

To:   See Service List

    **PLEASE TAKE NOTICE** that on March 17, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant City Of Aurora's Motion To Dismiss Plaintiffs' Complaint For Administrative Review And Other Relief**, a copy which is attached and served upon you.

**PLEASE TAKE FURTHER NOTICE** that on Friday, March 21, 2008 at 10:30 a.m., I shall appear before the Honorable Judge Norgle, or any other judge sitting in his stead, in Courtroom 2341, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendant City Of Aurora's Motion To Dismiss Plaintiffs' Complaint For Administrative Review And Other Relief**.

        /s/Allen Wall

Lance C. Malina
Allen Wall
KLEIN, THORPE AND JENKINS, LTD.
20 North Wacker Drive, Suite 1660
Chicago, Illinois  60602
(312) 984-6400

## SERVICE LIST

| | |
|---|---|
| Mr. Peter Breen | Mr. Peter K. Wilson |
| Mr. Thomas Brejcha | Mickey, Wilson, Weiler, Renzi & Andersson, PC |
| Thomas More Society | 2111 Plum Street, Suite 201 |
| 29 South LaSalle Street, Suite 440 | Aurora, Illinois  60507-0787 |
| Chicago, Illinois  60603 | |
| | |
| Mr. John W. Mauck | Mr. Christopher B. Wilson |
| Mr. Richard C. Baker | Mr. Peter Neumer |
| Mr. Andy Norman | Perkins Coie LLP |
| Mr. Noel W. Sterett | 131 South Dearborn Street, Suite 1700 |
| Mauck & Baker | Chicago, Illinois  60603-5559 |
| Suite 600 | |
| One North LaSalle Street | |
| Chicago, Illinois  60602 | |

## CERTIFICATE OF SERVICE

I, Allen Wall, an attorney, state that I served this Notice of Filing and Notice of Motion, together with all attachments, on the above-listed parties, by placing same in the U.S. Mail first class postage prepaid at 20 North Wacker Drive, Chicago, Illinois 60602, before 5:00 p.m. on March 17, 2008.

        /s/Allen Wall