**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　　　　Case Number: 08 CV 01148
Kim Frachey, et al.
v.
Planned Parenthood/Chicago Area, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants (1) Planned Parenthood/Chicago Area;
　　　　　　(2) Steven Trombley; and
　　　　　　(3) Gemini Office Development, LLC

| | |
|---|---|
| **NAME** (Type or print) <br> Christopher B. Wilson | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> 　　s/ Christopher B. Wilson | |
| **FIRM** <br> Perkins Coie LLP | |
| **STREET ADDRESS** <br> 131 South Dearborn Street, Suite 1700 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 06202139 | **TELEPHONE NUMBER** <br> 312.324.8400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |