IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIM FRACHEY, NANCY MALONEY, SOCORRO NIETO, CHAD FLOLO, NATALIE FLOLO, CHARLES AMANING, and FOX VALLEY FAMILIES AGAINST PLANNED PARENTHOOD, an Unincorporated Association,<br><br>                Plaintiffs,<br><br>    v.<br><br>PLANNED PARENTHOOD/CHICAGO AREA, an Illinois Not-for-Profit Corporation, STEVEN TROMBLEY, GEMINI OFFICE DEVELOPMENT, LLC, An Illinois Limited Liability Corporation, 21st CENTURY OFFICE DEVELOPMENT, LLC, an Illinois Limited Liability Corporation, CITY OF AURORA, A Home-Rule Municipal Corporation, ZONING BOARD OF APPEALS FOR THE CITY OF AURORA, ED SIEBEN, THOMAS WEISNER, HERMAN BENEKE, PLANNING & DEVELOPMENT COMMITTEE OF THE CITY OF AURORA, PLANNING COMMISSION OF THE CITY OF AURORA, and BUILDING CODE BOARD OF APPEALS OF AURORA,<br><br>                Defendants. | Case No. 08 C 1148<br><br>Judge Norgle |

## NOTICE OF MOTION

TO:    All Counsel of Record
         (See Certificate of Service)

        PLEASE TAKE NOTICE that on Friday, March 21, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Planned Parenthood Chicago Area, Gemini Office Development, LLC and Steven Trombley shall appear before the Honorable Charles A. Norgle, in Courtroom 2341 of the Dirksen Federal Building and then and there present the attached **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT,** a true and complete copy of which is attached and hereby served upon you.

DATED:  March 19, 2008                         Respectfully submitted,

                                               PLANNED PARENTHOOD CHICAGO AREA,
                                               GEMINI OFFICE DEVELOPMENT, LLC, and
                                               STEVEN TROMBLEY


                                        By:    /s/ Christopher B. Wilson
                                               One of its attorneys


Christopher B. Wilson (ARDC# 06202139)
PERKINS COIE LLP
131 S. Dearborn, Suite 1700
Chicago, IL  60603
Tel:  (312) 324-8400
Fax:  (312) 324-9400

## **CERTIFICATE OF SERVICE**

I, Christopher B. Wilson, an attorney, certify that on March 19, 2008, I caused the foregoing **NOTICE OF MOTION** and **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT** to be served via CM/ECF upon:

Lance C. Malina
John A. Wall
KLEIN THORPE AND JENKINS LTD.
20 North Wacker Drive, Suite 1660
Chicago, IL 60606

Peter Breen
Thomas L Brejcha Jr.
Thomas More Society
29 S. LaSalle, Suite 440
Chicago, IL 60603

John W. Mauck
Richard C. Baker
Andy Norman
Noel Sterett
Mauck & Baker
One North LaSalle Street, Suite 600
Chicago, Illinois 60602

Peter K. Wilson
Mickey, Wilson, Weiler, Renzi & Andersson, PC
2111 Plum Street, Suite 201
Aurora, Illinois 60507-0787

/s/ Christopher B. Wilson