IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIM FRACHEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 08 C 1148 |
| ) | |
| PLANNED PARENTHOOD/CHICAGO ) | Judge Norgle |
| AREA, an Illinois Not-for-Profit ) | |
| Corporation, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

TO: Mr. Peter Breen
Mr. Thomas Brejcha
Thomas More Society
29 S. LaSalle Street, Suite 440
Chicago, IL 60603

Mr. Christoher B. Wilson
Mr. Peter Neumer
Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559

Mr. JohnW. Mauck
Mr. Richard C. Baker
Mr. Andy Norman
Mr. Noel W. Sterett
Mauck & Baker
One N. LaSalle Street, Suite 600
Chicago, IL 60602

Mr. Lance C. Malina
Mr. Allen Wall
Klein, Thorpe and Jenkins, Ltd.
20 N. Wacker Drive, Suite 1660
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on March 12, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Appearances of Peter K. Wilson, Jr., Gary K. Mickey, Steven A. Andersson and Dean M. Frieders**, copies of which are attached hereto, and **Record on Administrative Review by Zoning Board of Appeals for the City of Aurora**, which is served upon you.

MICKEY, WILSON, WEILER,
RENZI & ANDERSSON, P.C.
Attorneys for Defendant, Zoning Board of
Appeals for the City of Aurora

By *[signature]*
One of its Attorneys

STATE OF ILLINOIS )
) ss.
COUNTY OF KANE )

    The undersigned, being first duly sworn, upon oath states that she served the above Notice upon each of the persons or firms therein addressed, by depositing copies thereof in the U.S. Mail in envelopes plainly addressed, as above shown, on March 20, 2008.

*[Signature]*

SUBSCRIBED AND SWORN to before me this 20th day of March, 2008.

*[Signature]*
Notary Public

OFFICIAL SEAL
ELLYN EXLINE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-15-2010

Peter K. Wilson, Jr./ 3035689
Gary K. Mickey/1905007
Steven A. Andersson/6210526
Dean M. Frieders/6282902
MICKEY, WILSON, WEILER, RENZI & ANDERSSON, P.C.
2111 Plum Street, Suite 201
P.O. Box 787
Aurora, IL 60507-0787
Telephone: 630-801-9699
Fax: 630-801-9715