# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Kim Frachey, et al.

                                    Plaintiff,

v.                                                      Case No.: 1:08−cv−01148
                                                             Honorable Charles R. Norgle Sr.

Planned Parenthood/Chicago Area, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2008:

      MINUTE entry before Judge Honorable Charles R. Norgle, Sr: Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint [18] is granted. Plaintiffs' response to Defendants' Motion to Dismiss [13] is due on or before 4/11/2008. Defendants' reply is due on or before 4/25/2008.Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.