IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIM FRACHEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 08 C 1148 |
| ) | |
| PLANNED PARENTHOOD/CHICAGO ) | Judge Norgle |
| AREA, an Illinois Not-for-Profit ) | |
| Corporation, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

TO:  Mr. Peter Breen                         Mr. Christoher B. Wilson
     Mr. Thomas Brejcha                      Mr. Peter Neumer
     Thomas More Society                     Perkins Coie LLP
     29 S. LaSalle Street, Suite 440         131 S. Dearborn Street, Suite 1700
     Chicago, IL 60603                       Chicago, IL 60603-5559

     Mr. JohnW. Mauck                        Mr. Lance C. Malina
     Mr. Richard C. Baker                    Mr. Allen Wall
     Mr. Andy Norman                         Klein, Thorpe and Jenkins, Ltd.
     Mr. Noel W. Sterett                     20 N. Wacker Drive, Suite 1660
     Mauck & Baker                           Chicago, IL 60602
     One N. LaSalle Street, Suite 600
     Chicago, IL 60602

**PLEASE TAKE NOTICE** that on April 8, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Supplemental Record on Administrative Review by Zoning Board of Appeals for the City of Aurora**.

                                MICKEY, WILSON, WEILER,
                                RENZI & ANDERSSON, P.C.
                                Attorneys for Defendant, Zoning Board of
                                Appeals for the City of Aurora

                                By _____
                                        One of its Attorneys

STATE OF ILLINOIS    )
                     ) ss.
COUNTY OF KANE       )

      The undersigned, being first duly sworn, upon oath states that she served the above Notice upon each of the persons or firms therein addressed, by depositing copies thereof in the U.S. Mail in envelopes plainly addressed, as above shown, on April 8, 2008.

*[Signature: Grace Isher]*

SUBSCRIBED AND SWORN to before
me this 8th day of April, 2008.

*[Signature: Ellyn E...]*
Notary Public

OFFICIAL SEAL
ELLYN EXLINE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-15-2010

Peter K. Wilson, Jr./ 3035689
Gary K. Mickey/1905007
Steven A. Andersson/6210526
Dean M. Frieders/6282902
MICKEY, WILSON, WEILER, RENZI & ANDERSSON, P.C.
2111 Plum Street, Suite 201
P.O. Box 787
Aurora, IL 60507-0787
Telephone: 630-801-9699
Fax: 630-801-9715