

**CITY OF AURORA**
Department of Community Development
44 E. Downer Place
Aurora, Illinois 60507

Casefile Number: _NA 20/3 - 06. 390 - Fpn_
*(Office Use Only)*

**1-3**

# LAND USE PETITION

DECEIVED

JUL 27 2006

CITY OF AURORA
PLANNING DIVISION

Subject Property Owner's Name: _THOMAS    LEHMAN_

Company: _GEMINI   OFFICE   DEVELOPMENT_

Address: _6301  S.  CASS  AVE.   STE. 301_

City: _WESTMONT_ State: _IL_ Zip: _60559_ Non-profit Corp. Number: _____

Phone: _630-963-8184_ Fax: _630-963-4475_ E-mail: _TWLEHMAN@AMERITECH.NET_

*The Contact Person, listed below, may act as the authorized agent on behalf of the subject property owner only if a letter is attached to this petition granting such authority to the Contact Person and said letter is signed by the subject property owner.*

**Contact Person:**
Name: _SAME   AS   ABOVE_

Company: _____

Address: _____

City: _____ State: _____ Zip: _____

Phone: _____ Fax: _____ E-mail: _____

## SUBJECT PROPERTY LOCATION INFORMATION

Tax Parcel Number(s): _01-20-302081_ Size of Property (Acres): _3.24_

Address or General Location: _OAKHURST  &  NEW YORK_

*For Informational Purposes only, attached Legal Description defines Subject Property which may change through review process*

## TYPE OF REQUESTED ACTION
### Required submittal documents and fees are listed on reverse side of this petition form

| Annexation Related | Zoning Related | Variations | Development Related | Misc. Petitions |
|---|---|---|---|---|
| ____ Annexation Petition | ____ Special Use Petition | Aurora Code Section to | Prelim ___ Plat ___ Plan | Specify ___ |
| ____ Annexation Agreement | ____ Rezoning Petition | be Varied: | Final ___ Plat _✓_ Plan | |

**Brief Description of Requested Action (ie: zoning requested; dimensions of variation; number of dwelling units; type of dwelling unit; size of building; etc.)** _____

____ YES ____ NO  Electors Reside on Subject Property        ____ YES ____ NO  Greater than 51% of said Electors have joined this petition

## AUTHORIZATION

I hereby affirm that I have full legal capacity to authorize the filing of this Petition and that all information and exhibits herewith submitted are true and correct to the best of my knowledge. The Authorized Signatory invites City representatives to make all reasonable inspections and investigations of the subject property during the period of processing this Petition.
**The Subject Property Owner must sign this form unless the Contact Person has been authorized to do so per a letter that is attached hereto.**

Authorized Signature: _____ Date _27 Jul 06_

I, the undersigned, a Notary Public in and for said County and State aforesaid do hereby certify that the authorized signer is personally known to me to be the same person whose name is subscribed to the foregoing instrument and that said person signed sealed and delivered the above petition as a free and voluntary act for the uses and purposes set forth.

Given under my hand and notary seal this _27_ day of _July 2006_

State of _IL_ )
                    ) SS
County of _Kane_ )

_Dawn M Metzger_
Notary Signature

NOTARY PUBLIC SEAL

OFFICIAL SEAL
**DAWN M. METZGER**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-2-2009

My Commission expires _2_ day of _Aug 2009_

**RECEIVED:**
DATE: _7/27/06_ RECEIPT NO: _193980_ AMOUNT: _$150.00_ REC'D BY: _DST_

 **Gemini Office Development LLC**

One South Wacker Drive
Suite 800
Chicago, IL 60606

Phone: 708 642-4754
Fax: 312 634-5525
Email: geminimgtllc@yahoo.com

July 27, 2006



City of Aurora
65 Water Street
Aurora, Illinois 60505

Dear Sir or Madam:

Please be informed that Mr. Thomas Lehman is acting as our authorized agent with regards to obtaining a building permit for the Medical Office Building on Oakhurst at New York.

Sincerely,

Teresa Huyck, President

TH/mm

11/18/2005 16:32 FAX 7084099914    CHICAGO TITLE    ☒003

### CHICAGO TITLE INSURANCE COMPANY

## COMMITMENT FOR TITLE INSURANCE
### SCHEDULE A (CONTINUED)

ORDER NO.: 1410  002506305 HL

5.    THE LAND REFERRED TO IN THIS COMMITMENT IS DESCRIBED AS FOLLOWS:

LOT 2 IN PDA RESUBDIVISION OF LOT 2 IN FOX VALLEY EAST, REGION II UNIT NO. 52 -
OAKHURST 1ST RESUBDIVISION, BEING PART OF THE SOUTHWEST 1/4 OF SECTION 20,
TOWNSHIP 38 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO
THE PLAT OF SAID PDA RESUBDIVISION RECORDED DECEMBER 18, 2002 AS DOCUMENT NO.
R2002-351500, IN DU PAGE COUNTY, ILLINOIS.



