SP/ES
11/17/2006
2006.390

# ORIGINAL



## CITY OF AURORA
PLANNING & DEVELOPMENT COMMITTEE
RESOLUTION NUMBER: PDFNL 06.56

### DATE OF PASSAGE: November 16, 2006

PETITIONER:        GEMINI OFFICE DEVELOPMENT

## RESOLUTION APPROVING THE FINAL PLAN ON 3.24 ACRES FOR A 21,750 SQUARE FOOT MEDICAL OFFICE BUILDING LOCATED NEAR THE SWC OF OAKHURST DRIVE AND NEW YORK STREET

WHEREAS, by petition dated July 28, 2006, GEMINI OFFICE DEVELOPMENT filed with the City of Aurora a Final Plan, as described on Exhibit "A" attached hereto; and

WHEREAS, said plan was duly referred by the Aurora City Clerk to the Aurora City Council, who, in turn, referred said plan to the Aurora Planning Council and Planning Commission for study and recommendation, and to the Aurora Planning and Development Committee for final decision; and

WHEREAS, said plan has been determined to be in substantial conformance with the Aurora Zoning Ordinance Number 3100 Section 10.7-9 and 10.7-10; and

WHEREAS, on October 24, 2006 the Aurora Planning Council recommended that said plan be approved; and

WHEREAS, on November 1, 2006 the Aurora Planning Commission reviewed said plan and recommended that said plan be approved; and

WHEREAS, on November 16, 2006 the Planning and Development Committee of the Aurora City Council reviewed said plan and said recommendations and recommended that said plan be approved; and

WHEREAS, the recommendation of the Planning & Development Committee is subject to appeal by the petitioner or a member of the Aurora City Council within the required appeal period which expires on November 22, 2006 at 5:00 p.m.; and

WHEREAS, this resolution shall serve as final action on the request in the event that this resolution is not appealed by any of the aforementioned individuals; and

WHEREAS, in the event that this resolution is appealed, it shall serve as the recommendation of the Planning & Development Committee to the City Council which shall take final action on the request; and

WHEREAS, it is standard city policy to place a condition on all subdivisions that a Special Service Area be established to maintain the stormwater management facilities in the event the property owners association fails to maintain said facilities; and

NOW THEREFORE, BE IT RESOLVED that the Planning & Development Committee of the City of Aurora, Illinois, finds as facts all of the preamble recitals of this

Resolution, accepts the recommendation of the Aurora Planning Commission, and hereby approves said plan.

NOW THEREFORE, BE IT FURTHER RESOLVED that the Planning & Development Committee of the City of Aurora hereby adopts the Final Plan as described on **Exhibit "A"** along with any dedications deemed necessary by the Aurora City Engineer and that the Aurora City Clerk is hereby directed to file and keep on record said plan and a certified copy of this Resolution, after its passage and signing by the Aurora Planning & Development Committee.

PASSED AND APPROVED this 16th day of November, 2006.

AYES _3_    NAYS _0_    NOT VOTING _____

Mayor
City of Aurora, Illinois

Attest:

City Clerk

City Council Members

Case File Number: NA20/3-06.390-Fpn
Parcel Number: 07-20-302-081

This instrument prepared by:
Aurora Planning Division
1 South Broadway
Aurora, Illinois 60505

SP/ES
11/17/2006

# Exhibit "A"

Information Sheet
For the Final Plan for the property located near the SWC of Oakhurst Drive
and New York Street

Owner:
DEVELOPMENT

GEMINI OFFICE

6301 S. Cass Avenue, Suite 301
Westmont, IL 60559

Date Plan Received By Planning:            07/27/2006

Plan Prepared By:                          Jensen & Halstead LTD.

358 West ontario Street

Chicago, IL 60610

Date Landscape Plan Received By Planning:  07/27/2006

Landscape Plan Prepared By:                McAdam Landscaping, Inc.

2001 Des Plaines Avenue

Forest Park, IL 60130


Note: A copy of this plan as referenced hereon is on file in the City of Aurora Planning
Division Office on the Second Floor, 1 South Broadway, Aurora, Illinois, 60505.

FINAL RECOMMENDATION FOR APPROVAL BY:

PLANNING AND DEVELOPMENT COMMITTEE

RESOLUTION NO.  <u>PDFNL06.56</u>

The Planning & Development Committee At Their Meeting Held On <u>Thursday, November 16, 2006</u> Recommended **APPROVAL** A Resolution Approving The Final Plan On 3.24 Acres For A 21,750 Square Foot Medical Office Building Located Near The SWC Of Oakhurst Drive And New York Street (Gemini Office Development - NA20/3-06.390-Fpn – TM/JHS) **(Appealable)**

VOTE:  3-0

Submitted By: _Michael B. Saville_____
                    Alderman Michael Saville, Chairman

_____
Alderman Lynda Elmore

_____
Alderman John S. Peters

_____
Alderman Chris Beykirch, Alternate

Dated This    <u>17th</u>    Day Of  <u>November 2006</u>

# Planning Council Agenda

August 1, 2006

| Status | Case Number # | Alternate ID # | Location | Description | Plnr | Eng | S.F. | Unts | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | JULY 25, 2006 | | | | | |
| A1 I. APPROVAL OF MINUTES | 0 0 | | | | | | | | |
| A2 II. PETITIONS TO BE VOTED OUT | 5 106 | NA2II/4-05.106-FPN | NEC WESTBROO K & ARGENT | DESIGNER DIRECT - NEC OF WESTBROOK DRIVE AND ARGENT LANE - FINAL PLAN ON .598 ACRES FOR A SPA BUILDING AND AN OFFICE | JR | -- | 0 | 0 | |
| A2 II. PETITIONS TO BE VOTED OUT | 6 200 | NA17/1-06.200-FPN | NORTH AURORA RD NEAR EOLA | ARON PARTNERSHIP 1 LLC - NORTH AURORA RD NEAR EOLA - .69 ACRES FOR A 3,900 SQ FT COMMERCIAL BUILDING | JR | JHS | 0 | 0 | |
| A2 II. PETITIONS TO BE VOTED OUT | 6 233 | AU01/1-06.233-FSD/FPN | 1595 BEVERLY | BURGESS ENTERPRISES - 1598 BEVERLY DRIVE - 3.14 ACRES FOR A WAREHOUSE BUILDING ON LOT 6D OF AURORA CORP CENTER | DC | JHS | 0 | 0 | |
| A2 VI. PETITIONS AWAITING REVIEW | 6 316 | AU21/4-06.316-RZ/SU | 251 S. RIVER | RIVER STREET LOFTS, LLC - 251-261 S. RIVER STREET - REZONING AND SPECIAL USE ON .6 ACRES REZONING FROM M-1 TO DF(S) | ES | -- | 57420 | 25 | |
| A2 II. PETITIONS TO BE VOTED OUT | 6 362 | AU24/1-06.362-SR | 455 FARNSWOR TH AV | FIESTA DEL SOL TACONAZO RESTAURANT - 455 FARNSWORTH AVE - STAFF REVIEW ON .675 ACRES FOR A BUILDING ADDITION | -- | -- | 645 | 0 | |
| A2 II. PETITIONS TO BE VOTED OUT | 6 367 | AU28/2-06.367-FPNW | 659 S RIVER ST | HESSED HOUSE, INC. - 659 S. RIVER STREET - FINAL PLAN WAIVER ON 2 ACRES TO ALLOW FOR TEMPORARY A OFFICE TRAILER | JR | -- | 1000 | 0 | |
| A3 III. NEWLY SUBMITTED PETITIONS | 6 388 | AU14/2-06.388-SU | 830 N. FARNSWOR TH AVENUE | LOS COMALES #13 - 830 N FARNSWORTH AVENUE - SPECIAL USE ON 2.1 ACRES FOR A CLASS F BEER & WINE RESTAURANT LIQUOR LICENSE | JR | -- | -- | 0 | |
| A3 III. NEWLY SUBMITTED PETITIONS | 6 390 | NA20/3-06.390-FPN | NEW YORK/OAKH URST | GEMINI OFFICE DEVELOPMENT - FINAL PLAN ON 3.24 ACRES FOR A 21,777 SQ FT RETAIL BLDG NEAR THE SWC OAKHURST AND NEW YORK | JR | JHS | 21777 | 0 | |
| A4 IV. REVIEWED PETITIONS | 6 144 | NA06/4-06.144-FSD/FPN | 07-06-405-007 | AG REAL ESTATE INVESTORS V, LLC - FINAL PLAT TO DIVIDE LOT INTO 4 LOTS AT THE NEC OF DIEHL ROAD AND WHITE OAK CIRCLE | JR | ST | 0 | 0 | |
| A4 IV. REVIEWED PETITIONS | 6 272 | WH18/2-06.272-FSD/FPN | HEGGS/EOL A RD & WOLFS | KB HOMES - HEGGS/EOLA & WOLF'S CROSSING - FINAL PLAT AND PLAN ON 10.673 ACRES FOR PHASE 1B OF LINCOLN PRAIRIE | JR | ES | 0 | 0 | |
| A4 IV. REVIEWED PETITIONS | 6 273 | WH18/2-06.273-FSD/FPN | HEGGS/EOL A & WOLFS CROSS | FIVE H, LLC - HEGGS/EOLA & WOLF'S CROSSING - FINAL PLAT AND PLAN ON 17.019 ACRES FOR PHASE 2 OF LINCOLN PRAIRIE | JR | ES | 0 | 0 | |

