Planning Commission Minutes                                                    41
11/1/2006

just stating that the developer and the city need to come to the Fox Valley Park District and discuss this new development that was thrust upon you, I understand, but I need to represent my agency as well.

Mr. Macholl said staff would recommend conditional approval of the preliminary plan with two conditions:

1.    To delineate the Park District property on the north side of the property.
2.    To have the developer, city and Park District have talks concerning the future possible bridge across Waubonsie Creek.

MOTION OF APPROVAL WAS MADE BY: Mrs. Truax
MOTION SECONDED BY: Mr. Jones
AYES:    Mr. Bergeron, Mr. Cameron, Mrs. Cole, Mr. Divine, Mrs. Dunn, Mr. Engen, Mr. Jones, Mr. Karrels, Mr. Offutt, Mr. Pilmer, Mrs. Smilgys, Mrs. Truax
NAYS:    None

Mr. Sieben said this will next go to the November 16th Planning and Development Committee meeting. This will go to City Council on Tuesday, November 28th. Again, the Final Plan Waivers for the parking garage and the POB addition would go to the P&D Committee on November 30th. They do not go to Plan Commission. They were touched on here, but they are in keeping with the preliminary, so that will just go right to P&D on the 30th.


VII.    DISCUSSION


VIII.    ADJOURNMENT

Chairman Donnell adjourned the meeting at 9:50 p.m.

**PLANNING & DEVELOPMENT COMMITTEE**
**MEETING MINUTES**
**November 16, 2006**

**COMMITTEE PRESENT**

Alderman Michael B. Saville, Chairman, Present
Alderman Lynda Elmore, Present
Alderman John S. "Whitey" Peters, Present
Alderman Chris Beykirch, Alternate, Not Needed

**CITY OF AURORA PRESENT**

Janell Roehlk, Land Use & Zoning
Stephane Phifer, Planning Dept.
Tim Macholl, Land Use & Zoning
Mike Kamon, Neighborhood Redevelopment
Ed Sieben, Land Use & Zoning
Bill Wiet, Community Development
Stephane Phifer, Planning Department
Bill Spaeth, Planning Department
Peter Boutsikakis, Planning Department
Christiana Pascavage, Planning Department
Jennie Grobe, Historic Preservation
Karen Christensen, Downtown Development
Alayne Weingartz, Legal Department
John Banbury, Legal Department
Chuck Nelson, Mayor's Office

**OTHERS PRESENT**

Bruce Goldsmith, Attorney, Dykema Law Firm
Ken Kearns, 2626 Ogden Ave
Tracey Ciciora, 1114 Marseillaise Pl
Kevin Kane, 214 LeGrande Blvd
Alan Kato, Anderson Mikos
Frank Ferguson, Rush-Copley
Tom Verive, 2563 Adamsway, (Cypress)
Ed Schneider, McDonald's Corp
Hank Stillwell, 300 E Roosevelt Rd, Wheaton
Nan Theotold 2260 E New York
Tom Lehman, Gemini Office Development
Bernie Wilhelmsen, 888 S Edgelawn, LDA
Jim Bibby, 324 W State St
Sharon Gorrell, Realtor Association
Kristos Tsogas, 240 N Oakhurst

Bill Wiet, Director of Community Development is present for the items that are on the agenda.

**CALL TO ORDER**

Chairman Saville called the meeting to order at 4:07 p.m.

18.    **Agenda Item 18: A RESOLUTION APPROVING THE FINAL PLAN ON 3.24 ACRES FOR A 21,750 SQUARE FOOT MEDICAL OFFICE BUILDING LOCATED NEAR THE SWC OF OAKHURST DRIVE AND NEW YORK STREET (Gemini Office Development - NA20/3-06.390-Fpn – TM/JHS) (Appealable)**

Tim Macholl from Land Use and Zoning and Kristos Tsogas were present for this item.

Chairman Saville: Number 18 then, is a resolution accepting, approving a final plan for a medical office facility at Oakhurst and New York.

Tim Macholl: As was stated, it's a fairly large medical office building that's going there at the corner – or it's basically just south of the corner – of Oakhurst and New York. Pretty straightforward. I think it's a two-story building.

Kristos Tsogas: Single story.

Tim Macholl: That one's only a single story; I'm sorry, I'm confusing … everything's melting [laughs]. Basically there's residential to the east and south and they will be providing landscaping and screening for all that appropriately.

