WKS
4/14/2006
P0038510.DOC

# ORIGINAL



CITY OF AURORA
CITY COUNCIL

ORDINANCE NUMBER   006 - 64

DATE OF PASSAGE   July 25, 2006

PETITIONER:   The City Of Aurora

### AN ORDINANCE APPROVING A TEXT AMENDMENT TO ORDINANCE NUMBER 3100, BEING THE AURORA ZONING ORDINANCE SECTIONS 3.3, 4.3, 10.6-5.2 AND 10.6-5.5 REGARDING FINANCIAL INSTITUTIONS, AND OTHER GENERAL AUTOMOTIVE INTENSIVE USES

WHEREAS, the City of Aurora has a population of more than 25,000 persons in it and is, therefore, a home rule unit as defined in Article VII, section 6(a) of the 1970 Constitution of the State of Illinois; and

WHEREAS, said section of the Constitution authorizes a home rule unit to exercise any power and perform any function pertaining to its government and affairs for the protection of the public health, safety, morals and welfare; and

WHEREAS, the City Council of the City of Aurora has determined that it is necessary and desirable to amend the Ordinance Number 3100, being the Aurora Zoning Ordinance, in order to update and improve certain Sections of said Ordinance to better carry out the purpose and intent of said Ordinance; and

WHEREAS, on April 5, 2006, the Aurora Planning Commission, after publication of notice, held a public hearing on the amendments to said Ordinance and recommended approval of the amendment attached hereto and incorporated herein and hereinafter referred to as Exhibit "A"; and

NOW, THEREFORE, BE IT ORDAINED by the City Council of the City of Aurora, Illinois, as follows:

**Section One:** That the amendments to Ordinance Number 3100, being the Aurora Zoning Ordinance, are hereby adopted as set forth in said Exhibit "A".

**Section Two:** That this ordinance shall take effect and be in full force and effect upon its passage, signing, and publication as provided by law.

**Section Three:** That all ordinances or parts thereof in conflict herein are hereby repealed to the extent of any such conflict.

WKS
4/14/2006
P0038510.DOC

**Section Four:** That any section, phrase or paragraph of this ordinance that is construed to be invalid, void or unconstitutional shall not affect the remaining sections, phrases or paragraphs of this ordinance which shall remain in full force and effect.

**PASSED AND APPROVED** by the City Council of the City of Aurora, Illinois on this 25th day of July , 2006.

AYES 10  NAYS 0  NOT VOTING _____

**SIGNED** by the Mayor of the City of Aurora, Illinois, on this 25th day of July 2006.

_____
Mayor
City of Aurora          Illinois

Attest:

_____
City Clerk

Case File Number: KDWK-05.127-ZO

This instrument prepared by:
Aurora Planning Division
1 South Broadway
Aurora, Illinois 60505

WKS
4/14/2006
P0038510.DOC

# EXHIBIT "A"

## AMENDMENT TO ORDINANCE NUBMER 3100 BEING THE AURORA ZONING ORDINANCE SECTIONS 3.3, 4.3, 10.6-5.2 AND 10.6-5.5

PD06.140

# RECOMMENDATION

TO:        THE COMMITTEE OF THE WHOLE

FROM:      THE PLANNING & DEVELOPMENT COMMITTEE

The Planning & Development Committee At Their Regular Meeting On Thursday, June 29, 2006

Recommended **APPROVAL** OF An Ordinance Approving A Text Amendment To Ordinance Number

3100, Being The Aurora Zoning Ordinance Sections 3.3, 4.3, 10.6-5.2 And 10.6-5.5 Regarding Financial

Institutions, And Other General Automotive Intensive Uses (The City Of Aurora – KDWK-05.127-ZO –

SP/PH)

VO TE: 3-0

Submitted By _Michael B. Saville_
                Alderman Michael Saville, Chairman

_____
Alderman Lynda Elmore

_____
Alderman John S. Peters

_____
Alderman Chris Beykirch, Alternate

Dated This ___30th___ Day Of __June 2006__

# APPENDIX A: ZONING

## CHAPTER A. USE REGULATIONS ................................................................. 3

### SECTION 1. TITLE ............................................................................................. 3
1.1. This ordinance shall be known, cited and referred to as the "Aurora Zoning Ordinance." ................ 3

### SECTION 2. INTENT AND PURPOSE ........................................................... 3
2.1. This ordinance is adopted for the following purposes: .............................................................. 3

### SECTION 3. SPECIFIC REGULATIONS .......................................................... 4
3.1. In the construction of this ordinance, the rules and definitions contained in this section shall be observed and applied, except when the context clearly indicates otherwise. ........ 4
3.2. Rules. .................................................................................................................................... 4
3.3. Definitions. ........................................................................................................................... 6

### SECTION 4. USE REGULATIONS ................................................................. 28
4.1. Use Districts ........................................................................................................................ 28
4.2. Permitted Uses .................................................................................................................... 28
4.3. Special Uses ........................................................................................................................ 33
4.4. Accessory Buildings And Uses ............................................................................................. 37

### SECTION 5. BULK RESTRICTIONS .............................................................. 39
5.1. Building, Dwelling & Structure Standards .............................................................................. 39
5.2. Floor Area Ratio ................................................................................................................... 39
5.3. Height .................................................................................................................................. 39
5.4. Lot Area ............................................................................................................................... 39
5.5. Lot Coverage ........................................................................................................................ 39
5.6. Monotony Standards ............................................................................................................ 39
5.7. Nonconformity ..................................................................................................................... 39
5.8. Obstructions ........................................................................................................................ 46
5.9. Performance Standards ........................................................................................................ 48
5.10. Setbacks ............................................................................................................................. 48
5.11. Signs .................................................................................................................................. 48
5.12. Off-Street Parking And Loading ......................................................................................... 48

## CHAPTER B. ZONE DISTRICTS ................................................................ 61

### SECTION 6. PUBLIC OPEN SPACE/RECREATION/PARK DISTRICT ............... 61
6.1. Title. .................................................................................................................................... 61
6.2. Intent & Purpose .................................................................................................................. 61
6.3. District Specific Regulations .................................................................................................. 61
6.4. Use Regulations ................................................................................................................... 62
6.5. Bulk Restrictions .................................................................................................................. 62

### SECTION 7. RESIDENTIAL DISTRICTS ........................................................ 63
7.1. Purpose. ............................................................................................................................... 63
7.2. Residential Protection Standards ........................................................................................... 64
7.3. "E" Estate Single Family Detached Dwelling District ............................................................... 64
7.4. "R-1" One-Family Dwelling District. ....................................................................................... 67
7.5. "R-2" One-Family Dwelling District. ....................................................................................... 70
7.6. "R-3" One-Family Dwelling District. ....................................................................................... 71
7.7. "R-4" Two-Family Dwelling District. ....................................................................................... 73
7.8. "R-4A" Two-Family Dwelling District. ..................................................................................... 75
7.9. "R-5" Multiple-Family Dwelling District. .................................................................................. 77

7.10. "R-5A" Midrise Multiple-Family Dwelling District. ...................................................... 80

SECTION 8. BUSINESS DISTRICTS ........................................................................................ 84
8.1. Purpose ................................................................................................................... 84
8.2. "B-1" Business District--Local Retail. ................................................................... 84
8.3. "B-2" Business District--General Retail. ............................................................... 88
8.4. "B-3" Business And Wholesale District. ............................................................... 92
8.5. "O" Office district. ................................................................................................ 96
8.6. "B-B" Business-Boulevard District. ...................................................................... 98
8.7. "DC" Downtown core district. ............................................................................ 118
8.8. "F" Downtown fringe district. ............................................................................. 124
8.9. "RD" Research And Development District. ......................................................... 131
8.10. "ORI" Office, Research And Light Industry District. ....................................... 137

