C. A efficiency dwelling unit; one (1) parking space per dwelling unit, except as provided by for a dwelling unit comprised of three (3) or more individuals not related by blood, marriage or adoption; one (1) parking space for each unrelated individual over the age of sixteen (16) therein.

D. A dwelling unit comprised of three (3) or more individuals not related by blood, marriage or adoption; one (1) parking space for each unrelated individual over the age of sixteen (16) therein.

5.12-6.3. For clubs--one (1) parking space for each three hundred (300) square feet of floor area devoted to parking-generative activities such as bars, ballrooms, dining rooms, nightclub facilities and the like.

5.12-6.4. For hotels or motels--one (1) parking space for each room or suite, plus one (1) additional space for each employee during the largest shift, plus one (1) space for each two (2) seats in any banquet facility, plus one (1) space for each three hundred (300) square feet of area devoted to other parking-generative activities such as bars, dining rooms, nightclubs facilities and the like.

5.12-6.5. For lodging houses, rooming houses, and boardinghouses--one (1) parking space for each two (2) guests, plus one (1) additional space for the owner or manager if resident on the premises.

5.12-6.6. For private clubs or lodges (without sleeping rooms)--parking spaces equal in number to ten (10) percent of the total membership.

5.12-6.7. For fraternities, sororities and dormitories--one (1) parking space for each five (5) active members, plus one (1) additional space for housemother or manager.

5.12-6.8. For hospitals--one (1) parking space for each three (3) hospital beds, plus one (1) parking space for each fifteen hundred (1500) square feet gross floor area in residents' quarters plus one (1) additional space for each staff or visiting doctor.

5.12-6.9. For sanitariums, convalescent homes, nursing homes, or homes for the aged-- one (1) space for each six (6) patient beds, plus one (1) additional space for each staff or visiting doctor.

5.12-6.10. For medical or dental clinics--three (3) parking spaces per doctor engaged at clinic, plus one (1) space for each two (2) regular employees including nurses.

5.12-6.11. For mortuaries or funeral parlors--five (5) parking spaces for each room used as a chapel or parlor, plus one (1) space for each funeral vehicle maintained on the premises, plus one (1) space for each family residing on the premises.

5.12-6.12. For bowling alleys--four (4) parking spaces for each alley plus such additional spaces as may be determined by the building inspector for affiliated uses such as bars, restaurants and the like.

5.12-6.13. For convention halls, dance halls, skating rinks, assembly halls, exhibition halls, or other places of assembly--one (1) parking space for each one hundred (100) square feet of floor area used for assembly.

5.12-6.14. Stadia, sports arena, auditorium and gymnasium (other than incidental to a school)--one (1) parking space for each eight (8) seats.

5.12-6.15. For theaters--

A. Indoor--one (1) parking space for each ten (10) seats up to five hundred (500), plus one (1) parking space for each five (5) seats over five hundred (500).

B. Outdoor--reservoir space equal to ten (10) percent of the capacity.

5.12-6.16. For high school, college and university auditoriums--one (1) parking space for each twelve (12) seats provided in said buildings or structures.

5.12-6.17. For airports, railroad passenger stations, but [bus] depots, or other passenger terminal facilities (special uses)--such parking space as the city council, subject to the recommendations of the zoning board of appeals, shall deem to be adequate for employees, passengers, spectators, visitors and others.

5.12-6.18. For banks, business or professional offices, or public administration building-- one (1) parking space for each four hundred (400) square feet of floor area.

5.12-6.19. For mixed uses--the parking facilities required shall be the sum of the requirements for the various individual uses, computed separately in accordance with this section; parking facilities for one use shall not be considered as providing the required parking facilities for any other use in the same building or on the same lot.

A. For establishments whose principal business is the sale and consumption on the premises of alcoholic beverages, parking requirements shall be provided through the Aurora Liquor Control Ordinance.

B. For restaurants, one (1) parking space for each two hundred (200) square feet of gross floor area of twenty (20) spaces, whichever is greater.

C. For drive-in restaurants, one (1) parking space for each one hundred (100) square feet of gross floor area or twenty (20) spaces, whichever is greater.

D. Drive-through restaurants, one (1) parking space for each two hundred (200) square feet of gross floor area or twenty (20) spaces, whichever is greater. The city engineer shall review all internal circulation that shall be designed to minimize points of pedestrian and vehicular conflict and shall ensure appropriate stacking based on the restaurant's size and requirements.

E. For carryout or delivery food establishments, one (1) parking space for each delivery vehicle and employee, plus one (1) parking space for each two hundred (200) square feet of gross floor area or twenty (20) spaces, whichever is greater.

5.12-6.20. For retail stores and service shops (individual or in groups) under one (1) roof--one (1) parking space for each three hundred (300) square feet of retail floor area except as provided for in the Downtown Core and Downtown Fringe Districts.

5.12-6.21. For furniture and appliance stores, motor vehicle sales, wholesale stores, household equipment or furniture repair shops, or machinery sales (individual stores or groups of stores in one building)--one (1) parking space for each six hundred (600) square feet of floor area except as provided for in the Downtown Core and Downtown Fringe Districts.

5.12-6.22. For manufacturing and industrial uses, research and testing laboratories, laundry and dry-cleaning plants, printing, binding, publishing and issuing of newspapers, periodicals, books, and other reading matter, telephone exchanges, warehouses and storage buildings, engraving shops, assembly of materials and products, and other similar uses--one (1) parking space for each four (4) employees,

based upon the maximum number of persons to be employed at any one (1) work period during the day or night, plus such additional parking facilities as shall

5.12-6.23. For churches--one (1) parking space for each six (6) seats provided in the principal sanctuary of said buildings or structures. This shall be based on upon the maximum occupant load of the sanctuary, as certified by a registered architect or structural engineer using the BOCA Basic Building Code, as amended.

5.12-6.24. All uses wherein the primary use is an automobile use shall be permitted to maintain only licensed and operable vehicles outdoors on the premises during non-operating hours. Additionally, the total number of vehicles shall be limited to two (2) for each one (1) automobile service bay, unless all vehicles are parked within an individually accessible parking stall as provided for and defined herein. For the purposes of this provisions, operable vehicles include those vehicles receiving service from the automobile use.

5.12-7. Off-street loading and unloading facilities.

5.12-7.1. In all districts where property uses include the loading and unloading of materials or merchandise from vehicles, off-street loading and unloading facilities shall be provided in accordance with the following requirements:

5.12-7.2. For hotels or apartment hotel buildings wherein there are contained exhibition halls, convention halls, auditoriums, office facilities or retail shops--one (1) off-street loading and unloading space for the first forty thousand (40,000) square feet of gross floor area, plus one (1) additional off-street loading space for each one hundred fifty thousand (150,000) square feet of gross floor area or fraction thereof, of gross floor area in excess of forty thousand (40,000) square feet.

5.12-7.3. For hospitals or sanitariums containing forty thousand (40,000) to one hundred thousand (100,000) square feet of gross floor area, one (1) off-street loading and unloading space, plus one (1) additional such space for each additional one hundred thousand (100,000) square feet of gross floor area or fraction thereof in excess of one hundred thousand (100,000) square feet.

5.12-7.4. For buildings containing bowling alleys, taverns, restaurants, or any retail shops and having ten thousand (10,000) to one hundred thousand (100,000) square feet of gross floor area, one (1) off-street loading and unloading space, plus one (1) additional such space for each additional one hundred thousand (100,000) square feet of gross floor area or fraction thereof in excess of one hundred thousand (100,000) square feet.

