8.2-5. Bulk Restrictions

8.2-5.1. Building, Dwelling and Structure Standards

8.2-5.2. Floor Area Ratio

8.2-5.3. Height

A. No building or structure shall be erected or structurally altered to exceed a height of three (3) stories, nor shall it exceed fifty (50) feet in height, except in the area designated by the City of Aurora as a Number 1 Fire Limit Zone, wherein buildings may be erected or structurally altered without any height limitation.

8.2-5.4. Landscaping

8.2-5.5. Lot Area

8.2-5.6. Lot Coverage

8.2-5.7. Monotony Standards

8.2-5.8. Nonconformity

8.2-5.9. Obstructions

8.2-5.10. Parking & Loading

8.2-5.11. Performance Standards

8.2-5.12. Setbacks

A. The following minimum setbacks shall be provided and maintained in connection with any building or parking lot. Front yard parking shall be regulated by this subsection or by the Bulk Restrictions Section, whichever is more restrictive. The parking setback provisions of this subsection shall supersede the provisions of the Bulk Restrictions Section.

i. Front, exterior side or exterior rear setback requirements:

| BUILDING HEIGHT | ABUTTING | SETBACK (in feet) |
|---|---|---|
| Any Height | Tollway | 75 |
| 35 Feet or Less | Arterial Street | 30 |
| | Collector or Local Street | 15 |
| More than 35 Feet | Arterial Street | 30 |
| | Collector or Local Street | 20 |
| Setback exceptions. When exterior yards abut a collector or local street, which includes residentially zoned lots on the same block, if fifty (50) percent or more of the existing buildings are developed at an established setback of less than the required setback, any new B2 building may conform to the average established setback. If such average established setback is between fifteen (15) feet and thirty (30) feet, any new B2 building shall be set back at least an equivalent distance. In no case shall a setback of more than thirty (30) feet be required. | | |

ii. The setback requirement for front exterior side or exterior rear yards may be reduced to ten (10) feet if the following conditions are met:

a. The property was a lot of record on or before November 1957.

b. A landscape plan is submitted by the owner and approved by the planning director and zoning administrator.

c. The owner commits in writing to have the approved landscaping established no later than June 30th or October 30th following the approval of the landscape plan, whichever shall occur first.

d. The owner demonstrates that the required setbacks cannot be met due to physical or practical difficulties.

iii. Interior side or rear setback requirements:

| BUILDING HEIGHT | ABUTTING | SETBACK (in feet) |
|---|---|---|
| Any Height | Fox River | 30 |
| 35 Feet or Less | Residential | 20 |
| More than 35 Feet | Residential | 30 |
| Additional Rear Yard Requirements: When an interior rear lot lines does not abut a residentially zoned district, or the Fox River, a rear yard of not less that eight (8) feet shall be required. | | |

8.2-5.13. Signs

8.3. "B-2" Business District--General Retail.

8.3-1. Title

8.3-1.1. The General Retail Business District shall be designated as "B-2" on the City of Aurora Zoning Map.

8.3-2. Intent & Purpose

8.3-3. District Specific Regulations

8.3-3.1. Rules

8.3-3.2. Definitions

8.3-4. Use Regulations

8.3-4.1. Permitted Uses.

A. Any use permitted in the B-1 district.

B. Antique shops.

C. Auto accessory store, where there is a driveway entrance across the sidewalk into the principal building.

i. Automobile sales and service established for new passenger automobiles and trucks, including sale of used cars and trucks when operated in conjunction with a principal use. Mechanical repairs, body repairs and repainting may be included. All facilities

shall be contained in an enclosed building except the storage of automobiles and trucks displayed in the open.

ii. Automotive detail shops, as defined by the Rules and Definitions Section. All activities and repair, except the parking of vehicles, shall be conducted entirely within an enclosed building. All storage of vehicles shall be in conformance with chapter 23, article III, of the Aurora Code.

iii. Automotive repair, minor, as defined by the Rules and Definitions Section. All activities and repair, except the parking of vehicles, shall be conducted entirely within an enclosed building. All storage of vehicles shall be in conformance with chapter 23, article III, of the Aurora Code.

D. Battery and tire service stations.

E. Bicycle sales and repair.

F. Blueprinting, Photostatting, and printing establishments.

G. Carryout or delivery food establishment.

H. Clubs and fraternal organizations.

I. Costume rental shop.

J. Department stores.

K. Drive-through restaurant.

L. Dry-cleaning and pressing establishments, when employing facilities for the cleaning and pressing of not more than seven hundred and fifty (750) pounds of dry goods per day, and when using carbon tetrachloride or other similar inflammable solvents approved by the fire department.

M. Dry goods store.

N. Electrical appliance store and repair, but not including appliance assembly or manufacturing.

O. Employment agency.

P. Furniture store, and upholstery when conducted as part of the retail operations and secondary to the main use.

Q. Furrier, when conducted for retail trade on the premises only.

R. Garden supplies and seed stores, but not including the repair or operation of power equipment.

S. Hand laundries employing not more than four (4) persons.

T. Hotels with fifty (50) guest rooms or more, and those with fewer than fifty (50) rooms that were established prior to the date of this ordinance, which must be staffed with twenty-four hour clerk service, maid and janitor service.

U. Interior decorating shops, including upholstery and making of draperies, slip covers, and other similar articles, when conducted as part of the retail operations and secondary to the main use.

V. Liquor store, package goods only.

W. Mirror and glazing shop.

X. Orthopedic and medical appliance store, but not including the assembly or manufacture of such articles.

Y. Pawnshop.

Z. Pet shops, but not including animal hospitals.

AA. Photograph developing and processing.

BB. Plumbing showroom.

CC. Physical culture and health services.

DD. Radio and television, including major repairs and service.

EE. Schools: music, dance, business, commercial or trade.

FF. Secondhand stores and rummage shops.

GG. Sewing machine sales and service.

HH. Taverns.

II. Taxidermist.

JJ. Theater indoor, other than an adult business use.

KK. Typewriter and adding machine sales and service.

LL. Any other similar type retail stores not specifically permitted herein and which have economic compatibility with the established uses on adjoining properties.

MM. All activities, except for automobile off-street parking facilities, as permitted or required in this B-2 district, shall be conducted wholly within an enclosed building.

