# File Information For Casefile Number:

## NA20/3-06.390-FPN

Final Plan on 3.24 acres for a 21,777 square foot medical office building near the SWC of Oakhurst Drive and New York Street by GEMINI OFFICE DEVELOPMENT (Ward 10 - TM)

| | |
|---|---|
| Ordinance / Resolution Number: PDFNL06.056 | Total Site Area: 3.24 acres |
| Date Passed: 11/16/2006 | Parcel Numbers: 07-20-302-081 |

Submittal Application Letter: 8/1/2006
City Council Referral Minutes: 8/1/2006

### Planning Council

Date Submitted to Council: 8/1/2006
Date Passed Out of Council: 10/24/2006
Planning Council Summary: 10/25/2006

### Planning Commission

Staff Report: 10/25/2006
Minutes: 11/1/2006

### Planning and Development Committee

Minutes: 11/16/2006
**Committee Action Number:** PDFNL06.056
Date Passed: 11/16/2006
Committee Appeal Sheet: 11/22/2006

### City Council

C.O.W Minutes: 11/21/2006

### Archive File

Casefile Closing Form: 10/25/2007
Planner's Remarks:

### Commercial Development

Total Commercial Area is 3.24 acres.
Number of Lots: 1
Total Building Area is 21750 square feet.
Number of Buildings: 1
Number of Stories: 1
Number of Parking Spaces Required: 70
Number of Parking Spaces Provided: 71

## File Contents For Casefile Number:
## NA20/3-06.390-FPN

NA20/3-06.390-FPN - Final Plan on 3.24 acres for a 21,777 square foot medical office building near the SWC of Oakhurst Drive and New York Street by **GEMINI OFFICE DEVELOPMENT** (Ward 10 - TM/JHS)

| No. | File Items Received: | Date: |
|---|---|---|
| 1 | Site Plan-Petition Submittal | 7/27/2006 |
| 2 | Site Plan/Signage/Trash Enclosure-Petition Submittal | 7/27/2006 |
| 3 | Elevations-Petition Submittal | 7/27/2006 |
| 4 | Landscape Plan-Petition Submittal | 7/27/2006 |
| 5 | ALTA Survey-Petition Submittal | 7/31/2006 |
| 6 | Floor/Site Plan-Petition Submittal | 7/31/2006 |
| 7 | Staff Comments-First Review | 9/6/2006 |
| 8 | Elevations | 7/31/2006 |
| 9 | Landscape Plan | 7/31/2006 |
| 10 | Lighting Plan | 9/28/2006 |
| 11 | Landscape Plan | 9/28/2006 |
| 12 | Site Plan | 9/28/2006 |
| 13 | Staff Comments-2nd Submittal | 10/6/2006 |
| 14 | Final Plan | 10/17/2006 |
| 15 | Landscape Plan | 10/20/2006 |
| 16 | Color Rendering-Planning Commission Submittal | 10/25/2006 |
| 17 | Lighting Plan-Planning Commission Submittal | 10/25/2006 |
| 18 | Fire Hydrant Location Exhibit-Planning Commission Submittal | 10/25/2006 |
| 19 | Elevations-Planning Commission Submittal | 10/25/2006 |
| 20 | Site Plan-Planning Commission Submittal | 10/25/2006 |
| 22 | Final Plan-Planning Commission Submittal | 10/25/2006 |
| 24 | Lighting Plan-P&D Submittal* | 10/31/2006 |
| 25 | Fire Hydrant Location Exhibit-P&D Submittal* | 10/31/2006 |
| 26 | Elevations-P&D Submittal* | 10/31/2006 |
| 27 | Site Plan-P&D Submittal* | 10/31/2006 |
| 28 | Landscape Plan-P&D Submittal* | 10/31/2006 |
| 29 | Final Plan-P&D Submittal* | 10/31/2006 |

* Indicates Approved Document