hearing, shall promptly amend the City Subdivision Control
Ordinance to require the installation of storm water
retention and disposal systems prior to the development of
any property outside of the District which is located in
the Waubansee Creek or Indian Creek watersheds and over which
the City has jurisdiction under its Subdivision Control
Ordinance, which systems shall be required to meet performance
standards no lower than the performance standards provided
for the District in Subsection V C. of the Plan Description.

       7.  <u>City Comprehensive Plan</u>.  Upon annexation of
the Territory to the City, the developers of the District
shall assign members of their planning staffs and the planning
staffs of their independent planning consultants to work with
the City's Planning Department and other representatives of
the City in the preparation of amendments to the City's Com-
prehensive Plan which will be applicable to areas of DuPage
and Kane Counties adjacent to, affected by or likely to be
affected by the development of the District.  The City agrees
that all reasonable efforts will be made to cause such amend-
ments to the City Comprehensive Plan to be consistent and
compatible with the provisions of this Agreement and the
Plan Description describing highways and roads (Section V
hereof and Subsection V D. of the Plan Description) and to
other applicable provisions of this Agreement and the Plan
Description.  At any time or from time to time the developers
of each Region of the District will give serious and good

faith consideration to changes in portions of the then cur-
rent land use plan (as such term is used in Subsection V I.
of the Plan Description) applicable to areas in the District
not then covered by a General Development Plan or a Pre-
liminary Plan which shall have been submitted to the City
designed to make such portions of such land use plan con-
sistent and compatible with such Comprehensive Plan as
developed in such joint planning effort by planning repre-
sentatives of the developers of the District and the City
and as finally approved and adopted by the City; provided
that (i) where the terms of the Plan Description require
any such changes in said land use plan to be approved by
the City, changes designed to make such land use plan
consistent and compatible with such Comprehensive Plan
shall be subject to the City's approval; (ii) any such
changes in such land use plan shall be subject to the
approval of the developers of the Region of the District
in which such change occurs, which approval shall not be
unreasonably withheld; and (iii) any such changes shall
be subject to the provisions of any deed of conveyance or
other document theretofore deposited with the Department
of City Planning pursuant to Subsection V M. of the Plan
Description.

        8.  Home Rule Powers.  The City agrees to adopt
such ordinances as may be necessary or appropriate to
effectuate the use of its home rule powers as provided for

in Section 6 of Article VII of the Constitution of the State
of Illinois, including, but not by way of limitation, such
amendments to the Local Improvement Act as may be required
in order for the City to carry out its obligations to con-
struct local public improvements as herein provided.  The
City further agrees to amend its appropriation ordinance
(Section 2-21 of the Code of Ordinances of the City) to
provide that any limitation therein or in Article 8-2-9 of
Chapter 24, Illinois Revised Statutes (1971) shall not be
applicable to this Agreement.

    9.  <u>Special Assessment and Taxation</u>.  Except as
specifically provided for in this Agreement, the City may
not levy against any real estate or personal property
within the District any special assessment or special
taxation for the cost of any improvements in or for the
benefit of the District which are to be constructed or
provided pursuant to the terms of this Agreement.  During
the first ten (10) years after the annexation of the Territory
to the City, the City shall not, without the prior consent of
the record owners of any property in the District so affected,
(i) make any local improvements in or for the benefit of the
District which are not provided to be constructed pursuant
to the terms of this Agreement by special assessments, or special
taxation, including, without limitation, the exercise of such
special assessment or special taxation power jointly with other
home rule jurisdictions, counties or municipalities, (ii) levy
or impose any additional differential taxes upon the District

-141-

or (iii) levy or impose additional taxes upon the District,
in the manner provided by law for the provision of special
services to the District or an area in which the District
is located or for the payment of debt incurred in order to
provide such special services, including specifically, but
not by way of limitation, the creation of "Special Service
Areas" or the levy of differential taxes with respect to
or in the District pursuant to Section 6(1) of Article VII
of the Constitution of the State of Illinois; provided, that
nothing in this Subsection 9 shall prevent the City from levy-
ing or imposing additional taxes upon the District in the
manner provided by law for the provision of special services
to the entire City which additional taxes are equally appli-
cable to all other areas in the City, or from levying or
imposing additional taxes upon the District which are not
equally applicable to all other areas of the City if the
levying or imposition of such additional taxes is required
by state or federal law.

