Final Plan are not consistent with an approved Preliminary Plan), may be disapproved for reasons which may be inconsistent with this Plan Description to the extent that such reasons constitute a denial of the right to meet or use one or more of the Zoning Standards set forth in Subsections 1., 2.a., 4., 5.a., 7. and 8. of this Subsection III A. or one or more of the Zoning Ordinance modifications and exceptions set forth in Subsections 3., 11., 12., 14., 16., 18., 21., 24., 25., 26., 28., 29., 30., 31., 33., 34., 35., 36., 37., 40. and 41. of Section IV of this Plan Description; provided that:

a.   Any such disapproval shall have been recommended by a two-thirds vote of the members of the Plan Commission voting on the issue and the votes of not less than seven members of the Plan Commission then in office; and

b.   Any such disapproval shall have been adopted by a two-thirds vote of the members of the City Council then in office; and

c.   The disapproval right provided for in this Subsection 13. shall be subject to the provisions of Subsection 14. below.

14.  <u>Development Pursuant to Existing Standards</u>. The Plan Commission and the City Council shall approve those portions of Residential Areas on any Preliminary or Final Plan if such Residential Area portions comply with Subsections a. or b. below.

a.  In the case of a Final Plan, such Residential Area portions shall be approved if they are consistent with an approved Preliminary Plan for such Residential Area portions.

b.  In the case of a Preliminary or Final Plan, such Residential Area portions shall be approved if they shall have been divided into areas which are classified as either one-family detached dwelling areas, medium density multiple-family dwelling and apartment building areas, or high density apartment building areas, and if each such area meets the applicable requirements set forth in Subsections (1), (2) or (3) below.

(1)  In the case of a one-family detached dwelling area, the requirements for Permitted Uses, Height of Buildings, Lot Size, Yard Area, Permitted Obstructions and Dwelling Standards set forth in Sub-section 11.3 of the Zoning Ordinance on the approval date; or

(2)  In the case of a medium
density multiple-family dwelling and
apartment building area, the requirements
for Permitted Uses, Lot Area Per Dwelling,
Yard Areas, Maximum Floor Area Ratio,
Dwelling Standards, Signs and Off-Street
Parking and Loading set forth in Subsec-
tion 11.6 of the Zoning Ordinance on the
approval date; or

(3)  In the case of a high
density apartment building area, the
requirements for Permitted Uses, Lot
Area Per Dwelling, Yard Areas, Maximum
Floor Area Ratio, Dwelling Standards,
Signs and Off-Street Parking and Load-
ing set forth in Subsection 11.7 of the
Zoning Ordinance on the approval date.

c.  In Residential Areas of Region II
of the District developed pursuant to this Sub-
section 14., all zoning lot land area assigned to
one-family detached dwellings which meet the
requirements for Height of Buildings, Lot Size,
Yard Area, Permitted Obstructions and Dwelling
Standards set forth in Subsection 11.3 of the Zoning
Ordinance on the approval date shall be counted

against the obligation to develop a minimum of thirty-five percent of the total zoning lot land area developed with dwellings or apartment buildings in Residential Areas of Region II with one-family detached dwellings.

d.   In Residential Areas of each Region of the District developed pursuant to this Subsection 14., all zoning lot land area assigned to multiple-family dwellings and apartment buildings which meet the requirements for Height of Buildings, Lot Area Per Dwelling, Yard Areas, Maximum Floor Area Ratio, Dwelling Standards and Off-Street Parking and Loading set forth in Subsection 11.6 of the Zoning Ordinance on the approval date shall be counted, for the purpose of applying the limitations set forth in Subsection A.6.c. of this Section III, as zoning lot land area developed with medium density dwellings and apartment buildings.

e.   In Residential Areas of each Region of the District developed pursuant to this Subsection 14., all zoning lot land area assigned to apartment buildings which meet the requirements for Lot Area Per Dwelling, Yard Areas, Maximum Floor Area Ratio, Dwelling Standards, Signs and Off-Street

Parking and Loading set forth in Subsection 11.7 of
the Zoning Ordinance on the approval date shall be
counted, for the purpose of applying the limitations
set forth in Subsection A.6.c. of this Section III
as zoning lot land area developed with high density
apartment buildings.

f.  From and after the date of the fifteenth
annual anniversary of the approval date, Subsec-
tions b.(1), b.(2) and b.(3) of this Subsection 14.
shall be deemed modified to incorporate those
requirements of the Zoning Ordinance on such anniver-
sary date which shall have modified or replaced the
requirements of the Zoning Ordinance which have been
incorporated in this Plan Description by Subsec-
tions b.(1), b.(2) and b.(3) of this Subsection 14.

