use is located.  Except as provided for herein, after com-
plete development of the District in accordance with
approved Final Plans, no uses of a building or land shall
be allowed except uses permitted by approved Final Plans
for the District.  If, pursuant to the provisions of Sub-
section 15.5-3 of the Zoning Ordinance, the City Council
shall at any time rezone any property in the District, the
City Council shall have the right to require the abatement
of any use of a building located on or land included within
such rezoned property which shall have been an established
use on the approval date but which shall not be a permitted
use on such property following such rezoning action.

G.  <u>Determination of Percentage Limitations</u>.

        The percentage limitations provided for in Sub-
sections A.2., B.2. and C.2. of this Section II shall be
applied to the land area of a Region after deducting from
such land area all land devoted to or reserved or dedi-
cated for (i) above ground public utility buildings and
structures required to service the Region and (ii) rights-
of-way for public streets, highways and alleys.  Land area
devoted to or reserved or dedicated for school and other
public building sites and public parkways, walkways and
drainage courses shall be included in the land area to
which such percentage limitations shall be applied.  In
determining the percentage of land devoted to each land
use Area, land devoted to parking and private open space,
park and recreational facilities shall be included.

FOX VALLEY EAST PLANNED DEVELOPMENT DISTRICT

Plan Description

Part One

Section III

Development Standards, Design Criteria and

Land Improvements

A.  Zoning Standards.

The standards set forth in this Subsection III A.
shall be applicable to all buildings and structures and the
use of all land in the District in lieu of comparable or
similar standards or requirements of the Zoning Ordinance,
and all provisions and requirements of the Zoning Ordinance
inconsistent with the standards set forth herein shall be
inapplicable.  Any uncertainty between the applicability of
a standard or requirement of the Zoning Ordinance and the
applicability of a standard set forth herein shall be
resolved in favor of the standard set forth herein.

1.  Dwelling Standards.

a.  One-Family Dwellings.  Each one-family
one-story dwelling shall have a total ground floor
area of not less than seven hundred and fifty square
feet.  Each one-family dwelling of more than one
story shall have a total floor area of not less than
nine hundred and fifty square feet.

b.  <u>Two-Family Dwellings</u>.  Each two-family dwelling shall have a total floor area per dwelling unit of not less than seven hundred and fifty square feet.

c.  <u>Multiple-Family Dwellings and Apartments</u>. Multiple-family dwellings and apartments shall have a minimum total floor area per dwelling unit as follows:

|  |  | <u>Square Feet</u> |
|---|---|---|
| (1) | Efficiency apartments | 450 |
| (2) | Apartments with one bedroom | 650 |
| (3) | Apartments with two bedrooms | 850 |
| (4) | Apartments with three bedrooms | 1000 |
| (5) | Apartments with four or more bedrooms | 1100 |

In all cases, ground floor area or floor area shall be measured from the outside of the exterior walls, shall include utility rooms, but shall not include cellars, basements, open porches, balconies, breezeways, garages and other spaces that are not used frequently or during extended periods for living, eating or sleeping purposes.  A basement shall not be considered as a story for the purposes of this Subsection III A.1.

2.  <u>Building Height</u>.

a.  <u>Residential Areas</u>.  The following building

height limitations shall be applicable in all Residential Areas of the District:

(1)  No one-family detached dwelling or one-family row dwelling shall be erected or structurally altered to exceed a height of three stories or a height of forty feet, whichever is the higher.

(2)  No two-family, three-family, or four-family dwelling shall be erected or structurally altered to exceed a height of four stories or a height of forty feet, whichever is the higher.

(3)  No multiple-family dwelling or apartment building shall be erected or structurally altered to exceed a height of two hundred feet and no more than fifteen stories in any such building may be devoted to dwelling units.

b.  Business Areas.  In Business Areas of the District no building or structure shall be erected or structurally altered to exceed a height of four stories or a height of sixty feet, whichever is the

higher, except that buildings which may be erected or structurally altered to a greater height pursuant to the City Building Code may be erected or structurally altered within the height limitations set forth in said Code.

      c.  <u>Manufacturing Areas</u>.  In Manufacturing Areas of the District no building or structure shall be erected or structurally altered to exceed a height of seventy-five feet, except that buildings intended for business or office uses which may be erected or structurally altered to a greater height pursuant to the City Building Code may be erected or structurally altered within the height limitations set forth in said Code.

