

**Boundaries of Proposed District and Regions I & II**

- Planned Development District Boundaries
- Region I
- Region II
- Incorporated Areas

**FOX VALLEY EAST**



Date: 15 Feb 73



FOX VALLEY EAST



III

**Existing Utilities**

- Commonwealth Edison Power Transmission Lines
- Gas Main
- Telephone Exchange
- Planned Development District

**FOX VALLEY EAST**

Date: 15 Feb 73



IV
Topography Map
- Planned Development District Boundaries
- Region Boundaries
- I  Region Number

FOX VALLEY EAST

Date: 15 Feb 73



Flood Plain Map

- Watershed Boundaries
- Areas Flooded in 1954 and 1957*
- Planned Development District Boundaries

*Source: Northeastern Illinois Planning Commission Hydrologic Investigations Atlas

**FOX VALLEY EAST**

Date: 15 Feb 73



VI

Land Use Plan For The Proposed District

- Manufacturing
- Restricted Manufacturing
- Business
- Residential
- Open Space and Schools
- Proposed Expressway
- Proposed Primary Roads
- Proposed Secondary Roads

FOX VALLEY EAST