FOR A POINT OF BEGINNING; THENCE CONTINUING SOUTH 89 DEGREES 57 MINUTES 43 SECONDS EAST ALONG THE PROLONGATION OF THE LAST DESCRIBED COURSE, 111.79 FEET TO A POINT THAT IS 1322.23 FEET SOUTH 89 DEGREES 57 MINUTES 43 SECONDS EAST OF THE WEST LINE OF SAID SECTION 18; THENCE NORTH 89 DEGREES 52 MINUTES 53 SECONDS EAST ALONG A LINE FORMING AN ANGLE OF 180 DEGREES 09 MINUTES 24 SECONDS WITH THE LAST DESCRIBED COURSE (MEASURED COUNTERCLOCKWISE THEREFROM), 1809.85 FEET; THENCE NORTH 89 DEGREES 31 MINUTES 17 SECONDS EAST ALONG A LINE FORMING AN ANGLE OF 180 DEGREES 12 MINUTES 36 SECONDS WITH THE LAST DESCRIBED COURSE (MEASURED COUNTERCLOCKWISE THEREFROM), 2412.94 FEET TO THE CENTER LINE OF EOLA ROAD; THENCE NORTH 03 DEGREES 31 MINUTES 18 SECONDS EAST ALONG SAID CENTER LINE, 1331.94 FEET TO A POINT THAT IS 85.80 FEET SOUTH 03 DEGREES 31 MINUTES 18 SECONDS WEST OF THE POINT OF INTERSECTION OF SAID CENTER LINE WITH THE SOUTH LINE OF LOT 1 IN SCHELLING'S ASSESSMENT PLAT; THENCE SOUTH 89 DEGREES 38 MINUTES WEST ALONG CRANCE'S NORTH LINE, 3444.26 FEET TO THE WEST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 7; THENCE SOUTH 00 DEGREES 29 MINUTES 16 SECONDS EAST ALONG THE WEST LINE OF SAID SOUTHEAST QUARTER, 733.86 FEET TO THE SOUTHWEST CORNER OF SAID SOUTHEAST QUARTER; THENCE SOUTH 87 DEGREES 46 MINUTES 53 SECONDS WEST ALONG THE NORTH LINE OF THE NORTH HALF OF SAID SECTION 18, 983.40 FEET; THENCE SOUTH 00 DEGREES 26 MINUTES 24 SECONDS EAST, 559.33 FEET TO THE POINT OF BEGINNING, EXCEPTING THEREFROM THAT PART OF THE SOUTHEAST QUARTER OF SECTION 7 AND PART OF THE SOUTHWEST QUARTER OF SECTION 8, DESCRIBED AS FOLLOWS:

COMMENCING AT THE POINT OF INTERSECTION OF EOLA ROAD AND THE SOUTH LINE OF LOT 1, IN SCHELLING'S ASSESSMENT PLAT; THENCE SOUTH 03 DEGREES 31 MINUTES 18 SECONDS WEST ALONG SAID CENTER LINE, 85.80 FEET TO THE SOUTH LINE OF LAND KNOWN AS JOHN SEARS FARM FOR A POINT OF BEGINNING; THENCE SOUTH 89 DEGREES 38 MINUTES WEST ALONG SAID SOUTH LINE, 800.0 FEET; THENCE SOUTH 03 DEGREES 31 MINUTES 18 SECONDS WEST PARALLEL WITH SAID CENTER LINE, 228.90 FEET; THENCE NORTH 89 DEGREES 39 MINUTES 17 SECONDS EAST, 799.98 FEET TO A POINT ON SAID CENTER LINE THAT IS 229.20 FEET SOUTH 03 DEGREES 31 MINUTES 18 SECONDS WEST OF THE POINT OF BEGINNING; THENCE NORTH 03 DEGREES 31 MINUTES 18 SECONDS EAST ALONG SAID CENTER LINE, 229.20 FEET TO THE POINT OF BEGINNING, ALL IN NAPERVILLE TOWNSHIP, DUPAGE COUNTY, ILLINOIS.

ALSO

THAT PART OF SECTION 7 AND PART OF THE SOUTHWEST QUARTER OF SECTION 8, TOWNSHIP 38 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN DESCRIBED AS FOLLOWS:

