U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 08 C 1148
Kim Frachey, et al.
vs.
Planned Parenthood/Chicago Area, an Illinois
not-for-profit corporation, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Zoning Board of Appeals for the City of Aurora, Defendant

| NAME (Type or print) |
| --- |
| Steven A. Andersson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Steven A. Andersson |
| FIRM |
| Mickey, Wilson, Weiler, Renzi & Andersson, P.C. |
| STREET ADDRESS |
| 2111 Plum Street, Suite 201 |
| CITY/STATE/ZIP |
| Aurora, IL 60506 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6210526 | 630/801-9699 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |