IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIM FRACHEY, NANCY MALONEY, SOCORRO NIETO, CHAD FLOLO, NATALIE FLOLO, CHARLES AMANING, and FOX VALLEY FAMILIES AGAINST PLANNED PARENTHOOD, an Unincorporated Association, | |
| | Case No. 08 C 1148 |
| Plaintiffs, | Judge Norgle |
| v. | Jury Demanded |
| PLANNED PARENTHOOD/CHICAGO AREA, an Illinois Not-for-Profit Corporation, STEVEN TROMBLEY, GEMINI OFFICE DEVELOPMENT, LLC, An Illinois Limited Liability Corporation, 21ST CENTURY OFFICE DEVELOPMENT, LLC, an Illinois Limited Liability Corporation, CITY OF AURORA, A Home-Rule Municipal Corporation, ZONING BOARD OF APPEALS FOR THE CITY OF AURORA, ED SIEBEN, THOMAS WEISNER, HERMAN BENEKE, PLANNING & DEVELOPMENT COMMITTEE OF THE CITY OF AURORA, PLANNING COMMISSION OF THE CITY OF AURORA, and BUILDING CODE BOARD OF APPEALS OF AURORA, | |
| Defendants. | |

NOTICE OF MOTION

TO:   All Counsel of Record

PLEASE TAKE NOTICE that on Friday, April 18, 2008, at 10:30a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiffs Kim Frachey,

Nancy Maloney, Socorro Nieto, Chad Flolo, Natalie Flolo, Charles Amaning, and Fox Valley Families Against Planned Parenthood shall appear before the Honorable Charles A. Norgle, in Courtroom 2341 of the Dirksen Federal Building and then and there present the attached MOTION FOR A SHORT EXTENSION OF TIME TO FILE ITS RESPONSE TO THE CITY OF AURORA'S MOTION TO DISMISS, a true and complete copy of which is attached and hereby served on you.

DATED:  April 11, 2008          Respectfully submitted,

                          By:   /s/ Thomas Brejcha
                                  /s/ Peter Breen
                                  Attorneys for Plaintiffs

Of Counsel:
Thomas Brejcha
Peter Breen
Thomas More Society,
   A public interest law firm
29 So. LaSalle St., Suite 440,
Chicago, Illinois 60603
Tel. 312-782-1680
Fax 312-782-1887