IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIM FRACHEY, NANCY MALONEY, SOCORRO NIETO, CHAD FLOLO, NATALIE FLOLO, CHARLES AMANING, and FOX VALLEY FAMILIES AGAINST PLANNED PARENTHOOD, an Unincorporated Association, | ) ) ) ) ) ) ) ) | Case No. 08 C 1148 |
| Plaintiffs, | ) ) | Judge Norgle |
| v. | ) ) | Jury Demanded |
| PLANNED PARENTHOOD/CHICAGO AREA, an Illinois Not-for-Profit Corporation, STEVEN TROMBLEY, GEMINI OFFICE DEVELOPMENT, LLC, An Illinois Limited Liability Corporation, 21ST CENTURY OFFICE DEVELOPMENT, LLC, an Illinois Limited Liability Corporation, CITY OF AURORA, A Home-Rule Municipal Corporation, ZONING BOARD OF APPEALS FOR THE CITY OF AURORA, ED SIEBEN, THOMAS WEISNER, HERMAN BENEKE, PLANNING & DEVELOPMENT COMMITTEE OF THE CITY OF AURORA, PLANNING COMMISSION OF THE CITY OF AURORA, and BUILDING CODE BOARD OF APPEALS OF AURORA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

TO: All Counsel

NOTICE OF MOTION

Please take notice that on Friday, April 18, 2008, at 10:30a.m., the undersigned counsel shall appear before the Honorable Charles A. Norgle, in Courtroom 2341 of the Dirksen Federal Building and then and there present the attached Plaintiffs' Renewed Motion for Leave to File Response to the City of Aurora's Motion to Dismiss, copies of which are

served upon you herewith, together with Plaintiffs' Response to the City of Aurora's Motion to Dismiss tendered for filing herewith.

                                                  /s/ Thomas Brejcha
                                                  /s/ Peter Breen

Of Counsel:                                         Attorneys for Plaintiffs
Thomas Brejcha (ARDC #0277446)
Peter Breen (ARDC #6271981)
Thomas More Society,
  A public interest law firm
29 So. LaSalle St., Suite 440
Chicago, Illinois 60603
Tel. 312-782-1680
Fax 312-782-1887

CERTIFICATE OF SERVICE

       Peter Breen hereby certifies that on April 16, 2008, he caused a copy of the foregoing Notice of Filing together with the motion referred to therein and plaintiffs' proposed Response to the City of Aurora's Motion to Dismiss to be transmitted electronically to the Clerk of the Court using the CM/ECF system for delivery electronically to the following persons to whom this notice is addressed:

- **Steven A. Andersson**
  saa@mickeywilson.com
- **Dean M Frieders**
  dmf@mickeywilson.com
- **Lance C. Malina**
  lcmalina@ktjnet.com
- **Gary Knight Mickey**
  gkm@mickeywilson.com
- **John A. Wall**
  jawall@ktjnet.com
- **Christopher B. Wilson**
  cwilson@perkinscoie.com,dmoten@perkinscoie.com
- **Peter K. Wilson , Jr**
  pkw@mickeywilson.com

                                                         /s/Peter Breen