UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Kim Frachey, et al.
                                       Plaintiff,

v.                                     Case No.: 1:08−cv−01148
                                       Honorable Charles R. Norgle Sr.

Planned Parenthood/Chicago Area, et al.
                                       Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, April 17, 2008:

  MINUTE entry before Judge Honorable Charles R. Norgle, Sr: Plaintiffs' Motion for a Short Extension of Time to File its Response to the City of Aurora's Motion to Dismiss [27] is granted. Renewed Motion for Leave to File Plaintiffs' Response to the City of Aurora's Motion to Dismiss and Motion for Stay of Consideration of Federal Claims and Remand of State Claims [31] is granted. Mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.