IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KIM FRACHEY, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Case No. 08 C 1148** |
| v. ) | |
| ) | **Magistrate Judge Denlow** |
| **PLANNED PARENTHOOD/CHICAGO** ) | |
| **AREA, an Illinois Not-for-Profit** ) | |
| **Corporation, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF FILING AND NOTICE OF MOTION

To:   Mr. Thomas Berjcha
        Mr. Peter Breen
        Thomas More Society
        29 South LaSalle Street, Suite 440
        Chicago, Illinois  60603

**PLEASE TAKE NOTICE** that on May 12, 2008, I filed with the Clerk of the United States District Court of the Northern District of Illinois, Eastern Division, **Defendant City of Aurora's Motion for Additional Time to File Its Reply in Further Support of Its Motion to Dismiss Complaint**, a copy of which is attached and served upon you.

**PLEASE TAKE FURTHER NOTICE** that on May 19, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before Magistrate Judge Denlow, or any other judge sitting in his stead, in Courtroom 1350, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendant City of Aurora's Motion for Additional Time to File Its Reply in Further Support of Its Motion to Dismiss Complaint**.

_____/s/Allen Wall_____

Lance C. Malina
Allen Wall
KLEIN, THORPE AND JENKINS, LTD.
20 North Wacker Drive, Suite 1660
Chicago, Illinois  60606
(312) 984-6400

iManage:213401_1

**CERTIFICATE OF SERVICE**

      I, Allen Wall, an attorney, state that I served this Notice of Filing and Notice of Motion together with all attachments to the above-listed individuals by U.S. Mail first class postage prepaid at 20 North Wacker Drive, Chicago, Illinois 60606, before 5:00 p.m. on May 12, 2008.

                                                              _____/s/Allen Wall_____