**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **KIM FRACHEY, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 08 C 1148** |
| **v.** | ) | |
| | ) | **Judge Norgle** |
| **PLANNED PARENTHOOD/CHICAGO** | ) | |
| **AREA, an Illinois Not-for-Profit** | ) | |
| **Corporation, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF FILING AND NOTICE OF MOTION**

To:    Mr. Thomas Berjcha
       Mr. Peter Breen
       Thomas More Society
       29 South LaSalle Street, Suite 440
       Chicago, Illinois  60603

**PLEASE TAKE NOTICE** that on May 14, 2008, I filed with the Clerk of the United States District Court of the Northern District of Illinois, Eastern Division, **Defendant City of Aurora's Motion for Additional Time to File Its Reply in Further Support of Its Motion to Dismiss Complaint**, a copy of which is attached and served upon you.

**PLEASE TAKE FURTHER NOTICE** that on May 16, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Norgle, or any other judge sitting in his stead, in Courtroom 2341, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendant City of Aurora's Motion for Additional Time to File Its Reply in Further Support of Its Motion to Dismiss Complaint**.

_____/s/Allen Wall_____

Lance C. Malina
Allen Wall
KLEIN, THORPE AND JENKINS, LTD.
20 North Wacker Drive, Suite 1660
Chicago, Illinois  60606
(312) 984-6400

iManage:213401_1

## <u>CERTIFICATE OF SERVICE</u>

  I, Allen Wall, an attorney, state that I served this Notice of Filing and Notice of Motion together with all attachments to the above-listed individuals by U.S. Mail first class postage prepaid at 20 North Wacker Drive, Chicago, Illinois 60606, before 5:00 p.m. on May 14, 2008.

          _____/s/Allen Wall_____