IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KIM FRACHEY, et al.,**                )<br>                                                         )<br>            **Plaintiffs,**                      )<br>                                                         )<br>    **v.**                                              )<br>                                                         )<br>**PLANNED PARENTHOOD/CHICAGO** )<br>**AREA, an Illinois Not-for-Profit**     )<br>**Corporation, et al.,**                      )<br>                                                         )<br>            **Defendants.**                   ) | **Case No. 08 C 1148**<br><br>**Judge Norgle** |

<u>**NOTICE OF FILING AND NOTICE OF MOTION**</u>

To:   Mr. Thomas Berjcha
      Mr. Peter Breen
      Thomas More Society
      29 South LaSalle Street, Suite 440
      Chicago, Illinois  60603

**PLEASE TAKE NOTICE** that on May 14, 2008, I filed with the Clerk of the United States District Court of the Northern District of Illinois, Eastern Division, **Defendant City of Aurora's Motion for Additional Time to File Its Reply in Further Support of Its Motion to Dismiss Complaint**, a copy of which is attached and served upon you.

**PLEASE TAKE FURTHER NOTICE** that on May 16, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Norgle, or any other judge sitting in his stead, in Courtroom 2341, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendant City of Aurora's Motion for Additional Time to File Its Reply in Further Support of Its Motion to Dismiss Complaint**.

                                                                         _____/s/Allen Wall_____

Lance C. Malina
Allen Wall
KLEIN, THORPE AND JENKINS, LTD.
20 North Wacker Drive, Suite 1660
Chicago, Illinois  60606
(312) 984-6400

## **CERTIFICATE OF SERVICE**

      I, Allen Wall, an attorney, state that I served this Notice of Filing and Notice of Motion together with all attachments to the above-listed individuals by U.S. Mail first class postage prepaid at 20 North Wacker Drive, Chicago, Illinois 60606, before 5:00 p.m. on May 14, 2008.

                                                    _____/s/Allen Wall_____