## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
   Kim Frachey, et al.,
               Plaintiffs,
v.
   Planned Parenthood/Chicago Area, et al.,
               Defendants.

Case Number: 08 C 1148

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Herman Beneke

| | |
|---|---|
| NAME (Type or print) <br> Lance C. Malina | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Lance C. Malina | |
| FIRM <br> Klein, Thorpe and Jenkins, Ltd. | |
| STREET ADDRESS <br> 20 North Wacker Drive, Suite 1660 | |
| CITY/STATE/ZIP <br> Chicago/Illinois/60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 90446 | TELEPHONE NUMBER <br> (312) 984-6400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |