# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
  Kim Frachey, et al.,
          Plaintiffs,
v.
  Planned Parenthood/Chicago Area, et al.,
          Defendants.

Case Number:

08 C 1148

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendabt Herman Beneke

| | |
|---|---|
| **NAME (Type or print)** <br> Allen Wall | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Allen Wall | |
| **FIRM** <br> Klein, Thorpe and Jenkins, Ltd. | |
| **STREET ADDRESS** <br> 20 North Wacker Drive, Suite 1660 | |
| **CITY/STATE/ZIP** <br> Chicago/Illinois/60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 90446 | **TELEPHONE NUMBER** <br> (312) 984-6400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |