## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Kim Frachey, et al.,<br>            Plaintiffs,<br>v.<br>Planned Parenthood/Chicago Area, et al.,<br>            Defendants. | Case Number:<br><br>08 C 1148 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Ed Sieben

| |
|---|
| NAME (Type or print)<br>Allen Wall |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Allen Wall |
| FIRM<br>Klein, Thorpe and Jenkins, Ltd. |
| STREET ADDRESS<br>20 North Wacker Drive, Suite 1660 |
| CITY/STATE/ZIP<br>Chicago/Illinois/60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 90446 | (312) 984-6400 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