THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIM FRACHEY, NANCY MALONEY, SOCORRO NIETO, CHAD FLOLO, NATALIE FLOLO, CHARLES AMANING, and FOX VALLEY FAMILIES AGAINST PLANNED PARENTHOOD, an Unincorporated Association, | ) ) ) ) ) ) ) | Case No. 08 C 1148 |
| | ) | |
| Plaintiffs, | ) ) | |
| | ) | Judge Norgle |
| v. | ) | |
| | ) | |
| PLANNED PARENTHOOD/CHICAGO AREA, an Illinois Not-for-Profit Corporation, STEVEN TROMBLEY, GEMINI OFFICE DEVELOPMENT, LLC, An Illinois Limited Liability Corporation, 21ST CENTURY OFFICE DEVELOPMENT, LLC, an Illinois Limited Liability Corporation, CITY OF AURORA, A Home-Rule Municipal Corporation, ZONING BOARD OF APPEALS FOR THE CITY OF AURORA, ED SIEBEN, THOMAS WEISNER, HERMAN BENEKE, PLANNING & DEVELOPMENT COMMITTEE OF THE CITY OF AURORA, PLANNING COMMISSION OF THE CITY OF AURORA, and BUILDING CODE BOARD OF APPEALS OF AURORA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Denlow<br><br>Jury Demanded |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   All Counsel of Record (See Attached Service List)

PLEASE TAKE NOTICE that on Friday, May 30, 2008, at 10:30AM, or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiffs shall appear before the Honorable Charles A. Norgle, in Courtroom 2341 of the Dirksen Federal Building and then and there present the attached **PLAINTIFFS' RENEWED MOTION**

1

2

**FOR STAY OF CONSIDERATION OF FEDERAL CLAIMS AND REMAND OF STATE CLAIMS TO CIRCUIT COURT FOR THE EIGHTEENTH JUDICIAL CIRCUIT**, a true and complete copy of which is attached and hereby served upon you.

DATED:  May 22, 2008                    Respectfully submitted,


                                       /s/ Peter Breen

Of Counsel:
Thomas Brejcha
Peter Breen
Thomas More Society,
    a public interest law firm
29 So. LaSalle St., Suite 440,
Chicago, Illinois 60603
Tel. 312-782-1680
Fax 312-782-1887

**SERVICE LIST**

**By CM/ECF:**

- **Steven A. Andersson**

saa@mickeywilson.com

- **Dean M Frieders**

dmf@mickeywilson.com

- **Lance C. Malina**

lcmalina@ktjnet.com

- **John W. Mauck**

jwmcourt@mauckbaker.com

- **Gary Knight Mickey**

gkm@mickeywilson.com

- **John A. Wall**

jawall@ktjnet.com

- **Christopher B. Wilson**

cwilson@perkinscoie.com,dmoten@perkinscoie.com

- **Peter K. Wilson , Jr**

pkw@mickeywilson.com