# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                Case Number: 08 CV 01148
Kim Frachey, et al.
v.
Planned Parenthood/Chicago Area, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant: 21st Century Office Development, LLC

| NAME (Type or print) |
| --- |
| Christopher B. Wilson |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Christopher B. Wilson |

| FIRM |
| --- |
| Perkins Coie LLP |

| STREET ADDRESS |
| --- |
| 131 South Dearborn Street, Suite 1700 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06202139 | 312.324.8400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