UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Kim Frachey, et al.
                                                    Plaintiff,

v.                                                              Case No.: 1:08−cv−01148
                                                             Honorable Charles R. Norgle Sr.

Planned Parenthood/Chicago Area, et al.
                                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Morton Denlow:Magistrate Judge Status hearing held on 5/22/2008. Status hearing set for 6/5/2008 at 10:00 AM. Parties to consider whether they are prepared to voluntarily remand the state claims and stay the federal claims pending the resolution of the state claims in state court.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.