**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Kim Frachey, et al.
                              Plaintiff,

v.                                            Case No.: 1:08−cv−01148
                                              Honorable Charles R. Norgle Sr.

Planned Parenthood/Chicago Area, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 30, 2008:

    MINUTE entry before the Honorable Charles R. Norgle, Sr: Defendants' response to Plaintiffs' Renewed Motion for Stay of Consideration of Federal Claims and Remand of State Claims to Circuit Court for the Eighteenth Judicial Circuit [63] is due on or before 6/13/2008. Plaintiffs' reply is due on or before 6/27/2008. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.