**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Kim Frachey, et al., Plaintiffs, v. Planned Parenthood/Chicago Area, et al., Defendants. | 08 C 1148 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Building Code Board of Appeals of Aurora

---

NAME (Type or print)
Allen Wall

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/Allen Wall

FIRM
Klein, Thorpe and Jenkins, Ltd.

STREET ADDRESS
20 North Wacker Drive, Suite 1660

CITY/STATE/ZIP
Chicago/Illinois/60606

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 90446 | (312) 984-6400 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