UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Kim Frachey, et al.
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−01148
                                        Honorable Charles R. Norgle Sr.

Planned Parenthood/Chicago Area, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

        MINUTE entry before the Honorable Morton Denlow:Magistrate Judge Status hearing held on 6/5/2008. The parties having agreed to stay the federal claims and to remand the state claims, the parties should present an agreed order to Judge Norgle. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Case no longer referred to Honorable Morton Denlow.Mailed notice(dmk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.