## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1148 | **DATE** | 6/13/2008 |
| **CASE TITLE** | KIM FRACHEY vs. PLANNED PARENTHOOD/CHICAGO AREA | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order for Stay of Plaintiffs' Federal Claims and Remand of State Claims to Circuit Court for the Eighteenth Judicial Circuit, Du Page County, Illinois.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUN 17 AM 10:27
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | HF |
|---|---|---|