UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIM FRACHEY, NANCY MALONEY, SOCORRO NIETO, CHAD FLOLO, NATALIE FLOLO, CHARLES AMANING, and FOX VALLEY FAMILIES AGAINST PLANNED PARENTHOOD, an Unincorporated Association,<br><br>Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD/CHICAGO AREA, an Illinois Not-for-Profit Corporation, STEVEN TROMBLEY, GEMINI OFFICE DEVELOPMENT, LLC, An Illinois Limited Liability Corporation, 21ST CENTURY OFFICE DEVELOPMENT, LLC, an Illinois Limited Liability Corporation, CITY OF AURORA, A Home-Rule Municipal Corporation, ZONING BOARD OF APPEALS FOR THE CITY OF AURORA, ED SIEBEN, THOMAS WEISNER, HERMAN BENEKE, PLANNING & DEVELOPMENT COMMITTEE OF THE CITY OF AURORA, PLANNING COMMISSION OF THE CITY OF AURORA, and BUILDING CODE BOARD OF APPEALS OF AURORA,<br><br>Defendants. | Case No. 08 C 1148<br><br>U.S. District Judge Norgle<br><br>Magistrate Judge Denlow<br><br><u>JURY DEMANDED</u> |

**AGREED ORDER FOR STAY OF PLAINTIFFS' FEDERAL CLAIMS AND REMAND OF STATE CLAIMS TO CIRCUIT COURT FOR THE EIGHTEENTH JUDICIAL CIRCUIT, DU PAGE COUNTY, ILLINOIS**

Plaintiffs having moved that this court stay consideration of the federal claims they asserted in their complaint for administrative review and other relief (claims currently pled as

1

Counts III and VI under 42 U.S.C. § 1983 and because of which this case was removed by defendant City of Aurora), and that it remand claims asserted under state and local law (currently pled as Counts I, II, IV, V, VII, VIII, IX) to the 18th Judicial Circuit Court in Wheaton, DuPage County, Illinois, and counsel for all parties having expressed their agreement in open court before Magistrate Judge Denlow that an Agreed Order be entered, providing for such a stay and remand;

By agreement, it is hereby ORDERED as follows:

1. This Court stays its consideration of the federal claims that plaintiffs have asserted (currently pled as Counts III and VI under 42 U.S.C. § 1983 and because of which this case was removed by defendant City of Aurora) until such time as the state and local claims in this case are finally resolved and either plaintiffs or any one of the defendants advises this Court to that effect and asks this Court to proceed to adjudicate said federal claims;

2. This case is remanded to the 18th Judicial Circuit Court in Wheaton, DuPage County, Illinois, for all further proceedings on plaintiffs' claims under state and local law (currently pled as Counts I, II, IV, V, VII, VIII, IX); and

3. The motion to dismiss filed by defendant City of Aurora is hereby stayed until such time as the state and local claims in this case are finally resolved.

6/13/08

ENTER: _Charles R. Norgle_
Hon. Charles R. Norgle, U.S. District Judge

Approved:
Thomas Brejcha
Peter Breen
Thomas More Society,
   A public interest law firm
29 South LaSalle St., Suite 440
Chicago, Illinois 60603
Tel. 312-782-1680
Fax 312-782-1887
brejcha@aol.com
pbreen@thomasmoresociety.org

_____
*Attorneys for plaintiffs*

Lance C. Malina
Allen Wall
Klein, Thorpe and Jenkins, Ltd.
20 North Wacker Drive, Suite 1660
Chicago, Illinois 60602
Tel. 312-984-6400
Fax 312-984-6444
jawall@ktjnet.com
lcmalina@ktjnet.com

_____
*Attorneys for City of Aurora and
Other municipal defendants*

Peter K. Wilson
Dean M Frieders
Gary Knight Mickey
Steven A. Andersson
Mickey, Wilson, Weiler, Renzi & Andersson, PC
2111 Plum Street, Suite 201
Aurora, Illinois 60507-0787
Tel. 630-801-9699
Fax 630-801-9715
pkw@mickeywilson.com
dmf@mickeywilson.com
gkm@mickeywilson.com
saa@mickeywilson.com

_____
*Attorneys for Aurora Zoning
Board of Appeals*

3

Mr. Christopher B. Wilson
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559
Tel. 312-324-8603
Fax 312-324-9603
cwilson@perkinscoie.com

_____
*Attorney for Planned Parenthood and
Related defendants*

4