RECEIVED
JUL 2 7 2006
CITY OF AURORA
PLANNING DIVISION

File Item No. _____

Case File Number

N A20/3-06. 390- Fpn

JNNRLBOAL.
CB5                                    PAGE A2        CB5    11/18/05    15:34:23

## QUALIFYING STATEMENT OF PETITION
## 240 NORTH OAKHURST DRIVE

The proposed project meets all of the current zoning requirements as set forth by the City of Aurora.

The intended use as a Medical Office Building will help to serve the public health and general welfare of the community. The exterior design of the building will be an attractive addition to the planned development. The exterior materials have been chosen for their durability and longevity as well as their aesthetics.

Their will be a heavily landscaped zone on the east side of the property along Oakhurst as well as to the south along the current town homes. The landscape barrier to the south is in addition to the existing berm and existing landscaping and will provide an attractive barrier zone between the residential zone and the new building to help enhance the current property values of the neighborhood.

The new building will tap into existing services either immediately adjacent to the site or on the site. For drainage, the project will utilize the existing detension pond built in the first phase of the P.D.

Access to the site will be via the existing access road from Oakhurst leading to Dominick's and will have minimum impact to the traffic in the area.



RECEIVED
AUG - 2 2006
CITY OF AURORA
PLANNING DIVISION



File Item No. _____
Case File Number

NA 2013-06,390-FPN



Civil Engineering Consulting & Surveying

5100 S. Lincoln • Suite 100 • Lisle, IL 60532 • (630) 271-0770 • (630) 271-0774 Fax



RECEIVED
JUL 3 1 2006
CITY OF AURORA
PLANNING DIVISION

August 1, 2006

Job Reg No. _____
Case File Number _____
NA20/3 -06.390 -Fpn

Mr. Stephen K. Andras, P.E.
Assistant City Engineer
City of Aurora
44 East Downer Place
Aurora, Illinois 60507-2067

RE:    Gemini Office Building – Aurora
       Wetland Review
       MEI Project No. 06-PR-5004

Dear Mr. Andras:

An inspection of the proposed site does not indicate evidence of wetland plants or typical wetland conditions.  The parcel has been substantially filled from its original state.  This elevated condition and the presence of what appears to be relatively recent fill would make this site unlikely to develop a wetland condition.

Sincerely,

Jon V. Vaznelis
Project Manager

JVV:pjo

## **LOCATION MAP**

**NA20/3-06.390-Fpn** – Final Plan on 3.24 acres for a 21,777 square foot retail building near the SWC of Oakhurst Drive and New York Street by GEMINI OFFICE DEVELOPMENT (Ward 10 – JR/JHS)



WKS
11/6/2006

## Exhibit "A"

Information Sheet
For the Final Plan for the property located near the SWC of Oakhurst Drive and New
York Street

| | |
|---|---|
| Owner: | GEMINI OFFICE DEVELOPMENT<br>6301 S. Cass Avenue, Suite 301<br>Westmont, IL  60559 |
| Date  Plan Received By Planning: | 07/27/2006 |
| Plan Prepared By: | Jensen & Halstead LTD. |
| | 358 West ontario Street |
| | Chicago, IL 60610 |
| Date Landscape Plan Received By Planning: | 07/27/2006 |
| Landscape Plan Prepared By: | McAdam Landscaping, Inc. |
| | 2001 Des Plaines Avenue |
| | Forest Park, IL 60130 |

Note:  A copy of this plan as referenced hereon is on file in the City of Aurora Planning Division
Office on the Second Floor, 1 South Broadway, Aurora, Illinois, 60505.

WKS                                                        Page 2 of 3
11/6/2006                                                  P0041748

Resolution, accepts the recommendation of the Aurora Planning Commission, and hereby approves
said plan.

     NOW THEREFORE, BE IT FURTHER RESOLVED that the Planning &
Development Committee of the City of Aurora hereby adopts the Final Plan as described on
**Exhibit "A"** along with any dedications deemed necessary by the Aurora City Engineer and that the
Aurora City Clerk is hereby directed to file and keep on record said plan and a certified copy of this
Resolution, after its passage and signing by the Aurora Planning & Development Committee.