# Planning Council Agenda

August 1,2006

| Status | Case Number ID # | Alternate ID # | Location | Description | Plnr | Eng | S.F. | Unts | Notes |
|---|---|---|---|---|---|---|---|---|---|
| A4 IV. REVIEWED PETITIONS | 6 311 | AU10/3-06.311-FPN | 1325 N. LAKE STREET | DOLAN AND MURPHY MANAGEMENT - 1325 N LAKE STREET - FINAL PLAN ON 2.2 ACRES FOR 12,500 SQ. FT. SOCIAL SECURITY BUILDING | JR | ST | 12500 | 0 | |
| A4 IV. REVIEWED PETITIONS | 6 361 | AU09/4-06.361-FPN | 1325 N. HIGLAND AVE | PROVENA MERCY - 1325 N. HIGHLAND AVE. - FINAL PLAN ON 79.12 ACRES FOR THE FINAL MASTER PLAN FOR PROVENA MERCY CENTER | JR | JHS | 0 | 0 | |
| A5 V. AWAITING RESUBMITTAL | 5 155 | SG23/2-05.155-FSD/FPN | S-GALENA, E-GORDON | KIMBALL HILL HOMES - S. GALENA BLVD, E. GORDON RD, N. BNSF RAILROAD - FINAL PLAT AND PLAN ON 250.36 ACRES FOR 127 SINGLE | JR | ES | 0 | 0 | |
| A5 V. AWAITING RESUBMITTAL | 5 206 | AU12/2-05.206-AG | DIEHL ROAD, W OF COUNTY L | ACE HARDWARE CORPORATION - W. OF COUNTY LINE ROAD - ROADWAY AGREEMENT FOR DIEHL ROAD | JR | -- | 0 | 0 | |
| A5 V. AWAITING RESUBMITTAL | 5 222 | NA16/4-05.222-FSD/FPN | MERIDIAN PKY, W-RT. 59 | KENSINGTON STATION NORTH, LLC - MERIDIAN PKY, WEST OF RT. 59 - FINAL PLAT AND PLAN FOR 312 MIDRISE CONDOMINIUM UNITS | TV | RM | 0 | 0 | |
| A5 V. AWAITING RESUBMITTAL | 6 26 | WH07/4-06.026-AG | WOLF'S CROSSING ROAD | KB HOMES - WOLF'S CROSSING ROAD - ROADWAY AGREEMENT FOR CONSTRUCTION | TV | -- | 0 | 0 | |
| A5 V. AWAITING RESUBMITTAL | 6 27 | NA16/4-06.027-SR | STATION BOULEVARD | ROADWAY DESIGN REVIEW FOR STATION BOULEVARD | TV | RM | 0 | 0 | |
| A5 V. AWAITING RESUBMITTAL | 6 154 | AU01/2-06.154-FPN | LOT 5 AURORA CORP CTR | BURGESS ENT - AURORA CORP CTR LOT 5 - PRELIMINARY PLAN ON 8.097 ACRES FOR AN OFFICE CONDO PARK | DC | JHS | 0 | 0 | |
| A5 V. AWAITING RESUBMITTAL | 6 192 | NA21/2-06.192-FSD/FPN | N OF NEW YORK W-YORKSHIRE | WISEMAN HUGHES ENTERPRISES - N. OF NEW YORK, W. OF YORKSHIRE PLAZA - 52.31 ACRES FOR 498 SFA UNITS AS PLAZA ON NEW YORK | TV | ES | 0 | 0 | |
| A5 V. AWAITING RESUBMITTAL | 6 230 | AU34/1-06.230-R2/SU | 1042 TALMA | ALEXANDER & MARIA MUNOZ - 1042 TALMA AND 528 PARKER - REZONING AND SPECIAL USE ON .375 ACRES FOR A DAYCARE CENTER | TV | -- | 5200 | 0 | |
| A5 V. AWAITING RESUBMITTAL | 6 255 | NA20/1-06.255-FPN | NE CORNER LIBERTY EOLA | FAITH LUTHERAN CHURCH - NEC OF LIBERTY AND EOLA - FINAL PLAN ON 4.7033 ACRES FOR A 21,774 SQ. FT. CHURCH BUILDING | DC | TD | 21774 | 0 | |
| A5 V. AWAITING RESUBMITTAL | 6 294 | WI32/4-06.294-PA | EOLA-BUTTERFIELD | BRIDGE DEVELOPMENT PARTNERS, LLC - SEC OF EOLA & BUTTERFIELD - ANNEXATION AGREEMENT ON 27 ACRES FOR PARK BUTTERFIELD | JR | ST | 0 | 0 | |
| A5 V. AWAITING RESUBMITTAL | 6 295 | WI32/4-06.295-A | SEC EOLA & BUTTERFIELD | BRIDGE DEVELOPMENT PARTNERS, LLC - SEC OF EOLA & BUTTERFIELD - ANNEXATION OF 27 ACRES FOR PARK BUTTERFIELD | JR | ST | 0 | 0 | |

# Planning Council Agenda

August 1, 2006

| Status | Case Number # | Alternate ID # | Location | Description | Plnr | Eng | S.F. | Units | Notes |
|---|---|---|---|---|---|---|---|---|---|
| A5 V. AWAITING RESUBMITTAL | 6 300 | NA19/4-06.300-A | VAUGHN NEW YORK | CYPRESS DEVELOPMENT II, LLC - SWC OF NEW YORK & VAUGHN - ANNEXATION PETITION ON 5.71 ACRES FOR RESIDENTIA & COMMERCIAL | JR | ST | 14000 | 8 | |
| A5 V. AWAITING RESUBMITTAL | 6 302 | AU34/1-06.302-M | 1411 JACKSON ST | EAST AURORA SCHOOL DISTRICT, #131 - 1141 JACKSON ST - STAFF REVIEW FOR A DROP OFF LANE AND DEDICATION | DC | JHS | 0 | 0 | |
| A5 V. AWAITING RESUBMITTAL | 6 324 | AU19/1-06.324-FSD/FPN | NWC GALENA & CONSTITUTION | HAMILTON PARTNERS - NWC OF GALENA & CONSTITUTION - FINAL PLAT & PLAN 10.52 ACRES ON UNIT 1 AND 2 OF ORCHARD LAKE DEV. | TV | -- | 0 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 0 155000 | NA28/3-00.155-AG | COMMONS DRIVE | CENTEX HOMES | SP | -- | 0 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6 139 | AU07/1-06.139-FSD/FPN | SEQUOIA DR & BOWMAN DR | REM BUILDERS - TOYOTA SUBDIVISION LOT 03-FINAL PLAT & PLAT FOR AN INDUSTRIAL BLDG WITH DETENTION AT NWC SEQUOIA & BOWMAN | JR | TD | 39521 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6 157 | AU12/2-06.157-SR | 15-12-202-002 | AMERICAN DEVELOPMENT LLC - E. SIDE OF COMPREHENSIVE ROAD ON MALLETTE - STAFF REVIEW ON 2 ACRES FOR A WAREHOUSE | DC | MG | 18000 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6 256 | SG12/1-06.256-PA | W. DEERPATH & S. SULLIVAN | WISEMAN HUGHES ENTERPRISES, INC - W. OF DEERPATH & S. SULLIVAN - ANNEXATION AGREEEMENT FOR 84.5 ACRES FOR ESTATE RES. | SP | -- | 0 | 93 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6 257 | SG12/1-06.257-A | S. SULLIVAN & W. DEERPATH | WISEMAN HUGHES ENTERPRISES, INC - W. OF DEERPATH & S. OF SULLIVAN - ANNEXATION OF 84.5 ACRES FOR ESTATE RESIDENTIAL | SP | -- | 0 | 93 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6 299 | NA19/4-06.299-PA | SWC NEW YORK & VAUGHN | CYPRESS DEVELOPMENT II, LLC - SWC OF NEW YORK & VAUGHN - ANNEXATION AGREE. ON 5.71 ACRES FOR RESIDENTIAL & COMMERCIAL | JR | ST | 14000 | 8 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6 338 | AU21/2-06.338-OD | | THE CITY OF AURORA - ESTABLISHING AN OVERLAY DISTRICT FOR THE E. GALENA CORRIDOR | CP | -- | 0 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6 339 | AU22/4-06.339-RZ | 121 N. 4TH STREET | GRACIELA CHAVEZ - 121 N. 4TH STREET - REZONING FROM R-4 TO R-3 | PB | -- | 0 | 0 | |

# Planning Council Agenda

August 1, 2006

| Status | Case Number | Alternate ID # | Location | Description | Plnr | Eng | S.F. | Unts | Notes |
|---|---|---|---|---|---|---|---|---|---|
| A6 VI. PETITIONS AWAITING REVIEW | 6 346 | AU21/4-06.346-RZ | 518 W. DOWNER PLACE | J. MONTY NESSER - 518 W. DOWNER PLACE - REZONING PETITION ON .32 ACRES REZONING FROM R-4 TO R-2 | PB | -- | 0 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6 350 | WH06/3-06.350-M | 95TH STREET | THE RYLAND GROUP, INC. - 95TH STREET - PLAT OF DEDICATION FOR 95TH STREET ADJACENT TO AMBER FIELDS, UNIT 1 | PB | -- | 0 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6 359 | AU08/1-06.359-SU | 1650 N. RANDALL ROAD | LIFE STORAGE CENTERS, LLC - 1650 N. RANDALL ROAD - SPECIAL USE PETITION ON 5.72 ACRES FOR A RETAIL STORAGE FACILITY | JR | ST | 91150 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6 360 | BA35/4-06.360-AG | NWC KIRK & BUTTERFIELD | TMK-INLAND AURORA VENTURE, LLC - DEVELOPMENT AGREEMENT FOR THE NWC OF KIRK AND BUTTERFIELD ROAD | SP | -- | 0 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6 366 | AU36/2-06.366-FPN/R | 1256 WATERFORD | GRACE COMMUNITIES - 1256 WATERFORD - FINAL PLAN REVISION ON 3.25 ACRES FOR A 2 STORY OFFICE BUILDING | JR | -- | 40900 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6 368 | AU23/3-06.368-RZ | 797 SPRING STREET | CITY OF AURORA - 797 SPRING STREET - REZONING FROM R-1 TO P | PB | -- | 0 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6 375 | AU13/1-06.375-PPN/PSD/R | SWC INDIAN TR& HAVENSHIRE | KENSINGTON HOMES - SWC OF INDIAN TRAIL AND HAVENSHIRE - PRELIMINARY PLAN & PLAT REVISION FOR STONEGATE WEST UNIT 8 | JR | ST | 0 | 86 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6 376 | AU13/1-06.376-FSD/FPN | SWC INDIAN TR& HAVENSHIRE | KENSINGTON HOMES - SWC OF INDIAN TRAIL AND HAVENSHIRE - FINAL PLAT & PLAN ON 24.2396 ACRES FOR 86 VILLAGE HOMES | JR | ST | 0 | 86 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6 377 | SG12/2-06.377-FSD/FPN | SWC I-88 & DEERPATH ROAD | PODCO ORCHARD 88, LLC - SWC I-88 AND DEERPATH ROAD - FINAL PLAT & PLAN ON 15.6 ACRES WITH A SETBACK VARIANCE | JR | TD | 0 | 0 | |
| A7 VII. PENDING PETITIONS | 3 181000 | SG12/1-03.181-A | 1550 DEERPATH ROAD | AURORA WEST SCHOOL DISTRICT - 1550 DEERPATH RD - ANNEXATION PETITION ON APPROXIMATELY 38 ACRES PURSUANT TO AN ANNEXATION | JR | -- | 0 | 0 | |
| A7 VII. PENDING PETITIONS | 4 28 | MA17/1-04.028-FPN | NEAR THE NEC OF ECOLA ROAD | 'PAGODAA ENTERPRISES | CH IAR | -- | 0 | 0 | |