Alderman Elmore: What type of screening and landscaping?

Tim Macholl: There is, currently to the south there is an existing berm and there is landscaping on it and they will be adding a considerable amount of landscaping to that berm to help…

Ed Sieben: Tim, can you pull out the plans, please, and show her?

Tim Macholl: Yeah, sorry. Let's see…

Alderman Elmore: I can see why he thought this was two stories. It has the look of it. If you're looking at this…

Kristos Tsogas: Yeah, there's a little raised section in front but it's a single story building.

Tim Macholl: I'm kind of mixing cases.

Alderman Elmore: Is this building being built specifically for a client?

Unidentified Gentleman: We're in negotiations with a tenant; we do not currently have a lease but we still want to move ahead.

Tim Macholl: As I was saying, there's currently an existing berm here and about half of this plant material is currently installed. They will be installing the other half extensively…

Alderman Elmore:  Do you know, in looking at your guide down there -- and you may even know -- whether the existing plant material is deciduous, whether it's evergreen, what are we adding to it, because that makes your four-season coverage.

Tim Macholl:  It's a mix.  Currently there's a mix of both deciduous and evergreen, and we did take that into account when we were reviewing it and they are providing more of the same mix -- it's all mixed.  You're going to have year-round screening as opposed to all deciduous and it's, you know, in the middle of the winter when the leaves are all gone.

Alderman Elmore:  It's all dying out and you have nothing [laughs].  That's why I ask those questions; if you don't have enough of the evergreen mixes then in the winter it becomes very open to the people behind you, especially in this part of the country.  It goes away [laughs].

Kristos Tsogas:  There is an existing six-foot berm in this area that pretty much covers the first story of the housing behind it, and there's a couple openings in between the existing landscaping and we're filling that up so we're filling that up so it'll be pretty screened, even on the second story.

Alderman Elmore:  I know your entry will come in off of Oakhurst.  North of you is more business property?  Did we develop some cross-access in there or is it separated totally from that area?

(People talk over each other)

Alderman Elmore:  They've actually put plans through but they haven't decided to move on it.  And I don't know whether they will or they won't but I was just kind of curious, with most of that in there we have some cross...

Bill Wiet:  Ed would know.

Alderman Elmore:  Ed might know?

Bill Wiet:  Accessing then from the proposed Dominick's...

Alderman Elmore:  I don't know that we want it or don't want it; my question is, where they're located they're tying into an area that is, as you know, all business, retail oriented...

Ed Sieben:  Right.  There is a... I think this is the gas station site here.

Alderman Elmore:  Yeah, north of them.

Ed Sieben:  So this is a cross-access through this drive through here, I believe.  This is already existing here?

Kristos Tsogas:  Yes.  This is a private drive.

Alderman Elmore: That's the one that comes in off of Oakhurst?

Ed Sieben: That's already, yeah. Yes. That's already existing. So that will remain.

Alderman Elmore: And so this will connect... their parking lot will connect into...

Ed Sieben: Correct. The curb cut comes up off of their drive...

Alderman Elmore: It actually might be to your benefit but... because it would give people coming from other directions a way to get into the facility if you decide to move in that direction.

Chairman Saville: And there's sidewalks along Oakhurst?

Kristos Tsogas: Yes.

Tim Macholl: Right there.

Chairman Saville: Anything more to add, gentlemen? Any questions or discussion for the P&D Committee?

Alderman Elmore: I think that's the bulk of it.

Chairman Saville: Ok.

Alderman Elmore: This, apparently... I think the preliminary on this must have happened prior to this getting moved into my ward [laughs] because this is a little bit of a surprise to me, but...

Ed Sieben: I think the neighbors thought this was Chris's ward too, before, because I've talked to the gentleman in the townhomes on different issues...

Alderman Elmore: And that actually got moved over into mine, yeah. And the townhomes there are pretty nice people; I don't... have not presented this to them so they're not aware of it but I think they are aware that the property would be developed.

Ed Sieben: Yes.

Alderman Elmore: And the fact that it's an office rather than commercial, they should be very happy.

Ed Sieben: Yes.

Alderman Elmore: It's a much more...

Tim Macholl: Yeah, they're not getting a strip mall.

Alderman Elmore: It's a nice buffer between them and the retail center, and these usually are pretty quiet because they usually function in the daytime and that makes it nice. I'd be interested to know who your client is, when you can release that.