SECTION 9. MANUFACTURING DISTRICTS ....................................................................... 147
9.1. Purpose. .............................................................................................................. 147
9.2. "M-1" Manufacturing District, Limited. ............................................................. 148
9.3. "M-2" Manufacturing District, General. ............................................................ 154

**CHAPTER C. GENERAL PROVISIONS ...................................................... 161**

SECTION 10. ADMINISTRATION ........................................................................................ 161
10.1. Enforcing officer. .............................................................................................. 161
10.2. Zoning permit. ................................................................................................... 161
10.3. Certificate of occupancy. ................................................................................... 163
10.4. Zoning board of appeals. ................................................................................... 164
10.5. Variations. ......................................................................................................... 165
10.6. Special uses. ...................................................................................................... 168
10.7. Planned development districts. .......................................................................... 175
10.8. Overlay districts. ............................................................................................... 184

SECTION 11. AMENDMENTS ............................................................................................. 194
11.1. The plan commission of the City of Aurora, which has been duly created by the mayor and the city council, shall have the authority, responsibility and duties set forth herein. Jurisdiction. ............ 194
11.2. Jurisdiction. ...................................................................................................... 194
11.3. Meetings and rules. ........................................................................................... 195
11.4. Initiation of amendment. ................................................................................... 195
11.5. Processing application for amendment. .............................................................. 195
11.6. Decisions. .......................................................................................................... 198

SECTION 12. INTERPRETATION; PURPOSE AND CONFLICT ........................................... 199

SECTION 13. FEES ............................................................................................................. 200

SECTION 14. PENALTIES ................................................................................................... 200

SECTION 15. VALIDITY ..................................................................................................... 200

SECTION 16. WHEN EFFECTIVE ....................................................................................... 200

SECTION 17. REPEAL AND SAVING CLAUSE .................................................................... 201

SECTION 18. AUTHORITY TO SIGN .................................................................................. 201

SECTION 19. TITLE AND APPLICATION [PUBLICATION] ................................................. 201
19.1. Title. .................................................................................................................. 201
19.2. Adoption ........................................................................................................... 201

# CHAPTER A. USE REGULATIONS

## SECTION 1. TITLE

1.1. This ordinance shall be known, cited and referred to as the "Aurora Zoning Ordinance."

## SECTION 2. INTENT AND PURPOSE

2.1. This ordinance is adopted for the following purposes:

2.1-1. To promote and protect the public health, safety, morals, comfort and general welfare of the people;

2.1-2. To divide the City of Aurora into zones or districts restricting and regulating therein the location, erection, construction, reconstruction, alteration and use of buildings, structures and land for residence, business and manufacturing and other specified uses;

2.1-3. To protect the character and the stability of the residential, business and manufacturing areas within the City of Aurora and to promote the orderly and beneficial development of such areas;

2.1-4. To provide adequate light, air, privacy and convenience of access to property;

2.1-5. To regulate the intensity of use of lot areas, and to determine the area of open spaces surrounding buildings, necessary to provide adequate light and air, and to protect the public health;

2.1-6. To establish building lines and the location of buildings designed for residential, business, manufacturing or other uses within such areas;

2.1-7. To fix reasonable standards to which buildings or structures shall conform therein;

2.1-8. To prohibit uses, buildings or structures incompatible with the character of development or intended uses within specified zoning districts;

2.1-9. To prevent additions to, or alteration or remodeling of existing buildings or structures in such a way as to avoid the restrictions and limitations imposed hereunder;

2.1-10. To limit congestion in the public streets and protect the public health, safety, convenience and general welfare by providing for the off-street parking of motor vehicles and the loading and unloading of commercial vehicles;

2.1-11. To protect against fire, explosion, noxious fumes, and other hazards, in the interest of the public health, safety, comfort and general welfare;

2.1-12. To prevent the overcrowding of land and undue concentration of structures, so far as is possible and appropriate in each district, by regulating the use and bulk of buildings in relation to the land surrounding them;

2.1-13. To conserve the taxable value of land and buildings throughout the City of Aurora;

2.1-14. To provide for the elimination of nonconforming uses of land, buildings and structures which are adversely affecting the character and value of desirable development in each district;

2.1-15. And to define and limit the powers and duties of the administrative officers and bodies as provided herein.

**SECTION 3.** SPECIFIC REGULATIONS

3.1. In the construction of this ordinance, the rules and definitions contained in this section shall be observed and applied, except when the context clearly indicates otherwise.

3.2. Rules.

3.2-1. Words used in the present tense shall include the future; and words used in the singular number shall include the plural number, and the plural, the singular.

3.2-2. The word "shall" is mandatory and not discretionary.

3.2-3. The word "may" is permissive.

3.2-4. The word "lot" shall include the words "plot," "piece" and "parcel"; the word "building" includes all other structures of every kind regardless of similarity to buildings; and the phrase "used for" shall include the phrases "arranged for," "designed for," "intended for," "maintained for," and "occupied for."

3.2-5. Scope of Regulations.

3.2-5.1. No buildings or structures shall be erected, converted, enlarged, reconstructed or structurally altered, nor shall any building or land be used for any purpose other than is permitted in the district in which the building or land is located.

3.2-6. Permits.

3.2-6.1. No application for a building permit or other permit or license, or for a certificate of occupancy, shall be approved by the zoning administrator, and no permit or license shall be issued by any other city department, which would authorize the use or change in use of any land or building contrary to the provisions of this ordinance, or the erection, moving, alteration, enlargement or occupancy of any building designed or intended to be used for a purpose or in a manner contrary to the provisions of this ordinance.

3.2-7. Zoning maps.

3.2-7.1. The locations and boundaries of the districts established herein are shown upon the zoning map that is hereby incorporated into this ordinance. The zoning map, together with all notations, references and other information shown thereon, and all amendments thereto, shall be a part of this ordinance and shall have the same force and effect as if the zoning map, together with all notations, references and other information shown thereon, were fully set forth and described herein.

3.2-8. New or annexed land.

3.2-8.1. Submerged land heretofore reclaimed or which may be reclaimed hereafter, and land heretofore annexed or which may be annexed to the City of Aurora hereafter, and which is not shown on the zoning map made a part of this ordinance, shall be classified in the R-1 one-family dwelling district until such time as the city council designates the permitted use of the land in accordance with the provisions of this ordinance; provided, however, that the city council may, in the annexation ordinance, specifically determine the zoning district or districts into which such annexed land shall be classified. Where the land heretofore referred to abuts an existing or contemplated highway or street, which contemplated highway or street, in the opinion of the plan commission and the city council, may at some time in the future

become a four-lane highway or street, then the city council in the case of vacant land shall require the dedication of sufficient land to provide for a future one-hundred foot right-of-way.

3.2-9. Zoning of streets, alleys, public ways and railroad rights-of-way.

3.2-9.1. All streets, alleys, public ways and railroad rights-of-way, if not otherwise specifically designated, shall be deemed to be in the same district as the property immediately abutting upon such alleys, streets, public ways and railroad rights-of-way. Where the centerline of a street, alley, public way or railroad right-of-way serves as a district boundary, the zoning of such areas, unless otherwise specifically designated, shall be deemed to be the same as that of the abutting property up to such centerline.

3.2-10. Boundary lines.

3.2-10.1. Wherever any uncertainty exists as to the boundary of any use district as shown on the zoning map incorporated herein, the following rules shall apply:

A. Where district boundary lines are indicated as following streets, alleys or similar rights-of-way, they shall be construed as following the centerlines thereof.

B. Where district boundary lines are indicated as approximately following lot lines, such lot lines shall be construed to be such boundaries.