5.12-7.5. For banks, business or professional offices or public administration buildings containing forty thousand (40,000) to one hundred thousand (100,000) square feet of gross floor space, one (1) off-street loading and unloading space, plus one (1) additional such space for each additional one hundred thousand (100,000) square feet of gross floor area or fraction thereof in excess of one hundred thousand (100,000) square feet.

5.12-7.6. For buildings containing furniture and appliance stores, motor vehicle sales, wholesale stores, household equipment or machinery sales and having eight thousand (8,000) to twenty-five thousand (25,000) square feet of gross floor area, one (1) off-street loading and unloading space, plus one (1) additional space for each

additional twenty-five thousand (25,000) square feet of gross floor area or fraction thereof in excess of twenty-five thousand (25,000) square feet.

5.12-7.7. For buildings containing manufacturing uses, research and testing laboratories, laundry and dry cleaning establishments, printing, binding, publishing and issuing of newspapers, periodicals, books and other reading matter, warehouse and storage facilities, engraving shops, assembly of materials and products, processing and distribution of materials and products, and other similar uses having more than eight thousand (8,000) square feet of gross floor area, exclusive of basement area, and less than forty thousand (40,000) square feet of gross floor area, one (1) off-street loading and unloading space, plus one (1) additional such space for each additional sixty thousand (60,000) square feet of gross floor area in excess of forty thousand (40,000) square feet.

## CHAPTER B. ZONE DISTRICTS

### SECTION 6. PUBLIC OPEN SPACE/RECREATION/PARK DISTRICT

6.1. Title.

6.1-1. This district shall be entitled "public open space/recreation/park" and be delineated on the Aurora zoning map with "P".

6.2. Intent & Purpose

6.2-1. Statement Of Intent.

6.2-1.1. This district shall establish land use regulations for publicly held open space, recreational areas, and parks within the City of Aurora with the intent:

A. To provide a zoning district that shall allow public open space, recreational areas and parks to be developed without any further planning review process; and

B. To apply this district to all existing publicly held open space, recreational areas and parks; and

C. To apply this district to newly annexed land intended for open space, recreational and park consistent with Aurora's and all appropriate park district comprehensive plans; and

D. To provide facilities that are accessible for all socioeconomic groups; and

E. To establish safe and secure facilities; and

F. To cooperate with all interrelated governmental agencies in utilizing common resources in establishing facilities; and

G. To allow active and passive recreational activities; and

H. To encourage preservation of natural areas that have maintained features of the physiographic region; and

I. To encourage conservation of wildlife sanctuaries and habitats; and

J. To encourage preservation of scenic areas; and

K. To provide for the interconnection of open space, recreational areas and parks with parkways, rural drives and parkways; and

L. To maximize the benefit of the public parks within the city while minimizing the impacts on surrounding land uses; and

M. To buffer any active recreational uses from residential land uses.

6.3. District Specific Regulations

6.3-1. Rules

6.3-2. Definitions.

6.3-2.1. The Rules and Definitions Section of the Aurora zoning ordinance shall be applicable to this district along with the following more specific definitions:

6.3-2.2. Community park: An active or passive recreational facility for all age groups within driving distance of its location (typically a thirty-minute driving time), which

has an emphasis on family and group programmed activities available on a year-around basis.

6.3-2.3. Communitywide special park: An active or passive recreational facility for all age groups, which has an emphasis on one or more singular purpose activities outside the normal park setting.

6.3-2.4. Conservation/protection park: A passive recreational facility for all age groups, which has an emphasis on preserving environmentally sensitive areas and natural resource features.

6.3-2.5. Linear park: A recreational facility for all age groups, which has an emphasis on providing non-motorized linkages within the open space system.

6.3-2.6. Neighborhood park: A passive recreational facility with limited active capability for all age groups within walking distance of its location (typically one-half-mile radius), which has an emphasis on informal play activities rather than intensely scheduled activities.

6.4. Use Regulations

6.4-1. Permitted uses.

6.4-1.1. The following uses shall be allowed in this district:

A. Community parks.

B. Communitywide special parks.

C. Conservation/protection parks.

D. Linear parks.

E. Neighborhood parks.

F. Any other use determined to be compatible with the above-stated uses and those uses adjoining.

6.4-2. Special Uses.

6.4-2.1. The following special uses shall be the only type of special use allowed in this district:

6.4-2.2. Planned development pursuant to the Use Regulations Section.

6.4-3. Accessory Uses And Structures

6.4-3.1. The Use Regulations Section of the Aurora zoning ordinance shall be applicable.

6.4-3.2. Notwithstanding any provision of the Use Regulations Section to the contrary, the following accessory uses and structures shall be allowed in communitywide special parks and conservation/protection parks:

A. Outside storage of park related materials.

B. Six-foot, zero-inch height chain-link fencing with barbwire.

C. Gas pump with underground storage tanks.

6.5. Bulk Restrictions

6.5-1. Building, Dwelling & Structure Standards

6.5-2. Floor Area Ratio

6.5-3. Height

    6.5-3.1. Height of buildings: The maximum height of buildings shall be thirty-five (35) feet zero (0) inches.

        A. Building height may exceed the bulk restriction where the required yard areas are increased by a ratio of two (2) for every one (1) increase in building height.

        B. Flagpoles, sports lighting and security lighting may exceed the bulk restriction.

6.5-4. Landscaping

6.5-5. Lot Area

    6.5-5.1. Minimum lot size and width: None.

6.5-6. Lot Coverage

    6.5-6.1. Lot coverage (maximum): Maximum lot coverage shall be consistent with adjoining properties.

6.5-7. Monotony Standards

6.5-8. Nonconforming uses and buildings.

    6.5-8.1. The Bulk Restrictions Section of the Aurora zoning ordinance shall be applicable.

6.5-9. Obstructions

    6.5-9.1. Permitted obstructions: the Bulk Restrictions Section of the Aurora zoning ordinance shall be applicable.

6.5-10. Parking And Loading

    6.5-10.1. The Bulk Restrictions Section of the Aurora zoning ordinance shall be applicable with the provision that parking facilities may be developed as appropriate to park use.

6.5-11. Performance Standards

6.5-12. Setbacks

    6.5-12.1. Required yard areas: Shall be consistent with adjoining properties.

6.5-13. Signs

    6.5-13.1. Signs are allowed in accordance with the Aurora sign ordinance.

## SECTION 7. RESIDENTIAL DISTRICTS

7.1. Purpose.

    7.1-1. The residential districts set forth herein are established in order to protect public health, and promote public safety, convenience, comfort, morals, prosperity and welfare. These general goals include, among others, the following specific purposes:

        7.1-1.1. To protect residential areas against fire, explosion, noxious fumes, offensive noise, smoke, vibrations, dust, odors, heat, glare and other objectionable factors.

7.1-1.2. To protect residential areas to the extent possible and appropriate in each area against unduly heavy motor vehicle traffic, especially through traffic, and to alleviate congestion by promoting off-street parking.

7.1-1.3. To protect residential areas against undue congestion of public streets and other public facilities by controlling the density of population through regulation of the bulk of buildings.

7.1-1.4. To protect and promote the public health and comfort by providing for ample light and air to buildings and the windows thereof.