8.3-4.2. Special Uses

8.3-4.3. Accessory Uses

8.3-5. Bulk Restrictions

8.3-5.1. Building, Dwelling and Structure Standards

8.3-5.2. Floor Area Ratio

8.3-5.3. Height

A. There shall be no restrictions as to the height of buildings in the B-2 business district.

8.3-5.4. Landscaping

8.3-5.5. Lot Area

8.3-5.6. Lot Coverage

8.3-5.7. Monotony Standards

8.3-5.8. Nonconformity

8.3-5.9. Obstructions

8.3-5.10. Parking & Loading

8.3-5.11. Performance Standards

8.3-5.12. Setbacks

A. The following minimum setbacks shall be provided and maintained in connection with any building or parking lot. Front yard parking shall be regulated by this subsection or the Bulk Restrictions Section, whichever is more restrictive. The parking setback provisions of this subsection shall supersede the provisions of the Bulk Restrictions Section.

i. Front, exterior side or exterior rear setback requirements:

| BUILDING HEIGHT | ABUTTING | SETBACK (in feet) |
|---|---|---|
| Any Height | Tollway | 75 |
| 35 Feet or Less | Arterial Street | 30 |
| | Collector or Local Street | 15 |
| More than 35 Feet | Arterial Street | 30 |
| | Collector or Local Street | 20 |
| Setback exceptions. When exterior yards abut a collector or local street, which includes residentially zoned lots on the same block, if fifty (50) percent or more of the existing buildings are developed at an established setback of less than the required setback, any new B2 building may conform to the average established setback. If such average established setback is between fifteen (15) feet and thirty (30) feet, any new B2 building shall be set back at least an equivalent distance. In no case shall a setback of more than thirty (30) feet be required. | | |

ii. The setback requirement for front exterior side or exterior rear yards may be reduced to ten (10) feet if the following conditions are met:

a. The property was a lot of record on or before November, 1957.

b. A landscape plan is submitted by the owner and approved by the planning director and zoning administrator.

c. The owner commits in writing to have the approved landscaping established no later than June 30th or October 30th following the approval of the landscape plan, whichever shall occur first.

d. The owner demonstrates that the required setbacks cannot be met due to physical or practical difficulties.

B. Interior side or rear setback requirements:

| BUILDING HEIGHT | ABUTTING | SETBACK (in feet) |
|---|---|---|
| Any Height | Fox River | 30 |
| 35 Feet or Less | Residential | 20 |
| More than 35 Feet | Residential | 30 |
| Additional Rear Yard Requirements: When an interior rear lot lines does not abut a residentially zoned district, or the Fox River, a rear yard of not less that eight (8) feet shall be required. | | |

8.3-5.13. Signs

8.4. "B-3" Business And Wholesale District.

8.4-1. Title

8.4-1.1. The Business and Wholesale District shall be designated as "B-3" in the City of Aurora Zoning Map.

8.4-2. Intent & Purpose

8.4-3. District Specific Regulations

8.4-3.1. Rules

8.4-3.2. Definitions

8.4-4. Use Regulations

8.4-4.1. Permitted Uses.

A. Any use permitted in the B-2 district except that dwelling units located in this district be permitted by special use permit only as provided in the B-1 Local Retail Business District and the Administration Section.

B. Agricultural implement sales and service when conducted wholly within an enclosed building.

C. Air conditioning and heating sales and service.

D. Automobile, trailer and truck, under one and one-half (1 1/2) ton capacity, rental agencies.

E. Beverage, nonalcoholic, bottling and distributing.

F. Bicycle and motorcycle sales and repair.

G. Boat showroom and repairs, including outboard engine service.

H. Building materials sales, when conducted wholly within a building.

I. Bookbinding.

J. Catering establishments.

K. Contractors' offices and shops, where no fabricating is done on the premises and where all storage of material is within a building.

L. Drive-in restaurant.

M. Exterminating shop.

N. Feed and seed store, wholesale.

O. Garden supplies and seed stores, including repair of equipment.

P. Garages, public, for storage of private passenger automobiles and commercial vehicles under one and one-half (1 1/2) ton capacity.

Q. Glass cutting and glazing establishments.

R. Greenhouse, wholesale growers.

S. Household appliance repair shop.

T. Laboratories, commercial (medical, dental, research, experimental and testing), provided no production or manufacturing of products takes place.

U. Parcel delivery station.

V. Plumbing, heating and roofing supply shops.

W. Printing, publishing and issuing of newspapers, periodicals, books, and other reading matter.

X. Pet shop, kennel, or animal hospital when conducted wholly within an enclosed building.

Y. Plumbing shop.

Z. Poolrooms.

AA. Poultry and rabbit killing for retail sale on premises only.

BB. Processing or assembly limited to the following, provided that space occupied in a building does not exceed six thousand (6,000) square feet of total floor and basement space, not including stairwells, or elevator shafts; and provided such processing or assembly can be conducted without noise, vibration, odor, dust or any other condition which might be disturbing to occupants of adjacent buildings. When manufacturing operations of the same or similar products demand space exceeding six thousand (6,000) square feet, they shall then be located in the M-1 manufacturing district:
Advertising displays.
Apparel and other products manufactured from textiles.
Awnings, Venetian blinds and window shades.
Brushes and brooms.
Bakeries, wholesale.
Canning and preserving.
Canvas and canvas products manufacture.
Ceramic products, pottery, and glazed tile manufacture.
Cosmetics, drugs and perfumes.
Electrical equipment appliances.
Food processing, packaging and distribution.
Engraving.
Ice manufacture.
Jewelry.
Medical and dental supplies.

Metal polishing.
Music instrument manufacture.
Optical goods and equipment.
Pattern-making.
Scientific and precision instruments.
Shoe and boot manufacture.
Toys and children's vehicles manufacture.
Wood products.
Products from finished materials such as plastic, bone, cloth, cork, feathers, felt, fiber, paper, fur, glass hair, horn, leather, precious or semiprecious stones, rubber, shell or yarn.

CC. Radio and television broadcasting stations.

DD. Restaurants, drive-ins, car service.

EE. Sheet metal shop, providing floor area occupied does not exceed six thousand (6,000) square feet.

FF. Silver plating and repair shop.

GG. Smoking and processing of meat products.

HH. Trailer sales or rental (house trailers or mobile homes) on an open lot or within a building.

II. Uses customarily incidental to any of the above uses and accessory buildings when located on the same premises.

JJ. Wholesale business, excluding a building, the principal use of which is for a storage warehouse.

8.4-4.2. Special Uses

8.4-4.3. Accessory Uses

8.4-5. Bulk Restrictions

8.4-5.1. Building, Dwelling and Structure Standards

8.4-5.2. Floor Area Ratio

8.4-5.3. Height

A. There shall be no restrictions as to the height of buildings in the B-3 business district.

8.4-5.4. Landscaping

A. Screening. Screening of exterior storage areas shall be as required in the Bulk Restrictions Section.

8.4-5.5. Lot Area

8.4-5.6. Lot Coverage

8.4-5.7. Monotony Standards

8.4-5.8. Nonconformity

8.4-5.9. Obstructions

8.4-5.10. Parking & Loading

8.4-5.11. Performance Standards

8.4-5.12. Setbacks

A. The following minimum setbacks shall be provided and maintained in connection with any building or parking lot. Front yard parking shall be regulated by this subsection or the Bulk Restrictions Section, whichever is more restrictive. The parking setback provisions of this subsection shall supersede the provisions of the Bulk Restrictions Section.

i. Front, exterior side or exterior rear setback requirements:

| ABUTTING | SETBACK (in feet) |
|---|---|
| Tollway | 75 |
| Arterial Street | 30 |
| Collector | 15 |
| Setback exceptions. When exterior yards abut a collector or local street, which includes residentially zoned lots on the same block, if fifty (50) percent or more of the existing buildings are developed at an established setback of less than the required setback, any new B2 building may conform to the average established setback. If such average established setback is between fifteen (15) feet and thirty (30) feet, any new B2 building shall be set back at least an equivalent distance. In no case shall a setback of more than thirty (30) feet be required. | |

ii. The setback requirement for front exterior side or exterior rear yards may be reduced to ten (10) feet if the following conditions are met:

a. The property was a lot of record on or before November, 1957.

b. A landscape plan is submitted by the owner and approved by the planning director and zoning administrator.

c. The owner commits in writing to have the approved landscaping established no later than June 30th or October 30th following the approval of the landscape plan, whichever shall occur first.

d. The owner demonstrates that the required setbacks cannot be met due to physical or practical difficulties.

iii. Interior side or rear setback requirements:

| ABUTTING | SETBACK (in feet) |
|---|---|
| Fox River | 30 |
| Residential | 20 |
| B-1, B-2 or O | 10 |
| Additional rear yard requirements. When an interior rear lot line abuts a manufacturing district, a rear yard of not less than eight (8) feet shall be required. ||

8.4-5.13.  Signs

8.5. "O" Office district.