10.  Ordinances.  The City shall from time to time
enact such ordinances, or amend such ordinances, including
appropriation ordinances, as may be necessary to carry out
and enable the City to carry out the agreements contained
herein.

11.  Alcoholic Beverage Licenses.

(a)  After annexation of the Territory to
the City and the adoption of any ordinance amend-

ments or modifications required pursuant to Sub-
section (b) below, and subject to and without
limiting or restricting the power and obligation
of the City and the City's Local Liquor Control
Commissioner to protect the public health, safety
and welfare or the City's and such Commissioner's
discretionary powers with respect to the issuance
of alcoholic beverage licenses and permits, (i) the
City shall issue or cause its Local Liquor Control
Commissioner to issue to applicants for use within
the District, licenses and permits to sell, dis-
tribute and serve alcoholic beverages within the
District, which licenses and permits shall be
issued in a manner consistent with the standards
of the City and of such Commissioner for the grant-
ing of such licenses, on a basis which shall be
nondiscriminatory with respect to applicants from
the District, and in numbers and on terms not less
favorable than the numbers in which and the terms
on which such licenses and permits are issued to
applicants in other areas of the City, taking into
account the population of the District and potential
trade in, and the character of various development
areas of, the District; and (ii) the City shall also
issue or cause its Local Liquor Control Commissioner
to issue to each applicant in the District engaged
in a substantial business enterprise, the principal
business of which is not the sale of alcoholic

-143-

beverages, which enterprise requires an alcoholic
beverage license or permit in connection with the
conduct of its business, alcoholic beverage licenses
or permits of the type or types required by such
applicant; provided the applicants described in (i)
and (ii) above shall have complied with and be
qualified under all applicable ordinances and
statutes to hold an alcoholic beverage license, and
further provided that no license shall be issued or
be valid for a period longer than that permitted
under applicable ordinances and statutes. Such
alcoholic beverage licenses shall be renewed by the
City or the City's Local Liquor Control Commissioner, in
its or his discretion, such discretion to be exer-
cised in a manner consistent with the standards of
the City and of such Commissioner for the granting
or renewal of such licenses, if such applicants
shall comply with, and continue to be qualified to
hold such license in accordance with, all applicable
ordinances and statutes. Nothing herein shall be
construed as granting to any person a vested right
to continue to receive and renew such alcoholic
beverage licenses if the City shall decrease the
number of licenses to be issued within its juris-
diction; provided however, that neither the City
nor the City's Local Liquor Control Commissioner
shall take any action which shall discriminate

against any applicant from the District, and pro-
vided further that if the City shall determine
to reduce the total number of alcoholic beverage
licenses to be issued within its jurisdiction,
such reduction shall not be discriminatory to the
District, and shall be applicable to the City as
a whole, and not solely to the District.

(b)  After annexation of the Territory to
the City, the City, without further public hearing,
shall promptly adopt such amendments and modifications
to the City ordinances regulating alcoholic beverages
as may be necessary or appropriate to permit the City
to carry out the obligations set forth in Subsection
(a) above.

12.  <u>City Ordinances</u>.