B.  Design Standards and Required Land Improvements.

To the extent that any development in the District
is subject to the provisions of City Ordinance No. 3446
(hereinafter called the "Subdivision Control Ordinance"),
the design standards and required land improvements provided
for in Articles IV and V of said ordinance shall apply, sub-
ject to the modifications and exceptions provided for in
Section IV hereof.

<u>FOX VALLEY EAST PLANNED DEVELOPMENT DISTRICT</u>

<u>Plan Description</u>

<u>Part One</u>

<u>Section IV</u>

<u>Requested Modifications and Exceptions from the Zoning</u>

<u>Ordinance and the Subdivision Control Ordinance</u>

A.  <u>Zoning Ordinance Modifications and Exceptions</u>.

The District shall not be subject to those pro-
visions of the Zoning Ordinance listed below and described
as inapplicable.  With respect to those provisions of the
Zoning Ordinance listed below and shown in modified form,
the District shall be subject thereto only as so modified.

1.  Subsection 3.2 (22) shall be modified
to read as follows:

"(22)  BUILDING, PRINCIPAL.  A building in which
is conducted one of the principal uses of the
zoning lot on which it is situated."

2.  Subsection 3.2. (23) shall be modified to
read as follows:

"(23)  BUILDING SETBACK LINE.  A line parallel
to a street line, a boundary line of the
District or a boundary line of a use Area in
the District at the distance from it required
by Subsections III A.3. or III A.7. hereof."

-48-

3. Subsection 3.2. (39) shall be modified to read as follows:

"(39) DWELLING, ROW (PARTY-WALL). A row of two to eight attached, one-family, party-wall dwellings."

4. Subsection 4.3 shall be inapplicable.

5. Subsection 4.4 shall be modified to read as follows:

"4.4. ZONING OF STREETS, ALLEYS, PUBLIC WAYS AND RAILROAD RIGHTS-OF-WAY. All streets, alleys, public ways and railroad rights-of-way, if not otherwise specifically designated, shall be deemed to be in the same use district or use Area as the property immediately abutting upon such streets, alleys, public ways and railroad rights-of-way. Where the center line of a street, alley or public way serves as a district or use Area boundary, the zoning of such street, alley or public-way, unless other-wise specifically designated, shall be deemed to be the same as that of the abutting property up to such center line."

6. Subsection 4.5 shall be modified in part to read as follows:

"4.5. BOUNDARY LINES. Wherever any uncer-tainty exists as to the boundary of the District or of any use Area in the District, as shown

on any Preliminary or Final Plan, the
following rules shall apply:"

7.  Subsection 4.5-1 shall be modified to read
as follows:

"4.5-1.  Where District or use Area boundary
lines are indicated as following streets,
alleys or similar rights-of-way, they shall
be construed as following the center lines
thereof."

8.  Subsection 4.5-2 shall be modified to read
as follows:

"4.5-2.  Where District or use Area boundary
lines are indicated as approximately following
zoning lot lines, such zoning lot lines shall
be construed to be such boundaries."

9.  Subsection 4.5-3 shall be inapplicable.

10.  Subsection 5.3-1 shall be modified to
read as follows:

"5.3-1.  No building shall be erected, recon-
structed, relocated or structurally altered
so as to have a greater height or bulk, a higher
percentage of lot coverage or smaller open
space about it than permissible under the
limitations set forth in this Plan Description."

11.  Subsection 5.3-3 shall be inapplicable.

12. Subsections 5.4, 5.4-1, 5.4-2, 5.4-3 and 5.4-4 shall be inapplicable.

13. Subsection 5.5-1 shall be inapplicable.

14. Subsection 5.5-2 shall be inapplicable.

15. Subsection 5.6 shall be modified to read as follows:

"5.6.  LOCATION OF BUILDINGS.  Every building shall be constructed or erected on a zoning lot which abuts a public dedicated street, court or cul-de-sac or a private street, drive, driveway, court, or cul-de-sac which provides permanent easement of access to a public street, drive, court or cul-de-sac, which easement of access shall have a minimum width of twenty-five feet."