Parapet walls, chimneys, cooling towers, elevator bulk heads, fire towers, stacks, stage towers, scenery lofts, necessary mechanical or structural appurtenances, aerials, light towers, flag poles and similar extensions to the height of buildings shall be permitted to exceed the maximum height limitations set forth above, provided they are erected in accordance with all other ordinances of the City.  A basement shall not be considered as a story for the purposes of this Subsection III A.2.

3.  Location of Buildings in Relation to Boundary
Lines of the District and in Relation to Boundary Lines of
Use Areas in the District.

a.  Residential Areas.  In Residential Areas
of the District, the minimum distance between the
exterior wall of any building and a boundary line of
the District or a boundary line of the Residential
Area shall be twenty-five feet; provided, that if the
building exceeds twenty-five feet in height, such
minimum distance shall be increased one foot for each
two feet or fraction thereof by which the building
height exceeds twenty-five feet, but in no case shall
such minimum distance exceed forty feet.

b.  Business Areas.  In Business Areas of
the District, the minimum distance between the
exterior wall of any building and a boundary line of
the District or a boundary line of the Business Area,
if the property abutting such boundary line is in a
Residential Area of the District or in an area out-
side the District zoned for residential use, or if
such building includes dwelling units, shall be
thirty feet; provided, that if the building exceeds
twenty-five feet in height, such minimum distance
shall be increased one foot for each two feet or
fraction thereof by which the building height
exceeds twenty-five feet, but in no case shall such

-23-

minimum distance exceed forty feet; and, provided
further, that if the property abutting such boundary
line is not in a Residential Area of the District or
is in an area outside the District zoned for nonresi-
dential use, and if such building does not include
dwelling units, such minimum distance shall be
twenty feet.

   c. <u>Manufacturing Areas</u>. In Manufacturing
Areas of the District, the minimum distance between
the exterior wall of any building and a boundary
line of the District or a boundary line of the Manu-
facturing Area, if the property abutting such
boundary line is in a Residential Area of the District
or in an area outside the District zoned for residen-
tial use, shall be thirty feet; provided, that if the
building exceeds twenty-five feet in height, such
minimum distance shall be increased one foot for each
two feet or fraction thereof by which the building
height exceeds twenty-five feet, but in no case shall
such minimum distance exceed forty feet; and, pro-
vided further, that if the property abutting such
boundary line is not in a Residential Area of the
District or is in an area outside the District zoned
for nonresidential use, such minimum distance shall
be twenty-five feet.

   d. <u>General Provisions</u>. The following pro-
visions governing the location of buildings in

-24-

relation to boundary lines of the District and in
relation to boundary lines of the use Areas in the
District shall apply in all use Areas in the District:

(1)  Where a boundary line of
the District or of a use Area in the
District is in a public street, alley,
railroad, or similar right-of-way, the
minimum distance provided for in
clauses a., b. and c. above shall be
measured from the nearest right-of-way
line of such street, alley, railroad or
similar right-of-way.

(2)  The area between a boundary
line of the District or of a use Area in
the District and the minimum distance at
which the exterior wall of any building
may be located may contain the following
permitted encroachments:  open terraces
not over four feet above the average
level of the adjoining ground but not
including a permanently roofed-over
terrace or porch; awnings and canopies;
steps, four feet or less above the aver-
age level of the adjoining ground which
are necessary for access to a building
or building site; chimneys projecting
eighteen inches or less; recreational
and laundry drying equipment; arbors and

trellises; flag poles; fences and walls
not exceeding five feet in height above
the average level of the adjoining ground;
open-type fences exceeding five feet in
height (provided that visibility at right
angles to any surface of such fence may
not be reduced by more than twenty per-
cent); balconies, breezeways and open
porches; one-story bay windows projecting
three feet or less; overhanging eaves and
gutters projecting three feet or less;
and air conditioning pads.