COMMENCING AT THE CENTER OF SAID SECTION 7; THENCE NORTH 88 DEGREES 48 MINUTES EAST LONG THE QUARTER SECTION LINE, 951.3 FEET; THENCE SOUTH 01 DEGREES 20 MINUTES WEST, 1931.5 FEET FOR A POINT OF BEGINNING; THENCE NORTH 89 DEGREES 25 MINUTES 23 SECONDS WEST, 931.09 FEET TO THE QUARTER SECTION LINE; THENCE NORTH 00 DEGREES 45 MINUTES EAST ALONG THE QUARTER SECTION LINE, 281.5 FEET; THENCE NORTH 88 DEGREES 45 MINUTES 52 SECONDS WEST, 1298.3 FEET TO A POINT LYING 54 RODS EAST OF THE COUNTY LINE; THENCE NORTH 00 DEGREES 22 MINUTES WEST PARALLEL WITH THE COUNTY LINE, 2273.6 FEET TO A POINT LYING 6.5 FEET NORTHERLY OF THE SOUTH LINE OF THE OLD AURORA, ELGIN AND CHICAGO RAILWAY RIGHT-OF-WAY; THENCE NORTH 87 DEGREES 42 MINUTES 29 SECONDS WEST, 442.23 FEET; THENCE NORTH 00 DEGREES 30 MINUTES 49 SECONDS WEST, 665.38 FEET TO THE SOUTHWEST CORNER OF A TRACT OF LAND DESCRIBED AS PARCEL "D" IN DEED RECORDED OCTOBER 9, 1970 AS DOCUMENT NO. R70-36809; THENCE NORTH 89 DEGREES 09 MINUTES 11 SECONDS EAST ALONG THE SOUTH LINE OF SAID TRACT, 447.25 FEET TO THE SOUTHEAST CORNER THEREOF; THENCE NORTH 00 DEGREES 24 MINUTES 49 SECONDS WEST ALONG THE EAST LINE OF SAID TRACT, 385.5 FEET TO THE CENTER OF MOLITOR ROAD; THENCE NORTH 89 DEGREES 18 MINUTES 18 SECONDS EAST ALONG THE CENTER OF SAID ROAD, 346.0 FEET TO A POINT WHICH BEARS NORTH 00 DEGREES 14 MINUTES 52 SECONDS WEST, A DISTANCE OF 1697.6 FEET FROM THE SOUTHWEST CORNER OF THE HALLER TRACT AS DESCRIBED IN DEED RECORDED OCTOBER 21, 1971 AS DOCUMENT NO. R71-55382; THENCE SOUTH 00 DEGREES 14 MINUTES 52 SECONDS EAST, 1697.6 FEET; THENCE NORTH 88 DEGREES 48 MINUTES EAST, 280.0 FEET; THENCE SOUTH 01 DEGREES 48 MINUTES 53 SECONDS EAST, 346.54 FEET; THENCE NORTH 88 DEGREES 48 MINUTES EAST, 688.38 FEET TO THE QUARTER SECTION LINE; THENCE NORTH 00 DEGREES 45 MINUTES EAST ALONG THE QUARTER SECTION LINE, 273.0 FEET TO THE CENTER OF SAID SECTION 7; THENCE NORTH 88 DEGREES 48 MINUTES EAST ALONG THE QUARTER SECTION LINE, 951.3 FEET; THENCE SOUTH 01 DEGREES 20 MINUTES WEST, 273.35 FEET TO POSS' SOUTHWEST CORNER; THENCE NORTH 88 DEGREES 45 MINUTES EAST, 1022.9 FEET TO POSS' SOUTHEAST CORNER; THENCE NORTH 89 DEGREES 58 MINUTES EAST ALONG HILL'S SOUTH LINE, 685.74 FEET TO A POINT ON THE WEST LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 8 THAT IS 292.38 FEET SOUTH OF THE QUARTER SECTION STAKE BETWEEN SECTIONS 7 AND 8; THENCE CONTINUING NORTH 89 DEGREES 58 MINUTES EAST ALONG SAID HILL'S SOUTH LINE, 904.56 FEET TO THE CENTER LINE OF EOLA ROAD; THENCE SOUTH 03 DEGREES 32 MINUTES WEST ALONG THE CENTER LINE OF SAID

EOLA ROAD, 1299.20 FEET TO THE NORTH LINE OF LOT 1 IN SCHELLING'S ASSESSMENT PLAT; THENCE WESTERLY ALONG THE NORTH LINE OF SAID LOT 1, 264.35 FEET TO THE NORTHWEST CORNER OF LOT 1; THENCE CONTINUING WESTERLY ALONG THE NORTH LINE EXTENDED OF SAID LOT 1, 535.65 FEET; THENCE SOUTHWESTERLY ALONG A STRAIGHT LINE PARALLEL WITH THE CENTER LINE OF SAID EOLA ROAD, 336.6 FEET TO CRANCE'S NORTH LINE; THENCE SOUTH 89 DEGREES 36.5 MINUTES WEST ALONG CRANCE'S NORTH LINE, 1710.5 FEET TO BERGER'S EAST LINE AND THE POINT OF BEGINNING (EXCEPT THEREFROM THE LAND COMPRISING THE RIGHT-OF-WAY OF THE AURORA, ELGIN AND CHICAGO RAILWAY) AND (EXCEPTING THE PREMISES CONVEYED TO PUBLIC SERVICE COMPANY OF NORTHERN ILLINOIS BY DEED RECORDED NOVEMBER 25, 1952 AS DOCUMENT NO. 668451), ALL IN NAPERVILLE TOWNSHIP, DUPAGE COUNTY, ILLINOIS.