     **PASSED AND APPROVED** this 16th day of November, 2006.

     AYES _____ NAYS _____ NOT VOTING _____


_____        _____
Mayor
City of Aurora, Illinois

Attest:                                _____


                                       _____
                                                          City Council Members

_____
City Clerk

Case File Number: NA20/3-06.390-Fpn    This instrument prepared by:
Parcel Number: 07-20-302-081           Aurora Planning Division
                                       1 South Broadway
                                       Aurora, Illinois 60505

WKS
11/6/2006
P0041748



### CITY OF AURORA
### PLANNING & DEVELOPMENT COMMITTEE
### RESOLUTION NUMBER:_____
### DATE OF PASSAGE: November 16, 2006

PETITIONER:        GEMINI OFFICE DEVELOPMENT

### RESOLUTION APPROVING THE FINAL PLAN ON 3.24 ACRES FOR A 21,750 SQUARE FOOT MEDICAL OFFICE BUILDING LOCATED NEAR THE SWC OF OAKHURST DRIVE AND NEW YORK STREET

WHEREAS, by petition dated July 28, 2006, <u>GEMINI OFFICE DEVELOPMENT</u> filed with the City of Aurora a Final Plan, as described on Exhibit "A" attached hereto; and

WHEREAS, said plan was duly referred by the Aurora City Clerk to the Aurora City Council, who, in turn, referred said plan to the Aurora Planning Council and Planning Commission for study and recommendation, and to the Aurora Planning and Development Committee for final decision; and

WHEREAS, said plan has been determined to be in substantial conformance with the Aurora Zoning Ordinance Number 3100 Section 10.7-9 and 10.7-10; and

WHEREAS, on October 24, 2006 the Aurora Planning Council recommended that said plan be approved; and

WHEREAS, on November 1, 2006 the Aurora Planning Commission reviewed said plan and recommended that said plan be approved; and

WHEREAS, on November 16, 2006 the Planning and Development Committee of the Aurora City Council reviewed said plan and said recommendations and recommended that said plan be approved; and

WHEREAS, the recommendation of the Planning & Development Committee is subject to appeal by the petitioner or a member of the Aurora City Council within the required appeal period which expires on November 22, 2006 at 5:00 p.m.; and

WHEREAS, this resolution shall serve as final action on the request in the event that this resolution is not appealed by any of the aforementioned individuals; and

WHEREAS, in the event that this resolution is appealed, it shall serve as the recommendation of the Planning & Development Committee to the City Council which shall take final action on the request; and

WHEREAS, it is standard city policy to place a condition on all subdivisions that a Special Service Area be established to maintain the stormwater management facilities in the event the property owners association fails to maintain said facilities; and

NOW THEREFORE, BE IT RESOLVED that the Planning & Development Committee of the City of Aurora, Illinois, finds as facts all of the preamble recitals of this



# City of Aurora

Division of Planning • 44 E. Downer Place • Aurora, Illinois 60507-2067 • PHONE (630) 844-3624
FAX (630) 844-3638

William K. Spaeth, AICP
Deputy Director of
Community Development

## F A X   C O V E R   S H E E T

**Date:** November 6, 2006                    **Time:** 2:35 PM

**To:** Thomas Lehman,                        **Phone:** 630-963-8184
Gemini Office Development                      **Fax:** 630-963-4475
                                              **e-mail:** twlehman@ameritech.net

**From:** Tim Macholl                          **Phone:** 630-844-3624
Planning Division                              **Fax:** 630-844-3638
                                              **e-mail:**

**RE:**    2006.390 - GEMINI OFFICE DEVELOPMENT / Final Plan

Just a reminder your next submittal should consist of **9** sets of the following
documents:

- Final Plan

- Site Plan

- Landscape Plan

- Elevations

- Lighting Plan

- Fire Hydrant Location Exhibit

And should be to the Planning Division no later than 5 o'clock on
Wednesday, November 8, 2006.

The next action taken on this petition will be by the Planning and Development
Committee on  at 4:00 p.m. in the Third Floor Conference Room of City Hall - 44 East
Downer Place. I am including with this memo a copy of the draft action document,
which will be sent out to each of the committee members along with your submittal.

You should have a representative present at this meeting to answer any questions the
Committee may have on this petition.

≈ Please let me know if you have any questions ≈

| NUMBER OF PAGES INCLUDING COVER SHEET: 4 |
| --- |

```
                    ********************
                    ***   TX REPORT   ***
                    ********************


     TRANSMISSION OK

     TX/RX NO              1283
     CONNECTION TEL               916309634475
     SUBADDRESS
     CONNECTION ID
     ST. TIME              11/06 18:08
     USAGE T              01'34
     PGS. SENT               4
     RESULT               OK
```

 **City of Aurora**

Division of Planning • 44 E. Downer Place • Aurora, Illinois 60507-2067 • PHONE (630) 844-3624
FAX (630) 844-3638

William K. Spaeth, AICP
Deputy Director of
Community Development

# F A X   C O V E R   S H E E T

**Date:** November 6, 2006                    **Time:** 2:35 PM

**To:** Thomas Lehman,                        Phone: 630-963-8184
Gemini Office Development                      Fax: 630-963-4475
                                               e-mail: twlehman@ameritech.net

**From:** Tim Macholl                          Phone: 630-844-3624
Planning Division                              Fax: 630-844-3638
                                               e-mail:

**RE:**    2006.390 - GEMINI OFFICE DEVELOPMENT / Final Plan

Just a reminder your next submittal should consist of  9 sets of the following
documents:

- Final Plan

- Site Plan

- Landscape Plan

- Elevations

- Lighting Plan

- Fire Hydrant Location Exhibit

And should be to the Planning Division no later than 5 o'clock on
Wednesday, November 8, 2006.