# Planning Council Agenda

August 1, 2006

| Status | | Case Number | Alternate ID # | Location | Description | Plnr | Eng | S.F. | Unts | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| A7 | VIL. PENDING PETITIONS | 4 41 | AU20/4-04.041-FPN | AURORA UNIVERSITY CAMPUS | AURORA UNIVERSITY | WKS | -- | 0 | 0 | |
| A7 | VIL. PENDING PETITIONS | 4 103 | WH06/3-04.103-DR | NWC OF EOLA AND DAYLIGHT | ARIC/PRAIRIELAND II, LLC / ADVANCE AUTO | TV | IAR | 0 | 0 | |
| A7 | VIL. PENDING PETITIONS | 4 112 | WH06/3-04.112-DR | 2400 S. EOLA ROAD | WONJAY GROUP | CH | -- | 0 | 0 | |
| A7 | VIL. PENDING PETITIONS | 4 124 | AU24/1-04.124-DR | SEC-SOLFISBURG & BECKWITH | MYRON LYZUN, MARS SKINNER - SEC-SOLFISBURG & BECKWITH - FINAL PLAT FOR BECKWITH WOODS SUBDIVISION | TV | JHS | 0 | 0 | |
| A7 | VIL. PENDING PETITIONS | 4 134 | AU14/2-04.134-FSD | NEC OF OHIO & SHEFFER | EFRAIN AND ISMELDA CORRAL - CONE SUBD. - NEC OF HIOW AND SHEFFER - FINAL PLAT ON 1.4 ACRES FOR A 5 LOT SUBDIVISION | TV | IAR | 0 | 0 | |
| A7 | VIL. PENDING PETITIONS | 5 21 | AU01/3-05.021-RZ/SU | SEC I-88 & FARNSWORTH | AMERICAN DEVELOPMENT, LLC - SEC I-88 & FARNSWORTH - REZONING AND SU FOR A PLANNED DEVELOPMENT | TV | -- | 0 | 0 | |
| A7 | VIL. PENDING PETITIONS | 5 123 | WH05/1-05.123-FSD/FPN | HAFENRICHTER-E BARRINGTON | NEUMANN HOMES - NEW SONG HIGHLANDS - FINAL PLAT AND PLAN ON 20.86 ACRES FOR 21 SINGLE FAMILY HOMES AND A CHURCH SITE | JR | RM | 0 | 0 | |
| A7 | VIL. PENDING PETITIONS | 5 135 | AU21/1-05.135-FSD | SPRUCE, W. OF RUSSELL | STAINLESS RIVER, LTD. - SPRUCE ST, W. OF RUSSELL - FINAL PLAT FOR A 3 LOT SUBDIVISION | TV | -- | 0 | 0 | |
| A7 | VIL. PENDING PETITIONS | 5 142 | AU36/2-05.142-PPN/PSD | SEC MONTGOMERY & MAIR | AURORA VENTURE - SEC MONTGOMERY & MAIR - PRELIMINARY PLAT AND PLAN FOR 120 TOWNHOUSES | TV | -- | 0 | 0 | |
| A7 | VIL. PENDING PETITIONS | 5 159 | NA20/1-05.159-AG | 7S221 AND 7S211 EOLA ROAD | RONALD J. KOVAL - EOLA ROAD S OF LIBERTY - RECAPTURE AGREEMENT FOR SANITARY SEWER CONSTRUCTION | SP | -- | 0 | 0 | |
| A7 | VIL. PENDING PETITIONS | 5 164 | AU26/2-05.164-A | N-5TH, W-FARNSWORTH | GREATER LOVE MISSIONARY BAPTIST CHURCH - N. OF 5TH AV, W. OF FARNSWORTH AV - ANNEXATION PETITION PURSUANT TO A WATER SE | JR | -- | 0 | 0 | |
| A7 | VIL. PENDING PETITIONS | 5 166 | SG12/2-05.166-FPN/R | S-I-88, W-DEERPATH | JDC DEVELOPMENT, LLC-FINAL PLAN REVISION ON 3.04 ACRES FOR A PROFESSIONAL ARTS COMPLEX ON LOT 8 OF ORCHARD I-88 BUS PARK | DC | JHS | 0 | 0 | |

Planning Council Agenda

August 1, 2006

| Status | Case Number | Alternate ID # | Location | Description | Plnr | Eng | S.F. | Unts | Notes |
|---|---|---|---|---|---|---|---|---|---|
| A7 VII. PENDING PETITIONS | 5 182 | AU12/3-05.182-FSD/FPN | S-RECKINGER, E-FARNSWORTH | ZAUSA DEVELOPMENT CORPORATION - S SIDE OF RECKINGER RD, E OF FARNSWORTH AV - FINAL PLAT AND PLAN FOR WINDING MEADOWS | TV | RM | 0 | 0 | |
| A7 VII. PENDING PETITIONS | 5 205 | AU12/2-05.205-FSD/FPN | N-MOLITOR, S-I-88, W-KANE | ACE HARDWARE CORPORATION - N. OF MOLITOR RD, S. OF I-88, W. OF THE KANE/DUPAGE COUNTY LINE -FINAL PLAT AND PLAN ON 72.27 | JR | - | 0 | 0 | |
| A7 VII. PENDING PETITIONS | 5 209 | AU19/1-05.209-FSD | NWC GALENA-CONSTITUTION | HAMILTON PARTNERS, INC. - NWC OF GALENA AV AND CONSTITUTION DR -FINAL PLAT FOR  UNIT 2 OF ORCHARD LAKE SUBDIVISION | TV | - | 0 | 0 | |
| A7 VII. PENDING PETITIONS | 5 210 | AU19/1-05.210-FSD | NWC GALENA-CONSTITUTION | HAMILTON PARTNERS, INC. - NWC OF GALENA AV AND CONSTITUTION DR -FINAL PLAT FOR  UNIT 2 OF ORCHARD LAKE SUBDIVISION | TV | - | 0 | 0 | |