Gentleman: Ok.

Chairman Saville: Is there a motion?

Alderman Elmore: So moved.

Alderman Peters: (inaudible) I've got a couple spots in the 5th Ward; we could use a couple (inaudible).

Alderman Elmore: Yeah, it's a nice looking building. I like the way it's laid out.

Alderman Peters: It's beautiful. I second.

Chairman Saville: Second? Motion been made and second for approval on Item 18; any further discussion? All in favor say "Aye."

Alderman Peters: Aye.

Alderman Elmore: Aye.

Chairman Saville: Aye. Opposed? Motion carried 3-0.

Motion to approve by Alderman Elmore. Seconded by Alderman Peters. Motion carried 3-0.

4315 - Annexation Agreement U.I.D. Principal Annexation Agreement

4316 - Annexation Agreement with Elgin, Joliet & Eastern Railway Co. (Fox Valley East)

4317 - Annexation Agreement with Commonwealth Edison Co. (Fox Valley East)

4318 - Providing for the Execution of an Annexation Agreement with Burlington Northern - Fox Valley East

4319 - Annnexation of Fox Valley East (See Ord. #4325, #4326)

4320 - Establishing an M-1 District and Granting a Special Use - E.J.& E. Railroad - Fox Valley East (See Ord. #4325, #4327)

4321 - Establishing M-1 and Granting a Special Use - Commonwealth Edison - Fox Valley East (See Ord. #4325, #4328)

4322 - Establishing an M-1 District & Granting a Special Use - Burlington Northern - Fox Valley East (See Ord. #4325, #4329)

4323 - Establishing a Planned Development & Approving a Plan Description by Urban Investment & Development Co. - Fox Valley East (See Ord. #4325, #4330)

4325 - Repealing Ordinance #4319 - Fox Valley East Annexation

4326 - Annexation - Fox Valley East

4327 - Establishing an M-1 District & Granting a Special Use - E.J.& E.Railroad - Fox Valley East

4328 - Establishing an M-1 District and Granting a Special Use - Commonwealth Edison - Fox Valley East

4329 - Establishing an M-1 District & Granting Special Use - Burlington Northern - Fox Valley East

4330 - Establishing a Planned Development District and Approving a Plan Description - Urban Investment & Development - Fox Valley East

O93-59 - Authorizing an Extension of the Fox Valley East Principal Annexation Agreement (Aurora Venture) (7/27/93)

O93-123 - Providing for the Execution of an Amendment and Reinstatement of the Principal Annexation Agreement for Region II of Fox Valley East (Aurora Venture) (12/07/93)

O93-124 - Approving a Plan Description Modification for Certain Portions of Fox Valley East Region II (Aurora Venture) (12/07/93)

PD94-21 - Approving the Final Plan and Plat for Unit No. 52 of the Oakhurst Subdivision (05/23/94)

R97-203 - Approving a Preliminary Plat for Fox Valley East Region II Unit No. 52 - Oakhurst Resubdivision (05/27/97) (NA20/3-96.144-Fsd)

PDFNL96-56 - Approving the Final Plat for Fox Valley East, Region II Unit 52 - Oakhurst 1st Resubdivision being Vacant Land at the Southeast Corner of New York Street and Eola Road (12/12/96) (NA20/3-96.157-Fsd)

PDFNL97-48 - Approving the Final Plat for Prairie Point Center Subdivision being Vacant Land at the Southeast Corner of Eola Road and New York Street (07/24/97) (NA20/3.134-Fsd)

PDFNL02-27 – Approving the Final Plat for Unit 52 of Oakhurst Subdivision, being Vacant Land Located at the Southwest Corner of New York Street and Oakhurst Drive (Property Development Associates) (DuPage R2002-351500 – 12-18-02) (05-16-02)

PDFNL06.56 - Approving the Final Plan on 3.24 Acres for a 21,750 Square Foot Medical Office Building Located Near the Southwest Corner of Oakhurst Drive and E. New York Street (Gemini Office Development) (11-16-06)







APPROVED
DOCUMENT



APPROVED
DOCUMENT

EXTERIOR ELEVATIONS

GEMINI OFFICE DEVELOPMENT
OAKHURST DRIVE
AURORA, ILLINOIS

GEMINI OUTPATIENT FACILITY

A5.0

JENSEN & HALSTEAD LTD.

A HISTORY OF INNOVATION IN ARCHITECTURE