C. Where a lot held in one (1) ownership and of record at the effective date of this ordinance is divided by a district boundary line, the entire lot shall be construed to be within the less restricted district; provided that this construction shall not apply if it increases the area of the less restricted portion of the lot by more than twenty (20) percent.

3.2-11. General Provisions

3.2-11.1. Location of buildings.

A. Except as otherwise provided for in this ordinance, every building shall be constructed or erected upon a lot, or parcel of land, which abuts upon a public street or permanent easement of access to a public street, which easement shall have a minimum width of twenty-five (25) feet, unless an easement of lesser width was on record prior to the adoption of this ordinance.

3.2-11.2. Buildings on a zoning lot.

A. Every building hereafter erected or structurally altered to provide dwelling units, shall be located on a zoning lot as herein defined and in no case, shall there be more than one (1) such building on one (1) zoning lot, except that in a two-story garage with living quarters upon the second floor such quarters may be occupied by a servant (and his family) of the family occupying the main structure. There may also be constructed a guest house (without kitchen) or rooms for guests within an accessory building, provided such facilities are used for the occasional housing of guests of the occupants of the main structure and not for permanent occupancy by others as a housekeeping unit.

3.2-11.3. Rezoning of public and semipublic areas.

A. An area indicated on the zoning map as a public park, recreation area, public school site, cemetery, or other similar open space, shall not be used for any other

APPENDIX A ZONING                    5

purpose than that designated; and when the use of the area is discontinued, it shall automatically be zoned to the most restricted adjoining district until appropriate zoning is authorized by the city council within three (3) months after the date of application filed for rezoning.

3.3. Definitions.

ACCESSORY USES:    Is one which: is subordinate to and serves a principal building or principal use; and is subordinate in area, extent, or purpose to the principal building or principal use served; and contributes to the comfort, convenience, or necessity of occupants of the principal building or principal use served; and is located on the same zoning lot as the principal building or principal use served with the single exception of such accessory off-street parking facilities as are permitted to locate elsewhere than on the same zoning lot with the building or use served. And includes but is not limited to:

(a) A children's playhouse, garden house and private greenhouse;

(b) A garage, shed or building for domestic storage;

(c) Incinerators incidental to residential use;

(d) Storage of merchandise normally carried in stock on the same lot with any retail service or business use, unless such storage is excluded by the district regulations;

(e) Storage of goods used in or produced by manufacturing activities, on the same lot or parcel of ground with such activities, unless such storage is excluded by the district regulations;

(f) A nonpaying guesthouse or rooms for guests within an "accessory building," provided such facilities are used for the occasional housing of guests of the occupants of the principal building and not for permanent occupancy by others as housekeeping units;

(g) Servants' quarters comprising part of an accessory garage and solely for occupancy by a servant or household employee (and his or her family) of the occupants of the principal dwelling;

(h) Off-street motor vehicle parking areas, and loading and unloading facilities;

(i) Signs (other than advertising signs) as permitted and regulated in each district incorporated in this ordinance;

(j) Carports;

(k) Boathouse. A building adjacent to a body of water designed to serve as a boathouse for private use in the case of an R district and for public or private use in the case of a B-district;

(l) Public utility communication, electric, gas, water and sewer lines, their supports and incidental equipment;

             (m) Federally-licensed amateur radio station and citizens band radio operator and receive-only antennas.

| | |
|---|---|
| ACREAGE: | Any tract or parcel of land that has not been subdivided, platted and filed of legal record. |
| ADULT BUSINESS USES: | Any use described as an adult use in the License, Permits and Miscellaneous Business Regulations Chapter of the Aurora Municipal Code of Ordinances. |
| ALLEY: | A public way, not more than thirty (30) feet wide, which affords only a secondary means of access to abutting property. |
| APARTMENT: | A room or suite of rooms in a multiple-family structure, which is arranged, designed, used or intended to be used as a single housekeeping unit. Complete kitchen facilities, permanently installed, must always be included for each apartment. |
| AUTOMOBILE INTENSIVE USES | A use that caters to automobile owners by offering services for automobiles or other non-automobile related services, which can be accessed without the owner leaving the automobile.  These uses include but are not limited to Automotive Service Station, Automobile Laundry, Drive-Through Restaurant, and Drive-In Establishment. |
| AUTOMOBILE LAUNDRY: | A structure, or portion thereof, where motor vehicles are washed with the use of production-line methods, mechanized devices, or a combination thereof. |
| AUTOMOBILE LAUNDRY, MAJOR: | A structure, or portion thereof, containing two (2) or more bays for the washing of motor vehicles by manual means, by self-serve means, by mechanized means, by means of a production line, or any combination thereof; or which has an operating capacity of two (2) or more vehicles at any one (1) time. |
| AUTOMOBILE LAUNDRY, MINOR: | A structure, or portion thereof, containing one (1) bay where motor vehicles are washed by means of a fully automated mechanized process, and which has an operating capacity of only one (1) vehicle at any one (1) time. |
| AUTOMOTIVE DETAIL: | A building where motor vehicles are washed, waxed, polished or cleaned by hand; but not including any operation specified under "Automobile laundry, major or minor". |
| AUTOMOTIVE REPAIR, MAJOR: | Engine rebuilding or major reconditioning of worn or damaged motor vehicles, trailers, boats, industrial equipment, automotive or industrial engineers; collision service, including body, frame or fender straightening or repair; and overall painting of vehicles but not including the recapping of tires, or the processing of other rubber or synthetic materials that may be used. |

| | |
|---|---|
| AUTOMOTIVE REPAIR, MINOR: | Incidental repairs, replacement of parts, and motor service to motor vehicles, but not including any operation specified under "Automotive repair, major" or the servicing of small automotive engines. |
| AUTOMOBILE SERVICE BAY: | Any area within a building in which a business or service involving the maintenance, servicing, repairing, painting, washing, or detailing, as defined herein, of vehicles is conducted or rendered. |
| AUTOMOTIVE SERVICE STATION: | A place where gasoline, or any other automotive engine fuel, stored only in underground tanks, kerosene, lubricating oil or grease, for the operation of motor vehicles, or boats, are offered for sale directly to the public on the premises, and including minor automotive repairs, accessories and servicing, but not including major automotive or boat repairs or tire recapping; and also including the washing of motor vehicles where no production-line methods, mechanized devices, or combination thereof is employed. When the dispensing, sale or offering for sale of motor fuels or oil is incidental to the conduct of a public garage, the premises shall be classified as a public garage. |
| AUTOMOBILE USES: | Any uses engaged in furnishing to the general public vehicular maintenance, service, repair, painting, washing, detailing, leasing or parking, excluding automotive service stations as defined herein. |
| AUTOMOBILE WRECKING YARD: | Any place where two (2) or more motor vehicles not in running condition, or parts thereof, are stored in the open and are not being restored to operation, or any land, building or structure used for wrecking or storing of such motor vehicles or parts thereof, and including any used farm vehicles or farm machinery, or parts thereof, stored in the open and not being restored to operating condition; and including the commercial salvaging of any other goods, articles or merchandise. |
| AWNING: | A roof like cover, temporary in nature, which projects from the wall of a building and overhangs the public way. |
| BASEMENT: | A story partly or wholly underground. Where more than one-half of its height is above the established curb level or above the average level of the adjoining ground where curb level has not been established, a basement shall be counted as a story for purposes of height measurement. |
| BILLBOARD: | Any structure or portion thereof upon which are signs or advertisements used as an outdoor display. This definition does not include any bulletin boards used to announce church services or to display official court or public office notices, or signs advertising the sale or lease of the premises on which the sign is located. |