7.1-1.5. To promote public comfort and welfare by providing for usable open space on the same zoning lot with residential development.

7.1-1.6. To provide sufficient space in appropriate locations to meet the probable need for future residential expansion and to meet the need for necessary and desirable services in the vicinity of residences, which increase safety and amenity for residents and which do not exert objectionable influences.

7.1-1.7. To promote the best use and development of residential land in accordance with a comprehensive land use plan, to promote stability of residential development and protect the character and desirable development and to protect the value of land and improvements and so strengthen the economic base of the City of Aurora.

7.2. Residential Protection Standards

7.3. "E" Estate Single Family Detached Dwelling District

7.3-1. Title

7.3-1.1. The Estate single-family detached dwelling District (hereinafter referenced as the "Estate District") shall be designated as "E" on the City of Aurora Zoning Map.

7.3-2. Intent & Purpose

7.3-2.1. The Estate District set forth herein is established in order to develop a wide range of quality housing opportunities throughout the City. Specifically, it is intended to relate to the outer fringe areas of the City where unincorporated development has taken place pursuant to similar standards of the applicable county jurisdiction. The Estate District shall be a very low intensity land use, replicating the rural character of the counties.

7.3-3. District Specific Regulations

7.3-3.1. Rules

A. General provisions. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

B. Plat approval. All zoning lots shall be subject to final plat approval pursuant to the Aurora Subdivision Control Ordinance.

C. District Specific Rules and Definitions. The Rules and Definitions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

i. Only one (1) principal building shall be allowed on a zoning lot.

ii. All single family detached dwelling units shall be constructed on a single recorded lot.

      iii. All surfaces upon which vehicles are driven or parked shall be paved with a solid structurally sound finishing material.

7.3-3.2. Definitions

7.3-4. Use Regulations

7.3-4.1. Permitted Uses. The following uses shall be the only uses permitted without a special use permit:

    A. Single-family detached dwellings.

    B. Churches, pursuant to the Use Regulations Section.

    C. Family community residences, pursuant to the Use Regulations Section.

    D. Home occupations.

7.3-4.2. Special Uses. The following uses shall be the only additional uses that may be allowed by special use permit pursuant to the Administration Section of the Aurora Zoning Ordinance:

    A. Churches, as required by the Use Regulations Section.

    B. Community residences-family, as required by the Use Regulations Section.

    C. Community residences-group, as required by the Use Regulations Section.

7.3-4.3. Accessory Buildings and Uses. The Use Regulations Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

    A. No more than one accessory building shall be allowed on a zoning lot.

    B. An accessory building shall be located no closer than twenty (20) feet to the principal building.

7.3-5. Bulk Restrictions

7.3-5.1. Building, Dwelling and Structure Standards

    A. All single family detached dwelling units shall have a floor area of not less than thirty-five hundred (3,500) square feet.

7.3-5.2. Floor Area Ratio

    A. The floor area ratio shall not exceed one-quarter (0.25) for all buildings including accessory.

7.3-5.3. Height

    A. All structures and buildings shall not exceed the following height limitations:

      i. Buildings including accessory: Thirty-five (35) feet.

      ii. Structures: Seventy-five (75) feet.

7.3-5.4. Landscaping

    A. All zoning lots shall comply with the Aurora Landscape Ordinance.

7.3-5.5. Lot Area

A. All single-family detached dwelling units shall be established on a lot having an area of not less than fifty-five thousand (55,000) square feet and a width at the required exterior front setback line of not less than one hundred thirty-five (135) feet.

7.3-5.6. Lot Coverage

A. (Maximum area): Not more than forty (40) percent of the area of the zoning lot may be occupied by buildings or structures including accessory buildings.

7.3-5.7. Monotony Standards

7.3-5.8. Nonconformity

A. The Use Regulations Section of the Aurora Zoning Ordinance shall apply.

7.3-5.9. Obstructions

A. All areas defined by the required setback lines shall be maintained as landscaped areas and generally be unobstructed from the ground level to the sky except as provided for by the following District specific provisions:

i. Permitted obstructions in all setback areas: Bay windows, overhanging eaves, chimneys, and other such architectural elements, that project three (3) feet or less into the required setback area.

ii. Permitted obstructions in all exterior setback areas: One (1) driveway access from the public street, which shall be generally perpendicular thereto.

iii. Permitted obstructions in all interior setback areas: Fences no more than six (6) feet in height.

7.3-5.10. Parking And Loading

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

i. All single family detached dwelling units shall be provided with three (3) enclosed parking places which shall be attached to the principal building.

ii. All unenclosed parking places established on the zoning lot shall be located no closer than ten (10) feet to the principal building.

7.3-5.11. Performance Standards

7.3-5.12. Setbacks

A. All structures and uses shall be established outside of the required setback areas as defined by the following required setback lines:

i. Exterior Front: Seventy-five (75) feet.

ii. Exterior Side: Thirty (30) feet.

iii. Exterior Rear: Thirty (30) feet.

iv. Interior Side: Twenty (20) feet.

v. Interior Rear: Twenty (20) feet.

7.3-5.13. Signs

A. All signs shall comply with the Aurora Sign Ordinance.

7.4. "R-1" One-Family Dwelling District.

  7.4-1. Title

    7.4-1.1. The One-Family Dwelling District shall be designated as "R-1" on the City of Aurora Zoning Map.

  7.4-2. Intent & Purpose

  7.4-3. District Specific Regulations

    7.4-3.1. Rules

    7.4-3.2. Definitions

  7.4-4. Use Regulations

    7.4-4.1. Permitted Uses

      A. One-family detached dwellings.

      B. Home occupations as defined in this ordinance (see the Rules and Definitions Section).

      C. Truck gardening and other horticultural uses where no building is involved and when no sale of products is conducted on the premises.

      D. Churches, providing that the requirements of the Use Regulations Section are complied with.

      E. Convents, monasteries, rectories, parsonages, ministerial homes, parish houses, and reading rooms.

      F. Temporary buildings and uses for construction purposes for a period not to exceed one (1) year.

      G. Accessory buildings, as defined herein, and as regulated by the Use Regulations Section.

      H. Signs, as regulated by the Bulk Restrictions Section.

      I. Off-street parking facilities, as required or permitted by the Bulk Restrictions Section.

      J. Family community residence, providing the requirements of the Bulk Restrictions Section are complied with.

    7.4-4.2. Special Uses

    7.4-4.3. Accessory Uses

  7.4-5. Bulk Restrictions

    7.4-5.1. Building, Dwelling and Structure Standards

      A. Dwelling standards. Every one-story dwelling hereafter erected in any R-1 one-family district shall have a total ground floor area of not less than eleven hundred and fifty (1150) square feet measured from the outside of the exterior walls, including utility rooms, but excluding cellars, basements, open porches, breezeways, garages, and other spaces that are not used frequently or during extended periods for living, eating or sleeping purposes. Every dwelling of more than one story hereafter erected in any R-1 one-family district shall have a total

floor area, measured from the outside of the exterior walls of not less than fourteen hundred fifty (1450) square feet, including utility rooms, but excluding cellars, basements, open porches, breezeways, garages and other spaces that are not used frequently or during extended periods for living, eating, or sleeping purposes, except that enclosed space intended for habitable rooms which are to be completed within a reasonable time may be considered in computing such floor areas.