8.5-1. Title

8.5-2. Intent & Purpose

8.5-3. District Specific Regulations

8.5-3.1. Rules

A. Condition of use. In the O district, there shall be no storage, wholesale, retail, shipping or display of goods or merchandise on the premises except for: (1) incidental and minor storage and retail which is clearly accessory to and customarily associated with the operation of a professional office--such as the dispensing of medicines by physicians on an individual patient basis; (2) displays limited to floor samples in a business office; (3) the exhibition of individual art or craft products in an art gallery; and (4) displays of materials or work normally connected with the operation of a library, school, church, photography studio, or other similar use. However, in the O district there shall be neither window display of goods or merchandise nor any other display, including floor samples, which is readily visible from the public way or from adjoining properties. All business and professional activities shall take place within enclosed buildings.

8.5-3.2. Definitions

8.5-4. Use Regulations

8.5-4.1. Permitted uses. The following uses of land or buildings are permitted:

A. Business offices.

B. Offices of professional persons such as physicians, dentists, health practitioners (but not including veterinarians), attorneys, architects and engineers, and including outpatient medical and dental clinics, but not hospitals.

C. Art, dancing, vocational, professional and business schools.

D. Art galleries--for display purposes only and not including retail shops selling gifts or antiques.

E. Churches, provided that the requirements of the Bulk Restrictions Section are complied with.

F. Funeral homes.

G. Photography studios.

H. Private clubs and lodges of fraternal and religious organizations, when not operated for profit.

I. Public libraries.

J. Dwelling units, provided they are located above the first floor and above a permitted use and that lot area, side and rear yards as required for dwelling units in the R-5 Multiple-Family Dwelling District of this ordinance are complied with. All yard requirements shall begin fifteen (15) feet above the first floor elevation. Further, the total square footage permitted for the residential use shall not exceed the total first floor square footage that is utilized for the office use.

K. Signs, as regulated by the Bulk Restrictions Section.

L. Telephone booths.

M. Off-street parking and loading facilities, as regulated by the Bulk Restrictions Section.

N. Accessory uses.

O. Travel bureau.

8.5-4.2. Special Use

A. Banks, including drive-in facilities, in accordance with the Administration Section.

B. Residential living units, including lodging rooms, are not permitted below the second floor except in a building allowed as a special use.

8.5-4.3. Accessory Uses

8.5-5. Bulk Restrictions

8.5-5.1. Building, Dwelling and Structure Standards

8.5-5.2. Floor Area Ratio

A. The floor area ratio of buildings and structures on a zoning lot shall not exceed 1.6.

8.5-5.3. Height

8.5-5.4. Landscaping

8.5-5.5. Lot Area

A. For each dwelling unit established above the ground floor, at least two thousand (2,000) square feet of lot area shall be provided.

8.5-5.6. Lot Coverage

8.5-5.7. Monotony Standards

8.5-5.8. Nonconformity

8.5-5.9. Obstruction

8.5-5.10. Parking and Loading

8.5-5.11. Performance Standards

8.5-5.12. Setbacks.

A. The following minimum setbacks shall be provided and maintained in connection with any building or parking lot. Front yard parking shall be regulated by this subsection or the Bulk Restrictions Section, whichever is more restrictive. The parking setback provisions of this subsection shall supersede the provisions of section 5.

i. Front, exterior side or exterior rear setback requirements:

| BUILDING HEIGHT | ABUTTING | SETBACK (in feet) |
|---|---|---|
| Any Height | Tollway | 75 |
| 35 Feet or Less | Arterial Street | 30 |
|  | Collector or Local Street | 15 |
| More than 35 Feet | Arterial Street | 30 |
|  | Collector or Local Street | 20 |

The setback requirement for front exterior side or exterior rear yards may be reduced to ten (10) feet if the following conditions are met:

B. The property was a lot of record on or before November, 1957.

C. A landscape plan is submitted by the owner and approved by the planning director and zoning administrator.

D. The owner commits in writing to have the approved landscaping established no later than June 30th or October 30th following the approval of the landscape plan, whichever shall occur first.

E. The owner demonstrates that the required setbacks cannot be met due to physical or practical difficulties.

F. Interior side or rear setback requirements:

| BUILDING HEIGHT | ABUTTING | SETBACK (in feet) |
|---|---|---|
| Any Height | Fox River | 30 |
| 35 Feet or Less | Residential | 20 |
| More than 35 Feet | Residential | 30 |
| Additional Rear Yard Requirements: When an interior rear lot lines does not abut a residential district, or the Fox River, a rear yard of at least twenty (20) feet shall be required. | | |

8.5-5.13. Signs

8.6. "B-B" Business-Boulevard District.

8.6-1. Title

8.6-1.1. The Business-Boulevard District shall be designated as "B-B" on the City of Aurora Zoning Map.

8.6-2. Intent & Purpose

8.6-2.1. The intent of the B-B business boulevard district is to combine residential, commercial, office and industrial development in an orderly arrangement along a major street so as to maximize the commercial service benefit it offers and to minimize its harmful affects on (1) traffic movement and flow; (2) traffic safety; (3) the various land uses within and in close proximity to the B-B district; and (4) the beauty of the community.

8.6-3. District Specific Regulations

8.6-3.1. Rules

8.6-3.2. Definitions

A. Definitions. As provided for in the Rules and Definitions Section.

8.6-4. Use Regulations

8.6-4.1. Permitted Uses: The use of land or buildings in the B-B district shall be limited to the following:

A. Agricultural implement sales and service.

B. Antique shops.

C. Air conditioning and heating sales and service.

D. Art galleries and studios.

E. Art and school supply stores.

F. Auto accessory store.

G. Automobile sales and service establishments for new passenger automobiles and trucks, including sale of used cars and trucks when operated in conjunction with the principal use. Mechanical repairs, body repairs and repainting may be included. All facilities shall be contained in an enclosed building, except the storage of automobiles and trucks displayed in the open.

H. Automotive service stations, except that no outdoor display of any merchandise except gas pumps, lubricating oil and new tires. Auto, trailer and truck rental agencies.

I. Auto, truck construction equipment and farm equipment sales and storage are permitted in open yards within the district. Auto, truck construction equipment and farm equipment repairs shall be limited to entirely enclosed buildings except that dismantling and wrecking of said vehicles are specifically forbidden within the district.