(a)  All existing ordinances of the City not
inconsistent with, or contrary to, this Agreement
or the Plan Description, and in effect as of the
date hereof, to the extent that such ordinances
have not been excepted, waived or modified by
this Agreement or the Plan Description, shall be
applicable to the District.  Any modification or
amendment to such ordinances, or any newly enacted
ordinances of the City, to the extent not incon-
sistent with, or contrary to, this Agreement or
the Plan Description, shall be applicable to the

District; provided, that unless the developers
of the District otherwise agree, only those modifica-
tions and amendments to the City Building, Plumbing,
Housing and Electrical Codes which, (i) in the case
of the City Building, Plumbing and Housing Codes,
are made to conform to or adopt modifications or
amendments to or new editions of the BOCA Basic
Building Code, the BOCA Basic Plumbing Code or the
BOCA Basic Housing Code adopted by the Building
Officials and Code Administrators International, Inc.,
or any successor thereto, and (ii) in the case of the
City Electrical Code, are made to conform to or
adopt modifications or amendments to or new editions
of the National Electrical Code adopted by the
National Fire Protection Association, or any successor
thereto, shall be applicable to the District.  Any
modification or amendment to any existing ordinance
of the City, and any newly enacted ordinance of the
City, relating to amounts of fees for licenses, per-
mits, or services, not inconsistent with, or contrary
to, this Agreement or the Plan Description, shall
apply to the District, provided that no portion of
the District shall be charged, or pay, a fee for any
license, permit or service that is higher than the
lowest such fee paid in any other part of the City
for a similar license, permit or service.

(b)  If the City at any time or from time to
time adopts an amendment to or modification of its
Building, Plumbing, Housing or Electrical Codes,
which amendment or modification would not be appli-
cable to the District pursuant to the provisions of
Subsection (a) of this Subsection 12, and if the
City Council shall have, by a two-thirds vote, made
a specific determination that such amendment or
modification should be applicable to the District
because the changed building standards required by
such amendment or modification would have an impor-
tant, material and favorable affect upon the health
and safety of the residents, owners or occupants of
properties in the District or the fire fighters of
the City, as compared to the standards applicable
to the District without such amendment or modifica-
tion, and shall have set forth in such determination
the basis upon which it was made, the City shall
give the developers of the District prompt notice
of such determination and such amendment or
modification shall be applicable to the District
twenty (20) days after such notice is given unless,
within such twenty-day period, the developers of
either Region shall have notified the City that they
are submitting the matter to arbitration as pro-
vided for hereinafter in this Subsection 12(b).
Such developers of the District may, during such
twenty-day period, submit the matter to arbitration
in accordance with the rules then obtaining of the

-147-

American Arbitration Association and, in such
event, the arbitrators shall be selected as
follows:  within ten (10) days after notice to
the City that the matter is being submitted to
arbitration, the City and such developers of the
District shall each designate an arbitrator and
a third arbitrator shall be selected within twenty
(20) days thereafter by the two (2) arbitrators
so designated.  The issue to be decided in such
arbitration shall be whether the changed building
standards required by such modification or amend-
ment would have an important, material and
favorable affect upon the health and safety of
the residents, owners or occupants of properties
in the District or the fire fighters of the City,
as compared to the standards applicable to the
District without such amendment or modification.
If the award in such arbitration shall decide such
question in the affirmative, such amendment or
modification shall thereafter be applicable to the
District.  If the award in such arbitration shall
decide such question in the negative, such amend-
ment or modification shall not be applicable to
the District.  If the matter shall have been sub-
mitted to arbitration in accordance with the
provisions of this Subsection 12(b), such amend-
ment or modification shall not be applicable to
the District pending the determination of the

award in such arbitration; provided, that if the
award in such arbitration shall not have been
made within ninety (90) days after the matter
shall have been submitted to arbitration, such
amendment or modification shall become applicable
to the District, at the end of such ninety-
day period pending the determination of such
award, unless it shall be determined by the
arbitrator or arbitrators in the arbitration
that the delay in making such award shall have
been caused by the City's failure to proceed
expeditiously in matters connected with the
arbitration, in which event such ninety-day period
shall be extended by such amount of time as shall
be determined by such arbitrator or arbitrators.

    (c)  Notwithstanding any provision of this
Subsection 12, any modification or amendment to
the City Building, Plumbing, Housing or Electri-
cal Codes made to conform such Code to minimum
construction standards set forth in a county, state
or federal ordinance or law and required by such
county, state or federal ordinance or law to be
applicable to the City or the District shall be
applicable to the District.