16. Subsection 5.8 shall be modified to read as follows:

"5.8.  BUILDINGS ON A ZONING LOT.  Every building hereafter erected or structurally altered shall be located on a zoning lot as such term is used and described in this Plan Description.  Except as otherwise limited by this Plan Description, one or more principal buildings and one or more accessory buildings may be located on a zoning lot.  A zoning lot may be used for

-51-

any one or more of the uses permitted
in the use Area in which the zoning lot
is located."

17.  Subsection 5.9 shall be inapplicable.

18.  Subsection 5.10 shall be inapplicable.

19.  Section 6 shall be inapplicable.

20.  Section 7.1 shall be modified in part to
read as follows:

"7.1.  AUTHORITY.  The City Council shall
have the authority to permit by ordinance
the following uses of land or structures
or both, subject to the conditions con-
tained in Section 14.6 of the Zoning
Ordinance; provided, that any of the
following uses which is a permitted use
pursuant to Subsections A.1.c., B.1.c.,
or C.1.b. of Section II hereof shall not
require authorization of the City Council
by ordinance pursuant to Section 14.6
of the Zoning Ordinance, but shall be
subject to the provisions of Subsection
A.9. of Section III hereof."

21.  Subsections 8.1, 8.2 and 8.4 shall be
inapplicable.

22.  Section 9 shall be inapplicable.


23.  Subsection 10.2-6.2 shall be modified to
read as follows:

"10.2-6.2.  Floor Area.  The term 'floor area'
as employed in this parking and loading Section,
in the case of office, merchandising or service
types of use, shall mean the gross floor
area of a building or structure used or
intended to be used for service to the public
as customers, patrons, clients, patients or
tenants, including areas occupied by fixtures
and equipment used for display or sale of
merchandise.  The term 'floor area', for
the purposes of this Section, shall not include
any area used for:

     a.)  Storage accessory to the principal
use or uses of a building;

     b.)  Incidental repairs;

     c.)  Processing or packaging of merchandise;

     d.)  Show windows or offices incidental to
the management or maintenance of a store or a
building;

     e.)  Rest rooms;

     f.)  Utilities;

     g.)  Dressing, fitting or alteration rooms;

     h.)  Malls or service corridors; or

     i.)  Parking facilities."


24.  Subsection 10.3-1 shall be modified to
read as follows:

-53-

"10.3-1.  USE OF PARKING FACILITIES.  Off-street parking facilities accessory to dwellings located in Residential Areas shall be used solely for the parking of passenger automobiles owned by occupants of the dwellings to which such facilities are accessory or by employees and guests of said occupants.  Under no circumstances shall required parking facilities accessory to such dwellings be used for the storage of commercial vehicles or for the parking of automobiles belonging to the employees, owners, tenants, visitors, or customers of business or manufacturing establishments, except as permitted in Subsection 10.3-5 as modified by this Plan Description."

25.  Subsection 10.3-2 shall be modified to read as follows:

"10.3-2.  JOINT PARKING FACILITIES.  Off-street parking facilities for different buildings, structures or uses or for mixed uses may be provided collectively in any use Area in which separate parking facilities for each constituent use would be permitted and the total number of spaces so located together may be less than the sum of the separate requirements for each use if a time diversity factor between each use is shown."

-54-

26.  Subsection 10.3-3 shall be modified to read as follows:

"10.3-3.  CONTROL OF OFF-SITE FACILITIES.  When required accessory off-street parking facilities are provided elsewhere than on the property on which the use served is located, they shall be in the same possession, either by deed, long-term lease or other arrangement, as the property occupied by such use, and the owner shall be bound by covenants filed of record in the office of the Recorder of Deeds of the county in which the property is located, requiring the owner and his or her heirs and assigns to maintain the required number of parking spaces during the existence of said use."