4. Zoning Lot. Within the District any parcel
of land may be shown as a zoning lot on any Preliminary or
Final Plan covering all or any part of the District, pro-
vided such parcel of land meets the zoning lot requirements
set forth in this Plan Description. Subject to the modifi-
cations and exceptions provided for in this Plan Description,
all provisions of the Zoning Ordinance which refer or apply
to a zoning lot shall refer or apply to the zoning lots
so shown on any such Preliminary or Final Plan; provided
that (a) each zoning lot must be located entirely within
a designated use Area of the District as shown on such
Preliminary or Final Plan; (b) a parcel of land shown as
a zoning lot on any Preliminary Plan may be divided into
two or more zoning lots on a Final Plan for all or a part

of the property covered by such Preliminary Plan; and
(c) a zoning lot may not be intersected by a public high-
way, street, or railroad right-of-way.  Except as other-
wise limited by this Plan Description, one or more
principal buildings and one or more accessory buildings
may be located on a zoning lot.  A zoning lot may be used
for any one or more of the uses permitted in the use Area
in which the zoning lot is located.

5.  <u>Zoning Lot Coverage and Floor Area Ratios</u>.

a.  <u>Residential Areas</u>.  The following zoning
lot coverage and floor area ratio limitations shall be
applicable in all Residential Areas of the District:

(1)  Not more than forty percent
of the area of a zoning lot on which
detached one-family or two-family dwellings
are located may be occupied by buildings,
including accessory buildings.

(2)  Not more than forty percent
of the area of a zoning lot on which
multiple-family dwellings, apartments or
one-family row dwellings (party wall) are
located may be occupied by buildings,
including accessory buildings.

(3)  On a zoning lot on which
multiple-family dwellings or apartments

-27-

are located the following floor area ratio
limitations shall apply:

(a)  For buildings up to
and including three stories in height,
the floor area ratio shall not exceed
one.

(b)  For buildings which
exceed three stories but not eight
stories in height, the floor area
ratio shall not exceed two.

(c)  For buildings which
exceed eight stories in height, the
floor area ratio shall not exceed
three; provided, that for buildings
which exceed twelve stories in
height, the floor area ratio may
exceed three if at least fifty per-
cent of required parking facilities
are provided in garage areas which
are a part of the building, in
which case the floor area ratio
shall not exceed four.

(d)  With the approval of
the City Council, which approval may
be given as part of the approval of
a Preliminary or Final Plan, the

floor area ratio for any zoning
lot may exceed the limitation
applicable to that lot provided
that the floor area ratio for all
zoning lots within each Region,
separately, shall, within such
Region, comply with such limitations.

b.   <u>Business Areas</u>.   There shall be no zon-
ing lot coverage or floor area ratio limitations in
the Business Areas of the District except for build-
ings containing dwelling units, each of which shall
be located on a single zoning lot.   Not more than
forty percent of the area of the zoning lot may be
occupied by that portion of such a building containing
dwelling units; provided, that the area of the zoning
lot left open may begin at that level of the build-
ing's elevation at which the portion of the building
containing dwelling units commences.   The following
floor area ratio limitations shall apply to the dwell-
ing unit portion of such buildings:

(1)   For buildings with dwell-
ing unit portions up to and including
three stories in height, the floor area
ratio shall not exceed one.

(2)   For buildings with dwell-
ing unit portions which exceed three



stories but not eight stories in height, the floor area ratio shall not exceed two.

(3)  For buildings with dwelling unit portions which exceed eight stories in height, the floor area ratio shall not exceed three; provided, that for buildings with dwelling unit portions which exceed twelve stories in height, the floor area ratio may exceed three if at least fifty percent of required parking facilities are provided in garage areas which are a part of the building, in which case the floor area ratio shall not exceed four.

c.  <u>Manufacturing Areas</u>.  In Manufacturing Areas of the District, not more than sixty percent of the area of a zoning lot may be occupied by buildings, including accessory buildings.  There shall be no floor area ratio limitations in Manufacturing Areas.

d.  <u>Permitted Encroachments</u>.  The areas left open to comply with the above zoning lot coverage and floor area ratio limitations may contain the permitted obstructions listed in clause (2) of Subsection A.3.d. of this Section III.

e.  Floor Area Ratio.  For the purposes of
this Plan Description, the floor area ratio shall be
the total floor area (as defined in Subsection A.1.c.
of this Section III) of the dwelling unit portions of
the building or buildings located on a zoning lot or
lots divided by the area of such zoning lot or lots.

f.  Basement as a Story.  A basement shall
not be considered as a story for the purposes of this
Subsection III A.5.