ALSO

THAT PART OF THE SOUTHWEST QUARTER OF SECTION 28, PART OF THE SOUTHEAST QUARTER OF SECTION 29, PART OF THE EAST HALF OF SECTION 32 AND PART OF THE NORTHWEST QUARTER OF SECTION 33, ALL IN TOWNSHIP 38 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SAID SOUTHWEST QUARTER OF SECTION 28; THENCE NORTHERLY ALONG THE WEST LINE OF SAID SECTION 28, 42.15 CHAINS TO THE CENTER LINE OF THE OSWEGO-NAPERVILLE ROAD (U. S. ROUTE NO. 34); THENCE NORTH 60 1/2 DEGREES EAST ALONG SAID CENTER LINE, 7.45 CHAINS (491.70 FEET) FOR A POINT OF BEGINNING; THENCE SOUTHWESTERLY ALONG SAID CENTER LINE TO THE WEST LINE OF THE EAST HALF OF SAID SOUTHEAST QUARTER OF SECTION 29; THENCE SOUTHERLY ALONG THE WEST LINE OF THE EAST HALF OF SAID SOUTHEAST QUARTER, 33.77 CHAINS TO THE SOUTHWEST CORNER OF THE EAST HALF OF SAID SOUTHEAST QUARTER; THENCE SOUTHERLY ALONG THE EAST LINE OF THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 32 TO THE NORTHEAST CORNER OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 32; THENCE NORTH 89 DEGREES 56 MINUTES 43 SECONDS WEST ALONG THE NORTH LINE OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 32, 984.75 FEET TO THE EASTERLY LINE OF THE RIGHT-OF-WAY OF THE ELGIN, JOLIET AND EASTERN RAILROAD COMPANY; THENCE SOUTHERLY ALONG THE EASTERLY LINE OF SAID RAILROAD RIGHT-OF-WAY, 1341.03 FEET TO THE SOUTH LINE OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 32; THENCE EASTERLY ALONG SAID SOUTH LINE, 60.47 FEET; THENCE SOUTHERLY PARALLEL WITH THE EASTERLY LINE OF SAID RIGHT-OF-

WAY, 2251.62 FEET TO THE EASTERLY LINE OF A PUBLIC HIGHWAY (NORMANTOWN ROAD) WHICH IS LOCATED IMMEDIATELY EAST OF AND ADJOINING THE EASTERLY LINE OF SAID RAILROAD RIGHT-OF-WAY; THENCE SOUTHERLY ALONG THE EASTERLY LINE OF SAID HIGHWAY, 428.26 FEET TO THE SOUTH LINE OF SAID SECTION 32; THENCE EASTERLY ALONG THE SOUTH LINE OF THE EAST HALF OF SAID SECTION 32, 1288.37 FEET TO THE SOUTHEAST CORNER OF THE WEST HALF OF THE SOUTHEAST QUARTER OF SAID SECTION 32; THENCE NORTHERLY ALONG THE EAST LINE OF THE WEST HALF OF THE SOUTHEAST QUARTER OF SAID SECTION 32, 2662.54 FEET TO THE SOUTHWEST CORNER OF THE EAST HALF OF THE NORTHEAST QUARTER OF SAID SECTION 32; THENCE EASTERLY ALONG THE SOUTH LINE OF THE NORTHEAST QUARTER OF SAID SECTION 32, 1316.96 FEET TO THE SOUTHWEST CORNER OF THE NORTHWEST QUARTER OF SAID SECTION 33; THENCE EASTERLY ALONG THE SOUTH LINE OF SAID NORTHWEST QUARTER, 1326.72 FEET TO THE SOUTHEAST CORNER OF THE WEST HALF OF SAID NORTHWEST QUARTER; THENCE NORTHERLY ALONG THE EAST LINE OF THE WEST HALF OF SAID NORTHWEST QUARTER, 2667.62 FEET TO THE NORTHEAST CORNER OF THE WEST HALF OF SAID NORTHWEST QUARTER; THENCE WESTERLY ALONG THE SOUTH LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 28, 862.65 FEET TO A POINT THAT IS 454.74 FEET EASTERLY OF THE SOUTHWEST CORNER OF THE SOUTHWEST QUARTER OF SAID SECTION 28; THENCE NORTHERLY 45.0 CHAINS TO THE POINT OF BEGINNING, EXCEPTING THEREFROM THAT PART OF SECTIONS 28 AND 29 LYING NORTHERLY OF A LINE DRAWN PARALLEL WITH AND 100 FEET SOUTHERLY OF THE NORTH LINE (MEASURED AT RIGHT ANGLES THERETO) OF THE SOUTHWEST QUARTER OF SAID SECTION 28 AND THE NORTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 29, IN NAPERVILLE TOWNSHIP, DUPAGE COUNTY, ILLINOIS.