The next action taken on this petition will be by the Planning and Development
Committee on at 4:00 p.m. in the Third Floor Conference Room of City Hall, 44 East

# PLANNING COUNCIL SUMMARY

**Casefile Number:**   NA20/3-06.390-FPN

**Request:**   Final Plan on 3.24 acres for a 21,777 square foot medical office building near the
SWC of Oakhurst Drive and New York Street by **GEMINI OFFICE
DEVELOPMENT** (Ward 10 - TM/JHS)

**Attachments:**   Planning Council Summary Report
Planning Council Minutes Report
Application Form

PLANNING COUNCIL SUMMARY REPORT                                    10/27/2006

## GENERAL INFORMATION

Case Number: NA20/3-06.390-FPN

Date Passed Out of Planning Council: 10/24/2006

Motion to Move the Item Forward ...............FORWARD

Petition Filing Date...........................8/1/2006

City Council Referral Minutes...........8/1/2006

Casefile Checklists.............................

Planning Council Minutes ...............FINAL PLAN NONRES 8/1/2006,

# PLANNING COMMISSION
## *Date Of Meeting: 11/1/2006*

**Casefile Number:**   NA20/3-06.390-FPN

**Request:**   Final Plan on 3.24 acres for a 21,777 square foot medical office building near the SWC of Oakhurst Drive and New York Street by **GEMINI OFFICE DEVELOPMENT** (Ward 10 - TM/JHS)

**Attachments:**   Location Map
Planning Staff Report
Planning Council Summary
Final Plan
Site Plan
Landscape Plan
Elevations
Lighting Plan
Fire Hydrant Location Exhibit

# LOCATION MAP

**NA20/3-06.390-Fpn** – Final Plan on 3.24 acres for a 21,777 square foot retail building near the SWC of Oakhurst Drive and New York Street by GEMINI OFFICE DEVELOPMENT (Ward 10 – TM/JHS)



PLANNING DIVISION STAFF REPORT                                10/27/2006
SP/ES                                                 2006.390 STAFF REPORT

## GENERAL INFORMATION

Case Number..............................NA20/3-06.390-Fpn

Date of Plan Commission........November 1, 2006

Petitioner.....................................GEMINI OFFICE DEVELOPMENT

Request........................................Final Plan on 3.24 acres for a 21,750 square foot medical office
                                              building

Location .....................................near the SWC of Oakhurst Drive and New York Street

Parcel Number ...........................07-20-302-081

Size................................................3.24 acres

Street Frontage ...........................416 feet, along N. Oakhurst Drive

Current Zoning ...........................PDD Planned Development District

Contiguous Zoning....................North: PDD (S) Planned Development District
                                     South: PDD Planned Development District
                                     East:   PDD Planned Development District
                                     West:  PDD Planned Development District

Current Land Use ......................Vacant Land

Contiguous Land Uses ..............North: Vacant
                                   South: Residential
                                   East:   Residential
                                   West:  Commercial

Comp Plan Designation............Commercial

### CHARACTER OF THE AREA
The Subject Property is located near the SWC of Oakhurst Drive and New York Street and is
currently utilized as Vacant Land. The property to the north is currently vacant, but is going to be
developed as a gas station with car wash. To the south is a residential townhome development.
East of the subject property is a residential townhome development. Adjacent to the property on
the west side the land is used as a Dominick's.

### DEVELOPMENT PROPOSAL
The GEMINI OFFICE DEVELOPMENT is proposing Final Plan on 3.24 acres for a 21,750
square foot medical office building located near the SWC of Oakhurst Drive and New York Street.
The proposal consists of the building as well as 71 parking spaces. The site will be heavily

landscaped on the east side adjacent to Oakhurst Drive as well as to the south which will include additional landscaping to the existing berm to screen the adjacent residential use.

HISTORY
This Final Plan petition was referred by the City Council to the Planning Division on August 1, 2006.

Physical Development Policies

10.0     To provide for the orderly, balanced and efficient growth and redevelopment of the City through the positive integration of land use patterns, functions, and circulation systems. To protect and enhance those assets and values that establishes the desirable quality and general livability of the City. To promote the City's position as a regional center.

12.0     To plan and provide for the growth of the city through the integration of land use patterns and functions that promotes complementary interactions between different land use components.

14.1 (4)     To encourage quality site design throughout the City.

PUBLIC RESPONSE
N/A

EVALUATION
The Planning Staff has reviewed the Final Plan, submitted by the petitioner and have sent comments back to them on those submittals. The petitioner has made all the requested changes to these documents and they now meet all of the applicable codes and ordinances.