# Planning Council Agenda

October 24, 2006

17-Oct-06

| | Status | Case Number | Alternate ID # | Location | Description | Plnr | Eng | S.F. | Unts | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| A1 | II. APPROVAL OF MINUTES | 0 | | | | | | 0 | | |
| A2 | II. PETITIONS TO BE VOTED OUT | 6 | 299 | NA19/4-06.299-PA | SWC NEW YORK & VAUGHN | CYPRESS DEVELOPMENT II, LLC - SWC OF NEW YORK & VAUGHN - ANNEXATION AGREE. ON 5.71 ACRES FOR RESIDENTIAL & COMMERCIAL | JR | ST | 14000 | 8 | |
| A2 | II. PETITIONS TO BE VOTED OUT | 6 | 300 | NA19/4-06.300-A | VAUGHN NEW YORK | CYPRESS DEVELOPMENT II, LLC - SWC OF NEW YORK & VAUGHN - ANNEXATION PETITION ON 5.71 ACRES FOR RESIDENTIA & COMMERCIAL | JR | ST | 14000 | 8 | |
| A2 | II. PETITIONS TO BE VOTED OUT | 6 | 368 | AU23/3-06.368-RZ | 797 SPRING STREET | CITY OF AURORA - 797 SPRING STREET - REZONING FROM R-1 TO P | JR | -- | 0 | 0 | |
| A2 | II. PETITIONS TO BE VOTED OUT | 6 | 390 | NA20/3-06.390-FPN | NEW YORK/OAKHURST | GEMINI OFFICE DEVELOPMENT - FINAL PLAN ON 3.24 ACRES FOR A 21,777 SQ FT RETAIL BLDG NEAR THE SWC OAKHURST AND NEW YORK | TM | JHS | 21777 | 0 | |
| A2 | II. PETITIONS TO BE VOTED OUT | 6 | 482 | AU19/1-06.482-AR | 85 S CONSTITUTION DR | ST. PAUL'S LUTHERAN CHURCH - 85 S. CONSTITUTION - ADMINISTRATIVE REVIEW ON 10.56 ACRES FOR A COMMUNICATIONS ANTENNA | ES | -- | 0 | 0 | |
| A3 | III. NEWLY SUBMITTED PETITIONS | 6 | 515 | NA20/2-06.515-FPNR | 425 N EOLA RD | PROCESSED PLASTICS COMPANY - 425 N. EOLA RD - FINAL PLAN REVISION ON .9 ACRES FOR AN ADDITIONAL DRIVE-THRU AT MCDONALD'S | PB | -- | 0 | 0 | |
| A3 | III. NEWLY SUBMITTED PETITIONS | 6 | 516 | AU16/4-06.516-FPNW | 2011 W. GALENA BLVD | ARNOLD LIES COMPANY - 2011 W. GALENA BLVD - FINAL PLAN WAIVER ON 1.319 ACRES FOR AN ADDITIONAL DRIVE-THRU FOR MCDONALD'S | PB | DF | 0 | 0 | |
| A4 | IV. REVIEWED PETITIONS | 6 | 255 | NA20/1-06.255-FPN | INE CORNER LIBERTY EOLA | FAITH LUTHERAN CHURCH - NEC OF LIBERTY AND EOLA - FINAL PLAN ON 4.7003 ACRES FOR A 21,774 SQ. FT. CHURCH BUILDING | TM | TD | 21774 | 0 | |
| A4 | IV. REVIEWED PETITIONS | 6 | 471 | NA19/4-06.471-SR | 2720 E. NEW YORK ST. | BRITTANY HOMES, INC. - 2720 E. NEW YORK STREET - STAFF REVIEW ON 1.421 ACRES FOR TWO 6,234 SQ. FT. OFFICE BUILDINGS | JR | RM | 12400 | 0 | |
| A5 | V. AWAITING RESUBMITTAL | 5 | 206 | AU12/2-05.206-AG | DIEHL ROAD, W OF COUNTY L | ACE HARDWARE CORPORATION - W. OF COUNTY LINE ROAD - ROADWAY AGREEMENT FOR DIEHL ROAD | TM | RM | 0 | 0 | |
| A5 | V. AWAITING RESUBMITTAL | 5 | 222 | NA18/4-05.222-FSD/FPN | MERIDIAN PKY, W-RT. 59 | KENSINGTON STATION NORTH, LLC - MERIDIAN PKY, WEST OF RT. 59 - FINAL PLAT AND PLAN FOR 312 MIDRISE CONDOMINIUM UNITS | TV | RM | 0 | 0 | |
| A5 | V. AWAITING RESUBMITTAL | 6 | 126 | WH07/4-06.026-AG | WOLF'S CROSSING ROAD | K B HOMES - WOLF'S CROSSING ROAD - ROADWAY AGREEMENT FOR CONSTRUCTION | TV | ES | 0 | 0 | |
| A5 | V. AWAITING RESUBMITTAL | 6 | 27 | NA16/4-06.027-SR | STATION BOULEVARD | ROADWAY DESIGN REVIEW FOR STATION BOULEVARD | TV | RM | 0 | 0 | |
| A5 | V. AWAITING RESUBMITTAL | 6 | 154 | AU01/2-06.154-PPN | LOT 5 AURORA CORP CTR | BURGESS ENT - AURORA CORP CTR LOT 5 - PRELIMINARY PLAN ON 8.097 ACRES FOR AN OFFICE CONDO PARK | DC | JHS | 0 | 0 | |
| A5 | V. AWAITING RESUBMITTAL | 6 | 192 | NA21/2-06.192-FSD/FPN | N OF NEW YORK W-YORKSHIRE | WISEMAN HUGHES ENTERPRISES - N. OF NEW YORK, W. OF YORKSHIRE PLAZA - 52.31 ACRES FOR 498 SFA UNITS AS PLAZA ON NEW YORK | DC | ST | 0 | 0 | |
| A5 | V. AWAITING RESUBMITTAL | 6 | 302 | AU34/1-06.302-AR | 1411 JACKSON ST | EAST AURORA SCHOOL DISTRICT #131 - 1141 JACKSON ST - STAFF REVIEW FOR A DROP OFF LANE AND DEDICATION | DC | JHS | 0 | 0 | |
| A5 | V. AWAITING RESUBMITTAL | 6 | 324 | AU19/1-06.324-FSD/FPN | NWC GALENA & CONSTITUTION | HAMILTON PARTNERS - NWC OF GALENA & CONSTITUTION - FINAL PLAT & PLAN 10.52 ACRES ON UNIT 1 AND 2 OF ORCHARD LAKE DEV. | TV | ES | 0 | 0 | |
| A5 | V. AWAITING RESUBMITTAL | 6 | 361 | AU09/4-06.361-FPN | 1325 N. HIGHLAND AVE | PROVENA MERCY - 1325 N. HIGHLAND AVE. - FINAL PLAN ON 79.12 ACRES FOR THE FINAL MASTER PLAN FOR PROVENA MERCY CENTER | JR | JHS | 0 | 0 | |
| A5 | V. AWAITING RESUBMITTAL | 6 | 440 | AU12/2-06.440-FSD | S-DIEHL BTW EOLA & FELTEN | V3 MOLITOR, LLC - S. OF DIEHL, BETWEEN EOLA AND FELTEN - FINAL PLAN ON 45.4886 ACRES FOR ORI USES AS WHITE OAK WEST SUBD. | JR | ST | 0 | 0 | |
| A6 | VI. PETITIONS AWAITING REVIEW | 3 | 52000 | AU25/4-03.052-PPN/PSD | NATURE'S VIEW | D-MEN JOINT VENTURE | SP | -- | 0 | 0 | |
| A6 | VI. PETITIONS AWAITING REVIEW | 4 | 134 | AU14/2-04.134-FSD | NEC OF OHIO & SHEFFER | EFRAIN AND ISMELDA CORRAL - CONE SUBD. - NEC OF HIOW AND SHEFFER - FINAL PLAT ON 1.4 ACRES FOR A 5 LOT SUBDIVISION | JR | -- | 0 | 0 | |
| A6 | VI. PETITIONS AWAITING REVIEW | 6 | 338 | AU21/2-06.338-OD | NEC OF OHIO & SHEFFER | THE CITY OF AURORA - ESTABLISHING AN OVERLAY DISTRICT FOR THE E. GALENA CORRIDOR | CP | -- | 0 | 0 | |

# Planning Council Agenda

October 24, 2006

| Status | Case Number | Alternate ID # | Location | Description | Plnr | Eng | S.F. | Units | Notes |
|---|---|---|---|---|---|---|---|---|---|
| A6 VI. PETITIONS AWAITING REVIEW | 6-339 | AU22/4-06.339-RZ | 121 N. 4TH STREET | GRACIELA CHAVEZ - 121 N. 4TH STREET - REZONING FROM R-4 TO R-3 | PB | -- | 0 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6-346 | AU21/4-06.346-RZ | 518 W. DOWNER PLACE | J. MONTY NESSER - 518 W. DOWNER PLACE - REZONING PETITION ON .32 ACRES REZONING FROM R-4 TO R-2 | PB | -- | 0 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6-350 | WH06/3-06.350-M | 95TH STREET | THE RYLAND GROUP, INC. - 95TH STREET - PLAT OF DEDICATION FOR 95TH STREET ADJACENT TO AMBER FIELDS, UNIT 1 | PB | -- | 0 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6-360 | BA35/4-06.360-AG | NWC KIRK & BUTTERFIELD | NWK-KIRK AND AURORA VENTURE, LLC - DEVELOPMENT AGREEMENT FOR THE NWC OF KIRK AND BUTTERFIELD ROAD | SP | -- | 0 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6-375 | AU13/1-06.375-PPNPSDVR | SWC INDIAN TR& HAVENSHIRE | KENSINGTON HOMES - SWC OF INDIAN TRAIL AND HAVENSHIRE - PRELIMINARY PLAN & PLAT REVISION FOR STONEGATE WEST UNIT 8 | JR | -- | 0 | 86 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6-376 | AU13/1-06.376-FSD/FPN | SWC INDIAN TR& HAVENSHIRE | KENSINGTON HOMES - SWC OF INDIAN TRAIL AND HAVENSHIRE - FINAL PLAT & PLAN ON 24.2386 ACRES FOR 86 VILLAGE HOMES | JR | ST | 0 | 86 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6-377 | SG12/2-06.377-FSD/FPN | SWC I-88 & DEERPATH ROAD | PODCO ORCHARD 88, LLC - SWC I-88 AND DEERPATH ROAD - FINAL PLAT & PLAN ON 15.6 ACRES WITH A SETBACK VARIANCE | TM | ST | 0 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6-411 | AU12/1-06.411-FSD | 1685 N. FARNSWORTH AVE | QUAD COUNTY URBAN LEAGUE - 1685 N. FARNSWORTH AVENUE - PLAT OF CONSOLIDATION | TM | JHS | 0 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6-429 | AU25/2-06.429-FSD/FPN | NWC FARNSWORTH/MONTGOMERY | BIGELOW FARNSWORTH LLC - E OF HILL, N OF MONTGOMERY, W OF FARNSWORTH - FINAL PLAT AND PLAN ON 22.128 ACRES FOR PHASE I | SP | ST | 0 | 100 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6-444 | NA16/4-06.444-FPN | 986 NORTH ROUTE 59 | GARDEN FRESH RESTAURANT CORP. - 986 N. ROUTE 59 - FINAL PLAN ON 1.9 ACRES FOR A NEW SWEET TOMATOES RESTAURANT | TM | JHS | 7070 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6-450 | SG12/2-06.450-FPN | SEC SULLIVAN & DEERPATH | DAYBREAK DEVELOPMENT, LLC - SEC OF SULLIVAN & DEERPATH - ANNEXATION AGREEMENT ON 64.22 ACRES FOR RETAIL AND TOWNHOMES | JR | -- | 0 | 130 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6-451 | SG12/2-06.451-A | SEC SULLIVAN & DEERPATH | DAYBREAK DEVELOPMENT, LLC - SEC OF SULLIVAN & DEERPATH - ANNEXATION OF 64.22 ACRES PURSUANT TO AN ANNEXATION AGREEMENT | JR | -- | 0 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6-453 | WI33/4-06.453-PPNPSD | FERRY RD S BUTTERFIELD | DUKE REALTY LIMITED PARTNERSHIP - FERRY ROAD, S. OF BUTTERFIELD - PRELIMINARY PLAN & PLAT ON 250 ACRES AS BUTTERFIELD EAST | JR | IMG | 3750000 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6-473 | AU36/4-06.473-PPN | 2000 OGDEN AVE | RUSH COPLEY MEDICAL CENTER - 2000 OGDEN AVENUE - PRELIMINARY PLAN ON 100 ACRES FOR THE MASTER PLAN REVISION | TM | JHS | 0 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6-477 | AU26/2-06.477-PA | 475 S. KENDALL ST | GREATER LOVE MISSIONARY BAPTIST CHURCH - 475 S. KENDALL - ANNEXATION AGREEMENT ON 4.4 ACRES FOR A 6,000 SQ. FT. CHURCH | JR | -- | 6000 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6-478 | WH07/3-06.478-FPN | NWC OF EOLA & WOLFS | CROSSROADS COMMUNITY CHURCH - NWC OF EOLA & WOLF'S CROSSING - FINAL PLAN ON 78 ACRES FOR A CHURCH USE | PB | RM | 0 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6-479 | AU16/2-06.479-M | 970 N. HIGHLAND AVENUE | MARTIN E. HESS - 970 N. HIGHLAND AVENUE - PLAT OF UTILITY EASEMENT ON SOUTH SIDE OF PROPERTY AT 970 N. HIGHLAND AVENUE | PB | -- | 0 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6-480 | NA30/4-06.480-FPNW | 2626 OGDEN AVENUE | PRAIRIE STATE ENTERPRISES - 2626 OGDEN AVENUE - FINAL PLAN WAIVER FOR ADDITIONAL SIGNAGE FOR A 3 LOT RETAIL CENTER | TM | -- | 0 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6-481 | SG12/2-06.481-FPNW | 2413 BUSHWOOD DRIVE | C.K. INVESTMENTS - 2413 BUSHWOOD DRIVE - FINAL PLAN WAIVER FOR A MONUMENT SIGN FOR SHOPPING CENTER | TM | -- | 0 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6-483 | AU21/4-06.483-SR | 302 S LAKE ST | ROCK RIVER CORPORATION - 302 S. LAKE ST - STAFF REVIEW ON .2 ACRES FOR AN OFFICE BUILDING AT 302 S. LAKE STREET | JR | -- | 0 | 0 | |
| A6 VI. PETITIONS AWAITING REVIEW | 6-484 | NA28/2-06.484-FSD/FPN | SWC OF MCCOY & MERRAM | KVR PROPERTIES, LLC - SEC OF MCCOY & MERRIAM - FINAL PLAT AND PLAN ON 5.20 ACRES FOR A 44,949 S.F. STRIP RETAIL CENTER | CP | RM | 45000 | 0 | |