| | |
|---|---|
| BLOCK: | A tract of land bounded by streets or, in lieu of a street or streets, by public parks, cemeteries, railroad rights-of-way, bulkhead lines or shorelines of waterways or a corporate boundary line of the city. |
| BOARDINGHOUSE: | A building other than a hotel or restaurant where meals are provided for compensation to four (4) or more persons, but not more than twelve (12), who are not members of the keeper's family. |
| BOATHOUSE: | A building designed to serve as a private or public boathouse for the storage of boats and for the servicing of boats, boat engines and equipment. |
| BUILDABLE AREA: | The space remaining on a zoning lot after the minimum open space requirements of this ordinance have been complied with. |
| BUILDING: | Any structure with substantial walls and roof securely affixed to the land and entirely separated on all sides from any other structure by space or by walls in which there are no communicating doors, windows or openings; and which is designed or intended for the shelter, enclosure or protection of persons, animals or chattels. Any structure with interior areas not normally accessible for human use, such as gasholders, oil tanks, water tanks, grain elevators, coalbunkers, oil cracking towers and other similar structures are not considered as buildings. |
| BUILDING, COMPLETELY ENCLOSED: | A completely enclosed building is a building separated on all sides from the adjacent open space, or from other buildings or other structures, by a permanent roof and by exterior walls or party walls pierced only by windows and normal entrance or exit doors. |
| BUILDING HEIGHT: | The vertical distance measured from the sidewalk level or its equivalent established grade opposite the middle of the front of the building to the highest point of the roof in the case of a flat roof; to the deck line of a mansard roof; and to the mean height level between eaves and ridge of a gable, hip or gambrel roof; provided, that where buildings are set back from the street line, the height of the building may be measured from the average elevation of the finished lot grade at the front of the building. |
| BUILDING LINE: | The line nearest the front of and across a lot establishing the minimum open space to be provided between the front line of a building or structure and the street right-of-way line. |
| BUILDING, NONCONFORMING: | Any building which does not conform to the regulations of this ordinance prescribing the maximum floor area ratio, required yards, coverage, height and setbacks, minimum required spacing between buildings on a single lot, and minimum required usable open space for the district in which such building is located. |
| BUILDING, PRINCIPAL: | A building in which is conducted the main use of the zoning lot on which it is situated. |

APPENDIX A ZONING                    9

| | |
|---|---|
| BUILDING SETBACK LINE: | A line parallel to the street line at a distance from it, regulated by the front yard requirements set up in this ordinance. |
| BULK: | The term used to describe the size and mutual relationships of buildings and other structures, as to size; height; coverage; shape; location of exterior walls in relation to lot lines, to the centerline of streets, to other walls of the same building, and to other buildings or structures; and to all open spaces relating to the building or structure. |
| BUS LOT: | Any lot or land area for the storage or layover of passenger buses or motor coaches. |
| BUSINESS: | An occupation, employment or enterprise that occupies time, attention, labor, and materials, or wherein merchandise is exhibited or sold, or where services are offered. |
| BUSINESS AREA: | A zoning lot or portion of a zoning lot designed or used for purposes other than residential. |
| BUSINESS ESTABLISHMENT: | A structure, or lot, used in whole or in part as a place of business, the ownership or management of which is separate and distinct from the ownership or management of any other place of business located on the same or other lot. |
| CARRYOUT OR DELIVERY FOOD ESTABLISHMENTS: | An eating establishment whose principal business is the sale of food and beverages for carryout or delivery. |
| CARTAGE, LOCAL: | Pickup and delivery of parcels, packages and freight by motor truck within and not exceeding twenty-five (25) miles of the city. |
| CATEGORY LINE: | The line parallel to a major street and which serves as a boundary between different residential categories on a single parcel. |
| CATEGORY YARD: | An open space, unoccupied and unobstructed from its lowest level upward, and which extends along a category line to a depth or width specified in the yard regulations of the residential (housing) standards of the B-B district. |
| CELLAR: | A "cellar" is a story having more than one-half of its height below the curb level or below the highest level of the adjoining ground. A cellar shall not be counted as a story for the purpose of height measurements. |
| CHURCH: | A building set apart for public worship, including chapels, mosques, synagogues, temples and other places of worship; provided that any building in which regular worship assemblies are held shall be considered a church. |

| CLINIC, MEDICAL OR DENTAL: | A building containing an individual practitioner or an association or group of licensed physicians; surgeons, dentists, clinical psychologists, or similar professional health care practitioners, including assistants. The clinic may include apothecary, dental and medical laboratories, and/or X-ray facilities, but shall not include in-patient care or operating rooms for major surgery. |
|---|---|
| CLINIC OR MEDICAL CENTER: | A "medical center" or "medical clinic" is an establishment where three (3) or more licensed physicians, surgeons or dentists engage in the practice of medicine or dentistry, operating on a group or individual basis with pooled facilities, which need not, but may, include coordinated laboratory, X-ray and allied departments, and the diagnosis and treatment of humans, a drug prescription counter (not a drugstore) for the dispensing of drugs and pharmaceutical products, orthopedic or optical devices to the patients of said physicians, surgeons and dentists; but not including any exterior display or advertising sign. |
| CLUB OR LODGE, PRIVATE: | A structure or part thereof used by a not-for-profit association of persons who are bona fide members paying dues and where facilities are restricted to members and their guests. Food and alcoholic beverages may be served on its premises provided they are secondary and incidental to the principal use, and further providing that adequate dining room space and kitchen facilities are available and that the sale of alcoholic beverages is in compliance with applicable federal, state, and City of Aurora laws. |
| COMMUNITY RESIDENCE, FAMILY: | A dwelling structure occupied by a group of four (4) to six (6) unrelated persons with disabilities, plus paid resident support staff provided by a sponsoring agency, who live together in a family-like environment on a long-term basis. |
| COMMUNITY RESIDENCE, GROUP: | A dwelling structure occupied by a group of seven (7) or more unrelated persons with disabilities, plus paid resident support staff provided by a sponsoring agency, who live in a family-like environment on a long-term basis. |
| CORNER LOT: | See lot, corner. |
| CORNER LOT, REVERSED: | See lot, reversed corner. |
| COVERAGE, LOT: | See lot coverage. |
| CURB LEVEL: | The level of the established curb in front of the building measured at the center of such front. Where a building faces on more than one (1) street, the "curb level" shall be the average of the levels of the curbs at the center of the front of each street. Where no curb elevation has been established, the mean level of the land immediately adjacent to the building shall be considered the "curb level." |

| | |
|---|---|
| DAY CARE CENTER: | Any child care facility which regularly provides day care for less than twenty-four-hour days (1) for more than eight (8) children in a family home, or (2) more than three (3) children in a facility other than a family home, which complies with all the licensing requirements for the State of Illinois, Department of Children and Family Services (refer to Illinois Revised Statutes). The day care center provides supplemental parental care and supervision and/or educational instruction. |
| DOWNTOWN CORE: | The downtown core shall be as described in the Downtown Core Section hereof. |
| DOWNTOWN FRINGE: | The downtown fringe shall be as described in the Downtown Fringe Section hereof. |
| DISABILITY: | A physical or mental impairment, which substantially limits one (1) or more of a person's major life activities, impairs their ability to live independently, or a record of having such an impairment, or being regarded as having such an impairment. The term shall include, but not be limited to, persons who are developmentally or physically disabled, the mentally ill, recovering alcoholics, and those suffering from communicable diseases. The term shall not include: (i) an individual who is currently illegally using or is addicted to a controlled substance, as defined in Section 102 of the Controlled Substances Act (21 USC 802); or (ii) an individual whose tenancy, as evidenced by a history of overt acts or current conduct, would constitute a direct threat to the health or safety of other individuals or whose tenancy would result in substantial physical damage to the property of others. |
| DISH ANTENNA: | A parabolic-shaped receiver and/or transmitter for entertainment and communication transmissions. |
| DRIVE-IN ESTABLISHMENT: | A business establishment, other than a drive-in or drive-through restaurant, so developed and used that its retail or service character is dependent, in whole or in part, on providing a driveway approach for motor vehicles to serve patrons while in the motor vehicle rather than within a building or structure. |
| DRIVE-IN RESTAURANT: | An eating establishment whose principal business is the sale of food and beverages served directly to the customer in a motor vehicle by an employee outside the confines of the building. |
| DRIVE-THROUGH RESTAURANT: | An eating establishment that provides a driveway approach for the serving of food and beverages to customers in a motor vehicle and which may also provide an indoor seating area with a minimum of two (2) tables and four (4) chairs. Accessory outdoor seating may be provided. Carryout and delivery service must be an accessory use. |