### 7.4-5.2. Floor Area Ratio

### 7.4-5.3. Height

A. Height of buildings. The maximum height of buildings permitted shall be as follows:

    i. One-family detached dwellings: Thirty-five (35) feet and not over two and one-half (2 1/2) stories.

    ii. Churches: Seventy-five (75) feet for towers or steeples, but not more than forty-five (45) feet for the main structure.

B. Height of structures. The maximum permitted height of structures generally shall be thirty-five (35) feet.

    i. The maximum permitted height of federally licensed amateur radio and citizens band radio operator and receive-only antenna structures shall be sixty-five (65) feet when freestanding, located upon a roof or attached to a principal building.

### 7.4-5.4. Landscaping

### 7.4-5.5. Lot Area

A. Every one-family detached dwelling hereafter erected or structurally altered shall be on a lot having an area of not less than ten thousand (10,000) square feet and a width at the established building line of not less than seventy-five (75) feet, except as provided in the Bulk Restrictions Section.

B. Churches, convents and monasteries hereafter erected or structurally altered shall be on a lot having an area of not less than ten thousand (10,000) square feet a width at the building line of not less than seventy-five (75) feet.

### 7.4-5.6. Lot Coverage

A. (Maximum area): Not more than forty (40) percent of the area of the zoning lot may be occupied by buildings or structures including accessory buildings.

### 7.4-5.7. Monotony Standards

A. A newly-constructed single family detached home may not be located next to, across the street from, or cater-corner from another such newly-constructed or existing residential structure which has the same front elevation or the same configuration of building materials or the same colors facing the public street.

### 7.4-5.8. Nonconformity

### 7.4-5.9. Obstructions

A. The following shall not be considered as obstructions when located within or over required yards:

i. Open terraces;

ii. Awnings and canopies;

iii. Steps not over four (4) feet in height;

iv. Chimneys, extending more than twenty-four (24) inches into the required yard;

v. Arbors and trellises;

vi. Fences and walls subject to the following limitations:

vii. Fences must be positioned so that the finished side faces from the lot on which constructed.

    a. Height shall be measured from natural grade levels.

    b. Height shall be limited as follows:

        • Front and side yards: Four (4) feet.

        • Rear yards: Seven (7) feet, except that for reversed corner lots, height shall not exceed four (4) feet between the street property line and building setback on the adjacent lot. In no case shall the four-foot requirement apply more than thirty (30) feet from the street property line.

viii. Breezeways and open porches (rear yards only).

ix. Non self-propelled camping trailers (interior side and interior rear yards only).

x. Vehicles as permitted by the Bulk Restrictions Section and subject to the conditions and limitations of the Bulk Restrictions Section.

xi. Paved areas in front yards as permitted by the Bulk Restrictions Section.

## 7.4-5.10. Parking & Loading

## 7.4-5.11. Performance Standards

## 7.4-5.12. Setbacks

A. No building shall be erected or enlarged unless the following yards are provided and maintained in connection with such building, structure or enlargement.

i. Front yard: Each lot upon which a building is constructed shall have a front yard of not less than thirty (30) feet. Where lots comprising forty (40) percent of the frontage between two (2) intersecting streets are developed with buildings having front yards with a variation of more than fifteen (15) feet in depth, the average of such front yards shall establish the minimum front yard depth for the entire frontage. In no case shall a front yard of more than fifteen (15) feet be required.

ii. Side yard: On each lot upon which a dwelling is constructed, there shall be a side yard on each side of not less than ten (10) percent of the lot width, but need not exceed eight (8) feet. The combined total of the side yards for interior lots shall not be less than twelve (12) feet and the combined total of side yards for corner lots shall not be less than fifteen (15) feet. On corner lots, there shall be maintained a side yard of not less than ten (10) feet on the side adjacent to the street which intersects the street upon which the building or structure maintains frontage, and in the case of a reversed corner lot, there shall be maintained a setback from the side street of not less than fifty (50) percent of the front yard required on the lots in the rear of such corner lots, but such setback need not exceed fifteen (15) feet. No accessory building on said reversed corner lot shall project beyond the front yard required on the adjacent lot to the rear, nor be located nearer than five (5) feet to the side lot line

of said adjacent lot.

On lots upon which a church is constructed or extensions made to an existing church, there shall be a side yard of not less than ten (10) feet on each side of the main structure and a combined total of side yards of not less than twenty-five (25) feet.

iii. Rear yard: Every lot or parcel of land upon which a building is constructed shall have a rear yard of not less than twenty (20) feet.

iv. Federally-Licensed Amateur Radio and Citizens Band Radio Operator and Receive-Only Antenna Structures

a. Yard areas for federally-licensed amateur radio and citizens band radio operator and receive-only antenna structures. Such structures shall only be located within rear yards generally, and shall not be located within any required rear or required side yard as provided in this section.

b. Setbacks for federally-licensed amateur radio and citizens band radio operator and receive-only antenna structures upon roofs. Such structures shall not be erected nearer to any lot line than the total height of the structure as measured from above the roof line.

7.4-5.13. Signs

## 7.5. "R-2" One-Family Dwelling District.

### 7.5-1. Title

### 7.5-2. Intent & Purpose

### 7.5-3. District Specific Regulations

7.5-3.1. Rules

7.5-3.2. Definitions

### 7.5-4. Use Regulations

7.5-4.1. Permitted uses. Any use permitted in the R-1 one-family dwelling district.

7.5-4.2. Special Uses

7.5-4.3. Accessory Uses

### 7.5-5. Bulk Restrictions

7.5-5.1. Building, Dwelling & Structure Standards

A. Every one-story dwelling hereafter erected in any R-2 one-family dwelling district, shall have a total ground floor area of not less than nine hundred and fifty (950) square feet measured from the outside of the exterior walls including utility rooms, but excluding cellars, basements, open porches, breezeways, garages, and other spaces that are not used frequently or during extended periods for living, eating or sleeping purposes. Every dwelling hereafter erected in any R-2 one-family district, of more than one story, shall have a total floor area, measured from the outside of the exterior walls, of not less than thirteen hundred (1300) square feet, including utility rooms, but excluding cellars, basements, open porches, breezeways, garages and other spaces that are not used frequently or during extended periods for living, eating or sleeping purposes, except that

enclosed space intended for habitable rooms which are to be completed within a reasonable time may be considered in computing such floor areas.

7.5-5.2. Floor Area Ratio

7.5-5.3. Height

    A. The same regulations shall apply as required or permitted in the R-1 one-family dwelling district.

7.5-5.4. Landscaping

7.5-5.5. Lot Area

    A. Every one-family detached dwelling hereafter erected or structurally altered shall be on a lot having an area of not less than eight thousand (8,000) square feet, and a width at the established building line of not less than sixty (60) feet, except as provided in the Bulk Restrictions Section.

    B. Churches, convents and monasteries: The same regulations shall apply as required or permitted in the R-1 one-family dwelling district.

7.5-5.6. Lot Coverage

    A. (Maximum area): Not more than forty (40) percent of the area of the zoning lot may be occupied by buildings or structures including accessory buildings.

7.5-5.7. Monotony Standards

7.5-5.8. Nonconformity

7.5-5.9. Obstructions

    A. The same regulations shall apply as required or permitted in the R-1 one-family dwelling district.

7.5-5.10. Parking & Loading

7.5-5.11. Performance Standards

7.5-5.12. Setbacks

    A. The same regulations shall apply as required or permitted in the R-1 one-family dwelling district.

7.5-5.13. Signs

7.6. "R-3" One-Family Dwelling District.