J. Bakery shop, including the baking and processing of food products, when prepared for retail use on the premises only.

K. Bank and financial institutions.

L. Barbershop, chiropody, massage or similar personal service shop.

M. Battery and tire service stations, but not including recapping of tires.

N. Bicycle sales and repair.

O. Blueprinting and Photostatting establishments.

P. Boat, motorcycle and truck sales, service and major automotive repair, but only when confined within an enclosed structure.

Q. Book and stationery store.

R. Beauty parlor.

S. Building material sales, when conducted wholly within a building.

T. Candy and ice cream shops.

U. Camera and photographic supply shops.

V. Catering establishments.

W. Churches, provided that the requirements of The Bulk Restrictions Section are complied with.

X. Clubs and fraternal organizations.

Y. Costume rental shop.

Z. Coin and philatelic stores.

AA. Contractors' offices and shops, where no fabricating is done on the premises and where all storage of material is within a building.

BB. Custom dressmaking, millinery, tailoring or shoe repair when conducted for retail sales on the premises only.

CC. Delicatessens.

DD. Department stores.

EE. Dress shops.

FF. Drugstores.

GG. Dry-cleaning and pressing establishments, when employing facilities for the cleaning and pressing of not more than seven hundred fifty (750) pounds of dry goods per day, and when using carbon tetrachloride or other similar noninflammable solvents approved by the fire department.

HH. Dry goods store.

II. Electrical appliance store and repair, but not including appliance assembly or manufacturing.

JJ. Employment agency.

KK. Florist shop and conservatory for retail trade on the premises.

LL. Food and fruit stores.

MM. Frozen food stores.

NN. Furniture store and upholstery when conducted as part of the retail operations and secondary to the main use.

OO. Garden supplies and seed stores.

PP. Garages, public, for storage of private passenger automobiles and commercial vehicles.

QQ. Gift shops.

RR. Grocery stores.

SS. Hardware stores.

TT. Haberdashery.

UU. Hand laundries.

VV. Hobby stores.

WW. Household appliance stores.

XX. Hotels with fifty (50) guest rooms or more, and those with fewer than fifty (50) rooms that were established prior to the date of this ordinance, which must be staffed with twenty-four-hour clerk service, maid and janitor service.

YY. Interior decorating shops, including upholstery and making of draperies, slip covers, and other similar articles, when conducted as part of the retail operations and secondary to the main use.

ZZ. Jewelry store and watch repair.

AAA. Laboratories, commercial (medical, dental, research, experimental and testing).

BBB. Launderette and Laundromat, when operated with supervisory personnel.

CCC. Leather goods and luggage store.

DDD. Libraries.

EEE. Liquor store, package goods only when compatible with Chapter 6, Alcoholic Beverages, Code of Ordinances, City of Aurora, Illinois.

FFF. Locksmith.

GGG. Meat markets.

HHH. Mirror and glazing shop.

III. Musical instrument sales and repair.

JJJ. Newsstand.

KKK. Notions store.

LLL. Offices, business and professional, including medical clinics.

MMM. Optician, optometrist.

NNN. Orthopedic and medical appliance store.

OOO. Parcel delivery station.

PPP. Pet shops, kennel or animal hospital when conducted wholly within an enclosed building.

QQQ. Photograph developing and processing.

RRR. Photography studio, including the developing of film and pictures.

SSS. Physical culture and health service.

TTT. Picture framing.

UUU. Plumbing, heating and roofing supply shops and offices where no fabricating is done on the premises and where all storage of material is within a building.

VVV. Post offices and postal substations.

WWW. Public utility collection offices.

XXX. Radio and television sales and services, including major repairs.

YYY. Reading rooms.

ZZZ. Restaurant, tavern, drive-in.

AAAA. Residential development:

    i. Single-family residential units and accessory uses when developed in accordance with standards set out in the R-3 One-Family Dwelling District and the subdivision ordinance.

    ii. Multiple-family residential units, including building types such as apartments, row houses with not more than six (6) dwellings in a row and cluster housing with accessory uses, when developed in accordance with the Standards for Residential Development and the Standards for Combined Commercial and Multiple-Family Development.

BBBB. Shoe stores.

CCCC. Schools: music, dance, business, commercial or trade.

DDDD. Sewing machine sales and service.

EEEE. Signs, as defined and regulated this section.

FFFF. Sporting goods store.

GGGG. Taverns.

HHHH. Taxidermist.

IIII. Taxicab and bus waiting rooms and dispatchers' offices.

JJJJ. Telegraph office.

KKKK. Theater: indoor, drive-in.

LLLL. Tobacco shop.

MMMM. Toy store.

NNNN. Travel bureau and transportation ticket office.

OOOO. Trailer sales and rental on an open lot. Trailer repair only in an enclosed building.

PPPP. Typewriter and adding machine sales and service.

QQQQ. Undertaking establishments.

RRRR. Utilities, limited to lines and facilities that serve the immediate area.

SSSS. Variety store.

TTTT. Wearing apparel shop.

UUUU. All activities, except for garden shops, nurseries, farm equipment sales, hardware stores, automobile off-street parking facilities as permitted or required in this B-B district, and except as otherwise noted in this section, shall be conducted wholly within an enclosed building; provided, however, outdoor storage and sales may be authorized by special use permit.

8.6-4.2. Special uses requiring special use permit: The following special uses are prohibited within the B-B district unless the city council finds:

A. That any such use is designed so as to be compatible with its neighborhood; and

B. Not in conflict with the intent of the B-B district and subject to the issuance of a special use permit upon recommendation by the planning commission in accordance with the Administration Section.

  i. Educational institutions limited to the following:

  a. Nonboarding schools such as nursery, elementary, high, public, private, parochial and boarding schools.

  ii. Public, quasi-public and governmental buildings and facilities and institutions limited to the following:

  a. Amusement and recreational uses including archery range, golf practicing range, miniature golf course, swimming pools, swim clubs, roller skating rinks, dance halls, tennis courts, tennis buildings, bowling alleys or other similar places of entertainment when operated for profit.

  b. Utility facilities such as gas regulator stations, telephone exchanges, power substations, transformer stations, etc.

  c. Public parks and playgrounds, community centers and athletic fields, including stadiums and grandstands.

  d. Institutions for the care or treatment of insane, feebleminded, retarded, alcoholic or drug addict patrons, including halfway houses caring for partially affected or recovering persons.

C. Planned unit development in accordance with the Residential Planned Unit Development Subsection.

D. Automobile laundry.

8.6-4.3. Accessory Uses

8.6-4.4. Prohibited uses: All uses other than those expressly permitted in the B-B Business-Boulevard District are expressly prohibited within the B-B district, including the following:

A. Auto, horse and dog racing.

B. Gun clubs and skeet- and trap-shooting ranges.

C. Mobile home parks.

8.6-5. Bulk Restrictions

8.6-5.1. Standards, general.

A. Lot Area

i. Buildings and structures hereafter erected or structurally altered shall be on a lot having a width at the building line of not less than one hundred fifty (150) feet, and a depth of not less than two hundred fifty (250) feet except that any single lot or parcel of land, which was of record at the time of the adoption of the B-B business-boulevard district, that does not meet the minimum lot width or depth may be utilized for a permitted use.