    13.  <u>Farms</u>.  The City shall without further public
hearing amend Section 9-24 of the Code of Ordinances of the

City as applied to the Territory to read as follows:
"Farm animals, which shall include, but not be limited to,
horses, cattle, swine and fowl, shall not be permitted in the
City, except on property used as farms."  Section 46-54 of
the Code of Ordinances of the City shall be applicable only
to those portions of the District which shall have become
developed in accordance with the provisions of the Plan
Description.

      14.  <u>Licenses and Permits--Discretion of Mayor</u>.
Wherever in the Code of Ordinances of the City the Mayor
shall have been granted discretion to grant applications
for licenses and permits, and no specific standards shall
be established for the exercise of such discretion and the
issuance of such licenses and permits, the discretion of
the Mayor shall be exercised in a manner consistent with
the current standards which the Mayor is now using in the
exercise of such discretion for the granting of such licenses
and permits, and in no event shall the Mayor discriminate
against the granting of a license or permit for any use in
the Territory.

      15.  <u>Fences</u>.  Nothwithstanding any provision in
the Code of Ordinances of the City to the contrary, the
developers of the District shall have the right to con-
struct, erect, and maintain a chain link fence of a height
not to exceed six (6) feet with barbed-wire at the top along
both sides of the right-of-way of the Elgin, Joliet & Eastern

Railway Company, and barbed-wire fences on and within the
boundaries of any property used for farming purposes.

16.  Industrial Development and Pollution Control
Revenue Bonds.  After the annexation of the Territory to the
City, the City agrees to give good faith consideration to the
adoption of an enabling ordinance under its home rule powers
as set forth in Article VII, Section 6 of the Constitution
of the State of Illinois, enabling the City to issue indus-
trial development and pollution control revenue bonds.  If
such an ordinance is adopted by the City, the City further
agrees to give good faith consideration to requests from any
of the developers of the District from time to time made in
compliance with the provisions of such ordinance to effect
the issuance of industrial development and pollution control
revenue bonds with respect to the development of property
located in the District.

VIII.

PUBLIC IMPROVEMENTS

1.  Dedication of Certain Public Improvements.
The City shall, at the request of the developer of any
part of the District and subject to the conditions set
forth in Subsection 4 of this Section VIII, accept the
dedication of any part or all of the following public
improvements provided, constructed or installed by such
developer in such part of the District:

-151-

(a)  All water utility mains, pipes and related facilities which constitute a part of the general water distribution system of the City excluding service lines;

(b)  Except for those sanitary sewers and related facilities which upon completion are accepted for dedication by and dedicated to the Sanitary District, all sewers and related facilities which constitute a part of the general sanitary sewer system of the City; and

(c)  Except for those roads and highways and road and highway improvements which upon completion are accepted for dedication by and dedicated to the Township, State, County or other governmental authority other than the City, all roads and highways which constitute a part of the road and highway system for the District, including all associated properties, rights-of-way, road and highway lighting, traffic lights and controls, storm water drainage, curbs, gutters, sidewalks, landscaping and similar facilities;

provided, that as to any part of the District the development of which is subject to the requirements of the Subdivision Control Ordinance, as amended by the Plan Description, the foregoing provisions of this Subsection 1 shall be subject to said requirements to the extent applicable.

2.  <u>Storm Water Facilities</u>.

(a)  The City shall cooperate with the developers
of the District in making arrangements for financing
the cost of storm water retention and disposal facili-
ties necessary or desirable for the development of
the District.  Such arrangements may include the
organization of storm water drainage or other districts
permitted by the State statutes, special assessment
procedures or other means by which the cost of such
facilities may be fairly apportioned to the properties
which will benefit therefrom.  The City shall, only at
the request of the developers of each Region of the
District, exercise its powers pursuant to Article VII,
Section 6(1) of the Constitution of the State of
Illinois to form a special service area for such
Region, or part thereof, as designated by the devel-
opers of such Region, for one or more of the following
purposes, as designated by the developers of such
Region:  (a) to construct such storm water retention
and disposal facilities, (b) to operate, maintain,
repair, renew or replace such facilities, (c) to do
such other lawful acts as the developers may designate
with respect to such storm water retention facilities,
and (d) in all events to accept the dedication of such
facilities as provided for in Subsection (b) next
below.  Nothing in this Subsection 2(a) shall be
deemed to obligate the City to assume any financial

responsibility with respect to the cost of construction
of storm water retention and disposal facilities
necessary or desirable for the development of the
District.