27.  Subsection 10.3-4 shall be modified to read as follows:

"10.3-4.  PERMITTED USE AREAS FOR ACCESSORY PARKING.  Accessory parking facilities provided elsewhere than on the same zoning lot with the use served may be located in any use Area except that no parking facilities accessory to a business or manufacturing use shall be located in a Residential Area except when authorized by the City Council as prescribed hereinafter in Subsection 10.3-5 as modified by this Plan Description."

28.  Subsection 10.3-5 shall be modified to read as follows:

"10.3-5.  NONRESIDENTIAL PARKING IN RESIDENTIAL AREA.  Accessory off-street parking facilities serving nonresidential uses of property may be permitted in any Residential Area when authorized by the City Council, which authorization may be given as part of the approval of a Preliminary or Final Plan, and, in any case, shall be subject to the following requirements in addition to all other relevant requirements of this Section:

a.)  The parking facility shall be accessory to and for use in connection with one or more non-residential establishments located in adjoining use Areas.

b.)  The parking facility shall be used solely for the parking of passenger automobiles.

c.)  No commercial repair work or service of any kind shall be conducted on the parking facility.

d.)  No sign of any kind other than signs designating entrances, exits, and conditions of use, shall be maintained on the parking facility, and no sign shall exceed twenty square feet in area.

e.)  Each entrance to and exit from the parking facility shall be at least five feet distant from any adjacent property located in any Residential Area, except where ingress and egress to

the parking facility is provided from a public
alley or public way separating the Residential
Area from the parking facility."

29.  Subsection 10.3-6.1 shall be modified to read
as follows:

"10.3-6.1.  Parking Space--Description.  A
required off-street parking space shall be an
area of not less than one hundred and sixty-
one and one-half square feet nor less than
eight and one-half feet wide by nineteen feet
long (exclusive of access drives or aisles,
ramps, columns, or office and work areas)
accessible from streets or alleys, or from
private driveways or aisles leading to streets
or alleys, to be used for the storage or parking
of passenger automobiles and commercial vehicles
under one and one-half ton capacity where per-
mitted under this Ordinance.  Aisles between vehi-
cular parking spaces shall not be less than
twelve feet in width when serving vehicles
parked at an angle of forty-five degrees to
the axis of an aisle accommodating one-way
traffic, nor less than twenty feet in width
when serving vehicles parked perpendicular
to the axis of an aisle accommodating two-
way traffic, nor less than seventeen feet
in width when serving vehicles parked at an

angle of sixty degrees to the axis of an
aisle accommodating two-way traffic."

30.   Subsection 10.3-6.3 shall be modified to
read as follows:

"10.3-6.3.   Open and Enclosed Spaces.   Parking
areas may be open or enclosed."

31.   Subsection 10.3-6.4 shall be modified to
read as follows:

"10.3-6.4.   Access.   Parking facilities shall
be designed with appropriate means of vehi-
cular access to a street or alley in such
a manner as will least interfere with the
movement of traffic."

32.   Subsection 10.3-6.5 shall be modified to
read as follows:

"10.3-6.5.   Signs.   No sign shall be displayed
in any parking area within Residential Areas
except such as may be necessary for the orderly
use of the parking facilities."

33.   Subsection 10.3-6.6 shall be inapplicable.

34.   Subsection 10.4-1.2 shall be modified to
read as follows:

"10.4-1.2.   Location.   No permitted or required
loading berth shall be closer than fifty feet

-58-

to any Residential Area unless completely en-
closed by building walls, or a uniformly
painted solid fence or wall, or any combination
thereof not less than six feet in height.  No
permitted or required loading berth shall be
located within twenty-five feet of the nearest
point of intersection of any two streets."

35.  Subsection 10.5-1.1 shall be modified to
read as follows:

"10.5-1.1.  For one-family detached or two-
family dwellings located on individual zoning
lots, the required off-street parking facilities
shall be provided on the same zoning lot with
the dwelling they are required to serve."

36.  Subsection 10.5-1.2 shall be inapplicable.

37.  Subsection 10.5-1.3 shall be modified to
read as follows:

"10.5-1.3.  For one-family detached or two-
family dwellings not located on individual
zoning lots and for multiple-family dwellings,
apartments or one-family row dwellings (party-
wall), the required off-street parking facili-
ties shall be provided on the same zoning lot
where the building they are required to serve
is located or on a separate zoning lot or
parcel of land, in either case not more than

three hundred feet from the nearest entrance
to the building they are intended to serve."