6.  Residential Density.

a.  Average Residential Density.  In Residen-
tial and Business Areas of the District the average
residential density in Region I shall not exceed four-
teen dwelling units per acre and the average residential
density in Region II shall not exceed ten dwelling units
per acre; provided that in each Region of the District
no more than twenty percent of the permitted dwelling
units shall be efficiency apartments located in the
multiple-family dwellings and apartment buildings.  In
computing such average density, all land in the Region
devoted to Residential Areas and all land devoted to
open space, public parkways, walkways and drainage
courses, school sites, parks, recreation areas, public
or private, and other public building sites, shall be
included in the number of acres which is to be divided
into the total dwelling units in the Region to produce
average density in dwelling units per acre; provided,
that there shall be deducted from such number of acres

into which the dwelling units are to be divided all land devoted to or reserved or dedicated for (i) above ground public utility buildings and structures required to service the Region, and (ii) rights-of-way for public streets, highways and alleys.

b. <u>Required Percentage of One-Family Detached Dwellings in Region II</u>. In Region II of the District a minimum of thirty-five percent of the total zoning lot land area developed with dwellings or apartment buildings in Residential Areas will be developed with one-family detached dwellings. For the purpose of this Subsection 6.b., zoning lot land area assigned to one-family detached dwellings shall meet or exceed the requirements set forth in Subsection A.8.a. of this Section III or the requirements set forth in A.14.b.(1) of this Section III.

c. <u>Limitations on Percentage of Medium and High Density Dwellings</u>. In each Region of the District the <u>maximum percentage</u> of the zoning lot land area developed with dwellings or apartment buildings in Residential Areas which may be developed with medium density dwellings and apartment buildings or with high density apartment buildings shall be as follows:

|  | Region I | Region II |
|---|---|---|
| Medium density dwellings and apartment buildings. | 60% | 40% |
| High density apartment buildings. | 40% | 25% |

For the purposes of this Subsection 6.c., zoning lot
land area assigned to medium density dwellings and
apartment buildings shall meet or exceed the require-
ments set forth in Subsection A.8.b. of this Section III
or the requirements set forth in Subsection 14.b.(2) of
this Section III, and zoning lot land area assigned to
apartment buildings which does not meet or exceed such
requirements shall be assigned to high density apart-
ment buildings and shall be subject to the requirements
of Subsection A.8.c. of this Section III or the require-
ments set forth in Subsection 14.b.(3) of this Sec-
tion III.  Any part of the zoning lot area in either
Region of the District which may be developed with
high density apartment buildings may be developed with
medium density dwellings and apartment buildings.

    d.   <u>Limitations on Number of Dwelling Units</u>.
The maximum permitted number of dwelling units in
Region I of the District will be four thousand five
hundred and fifty, and the <u>maximum permitted number</u>
of dwelling units in Region II of the District will
be twenty-one thousand five hundred.

    e.   <u>Assigned Zoning Lot Land Area</u>.  The zon-
ing lot land area assigned to each dwelling or apart-
ment building shall be shown on each Preliminary or
Final Plan which includes Residential Areas.

    7.   <u>Yard and Minimum Zoning Lot Size Requirements</u>.
There shall be no yard or minimum zoning lot size, area or
width requirements in the District except as follows:

a.  In Residential Areas of the District the minimum distance between the closest right-of-way line of any public street and the exterior wall of any building shall be twenty-five feet.

b.  In Residential Areas of the District:

(1)  The minimum distance between adjacent detached dwellings and apartment buildings shall be twelve feet for dwellings and apartment buildings of not more than two stories in height, and if one or both of such adjacent dwellings or apartment buildings exceeds two stories in height, such minimum distance shall be increased two feet for each story by which each of such dwellings or apartment buildings exceeds two stories in height.

(2)  The minimum distance between a dwelling or apartment building and the boundary of the area covered by any Final Plan shall be six feet for a dwelling or apartment building of not more than two stories in height, and if such dwelling or apartment building exceeds two stories in height, such minimum distance shall be increased two feet for each story by which

such dwelling or apartment building exceeds
two stories in height.