ALSO

THAT PART OF THE WEST HALF OF SECTION 7, TOWNSHIP 38 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SAID SECTION 7; THENCE NORTHERLY ALONG THE WEST LINE OF SAID SECTION 7, 808.50 FEET TO THE NORTH LINE OF A TRACT OF LAND DESCRIBED IN DOCUMENT NO. 30672; THENCE EASTERLY ALONG SAID NORTH LINE FORMING AN ANGLE OF 88 DEGREES 45 MINUTES WITH THE LAST DESCRIBED COURSE (MEASURED COUNTERCLOCKWISE THEREFROM), 33.0 FEET; THENCE NORTHERLY PARALLEL WITH SAID WEST LINE 16.50 FEET; THENCE EASTERLY ALONG SAID NORTH LINE FORMING AN ANGLE OF 88 DEGREES 45 MINUTES WITH THE LAST DESCRIBED COURSE (MEASURED

COUNTERCLOCKWISE THEREFROM), 33.0 FEET; THENCE NORTHERLY PARALLEL WITH SAID WEST LINE, 16.50 FEET; THENCE EASTERLY PARALLEL WITH THE PENULTIMATE DESCRIBED COURSE, 194.04 FEET TO A LINE DRAWN PARALLEL WITH AND 260.04 FEET EASTERLY OF SAID WEST LINE; THENCE SOUTHERLY PARALLEL WITH SAID WEST LINE, 830.64 FEET TO THE SOUTH LINE OF SAID WEST HALF; THENCE EASTERLY ALONG SAID SOUTH LINE 1939.96 FEET TO THE SOUTHEAST CORNER OF SAID WEST HALF; THENCE NORTHERLY ALONG THE EAST LINE OF SAID WEST HALF, 1014.75 FEET TO THE NORTHEAST CORNER OF A TRACT OF LAND DESCRIBED IN DOCUMENT NO. R71-16658 AND DATED APRIL 27, 1971; THENCE WESTERLY ALONG THE NORTH LINE OF SAID LAST DESCRIBED TRACT, 1319.15 FEET TO A LINE DRAWN PARALLEL WITH AND 54 RODS EASTERLY OF THE WEST LINE OF SAID SECTION 7 (MEASURED ALONG THE NORTH LINE OF THE SOUTHWEST FRACTIONAL QUARTER OF SAID SECTION 7); THENCE NORTHERLY PARALLEL WITH SAID WEST LINE FORMING AN ANGLE OF 91 DEGREES 04 MINUTES 52 SECONDS WITH THE LAST DESCRIBED COURSE (MEASURED COUNTERCLOCKWISE THEREFROM), 2156.88 FEET TO THE SOUTH RIGHT-OF-WAY LINE OF COMMONWEALTH EDISON COMPANY DESCRIBED IN DOCUMENT NO. 675993; THENCE WESTERLY ALONG SAID SOUTH RIGHT-OF-WAY LINE FORMING AN ANGLE OF 78 DEGREES 24 MINUTES 12 SECONDS WITH THE LAST DESCRIBED COURSE (MEASURED CLOCKWISE THEREFROM), 909.53 FEET TO THE WEST LINE OF SAID SECTION 7; THENCE SOUTHERLY ALONG SAID WEST LINE, 2248.97 FEET TO THE POINT OF BEGINNING IN NAPERVILLE TOWNSHIP, DUPAGE COUNTY, ILLINOIS.

AND ALSO;

THAT PART OF THE SOUTHWEST FRACTIONAL QUARTER OF SECTION 7 AND PART OF THE NORTHWEST FRACTIONAL QUARTER OF SECTION 18, TOWNSHIP 38 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHWEST CORNER OF SAID NORTHWEST FRACTIONAL QUARTER; THENCE SOUTHERLY ALONG THE WEST LINE OF SAID NORTHWEST FRACTIONAL QUARTER, 511.50 FEET; THENCE EASTERLY ALONG A LINE FORMING AN ANGLE OF 88 DEGREES 53 MINUTES 44 SECONDS WITH SAID WEST LINE (MEASURED COUNTERCLOCKWISE THEREFROM), 1210.44 FEET FOR A POINT OF BEGINNING; THENCE WESTERLY ALONG THE LAST DESCRIBED COURSE, 1210.44 FEET TO SAID WEST LINE; THENCE NORTHERLY ALONG SAID WEST LINE AND ALONG THE WEST LINE OF SAID SOUTHWEST FRACTIONAL QUARTER, 1320.0 FEET TO THE NORTH LINE OF A TRACT OF LAND DESCRIBED IN DOCUMENT NO. 30672; THENCE EASTERLY ALONG SAID NORTH LINE FORMING AN ANGLE OF 88 DEGREES 45 MINUTES WITH THE LAST DESCRIBED COURSE