RECOMMENDATION
The Staff would recommend the conditional approval of the Final Plan on 3.24 acres for a 21,750 square foot medical office building near the SWC of Oakhurst Drive and New York Street by GEMINI OFFICE DEVELOPMENT, with the following conditions:

Final Plan

1. Original date.

2. Legal description of property.

3. Name and address of the owner of record.

4. Add a "Site Data" legend with the following information:

   ▪ Size of the property in square feet and acres.

   ▪ Current Zoning.

   ▪ Square footage and percent of the site that will be covered with buildings.

   ▪ Square footage and percent of the site that will be covered with pavement.

   ▪ Number of parking spaces provided.

   ▪ Number of parking spaces required by Zoning Ordinance.

   ▪ Square footage and percent of the site that will be covered with landscaping.

   ▪ Indication of the number of buildings.

5.  Add a key that states and defines the "lines" and "symbols" used on the plan.

6.  State the location of fire hydrants

7.  Modify the landscape parking islands to be a minimum of 8.5' by 19', which should be protected by a six inch raised concrete curb.  Please do not modify parking lot islands that are larger than 8.5' by 19'.

8.  The parking spaces needs to be 9' by 19' in dimension (does not include handicap spaces).

9.  Dimension of each lot line, right-of-way, and detention high water lines

10. State the location and dimension of the private drive.  Also state if it is existing or proposed.

11. State the right-of-way for N. Oakhurst Drive.

12. Setback lines and dimensions along all lot lines.  All setbacks should be labeled simply "Setback Line" verses "Building Setback Line" etc.

13. Existing and proposed utility systems including sanitary sewers, water, electric, gas, telephone, and cable television lines including their sizes.  Show the size of the utility line as such:

    Example:  8" W——————— 8" W——————— 8" W

14. Proposed public and private lighting system (ex. light poles).

15. Existing and proposed easements for utility service.  Existing easements need the document number (ex: 15.00' City Easement per document ___ ).

16. State the location and height of any proposed or existing berms.

Landscape Plan

1.  Name and address of the owner of record.

2.  Provide the building's linear footage.

3.  Tax Parcel Number of subject property.

4.  On center spacing for hedges.

5.  Proposed berming location and height.

ATTACHMENTS
None

PLANNING COUNCIL SUMMARY REPORT                                    10/27/2006
WKS

## GENERAL INFORMATION

Case Number: NA20/3-06.390-Fpn

Date Passed Out of Planning Council:

Motion to Move the Item Forward....................Unanimous

Petition Filing Date.................................7/28/2006

City Council Referral Minutes..............8/1/2006

Casefile Checklists...................................

Planning Council Minutes .....................8/1/2006 10/24/2006

## TECHNICAL REVIEW ISSUES

The following is a list of technical issues raised by members of the Planning Council and the resolutions to those issues. Please remember that the staff evaluation and recommendation are contained in the Planning Staff Report.

Issue One:......There were no technical issues for this case.

Resolution: .........................N/A

### Regular Meeting - Tuesday, August 1, 2006- 9:00 A.M.
### Held in the City of Aurora Council Chambers
#### IV. Newly Submitted and Reactivated Petitions From Pending

B)  NA20/3-06.390-FPN - GEMINI OFFICE DEVELOPMENT - FINAL PLAN ON 3.24 ACRES FOR A 21,777 SQ FT MEDICAL OFFICE BLDG NEAR THE SWC OAKHURST AND NEW YORK (Ward 10- JR/JHS)


Representative present, David Dastur, Tom Lehman, and Jon Vaznecis.


Mr. Dastur described the plan.  The material will be brick inlaid precast.  Their parking is more than adequate with 46 visitor, and 25 staff spaces.  Mr. Pozzi said a fire plan is needed.

### Regular Meeting - Tuesday, October 24, 2006- 9:00 A.M.
### Held in the City of Aurora Council Chambers
#### II. Petitions To Be Voted On This Week

D)  NA20/3-06.390-FPN - GEMINI OFFICE DEVELOPMENT - FINAL PLAN ON 3.24 ACRES FOR A 21,777 SQ FT RETAIL BLDG NEAR THE SWC OAKHURST AND NEW YORK (Ward 10- TM/JHS)


The motion to move this item forward was unanimously approved.  This item is moved to the November 1st Planning Commission meeting.