## Planning Council Agenda

October 24, 2006

| Status | Case Number | Alternate ID # | Location | Description | Plnr | Eng | S.F. | Unts | Notes |
|---|---|---|---|---|---|---|---|---|---|
| A6 VII. PETITIONS AWAITING REVIEW | 486 | IBA26/4-06.486-R2/SU | 1020 BUTTERFIELD RD | MARMION ACADEMY - 1020 BUTTERFIELD ROAD - REZONING PETITION ON 15.72 ACRES REZONING PROPERTY FROM R-1(S) TO B-2(S) | JR | – | 0 | 0 | |
| A6 VII. PETITIONS AWAITING REVIEW | 490 | NA28/3-06.490-FPN/R | 3981 75TH STREET | WILMAR DEVELOPMENT - SWC OF 75TH STREET AND COMMONS DRIVE - FINAL PLAN REVISION ON 10.819 ACRES FOR A MONTESSORI SCHOOL | TM | JHS | 0 | 0 | |
| A6 VII. PETITIONS AWAITING REVIEW | 496 | NA16/3-06.496-FSD/FPN | MERIDIAN BUSINESS CAMPUS | MERIDIAN OFFICE I & II, LLC - NEC MERIDIAN PKY & COMMONS - FINAL PLAT & PLAN ON 8.41 ACRES FOR OFFICE DEV. ON LOTS 1 & 2 | TM | JHS | 99184 | 0 | |
| A6 VII. PETITIONS AWAITING REVIEW | 497 | AU13/1-06.497-PA | TOLLVIEW LANE | KEN OELSINGORE, RAMON HERRERA, & AUDREY LOVE - TOLLVIEW AVENUE - ANNEXATION AGREEMENT ON 2 ACRES FOR 4 APT BUILDINGS | JR | RM | 2900 | 20 | |
| A6 VII. PETITIONS AWAITING REVIEW | 498 | AU13/1-06.498-A | TOLLVIEW LANE | RAMON HERRERA AND AUDREY LOVE - TOLLVIEW APTS - ANNEXATION +/-2 ACRES PERSUANT TO AN ANNEXATION AGREEMENT | JR | – | 2900 | 20 | |
| A6 VII. PETITIONS AWAITING REVIEW | 499 | AU25/4-06.499-AG | KAUTZ AND MONTGOMER | INLAND AND WILLIAM RYAN HOMES - ROADWAY AGREEMENT FOR KAUTZ ROAD RE-ALIGNMENT NORTH OF MONTGOMERY ROAD | SP | – | 0 | 0 | |
| A6 VII. PETITIONS AWAITING REVIEW | 503 | AU28/4-06.503-V | 727 HILL AVENUE | SUPERIOR AIR GROUND AMBULANCE, INC. - 727 HILL AVENUE - VARIANCE TO ALLOW A 5 FOOT SETBACK FOR PARKING ALONG HILL AVENUE | TM | JHS | 0 | 0 | |
| A6 VII. PETITIONS AWAITING REVIEW | 505 | AU12/4-06.505-R2/SU | 1890 E. INDIAN TRAIL ROAD | CITY OF AURORA-1890 E INDIAN TRAIL RD-REZONING & SPECIAL USE ON 2.158 ACRES REZONING FROM R-1 TO B-2(S) FOR A WELLHOUSE | JR | – | 0 | 0 | |
| A7 VII. PENDING PETITIONS | 181000 | SG12/1-03.181-A | 1550 DEERPATH ROAD | AURORA WEST SCHOOL DISTRICT - 1550 DEERPATH RD - ANNEXATION PETITION ON APPROXIMATELY 38 ACRES PURSUANT TO AN ANNEXATION | JR | – | 0 | 0 | |
| A7 VII. PENDING PETITIONS | 28 | NA17/1-04.028-FPN | NEAR THE NEC OF EOLA ROAD | PAGODAA ENTERPRISES | CH | – | 0 | 0 | |
| A7 VII. PENDING PETITIONS | 41 | AU20/4-04.041-FPN | AURORA UNIVERSITY CAMPUS | AURORA UNIVERSITY | WKS | IAR | 0 | 0 | |
| A7 VII. PENDING PETITIONS | 103 | WH06/3-04.103-DR | NWC OF EOLA AND DAYLIGHT | ARIC/PRAIRIELAND II, LLC / ADVANCE AUTO | TV | IAR | 0 | 0 | |
| A7 VII. PENDING PETITIONS | 112 | WH06/3-04.112-DR | 2400 S. EOLA ROAD | WONJAY GROUP | CH | – | 0 | 0 | |
| A7 VII. PENDING PETITIONS | 124 | AU24/1-04.124-DR | SEC SPLITSBURG & BECKWITH | MYRON LYZUN, MARS SKINNER - SEC-SOLFSBURG & BECKWITH - FINAL PLAT FOR BECKWITH WOODS SUBDIVISION | TV | JHS | 0 | 0 | |
| A7 VII. PENDING PETITIONS | 21 | AU01/4-05.021-R2/SU | SEC I-88 & FARNSWORTH | AMERICAN DEVELOPMENT, LLC - SEC I-88 & FARNSWORTH - REZONING AND ISU FOR A PLANNED DEVELOPMENT | TV | – | 0 | 0 | |
| A7 VII. PENDING PETITIONS | 123 | WH05/1-05.123-FSD/FPN | HAFENRICHTER & BARRINGTON | NEUMANN HOMES - NEW SONG HIGHLANDS - FINAL PLAT AND PLAN ON 20.86 ACRES FOR 21 SINGLE FAMILY HOMES AND A CHURCH SITE | JR | RM | 0 | 0 | |
| A7 VII. PENDING PETITIONS | 135 | AU21/1-05.135-FSD | SPRUCE, W. OF RUSSELL | STAINLESS RIVER, LTD. - SPRUCE ST, W. OF RUSSELL - FINAL PLAT FOR A 3 LOT SUBDIVISION | TV | – | 0 | 0 | |
| A7 VII. PENDING PETITIONS | 142 | AU36/2-05.142-PPN/PSD | SEC MONTGOMERY & MAIR | AURORA VENTURE - SEC MONTGOMERY & MAIR- PRELIMINARY PLAT AND PLAN FOR 120 TOWNHOUSES | TV | – | 0 | 0 | |
| A7 VII. PENDING PETITIONS | 159 | NA20/1-05.159-AG | 7S221 AND 7S211 EOLA ROAD | RONALD J. KOVAL - EOLA ROAD S OF LIBERTY - RECAPTURE AGREEMENT FOR SANITARY SEWER CONSTRUCTION | SP | – | 0 | 0 | |
| A7 VII. PENDING PETITIONS | 164 | AU26/2-05.164-A | N-5TH, W-FARNSWORTH | GREATER LOVE MISSIONARY BAPTIST CHURCH - N. OF 5TH AV, W. OF FARNSWORTH AV - ANNEXATION PETITION PURSUANT TO A WATER SE- | JR | – | 0 | 0 | |
| A7 VII. PENDING PETITIONS | 166 | SG12/2-05.166-FPN/R | S-I-88, W-DEERPATH | JDC DEVELOPMENT, LLC-FINAL PLAN REVISION ON 3.04 ACRES FOR A PROFESSIONAL ARTS COMPLEX ON LOT 8 OF ORCHARD I-88 BUS PARK | DC | JHS | 0 | 0 | |
| A7 VII. PENDING PETITIONS | 182 | AU12/2-05.182-FSD/FPN | S-RECKINGER, E-FARNSWORTH | ZAUSA DEVELOPMENT CORPORATION - S SIDE OF RECKINGER RD, E OF FARNSWORTH AV - FINAL PLAT AND PLAN FOR WINDING MEADOWS | TV | RM | 0 | 0 | |

October 24, 2006

Planning Council Agenda

| Status | Case Number | Alternate ID # | Location | Description | Plnr | Eng | S.F. | Units | Notes |
|---|---|---|---|---|---|---|---|---|---|
| A7 VIL PENDING PETITIONS | 205 | AU12/2-05.205-FSD/FPN | N-MOLITOR, SH-88, W-KANE | ACE HARDWARE CORPORATION - N. OF MOLITOR RD, S. OF I-88, W. OF THE KANE/DUPAGE COUNTY LINE - FINAL PLAT AND PLAN ON 72.27 | JR | - | 0 | 0 | |
| A7 VIL PENDING PETITIONS | 209 | AU19/1-05.209-FSD | NWC GALENA-CONSTITUTION | HAMILTON PARTNERS, INC. - NWC OF GALENA AV AND CONSTITUTION DR - FINAL PLAT FOR UNIT 2 OF ORCHARD LAKE SUBDIVISION | TV | - | 0 | 0 | |
| A7 VIL PENDING PETITIONS | 210 | AU19/1-05.210-FSD | NWC GALENA-CONSTITUTION | HAMILTON PARTNERS, INC. - NWC OF GALENA AV AND CONSTITUTION DR - FINAL PLAT FOR UNIT 2 OF ORCHARD LAKE SUBDIVISION | TV | - | 0 | 0 | |
| A7 VIL PENDING PETITIONS | 157 | AU12/2-06.157-SR | 15-12-202-002 | AMERICAN DEVELOPMENT LLC - E. SIDE OF COMPREHENSIVE ROAD ON MALLETTE - STAFF REVIEW ON 2 ACRES FOR A WAREHOUSE | TM | JHS | 18000 | 0 | |
| A7 VIL PENDING PETITIONS | 272 | WH18/2-06.272-FSD/FPN | HEGGS/EOLA RD & WOLFS | KB HOMES - HEGGS/EOLA & WOLFS CROSSING- FINAL PLAT AND PLAN ON 10.673 ACRES FOR PHASE 1B OF LINCOLN PRAIRIE | JR | ES | 0 | 0 | |
| A7 VIL PENDING PETITIONS | 273 | WH18/2-06.273-FSD/FPN | HEGGS/EOLA & WOLFS CROSS | FIVE H, LLC - HEGGS/EOLA & WOLFS CROSSING - FINAL PLAT AND PLAN ON 17.019 ACRES FOR PHASE 2 OF LINCOLN PRAIRIE | JR | ES | 0 | 0 | |
| A7 VIL PENDING PETITIONS | 295 | WI32/4-06.295-A | SEC EOLA & BUTTERFIELD | BRIDGE DEVELOPMENT PARTNERS, LLC - SEC OF EOLA & BUTTERFIELD - ANNEXATION OF 27 ACRES FOR PARK BUTTERFIELD | JR | ST | 0 | 0 | |