APPENDIX A ZONING                    12

| | |
|---|---|
| DWELLING: | A building or portion thereof, but not including a house trailer or mobile home, designed or used exclusively for residential occupancy, including one-family dwelling units, two-family dwelling units and multiple-family dwelling units, but not including hotels, boardinghouses or lodging houses. |
| DWELLING, GROUP: | Two (2) or more one-family, two-family or multiple-family dwellings, or boardinghouses or lodging houses, located on one (1) zoning lot, but not including tourist courts or motels. |
| DWELLING, MULTIPLE-FAMILY: | A building or portion thereof designed or altered for occupancy by three (3) or more families living independently of each other. |
| DWELLING, ONE-FAMILY: | A building designed exclusively for use and occupancy by one (1) family, and entirely separated from any other dwelling by space. |
| DWELLING, ROW (PARTY WALL): | A row of two (2) to six (6) attached, one-family, party wall dwellings, not more than two (2) rooms in depth measured from the building line. |
| DWELLING, TWO-FAMILY: | A building designed or altered to provide dwelling units for occupancy by two (2) families. |
| DWELLING UNIT: | One (1) or more rooms in a residential structure or apartment hotel, designed for occupancy by one (1) family, for living and sleeping purposes. |
| EDUCATIONAL INSTITUTION: | Public, parochial, charitable or nonprofit junior college, college or university, other than trade or business schools, including instructional and recreational uses, with or without living quarters, dining rooms, restaurants, heating plants and other incidental facilities for students, teachers and employees. |
| FACADE: | Any side of a building that faces a public street or a main parking area on the site. |
| FAMILY: | One (1) or more persons related by blood, marriage, or adoption, or a group of not more than three (3) persons (excluding servants) who need not be related by blood, marriage or adoption, living together and maintaining a common household, but not including sororities, fraternities or similar organizations. |
| FINANCIAL INSTITUTIONS | Banks, currency exchanges, credit unions, finance companies, brokerage offices, pay day loan stores, and other similar establishments. |
| FLEA MARKET: | A retail facility that is divided into booths, which can be individually rented or leased to multiple vendors. |
| FLOOD-CREST ELEVATION: | The elevation equal to the flood-crest level of record designated by the city engineer or another governmental official or body having jurisdiction applicable to the property. |

| | |
|---|---|
| FLOODPLAIN AREA: | That continues area adjacent to a stream, stream bed or any stormwater retention area and its tributaries, with an elevation equal to or lower than the flood crest elevation, including also land subject to the risk of overflow which is less than ten (10) acres in area and has an elevation higher than flood-crest elevation and which is surrounded by land with an elevation equal to or lower than the flood-crest elevation, and land subject to the risk of overflow which is less than five (5) acres in area, has an elevation equal to or higher than flood-crest elevation and is bordered on three (3) sides by land with an elevation equal to or lower than the flood-crest elevation. |
| FLOODPLAIN FRINGE AREA: | An area lying outside of a floodplain area and is immediately adjacent to and adjoining the floodplain area but not extending more than one hundred (100) feet therefrom. |
| FREESTANDING MICROWAVE RECEIVING ANTENNA: | A device specifically designed and utilized for the reception of microwave signals transmitted via communication satellites. |
| GARAGE, BUS: | Any building used or intended to be used for the storage of three (3) or more passenger motorbuses, or motor coaches used in public transportation, including school buses. |
| GARAGE, BUS OR TRUCK: | A building which is used or intended to be used for the storage of motor trucks, truck trailers, tractors and commercial vehicles exceeding one and one-half (1 1/2) tons in capacity. |
| GARAGE, PRIVATE: | A detached accessory building or portion of the principal building, designed, arranged, used or intended to be used for the storage of automobiles of the occupants of the premises. |
| GARAGE, PUBLIC: | A building other than a private garage, used for the care, incidental servicing and sale of automobile supplies, or where motor vehicles are parked or stored for remuneration, hired or sale within the structure, but not including trucks, tractors, truck trailers and commercial vehicles extending one and one-half (1 1/2) tons in capacity. |
| GROSS LEASABLE AREA (GLA): | All area within the outside walls of a building less stairs, elevators, flues, pipe shafts, vertical ducts and balconies. |
| GUESTHOUSE: | Living quarters within a detached accessory building located on the same premises with the principal building for use by contemporary guests of the occupants of the premises. Such quarters shall have no kitchen facilities nor be rented or otherwise used as a separate dwelling. |
| HALFWAY HOUSE, CORRECTIONS: | A temporary living arrangement, which serves as an alternative to incarceration of persons for criminal offenses. |

APPENDIX A ZONING                    14

| HALFWAY HOUSE, THERAPY: | A temporary residential living arrangement for persons who are receiving therapy and counseling from support staff, who are present at all times residents are present, for the purpose of helping residents recuperate from the effects of drug or alcohol addiction, or short-term mental illness. |
|---|---|
| HEALTH CLUB: | The meeting place of a group of persons organized for the purpose of improving the general condition of their health through exercise. |
| HELICOPTER: | Any rotary wing aircraft which depends principally for its support and motion in the air upon the lift generated by one (1) or more power-driven rotors rotating on a substantially vertical axis. All helicopters using heliports/helistops shall comply with Federal Aviation Regulation (FAR) part 336. |
| HELIPORT: | Any area of land, water or structural surface which is designed, used or intended to be used for the landing and takeoff of helicopters and any pertinent areas which are designed, used or intended to be used for a helicopter building or other facilities which have received a certificate of approval from the Division of Aeronautics, State of Illinois, Department of Transportation and a special use permit from the City of Aurora to operate said heliport. |
| HELISTOP: | An aeronautic facility used for periodic on and off loading of passengers and/or cargo as carried by helicopters with little or no ground support capability. |
| HOME OCCUPATION: | Any use customarily conducted entirely within a dwelling and carried on by the inhabitants thereof, which use is clearly incidental and secondary to the use of the dwelling for dwelling purposes and does not change the character thereof; and provided that no article is sold or offered for sale except such as may be produced on the premises by members of the immediate family. Offices, clinics, doctors' offices, hospitals, barbershops, beauty parlors, dress shops, millinery shops, antique shops, gift shops, real estate offices, machine shops, automobile repair shops, woodworking shops, welding shops, tearooms, restaurants, tourist homes, animal hospitals, kennels, among others, shall not be deemed to be home occupations. Any home occupation that creates objectionable noise, fumes, odor, dust, electrical interference or more than normal residential traffic shall be prohibited. |
| HOMETEL: | A hotel offering suites with living, kitchen and sleeping areas, and licensed as such by the State of Illinois. |
| HOSPITAL OR SANITARIUM: | An institution open to the public in which patients or injured persons are given medical or surgical care; or for the care of contagious diseases or incurable patients. |