    7.6-1. Title

    7.6-2. Intent & Purpose

    7.6-3. District Specific Regulations

        7.6-3.1. Rules

        7.6-3.2. Definitions

    7.6-4. Use Regulations

        7.6-4.1. Permitted Uses

            A. Any use permitted in the R-1 one-family dwelling district.

7.6-4.2. Special Uses

7.6-4.3. Accessory Uses

7.6-5. Bulk Restrictions

7.6-5.1. Building, Dwelling And Structure Standards

A. Every one-story dwelling hereafter erected in any R-3 one-family dwelling district shall have a total ground floor area of not less than seven hundred and fifty (750) square feet, measured from the outside of the exterior walls, including utility rooms, but excluding cellars, basements, open porches, breezeways, garages and other spaces that are not used frequently or during extended periods for living, eating or sleeping purposes. Every dwelling of more than one story hereafter erected in any R-3 one-family dwelling district shall have a total floor area, measured from the outside of the exterior walls, of not less than nine hundred and fifty (950) square feet, including utility rooms, but excluding cellars, basements, open porches, breezeways, garages and other spaces that are not used frequently or during extended periods for living, eating or sleeping purposes, except that enclosed space intended for habitable rooms which are to be completed within a reasonable time, may be considered in computing such floor areas.

7.6-5.2. Floor Area Ratio

7.6-5.3. Height

A. The same regulations shall apply as required or permitted in the R-1 one-family dwelling district.

7.6-5.4. Landscaping

7.6-5.5. Lot Area

A. Every one-family detached dwelling hereafter erected or structurally altered shall be on a lot having an area of not less than eight thousand (8,000) square feet, and a width at the established building line of not less than sixty (60) feet, except as provided in the Bulk Restrictions Section.

B. Churches, convents and monasteries: The same regulations shall apply as required or permitted in the R-1 one-family dwelling district.

7.6-5.6. Lot Coverage

A. (Maximum area): Not more than forty (40) percent of the area of the zoning lot may be occupied by buildings or structures including accessory buildings.

7.6-5.7. Monotony Standards

7.6-5.8. Nonconformity

7.6-5.9. Obstructions

A. The same regulations shall apply as required or permitted in the R-1 one-family dwelling district.

7.6-5.10. Parking & Loading

7.6-5.11. Performance Standards

7.6-5.12. Setbacks

    A. The same regulations shall apply as required or permitted in the R-1 one-family dwelling district.

7.6-5.13. Signs

## 7.7. "R-4" Two-Family Dwelling District.

### 7.7-1. Title

### 7.7-2. Intent & Purpose

7.7-2.1. Intent: The R-4 two-family dwelling district is intended to permit two-family dwellings on lots of record prior to October 6, 1987, and for two-family dwellings constructed after October 6, 1987, to ensure consistency and compatibility in character with single-family neighborhoods.

### 7.7-3. District Specific Regulations

7.7-3.1. Rules

7.7-3.2. Definitions

### 7.7-4. Use Regulations

7.7-4.1. Permitted Uses.

    A. Any use permitted in the R-1 district.

    B. Two-family dwellings.

7.7-4.2. Special Uses

7.7-4.3. Accessory Uses

### 7.7-5. Bulk Restrictions

7.7-5.1. Building, Dwelling And Structure Standards

    A. Each dwelling unit hereafter erected, converted or reconstructed in any R-4 district shall contain floor area in compliance with the following:

        i. One-family one-story detached dwellings shall have a total ground floor area of not less than seven hundred and fifty (750) square feet measured from the outside of the exterior walls including utility rooms, but excluding cellars, basements, open porches, breezeways, garages, and other spaces that are not used frequently or during extended periods for living, eating or sleeping purposes. Every one-family dwelling of more than one (1) story hereafter erected in any R-4 two-family district shall have a total floor area measured from the outside of the exterior walls, of not less than nine hundred and fifty (950) square feet, including utility rooms but excluding cellars, basements, open porches, breezeways, garages, and other spaces that are not used frequently or during extended periods for living, eating or sleeping purposes, except that enclosed space intended for habitable rooms which are to be completed within a reasonable time may be considered in computing such floor areas.

        ii. Two-family dwelling converted prior to October 6, 1987 shall have a total floor area per dwelling unit of not less than six hundred twenty (620) square feet measured from the outside walls, including utility rooms, but excluding all other areas not used for living, eating or sleeping purposes.

Two-family dwellings constructed prior to October 6, 1987 shall have a total floor area per dwelling unit of not less than seven hundred fifty (750) square feet measured from the outside wall, including utility rooms, but excluding all other areas not used for living, eating, or sleeping purposes.

iii. Two-family dwellings, constructed or converted after October 7, 1987 shall have, for a two-story or combination one- and two-story building, a combined floor area of two thousand four hundred (2,400) square feet, with no dwelling unit less than one thousand (1,000) square feet. A one-story building shall have a combined floor area of two thousand (2,000) square feet, with no dwelling unit less than nine hundred (900) square feet, measured from the outside wall, including utility rooms, but excluding all other areas not used for living, eating, or sleeping purposes.

### 7.7-5.2. Floor Area Ratio

### 7.7-5.3. Height

A. The same regulations shall apply as permitted in the R-1 one-family dwelling district.

### 7.7-5.4. Landscaping

### 7.7-5.5. Lot Area

A. One-family dwellings: The same regulations shall apply as required or permitted in the R-1 one-family dwelling district.

B. Two-family dwellings: Every two-family dwelling hereafter erected or structurally altered shall be on a lot having an area of not less than eight thousand (8,000) square feet, and a width at the building line of not less than sixty (60) feet, except as provided in the Bulk Restrictions Section.

C. Converted dwellings: An existing one-family dwelling located on a lot of less area than required in this section may be converted to a two-family dwelling without increasing the lot size; provided that the building is not enlarged beyond its present outside dimensions and that all other regulations of this ordinance are complied with. Additions may be made to an existing building only when lot size and yard requirements of this section can be complied with.

D. Churches, convents and monasteries: The same regulations shall apply as required in the R-1 one-family dwelling district.

### 7.7-5.6. Lot Coverage

A. (Maximum area): Not more than forty (40) percent of the area of the zoning lot may be occupied by buildings or structures including accessory buildings.

### 7.7-5.7. Monotony Standards

### 7.7-5.8. Nonconformity

### 7.7-5.9. Permitted Obstructions

A. The same regulations shall apply as required in the R-1 one-family dwelling district.

### 7.7-5.10. Parking & Loading

### 7.7-5.11. Performance Standards

7.7-5.12. Setbacks

    A. No buildings shall be erected or enlarged unless the following yards are provided and maintained in connection with such building, structure, or enlargement.

        i. Front yards: The same regulations shall apply as required in the R-1 one-family dwelling district.

        ii. Side yards:

            a. One-family detached dwellings--The same regulations shall apply as required in the R-1 district.

            b. Two-family dwellings--The same regulations shall apply as required for one-family detached dwellings.

            c. Converted dwellings--An existing one-family dwelling located on a lot having side yards of less width than required herein may be converted to a two-family dwelling; provided that the building is not enlarged beyond its present dimensions.

        iii. Rear yards: Every lot or parcel of land upon which a building is constructed shall have a rear yard of not less than twenty (20) feet.