B. Setbacks

i. Front yard:

a. There shall be a front yard having a depth of not less than thirty-five (35) feet.

b. The front yard shall be free of all buildings and structures requiring a building permit except that certain signs may be placed in the front yard in accordance with all B-B Business-Boulevard District regulations.

c. The front yard shall be planted and maintained in lawn or ground cover, shrubs or other ornamental plants.

d. No parking or loading shall be permitted in the front yard.

e. The front yard may contain access drives leading from the public street directly to the rear of the front yard. No other drives or auto maneuvering areas are permitted in the front yard.

f. Additional yard requirements appear in the Standards for Business Development and Standards for Multiple Family Development Subsections.

C. Number of buildings permitted on each zoning lot: More than one (1) building is permitted on each zoning lot except one- and two-family dwellings.

D. Court area:

i. A court area shall be established for each lot. The court area shall be an open space located abutting and behind the building setback line and shall be fifty (50) percent the width of the lot wide and twenty-five (25) feet deep. The court area shall be maintained free of all buildings and structures that require a building permit except signs and may be used for parking, drives and landscaping.

E. Landscaping:

i. Except as required inStandards for Green Space Areas in Multiple-Family Development Subsection at least five (5) percent of the lot exclusive of required setback and yard areas shall be planted and permanently maintained.

ii. Landscaping of parking areas:

a. Those parts of a parking area that are not used for either a parking space or access to a parking space shall be maintained free of paving and shall be planted and landscaped and permanently maintained as landscaped areas.

b. No landscaped area within or adjacent to a parking area shall have an average width of less than three (3) feet.

iii. All landscaped areas shall be surrounded by a continuous raised concrete curb or similar construction.

iv. A landscape plan for the entire site shall be a requirement for approval of the development. In addition to meeting the requirements set forth in this section, the plan shall show the type of plantings by both common and botanical name, location and spacing of plants required in yard areas herein.

F. General sign regulations applicable to signage in both residential and business areas:

   i. The following regulations and standards are applicable to all signage (Note: Additional regulations and standards for business area signs are set out in the Standards for Business Area Development Subsection and for residential area signs are set out in the Standards for Residential Development Subsection).

      a. No sign shall, by reason of its position, size, shape or color, obstruct the view of any motorist on a public street, or be confused with a traffic-control sign or device or otherwise interfere with or confuse traffic. Signs and the flood-lighting of signs shall be designed and arranged so as to prevent glare into any neighboring property, land use or public way.

      b. Roof signs are prohibited.

      c. Signs painted on fences or walls are prohibited.

      d. Flashing or blinking signs and signs with moving parts are prohibited.

      e. All permanent signs shall be confined to the trade name and logotype of the property user. Slogans are prohibited; however, identification of a single principal product or service may be included in the permissible dimensions of a sign if such product or service is not customarily associated with the property user's business operations.

      f. Structural framing, angles and large fastenings must be fully concealed. Small fastenings such as screw heads may be exposed if finished to match the approved sign.

      g. Unfinished metals, plywood and paper are prohibited materials.

      h. The area of a sign shall be the area of the smallest circle, square or rectangle that can be drawn on a scaled elevation of the sign that could enclose all advertising or attention attracting parts of the sign.

      i. The reverse face of a freestanding sign shall not be counted when computing its area.

      j. Any freestanding sign shall be flat and shall be limited to a face and reverse face.

      k. Traffic directional signs. Traffic directional signs having a maximum area of eight (8) square feet each and whose message is limited to the designation of parking entrances, exits and conditions of use of parking facilities accessory to the main use of the premises may be maintained provided they are within the property line of the subject lot.

      l. Alterations. No sign shall be altered, rebuilt, enlarged, extended or relocated except in conformity with the provisions of this ordinance. Maintenance of signs shall not be deemed to be alterations.

      m. No permanent sign may be put in place until a permit has been issued. The zoning administrator may approve, disapprove or conditionally approve any sign design application. The applicant may appeal any such zoning administrator decision to the zoning board of appeals.

      n. The final submission for all signs shall include, but not be limited, to the following:

        • Dimensional plot plan showing proposed location related to surrounding buildings and roadways.

- Building elevations with main identification sign, one-fourth inch scale.

- Elevation drawings of the signage at one (1) foot equal one-half inch scale.

- Construction and material details, electrical details and lighting schedule.

G. Parking and Loading

i. All parking areas, loading areas, driveways and maneuvering areas for passenger automobiles and commercial vehicles under one and one-half (1 1/2) ton capacity shall be improved with six (6) inches thick gravel and two (2) inches thick asphalt or equivalent material of the same thickness. All parking areas, loading areas, driveways and maneuvering areas for larger motor vehicles than passenger cars and commercial vehicles under one and one-half (1 1/2) ton capacity shall be improved according to standards and specifications of the Illinois Department of Transportation, and a plan showing the required improvements shall be submitted to the city engineer of Aurora for his approval.

ii. An off-street parking space shall be a usable area of not less than one hundred ninety (190) square feet no less than ten (10) feet wide by nineteen (19) feet long, exclusive of access drives or aisles, ramps, columns or office and work areas, accessible from public streets or alleys, or from private driveways or aisles leading to public street or alleys, and to be used for the storage or parking of passenger automobiles and commercial vehicles under one and one-half (1 1/2) ton capacity where permitted under this ordinance. Maneuvering space shall not be less than twelve (12) feet in width when serving automobiles in parallel parking. Backup space shall not be less than twelve (12) feet in width when serving automobiles parked at thirty-degree angles in one direction, not less than fifteen (15) feet in width when serving automobiles parked at forty-five-degree angles in one (1) direction, not less than eighteen (18) feet in width when serving automobiles parked at sixty-degree angles in one direction, and not less than twenty-five (25) feet in width when serving automobiles parked perpendicular to the aisles.

iii. Visibility clearance zone:

a. A visibility clearance zone is established at every intersection of the major street with any driveway.

b. A visibility clearance zone shall be a triangular area located at the intersection of each private driveway and a public street. The base of the triangle shall be measured along the edge of the paving of the major street an equal distance in both directions from the centerline of the driveway. This distance shall be one-half for driveway width plus forty (40) feet. The height of the triangle shall be forty (40) feet.

c. The visibility clearance zone shall be maintained free of all walls, signs (except up to ten (10) inches in diameter poles, supporting signs and traffic devices), plantings (except tree trunks), structures and all obstacles to vision in a space between eighteen (18) inches above curb grade.

iv. Additional off-street parking regulations appear in Standards for Business Development and inStandards for Residential Development.

v. Off-street parking spaces shall be constructed in accordance with the Bulk Restrictions Section, General provisions--Parking and loading excepting the Parking and Loading Schedule of Requirements Subsection, of the Aurora zoning ordinance.

8.6-5.2. Standards for business development.

A. Height

i. (of buildings in business areas) The maximum height of any building or structure in a business area shall be fifty (50) feet to roof line except as noted in below.

ii. The height of any building or structure in a business area on the rear portion of a lot adjacent to a residential or farming district shall be in accordance with the table set out below:

| DISTANCE FROM REAR PROPERTY LINE (FEET) | MAXMIMUM HEIGHT OF BUILDING OR STRUCTURE (FEET) |
|---|---|
| 25 to 40 | 15 |
| Over 40 to 60 | 25 |
| Over 60 | 50 |

iii. The planning commission may recommend and the city council may approve a site plan for business development showing buildings with heights greater than set out as above in accordance with the Residential Planned Unit Development Subsection and the Administration Section.