(b)  The City shall, at the request of the
developers of any Region of the District, accept the
dedication of any part or all of the storm water
retention and disposal facilities, including any
land relating thereto, which are included in such
Region.

(c)  After annexation of the Territory to the
City, the City shall require, prior to the annexation
to the City of any property which is located in the
Waubansee Creek or Indian Creek watersheds, as a
condition to any such annexation, that storm water
retention and disposal systems will be developed on
such property, which systems shall have performance
standards no lower than the performance standards
provided for in Subsection V C. of the Plan
Description.

3.  Public Open Space, Park and Recreation Areas.
If the developers of any part of any Region of the District
shall have reserved land for public open space, park and
recreation areas, but shall be unable to enter into an
agreement with respect to such land as contemplated in Sub-
section B.19.a. of the Plan Description, such developers
may, at such developers' sole option, dedicate such land

to the City for public open space, park and recreational
purposes, and in such event the City shall accept the
dedication of such land, and shall assume the responsibility
for the care, maintenance and improvement (in such manner as
the City shall determine) of such land for public open space,
park and recreational purposes.

    4.  <u>Approval of Public Improvements</u>.  It shall
be a condition to the City's obligation to accept dedica-
tion of any public improvements pursuant to this Section
VIII that plans and specifications for such public improve-
ments shall comply with all applicable City, County, State
and Federal standards and regulations with respect thereto,
except to the extent that standards or regulations have
been modified by this Agreement or the Plan Description.

    5.  <u>Maintenance of Dedicated Public Improvements</u>.
From and after the dedication of any public improvements
to the City pursuant to this Section VIII, such public
improvements shall be maintained, reconstructed, repaired,
and replaced by the City, and all cost and expense of
operation, maintenance, repair, reconstruction and replace-
ment of such public improvements shall be the sole respon-
sibility of the City.

    6.  <u>Easement Grants to the City</u>.  It shall be a
condition to the City's obligation to accept dedication of
any public improvement pursuant to this Section VIII that
the dedication of such improvement be accompanied by the

grant of appropriate easements to permit the City to carry

out its responsibilities with respect to such improvement,

except that such easements which provide access for the

purpose of maintenance and repair of such improvement may

contain a provision, in such form as the City shall approve,

reserving to the developer the right to locate and relocate

any such easement, or to provide alternative methods for

the City to carry out its responsiblities with respect to

the maintenance and repair of such improvement.

7.  Municipal Service Easements.  The developers

of the District agree to grant easements to the City for

the right of access into, over and from all private streets,

private drives, parking areas and walks located in the

District for the purpose of performing police and fire

protection, garbage collection and other municipal services.

8.  Easements.  The City shall, upon the request

of a developer of any development phase of the District,

grant to such developer, to the Sanitary District, to any

municipal corporation or public body which may provide

sewerage service to any part of the District pursuant to

Section VI hereof or to utility companies designated by

such developer, such construction and maintenance utility

easements under, over, across or through property owned or

controlled by the City as are necessary or appropriate for

the development of the District in accordance with the

provisions of the Plan Description, this Agreement or any

approved Preliminary or Final Plan for any development

phase of the District.  The City further agrees that in the event a developer of any development phase of the District is unable to obtain utility easements over, under, across or through property not owned by or under the City's control which may be necessary or appropriate for the development of such development phase as aforesaid at a cost and on conditions acceptable to such developer, the City will use, to the full extent permitted by law, its statutory condemnation powers to secure such easements.  All costs and expenses incurred by the City in the condemnation of such easements on behalf of a developer shall be reimbursed to the City by such developer.