38.  Subsection 10.5-1.4 shall be modified to
read as follows:

"10.5-1.4.  For rooming houses, lodging houses,
clubs, hospitals, sanitariums, orphanages,
homes for the aged, convalescent homes, dor-
mitories, sorority and fraternity houses,
and for other similar uses, the off-street
parking facilities required shall be pro-
vided on a zoning lot or parcel of land
not more than five hundred feet from the
nearest entrance to the building they are
intended to serve measured from the nearest
point of the parking facility; provided
that the zoning lot or parcel of land in-
tended for the parking facility is located
in the same use Area as is the building
which the parking facility is intended to
serve."

39.  Subsection 10.5-1.5 shall be modified to
read as follows:

"10.5-1.5.  For uses other than those specified
above, off-street parking facilities shall be
provided on the same zoning lot as the building
being served or on a separate zoning lot or
parcel of land, in either case not over one

thousand feet from the nearest entrance to the building being served measured from the nearest point of the parking facility; provided that the zoning lot or parcel of land intended for the parking facility is located in the same use Area as is the building which the parking facility is intended to serve."

40. Subsection 10.6-2 shall be modified to read as follows:

"10.6-2. For buildings containing three or more dwelling units:

(a) A dwelling unit with two or more bedrooms; two parking spaces per dwelling unit.

(b) A dwelling unit with one bedroom; one and one-half parking spaces per dwelling unit.

(c) An efficiency dwelling unit; one parking space per dwelling unit.

(d) For every building containing three or more dwelling units which is located in a Residential Area of the District, the parking requirements provided for in Subsections (a), (b) and (c) of this Subsection 10.6-2 may, with the approval of the City Council, be reduced

by twenty-five percent if a station stop
of a public surface transportation system
is located no more than one thousand feet
from the nearest point of such building.
Such approval by the City Council may be
given as part of the approval of any
Preliminary or Final Plan."

41.  Subsection 10.6-19 shall be modified to
read as follows:

"10.6-19.  The parking facilities required for
mixed uses shall be the sum of the requirements
for the various individual uses computed
separately in accordance with this Section,
and parking facilities for one use may be
considered as providing the required parking
facilities for another use if a time diversity
factor is shown."

42.  Except for the incorporation of permitted
use descriptions in Section II hereof, Sections 11, 12 and
13 shall be inapplicable.  For the purpose of such incor-
porated permitted use descriptions Subsection 12.2-1.1
shall be modified to read as follows:

"12.2-1.1.  Dwelling units, provided that they
are located above the ground floor and that
the zoning lot area coverage and floor area
ratio limitations provided for in Subsection A.
5.b. of Section III hereof are complied with."

-62-

43.  Clause (a) of Subsection 14.7-6 shall be modified to read as follows:

"(a)  Within such time periods as are prescribed in Subsection 14.7-8, Preliminary Plans for all or specified development phases of the District shall be submitted for approval in accordance with the procedures set forth in Subsection 14.7-12.  Approval of Preliminary Plans may not be withheld for reasons that would be inconsistent with the approved Plan Description.  Preliminary Plans may contain reasonable variations from the approved Plan Description.  In approving a Preliminary Plan, the City Council may, without further public hearing, also approve changes from the Plan Description which exceed the scope of such reasonable variations, provided that no such change is a 'major change' as defined in clause (b) of Subsection 14.7-6, below."

44.  Subsection 14.7-15 shall be modified to read as follows:

"14.7-15.  PERMITS.  Building, zoning and occupancy permits shall be required for each structure in the District.  No building permit relating to any part of the District shall be issued prior to the approval of a Final Plan for such part of the District in accordance with the provisions of this Subsection 14.7;

-63-

provided that, subject to the approval of the
City Engineer, mass grading and excavation
operations may be carried on prior to the
approval of such Final Plan; and, provided
further, that if authorized by the City Council
and subject to such conditions as may be
prescribed in such authorization, building
permits relating to any part of the District
may be issued prior to the approval of a
Final Plan for such part of the District."