(3)  The minimum distance between
adjacent buildings containing one-family
row dwellings (party wall) shall be twenty
feet.

c.  If a building located in a Business
Area of the District contains dwelling units, the
minimum distance between the exterior wall of that
portion of such building which contains the dwelling
units and the closest right-of-way line of any public
street shall be twenty-five feet.

d.  If a building located in a Business
Area of the District contains dwelling units, the
minimum distance between any boundary of the zoning
lot on which the building is located and the exterior
wall of that portion of the building which contains
the dwelling units shall be twenty-five feet if the
residential portion of the building does not exceed
two stories in height.  If the residential portion
of the building exceeds two stories in height, one
foot shall be added to such minimum distance for each
story by which such residential portion of the build-
ing exceeds two but not five stories in height, and
one-half foot shall be added to such minimum distance

for each story by which the residential portion of the building exceeds five stories in height.

e.  In Manufacturing Areas of the District the minimum distance between the closest right-of-way line of any public street and the exterior wall of any building shall be twenty-five feet.  In such yard areas no storage of material or equipment or parking of motor vehicles shall take place and such yard areas shall be landscaped.  Such landscaping requirement shall not prevent the location within such yard areas of driveways, pathways, utility easements and structures and similar appurtenances.

f.  In Manufacturing Areas of the District the minimum distance between adjacent principal buildings shall be thirty feet and the minimum distance between a principal building and an accessory building shall be fifteen feet.

The required area between adjacent detached dwellings and apartment buildings, between a dwelling or apartment building and the boundary of the area covered by any Final Plan, between adjacent buildings containing one-family row dwellings (party wall) or between buildings and the closest right-of-way line of public streets or the boundary of a zoning lot may contain the permitted encroachments listed in clause (2) of Subsection A.3.d. of this Section III.  A basement shall not be considered as a story for the purposes of this Subsection III A.7.

8. <u>Required Zoning Lot Land Area Per Dwelling Unit</u>.

    a. <u>Zoning Lot Land Area Required to Fulfill One-Family Detached Dwelling Obligation</u>.  In portions of Residential Areas which are not developed pursuant to Subsection A.14. of this Section III, all zoning lot land area assigned to one-family detached dwellings which have an assigned zoning lot land area of not less than sixty-eight hundred square feet per dwelling shall be counted against the obligation to develop a minimum of thirty-five percent of the zoning lot land area in Residential Areas of Region II with one-family detached dwellings.

    b.  <u>Medium Density Minimum Zoning Lot Land Area Requirements</u>.  In portions of Residential Areas which are not developed pursuant to Subsection A.14. of this Section III, all zoning lot land area which does not qualify as one-family zoning lot land area pursuant to Subsection a. of this Subsection 8., and which is assigned to dwellings or apartment buildings which have an assigned zoning lot land area equal to or in excess of the following requirements shall be counted, for the purpose of applying the limitations set forth in Subsection A.6.c. of this Section III, as zoning lot land area developed with medium density dwellings and apartment buildings:

(1)  For each one-family          6000 square feet
     detached dwelling,

(2)  For each two-family          8000 square feet
     dwelling,

(3)  For each row dwelling        1500 square feet
     (party wall) with one          per dwelling unit
     bedroom,

(4)  For each row dwelling        2000 square feet
     (party wall) with two          per dwelling unit
     bedrooms,

(5)  For each row dwelling        2500 square feet
     (party wall) with three        per dwelling unit
     or more bedrooms,

(6)  For multiple-family
     dwellings and apartment
     buildings:                   Square Feet Per
                                  Dwelling Unit

     (a)  For efficiency              1000
          apartments,

     (b)  For dwelling units          1500
          with one bedroom,

     (c)  For dwelling units          2000
          with two bedrooms,

     (d)  For dwelling units          2500
          with three or more
          bedrooms.