(MEASURED COUNTERCLOCKWISE THEREFROM), 33.0 FEET; THENCE NORTHERLY PARALLEL WITH SAID WEST LINE, 16.50 FEET; THENCE EASTERLY ALONG SAID NORTH LINE FORMING AN ANGLE OF 88 DEGREES 45 MINUTES WITH THE LAST DESCRIBED COURSE (MEASURED COUNTERCLOCKWISE THEREFROM), 33.0 FEET; THENCE NORTHERLY PARALLEL WITH SAID WEST LINE, 16.50 FEET; THENCE EASTERLY PARALLEL WITH THE PENULTIMATE DESCRIBED COURSE, 194.04 FEET TO A LINE DRAWN PARALLEL WITH AND 260.04 FEET EASTERLY OF SAID WEST LINE; THENCE SOUTHERLY PARALLEL WITH SAID WEST LINE, 830.64 FEET TO THE SOUTH LINE OF SAID SOUTHWEST FRACTIONAL QUARTER; THENCE EASTERLY ALONG SAID SOUTH LINE, 956.56 FEET TO A POINT THAT IS 983.40 FEET WESTERLY OF THE SOUTHEAST CORNER OF SAID SOUTHWEST FRACTIONAL QUARTER; THENCE SOUTHERLY, 559.32 FEET TO THE POINT OF BEGINNING, IN NAPERVILLE TOWNSHIP, DUPAGE COUNTY, ILLINOIS.

ALSO

THAT PART OF THE NORTHEAST QUARTER OF SECTION 28, TOWNSHIP 38 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHEAST CORNER OF SAID QUARTER; THENCE NORTHERLY ALONG THE EAST LINE OF SAID NORTHEAST QUARTER, 100.02 FEET TO THE NORTHEAST CORNER OF THE SOUTH 100.0 FEET OF SAID NORTHEAST QUARTER FOR A POINT OF BEGINNING; THENCE WESTERLY ALONG THE NORTH LINE OF SAID SOUTH 100.0 FEET, 2634.47 FEET TO THE WEST LINE OF SAID NORTHEAST QUARTER; THENCE NORTHERLY ALONG SAID WEST LINE 1103.14 FEET TO THE CENTER LINE OF U. S. ROUTE NO. 34; THENCE NORTHEASTERLY ALONG SAID CENTERLINE, 1945.44 FEET TO THE MOST WESTERLY CORNER OF PREMISES ACQUIRED THROUGH PROCEEDINGS OF THE 18TH JUDICIAL CIRCUIT AND KNOWN AS CASE 2214-59; THENCE SOUTHEASTERLY ALONG THE SOUTHWEST LINE OF SAID PREMISES, 76.0 FEET TO THE MOST SOUTHERLY CORNER OF SAID PREMISES; THENCE NORTHEASTERLY PARALLEL WITH SAID CENTER LINE, 195.25 FEET TO THE WESTERLY LINE OF NEVAL YEATES' PLAT OF LOT 1 (RECORDED AS DOCUMENT NO. 940180); THENCE SOUTHERLY ALONG SAID WESTERLY LINE AND WESTERLY LINE EXTENDED 301.04 FEET; THENCE EASTERLY AT RIGHT ANGLES TO THE EAST LINE OF SAID NORTHEAST QUARTER, 634.43 FEET TO SAID EAST LINE; THENCE SOUTHERLY ALONG SAID EAST LINE, 1507.85 FEET TO THE POINT OF BEGINNING, EXCEPTING THEREFROM THAT PART THEREOF LYING WITHIN 50 FEET OF THE CENTER LINE (MEASURED AT RIGHT ANGLES THERETO) OF SAID ROUTE NO. 34; AND ALSO THAT PART OF ALL PUBLIC HIGHWAYS LYING ADJACENT TO THE ABOVE DESCRIBED TRACT (EXCEPT THAT PART THEREOF LYING

NORTHERLY OF A LINE DRAWN PARALLEL WITH AND 50 FEET SOUTHERLY OF THE CENTERLINE (MEASURED AT RIGHT ANGLES THERETO) OF SAID ROUTE NO. 34), ALL IN NAPERVILLE TOWNSHIP, DUPAGE COUNTY, ILLINOIS.