**CITY OF AURORA**
Department of Community Development
44 E. Downer Place
Aurora, Illinois 60507

Casefile Number: _NA. /3-06.390-Fpn_
(Office Use Only)

**1-3**

# LAND USE PETITION

Subject Property Owner's Name: __THOMAS   LEHMAN__

Company: __GEMINI   OFFICE   DEVELOPMENT__

Address: __6301 S. CASS AVE.   STE. 301__

City: __WESTMONT__   State: __IL__   Zip: __60559__   Non-profit Corp. Number: _____

Phone: __630-963-8184__   Fax: __630-963-4475__   E-mail: __TWLEHMAN@AMERITECH.NE__

JUL 27 2006

*The Contact Person, listed below, may act as the authorized agent on behalf of the subject property owner only if a letter is attached to this petition granting such authority to the Contact Person and said letter is signed by the subject property owner.*

**Contact Person:**
Name: __SAME   AS   ABOVE__

Company: _____

Address: _____

City: _____   State: _____   Zip: _____

Phone: _____   Fax: _____   E-mail: _____

## SUBJECT PROPERTY LOCATION INFORMATION

Tax Parcel Number(s): __07-20-302081__   Size of Property (Acres): __3.24__

Address or General Location: __OAKHURST   &   NEW YORK__

*For Informational Purposes only, attached Legal Description defines Subject Property which may change through review process*

## TYPE OF REQUESTED ACTION
**Required submittal documents and fees are listed on reverse side of this petition form**

| Annexation Related | Zoning Related | Variations | Development Related | Misc. Petitions |
|---|---|---|---|---|
| ____Annexation Petition | ____Special Use Petition | Aurora Code Section to | Prelim ___Plat ___Plan | Specify_____ |
| ____Annexation Agreement | ____Rezoning Petition | be Varied:_____ | Final ___Plat ___Plan | |

**Brief Description of Requested Action (ie: zoning requested; dimensions of variation; number of dwelling units; type of dwelling unit; size of building; etc.)** _____

YES   NO   Electors Reside on Subject Property          YES   NO   Greater than 51% of said Electors have joined this petition

## AUTHORIZATION

I hereby affirm that I have full legal capacity to authorize the filing of this Petition and that all information and exhibits herewith submitted are true and correct to the best of my knowledge. The Authorized Signatory invites City representatives to make all reasonable inspections and investigations of the subject property during the period of processing this Petition.
**The Subject Property Owner must sign this form unless the Contact Person has been authorized to do so per a letter that is attached hereto.**

Authorized Signature: _____   Date __27 Jul 06__

I, the undersigned, a Notary Public in and for the said County and State aforesaid do hereby certify that the authorized signer is personally known to me to be the same person whose name is subscribed to the foregoing instrument and that said person signed sealed and delivered the above petition as a free and voluntary act for the uses and purposes set forth.

Given under my hand and notary seal this __27__ day of __July 2006__

State of __Il__ )ss
County of __Kane__ )   __Dawn M Metzger__
Notary Signature

| NOTARY PUBLIC SEAL |
|---|
| **OFFICIAL SEAL**<br>**DAWN M. METZGER**<br>NOTARY PUBLIC, STATE OF ILLINOIS<br>MY COMMISSION EXPIRES 8-2-2009 |

My Commission expires __2__ day of __Aug 2009__

**RECEIVED:**
DATE: __7/27/06__   RECEIPT NO: __193980__   AMOUNT: __$150.00__   REC'D BY: __DST__

*Appealable Item*

# PLANNING & DEVELOPMENT COMMITTEE
## *Date Of Meeting: 11/16/2006*

---

### RESOLUTION APPROVING THE FINAL PLAN ON 3.24 ACRES FOR A 21,750 SQUARE FOOT  MEDICAL OFFICE BUILDING LOCATED NEAR THE SWC OF OAKHURST DRIVE AND NEW YORK STREET

---

**Casefile Number:**   NA20/3-06.390-FPN

**Request:**   Final Plan on 3.24 acres for a 21,777 square foot medical office building near the SWC of Oakhurst Drive and New York Street by **GEMINI OFFICE DEVELOPMENT** (Ward 10 - TM/JHS)

---

**Attachments:**   Location Map
Draft Action Document
Planning Commission Report
Planning Commission Packet
Planning Council Summary Packet
Final Plan
Site Plan
Landscape Plan
Elevations
Lighting Plan
Fire Hydrant Location Exhibit

---

**Recommendations:**

| REVIEW BODY | DATE | MOTION | VOTE | |
|---|---|---|---|---|
| Plan Commission: | 11/1/2006 | APPROVAL | unanimous | |
| Planning Council: | 10/24/2006 | | FORWARD | unanimous |
| Planning Staff: | 10/25/2006 | | n/a | |

---

**Summary:**
The proposal is a Final Plan on 3.24 acres for a 21,777 square foot medical office building.

# LOCATION MAP

**NA20/3-06.390-Fpn** – Final Plan on 3.24 acres for a 21,777 square foot retail building near the SWC of Oakhurst Drive and New York Street by GEMINI OFFICE DEVELOPMENT (Ward 10 – TM/JHS)