AGENDA
Aurora Planning Commission
Regular Meeting
Wednesday, November 1, 2006 – 7:00 P.M.
2nd Floor Council Chambers

I.    CALL MEETING TO ORDER

II.   ROLL CALL

III.  MINUTES

IV.   CONSENT

A)    NA20/3-06.390-Fpn  - Final Plan on 3.24 acres for a 21,777 square foot retail building near the SWC of Oakhurst Drive and New York Street  by GEMINI OFFICE DEVELOPMENT (Ward 10  - TM/JHS)

V.    PUBLIC HEARING

*A)   AU34/1-06.230-Rz/Su  - Rezoning and Special Use Petition rezoning property from R-2 and B-1 to R-2(S) on .40 acres for a daycare center at 1042 Talma Street and 528 Parker Avenue  by ALEXANDER AND MARIA MUNOZ (Ward 3  - JR/PH)

B)    NA19/4-06.299-PA  - Annexation Agreement Petition with Preliminary Plan/Plat on 5.71 acres for residential and commercial/office development at the SWC of New York Street and Vaughn Road  by CYPRESS DEVELOPMENT II, LLC (Ward 8  - JR/ST)

C)    AU23/3-06.368-Rz  - Rezoning Petition rezoning property from R-1 to P at 797 Spring Street  by THE CITY OF AURORA (Ward 2  - PB/PH)

VI.   PLAN / PLAT

A)    AU36/4-06.473-Ppn  - Preliminary Plan on 100 acres for the Master Plan Revision for Rush-Copley Medical Center located at 2000 Ogden Avenue  by RUSH-COPLEY MEDICAL CENTER (Ward 3  - TM)

Planning Commission Agenda                                          2
11/1/2006

VII.   DISCUSSION


VIII.   ADJOURNMENT


*Continued from October 4, 2006 meeting.

Revision I
November 15, 2006

**TO:  THE PLANNING & DEVELOPMENT COMMITTEE**

ALDERMAN MICHAEL SAVILLE, Chairman
ALDERMAN LYNDA ELMORE
ALDERMAN JOHN "WHITEY" PETERS
ALDERMAN CHRIS BEYKIRCH, ALTERNATE

**RE:  PLANNING & DEVELOPMENT COMMITTEE MEETING**
Thursday, November 16, 2006 at 4:00 p.m. in **Room 5-B on the Fifth Floor of City Hall**, 44 East Downer Place, Aurora, Illinois.

**CALL TO ORDER:**

AGENDA

1.    Aurora Zoning Ordinance – Update (Also check if any Downzoning Updates)

2.    An Ordinance Authorizing Execution Of A Development Agreement With The Graham Building, LP For Interior Rehabilitation Assistance In The Amount Of $100,000.00 For The Property At 33-35 S Stolp Avenue. (Held from the 09/28/06 meeting) (Held from the 10/12/06 meeting) (Held from the 10/26/06 meeting)

3.    Presentation of the Illinois Facilities Fund (IFF) Regarding The Proposed Aurora Early Learning Center (Held from the 10/26/06 meeting)

4.    An Ordinance of the City of Aurora, Illinois Rescinding Ordinance Number O06-77 and Voiding the Annexation Agreement Approved by Said Ordinance O06-77.

5.    A Supplemental Resolution Authorizing Required Loan Buy-Down Of Remaining Interest For Improvements On The Property Located At 359 N Farnsworth Ave, For Old Second National Bank

6.    A Resolution Approving A Window Restoration Grant For 419 Cedar St., Luis Garcia, Owner.

7.    A Resolution Approving A Window Restoration Grant For 185 S Lincoln Ave., Francisco And Genaro Reyes Owner.

8.    A Resolution Approving A Window Restoration Grant For 373 West Park Ave., R. Scott Pettit, Owner.

9.    A Resolution Approving A Window Restoration Grant For 418 S Lincoln Ave., Jorge Aguilar, Owner.

10.   Revisions To Ordinance Number 3100 Being The City Of Aurora Zoning Ordinance, Including Portions Of Sections 1-19. The Proposed Changes Shall Include But Are Not Limited To Chapter A, Use Tables, And Certain Residential Protection Standards. (The City Of Aurora - KDWK-06.075-Zo - CP/PH)

PLANNING & DEVELOPMENT COMMITTEE AGENDA                                    PAGE 2
NOVEMBER 16, 2006

11.  An Ordinance Providing For The Execution Of An Annexation Agreement Providing For B-2 (S) General Retail And R-1 (S) One-Family Dwelling Special Use Planned Development Zoning With The Owners Of Record Of Territory Which May Be Annexed To The City Of Aurora And Which Is Located At The Southwest Corner Of New York Street And Vaughn Road In DuPage County Illinois (Cypress Development II, LLC - NA19/4-06.299-Pa - JR/ST) (If Moved Forward By The Planning And Development Committee At Its 11/16/2006 Meeting, A Public Hearing Will Be Scheduled For The 12/12/2006 City Council Meeting)

12.  An Ordinance Annexing Certain Property Being Vacant Land Located At The Southwest Corner Of New York Street And Vaughn Road To The City Of Aurora, Illinois 60502 Pursuant To An Approved Annexation Agreement (Cypress Development II, LLC - NA19/4-06.300-A - JR/PH) (If Moved Forward By The Planning And Development Committee At Its 11/16/2006 Meeting, This Item Should Accompany The Annexation Agreement To The 12/12/2006 City Council Meeting As Unfinished Business After The Public Hearing)

13.  An Ordinance Establishing A Special Use Planned Development And Approving A Plan Description For 5.71 Acres Located At The Southwest Corner Of New York Street And Vaughn Road (Cypress Development II, LLC - NA19/4-06.300-A - JR/PH) (If Moved Forward By The Planning And Development Committee At Its 11/16/2006 Meeting, This Item Should Accompany The Annexation Agreement To The 12/12/2006 City Council Meeting As Unfinished Business After The Public Hearing)

14.  A Resolution Approving A Preliminary Plat And Plan For Property Located At The Southwest Corner Of New York Street And Vaughn Road (Cypress Development II, LLC - NA19/4-06.300-A - JR/PH) (If Moved Forward By The Planning And Development Committee At Its 11/16/2006 Meeting, This Item Should Accompany The Annexation Agreement To The 12/12/2006 City Council Meeting As Unfinished Business After The Public Hearing)

15.  An Ordinance Amending Ordinance Number 3100, Being The Aurora Zoning Ordinance And The Zoning Map Attached Thereto, By Rezoning Property Located At 797 Spring Street From R-1 Single Family Dwelling District To P Park/Open Space District. (The City Of Aurora - AU23/3-06.368-Rz - PB/PH)

16.  An Ordinance Granting A Major Variance Petition Requesting A Zero Side Yard Setback For An Attached Carport On The Property Located At 1114 Marseillaise Place, Aurora, Illinois 60506 (Tracey Ciciora - AU20/4-06.441-V - TM)

17.  A Resolution Approving A Preliminary Plan On 100 Acres For A Updated Master Plan For The Rush Copley Medical Center Located At 2000 Ogden Avenue, Aurora, Illinois (Rush-Copley Medical Center - AU36/4-06.473-Ppn - TM)

18.  A Resolution Approving The Final Plan On 3.24 Acres For A 21,750 Square Foot Medical Office Building Located Near The SWC Of Oakhurst Drive And New York Street (Gemini Office Development - NA20/3-06.390-Fpn – TM/JHS) **(Appealable)**

PLANNING & DEVELOPMENT COMMITTEE AGENDA                                   PAGE 3
NOVEMBER 16, 2006

19.    A Resolution Approving A Waiver Of Final Plan Requirements For Additional Signage For A 3 Lot
       Retail Center At 2626 Ogden Avenue (Prairie State Enterprises Of Dauien, LLC - NA30/4-06.480-
       Fpn/W - TM) **(Appealable)**

20.    A Resolution Approving A Waiver Of Final Plan Requirements For Part Of Lot 4 Of The West Aurora
       Plaza Subdivision Unit 1 Being The McDonalds Restaurant Located At 2011 W. Galena Blvd (Arnold
       Lies Company - Au18/4-06.516-Fpn/W - PB/DF) **(Appealable)**

21.    Rivers Edge Zone Ordinances

# PENDING ITEMS

1.     Downzoning (Held from 03/16/06 meeting)

2.     PD06.084 – (Returned from C.O.W. on 05/16/06) A Resolution Granting Access Onto E Indian Trail
       For Property Located At 1187 N Farnsworth Avenue.

3.     Density Reconversion Update/Discussion – Alderman Saville. (Held from 04/27/06 meeting) (Held from
       05/11/06 meeting) (Held from 05/25/06 meeting) (Held from 06/15/06 meeting)

4.     Review And Discuss – Historic District Regulations (Place on the pending agenda 07/13/06)

**ADJOURNMENT:**

**VISIT OUR WEB SITE FOR CURRENT AGENDAS**
**http://www.aurora-il.org/aldermen/comcalendar.asp**

Aurora Planning Council Minutes
Page 1 of 1

8/16/2007
2006.390

### Regular Meeting - Tuesday, August 1, 2006- 9:00 A.M.
### Held in the City of Aurora Council Chambers
#### IV. Newly Submitted and Reactivated Petitions From Pending

B)  NA20/3-06.390-FPN - GEMINI OFFICE DEVELOPMENT - FINAL PLAN ON 3.24
ACRES FOR A 21,777 SQ FT MEDICAL OFFICE BLDG NEAR THE SWC OAKHURST
AND NEW YORK(Ward 10- JR/JHS)

Representative present, David Dastur, Tom Lehman, and Jon Vaznecis.

Mr. Dastur described the plan.  The material will be brick inlaid precast.  Their parking is more than
adequate with 46 visitor, and 25 staff spaces.  Mr. Pozzi said a fire plan is needed.