| HOTEL OR MOTEL: | A building in which fifty (50) percent or more of the rooms or suites are reserved to provide living and sleeping accommodations for temporary guests, who are lodged with or without meals, and in which no provisions are made for cooking in any individual room or suite. |
|---|---|
| HOTEL, TRANSIENT: | A building in which fifty (50) percent or more of the rooms or suites are reserved to provide living and sleeping accommodations for temporary guests, who are lodged with or without meals. |
| HOUSEHOLDER: | The occupant of a dwelling unit who is either the owner or lessee thereof. |
| INDIVIDUALLY ACCESSIBLE PARKING SPACE: | A required parking space that is designed so that access to said space shall not be obstructed by use of another required parking space. |
| JUNKYARD: | Open area where waste, scrap metal, paper, rags or similar materials are bought, sold, exchanged, stored, baled, packed, disassembled or handled, including auto and building wrecking yards, but excluding similar uses taking place entirely within a completely enclosed building. |
| KENNEL, COMMERCIAL: | Any lot or premises on which two (2) or more domestic animals, at least four (4) months of age, are kept, boarded for compensation, or kept or bred for sale. |
| LABORATORY, COMMERCIAL: | Laboratory is a building, structure, or portion thereof which is devoted to experimental study such as testing and analyzing but not including the manufacturing, assembly, or packaging of products for sale either directly or indirectly. |
| LABORATORY, RESEARCH: | A building or group of buildings in which are located facilities for scientific research, investigation, testing and experimentation, but not primarily facilities for the manufacture or sale of products, except as incidental to the main purpose of the laboratory. |
| LAND USE DIVISION LINE: | The line, parallel to a major street and which serves as a boundary between commercial and residential developments on a single parcel. |
| LARGE SCALE DEVELOPMENT: | A development or redevelopment project having gross leasable area of thirty thousand (30,000) square feet or greater, which is developed as a unit under unified or coordinated control of its planning and development. |
| LIMITED-ACCESS HIGHWAY: | A public highway or street, including a toll highway, designed for through traffic and to, from or over which owner of, or persons having interest in, abutting property or other persons having no right or easement, or only limited right or easement, of access, crossing, light, air or view by reason of the fact that said property abuts upon such highway or street, or for any other reason. |

| | |
|---|---|
| LINE OF A BUILDING (FOR MEASURING YARDS): | A line parallel to the nearest lot line drawn through the point of a building or group of buildings nearest to such lot line, exclusive of such features specified as being permitted to extend into a yard. |
| LOADING AND UNLOADING SPACE, OFF-STREET: | An open hard-surfaced area of land other than a street or a public way, the principal use of which is for the standing, loading and unloading of motor trucks, tractors and trailers, to avoid undue interference with the public use of streets and alleys. Such space shall be not less than ten (10) feet in width, forty-five (45) feet in length and fourteen (14) feet in height, exclusive of access aisles and maneuvering space. |
| LODGING HOUSE OR ROOMING HOUSE: | A building with not more than five (5) guestrooms where lodging is provided for compensation pursuant to previous arrangement, but not open to the public or to overnight guests. |
| LODGING ROOM: | A room rented as sleeping and living quarters, but without cooking facilities and with or without an individual bathroom. In a suite of rooms without cooking facilities, each room that provides sleeping accommodations shall be counted as one (1) lodging room for the purposes of this ordinance. |
| LOT: | The word "lot" when used alone shall mean a "zoning lot" unless the context of this ordinance clearly indicates otherwise. |
| LOT, CORNER: | A parcel of land situated at the intersection of two (2) or more public and/or private streets or adjoining a curved street at the end of a block. |
| LOT COVERAGE: | The area of a zoning lot occupied by the principal building or buildings and accessory buildings. |
| LOT DEPTH: | The horizontal distance between the front and rear lot lines measured in the mean direction of the side lot lines. |
| LOT, FRONTAGE: | The front of a lot shall be that boundary of a lot along a public street; for a corner lot, the owner may elect either street line as the front lot line. |
| LOT, INTERIOR: | A lot other than a corner or reversed corner lot. |
| LOT LINE, EXTERIOR: | A side lot line of a corner lot, said line being common with a public street property line. |
| LOT LINE, FRONT: | The front property line of a zoning lot. |
| LOT LINE, INTERIOR: | A side lot line common with another lot. |
| LOT LINE, REAR: | The "rear lot line" is the lot line or lot lines most parallel to and most remote from the front lot line. Lot lines other than front or rear lot lines are side lot lines. |

APPENDIX A ZONING                                17

| | |
|---|---|
| LOT, REVERSED CORNER: | A corner lot, the rear of which abuts upon the side of another lot, whether across an alley or not. |
| LOT, THROUGH: | A lot having frontage on two (2) parallel or approximately parallel streets, and which is not a corner lot. |
| LOT, WIDTH: | The horizontal distance between the side lot lines measured at right angles to the lot depth at the established front building line. |
| LOT, ZONING: | See zoning lot. |
| MANUFACTURE: | The making of anything by any agency or process. |
| MANUFACTURING ESTABLISHMENT: | A lot and structure, the principal use of which is manufacturing, fabricating, processing, assembling, repairing, storing, cleaning, servicing, or testing of materials, goods or products. |
| MARQUEE OR CANOPY: | A roof like structure of a permanent nature, which projects from the wall of a building and overhangs the public way. |
| MOTOR FREIGHT TERMINAL, PRIVATE: | A building in which freight, brought to said building by motor truck, is assembled and sorted for routing in intrastate and interstate shipment by motor truck. |
| MOTOR TRUCK REPAIR SHOP: | A premise where motor trucks, tractors, truck trailers and industrial and commercial vehicles in excess of one and one-half (1 1/2) tons in capacity, or their bodies, are overhauled, rebuilt or repaired. |
| NIGHTCLUB: | A place of entertainment open at night, for eating, drinking, dancing, etc., and usually having a floorshow. |
| NONCONFORMING USE: | Any building, structure or land lawfully occupied by a use or lawfully established at the time of the adoption of this ordinance or amendments hereto, which does not conform after the adoption of this ordinance or amendment hereto with the use regulations of this ordinance. |
| NOXIOUS MATTER: | Noxious matter is material that is capable of causing injury to living organisms by chemical reaction or is capable of causing detrimental effects upon the psychological, social or economic well being of individuals. |
| NURSERY, DAY: | An institution providing care for three (3) or more children under the age of four (4) years for periods of more than four (4) hours, but not exceeding twenty-four (24) hours. |
| NURSERY SCHOOL: | An institution providing day care service for children from four (4) to six (6) years of age. |
| NURSING HOME OR REST HOME: | A private home for the care of children or the aged or infirm, or a place of rest for those suffering bodily disorders, but not including facilities for the treatment of sickness or injuries or for surgical care, and which is licensed by the state and city if required by ordinance. |