7.7-5.13. Signs

7.8. "R-4A" Two-Family Dwelling District.

    7.8-1. Title

        7.8-1.1. The Two-Family Dwelling District shall be designated as "R-4A" on the City of Aurora Zoning Map

    7.8-2. Intent & Purpose

        7.8-2.1. Intent: The R-4A two-family dwelling district is intended to update development standards for all newly constructed two-family dwelling developments to ensure consistency and compatibility in character with single-family districts. This district shall apply to all two-family zoning created after December 15, 1987.

    7.8-3. District Specific Regulations

        7.8-3.1. Rules

        7.8-3.2. Definitions

    7.8-4. Use Regulations

        7.8-4.1. Permitted Uses.

            A. One-family dwellings as provided for in the R-1 One-Family Dwelling District.

            B. Two-family dwellings.

        7.8-4.2. Special Uses

        7.8-4.3. Accessory Uses

    7.8-5. Bulk Restrictions

        7.8-5.1. Building, Dwelling And Structure Standards

            A. The minimum dwelling standards required in the R-4A shall be as follows:

   i. One-family dwellings--The same regulations shall apply as in the R-1 single-family dwelling district.

   ii. Two-family dwellings--Two-family dwellings, constructed or converted after December 15, 1987, shall have for a two-story or combination one- and two-story building, a combined floor area of two thousand four hundred (2,400) square feet, with no dwelling unit less than one thousand (1,000) square feet. A one-story building shall have a combined floor area of two thousand (2,000) square feet, with no dwelling unit less than nine hundred (900) square feet, measured from the outside wall, including utility rooms, but excluding all other areas not used for living, eating, or sleeping purposes.

## 7.8-5.2. Floor Area Ratio

## 7.8-5.3. Height

 A. The maximum height of buildings shall be thirty-five (35) feet and not to exceed two and one-half (2 1/2) stories.

## 7.8-5.4. Landscaping

## 7.8-5.5. Lot Area

 A. Every one-family or two-family dwelling hereafter erected shall be on a lot having an area of not less than ten thousand (10,000) square feet and a width at the established building line of not less than seventy-five (75) feet.

## 7.8-5.6. Lot Coverage

 A. (Maximum area): Not more than forty (40) percent of the area of the zoning lot may be occupied by buildings or structures including accessory buildings.

## 7.8-5.7. Monotony Standards.

 A. A newly-constructed single family detached home may not be located next to, across the street from, or cater-corner from another such newly-constructed or existing residential structure which has the same front elevation or the same configuration of building materials or the same colors facing the public street.

## 7.8-5.8. Nonconformity

## 7.8-5.9. Permitted Obstructions

 A. The same regulations shall apply as in the R-1 one-family dwelling district.

## 7.8-5.10. Parking & Loading

## 7.8-5.11. Performance Standards

## 7.8-5.12. Setbacks

 A. The minimum yard areas required in the R-4A shall be as follows:

  i. Front--Thirty (30) feet.

  ii. Interior side--Eight (8) feet.

  iii. Exterior side--Fifteen (15) feet.

  iv. Rear--Twenty (20) feet.

## 7.8-5.13. Signs

7.9. "R-5" Multiple-Family Dwelling District.

7.9-1. Title

7.9-1.1. The Multiple-family Dwelling District (hereinafter referenced as the "Multi-family District") shall be designated as "R-5" on the City of Aurora Zoning Map.

7.9-2. Intent & Purpose

7.9-2.1. The Multiple-family District set forth herein is established in order to develop a wide range of quality housing opportunities throughout the City. Specifically, it is intended to allow for quality rental type dwelling units within developments that establish and maintain a safe and secure living environment. The Multi-family District shall be a high intensity land use, generally relating to other high intensity land uses.

7.9-3. District Specific Regulations

7.9-3.1. The Rules and Definitions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

7.9-3.2. Rules

A. General provisions. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

   i. Plat approval. All zoning lots shall be subject to final plat approval pursuant to the Aurora Subdivision Control Ordinance.

   ii. Only one principal building shall be allowed on a zoning lot, except where the owner of any such development enters into a Property Management Agreement with the City of Aurora.

   iii. All principal buildings shall be constructed on a single recorded lot as provided for within this section hereof, including given exceptions.

   iv. All surfaces upon which vehicles are driven or parked shall be paved with a solid structurally sound finishing material.

   v. All principal buildings classified as use group R-2 within the Aurora Building Code shall be constructed with exterior walls made of brick, decorative precast, or other such decorative masonry material.

   vi. A Property Management Agreement shall be defined for this district as a written document recorded on the subject property after having been approved and executed by the City and subject property owner, which sets forth certain minimum improvements and management practices for the subject property, which may include but is not limited to uniform ownership or management; age restrictions as limited by the Federal Fair Housing Act; building design; bedroom count; site development and maintenance; and other such provisions.

   vii. An Onsite Recreational Facility shall be defined for this district as any such facility of a substantial nature established on the subject property for the use and enjoyment of the development's residents, which may include but is not limited to an in-ground swimming pool; tennis courts; club house; and other such facilities.

7.9-3.3. Definitions

7.9-4. Use Regulations

7.9-4.1. Permitted Uses. The following uses shall be the only uses permitted without a special use permit:

A. Dwelling units.

B. Churches, pursuant to the Bulk Restrictions Section.

C. Family community residences, pursuant to the Bulk Restrictions Section.

D. Home occupations.

7.9-4.2. Special Uses. The following uses shall be the only additional uses that may be allowed by special use permit pursuant to the Administration Section of the Aurora Zoning Ordinance:

A. Churches, as required by the Bulk Restrictions Section.

B. Community residences--Family, as required by the Bulk Restrictions Section.

C. Community residences--Group, as required by the Bulk Restrictions Section.

D. Halfway house-corrections, work release center or comparable facilities as defined by the Illinois State Statutes.

E. Institutions for the care of the insane or feeble minded.

F. Nursery school of day nursery.

G. Off-street parking areas non-commercial.

H. Police station and fire station.

I. Rest homes and nursing homes.

J. Social service agencies, charitable organizations, health related facilities, and similar uses when not operated for pecuniary profit.

7.9-4.3. Accessory Uses & Structures. The Use Regulations Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

A. No more than one accessory building shall be allowed on a zoning lot.

B. An accessory building shall be located no closer than twenty (20) feet to the principal building.

7.9-5. Bulk Restrictions

7.9-5.1. Building, Dwelling and Structure Standards

A. All dwelling units shall have a floor area of not less than four hundred eighty (480) square feet.

7.9-5.2. Floor Area Ratio

A. The floor area ratio shall not exceed one (1.0) for all buildings including accessory.

7.9-5.3. Height

A. All structures and buildings shall not exceed the following height limitations:

i. Principal building: Forty-five (45) feet.

ii. Accessory building: Twenty-five (25) feet.

       iii. Structures: Seventy-five (75) feet.