B. Setbacks(business development)

i. Front yard: See the Bulk Restrictions Section of the B-B Business-Boulevard District.

ii. Side yard, business structures:

a. Interior side yard requirement for business structures adjacent to a business, office or manufacturing district:

- The minimum interior side yard requirement for business structures adjacent to property zoned business, office or manufacturing district shall be fifteen (15) feet except that the minimum interior side yard requirement for any part of a business structure above forty (40) feet in height shall be twenty-five (25) feet.

- The minimum side yard requirements on one (1) side of the lot may be reduced to zero (0) for a maximum of fifty (50) percent of the depth of the lot measured from the front setback line to the rear setback line, provided that the sidewall of the structure is made of masonry or concrete.

b. Interior side yard requirement for business structures adjacent to a residential or farming district:

- The minimum interior side yard requirement for business structures adjacent to property zoned residential or farming district shall be twenty (20) feet plus one and one-half (1 1/2) feet for each one (1) foot above thirty (30) feet in height; except that the minimum interior side yard requirement for business structures shall be fifteen (15) feet when the adjacent parcel fronts on a major street and is zoned farming or residential under the jurisdiction of the county.

- The minimum interior side yard requirement for business structures immediately adjacent to property zoned residential or farming district may be reduced to zero (0) for a maximum of fifty (50) percent of the depth of the lot measured from the front setback line to the rear setback line when the structure meets the following conditions:

- The sidewall of the structure is completely masonry or concrete construction;

APPENDIX A ZONING                     107

- The sidewall of the structure is free of all windows, doors, openings, vents, appurtenances and signs;

- The roof of the structure within twenty-five (25) feet of the side property line is free of all appurtenances, such as chimneys, vents, pipes, mechanical equipment, and other appurtenances except when screened behind a parapet wall of at least the same height of the highest appurtenance built on all outside walls of the structure located within twenty-five (25) feet of the property line; and

- The part of the structure within twenty-five (25) feet of the side property line including any parapet wall line is limited to twenty (20) feet in height.

- The side lot line between the front setback line and the rear property line shall be screened and properly maintained with dense planting of shrubs and trees or by a decorative five-foot-high masonry wall, except in the instance where a building is built on the side property line. This planting and screening area shall have a maturity height of not less than five (5) feet.

   c. Side yard on corner lots: Exterior side setback shall be twenty (20) feet. The exterior side setback area shall be landscaped and properly maintained. There shall be no structure of any kind, open storage of materials or equipment, or the parking of vehicles in the exterior side yard. Lights for the purpose of illuminating parking areas are not permitted in such exterior side yards. Such yards shall contain no paving except for accessways perpendicular to the street or sidewalks across the lot. Unless an additional lane for egress is approved by the city, accessways shall not exceed twenty-five (25) feet in width per approved access point, with an ingress and egress radius of thirty-five (35) feet to the street curbline. Additional width will be allowed for a center landscaped median of six (6) feet minimum.

  iii. Rear yard:

    a. Rear yard adjacent to an office, business or manufacturing district:

- There shall be a minimum rear yard requirement of twenty (20) feet.

    b. Rear yards adjacent to a residential or farming district:

- The rear yard for any part of a lot adjacent to property zoned residential or farming shall be twenty-five (25) feet except in the case wherein the adjoining property has frontage on the major street and is zoned farming or residential under the jurisdiction of the county in which case the rear yard shall be twenty (20) feet.

- The rear yard shall be planted so as to beautify and screen activities of the site. Such plantings shall be properly maintained.

- Screening at the rear property line may not be required when both the lot facing the major street and the lot adjacent to its rear lot line are designed and developed as a single planned unit and such plan is approved by the planning commission.

C. Building, Dwelling and Structure Standards

  i. Distance between buildings; standards for buildings in business areas: Where more than one (1) nonresidential building is placed in a business area, the minimum distance between buildings shall be as follows:

  ii. The distance between a nonresidential building having a height above forty (40) feet but not over fifty (50) feet and any other nonresidential building shall be at least forty (40) feet.

iii. The distance between a nonresidential building having a height above thirty (30) feet but not over forty (40) feet and any other nonresidential building shall be at least thirty (30) feet.

iv. The distance between a nonresidential building having a height above twenty (20) feet but not over thirty (30) feet and any other nonresidential building shall be at least twenty-five (25) feet.

v. The distance between a nonresidential building having a height up to twenty (20) feet and any other nonresidential building shall be at least twenty (20) feet.

vi. The planning commission may recommend and the city council may approve a site plan for business development showing buildings closer together than set out as above in accordance with the Administration Section.

D. Signs (Business area)

i. The following regulations and standards are applicable to all signage in business areas (Note: Additional general regulations and standards that are applicable to business areas are set forth in the Bulk Restrictions Subsection of the B-B Business-Boulevard District, General sign regulations):

ii. Freestanding signs:

a. No more than one (1) freestanding sign not exceeding areas set out below shall be permitted on each lot:

| MAJOR STREET FRONTAGE | SQUARE FEET |
|---|---|
| Up To 100 Feet | 30 |
| 100 Feet - 500 Feet | 40 |
| Over 500 Feet | 50 |

b. Freestanding signs may be erected in the front yard but their maximum height shall be related to the distance from the front property line as set out below:

| DISTANCE FROM THE FRONT PROPERTY LINE OF THE CLOSEST EDGE OF THE SIGN (FEET) | MAXIMUM HEIGHT OF SIGN FROM EXISTING CURB LEVEL (FEET) |
|---|---|
| 0-15 | 6 |
| 15-20 | 8 |
| 25-25 | 10 |
| 25-30 | 12 |
| 30-35 | 14 |
| 35 and behind the front yard | 16 |

iii. Wall signs:

a. A wall sign may be placed on any face of a building oriented to either the major street or the main parking lot of the parcel except as indicated below:

- Wall signs shall not be oriented to a rear lot line except where building on the side intervenes.

- Wall signs shall not be oriented to a side lot line except where building on the site intervenes and the wall sign is primarily oriented to a major street or a main parking area on the site.

b. A wall sign may not project above the roof line or beyond the building on which it is mounted.

c. The height limit for any wall sign shall be twenty (20) feet.

d. Wall signs shall be mounted flat against the surface of the building and shall not project more than twelve (12) inches therefrom.

e. A wall sign may be a bar wall sign or a nonbar wall sign.

f. Each building shall be limited to either one (1) nonbar wall sign or to one (1) bar wall sign limited to a square footage as set out in paragraphs (7) and (8) below.

g. Bar wall sign standards:

- Bar wall signs shall be limited to a square footage equal to the total length of the wall of the building (buildings) on which wall signs are permitted.

- Bar wall signs shall be limited to a vertical dimension of two (2) feet.

h. Nonbar wall sign standards:

- Nonbar wall signs shall be limited to an area equal to five (5) percent of the area of the wall on which it is placed except that the vertical dimension used in computing the area of the wall shall not exceed thirty (30) feet.