    9.  General Easement Requirements.  It shall be a condition to the granting of any easement required to be granted pursuant to Sections IV, V, VI and VIII of this Agreement that the grantee shall agree that in the event of any use of such easement for construction or maintenance of the facility for which such easement was granted (a) the grantee shall restore the property to the same condition as existed prior to such construction or maintenance, and (b) the grantee shall hold the grantor and his or its successors in interest harmless from any claims for personal injury or property damage which arise or result from the activities of the grantee in connection with such construction or maintenance.

10.  <u>Cooperation by the City and the Developers</u>
<u>of the District</u>.

(a)  With respect to applications, permits and
agreements from or with public bodies which are
necessary or appropriate to enable the developers
of any development phase of the District and the
City to carry out the provisions of the Plan
Description and the provisions of this Agreement,
the City shall, upon compliance by such developers
with the City's reasonable requirements therefor,
execute and issue such permits as may be required
by the City, and, at the request of the developers
of any development phase of the District, the City
shall execute such applications and agreements which
may be required by any public body and shall other-
wise assist in the procurement of any such permits
and agreements.

(b)  The City and the developers of the District
shall cooperate fully in seeking Federal, State
or County financial and other aid and assistance
required or useful for the construction or improve-
ment of property and facilities in the District or
for the provision of services to residents of the
District, including, but not limited to, grants and
assistance for public transportation, water and
sewerage facilities, storm water disposal facilities
and improvements to public open space, park and
recreational areas.

(c)  The City shall, upon the request of the developer of any development phase of the District, grant to such developer, to the Sanitary District, to any municipal corporation or public body which may provide sewerage service to any part of the District pursuant to Section VI hereof or to utility companies designated by such developer, such utility franchises as are necessary or appropriate for the development of such phase of the District in accordance with the provisions of the Plan Description and this Agreement.

IX.

PUBLIC BUILDINGS, FIRE PROTECTION DISTRICTS
AND CITY SERVICES

1.  Region I Fire Station.

(a)  Upon annexation of the Territory to the City, the City shall promptly complete plans and specifications (which shall be subject to the approval of the developers of Region I, which approval shall not be unreasonably withheld) for a fire station (hereinafter called the "Region I Fire Station") to be located in Region I on a site which shall be determined and valued in accordance with Subsection 4 of this Section IX. Such Fire Station shall be a three (3) bay station with accommodations for fifteen (15)

firemen per shift and shall be capable of hous-
ing the equipment described in Subsection 1(c)
below.

(b)  Upon approval of the plans and specifica-
tions for the Region I Fire Station, the developers
of Region I, if requested by the City, shall, in
accordance with the provisions of Subsection 4 of
this Section IX, provide the site for and construct,
or cause to be constructed, the Region I Fire Station
(in accordance with said approved plans and specifica-
tions and on terms which shall be subject to the approval
of the City, which approval shall not be unreasonably
withheld) and, subject to the provisions of Subsection
1(d) below, shall pay, or cause to be paid, all costs
and expenses for such construction.

(c)  Subject to the provisions of Subsection
1(d) below, the developers of Region I shall, at the
City's request, purchase, or cause to be purchased,
required equipment for the Region I Fire Station
(subject to the City's approval of such equipment and
the prices and other terms of such purchases or
contracts, which approval shall not be unreasonably
withheld).  Such required equipment shall include a
pumper truck, a ladder truck, and an ambulance.

(d)  The maximum amount of costs and expenses
which the developers of Region I shall expend or

cause to be expended, for the construction of, and the purchase of equipment for, the Region I Fire Station, shall be the aggregate sum of $500,000. Any amount required for the construction of, and the purchase of equipment for, the Region I Fire Station in excess of the aggregate sum of $500,000 shall be paid by the City.