B.  <u>Subdivision Control Ordinance Modifications and
Exceptions</u>.

The District shall not be subject to those pro-
visions of the Subdivision Control Ordinance listed below
and described as inapplicable.  With respect to those pro-
visions of the Subdivision Control Ordinance listed below
and shown in modified form, the District shall be subject
thereto only as so modified.  With respect to Subsection 1.
below, the Subdivision Control Ordinance, in its applica-
tion to the District, shall be deemed generally modified
in accordance therewith.

1.  The words "improvement", "improvements",
"public improvements" and "street improvements", wherever
used in the Subdivision Control Ordinance, shall be deemed
to mean only those land improvements which are required

to be dedicated to the City or to the State of Illinois
or a unit of local government (hereinafter called "other
public body") pursuant to the provisions of said Ordinance
as modified by this Plan Description, and the design
standards set forth in Sections 43-59, 43-60 and 43-61
of the Subdivision Control Ordinance, as modified by this
Plan Description, shall be applicable only to such required
land improvements.

    2.  Section 43-5 shall be modified to read
as follows:

    "Sec. 43-5.  EFFECT OF CONFLICTS.

    Where the conditions imposed upon the
use of land by any provision of this chapter
are either more restrictive or less restrictive
than comparable conditions imposed by any other
provision of this chapter, the regulations
which are more restrictive or which impose
higher standards or requirements shall govern;
provided, that where the conditions imposed
upon the use of land by any provision of
this chapter which have been modified by
this Plan Description are either more restric-
tive or less restrictive than comparable con-
ditions imposed by any other provision of
this chapter, the conditions imposed by the
provisions of this chapter which have been
so modified shall govern.  Where the conditions
imposed upon the use of land by any provision

of this chapter, as modified by this Plan
Description, are either more restrictive or
less restrictive than comparable conditions
imposed by any other law, ordinance, rule or
regulation of any kind, the conditions imposed
by the provisions of this chapter, as modified
by this Plan Description, shall govern."

3. Section 43-11 shall be modified to read as
follows:

"Sec. 43-11.   COMPLIANCE PREREQUISITE TO
BUILDING PERMIT.

No building permit shall be issued by
any governing official for the construction
of any building, structure or improvement
to the land or any lot within a subdivision
as defined herein, which has been approved
for platting or replatting, until all require-
ments of this chapter have been fully com-
plied with; provided that with the approval of
the City Engineer, mass grading and excavation
operations may be carried on in areas covered
by a preliminary plat approved pursuant to the
provisions of this ordinance or in areas covered
by a Preliminary Plan approved pursuant to
Subsection 14.7 of the Zoning Ordinance."

4. Section 43-12 shall be modified to read
as follows:

"Sec. 43-12.    PREREQUISITE TO OCCUPANCY PERMITS.

No occupancy permit shall be granted by any
governing official for the use of any structure
within a subdivision approved for platting or
replatting until required utility facilities
have been installed and made ready to service
the property, and until roadways providing access
to the subject lot or lots have been constructed
or are in the course of construction; provided,
that an occupancy permit may be granted if the
City Engineer has approved the use of temporary
utility facilities and roadways pending comple-
tion of the required permanent utility facilities
and roadways."

5.    Subsection (a) of Section 43-16 shall be
modified to read as follows:

"(a)    No land shall be subdivided, nor any street
laid out, nor any improvements made to the natural
land; provided that with the approval of the City
Engineer, mass grading and excavation operations
may be carried on in areas covered by a prelimin-
ary plat approved pursuant to the provisions of
this ordinance or in areas covered by a Prelimin-
ary Plan approved pursuant to Subsection 14.7 of
the Zoning Ordinance."

-67-

6.  Subsection (c) of Section 43-16 shall be modified to read as follows:

"(c)  Unless authorized by the City Engineer, no improvements, such as sidewalks, water supply, storm water drainage, sanitary sewerage facilities, gas service, electric service, lighting, grading, paving, or surfacing of streets, shall hereafter be made by any owner or owners or his or their agent, or by any public service corporation at the request of such owner or owners or his or their agent."