                    -38-

The requirements set forth above for one-family detached dwellings, for two-family dwellings, for row dwellings (party wall) with one bedroom, for row dwellings (party wall) with two bedrooms and for row dwellings (party wall) with three or more bedrooms shall be the minimum requirements in the District for such types of dwellings except when portions of Residential Areas are developed pursuant to Subsection A.14. of this Section III.

　　　　c.  High Density Apartment Building Minimum Zoning Lot Land Area Requirements.  In portions of Residential Areas which are not developed pursuant to Subsection A.14. of this Section III, all zoning lot land area assigned to apartment buildings which do not have an assigned zoning lot land area equal to the requirements of Subsection b. of this Subsection 8. shall be counted, for the purpose of applying the limitations set forth in Subsection A.6.c. of this Section III, as zoning lot land area developed with high density apartment buildings and shall have a minimum assigned zoning lot land area per dwelling unit in accordance with the following:

|  |  | Square Feet Per Dwelling Unit |
|---|---|---|
| (1) | For efficiency apartments, | 500 |
| (2) | For dwelling units with one bedroom, | 625 |

    (3)  For dwelling units with              750
         two bedrooms,

    (4)  For dwelling units with             1500
         three or more bedrooms.

    d.  Buildings Containing Dwelling Units
Located in Business Areas.  In Business Areas of the
District, each zoning lot on which a building contain-
ing dwelling units is located shall have a minimum
land area per dwelling unit in accordance with the
requirements set forth in Subsection c. of this
Subsection 8.

    9.  Approval of Bulk Requirements for Certain
Uses and Temporary Uses.  The bulk requirements to be com-
plied with in connection with any use permitted by Sub-
sections A.l.d., B.l.c. and C.l.b. of Section II hereof
and any temporary use of a building or land provided for
in Subsection F. of Section II hereof shall be subject to
the approval of the City Council, which approval may be
given as part of the approval of a Preliminary or Final
Plan.  Separate application for such an approval may be
submitted to the City Council by the developer in writing.
The City Council shall promptly refer such application to
the Plan Commission and the Plan Commission shall, within
thirty days from the date of referral, submit to the City
Council its written recommendations with respect to such

application.  The Plan Commission may recommend that the
City Council approve or disapprove the application and
may, in the event of a favorable recommendation, specify
particular conditions which should be incorporated in
the approval.  Within sixty days after receipt of the
Plan Commission's recommendation, the City Council shall
either approve or disapprove the application.  An
approval may be conditional and, if so, shall state what
additions or deletions from the application as submitted
shall be made in the application as approved.

10.  <u>Off-Street Parking and Loading</u>.  Off-street
parking and loading facilities shall be provided in
accordance with Section 10 of the Zoning Ordinance, sub-
ject to the modifications and exceptions provided for in
Section IV of this Plan Description.

11.  <u>Performance Standards in Manufacturing Areas</u>
<u>of the District</u>.  The Performance Standards set forth in
Subsections 13.2-1 and 13.2-4 through 13.2-4.6 of the
Zoning Ordinance shall be applicable to Manufacturing
Areas of the District; provided that references in Sub-
sections 13.2-1 and 13.2-4.1 of the Zoning Ordinance to
residential districts shall be deemed to include Residen-
tial Areas of the District, that references in Subsec-
tion 13.2-4.1 to B-2, B-3 and B-4 ("O") districts shall
be deemed to include Business Areas of the District, and
that references in Subsection 13.2-4.1 to an M-1 district

shall be deemed to include any Manufacturing Area of the
District.  In Manufacturing Areas of the District, no
storage of material or equipment or parking of automobiles
shall take place within twenty feet of a boundary line
of the District or a boundary line of the Manufacturing
Area if the property abutting such boundary line is in a
Residential Area of the District, a Business Area of the
District and is used for buildings containing dwelling
units or an area outside the District zoned for residential
use.  Such yard areas in which parking and the storage of
materials are not permitted will be landscaped.  Such land-
scaping requirement shall not prevent the location within
such yard areas of driveways, pathways, utility easements
and structures and similar appurtenances.

12.  <u>Accessory Buildings</u>.  Accessory buildings or
accessory uses, including off-street motor vehicle park-
ing lots, but not including public utility, communication,
electric, gas, water and sewer lines and their support and
incidental equipment, may not be located beyond the building
setback lines provided for in Subsections A.3.a., A.3.c.,
A.7.c., A.7.d. and A.7.e. of this Section III.

13.  <u>City Disapproval Rights</u>.  Notwithstanding
the limitations of the second sentences of Subsec-
tion 14.7-6(a) and Subsection 14.7-9 of the Zoning
Ordinance, portions of Residential Areas on any Prelimi-
nary Plan, or on any Final Plan (if such portions on such

Final Plan are not consistent with an approved Preliminary Plan), may be disapproved for reasons which may be inconsistent with this Plan Description to the extent that such reasons constitute a denial of the right to meet or use one or more of the Zoning Standards set forth in Subsections 1., 2.a., 4., 5.a., 7. and 8. of this Subsection III A. or one or more of the Zoning Ordinance modifications and exceptions set forth in Subsections 3., 11., 12., 14., 16., 18., 21., 24., 25., 26., 28., 29., 30., 31., 33., 34., 35., 36., 37., 40. and 41. of Section IV of this Plan Description; provided that:

a.   Any such disapproval shall have been recommended by a two-thirds vote of the members of the Plan Commission voting on the issue and the votes of not less than seven members of the Plan Commission then in office; and

b.   Any such disapproval shall have been adopted by a two-thirds vote of the members of the City Council then in office; and

c.   The disapproval right provided for in this Subsection 13. shall be subject to the provisions of Subsection 14. below.

14.  <u>Development Pursuant to Existing Standards</u>.
The Plan Commission and the City Council shall approve
those portions of Residential Areas on any Preliminary or
Final Plan if such Residential Area portions comply with
Subsections a. or b. below.

a.  In the case of a Final Plan, such
Residential Area portions shall be approved if they
are consistent with an approved Preliminary Plan
for such Residential Area portions.

b.  In the case of a Preliminary or Final
Plan, such Residential Area portions shall be
approved if they shall have been divided into areas
which are classified as either one-family detached
dwelling areas, medium density multiple-family
dwelling and apartment building areas, or high
density apartment building areas, and if each such
area meets the applicable requirements set forth
in Subsections (1), (2) or (3) below.

(1)  In the case of a one-
family detached dwelling area, the
requirements for Permitted Uses,
Height of Buildings, Lot Size, Yard
Area, Permitted Obstructions and
Dwelling Standards set forth in Sub-
section 11.3 of the Zoning Ordinance
on the approval date; or

(2)  In the case of a medium density multiple-family dwelling and apartment building area, the requirements for Permitted Uses, Lot Area Per Dwelling, Yard Areas, Maximum Floor Area Ratio, Dwelling Standards, Signs and Off-Street Parking and Loading set forth in Subsection 11.6 of the Zoning Ordinance on the approval date; or

(3)  In the case of a high density apartment building area, the requirements for Permitted Uses, Lot Area Per Dwelling, Yard Areas, Maximum Floor Area Ratio, Dwelling Standards, Signs and Off-Street Parking and Loading set forth in Subsection 11.7 of the Zoning Ordinance on the approval date.

c.  In Residential Areas of Region II of the District developed pursuant to this Subsection 14., all zoning lot land area assigned to one-family detached dwellings which meet the requirements for Height of Buildings, Lot Size, Yard Area, Permitted Obstructions and Dwelling Standards set forth in Subsection 11.3 of the Zoning Ordinance on the approval date shall be counted

against the obligation to develop a minimum of
thirty-five percent of the total zoning lot land
area developed with dwellings or apartment buildings
in Residential Areas of Region II with one-family
detached dwellings.

      d.  In Residential Areas of each Region of
the District developed pursuant to this Subsection 14.,
all zoning lot land area assigned to multiple-family
dwellings and apartment buildings which meet the
requirements for Height of Buildings, Lot Area Per
Dwelling, Yard Areas, Maximum Floor Area Ratio, Dwell-
ing Standards and Off-Street Parking and Loading set
forth in Subsection 11.6 of the Zoning Ordinance on
the approval date shall be counted, for the purpose
of applying the limitations set forth in Subsec-
tion A.6.c. of this Section III, as zoning lot land
area developed with medium density dwellings and
apartment buildings.

      e.  In Residential Areas of each Region
of the District developed pursuant to this Subsec-
tion 14., all zoning lot land area assigned to
apartment buildings which meet the requirements for
Lot Area Per Dwelling, Yard Areas, Maximum Floor
Area Ratio, Dwelling Standards, Signs and Off-Street