# FOX VALLEY EAST REGION II
## "BURLINGTON PROPERTIES"

THAT PART OF SECTION 18, 17, 20 AND 19 IN TOWNSHIP 38 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN DESCRIBED BY BEGINNING AT THE SOUTHWEST CORNER OF SAID SECTION 18; THENCE NORTH 00 DEGREES 36 MINUTES 19 SECONDS WEST ALONG THE WEST LINE OF SAID SECTION 18, A DISTANCE OF 653.85 FEET TO THE SOUTHERLY LINE OF LAND CONVEYED TO THE CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY PER DOCUMENT 156238; THENCE NORTH 78 DEGREES 43 MINUTES 47 SECONDS EAST ALONG SAID SOUTHERLY LINE, 1898.90 FEET TO AN ANGLE POINT IN SAID LINE; THENCE NORTH 66 DEGREES 29 MINUTES 53 SECONDS EAST ALONG SAID LINE, 590.00 FEET TO THE EASTERLY LINE OF LAND CONVEYED TO CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY PER DOCUMENT 155615; THENCE NORTH 02 DEGREES 34 MINUTES 55 SECONDS EAST ALONG SAID EASTERLY LINE, 123.59 FEET TO THE SOUTHERLY LINE OF LAND CONVEYED TO THE CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY PER DOCUMENT 152991; THENCE NORTH 78 DEGREES 43 MINUTES 47 SECONDS EAST ALONG SAID SOUTHERLY LINE, 1698.32 FEET TO AN ANGLE POINT IN SAID LINE; THENCE NORTH 69 DEGREES 34 MINUTES 42 SECONDS EAST ALONG SAID SOUTHERLY LINE, 786.22 FEET TO THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 18; THENCE SOUTH 01 DEGREES 11 MINUTES 53 SECONDS WEST ALONG SAID EAST LINE, 295.86 FEET; THENCE SOUTH 88 DEGREES 48 MINUTES 29 SECONDS EAST, 580.96 FEET TO THE CENTERLINE OF EXISTING EOLA ROAD; THENCE SOUTH 01 DEGREES 11 MINUTES 31 SECONDS WEST ALONG SAID CENTERLINE, 1172.44 FEET; THENCE NORTH 89 DEGREES 53 MINUTES 03 SECONDS WEST, 300.54 FEET; THENCE NORTH 00 DEGREES 11 MINUTES 53 SECONDS EAST, 300.00 FEET; THENCE NORTH 89 DEGREES 53 MINUTES 03 SECONDS WEST, 260.00 FEET TO THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 18; THENCE NORTH 00 DEGREES 11 MINUTES 53 SECONDS EAST ALONG SAID EAST LINE, 597.60 FEET; THENCE SOUTH 88 DEGREES 56 MINUTES 35 SECONDS WEST, 356.00 FEET; THENCE SOUTH 00 DEGREES 11 MINUTES 53 SECONDS WEST, 660.00 FEET; THENCE SOUTH 88 DEGREES 56 MINUTES 35 SECONDS WEST, 544.00 FEET; THENCE SOUTH 00 DEGREES 11 MINUTES 53 SECONDS WEST, 660.00 FEET TO THE SOUTH LINE OF SECTION 18, TOWNSHIP 38 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN; THENCE NORTH 88 DEGREES 56 MINUTES 35 SECONDS EAST ALONG SAID SOUTH LINE, 900.00 FEET TO THE SOUTHEAST CORNER OF SAID SECTION 18; THENCE NORTH 00 DEGREES 11 MINUTES 53 SECONDS EAST ALONG THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION, 347.40 FEET;

legals\456130
pg1 db

THENCE SOUTH 89 DEGREES 53 MINUTES 03 SECONDS EAST, 559.23 FEET TO THE CENTERLINE OF EXISTING EOLA ROAD; THENCE SOUTH 01 DEGREES 11 MINUTES 31 SECONDS WEST ALONG SAID CENTERLINE, 1080.41 FEET TO THE CENTERLINE OF EXISTING LIBERTY STREET; THENCE SOUTH 82 DEGREES 27 MINUTES 36 SECONDS WEST ALONG SAID CENTERLINE, 544.70 FEET TO THE EAST LINE OF SECTION 19, TOWNSHIP 38 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN; THENCE SOUTH 00 DEGREES 08 MINUTES 40 SECONDS WEST ALONG SAID EAST LINE, 882.05 FEET; THENCE NORTH 89 DEGREES 00 MINUTES 21 SECONDS EAST, 539.72 FEET TO THE EXISTING EAST LINE OF EOLA ROAD (SAID LINE BEING 33 FEET EASTERLY AND PARALLEL WITH THE CENTERLINE OF EOLA ROAD); THENCE SOUTH 02 DEGREES 15 MINUTES 20 SECONDS WEST ALONG SAID EAST LINE, 462.66 FEET; THENCE SOUTH 89 DEGREES 00 MINUTES 21 SECONDS WEST, 522.68 FEET TO THE EAST LINE OF THE AFOREMENTIONED SECTION 19; THENCE SOUTH 88 DEGREES 56 MINUTES 35 SECONDS WEST, 1333.09 FEET TO THE WEST LINE OF THE EAST HALF OF THE NORTHEAST QUARTER OF SAID SECTION 19; THENCE SOUTH 00 DEGREES 07 MINUTES 41 SECONDS WEST ALONG SAID WEST LINE, 511.80 FEET TO THE SOUTH LINE OF SECTION 19; THENCE SOUTH 88 DEGREES 46 MINUTES 22 SECONDS WEST ALONG SAID SOUTH LINE, 1229.61 FEET; THENCE NORTH 00 DEGREES 12 MINUTES 52 SECONDS WEST, 1565.73 FEET TO THE CENTERLINE OF EXISTING LIBERTY STREET; THENCE NORTH 82 DEGREES 22 MINUTES 49 SECONDS EAST ALONG SAID CENTERLINE, 389.69 FEET TO THE CENTERLINE OF WEST EOLA ROAD (ALSO KNOWN AS VAUGH ROAD); THENCE NORTH 06 DEGREES 29 MINUTES 10 SECONDS WEST ALONG SAID CENTERLINE OF WEST EOLA ROAD, 1058.96 FEET TO THE SOUTH LINE OF SECTION 18, TOWNSHIP 38 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN, THENCE SOUTH 88 DEGREES 56 MINUTES 35 SECONDS WEST ALONG SAID SOUTH LINE, 2490.24 FEET TO THE POINT OF BEGINNING, IN DUPAGE COUNTY, ILLINOIS, SUBJECT TO THE RIGHTS OF THE PUBLIC, STATE OF ILLINOIS, COUNTY OF DUPAGE AND LOCAL MUNICIPALITIES IN THAT PART OF THE LAND FALLING WITHIN EOLA ROAD, LIBERTY STREET AND WEST EOLA ROAD (ALSO KNOWN AS VAUGHN ROAD.)

AND ALSO THAT PART OF SECTION 17, TOWNSHIP 38 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN DESCRIBED BY COMMENCING AT THE NORTHWEST CORNER OF LOT 1 IN WALTER S. OTTO'S ASSESSMENT PLAT RECORDED OCTOBER 10, 1947 AS DOCUMENT 531314, SAID POINT BEING ON THE CENTERLINE OF EXISTING EOLA ROAD; THENCE SOUTH 89 DEGREES 53 MINUTES 03 SECONDS EAST ALONG THE NORTH LINE OF SAID LOT 1, A DISTANCE OF 125.38 FEET FOR A POINT OF BEGINNING ON THE EASTERLY LINE OF REALIGNED EOLA ROAD; THENCE NORTHEASTERLY ALONG SAID EASTERLY LINE, BEING A CURVE CONCAVED EASTERLY HAVING A RADIUS OF 3759.72 FEET, AN ARC DISTANCE OF 232.61 FEET; THENCE NORTH 14 DEGREES 51 MINUTES 50 SECONDS EAST ALONG SAID

EASTERLY LINE TANGENT TO THE LAST DESCRIBED COURSE, 699.03 FEET; THENCE NORTH 17 DEGREES 27 MINUTES 58 SECONDS EAST ALONG SAID EASTERLY LINE, 649.89 FEET; THENCE NORTH 02 DEGREES 28 MINUTES 11 SECONDS EAST ALONG SAID EASTERLY LINE, 277.07 FEET TO THE SOUTHERLY RIGHT-OF-WAY LINE OF THE BURLINGTON NORTHERN RAILROAD RIGHT-OF-WAY; THENCE NORTH 78 DEGREES 43 MINUTES 47 SECONDS EAST ALONG SAID RIGHT-OF-WAY LINE, 261.89 FEET; THENCE SOUTHEASTERLY ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE BEING A CURVE CONCAVED SOUTHWESTERLY, HAVING A RADIUS OF 1880.08 FEET, AN ARC DISTANCE OF 1498.84 FEET; THENCE SOUTH 00 DEGREES 26 MINUTES 12 SECONDS EAST, 941.36 FEET TO THE NORTHERLY LINE OF WALTER S. OTTO'S ASSESSMENT PLAT; THENCE NORTH 88 DEGREES 45 MINUTES 14 SECONDS WEST ALONG SAID NORTHERLY LINE, 1428.90 FEET; THENCE SOUTH 00 DEGREES 52 MINUTES 24 SECONDS WEST ALONG SAID NORTHERLY LINE, 340.23 FEET; THENCE NORTH 89 DEGREES 53 MINUTES 03 SECONDS WEST ALONG SAID NORTHERLY LINE, 590.05 FEET TO THE POINT OF BEGINNING IN DUPAGE COUNTY, ILLINOIS;

AND ALSO THAT PART OF THE SOUTH HALF OF SECTIONS 19 AND 20, TOWNSHIP 38 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN DESCRIBED BY COMMENCING AT THE NORTHEAST CORNER OF THE SOUTHEAST QUARTER OF SECTION 19; THENCE SOUTH 88 DEGREES 46 MINUTES 22 SECONDS WEST, 351.12 FEET; THENCE SOUTH 02 DEGREES 22 MINUTES 05 SECONDS WEST, 358.50 FEET FOR A POINT OF BEGINNING; THENCE NORTH 88 DEGREES 46 MINUTES 22 SECONDS EAST, 365.12 FEET TO THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 19; THENCE NORTH 89 DEGREES 06 MINUTES 55 SECONDS EAST, 490.59 FEET TO THE EASTERLY LINE OF EXISTING EOLA ROAD (SAID LINE BEING 33 FEET EASTERLY AND PARALLEL WITH THE CENTERLINE OF EOLA ROAD); THENCE SOUTH 02 DEGREES 15 MINUTES 20 SECONDS WEST ALONG SAID EAST LINE, 349.26 FEET TO THE NORTHERLY LINE OF EAST NEW YORK STREET (SAID LINE BEING 30 FEET NORTHERLY AND PARALLEL WITH THE CENTERLINE OF EAST NEW YORK STREET); THENCE SOUTH 84 DEGREES 12 MINUTES 43 SECONDS WEST ALONG SAID NORTHERLY LINE, 480.12 FEET TO THE EAST LINE OF THE SOUTHEAST QUARTER OF SECTION 19, TOWNSHIP 38 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN; THENCE SOUTH 00 DEGREES 07 MINUTES 48 SECONDS WEST ALONG SAID WEST LINE, 30.16 FEET TO THE CENTERLINE OF EAST NEW YORK STREET; THENCE SOUTH 84 DEGREES 12 MINUTES 41 SECONDS WEST ALONG SAID CENTERLINE, 384.7 FEET; THENCE NORTH 02 DEGREES 22 MINUTES 05 SECONDS EAST, 451.36 FEET TO THE POINT OF BEGINNING, IN DUPAGE COUNTY, ILLINOIS, SUBJECT TO THE RIGHTS OF THE PUBLIC, STATE OF ILLINOIS, COUNTY OF DUPAGE AND LOCAL MUNICIPALITIES IN THAT PART FALLING WITHIN EOLA ROAD AND EAST NEW YORK STREET.

legals\456130
pg3 db



ANNUAL UPDATED LAND USE PLAN
1993

AURORA VENTURE
MASTER DEVELOPER
REGION II - FOX VALLEY EAST - AURORA, ILLINOIS



LOCATION OF BUSINESS AREAS TO WHICH PLAN DESCRIPTION MODIFICATION APPLIES

AURORA VENTURE
MASTER DEVELOPER



Burlington Properties Concept Plan

LAND FROM WHICH RECAPTURE IS DUE

I. MONGOMERY ROAD

| | Parcel Number | Recapture Amount due Aurora Venture |
|---|---|---|
| 1. | 07-31-201-003 | $8,626 |
| 2. | 07-31-201-004 | $8,626 |
| 3. | 07-31-201-005 | $8,626 |
| 4. | 07-31-201-006 | $8,626 |
| 5. | 07-31-201-007 | $8,626 |
| 6. | 07-31-201-008 | $8,626 |
| 7. | 07-31-201-009 | $8,626 |
| 8. | 07-31-201-010 | $8,626 |
| 9. | 07-31-201-011 | $8,626 |
| 10. | 07-31-201-012 | $8,857 |
| 11. | 07-31-400-007 | $8,129 |

II. MCCOY DRIVE

- Total Project Cost $3,739,924.56
- Project Length = 9,780.80 linear feet
- Cost per linear foot of frontage = $382.37

| | P.I.N. at time of Funding Agreement | Frontage (linear ft) | Recapture Amount due Aurora Venture |
|---|---|---|---|
| 1. | 07-19-403-002 | 168.71 | $19,353.10 |
| 2. | 07-19-303-004 } | | |
| 3. | 07-19-303-010 } | 604.99 | $69,399.01 |
| 4. | 07-30-100-002 } | | |
| 5. | 07-30-100-003 | 506.00 | $58,043.77 |