WKS
11/9/2006
2006.390



### CITY OF AURORA
### PLANNING & DEVELOPMENT COMMITTEE
### RESOLUTION NUMBER: _____

### DATE OF PASSAGE: November 16, 2006

PETITIONER:      GEMINI OFFICE DEVELOPMENT

### RESOLUTION APPROVING THE FINAL PLAN ON 3.24 ACRES FOR A 21,750 SQUARE FOOT MEDICAL OFFICE BUILDING LOCATED NEAR THE SWC OF OAKHURST DRIVE AND NEW YORK STREET

WHEREAS, by petition dated July 28, 2006, GEMINI OFFICE DEVELOPMENT filed with the City of Aurora a Final Plan, as described on Exhibit "A" attached hereto; and

WHEREAS, said plan was duly referred by the Aurora City Clerk to the Aurora City Council, who, in turn, referred said plan to the Aurora Planning Council and Planning Commission for study and recommendation, and to the Aurora Planning and Development Committee for final decision; and

WHEREAS, said plan has been determined to be in substantial conformance with the Aurora Zoning Ordinance Number 3100 Section 10.7-9 and 10.7-10; and

WHEREAS, on October 24, 2006 the Aurora Planning Council recommended that said plan be approved; and

WHEREAS, on November 1, 2006 the Aurora Planning Commission reviewed said plan and recommended that said plan be approved; and

WHEREAS, on November 16, 2006 the Planning and Development Committee of the Aurora City Council reviewed said plan and said recommendations and recommended that said plan be approved; and

WHEREAS, the recommendation of the Planning & Development Committee is subject to appeal by the petitioner or a member of the Aurora City Council within the required appeal period which expires on November 22, 2006 at 5:00 p.m.; and

WHEREAS, this resolution shall serve as final action on the request in the event that this resolution is not appealed by any of the aforementioned individuals; and

WHEREAS, in the event that this resolution is appealed, it shall serve as the recommendation of the Planning & Development Committee to the City Council which shall take final action on the request; and

WHEREAS, it is standard city policy to place a condition on all subdivisions that a Special Service Area be established to maintain the stormwater management facilities in the event the property owners association fails to maintain said facilities; and

NOW THEREFORE, BE IT RESOLVED that the Planning & Development Committee of the City of Aurora, Illinois, finds as facts all of the preamble recitals of this

SP/ES
9/28/2007

Resolution, accepts the recommendation of the Aurora Planning Commission, and hereby approves said plan.

NOW THEREFORE, BE IT FURTHER RESOLVED that the Planning & Development Committee of the City of Aurora hereby adopts the Final Plan as described on Exhibit "A" along with any dedications deemed necessary by the Aurora City Engineer and that the Aurora City Clerk is hereby directed to file and keep on record said plan and a certified copy of this Resolution, after its passage and signing by the Aurora Planning & Development Committee.

PASSED AND APPROVED this 16th day of November, 2006.

AYES _____   NAYS _____   NOT VOTING _____

_____
Mayor
City of Aurora, Illinois

_____

Attest:

_____

_____

_____                          _____
City Clerk                                                                        City Council Members

Case File Number: NA20/3-06.390-Fpn
Parcel Number: 07-20-302-081

This instrument prepared by:
Aurora Planning Division
1 South Broadway
Aurora, Illinois 60505

SP/ES
9/28/2007

# Exhibit "A"

Information Sheet

For the Final Plan for the property located near the SWC of Oakhurst Drive and New York Street

Owner:

GEMINI OFFICE DEVELOPMENT
6301 S. Cass Avenue, Suite 301
Westmont, IL  60559

Date  Plan Received By Planning:          07/27/2006

Plan Prepared By:

Jensen & Halstead LTD.

358 West ontario Street

Chicago, IL 60610

Date Landscape Plan Received By Planning:          07/27/2006

Landscape Plan Prepared By:

McAdam Landscaping, Inc.

2001 Des Plaines Avenue

Forest Park, IL 60130

Note:  A copy of this plan as referenced hereon is on file in the City of Aurora Planning Division Office on the Second Floor, 1 South Broadway, Aurora, Illinois, 60505.

DRAFT MINUTES OF THE
AURORA PLANNING COMMISSION
Regular Meeting
Wednesday – 11/1/2006
2nd Floor Council Chambers

IV.    CONSENT

A)    NA20/3-06.390-Fpn  - Final Plan on 3.24 acres for a 21,777 square foot retail building near the SWC of Oakhurst Drive and New York Street  by GEMINI OFFICE DEVELOPMENT (Ward 10  - TM/JHS)

MOTION OF APPROVAL WAS MADE BY:  Mrs. Smilgys
MOTION SECONDED BY:  Mrs. Truax
AYES:    Mr. Bergeron, Mr. Cameron, Mrs. Cole, Mr. Divine, Mrs. Dunn, Mr. Engen, Mr. Jones, Mr. Karrels, Mr. Offutt, Mr. Pilmer, Mrs. Smilgys, Mrs. Truax
NAYS:    None

# AURORA
# CITY COUNCIL
# APPEAL FORM

### PETITION TO APPEAL
### THE PLANNING & DEVELOPMENT
### COMMITTEE'S DECISION
### NA2075-06-390-Fpn

Date Received By:

RECEIVED
NOV 17 2006
CITY ... OFFICE

TO:   The Honorable Mayor and Members of the City Council of the City of Aurora, Illinois

RE:   RESOLUTION APPROVING THE FINAL PLAN ON 3.24 ACRES FOR A 21,750 SQUARE
FOOT MEDICAL OFFICE BUILDING LOCATED NEAR THE SWC OF OAKHURST DRIVE
AND NEW YORK STREET

### NOTICE TO THE APPELLANT

The City's review process for petitions that may be decided by the Planning & Development Committee provides that appeals may be filed only within four (4) business days from the day of the Planning & Development Committee's decision. No appeals may be filed after this time. Only items associated with the petition on record with the Planning & Development Committee may be appealable.

Date of decision                    November 16, 2006

The appeal period ends at 5:00 p.m. on:   November 22, 2006

I.   STATEMENT   Please check appropriate statement and sign below:

_____   I, the petitioner(s), appeal the decision of the Planning & Development Committee with respect to the above referenced item.

_____   I, a member of the City Council, appeal the decision of the Planning & Development Committee with respect to the above referenced item.

_____
(Signature)

_____
(Print Name)

II.   QUALIFYING STATEMENTS

_____

_____

ATTACHMENTS:   Approved Resolution
Plan document available at Alderman's office/secretarial desk

SP/ES
11/17/2006
2006.390

# ORIGINAL



### CITY OF AURORA
PLANNING & DEVELOPMENT COMMITTEE

RESOLUTION NUMBER: _____

DATE OF PASSAGE: November 16, 2006

PETITIONER:    GEMINI OFFICE DEVELOPMENT

RESOLUTION APPROVING THE FINAL PLAN ON 3.24 ACRES FOR A 21,750
SQUARE FOOT MEDICAL OFFICE BUILDING LOCATED NEAR THE SWC
OF OAKHURST DRIVE AND NEW YORK STREET

WHEREAS, by petition dated July 28, 2006, GEMINI OFFICE
DEVELOPMENT filed with the City of Aurora a Final Plan, as described on Exhibit "A"
attached hereto; and

WHEREAS, said plan was duly referred by the Aurora City Clerk to the Aurora City
Council, who, in turn, referred said plan to the Aurora Planning Council and Planning
Commission for study and recommendation, and to the Aurora Planning and Development
Committee for final decision; and

WHEREAS, said plan has been determined to be in substantial conformance with
the Aurora Zoning Ordinance Number 3100 Section 10.7-9 and 10.7-10; and

WHEREAS, on October 24, 2006 the Aurora Planning Council recommended that
said plan be approved; and

WHEREAS, on November 1, 2006 the Aurora Planning Commission reviewed said
plan and recommended that said plan be approved; and

WHEREAS, on November 16, 2006 the Planning and Development Committee of
the Aurora City Council reviewed said plan and said recommendations and recommended
that said plan be approved; and

WHEREAS, the recommendation of the Planning & Development Committee is
subject to appeal by the petitioner or a member of the Aurora City Council within the
required appeal period which expires on  November 22, 2006 at 5:00 p.m.; and

WHEREAS, this resolution shall serve as final action on the request in the event
that this resolution is not appealed by any of the aforementioned individuals; and

WHEREAS, in the event that this resolution is appealed, it shall serve as the
recommendation of the Planning & Development Committee to the City Council which
shall take final action on the request; and

WHEREAS, it is standard city policy to place a condition on all subdivisions that a
Special Service Area be established to maintain the stormwater management facilities in the
event the property owners association fails to maintain said facilities; and

NOW THEREFORE, BE IT RESOLVED that the Planning & Development
Committee of the City of Aurora, Illinois, finds as facts all of the preamble recitals of this

SP/ES
11/17/2006

Page 3 of 3
2006.390

# Exhibit "A"

Information Sheet
For the Final Plan for the property located near the SWC of Oakhurst Drive
and New York Street

Owner:
DEVELOPMENT

GEMINI OFFICE

6301 S. Cass Avenue, Suite 301
Westmont, IL  60559

Date  Plan Received By Planning:       07/27/2006

Plan Prepared By:                      Jensen & Halstead LTD.

358 West ontario Street

Chicago, IL 60610

Date Landscape Plan Received By Planning:   07/27/2006

Landscape Plan Prepared By:                 McAdam Landscaping, Inc.

2001 Des Plaines Avenue

Forest Park, IL 60130

Note:  A copy of this plan as referenced hereon is on file in the City of Aurora Planning
Division Office on the Second Floor, 1 South Broadway, Aurora, Illinois, 60505.