### Regular Meeting - Tuesday, October 24, 2006- 9:00 A.M.
### Held in the City of Aurora Council Chambers
#### II. Petitions To Be Voted On This Week

D)  NA20/3-06.390-FPN - GEMINI OFFICE DEVELOPMENT - FINAL PLAN ON 3.24
ACRES FOR A 21,777 SQ FT RETAIL BLDG NEAR THE SWC OAKHURST AND NEW
YORK(Ward 10- TM/JHS)

The motion to move this item forward was unanimously approved.  This item is moved to the
November 1st Planning Commission meeting.

MINUTES
Aurora Planning Commission
Regular Meeting
Wednesday, November 1, 2006
2ᵈ Floor Council Chambers

I.    CALL MEETING TO ORDER

Chairman Donnell called the meeting to order at 7:00 p.m.

II.   ROLL CALL

The following Commission Members were present:  Chairman Donnell, Mr. Bergeron, Mr. Cameron, Mrs. Cole, Mr. Divine, Mrs. Dunn, Mr. Engen, Mr. Jones, Mr. Karrels, Mr. Offutt, Mr. Pilmer, Mrs. Smilgys, and Mrs. Truax.

The following staff members were present:  Ms. Phifer, Mr. Sieben, Ms. Roehlk, Mr. Macholl, and Mr. Boutsikakis.

III.  MINUTES

IV.   CONSENT

A)    NA20/3-06.390-Fpn  - Final Plan on 3.24 acres for a 21,777 square foot retail building near the SWC of Oakhurst Drive and New York Street  by GEMINI OFFICE DEVELOPMENT (Ward 10  - TM/JHS)

      MOTION OF APPROVAL WAS MADE BY:  Mrs. Smilgys
      MOTION SECONDED BY:  Mrs. Truax
      AYES:    Mr. Bergeron, Mr. Cameron, Mrs. Cole, Mr. Divine, Mrs. Dunn, Mr. Engen, Mr. Jones, Mr. Karrels, Mr. Offutt, Mr. Pilmer, Mrs. Smilgys, Mrs. Truax
      NAYS:    None

V.    PUBLIC HEARING

A)    AU34/1-06.230-Rz/Su  - Rezoning and Special Use Petition rezoning property from R-2 and B-1 to R-2(S) on .40 acres for a daycare center at 1042 Talma Street and 528 Parker Avenue  by ALEXANDER AND MARIA MUNOZ (Ward 3  - JR/PH)

Ms. Roehlk said this is a rezoning for 2 properties.  The first property is 1042 Talma Street.  It is being rezoned from R-2 to R-2(S) with a Special Use for a Planned Development.  The 528

Planning Commission Minutes                                                     2
11/1/2006

Parker Avenue address is being rezoned from B-1 to R-2(S) with a Special Use for a Planned
Development. Right now, 1042 Talma Street has a commercial building that is currently vacant.
They are going to be rehabbing that and put a daycare facility in there. As you may know, the
528 Parker Avenue address has a garage there, actually called Harry's Garage. That's going to
be torn down and a parking lot and a playground is going to be put in its place. The Petitioner is
applying for Community Development Block Grant funding for the exterior changes to the
building, parking, and playground facility and are also asking for funding for the sprinkler of the
building. They are applying for that funding through the city. They are proposing 17 spaces that
meet the city's requirements. The landscaping kind of meets the city requirements. Since this is
an existing site and it is a small site, they are doing a lot changes to it so due to the site
constrictions it qualifies for necessary landscaping.

Chairman Donnell said why was this continued?

Ms. Roehlk said they needed time to submit their plans.

Mr. Bergeron said what would be the capacity of this?

Ms. Roehlk said they are requesting 40 kids. That's done through the Illinois Department of
Family and Child Services. At this time, they are requesting 40 children.

Mr. Bergeron said the ages would be what?

Ms. Roehlk said I would defer that to the Petitioner.

Chairman Donnell said since you published the report have you had any further public inquiries?

Ms. Roehlk said we had a couple of phone calls, just general inquiries about what was going to
be on the property, but I didn't hear any negative feedback about the use.

Chairman Donnell said I have to ask, up to the northern portion of the site, we do something that
we don't normally do, wide curb cut and 4 parking spaces. Is that just a necessity due to site
constraints?

Ms. Roehlk said that was existing actually. If they didn't have those 4 parking spaces, they
would be 4 spaces under. It is kind of a toss up. It was existing and they needed parking spaces.
I understand where you are coming from. We did discuss that.

Chairman Donnell said I guess the other option would be to give them a variance. This is housed
within a residential neighborhood, which should have some walk through traffic.

Ms. Roehlk said it could possibly have some traffic from that adjacent residential. They are
removing a lot of the asphalt along the streets too, so it is kind of a toss up.

Mr. Sieben said I believe they are showing 4 spaces along Talma. Actually you can park about 7
or 8 cars now I believe, so they are implementing some green space there in the parkway. I

know one of those is the handicapped, so it takes up kind of 2 spaces that are regular. As Janell said, it was somewhat of a trade off. It is existing there. They are adding some greenery on the perimeters of those 4 and it did get them to the minimum parking requirements based on 1 parking space per 300 square feet, similar to retail uses.

Chairman Donnell said I guess my only point is that here we have an opportunity to change a use that really hasn't followed a lot of the guidelines we have today surrounded by residential and I'd like the Petitioner maybe to address his parking needs as well. I personally like that we can locate this in a residential area. To me, that's better then out at the mall some place. Let's listen to the Petitioner on that.

The Petitioners were sworn in.

Mr. Alberto Agama of Gleason Architects spoke on behalf of Alexander and Maria Munoz. They are bringing in a project for taking care of children in the area. They would be 6 weeks old to 12 years old. They are planning to take care of children after school. There is a school nearby. They have programs for low-income families, special programs. I heard a question regarding the parking spaces. We prepared the plans you are looking at. We left some parking spaces that were existing along the front of the building facing Talma and then we basically created an interior parking space adding landscaping and meeting the requirements of fire regulations for parking. We worked with the constraints that the site offered and tried to maximize and do the best we could. In talking to the landscape architect, he mentioned he couldn't actually meet the code 100%, but he did the best he could due to the physical conditions of the land.

Mr. Jones said on Talma, the northern entrance, you have a driveway going through 2 parking places.

Ms. Roehlk said I think he is talking about the 4 spaces on Talma, the tight spot.

Mr. Agama said those are originally with the site. We needed those 4 spaces to meet the required parking.

Mr. Jones said you've got about too much apron there. What about the apron?

Chairman Donnell said I think we are talking about the driveway, which is 4 cars wide. It's the same sort of topic I was hitting on prior. I guess the question to you is do you need 2 handicapped spaces on this site for 17 spaces? Don't you need 1 for 20?

Mr. Agama said actually we only need 1.

Chairman Donnell said so you decided you needed a second handicapped space? Is that your decision?

Mr. Agama said let me look at the plan. We could eliminate 1 handicapped space and add additional landscaping instead. That's correct. It's not required to have 2 handicapped spaces.

Planning Commission Minutes                                                   4
11/1/2006

Chairman Donnell said we have 4 spaces now. If you took out those 4 spaces and put grass there, you'd have at least 2 spaces on the street that you don't have now, so it would be a net loss of 2. Now I know Planning staff has probably directed you to follow the parking requirements, but we don't commonly approve parking configurations that have a 40-foot wide apron in the parkway. We try to get the asphalt out of the parkway. The staff might have a comment on that, but I guess that's both of our questions. I guess from your standpoint, how do you think this would affect your operation to have a net loss of 2 spaces?

Mr. Agama said they consent to lose those parking spaces.

Chairman Donnell said they don't think it would negatively adversely affect their operation by not having the extra spaces?

Mr. Agama said they don't think so.

Mr. Pilmer said could I just ask for a rough estimate of how many employees you will have there?

Mr. Agama said they estimate 12 if they have full capacity for the kids. It really depends on the amount of kids they get.

Mr. Bergeron said another question that comes up, they were talking about the school, that's Dieterich School that's only a block away and there is roughly 600 students in that school and the traffic around there in the morning and in the afternoon is horrendous. Parker itself is a very busy street. You are going to have 12 employees and roughly 40 children that you are going to accommodate and you'll have a lot of traffic.

Mr. Agama said it is a small daycare center. I don't think it will impact traffic any worse. Right now they have a garage. This is really actually a very complacent site. This will be a great improvement to the community.

Mrs. Truax said what would be the pattern for dropping children off?

Mr. Agama said the entrance would be through Parker. There is only one way, so they would actually park briefly, pick up their child and go.

Chairman Donnell said which street is one-way?

Ms. Roehlk said you would enter off of Parker and then leave off of Talma.

Chairman Donnell said it appears that the drive isle is wide enough for two-way traffic.

Mr. Agama said it was required to do that because of the fire lane. It is a minimum 20 feet for a fire lane.

Planning Commission Minutes                                                    5
11/1/2006

Mrs. Truax said so if you are dropping a child off, as I understand it, you have to take the child into a daycare center, and so you would have to park.

Mr. Agama said yes they will have to.

Mrs. Truax said so you come in off of Parker, you park in one of the spaces, and then go in the door on the south of the building?

Mr. Agama said actually it is in the south, right in the corner.

Mrs. Truax said so if there are 12 employees and 17 parking spaces and 40 children, it seems to me that there's a lot…

Mr. Agama said they are approved for that amount of children, but it just a gradual. For every 10 children they require 1 teacher, so they require 4 teachers.

Mrs. Cole said for every 10 children?  Say that again.

Mr. Agama said 1 teacher for every 10 children, depending on the age.

Mrs. Cole said okay, depending on the age because for infants, if you have infants, it is 1 to 4 isn't it?

Mr. Agama said yes.

Ms. Roehlk said they reference that they got pre-approval from the Illinois Department of Children and Family Services. They did that on December 12, 2005. Just by looking at the site is where they got their approval from. They did submit a letter stating that to us and they did state 40 children.

Mrs. Cole said so they are currently licensed with the State of Illinois?

Ms. Roehlk said no. They got pre-approval. Basically they went to the State to see if it would be possible to put a daycare facility there. They still have to get licensed through them.

Mrs. Cole said and my next question, is there an entrance on the south side of that building? Is there access from the south side of the building for the parents to enter or is the only entrance for the parents to enter on the west side of the building?

Ms. Roehlk said I think the main entrance is on the southwest corner.  It's kind of by where the office is going to be.

Mrs. Cole said okay I found it.

Chairman Donnell said so the main entrance is down on the southwest corner.

Planning Commission Minutes
11/1/2006

Ms. Roehlk said the southwest corner is the main entrance and they do have some doors along this other side of the building also and there is a gate, a little door to get out of the playground area too. They are not locked, but the main entrance is at the southwest corner.

Mrs. Truax said if all the parking spaces are filled, where is someone going to park if they have to stop and drop off a child?

Mr. Agama said I guess they could wait there. It is double-wide. It is wide enough to actually hold two-way traffic if required temporarily because somebody could wait there to pick up their children. The operation takes a very short time. Of course, in a daycare operation there is not a cumulative amount of cars at a given moment. They would drop their kids and go to work and usually there is not a need to have a lot of open spaces.

Ms. Roehlk said hopefully this site will get a lot of foot traffic from the neighboring houses, since they are immersed in a single family development. That might cut down on some of the car traffic coming to the site.

Chairman Donnell said I drive Parker quite often, not so much Talma. Is there parking allowed on either one of those streets, on street parking? Does the Petitioner know? Sometimes it is posted no parking, so I guess that's the question.

Mr. Agama said it doesn't seem to have any parking restrictions on the street for residential houses around the area.

Chairman Donnell said I know the frontage along Parker now is all paved and normally has cars on it.

Mr. Agama said Parker is, but adjacent to that like Talma is a regular residential neighborhood. Cars could park on the street.

Mr. Cameron said I would be concerned on that the parking spaces adjacent to the building be kept open as much as possible for parents delivering children because you really don't want to get in the situation where they have to cross the traffic lane coming through by parking on the other side.

Chairman Donnell said I guess what I was looking at is you could park 2 cars on the street. If Talma is allowed for parking, you could park 2 cars on the street for these basically 5 paved spaces where we are crossing the sidewalk creating yet another hazard. I think Matt pointed that out earlier. A question again for the Petitioner, you talked about after school, and I'm not as up on that as Linda is, do those after school kids, those latchkey kids, do they have to have parents or can they just walk in? Like a school aged child, can he walk into your facility without a parent checking him in?

Mr. Agama said they will have eventually permission from DCSF and they will have to provide transportation for the kids.

Planning Commission Minutes
11/1/2006

Chairman Donnell said well East Aurora doesn't bus any of its kids. I don't know how they get from Dieterich to here. You have to go pick them up?

Mr. Agama said yes.

Mrs. Cole said are you going to offer pre-school care also, care in the morning before school?

Mr. Agama said yes they are.

Mrs. Cole said and that would be the same situation. The parents would have to drop them off and then you would have to make sure that they got to school in a van?

Mr. Agama said yes.

Mr. Karrels said if you have 12 employees and you're going to be using vans to pick students up from school, where are you going to be parking the vans?

Mr. Agama said they have that in the future plans, but not in the present, although they probably will have to designate one of the parking spaces for the van.

Mr. Cameron said do you foresee your employees basically each individually coming in cars or do they group together in a car pool?

Mr. Agama said the majority is only 1 family, so actually the main childcare providers will be members of a family and probably drive together.

Chairman Donnell said I have a question for the staff. It sounds like DCSF has regulated them for 40. Does the City of Aurora have any regulations based on the building size or the lot size or the parking size or do we just leave that up to DCSF?

Mr. Sieben said DCSF would specifically license them for that. This is also a commercial remodel building permit, so this is regulated by also the city, the building code. There's been several meetings with Alberto here with the building staff. That obviously is looked at too.

Chairman Donnell said do you concur at this time with the loading of 40 children at this site?

Mr. Sieben said yes.

Mr. Sieben said I just had a quick question, a clarification, just to make sure we're giving the right answer. The hang up seems to be the 12 employees. I'm curious, is that an accurate figure based on what they are proposing with the license of 40 children or is that maybe sometime in the future if they go to a higher number? I guess that's a question because that seems like a high number to me.

Mr. Agama said they are really taking the worst-case scenario of getting all the kids that they allow them to have with the ages, but it is not a real number to go by. If they take care of babies,

Planning Commission Minutes                                                            8
11/1/2006

that is one situation, or if they are 2 years old or 3 years old. It varies really with the age. They still need to go through the process of licensing and finding what exactly they are talking about. For example, if there are 3 year olds, they are allowed to have 1 teacher for up to 20 kids. This is quite high, but they won't be in that case either. It really varies. I would think that 12 employees is really a high number to estimate.

Mr. Jones said how many people would be working there at one time?

Mr. Agama said they will have teacher rotation also. That's another factor. There is not going to be all the teachers there at the same time as well as the children are not going to be there at the same time depending on the hours they need care.

Chairman Donnell said what is the answer to Mr. Jones's question? How many teachers at any one time would we have parking in this lot?

Mr. Agama said she is thinking that in the highest point it would be 8. We are considering though that every teacher will drive and have to park and that's the main concern.

Mrs. Truax said and it depends on the age of the children then, the number of teachers.

Mr. Agama said considering that it is a family affair and they are probably going to be coming together you can eliminate some of that estimation on parking.

Chairman Donnell said but the problem with that is we are not approving you guys to be on this site. We are approving a Special Use and the zoning. So if you decided a month from now that you didn't want to do this, you could sell this to someone else and then they could do whatever and they might not be a family. So from our standpoint, we have to look at it on the merits of your proposal on paper and not how you are going to operate, so we have to consider that.

Mrs. Truax said I still have my original question. So if you are dropping children off, you come through the lot, there are cars presumably, at least some cars, parked on both sides of where you are driving through so where do you get the child from the parking lot to the building? Do you have to walk between cars?

Mr. Agama said if you look at the site, there is sidewalk space along side the front of the building.

Mrs. Truax said at the front of the building. So you would park here, you would walk along with where the cars are coming through with your child to the sidewalk and then into the building or walk between cars.

Mr. Agama said it might be the case.

Mrs. Truax said wouldn't it be better to have a path somewhere along where these cars are parked so that you could get safely. This is going to be timed so that within two short periods of time there's a lot of people there. People drop their kids off, people pick their kids up. During

Planning Commission Minutes
11/1/2006

the day there's probably not much traffic, but during those two times, especially if you have 40 kids, there's going to be a lot of people here and a lot of them are going to have little kids. I'm just concerned about this kind of parking with that much traffic going through it. At 7:00 o'clock in the morning with 40 kids, there's going to be a lot of cars going through there.

Chairman Donnell said Margaret I share your concern and there's a little thing I'm going to suggest that I've used in site design. Oftentimes the handicapped spaces are not used. It is on a rare occasion that someone will actually need that handicapped space and then they are only used in half of it. The other half is a maneuvering area. So oftentimes I like to place those handicapped spaces at an area which would also serve as a pedestrian pass through. So if you really want the people to come to that front door, maybe it is in the right place, or over by the dumpster if we are going to bring people from farther in the lot. That might be a consideration or maybe center it and then you'll always have an open path for half of it and possibly a double-wide if that handicapped space is not in use.

Mr. Agama said that sounds good.

Ms. Roehlk said it probably makes the most sense to put it in the middle.

Chairman Donnell said I think so.

Ms. Roehlk said because otherwise if you put it by the trash enclosure you have people coming right off.

Chairman Donnell said right, so I would say maybe move that to the middle and then most of the people from the far side of the lot could just walk straight through there.

Mr. Cameron said I have a couple of comments on the building itself that you might want to look at. On the classrooms, I think the requirements today say you have to have the door opening into the corridor and that you can't protrude into the corridor, so you may have to look at recessing the area as you do on the north end of the multi-purpose room. I think you may have to do the same thing on the south end because you are opening out and your can't protrude into the corridor more then 4 inches with the doors, so I think you may have to look at redoing those doorways and entrances for that area.

Mr. Agama said we will actually revise. The plan is a very preliminary plan at this point. It has not been thoroughly checked for code requirements. It is a very preliminary phase. I do understand what you are pointing out.

Ms. Roehlk said basically when they apply for building permits for interior remodel, the Building and Permits Department will look at the plans more closely so that those issues would be resolved at that time.

Mr. Cameron said a lot of the childcare requirements are different then what they are for normal construction. Sometimes DCSF does not look at those items, so you want to make sure you look closely at them yourselves.

Planning Commission Minutes
11/1/2006

The public input portion of the public hearing was opened. The witnesses were sworn in.

I'm Roberta McCormak. I live at 1049 Pearl Street. I live exactly 2 blocks from this location. I walk this location sometimes twice a day if not three times a day. I have a lot of concerns where the EPA is going to come in. I know that was a former gas station. Are there gas tanks still underneath that property? The lift at one time leaked. They had to replace it. Is EPA involved in cleaning up this site before they start putting a playground there? The hours of operation, how many days a week is this going to be? There is a lot of traffic on Parker. We have a problem with speeding on Parker. The Police Department is well aware of our problems we have on speeding. The stop signs are being ran all the time. There's not a four-way stop at Talma and Parker. It is an open intersection. The stop signs are at the other direction at 5th Street and there are plenty of accidents. My concern is with this building being there, but they are talking 40 children and a very small confined area and when schools is not in session, a lot of those kids will be at this daycare center. There is going to be an awful lot of traffic and there is very limited parking over on Parker. There are no curbs and gutters on Parker.

Chairman Donnell said do you know if people do park on Parker?

Ms. McCormak said there is some parking on Parker. There are some problem properties on Parker where they have multiple parking. I know the City inspections is out there a lot.

Chairman Donnell said so in this area there is no curb and gutter?

Ms. McCormak said there is no curb and gutter at all.

My name is Angel Savaglio. I live at 370 Vaughn Circle. I don't have anything to do with this neighborhood, but I just I had a thought that maybe didn't occur to anybody before. Will they be having after school programs where other people are invited? I know if anybody has grandchildren in pre-school, they have Christmas programs or Halloween and new parents are visiting or grandparents and that would really impact parking. How would they address that?

Chairman Donnell said if the Petitioner could come back to the podium and maybe fill us in on hours of operation and the status of any kind of buried fuel tanks at this, EPA cleanup.

Mr. Agama said there was testing done and they were all negative that the property is clean. We have to go through that with the financing and the bank will approve the purchase. We had a company come in and do some boring testing and everything was clean.

Chairman Donnell said so there are no tanks?

Mr. Agama said there are no tanks.

Chairman Donnell said first off there are no tanks.