APPENDIX A ZONING                    18

| | |
|---|---|
| OCTAVE BAND: | An "octave band" is a means of dividing the range of sound frequencies into octaves in order to classify sound according to pitch. |
| OPERATING HOURS: | Those hours that a business is functioning, open, and accessible to the general public for the purposes of conducting business. |
| ORDINANCE: | Reference to "ordinance" herein shall be construed as the zoning ordinance. |
| PANEL TRUCK OR STEP VAN: | A motor vehicle designed, used or maintained primarily for transportation of property which does not exceed the standards of a State of Illinois licensure classification of "B" and which is at least eight and one-half (8 1/2) feet in height and eighteen (18) feet in length. |
| PARCEL DELIVERY STATION: | A building in which commodities, sold at retail within the area and packaged by the retailer, are assembled and routed for delivery to retail customers located within the area. |
| PARKING AREA, PRIVATE: | An open, hard-surfaced area of land, other than a street or public way, designed, arranged and made available for the storage of private passenger automobiles only, of occupants of the building or buildings for which the parking area is developed and is accessory. |
| PARKING AREA, PUBLIC: | An open, hard-surfaced area, other than a street or public way, intended to be used for the storage of passenger automobiles and commercial vehicles under one-and-one-half-ton capacity, and available to the public, whether for compensation, free or as an accommodation to clients or customers. |
| PARKING SPACE, AUTOMOBILE: | Space within a public or private parking area of not less than one hundred and seventy (170) square feet (eight and one-half (8 1/2) feet by twenty (20) feet), exclusive of access drives or aisles, ramps, columns or office and work areas, for the storage of one (1) passenger automobile or commercial vehicle under a one-and-one-half-ton capacity. |
| PARSONAGE: | The dwelling provided by a church for the use of its minister or priest, in which no regular worship assemblies are held. |
| PARTICULATE MATTER: | Particulate matter is material that is suspended in or discharged into the atmosphere in finely divided form as a liquid or solid at atmospheric pressure and temperature. |
| PASSENGER VEHICLE: | A motor vehicle which is self-propelled and designed for not more than twelve (12) persons. |

PERFORMANCE
STANDARDS:

Performance standards are criteria established to control noise, odor, glare and heat, exterior lighting, vibration, smoke, toxic or noxious matter, gases, particulate matter, fire and explosion hazards, wastes, and radiation hazards generated by or inherent in uses of buildings, structures, or land. Some of the terms most used in performance standards include but are not limited to the following:

1. Frequency signifies the number of oscillations per second in a sound wave and an index of the pitch of the resulting sound.

2. Noise pollution. The emission of sound that unreasonably interferes with the enjoyment of life or with any lawful business or activity.

3. Noxious matter. Is a material that is capable of causing injury to living organisms by chemical reaction or is capable of causing detrimental effects upon the psychological, social or economic well being of individuals.

4. Octave band. A means of dividing the range of sound frequencies into octaves in order to classify sound according to pitch.

5. Odor. The minimum concentration of odorous matter in the air that can be detected as an odor.

6. Odorous matter. Material that is gas, liquid or solid that causes an odor sensation to a human being.

7. Odor threshold. The minimum concentration of odorous matter in the air that can be detected as an odor. Odor thresholds for many materials and compounds can be found in Table III, Chapter 5, of Air Pollution Abatement Manual, copyright 1951 by the Manufacturing Chemists Association, Inc., Washington, D.C.

8. Opacity means the quality of state of an object that renders it impervious to the rays of light; the degree of nontransparency.

9. Particulate matter. The material, other than water, which is suspended in or discharged into the atmosphere in finely divided form as a liquid or solid such as dust, at atmospheric pressure and temperature.

10. Radiation hazards. The deleterious and harmful effects of all ionizing radiation, which shall include all radiation capable of producing ions in its passage through other matter. Such radiations shall include, but not limited to, electromagnetic radiations such as X-rays and gamma rays and particulate radiations such as electrons or beta particles, protons, neutrons, and alpha particles.

11. Ringelmann Chart. The chart published and described in the

Bureau of Mines, U.S. Department of the Interior, Information Circular 8333 (Revision of IC 7718), May 1, 1967, or any adaptation thereof. The chart illustrates graduated shades of gray for use in estimating the light-obscuring capacity of smoke and smoke density.

12. Ringelmann Number. The number of the area on the Ringelmann Chart that coincides most nearly with the visual density of emission or the light-obscuring capacity of smoke.

13. Sound level. The intensity of sound of an operation or use as measured in decibels.

14. Sound level meter. An instrument standardized by the American Standards Association for the measurement of the intensity of sound.

15. Smoke. Small gas-borne particles resulting from incomplete combustion, consisting predominantly but not exclusively of carbon, ash and other combustible material, which form a visible plume in the air.

16. Smoke units. "Smoke units" represent the number obtained by multiplying the smoke density in Ringelmann Numbers by the time of emission in minutes. For the purpose of this calculation, a Ringelmann density reading is made at least once every minute during the period of observation. Each reading is then multiplied by the time in minutes during which it is observed, and the various products are added together to give the total number of smoke units observed during the total period under observation.

17. Toxic material or matter. A substance (liquid, solid, or gaseous) that by reason of an inherent deleterious property tends to destroy life or impair health.

18. Toxic substances. Any gas, liquid, solid, semisolid substance or mixture of substance, which if discharged into the environment could, along or in combination with other substances likely to be present in the environment, cause or threaten to cause bodily injury, illness, or death to members of the general public through ingestion, inhalation, or absorption through any body surface. In addition, substances that are corrosive, irritants, strong sensitizers, or radioactive substances shall be considered toxic substances for the purposes of this ordinance.

Vibration. The motion that repeatedly reverses itself. A continuously reversing motion, such as is produced by a machine (for example, a compressor or a fan) is known as steady-state vibration. Vibration may also result from suddenly applied force, which produces a reversing motion of decreasing intensity. Such vibrations are known as impact vibrations, and are produced by forge hammers, punch

presses, and other impact machinery.

| | |
|---|---|
| PILOT PLANT: | A building or structure used for the testing of commercial or industrial processes and products and for the manufacturing of products for testing purposes. |
| PLAN COMMISSION: | The Aurora plan commission. |
| PLANNED DEVELOPMENT: | A "planned development" is a tract of land which includes two (2) or more principal buildings and one (1) or more principal uses and which is developed as a unit under single ownership or under single, unified or coordinated control of its planning and development. |
| POLICE INCIDENT: | A documented service call chronicled by the City's Police Department Records Division, which call occurs with regard to a given property, concerning quality of life issues for the residents of said property and the surrounding neighborhood, and involving crimes against people, crimes against property, drug/alcohol violations, and related matters. |
| POOLROOMS: | As defined Chapter 8 AMUSEMENTS of the Aurora Code of Ordinances. |
| PORCH: | A roofed-over structure, projecting out from the wall or walls of a main structure and commonly open to the weather in part. |
| PROPERTY USER: | The owner, lessee, licensee or other party occupying each lot or similarly defined property for the purpose of operating a business. |
| PUBLIC TELEPHONE BOOTH: | A booth in which is installed a telephone for public use, said booth not enclosed in a building or structure but standing by itself in the open. |
| PUBLIC UTILITY: | Any person, firm, corporation or municipal department, duly authorized to furnish under public regulation to the public, electricity, gas, steam, telephone, telegraph, transportation or water. |
| RAILROAD RIGHT-OF-WAY: | A strip of land with tracks and auxiliary facilities for track operations, but not including depots, loading platforms, stations, train sheds, warehouses, car shops, car yards, locomotive shops or water towers. |

RECREATIONAL VEHICLE:

A vehicle, self-propelled or by other means, such as, but not limited to, a camper, camping trailer, mini motor home, motor home, or travel trailer, used primarily for recreational purposes.

RESIDENTIAL AREA:

A zoning lot or portion of a zoning lot designed or used exclusively for residential purposes.

RESTAURANT:

An establishment where food and beverages can be purchased and eaten on the premises. Must provide an indoor seating area with a minimum of two (2) tables and four (4) chairs. Accessory outdoor seating may be provided. Carryout and delivery service may only be an accessory use. Establishments with drive-in or drive-through services are not permitted.

RINGELMANN NUMBER:

The "Ringelmann Number" is the number of the area on the Ringelmann Chart that coincides most nearly with the visual density of emission.

ROOF LINE:

The part of the roof or parapet that covers the major area of the building.

SETBACK LINE, BUILDING:

See building setback line.

SETBACK LINE, EXTERIOR:

A line parallel to and at a distance from the exterior lot line regulated by the side yard requirements of this ordinance.

SETBACK LINE, INTERIOR:

A line parallel to and at a distance from the interior lot line regulated by the side yard requirements of this ordinance.

SIGN:

A "sign" is a name, identification, description, display or illustration which is affixed to, or painted, or represented directly or indirectly upon a building, structure or piece of land, and which directs attention to an object, product, place, activity, person, institution, organization or business; however, a sign shall not include any display of official court or public office notices nor shall it include the flag, emblem or insignia of a nation, political unit, school or religious group. It shall not include a sign located completely within an enclosed building unless the context shall so indicate. Each display of a sign shall be considered to be a sign.

SIGN, ADVERTISING:

An "advertising sign" is a sign that directs attention to a business, commodity, service or entertainment conducted, solid or offered elsewhere than upon the premises where such sign is located, or to which it is affixed.

SIGNS, BUSINESS:

A "business sign" is a sign that directs attention to a business or profession conducted or to a commodity, service or entertainment sold or offered upon the premises where such sign is located, or to which it is affixed.

APPENDIX A ZONING                    23

| | |
|---|---|
| SIGN, FLASHING: | A "flashing sign" is any illuminated sign on which the artificial light is not maintained stationary and/or constant in intensity and color at all times when such sign is in use. For the purpose of this ordinance, any revolving, illuminated sign shall be considered a flashing sign. |
| SIGN, GROSS SURFACE AREA OF: | The gross surface area of a sign shall be the entire area within a single continuous perimeter enclosing the extreme limits of such sign and in no case, passing through or between any adjacent elements of same; however, such perimeter shall not include any structural or framing elements lying outside the limits of such sign and not forming an integral part of the display. |
| SMOKE UNITS: | Smoke units represent the number obtained by multiplying the smoke density in Ringelmann Numbers by the time of emission in minutes. For the purpose of this calculation, a Ringelmann density reading is made at least once every minute during the period of observation; each reading is then multiplied by the time in minutes during which it is observed, and the various products are added together to give the total number of smoke units observed during the total period under observation. |
| SPECIAL USE: | Any use of land or buildings, or both, described and permitted herein, subject to the provisions of the Use Regulations Section. |
| STABLE, LIVERY: | Any building, other than a private stable, designed, arranged, used or intended to be used for the storage of horses and horse-drawn vehicles, or both. |
| STORY: | That portion of a building included between the surface of any floor and the surface of the floor next above it, or if there be no floor above it, then the space between the floor and the ceiling next above it. Any portion of a story exceeding fourteen (14) feet in height shall be considered as an additional story for each fourteen (14) feet or fraction thereof. |
| STORY, HALF: | A half story is that portion of a building under a gable, hip or mansard roof, the wall plates of which, on at least two (2) opposite exterior walls, are not more than four and one-half (4 1/2) feet above the finished floor of such story. In the case of one-family dwellings, two-family dwellings, and multiple-family dwellings less than three (3) stories in height, a half story in a sloping roof shall not be counted as a story for the purpose of this ordinance. In the case of multiple-family dwellings, three (3) or more stories in height, a half story shall be counted as a story. |
| STREET: | A public way other than an alley, including the following types: |

| | |
|---|---|
| STREET, ARTERIAL | A major or minor street of greater continuity intended to serve as a large volume traffic way within the City of Aurora and region beyond, and so designated on the Aurora Comprehensive Plan, Land Use and Circulation. Access to abutting property is subject to control of entrance, exits, and curb use. Parking may be restricted. |
| STREET, MAJOR COLLECTOR | A street distributing vehicular traffic between minor collectors and arterial streets, and so designated on the Aurora Comprehensive Plan, Land Use and Circulation. A major collector street will have moderate continuity and may serve intercommunity travel. |
| STREET, MINOR COLLECTOR | A street that collects and distributes local subdivision traffic to major collectors and arterial streets, and so designated in the Aurora Comprehensive Plan, Land Use and Circulation. Although these streets have a land access function, direct residential driveway access to these streets shall be minimized. |
| STREET, LOCAL | A street that its primary function is a land access to abutting land and which serves local traffic carrying it to collector streets. |
| STREET, LIMITED-ACCESS HIGHWAY | A traffic way including expressways and tollroads for through traffic, in respect to which owners or occupants of abutting property or land and other persons have no legal right of access to or from the same, except at such points only and in a manner as may be determined by the public authority having jurisdiction over such traffic way. A limited-access highway provides for expeditious movement of large volumes of traffic and is not intended to give land-access service. |
| STREET LINE: | A line separating an abutting lot, piece or parcel from a street. |
| STREET, PRIVATE: | An undedicated street privately owned and maintained, or an easement of access benefiting a dominant tenant. |
| STREET, ROADWAY: | Roadway is the paved area intended for vehicular traffic, including curb and gutter, if any. |
| STRUCTURAL ALTERATIONS: | Any change other than incidental repairs which would prolong the life of the supporting members of a building or structure, such as bearing walls, columns, beams or girders. |
| STRUCTURE: | Anything constructed or erected which requires location on the ground or is attached to something having location on the ground. |
| TAVERN: | A building where liquors are sold to be consumed on the premises. |
| TEAROOM: | A restaurant, which is located in conjunction with and on the same premises as a retail use. |
| TERRACE, OPEN: | An unroofed, paved area, or a raised flat mound of earth with sloping sides not more than four (4) feet in height above the average level of the adjoining ground and immediately adjacent to a house or structure. |

| | |
|---|---|
| TOLLWAY: | Any route so designated by the Illinois Tollway Authority, including all land within the right-of-way. |
| TOURIST COURTS, MOTOR LODGES, MOTELS: | An establishment consisting of a group of attached or detached living or sleeping accommodations with bathroom and closet space, located on a single zoning lot and designed for the use by transient automobile tourists. A motel furnishes customary hotel services such as maid service and laundering of linen, telephone and secretarial or desk service and the use and upkeep of furniture. In a motel less than twenty (20) percent of the living and sleeping accommodations are occupied or designed for occupancy by persons other than transient automobile tourists. |
| TOURIST HOME: | A dwelling in which accommodations are provided or offered for transient guests. |
| TRAILER CAMP, HOUSE: | Any premises occupied or designed to accommodate more than one (1) family living in an automobile house trailer or mobile home. |
| TRAILER, HOUSE OR MOBILE HOME: | A vehicle without motive power, designed to be drawn by a motor vehicle and to be used for human habitation or for carrying persons and property, including a trailer coach or house trailer. |
| TRANSITIONAL USE: | The use of a building or lot for permitted purposes in an area adjoining, adjacent or opposite to, but separated by a street or alley from an area of a lower classification. |
| TRUCK PARKING AREA OR YARD: | Any land used or intended to be used for the storage or parking of trucks, tractors, truck trailers, and including commercial vehicles, while not loading or unloading, and which exceed one and one-half (1 1/2) tons' capacity. |
| USE: | The purpose for which land or a building thereon is designed, arranged or intended, or for which it is occupied or maintained, let or leased. |
| USED CAR AND BOAT LOT: | A zoning lot on which used cars, trailer or trucks, or boats are displayed for sale or trade. |
| WAREHOUSE: | A building or structure or part thereof, used principally for the storage of goods and merchandise. |
| WHOLESALE ESTABLISHMENT: | Any building wherein the primary occupation is the sale of merchandise in gross for resale, and any such building wherein the primary occupation is the sale of merchandise to institutional, commercial and industrial consumers. |
| YARD: | An open space on the same zoning lot with a principal building or group of buildings, which is unoccupied and unobstructed from its lowest level upward, except as otherwise permitted in this ordinance, and which extends along a lot line and at right angles thereto to a depth or width extending to the specified line or lines of the principal building. |