7.9-5.4. Landscaping

   A. All zoning lots shall comply with the Aurora Landscape Ordinance.

7.9-5.5. Lot Area

   A. All principal buildings shall be established on a lot having an area of not less than ten thousand (10,000) square feet and a width at the required exterior front setback line of not less than seventy-five (75) feet. The following minimum lot area shall be required per dwelling unit as indicated in addition to the above described area:

    i. Units with 1 bedroom and efficiency units: 2,000 sf

    ii. Units with 2 bedrooms: 2,500 sf

    iii. Units with 3 bedrooms: 4,000 sf

    iv. Units with 4 bedrooms: 5,500 sf

    v. A waiver of 200 sf from the above stated area requirements shall be allowed per dwelling unit if a Property Management Agreement is entered into by the property owner, and Onsite Recreational Facilities are provided as defined within the R-5 Multiple Family Dwelling District hereof.

    vi. All non-residential uses shall be established on a zoning lot of not less than twenty-five thousand (25,000) square feet, and a width at the required exterior front setback line of not less than one hundred (100) feet.

7.9-5.6. Lot Coverage

   A. (Maximum area): Not more than forty (40) percent of the area of the zoning lot may be occupied by buildings or structures including accessory buildings.

7.9-5.7. Monotony Standards

7.9-5.8. Nonconformity

   A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply.

7.9-5.9. Obstructions

   A. All areas defined by the required setback lines shall be maintained as landscaped areas and generally be unobstructed from the ground level to the sky except as provided for by the following District specific provisions:

    i. Permitted obstructions in all setback areas: Bay windows, overhanging eaves, chimneys, and other such architectural elements, that project three (3) feet or less into the required setback area.

    ii. Permitted obstructions in all exterior setback areas: Driveway access from the public street, which shall be generally perpendicular thereto.

    iii. Permitted obstructions in all interior setback areas: Fences no more than six (6) feet in height.

    iv. Permitted obstructions in all interior rear setback areas: Parking places located no closer than five (5) feet to the rear property line.

7.9-5.10. Parking And Loading

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

  i. All dwelling units shall be provided with two (2) unenclosed parking places, which shall be located on the same zoning lot as the principal building.

  ii. All unenclosed parking places established on the zoning lot shall be located no closer than ten (10) feet to the principal building.

7.9-5.11. Performance Standards

7.9-5.12. Setback

A. All structures and uses shall be established outside of the required setback areas as defined by the following required setback lines:

  i. Exterior Front: Twenty-five (25) feet. The setback for structures exceeding twenty-five (25) feet in height shall be increased one (1) foot for each two (2) feet or fraction thereof by which the structure's height exceeds twenty-five (25) feet. In no case shall an exterior front setback of more than forty (40) feet be required.

  ii. Exterior Side: Ten (10) feet, or fifty (50) percent of the exterior front setback required on the adjacent lots to the exterior side, whichever is greater.

  iii. Exterior Rear: Thirty (30) feet.

  iv. Interior Side: Ten (10) feet. The setback for structures exceeding twenty-five (25) feet in height shall be increased one (1) foot for each two (2) feet or fraction thereof by which the structure's height exceeds twenty-five (25) feet. In no case shall an interior side setback of more than thirty (30) feet be required.

  v. Interior Rear: Thirty (30) feet.

7.9-5.13. Signs

A. All signs shall comply with the Aurora Sign Ordinance.

7.10. "R-5A" Midrise Multiple-Family Dwelling District.

7.10-1. Title

7.10-1.1. The Midrise Multiple-family Dwelling District (hereinafter referenced as the "Midrise Multi-family District") shall be designated as "R-5A" on the City of Aurora Zoning Map.

7.10-2. Intent & Purpose

7.10-2.1. The Midrise Multiple-family District set forth herein is established in order to develop a wide range of quality housing opportunities throughout the City. Specifically, it is intended to allow for quality rental type dwelling units within developments that establish and maintain a safe and secure living environment. The Midrise Multi-family District shall be a high intensity land use, generally relating to other high intensity land uses, specifically around major retail centers and the City's downtown.

7.10-3. District Specific Regulations

7.10-3.1. The Rules and Definitions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

7.10-3.2. Rules

A. General provisions. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

    i. Plat approval. All zoning lots shall be subject to final plat approval pursuant to the Aurora Subdivision Control Ordinance.

    ii. Only one principal building shall be allowed on a zoning lot, except where the owner of any such development enters into a Property Management Agreement with the City of Aurora.

    iii. All principal buildings shall be constructed on a single recorded lot as provided for within this sectionhereof, including given exceptions.

    iv. All surfaces upon which vehicles are driven or parked shall be paved with a solid structurally sound finishing material.

    v. All principal buildings classified as use group R-2 within the Aurora Building Code shall be constructed with exterior walls made of brick, decorative precast, or other such decorative masonry material.

    vi. A Property Management Agreement shall be defined for this district as a written document recorded on the subject property after having been approved and executed by the City and subject property owner, which sets forth certain minimum improvements and management practices for the subject property, which may include but is not limited to uniform ownership or management; age restrictions as limited by the Federal Fair Housing Act; building design; bedroom count; site development and maintenance; and other such provisions.

    vii. An Onsite Recreational Facility shall be defined for this district as any such facility of a substantial nature established on the subject property for the use and enjoyment of the development's residents, which may include but is not limited to an in-ground swimming pool; tennis courts; club house; and other such facilities.

  7.10-3.3. Definitions

7.10-4. Use Regulations

  7.10-4.1. Permitted Uses. The following uses shall be the only uses permitted without a special use permit:

    A. Dwelling units.

    B. Churches, pursuant to the Bulk Restrictions Section.

    C. Family community residences, pursuant to the Bulk Restrictions Section.

    D. Home occupations.

  7.10-4.2. Special Uses. The following uses shall be the only additional uses that may be allowed by special use permit pursuant to the Administration Section of the Aurora Zoning Ordinance:

    A. Churches, as required by the Bulk Restrictions Section.

    B. Community residences--Family, as required by the Bulk Restrictions Section.

    C. Community residences-group, as required by the Bulk Restrictions Section.

    D. Halfway house-corrections, work release center or comparable facilities as defined by the Illinois State Statutes.

    E. Institutions for the care of the insane or feeble minded.

F. Nursery school of day nursery.

G. Off-street parking areas non-commercial.

H. Police station and fire station.

I. Rest homes and nursing homes.

J. Social service agencies, charitable organizations, health related facilities, and similar uses when not operated for pecuniary profit.

7.10-4.3. Accessory Uses and Structures. The Rules and Definitions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

A. No more than one accessory building shall be allowed on a zoning lot.

B. An accessory building shall be located no closer than twenty (20) feet to the principal building.

7.10-5. Bulk Restrictions

7.10-5.1. Building, Dwelling & Structure Standards

A. All dwelling units shall have a floor area of not less than four hundred eighty (480) square feet.

7.10-5.2. Floor Area Ratio

A. The floor area ratio shall not exceed two (2.0) for all buildings including accessory.

7.10-5.3. Height

A. All structures and buildings shall not exceed the following height limitations:

i. Principal building: Seventy-five (75) feet.

ii. Accessory building: Twenty-five (25) feet.

iii. Structures: Seventy-five (75) feet.

7.10-5.4. Landscaping

A. All zoning lots shall comply with the Aurora Landscape Ordinance.

7.10-5.5. Lot Area

A. All principal buildings shall be established on a lot having an area of not less than ten thousand (10,000) square feet and a width at the required exterior front setback line of not less than seventy-five (75) feet. The following minimum lot area shall be required per dwelling unit as indicated in addition to the above described area:

i. Efficiency: 600 sf

ii. Units with 1 bedroom and efficiency units: 750 sf

iii. Units with 2 bedrooms: 900 sf

iv. Units with 3 bedrooms: 2,000 sf

v. Units with 4 bedrooms: 3,500 sf

vi. A waiver of two hundred (200) sf from the above stated area requirements shall be allowed per dwelling unit if a Property Management Agreement is entered into by the property owner, and Onsite Recreational Facilities are provided as defined within the R-5 Multiple Family Dwelling District hereof.

vii. All non-residential uses shall be established on a zoning lot of not less than twenty-five thousand (25,000) square feet, and a width at the required exterior front setback line of not less than one hundred (100) feet.

7.10-5.6. Lot Coverage

A. (Maximum area): Not more than forty (40) percent of the area of the zoning lot may be occupied by buildings or structures including accessory buildings.

7.10-5.7. Monotony Standards

7.10-5.8. Nonconformity

A. The Bulk Regulations Section of the Aurora Zoning Ordinance shall apply.

7.10-5.9. Permitted Obstructions

A. All areas defined by the required setback lines shall be maintained as landscaped areas and generally be unobstructed from the ground level to the sky except as provided for by the following District specific provisions:

i. Permitted obstructions in all setback areas: Bay windows, overhanging eaves, chimneys, and other such architectural elements, that project three (3) feet or less into the required setback area.

ii. Permitted obstructions in all exterior setback areas: Driveway access from the public street, which shall be generally perpendicular thereto.

iii. Permitted obstructions in all interior setback areas: Fences no more than six (6) feet in height.

iv. Permitted obstructions in all interior rear setback areas: Parking places located no closer than five (5) feet to the rear property line.

7.10-5.10. Parking and loading

A. The Bulk Restrictions Section of the Aurora Zoning Ordinance shall apply in addition to the following District specific provisions:

i. All dwelling units shall be provided with two (2) unenclosed parking places, which shall be located on the same zoning lot as the principal building.

ii. All unenclosed parking places established on the zoning lot shall be located no closer than ten (10) feet to the principal building.

7.10-5.11. Performance Standards

7.10-5.12. Setback

A. All structures and uses shall be established outside of the required setback areas as defined by the following required setback lines:

i. Exterior Front: Twenty-five (25) feet. The setback for structures exceeding twenty-five (25) feet in height shall be increased one (1) foot for each two (2) feet or fraction thereof by which the structure's height exceeds twenty-five (25) feet. In no case shall an exterior front setback of more than forty (40) feet be required.

APPENDIX A ZONING                    83

ii. Exterior Side: Ten (10) feet, or fifty (50) percent of the exterior front setback required on the adjacent lots to the exterior side, whichever is greater.

iii. Exterior Rear: Thirty (30) feet.

iv. Interior Side: Ten (10) feet. The setback for structures exceeding twenty-five (25) feet in height shall be increased one (1) foot for each two (2) feet or fraction thereof by which the structure's height exceeds twenty-five (25) feet. In no case shall an interior side setback of more than thirty (30) feet be required.

v. Interior Rear: Thirty (30) feet.

7.10-5.13. Signs

A. All signs shall comply with the Aurora Sign Ordinance.

## SECTION 8. BUSINESS DISTRICTS

8.1. Purpose

8.1-1. The business districts set forth herein are established to protect public health, to promote public safety, comfort, convenience and the general welfare, and to protect the economic base of the city and the value of property. These general purposes include, among other, the following specific objectives:

8.1-1.1. To promote the most desirable use of land in accordance with a well considered plan so that adequate space is provided in appropriate locations for the various types of business uses, thereby protecting and strengthening the economic base of the city.

8.1-1.2. To place in separate districts those businesses which my create noise, odors, hazards, unsightliness, or which may generate excessive traffic.

8.1-1.3. To permit selected business uses in districts where adjacency to or inclusion in residential areas has sufficient elements of service or convenience to such areas to offset the disadvantage.

8.1-1.4. To encourage the grouping in appropriate locations of compatible business uses which will tend to draw trade that is mutually interchangeable and so promote public convenience and business prosperity and contribute to the alleviation of traffic and pedestrian congestion.

8.1-1.5. To provide for establishment of off-street parking facilities, permitted and required, so as to alleviate traffic congestions and so promote shopping convenience and business prosperity.

8.2. "B-1" Business District--Local Retail.

8.2-1. Title

8.2-2. Intent & Purpose

8.2-3. District Specific Regulations

8.2-3.1. Rules

8.2-3.2. Definitions

8.2-4. Use Regulations

8.2-4.1. Permitted Uses

A. Dwelling units, provided they are located above the first floor and above a permitted use and that all lot area, side and rear yards as required for dwelling units in The R-5 Multiple-Family Dwelling District of this ordinance are complied with. All yard requirements shall begin fifteen (15) feet above the first floor elevation. Further, the total square footage permitted for the residential use shall not exceed the total first floor square footage that is utilized for the office or business use.

B. Art galleries and studios.

C. Art and school supply stores.

D. Auto accessory store, where there is no driveway entrance across the sidewalk into the principal building.

E. Bakery shop, including the baking and processing of food products, when prepared for retail use upon the premises only.

F. Banks and financial institutions.

G. Barbershop, beauty parlor, chiropody, massage, or similar personal service shop.

H. Book and stationery store, other than an adult business use.

I. Candy and ice cream shops, retail only.

J. Camera and photographic supply shops for retail sale.

K. Churches, provided that the requirements of the Bulk Restrictions Section are complied with.

L. Coin and philatelic stores.

M. Custom dressmaking, millinery, tailoring or shoe repair when conducted for retail sales on the premises only.

N. Delicatessens.

O. Dress shops.

P. Drugstores.

Q. Florist shop and conservatory for retail trade on the premises only.

R. Food and fruit stores.

S. Frozen food stores.

T. Gift shops.

U. Grocery stores.

V. Hardware stores.

W. Haberdashery.

X. Hobby stores.

Y. Household appliance stores.

Z. Jewelry store and watch repair.

AA. Launderette and Laundromat, when operated with supervisory personnel.

BB. Leather goods and luggage store.

CC. Libraries.

DD. Locksmith.

EE. Meat markets.

FF. Musical instrument sales and repair, retail trade only.

GG. Newsstand.

HH. Notions store.

II. Offices, business and professional, including medical clinics.

JJ. Optician, optometrist.

KK. Picture framing when conducted for retail trade only on the premises.

LL. Photography studio, including the developing of film and pictures when conducted as a part of the retail business on the premises.

MM. Postal substations (finance stations and contract stations).

NN. Public utility collection offices.

OO. Radio and television stores, including minor repairs and service.

PP. Reading rooms.

QQ. Restaurant.

RR. Shoe stores.

SS. Signs, as defined and regulated in the Bulk Restrictions Section.

TT. Sporting goods store.

UU. Taxicab and bus waiting rooms and dispatchers offices.

VV. Telegraph office.

WW. Tobacco shop.

XX. Toy store.

YY. Travel bureau and transportation ticket office.

ZZ. Undertaking establishment.

AAA. Variety store.

BBB. Wearing apparel shop.

CCC. Any other similar type retail stores not specifically permitted herein and which have economic compatibility with the established uses on adjoining properties.

DDD. All activities, except for automobile off-street parking facilities as permitted or required in this B-1 district, shall be conducted wholly within an enclosed building.

8.2-4.2. Special Uses

8.2-4.3. Accessory Uses