- Nonbar wall signs are limited to a maximum of one (1) per zoning lot.

E. Parking and Loading (Business Area)

i. Parking facilities shall be provided on the same lot where the uses permitted in this ordinance are developed in accordance with the following standards:

ii. For mixed uses--The parking facilities required shall be the sum of the requirements for the various individual uses, computed separately in accordance with this section; parking facilities for one (1) use shall not be considered as providing the required parking facilities for any other use in the same building or on the same lot.

iii. For hotels and motels--One and five-hundredths (1.05) parking spaces for each guestroom.

iv. For private clubs or lodges (without sleeping rooms)--One (1) parking space for each three hundred (300) square feet of floor area.

v. For private clubs or lodges with sleeping room area--One (1) parking space for each three (3) guest accommodations.

vi. For dormitories--One (1) space for each two (2) living accommodations.

vii. For hospitals--One (1) parking space for each two (2) hospital beds, plus one (1) space for each staff and/or visiting doctor.

viii. For sanitariums, convalescent homes, nursing homes or homes for the aged--One (1) space for each four (4) patient beds, plus one (1) space for staff and/or visiting doctor.

ix. For medical or dental clinics--Six (6) parking spaces per doctor engaged at clinic.

x. For mortuaries or funeral parlors--Ten (10) parking spaces for each room used as a chapel or parlor.

xi. For bowling alleys--Four (4) parking spaces for each alley.

xii. For convention halls, dance halls, skating rinks, assembly halls, exhibition halls or other places of assembly--One (1) parking space for each seventy-five (75) square feet of floor area used for assembly.

xiii. Stadium, sports arena, auditorium and gymnasium (other than incidental to a school)--One (1) parking space for each four (4) seats.

xiv. For theatres:

a. Indoor--One (1) parking space for each five (5) seats.

b. Outdoor--Employee parking equal to ten (10) percent of the capacity.

xv. For bus terminals, railroad passenger stations or other passenger terminal facilities (special uses)--Such parking space as the city council, subject to the recommendations of the zoning board of appeals, shall deem to be adequate for employees, passengers, spectators, visitors and others.

xvi. For banks, business or professional offices or public administration buildings--One (1) parking space for each three hundred (300) square feet of floor area.

xvii. For establishments handling the sale and consumption on the premises of alcoholic beverages, food or refreshment--One (1) parking space for each one hundred (100) square feet of floor area.

xviii. For retail stores and service shops (individual or in groups)--One (1) parking space for each two hundred (200) square feet of floor area.

xix. For furniture and appliance stores, motor vehicle sales, wholesale stores, household equipment or furniture repair shops, or machinery sales (individual stores or groups of stores in one building)--One (1) parking space for each four hundred (400) square feet of floor area.

xx. For manufacturing and industrial uses, research and testing laboratories, laundry and dry-cleaning plants, printing, binding, publishing and issuing of newspapers, periodicals, books and other reading matter, telephone exchanges, warehouses and storage buildings, engraving shops, assembly of materials and products, and other similar uses--One (1) parking space for each three (3) employees, based upon the maximum number of persons to be employed at any one work period during the day or night, plus such additional parking facilities as shall be required for all vehicles used in the conduct of enterprise.

F. Business area off-street loading: Off-street loading and unloading facilities shall be provided and constructed in accordance with the Bulk Restrictions Section of the Aurora Zoning Ordinance.

8.6-5.3. Standards for residential development.

A. Standards for single-family conventional development:

i. Standards for single-family development shall be in accordance with the R-3 One-Family Dwelling District and those provisions of the subdivision control ordinance regulating single-family residential development.

B. Standards for multiple-family development:

i. Height and density standards for multiple-family development: Multiple-family residential units shall not be permitted except as set out below. Height and density standards for Categories I, II and III shall be as follows:

a. Category I: For the first two hundred (200) feet distance from the major street, buildings of fifty (50) feet maximum may be erected and a maximum of eight (8) dwelling units per acre shall be permitted.

b. Category II: For the area between two hundred (200) feet and four hundred (400) feet distance from the major street, buildings of thirty (30) feet maximum may be erected and a maximum of six and one-half (6 1/2) dwelling units per acre shall be permitted.

c. Category III: For the area between four hundred (400) feet and greater distance from the major street, buildings of twenty (20) feet maximum may be erected and a maximum of five and one-half (5 1/2) dwelling units per acre shall be permitted.

d. Off-street parking, required by the total number of dwelling units within each category shall be located completely within the confines of the same said category.

e. There shall be a minimum category yard requirement of fifteen (15) feet on each side of the category line.

f. The planning commission may recommend and the city council may approve a planned unit development site plan for residential development without regard to the standards and categories in this subsection in accordance with the Residential Planned Unit Development Subsection of the B-B Business-Boulevard District.

C. Setbacks (Multiple-Family Development)

i. Front yard: There shall be a front yard having a depth of not less than thirty-five (35) feet.

ii. Interior side yard: There shall be a minimum interior side yard requirement of twenty-five (25) feet.

iii. Rear yard: There shall be a minimum rear yard requirement of thirty-five (35) feet.

iv. Corner: A minimum of thirty-five (35) feet corner side yard shall be provided along the side street of a corner lot.

v. The planning commission may recommend and the city council may approve a site plan for multiple-residential development in accordance with the Residential Planned Unit Development Subsection of the B-B Business-Boulevard District having lesser yard requirements.

D. Building, Dwelling And Structure Standards (Multiple-Family Development)

i. Where more than one (1) building containing dwelling units is placed in a residential area, the minimum distance between buildings shall be as follows:

ii. The distance between a residential building having a height above forty (40) feet but not over fifty (50) feet and any other residential building shall be at least seventy-five (75) feet.

iii. The distance between a residential building having a height above thirty (30) feet but not over forty (40) feet and any other residential building shall be at least sixty (60) feet.

iv. The distance between a residential building having a height above twenty (20) feet but not over thirty (30) feet and any other residential building shall be at least forty-five (45) feet.

v. The distance between a residential building having a height up to twenty (20) feet and any other residential building shall be at least thirty (30) feet.

vi. The planning commission may recommend and the city council may approve a site plan for residential development showing buildings closer together than set out above in accordance with the Residential Planned Unit Development Subsection of the B-B Business-Boulevard District.

E. Standards for green space areas in multiple-family development:

i. A minimum green space area shall be required as part of each multiple-family unit development. Said minimum green space area shall be provided as set out below:

| CATEGORY | PERCENT OF AREA IN GREEN SPACE USE |
|:---:|:---:|
| I | 30 |
| II | 40 |
| III | 50 |

ii. Green space areas are defined as being lands devoted one hundred (100) percent to living ornamental plants and other uses set out below:

a. Green space uses shall consist of planted areas, formal gardens, trees and woods, lawns, parks, ponds (except required retention and detention unless specifically accepted as open space by the city council), natural areas and outdoor recreational activity areas of noncommercial nature or noncommercial recreation buildings associated with group housing development.

iii. All open spaces in the project area, except walks, driveways and parking spaces shall be planted and shall be maintained at all times.

iv. The planning commission may recommend and the city council may approve a site plan for residential development showing different arrangements of green space percentages than set out above in accordance with the Residential Planned Unit Development Subsection of the B-B Business-Boulevard District.

F. Signs (Residential Development)

i. The following regulations and standards are applicable to all signage in residential areas (Note: Additional general regulations and standards that are applicable to residential

APPENDIX A ZONING                                    113

areas are set out in the Bulk Restrictions Subsection of the B-B Business-Boulevard District).

a. Signs shall be permitted and limited as set out below:

- Only freestanding signs and traffic directional signs shall be permitted in a residential development.

- No more than one freestanding sign stating only the name of the residential development, its address and a telephone number and a statement relating to rental or sales of the dwelling units on the site expressed in letters no taller than five (5) inches.

- The maximum area of a freestanding sign shall be related to the frontage on the major street of the parcel on which the housing it advertises is located and shall be limited in accordance with the following chart:

| MAJOR STREET FRONTAGE | SQUARE FEET |
|---|---|
| Up To 100 Feet | 15 |
| 100 Feet - 500 Feet | 20 |
| Over 500 Feet | 25 |

b. Signs in accordance with area requirements and restrictions set out in above, may be erected in the front yard but their height shall be related to the distance from the front property line as set out below:

| DISTANCE FROM THE FRONT PROPERTY LINE TO THE CLOSEST EDGE OF THE SIGN (FEET) | MAXIMUM HEIGHT OF THE SIGN FROM EXISTING CURB LEVEL (FEET) |
|---|---|
| 0-15 | 6 |
| 15-20 | 8 |
| 20-25 | 10 |
| 25-30 | 12 |
| 30-35 | 14 |
| 35 and behind the front yard | 16 |

G. Parking And Loading (Dwelling Units)

i. Parking facilities shall be provided on the same zoning lot where the uses permitted in this ordinance are developed in close proximity to the dwelling units the parking spaces serve in accordance with the following standards:

ii. In a residential development containing two (2) or more dwelling units off-street parking shall be provided in the amount of two (2) car spaces for each dwelling unit.

iii. In a residential development:

a. No required open off-street parking space shall be permitted nearer than twenty-five (25) feet to any residential building.

APPENDIX A ZONING                    114

b. All parking spaces shall be separated from the rear lot line by a buffer strip not less than six (6) feet in width. This buffer strip shall be screened and properly maintained with dense planting of shrubs and trees of not less than five (5) feet in height.

c. No parking may be permitted in a required front yard, a side yard or category yard.

H. Building, Dwelling and Structure Standards

i. Exterior construction standards for multiple-family construction. All Use Group R-2 structures, except for multiple-single family dwelling units, as defined in the Aurora Building Code, shall have exterior walls of brick, decorative precast or a decorative masonry surface.

8.6-5.4. Standards for combined commercial and multiple-family development.

A. Commercial and residential land uses may not be developed on a single zoning lot except under the following conditions:

i. In the event that residential and commercial land uses are developed on a single zoning lot a land use division line shall be established. The location of the land use division line shall be determined by the location of the commercial structure or parking place or facility that serves said commercial structure that is most distant from the major street. The land use division line shall be at least twenty-five (25) feet farther from the major street than said commercial structure or parking place or facility that serves said commercial structure.

ii. No commercial development shall be permitted farther from the major street than the land use division line and no residential development shall be permitted closer to the major street than the land use division line.

iii. No parcel may be used or created for commercial development if it is placed so that any residential development exists directly between it and the major street.

iv. No parcel may be used or created for residential development if it is situated so that commercial development exists farther from the major street.

v. No structure may be built within twenty-five (25) feet of the land use division line.

vi. The planning commission may recommend and the city council may approve a site plan in accordance withthe Residential Planned Unit Development Section of the B-B Business-Boulevard District that mixes business and multiple-family land uses.

8.6-5.5. Residential Planned Unit Development

A. Findings: the Planning Commission may recommend and the City Council may approve any residential planned unit development in the B-B District in accordance with the Use Regulations Subsection is the residential density conforms with the following density standards and the planning commission and the city council find the following:

i. The planned unit site plan exhibits unusual excellence in design that will result in near ideal environmental qualities.

ii. The proposed planned unit development is in accordance with the physical development policies of the city council.

iii. The planned unit design exhibits more efficient, creative and imaginative use of the site than could be expected to be accomplished with conventional standards.

iv. The variances from the regular standards in the ordinance will not be detrimental to or endanger the public health, safety, morals, comfort or general welfare.

v. The planned unit design will make the site more compatible with surrounding properties.

vi. The planned unit design incorporates into the development generous open spaces and recreational and aesthetic amenities.

vii. The planned unit design preserves worthwhile existing natural site qualities and features.

viii. The planned unit design maximizes pedestrian and vehicular circulation ease.

ix. The planned unit design maximizes safety on and near the site.

B. Procedures: Procedure for approval of a residential planned unit development shall follow the procedures and requirements for approval of planned development set forth in the zoning ordinance, and applicable ordinances and resolutions of the City of Aurora.

C. Density standards: The net lot area required for dwelling units shall be provided in accordance with the following table:

| UNITS | NET SQ. FT. PER PARCEL | ACRES | UNITS | NET SQ. FT. PER PARCEL | ACRES | UNITS | NET SQ. FT. PER PARCEL | ACRES |
|-------|------------------------|-------|-------|------------------------|-------|-------|------------------------|-------|
| 1  | 8,000   |         | 20 | 108,900 |  | 39 | 212,355 |         |
| 2  | 15,500  |         | 21 | 114,345 |  | 40 | 217,800 | 5 acres |
| 3  | 23,000  |         | 22 | 199,790 |  | 41 | 222,318 |         |
| 4  | 29,983  |         | 23 | 125,235 |  | 42 | 266,784 |         |
| 5  | 36,624  |         | 24 | 130,680 |  | 43 | 231,028 |         |
| 6  | 42,924  |         | 25 | 136,125 |  | 44 | 235,586 |         |
| 7  | 48,881  |         | 26 | 141,570 |  | 45 | 239,920 |         |
| 8  | 54,497  |         | 27 | 147,015 |  | 46 | 244,421 |         |
| 9  | 59,771  |         | 28 | 152,460 |  | 47 | 248,450 |         |
| 10 | 64,073  |         | 29 | 157,905 |  | 48 | 252,647 |         |
| 11 | 69,294  |         | 30 | 163,350 |  | 49 | 256,799 |         |
| 12 | 73,543  |         | 31 | 168,795 |  | 50 | 260,905 |         |
| 13 | 77,450  |         | 32 | 174,420 |  | 51 | 264,966 |         |
| 14 | 81,015  |         | 33 | 179,685 |  | 52 | 268,981 |         |
| 15 | 84,328  |         | 34 | 185,130 |  | 53 | 272,952 |         |
| 16 | 87,120  | 2 acres | 35 | 190,525 |  | 54 | 276,876 |         |
| 17 | 92,565  |         | 36 | 196,020 |  | 55 | 280,756 |         |
| 18 | 98,010  |         | 37 | 201,465 |  | 56 | 284,590 |         |
| 19 | 103,455 |         | 38 | 206,910 |  | 57 | 288,378 |         |

APPENDIX A ZONING                116