(e)  Upon completion of construction of the Region I Fire Station and the purchase of equipment for such Fire Station pursuant to Subsections 1(b) and 1(c) above, such Fire Station and such equipment and the site on which such Fire Station is located shall be transferred and conveyed to the City by the developers of Region I, if such developers of Region I shall have constructed said Fire Station and purchased such equipment, or by such other entity which such developers shall have caused to have constructed such Fire Station and purchased such equipment, as the case may be, at a purchase price which shall be the sum of:

(i)  all costs and expenses incurred (with the approval of the City), other than those sums paid by the City, in connection with the construction and equipping of such Fire Station;

(ii)   interest, at the rate of one percent
(1%) over the prime rate of interest from time
to time charged to large corporate borrowers
by The First National Bank of Chicago, on all
of the costs and expenses included in clause
(i) of this Subsection 1(e) from the date
when such costs shall have been incurred to
the date of such transfer and conveyance; and

(iii)   the value of the site provided
for such Fire Station determined in accordance
with Subsection 4 of this Section IX.

(f)   The transfer and conveyance of the Region
I Fire Station, its site and its equipment shall be
made pursuant to an installment contract between the
developers of Region I (or their authorized agent),
if such developers of Region I shall have con-
structed said Fire Station and purchased such
equipment, or by such other entity which such
developers shall have caused to have constructed
such Fire Station and purchased such equipment,
as the case may be, and the City, executed in
accordance with the home rule powers of the City,
as set forth in Section 6 of Article VII of the
Constitution of the State of Illinois, providing
for the payment of the purchase price in ten (10)
equal annual installments with interest equal to
one percent (1%) above the prime rate from time

to time charged to large corporate borrowers by
The First National Bank of Chicago on the amount
from time to time outstanding on said contract.
Such installment contract shall provide (i) that
the City shall have the right at any time and from
time to time to prepay, with accrued interest but
without penalty, any part of the purchase price
then outstanding on such contract, and (ii) that
at any time at the City's request such contract
shall be assigned to any party designated by the
City, provided the total amount of the purchase
price outstanding at the time of such assignment,
with accrued interest thereon, shall, at the time
of such assignment, be paid to the assignor or its
designee.

(g)  If the City does not request the developers
of Region I to construct, or cause the construction
of, the Region I Fire Station and/or to purchase, or
cause the purchase of, some or all of the required
equipment for such Fire Station in accordance with
Subsections 1(a) and 1(b) above, the City shall
construct and fully equip such Fire Station as promptly
as practicable after annexation of the Territory
to the City.

2.  <u>Temporary Fire Protection Facility</u>.  Upon
annexation of the Territory to the City, the developers
of Region I shall lease or otherwise make available to the

-163-

City, for use by the City in providing temporary fire
station facilities for the District, the two (2) buildings,
and the land immediately adjacent thereto, located at the
southwest corner of Illinois Route 59 and Illinois Route
65, which buildings were formerly used for the Chobar
restaurant and service station and for a small sales
office.  The City shall have the right to use such build-
ings and such land to provide and maintain fire protection
equipment and facilities for the District for the period
prior to completion of the Region I Fire Station.  If
and as requested by the City, the developers of Region I
shall improve and remodel such buildings and land or cause
such buildings and land to be improved and remodeled as
may be required for their intended use by the City and
in accordance with plans and specifications which shall be
subject to the approval of the City and developers of
Region I; provided, that the maximum amount of cost and
expense which the developers of Region I shall be obli-
gated to incur for such improvement and remodeling shall
be $50,000 and that all costs and expenses for such improve-
ment and remodeling which are in excess of $50,000 shall be
paid by the City.  No rent or other charges shall be pay-
able by the City for the use of such buildings and land,
but the City shall be responsible for the upkeep and
maintenance of such buildings and such immediately adja-
cent land during the period of the City's use thereof and
shall indemnify the developers of Region I and hold them
harmless from and against any loss or liability resulting
from the City's use of such buildings and land pursuant

to this Subsection 2. The City shall cause such developers
to be named as insureds on any City insurance policies
which could reasonably cover the risk of any such loss
or liability. Upon completion of the Region I Fire Station
such buildings and land shall be surrendered to the devel-
opers of Region I without any restoration obligation on the
part of the City. To the extent that the full $50,000 which
the developers of Region I are obliged to incur for the improve-
ment and remodeling provided for in this Subsection 2 is not
expended for such improvement and remodeling, the developers
of Region I shall, at the request of the City, purchase, at
a total cost not to exceed the amount of such unexpended
portion of such $50,000, equipment for use by the City in
connection with the temporary fire station facilities. If,
pursuant to Subsection 1 of this Section IX, the City shall
request the developers of Region I to construct or cause
to be constructed the Region I Fire Station, any equipment
purchased pursuant to the next preceding sentence which is
usable in connection with the Region I Fire Station shall
be deemed to be equipment purchased, at the purchase price
provided for in the last sentence of this Subsection 2, for
the Region I Fire Station and subject to all of the provisions
of said Subsection 1. If such construction request shall not
have been made by the City, upon completion of construction
of the Region I Fire Station, the City shall purchase, at the
purchase price provided for in the last sentence of this
Subsection 2, all such usable equipment theretofore purchased
by such developers. The purchase price for each item of
such equipment usable in the Region I Fire Station, for the

purpose of its inclusion as equipment purchased for the
Region I Fire Station, shall be its original cost less two
percent (2%) per month for each full or partial month which
expires between the date when the use of such item at the
temporary fire protection facility commences and the date
when construction of the Region I Fire Station is completed.

3. <u>Additional Fire Stations in the District.</u>

(a)  In addition to the City's obligations
with respect to the Region I Fire Station, the
City shall from time to time construct and fully
equip sufficient additional fire stations (herein-
after called "additional fire stations") in number,
size and manner which at least shall meet the
minimum standards required to provide the same
level of fire protection for the occupants and
properties of the District, when and as the de-
velopment of the District shall require, as shall
then be provided in other areas of the City.

(b)  Subject to the City's having met and
performed each and both of the conditions precedent
set forth below in clauses (i) and (ii) of this
Subsection 3(b), from time to time when the con-
struction and equipping of an additional fire
station in the District is required pursuant to
the provisions of Subsection (a) of this Subsection

2, the developers of the Region in which such fire
station is to be located shall, at the City's
request, construct, or cause to be constructed,
any such fire station, purchase, or cause to be
purchased, equipment for such fire station, and
transfer and convey or cause to be transferred
and conveyed to the City such fire station and
equipment and the site on which such fire station
is located, in the same manner and on the same terms
and conditions (including the maximum financial
obligation per fire station) which are set forth
as obligations of the developers of Region I and
the City with respect to the Region I Fire Station
in Subsections (b), (c), (d), (e) and (f) of Sub-
section 1 of this Section IX.

(i)  It shall be a condition precedent
to the obligations of such developers to per-
form the acts, or cause to be performed the
acts, or to incur or cause to be incurred
the costs and expenses, pursuant to the above
provisions of this Subsection 3(b), that the
City shall (prior to the City's making the
request the developers provided for above
in this Subsection 3(b)) use its best efforts
(y) itself to construct or contract for the
construction of, or cause others than the
developers to construct or contract for
the construction of, each of such fire

-167-

stations and to purchase or to cause others
than the developers to purchase said equipment
for each of said fire stations, and (z) itself
to finance, or cause others than the developers
to finance, the costs and expenses of such
construction, of such equipping and of the
site on which such fire station is to be
located, in such manner and upon such terms
(as may then be legally available to the City)
so that the interest paid with respect to
such financing will be exempt, in whole or
in part, from Federal income taxation.

(ii)  It shall be an additional condition
precedent to the obligations of such developers
to perform the acts, or cause to be per-
formed the acts, or to incur or cause
to be incurred the costs and expenses, pur-
suant to the above provisions of this
Subsection 3(b), that the said request of
the City to the developers provided for
above in this Subsection 3(b) shall be
accompanied with an opinion of counsel in
form and substance, and from counsel, satis-
factory to such developers, to the effect
that the obligations of the City to pay the
purchase price for any such fire station,
equipment and s' :e in the manner provided
for in Subsection (f) of Subsection 1 of