7.  Subsection (C) of Section 43-31 shall be modified to read as follows:

"(C)  OTHER PRELIMINARY PLANS.  When required by the Plan Commission, the preliminary plat shall be accompanied by profiles showing existing ground surface and proposed street grades, including extensions within the District for a reasonable distance beyond the limits of the proposed subdivision and extensions outside of the District for such a reasonable distance where such new streets connect with existing streets outside of the District; typical cross sections of the proposed grading, roadway, and sidewalks; and preliminary plan of proposed sanitary and storm water sewers with grades

-68-

and sizes indicated.  All elevations shall be
based on the city datum plane or the USGS
datum plane."

8.  Subsection (D) of Section 43-31 shall be
inapplicable.

9.  Subsection (b) of Section 43-32 shall be
modified to read as follows:

"(b)  Typical cross sections and profiles
of streets showing grades approved by the
City Engineer.  The profiles shall be drawn
to city standard scales and elevations and
shall be based on the city datum plane or the
USGS datum plane."

10.  Subsection (a) of Section 43-45 shall be
modified to read as follows:

"(a)  The subdivider shall cause to be pre-
prepared a preliminary plat, together with
improvement plans and other supplementary
material as specified below.  Thirty copies
of the preliminary plat and supplementary
material specified shall be submitted to
the City Clerk, on forms provided by the
City Clerk, with written application for
approval.  The preliminary plat and fee, as
required by this chapter, shall be submitted

-69-

to the City Clerk at least thirty days prior
to the regular meeting of the Plan Commission
to receive action thereon at that meeting."

11.  Subsection (d)(3) of Section 43-45 shall be
modified to read as follows:

"(3)  Approval of the preliminary plat shall
be effective until the expiration of the
eighteen-year period following the approval
date (as defined in Subsection A.1. of Sec-
tion II hereof) unless, upon application of
the subdivider, the City Council grants an
extension.  The application for said exten-
sion shall not require an additional filing
fee, or the submittal of additional copies
of the plat of subdivision."

12.  Subsection (c) of Section 43-46 shall be
modified to read as follows:

"(c)  A final plat for all or a portion of the
area covered by any approved preliminary plat,
prepared as specified in Article II, shall be
submitted to the City Clerk for approval prior
to the expiration of the eighteen-year period
following the approval date (as defined in Sub-
section A.1. of Section II hereof) unless, upon
application of the subdivider, the City Council
grants an extension.  Such an application shall

not require an additional fee or filing of addi-
tional copies of the plat.  Every final plat
submitted for approval shall be submitted in
thirty counterparts."

13.  Subsection (f)(3) of Section 43-46 shall be
modified to read as follows:

"(3)  Upon approval by the City Council, the
subdivider shall record the plat with the
county recorder of the county or counties in
which the property is located within six months
or such longer period as may be approved by the
City Council.  If not recorded within such time,
the approval shall be null and void.  Immedi-
ately after recording, the original tracing
or a duly certified cloth or mylar reproducible
copy shall be filed with the City Engineer."

14.  Subsection (a) of Section 43-47 shall be
modified to read as follows:

"(a)  The final plat shall be approved by the
City Council before recording and such approval
shall not be given until the subdivider has
complied with the requirements of this Section.
No building permit may be issued until the final
plat has been recorded; provided that with the
approval of the City Engineer, mass grading and
excavation operations may be carried on in areas

covered by a preliminary plat approved pursuant
to the provisions of this ordinance or in areas
covered by a Preliminary Plan approved pursuant
to Subsection 14.7 of the Zoning Ordinance."

15.  Subsection (a)(1) of Section 43-47 shall be
modified to read as follows:

"(1)  After approval of the preliminary plat
the subdivider may present plans and specifica-
tions for all improvements to the City Engineer
for approval.  Upon approval by the City Engineer,
and by all other pertinent authorities, the
subdivider may construct and install all such
improvements.  On approval and certification of
completion of such improvements by the City
Engineer, the final plat shall be submitted as
herein provided for approval, and, upon approval,
may be recorded.  If engineering plans require
substantial changes from the preliminary plat,
as approved, the subdivider shall, prior to
constructing the improvements, revise and resubmit
the preliminary plat for reapproval, and such
resubmission shall not require the payment of
additional fees."

16.  Subsection (a)(2) of Section 43-47 shall be
modified to read as follows: